

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 24, 2024

**BY ECF**

Honorable Jennifer G. L. Clarke
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *United States v. Anton Peraire-Bueno*, *et al.*, 24 Cr. 293 (JGLC)

Dear Judge Clarke:

      Please find enclosed for the Court's consideration a proposed protective order in the above-referenced case that has been executed by both parties. The Government anticipates making its first discovery production the week of June 3 upon the Court's ruling with respect to the proposed protective order.

                            Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

        by:    /s/ Danielle Kudla
                     Danielle Kudla
                     Rushmi Bhaskaran
                     Assistant United States Attorney
                     (212) 637-2304 / 2439