LAW OFFICES
# WILLIAMS & CONNOLLY LLP

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

<u>Via ECF</u>

Magistrate Judge Jennifer E. Willis
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> This request is GRANTED.  SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> United States Magistrate Judge
> May 29, 2024.

Re: <u>United States v. James Peraire-Bueno, Case No. 1:24-cr-00293</u>

Dear Judge Willis:

As discussed on the record at the May 23, 2024 Initial Pretrial Conference in this matter, Defendant James Peraire-Bueno respectfully requests that his release conditions be modified to provide until June 6, 2024 to secure the $ 250,000 bond with property. The government consents to this requested modification.

Sincerely,

*/s/ Katherine Trefz*

Katherine Trefz (*pro hac vice* pending)
Daniel Shanahan (*pro hac vice* pending)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, D.C. 20024
Tel: 202-434-5000
ktrefz@wc.com, dshanahan@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shairoarato.com

*Attorneys for Defendant James Peraire-Bueno*