LAW OFFICES

## WILLIAMS & CONNOLLY LLP

680 MAINE AVENUE SW

WASHINGTON, DC 20024

(202) 434-5000

WWW.WC.COM

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 14, 2024

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312



Re: <u>United States v. Anton Peraire-Bueno and James Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion for Temporary Modification of Bond Condition</u>

Dear Judge Clarke:

      With the consent of Pretrial Services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request a temporary modification of their bond conditions for the purpose of liquidating securities in order to pay for counsel in this matter and living expenses. Both James and Anton have as conditions of their release a prohibition on trading cryptocurrency or securities. Dkts. 8, 20. Because their unfrozen assets are largely held in investment accounts, certain of those assets need to be traded in order to be utilized to pay for their legal representation in this case. Accordingly, James and Anton request a temporary modification of the prohibition on trading to permit them to take all necessary steps, within 7 days from an order allowing this request, to liquidate the following accounts:

| Name | Bank | Account number |
|---|---|---|
| James Peraire-Bueno | Chase | X8002 |
| Anton Peraire-Bueno | Chase | X4005 |
| Anton Peraire-Bueno | Chase | X6240 |
| Anton Peraire-Bueno | Fidelity | X2997 |

      The government consents to this requested modification. Pre-trial services does not object to this requested modification.

**WILLIAMS & CONNOLLY** LLP

Hon. Jessica G.L. Clarke
June 14, 2024
Page 2

Application GRANTED. Mr. James Peraire-Bueno and Mr. Anton Peraire-Bueno's conditions of bail are temporarily modified from June 21, 2024 until June 28, 2024, to permit trading in order to liquidate the following accounts: Chase X8002, Chase X4005, Chase X6240, and Fidelity X2997. All other conditions of bail shall remain in effect. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 29.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: June 20, 2024
       New York, New York

Sincerely,

/s/ Katherine Trefz

_____
Katherine Trefz (*pro hac vice*)
Daniel Shanahan (*pro hac vice*)
Williams & Connolly LLP
680 Maine Ave., S.W.
Washington, D.C. 20024
Tel: 202-434-5000
ktrefz@wc.com
dshanahan@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shairoarato.com

*Attorneys for Defendant
James Peraire-Bueno*


/s/ Daniel N. Marx

_____
Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Attorneys for Defendant
Anton Peraire-Bueno*