LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 14, 2024

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

      Re:    <u>United States v. Anton Peraire-Bueno and James Peraire-Bueno, Case No. 1:24-cr-00293</u>; Consent Motion to Modify Defendants' Bond Conditions

Dear Judge Clarke:

      With the consent of Pretrial Services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request modification to their bond conditions to remove the GPS or location monitoring and related curfew conditions.

      At their initial appearances, GPS or location monitoring and curfew restrictions were imposed as conditions of release for both James and Anton, in addition to other restrictions such as those related to securing their bonds, travel, and trading.  Doc. 8, 20.  Both defendants have perfected the required bonds and complied with their conditions of release since their arrests in May of this year.

      The GPS or location monitoring and curfew restrictions are no longer required to reasonably assure James and Anton's presence in court. *See* 18 U.S.C. 3142(c)(1)(B) (requiring imposition of the least restrictive conditions that will reasonably assure the appearance of the defendant).  James and Anton therefore respectfully request that their conditions of release be modified to remove the conditions requiring GPS or location monitoring and curfews.

      All other conditions of release would remain in effect for both defendants: appearance bonds of $250,000 for each, which have been secured by real property owned by their parents; surrender of passports and prohibition on obtaining new passports; travel limitations; prohibition on possession of firearms; supervision as directed by pretrial services; prohibition on discussing case with co-defendant except in the presence of counsel; prohibition on trading securities, commodities, or cryptocurrency, or validating blockchain transactions; and

WILLIAMS & CONNOLLY LLP*
Consent Motion to Modify Bond Conditions
August 13, 2024
Page 2

requirement for pretrial services permission to open new business/personal accounts,
cryptocurrency accounts, loans, liens, or lines of credit.

       Counsel for the government and the defendants' respective Pretrial Services
officers all consent to these requested modifications.  Undersigned counsel will be prepared to
address this request at the August 19, 2024 pretrial conference, if useful for the Court.

                         Sincerely,

                         */s/ Katherine Trefz*

                         _____
                         Katherine Trefz (*pro hac vice*)
                         Daniel Shanahan (*pro hac vice*)
                         Williams & Connolly LLP
                         680 Maine Ave., S.W.
                         Washington, D.C. 20024
                         Tel: 202-434-5000
                         ktrefz@wc.com
                         dshanahan@wc.com

                         Jonathan P. Bach
                         Shapiro Arato Bach
                         1140 Avenue of the Americas
                         17th Floor
                         New York, NY 10036
                         Tel: 212-257-4897
                         jbach@shairoarato.com

                         *Attorneys for Defendant*
                         *James Peraire-Bueno*

                         */s/ William Fick*

                         _____
                         Daniel N. Marx
                         William W. Fick (*pro hac vice*)
                         Fick & Marx LLP
                         24 Federal Street, 4th Floor
                         Boston, MA 02110
                         Tel: 857-321-8360
                         dmarx@fickmarx.com
                         wfick@fickmarx.com

                         *Attorneys for Defendant Anton Peraire-Bueno*