LAW OFFICES

## WILLIAMS & CONNOLLY LLP

| | | |
|---|---|---|
| KATHERINE A. TREFZ<br>(202) 434-5038<br>ktrefz@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |

August 15, 2024

Via ECF

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

Re:   United States v. James Peraire-Bueno, Case No. 1:24-cr-00293; Notice and Request Re: Individual Criminal Rule 3(a)

Dear Judge Clarke:

We respectfully submit this letter pursuant to Rule 3(a) of Your Honor's Individual Rules and Practices in Criminal Cases to request that the Court conduct a *Curcio* hearing as to our client, defendant James Peraire-Bueno, during the Monday, August 19, 2024 proceedings, or whenever thereafter is convenient for the Court. Mr. Peraire-Bueno's retainer for Williams & Conolly LLP has been funded in part by his co-defendant, Anton Peraire-Bueno, and therefore those funds may be used for legal fees in the future. Although it is not clear to us whether the Court's Rule regarding "benefactor payments" is intended to cover this situation, we are providing this notice and making this request in an abundance of caution to ensure that the record reflects James Peraire-Bueno's knowing and voluntary decision to waive any potential conflict that may exist. Mr. Peraire-Bueno is also represented by Jonathan Bach, who will be present at the August 19, 2024 hearing.

We have alerted the government to our intention to make this request and asked whether it would prepare a proposed *Curcio* script for the Court. We understand that the government will be doing so and submitting the proposed script to the Court.

Sincerely,

*/s/ Katherine Trefz*

_____
Katherine Trefz (*pro hac vice*)

WILLIAMS & CONNOLLY LLP
Notice re: Individual Rule 3(a)
August 15, 2024
Page 2

                                  Daniel Shanahan (*pro hac vice*)
                                  Williams & Connolly LLP
                                  680 Maine Ave., S.W.
                                  Washington, D.C. 20024
                                  Tel: 202-434-5000
                                  ktrefz@wc.com
                                  dshanahan@wc.com

                                  Jonathan P. Bach
                                  Shapiro Arato Bach
                                  1140 Avenue of the Americas
                                  17th Floor
                                  New York, NY 10036
                                  Tel: 212-257-4897
                                  jbach@shapiroarato.com

                                  *Attorneys for Defendant*
                                  *James Peraire-Bueno*

Case 1:24-cr-00293-JGLC     Document 34     Filed 08/15/24     Page 2 of 2