UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>                Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* FOR PATRICK J. LOOBY** |

    Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Patrick J. Looby, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-captioned case on behalf of Defendant James Peraire-Bueno.

    I am a member in good standing of the bar of New York and the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

    I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, along with the Certificates of Good Standing from the State of New York and the District of Columbia.

Dated: December 2, 2024

Respectfully submitted,

/s/ Patrick J. Looby
Applicant Signature

Applicant's Name: Patrick J. Looby
Firm name: Williams & Connolly LLP
Address: 680 Maine Avenue, S.W.
City / State / Zip: Washington, D.C. 20024
Telephone: (202) 434-5150
Fax: (202) 434-5029

Email: plooby@wc.com

*Attorney for James Peraire-Bueno*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

                                               */s/ Patrick J. Looby*
                                               Patrick J. Looby