UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    -v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>                    Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>**AFFIDAVIT OF PATRICK J. LOOBY IN SUPPORT OF *PRO HAC VICE* MOTION** |

## AFFIDAVIT OF PATRICK J. LOOBY

I, Patrick J. Looby, do declare as follows:

1. I am an associate at Williams & Connolly LLP, 680 Maine Avenue S.W., Washington, D.C. 20024.

2. I am a member in good standing of the bar of New York and the bar of the District of Columbia. I have attached Certificates of Good Standing from each of those jurisdictions dated within the last 30 days.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct this 2nd day of December, 2024 in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct this 2nd day of December, 2024 in Washington, D.C.

Dated: December 2, 2024

_Patrick J. Looby_
Patrick J. Looby

Subscribed and sworn to before me

This 2nd day of December, 2024

_Janice V. Martin_
Notary Public

My Commission Expires

JANICE V. MARTIN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2029