IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>    Defendants. | Case No.:  1:24-cr-00293-JGLC<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANTS' NOTICE OF JOINT
MOTIONS TO DISMISS THE INDICTMENT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants Anton Peraire-Bueno and James Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order dismissing the Indictment. Specifically, the Peraire-Buenos will move the Court to dismiss the Indictment on three independent grounds:

(1) Motion to dismiss the Indictment for failure to provide fair notice under the Fifth Amendment to the United States Constitution.

(2) Motion to dismiss the Indictment for failure to allege essential elements of the charged offenses under the Fifth and Sixth Amendments to the United States Constitution and Federal Rules of Criminal Procedure 7(c) and 12(b)(3)(B)(v).

(3) Motion to dismiss the Indictment as unconstitutionally vague under the Fifth and Sixth Amendments to the United States Constitution and Federal Rules of Criminal Procedure 7(c) and 12(b)(3)(B)(iii).

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's August 22, 2024 Order (ECF 39), opposition papers, if any, shall be served by January 17, 2024, and reply papers, if any, shall be served by January 31, 2025.

The Peraire-Buenos respectfully request oral argument on these motions.

Date: December 6, 2024                                    Respectfully submitted,

                                                          By: /s/ Katherine Trefz

                                                          Katherine Trefz (*pro hac vice*)
                                                          Daniel Shanahan (*pro hac vice*)
                                                          Patrick J. Looby (*pro hac vice* pending)
                                                          Williams & Connolly LLP
                                                          680 Maine Avenue SW
                                                          Washington, DC 20024
                                                          Tel: (202) 434-5000
                                                          ktrefz@wc.com
                                                          dshanahan@wc.com
                                                          plooby@wc.com

                                                          Jonathan P. Bach
                                                          Shapiro Arato Bach
                                                          1140 Avenue of the Americas
                                                          17th Floor
                                                          New York, NY 10036
                                                          Tel: 212-257-4897
                                                          jbach@shapiroarato.com

                                                          *Counsel for Defendant*
                                                          *James Peraire-Bueno*


                                                          By: /s/ Daniel N. Marx

                                                          Daniel N. Marx
                                                          William W. Fick (*pro hac vice*)
                                                          Fick & Marx LLP
                                                          24 Federal Street, 4th Floor
                                                          Boston, MA 02110
                                                          Tel: 857-321-8360
                                                          dmarx@fickmarx.com

wfick@fickmarx.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

<u>*/s/ Katherine Trefz*</u>
Katherine Trefz