LAW OFFICES
WILLIAMS & CONNOLLY LLP®

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 14, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

Re: <u>United States v. Anton Peraire-Bueno and James Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion to Modify Defendants' Bond Conditions</u>

Dear Judge Clarke:

With the consent of Pretrial Services and the government, Defendants James Peraire-Bueno ("James") and Anton Peraire-Bueno ("Anton") respectfully request modification to their bond conditions related to travel.

Defendants request their respective travel conditions of release be modified as follows:

Defendants are permitted to travel to, from, and within the S.D.N.Y., E.D.N.Y., and D. Mass., as well as to the D.D.C. for legal consultation. Additionally, upon 72 hours' advance notice of their itinerary to Pretrial Services and counsel for the government and the consent of Pretrial Services and the government, the defendants are permitted to travel within the continental United States.

The current restrictions on travel are no longer required to reasonably assure James and Anton's presence in court. *See* 18 U.S.C. § 3142(c)(1)(B) (requiring imposition of the least restrictive conditions that will reasonably assure the appearance of the defendant).

All other conditions of release would remain in effect for both defendants: appearance bonds of $250,000 for each, which have been secured by real property owned by their parents; surrender of passports and prohibition on obtaining new passports; prohibition on possession of firearms; supervision as directed by pretrial services; prohibition on discussing

WILLIAMS & CONNOLLY LLP
Consent Motion to Modify Bond Conditions
January 14, 2025
Page 2

case with co-defendant except in the presence of counsel; prohibition on trading securities, commodities, or cryptocurrency, or validating blockchain transactions; and requirement for pretrial services permission to open new business/personal accounts, cryptocurrency accounts, loans, liens, or lines of credit.

   Counsel for the government and the defendants' respective Pretrial Services officers all consent to this requested modification.

                Sincerely,

                */s/ Katherine Trefz*

                _____
                Katherine Trefz (*pro hac vice*)
                Daniel Shanahan (*pro hac vice*)
                Williams & Connolly LLP
                680 Maine Ave., S.W.
                Washington, D.C. 20024
                Tel: 202-434-5000
                ktrefz@wc.com
                dshanahan@wc.com

                Jonathan P. Bach
                Shapiro Arato Bach
                1140 Avenue of the Americas
                17th Floor
                New York, NY 10036
                Tel: 212-257-4897
                jbach@shapiroarato.com

                *Attorneys for Defendant*
                *James Peraire-Bueno*

                */s/ Daniel Marx*

                _____
                Daniel N. Marx
                William W. Fick (*pro hac vice*)
                Fick & Marx LLP
                24 Federal Street, 4th Floor
                Boston, MA 02110
                Tel: 857-321-8360
                dmarx@fickmarx.com
                wfick@fickmarx.com

                *Attorneys for Defendant Anton Peraire-Bueno*