IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>    Defendants. | Case No.: 1:24-cr-00293-JGLC |

**DEFENDANTS' REPLY IN SUPPORT
OF JOINT MOTIONS TO DISMISS THE SUPERSEDING INDICTMENT**

For the reasons stated in the previously-filed briefing regarding the Motions to Dismiss the Indictment and at the April 7, 2025 hearing, the Court should dismiss all counts of the Superseding Indictment. *See* ECF 48-49, 63, 67; *see also* ECF 81.

The Court should also dismiss Count Four for the additional reason that the government has indicated it does not intend to proceed with prosecution of Count Four to the Superseding Indictment. ECF 86. In the absence of a government request to dismiss Count Four pursuant to Fed. R. Crim. P. 48(a), the Court should grant the Peraire-Buenos' Motion to Dismiss that Count as unopposed.

Date: May 16, 2025                                                   Respectfully submitted,

                                                                              By: */s/ Katherine Trefz*

                                                                   Katherine Trefz (*pro hac vice*)
                                                                   Daniel Shanahan (*pro hac vice*)
                                                                   Patrick J. Looby (*pro hac vice*)
                                                                   Williams & Connolly LLP
                                                                   680 Maine Avenue SW
                                                                   Washington, DC 20024
                                                                   Tel: (202) 434-5000

ktrefz@wc.com
dshanahan@wc.com
plooby@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*


By: */s/ Daniel N. Marx*

Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Katherine Trefz*
Katherine Trefz