UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ANTON PERAIRE-BUENO, et al.,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The *Franks* hearing, previously scheduled for June 17, 2025 at 10:00 a.m., is ADJOURNED *sine die*. Instead, it is hereby ORDERED that all parties, including counsel for Nonparty-1, appear for oral argument in front of the Court on June 17, 2025 at 10:00 a.m., in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York.

Counsel should be prepared to discuss: (1) the Government's motion for reconsideration, in particular the arguments about whether the uncontested allegations establish probable cause; (2) Nonparty-1's motion to quash; and (3) Defendant's pending motion to dismiss.

Dated: June 4, 2025
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge