IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO, <br><br> Defendants. | Case No.:  1:24-cr-00293-JGLC |

**DEFENDANTS' NOTICE OF JOINT
MOTION TO COMPEL EXPERT DISCLOSURES**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants James and Anton Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, pursuant to Federal Rule of Criminal Procedure 16(d) for an order compelling the government to satisfy its expert disclosure obligations pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

Date: July 2, 2025                                         Respectfully submitted,

                                                           By: */s/ Katherine Trefz*

                                                           Katherine Trefz (*pro hac vice*)
                                                           Daniel Shanahan (*pro hac vice*)
                                                           Patrick J. Looby (*pro hac vice*)
                                                           Williams & Connolly LLP
                                                           680 Maine Avenue SW
                                                           Washington, DC 20024
                                                           Tel: (202) 434-5000
                                                           ktrefz@wc.com
                                                           dshanahan@wc.com
                                                           plooby@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*


By: */s/ Daniel N. Marx*

Daniel N. Marx
William W. Fick (*pro hac vice*)
Fick & Marx LLP
24 Federal Street, 4th Floor
Boston, MA 02110
Tel: 857-321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 2, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Katherine Trefz*
Katherine Trefz
