**APPENDIX A**

| EXHIBIT NO. | DATE | SEARCH TERMS & SITE VISITS |
|---|---|---|
| Indict. ¶ 29 | 4/11/2023 | top crypto lawyers |
| GX 1129 | 4/13/2023 | statue of limitations / how long is us statute of limitations[1] |
| GX 1155 | 4/13/2023 | how long is us statute of limitations |
| GX 1156 | 4/21/2023 | wire fraud statute / wire fraud statute of limitations |
| GX 1130 | 4/26/2023 | how many trials are jury / money laundering statute of limitations |
| GX 1158 | 4/26/2023 | money laundering statute of limitations |
| GX 1131 | 6/14/2023 | chainalysis / Visited: Chainalysis: The Blockchain Data Platform / free chainalysis api / coinbase chainalysis / what does coinbase use for on chain security checks trm labs / Visited: A Developer's Guide to the web3 Security Stack – Coinbase / TRM pricing |
| GX 1132 | 6/14/2023 | chainalysis / Visited: Chainalysis: The Blockchain Data Platform / chainalysis hacks dataset / Visited: Chainalysis Data - Chainalysis |
| GX 1159 | 6/14/2023 | what does coinbase use for on chain security checks trm labs / Visited: A Developer's Guide to the web3 Security Stack – Coinbase |
| GX 1160 | 6/14/2023 | chainalysis hacks dataset / Visited: Chainalysis Data - Chainalysis |
| GX 1182 | 7/12/2023 | mofa inquiry letter |
| GX 1134 | 9/11/2023 | activate crypto court cases / canadian hacker court case / canadian crypto hacker court case / Visited: Teenage Suspect in $16M DeFi Hack Wanted for Arrest in Canada |
| GX 1135 | 9/11/2023 | andean medjedovic / andean medjedovic court case / Visited: Enforcing Crypto-Litigation Orders: Practical Difficulties Seen in … / Visited: Ontario court grants Anton Piller Order in cryptocurrency heist … |
| GX 1136 | 9/11/2023 | avraham eisenberg / avraham eisenberg / andean medjedovic court case / Visited: Young Waterloo crypto fugitive remains in hiding, one year after … |
| GX 1139 | 9/27/2023 | DHS / irs-ci / AUSA / can your device be searched without a lawyer |
| GX 1169 | 10/5/2023 | money laundering / money laundering cornell / Visited: 18 U.S. Code § 1956 – Laundering of monetary instruments | U.S. … / kraken chainalysis |
| GX 1183 | 10/5/2023 | money laundering cornell / Visited: 18 U.S. Code § 1956 – Laundering of monetary instruments | U.S. … |

---

[1] Successive search terms or site visits within the same exhibit are separated by a forward slash. Site visits are identified by the word "Visited:" followed by what appears to be the title of the webpage visited.

| | | |
|---|---|---|
| **GX 1171** | 10/11/2023 | Visited: 18 U.S. Code § 1956 – Laundering of monetary instruments \| U.S. … / money laundering cornell / 18 U.S. Code § 1956 – Laundering of monetary instruments \| U.S. |
| **GX 1186** | 10/11/2023 | cornell money laundering / Visited: 18 U.S. Code § 1956 – Laundering of monetary instruments \| U.S. … |
| **GX 1174** | 10/20/2023 | computer fraud and abuse act / Visited: 18 U.S. Code § 1030 – Fraud and related activity in connection with … / computer fraud and abuse act / Visited: NACDL – Computer Fraud and Abuse Act (CFAA) |
| **GX 1175** | 10/20/2023 | Visited: Prosecuting Computer Crimes – Department of Justice / cfaa prosecutors guide / Visited: Prosecuting Computer Crimes – Department of Justice |
| **GX 1189** | 10/20/2023 | computer fraud and abuse act / Visited: 18 U.S. Code § 1030 – Fraud and related activity in connection with … |
| **GX 1176** | 10/25/2023 | shakeeb ahmed us doj / Visited: Southern District of New York \| Statement of U.S. Attorney Damian … / shakeeb ahmed trial / Visited: United States v. Ahmed, 1:23-cr-00340 – CourtListener.com |
| **GX 1191** | 10/25/2023 | shakeeb ahmed us doj / Visited: Southern District of New York \| Statement of U.S. Attorney Damian … |
| **GX 1168** | 10/25/2023 | Watched: Southern District of New York - Statement of U.S. Attorney Damian … |
| **GX 1177** | 11/16/2023 | can you report a tax loss on stolen property / Visited: Topic No. 515, Casualty, Disaster, and Theft Losses \| Internal … / crypto theft deductible / Visited: Can I Write Off Lost, Stolen, & Scammed Crypto on My Taxes … |
| **GX 1192** | 11/16/2023 | can you report a tax loss on stolen property |
| **GX 1193** | 11/16/2023 | crypto theft deductible / Visited: Can I Write Off Lost, Stolen, & Scammed Crypto on My Taxes |
| **GX 1178** | 11/21/2023 | right to trial by jury united states / is an extradition trial a criminal trial / Visited: Criminal Division \| Frequently Asked Questions Regarding Extradition / israel-united states extradition |
| **GX 1179** | 11/21/2023 | Visited: Extradition From Israel \| Office of Justice Programs / does the united states extradite to israel / Visited: https://repository.law.umich.edu/context/mjil/article/1386/viewcontent / does the united states extradite to israel |
| **GX 1180** | 11/21/2023 | spain cybercrime / spain cybercrime statues / spain cybercrime statutes / Visited: Spain – Cybercrime Law |
| **GX 1194** | 11/21/2023 | does the united states extradite to israel |
| **GX 1195** | 11/21/2023 | spain cybercrime statutes / Spain – Cybercrime Law |
| **GX 1196** | 11/21/2023 | israeli head of cyber division crypto / Visited: The head of the snake: Israel police bust international crypto fraud ring |