**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:  1:24-cr-00293-JGLC |
| v. | |
| ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO, | |
| Defendants. | |

**DEFENDANTS' NOTICE OF JOINT MOTION TO**
**EXCLUDE CERTAIN TESTIMONY FROM NONPARTY-1**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials

cited therein, Defendants James and Anton Peraire-Bueno will jointly move this Court before the

Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street,

New York, New York, 10007, for an order excluding certain testimony from Nonparty-1 pursuant

to the Fifth Amendment to the United States Constitution and Federal Rule of Evidence 1002.

Counsel for the parties met and conferred in good faith via video conference on August 20,

2025, and were unable to resolve the issues this motion presents.


Date: August 22, 2025                     Respectfully submitted,

By: */s/ Katherine Trefz*                 By: */s/ Daniel N. Marx*

Katherine Trefz (*pro hac vice*)          Daniel N. Marx
Daniel Shanahan (*pro hac vice*)          William W. Fick (*pro hac vice*)
Patrick J. Looby (*pro hac vice*)         Fick & Marx LLP
Williams & Connolly LLP                   24 Federal Street, 4th Floor
680 Maine Avenue SW                       Boston, MA 02110
Washington, DC 20024                      Tel: 857-321-8360
Tel: (202) 434-5000                       dmarx@fickmarx.com
ktrefz@wc.com                             wfick@fickmarx.com

1

2

dshanahan@wc.com
plooby@wc.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing document with

the Clerk of Court using the CM/ECF system which will send notification of such filing to all

counsel of record in this matter who are on the CM/ECF system.


*/s/ Katherine Trefz*
Katherine Trefz

3