IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO,<br><br>   Defendants. | Case No.: 1:24-cr-00293-JGLC |

**DEFENDANTS' NOTICE OF JOINT MOTION TO
EXCLUDE UNDISCLOSED EXPERT TESTIMONY**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and materials cited therein, Defendants James and Anton Peraire-Bueno will jointly move this Court before the Honorable Jessica G.L. Clarke, in Room 11B of the United States District Court, 500 Pearl Street, New York, New York, 10007, for an order excluding at trial undisclosed expert testimony from the government's witnesses pursuant to Federal Rule of Criminal Procedure 16(d)(2).

Counsel for the parties met and conferred in good faith via video conference on August 20, 2025, and were unable to resolve the issues this motion presents.

| | |
|---|---|
| Date: August 22, 2025<br><br>By: */s/ Katherine Trefz*<br><br>Katherine Trefz (*pro hac vice*)<br>Daniel Shanahan (*pro hac vice*)<br>Patrick J. Looby (*pro hac vice*)<br>Williams & Connolly LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Tel: (202) 434-5000<br>ktrefz@wc.com | Respectfully submitted,<br><br>By: */s/ Daniel N. Marx*<br><br>Daniel N. Marx<br>William W. Fick (*pro hac vice*)<br>Fick & Marx LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>Tel: 857-321-8360<br>dmarx@fickmarx.com<br>wfick@fickmarx.com |

dshanahan@wc.com
plooby@wc.com

*Counsel for Defendant*
*Anton Peraire-Bueno*

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Counsel for Defendant*
*James Peraire-Bueno*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on August 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

                                                     */s/ Katherine Trefz*
                                                     Katherine Trefz