# Exhibit 1

≡ Flashbots    About    MEV-Boost    Forum    Join us

- Reason 1: Builder competition is good for everyone
- Reason 2: mev-boost is neutral infrastructure
- Reason 3: mev-boost is secure and redundant
- Reason 4: mev-boost is an important step to in-protocol PBS
- Reason 5: mev-boost prevents MEV hiding
- Remaining risks of mev-boost
- References

# Why run mev-boost?

06.06.22 · 6 min read

Hasu                Stephane Gosselin

This article explains the benefits of mev-boost to the network and to validators, node operators, and staking pools.

The block producer role consists of two jobs: (1) **building** the best block from all available transactions, and (2) **proposing** this block to the network providing a proof-of-work or stake. While block building used to be easy, MEV creates an incentive for block producers to vertically integrate with trading firms to boost their returns. Unchecked, this would be a centralizing force in Ethereum.

The solution is a technique called proposer-builder separation (PBS) in which validators can outsource the difficult building of blocks to specialized parties called **block builders**. PBS is being rolled out to Ethereum in three stages:

1. Stage 1 (2020 until today): Flashbots started as a builder specializing in MEV extraction in proof-of-work Ethereum to democratize access to MEV and make the most profitable blocks available to all miners. >90% of miners are outsourcing some of their block construction to Flashbots today.
2. Stage 2 (we are here): **mev-boost** is a new middleware in which validators can sell their blockspace to not just Flashbots but other builders as well. This opens up the market to more builders and creates competition between them, leading to more revenue and choice for validators, and better censorship-resistance for Ethereum.
3. Stage 3 (in ~2 years): In the future, PBS will be **enshrined** in the Ethereum protocol itself to further harden its trust model.

In this article, we explain the benefits of mev-boost to the network and to validators, node operators, and staking pools.

## Reason 1: Builder competition is good for everyone

**Competition between buyers** maximizes revenue for the seller, and the market for blockspace is no different. The more block builders compete to buy blockspace from your validators, the more they have to bid. As a result, validators can earn higher returns than using any other approach.

The Flashbots builder, for example, has pioneered the **sealed-bid auction** with a new transaction type called "bundle". Bundles allow transactions to express a preference for transaction placement independent from their bid, which is particularly useful for extractors of MEV. Access to MEV is even more important in PoS Ethereum, as the planned reduction in block subsidies will make an even larger share of total staking revenue.

The difference is even more important for **solo validators**, who couldn't participate in Stage 1 PBS because of their size and were cut off from any MEV revenue. In the old infrastructure, miners were trusted not to "unbundle" MEV transactions. In mev-boost, validators commit to a certain buyer knowing only that the block is valid and how much it pays them, but not the transactions inside. So this trust is no longer required, allowing even small or solo validators to sell their blockspace to the best builders.

A competitive market between several builders is also better for **Ethereum's censorship resistance**, as censoring builders will make less money than non-censoring ones and not be able to bid as much. For that reason, partially PBS is generally said to have a 1/N security model (1 non-censoring builder is enough) validators also have full control over the builders they include in their market and can remove ones that were found to be censoring.

Finally, we expect PBS to create a **green field for builders as an entirely new type of service provider** in Ethereum. For example, the Flashbots builder is accessible to anyone via the Flashbots Protect RPC and creates a de-facto overlay to Ethereum where users can transact privately and are protected from frontrunners and reverts. In the future, we expect builders to improve on Ethereum's UX in dramatic ways, e.g. by offering generalized account abstraction.

## Reason 2: mev-boost is neutral infrastructure

While mev-boost is built by Flashbots in collaboration with the Ethereum Foundation and client teams, it is developed with **neutral infrastructure** in two major ways.

First, even though the Flashbots builder uses mev-auction as its ordering algorithm, mev-boost itself is **unopinionated about the ordering approach used**. Any builder can compete on the same infrastructure and use other ordering approaches, from full or partial auction to first-come-first-serve to selling blockspace in a futures market, and more. We ultimately expect the users of Ethereum to determine the winning approach by voting with their feet and sending their transactions to the builders that best represent them.

Second, mev-boost is **compatible with any Ethereum client**. This is a major upgrade to the Flashbots builder of proof-of-work Ethereum which required all participating miners to run mev-geth, a fork of go-ethereum.

## Reason 3: mev-boost is secure and redundant



mev-boost is designed from the ground up with **Ethereum security as the primary objective**. It is designed such that the worst-case scenario for validators is to lose one block of MEV revenue.

To prevent any risk to Ethereum **liveness**, mev-boost is implemented as a sidecar for consensus clients. Using the standard builder specs ensures that client diversity is maintained and validators benefit from operating in the same security model regardless of the client. This security model ensures that if a fault occurs in the mev-boost software, the consensus nodes fall back to local block production.

To ensure high levels of **data availability**, mev-boost introduces mutually trusted relays that sit between builders and validators and are responsible for simulating blocks, filtering out the bad ones, and escrowing block bodies. Relay activity is publicly auditable, allowing the entire network to monitor its performance. Using fraud proofs and circuit breakers, validators can automatically disconnect from underperforming relays. Data availability committees may be introduced in the future to provide additional redundancy to the network.

To reduce the risk of **censorship**, mev-boost allows validators to connect to any and as many relays as they trust. High levels of builder and relay competition ensure that users and validators always have many options to chose from.

## Reason 4: mev-boost is an important step to in-protocol PBS

As outlined in the intro, it is very important for Ethereum that all validators have access to the best blocks and that competition between builders is encouraged. mev-boost improves on Stage 1 PBS in both of these dimensions by being very easy to join as both a validator and builder.

While we estimate enshrined PBS to be two years from production, mev-boost can serve as an **interim solution**. It uses mutually trusted relays to get the benefits of PBS today, whilst the in-protocol solution is developed.

There are good reasons to move ahead with an out-of-protocol PBS at this time instead of waiting. mev-boost is available today while enshrined PBS is still an active area of research. The "private market" can generally iterate faster toward a winning design, and allows us to build more knowledge before enshrining PBS in Ethereum. Both of these points were also emphasized by Barnabé Monnot of the Ethereum Foundation in this talk.

## Reason 5: mev-boost prevents MEV hiding

Most stake in PoS ethereum will be delegated to staking pools, which further delegate to trusted (Lido, Alluvial) or bonded (Rocket Pool) node operators. But these pools suffer from a risk called **mev hiding** where node operators are incentivized to hide the real value they make from a block and keep a larger fee for themselves. An open market for block building solves this problem because builders need to maximize their public bids in order to be competitive. As long as validators sell their blockspace to the highest bidder, there is very high confidence they are not engaging in mev hiding on the side.

## Remaining risks of mev-boost

The first and biggest risk to block production in Ethereum remains that of **builder centralization**. A builder that dominates the market because of its outsized profitability gains the ability (although not the incentive) for censorship. They can also extract rent from Ethereum users and validators. It should be noted that mev-boost doesn't create the risk of builder centralization - MEV does. mev-boost merely makes it easy for builders to buy the blockspace of all validators and thereby isolate the centralization to the builder layer, where it is easier to address. If anything, encouraging competition between many builders is the primary mitigation to builder centralization, but it should be supported by techniques like censorship resistance lists (crLists) and others still in early research.

First, mev-boost has the role of the **mutually trusted relay**. Anyone can be a relay, and they will compete on reputation and service to both builders and validators. While this is a strict improvement to the trust model compared to Stage 1 PBS, relays can still be a risk to both builders and validators. This risk will be addressed in Stage 3 PBS (enshrined), which is getting rid of the trusted relay altogether.

## References

**PBS**

- mev-boost GitHub
- Proposer/block builder separation-friendly fee market designs
- The Hitchhiker's Guide to Ethereum (good layman's explanation of PBS)
- A study of the transaction supply chain from CryptoKitties to MEV-Boost to PBS - Barnabé Monnot (EF)
- Ethereum builder API specification
- Flashbots Protect RPC

---

Newer Post                                              Older Post
« Beginner's Guide to mev-boost        The MEV Supply Chain - a peek into the future of this industry »

GitHub · Documentation · Status
Chainlist · Transparency reports
Discord · YouTube

© 2023 Flashbots, Ltd.

# Introduction

## What is MEV-Boost?

`mev-boost` is open source middleware run by validators to access a competitive block-building market. MEV-Boost was built by Flashbots as an implementation of proposer-builder separation (PBS) for proof-of-stake (PoS) Ethereum.

With MEV-Boost, validators can access blocks from a marketplace of builders. Builders produce blocks containing transaction orderflow and a fee for the block proposing validator. Separating the role of proposers from block builders promotes greater competition, decentralization, and censorship-resistance for Ethereum.

See also:

- boost.flashbots.net
- boost-relay.flashbots.net
- github.com/flashbots/mev-boost

## Why MEV-Boost?

MEV is a centralizing force on Ethereum. Unattended, the competition for MEV opportunities leads to consensus instability and permissioned communication infrastructure between searchers, block producers, and validators. Access to MEV is even more important in PoS Ethereum, as the planned reduction in block subsidies will make MEV an even larger share of total staking revenue.

Validators running MEV-Boost maximize their staking reward by selling their blockspace to an open market. It is estimated that validators running MEV-Boost can increase staking rewards by over 60%.

## How does MEV-Boost work?



PoS node operators must run three pieces of software: a validator client, consensus client, and an execution client. MEV-boost is a sidecar for the consensus client, a separate piece of open source software, which queries and outsources block-building to a network of builders.

Block builders prepare full blocks, optimizing for MEV extraction and fair distribution of rewards, and send blocks to relays. A single MEV-boost instance can be configured to connect to **multiple** relays.

Relays aggregate blocks from **multiple** builders and identify the most profitable block to submit to the block proposer. The proposing validators' consensus client then propagates the most profitable block received from MEV-boost to the Ethereum network for attestation and block inclusion.

Previous
« release notes

Next
MEV-Boost Specifications »







USAO_00025162

# Block Builders

**What is a Builder?**

Block builders are highly specialized actors who construct blocks from transaction orderflow (public transactions, bundles, private transactions, etc).

**The Role of Builders**

Builders run algorithms and simulations (e.g. First Come First Serve, First Price Auctions, etc.) to order bundles and TXs in a block template (technically: `execution_payload`) that maximizes profit. Builders then bid for and buy the validators' blockspace, facilitated by one or more relays, so their execution payloads are proposed to the blockchain.

## How do builders pay block proposers?

Flashbots proposed a standardized specification for how payments are made from builders to block proposers through the following process:

1. The builder sets their own address as the `feeRecipient` of the payload block header they are constructing.
2. The builder includes a transaction which pays ETH to the proposer's `feeRecipient` address at the end of their proposed block.

## Determining the value of blocks

A standard method for determining block value is crucial for multiple components of the MEV-Boost ecosystem; including relay monitoring, validator accounting, builder payments, block explorers, payment proofs, and MEV hiding.

Various methods for defining block value were considered by members of the community. It was determined that block level scoring was the most simple and intuitive method for scoring block value.

## Block level scoring

Block level scoring looks at the difference in the balance of the fee recipient account before and after the block execution.

Note that a "block score" is not meant to be a formal definition of realized extractable value, since this is a difficult metric to quantify. For example, a Layer 2 transfer to a validator' fee recipient address could be considered extractable value, but falls outside the scope of a block score calculation.

Constructing a payment proof for this scoring method requires a Merkle Proof of the fee recipient balance in block *(n - 1)*, and a Merkle Proof of the fee recipient balance in block *n*. **Payment proofs have not yet been put into production.** Active discussion about payment proof implementation is still on-going. For more details or to participate in the discussion around payment proofs and block-level scoring, please check out the block scoring forum thread.

## External Builders

External builders can submit blocks to Mainnet, Goerli and Sepolia Flashbots relays. The table below outlines Builder API methods available on each network.

### Relay Block Submission Endpoints by Network

| | | Mainnet | Goerli |
|---|---|---|---|
| `getValidators` | GET Request - Returns an array of validator registrations with assigned duties in the current and next epoch | https://web.archive.org/web/20230117093416/https://boost-relay.flashbots.net/relay/v1/builder/validators | https://web.archive.org/web/20230117093416/https://boost-relay-goerli.flashbots.net/relay/v1/... |
| `submitBlock` | POST Request - submits a block to the builder | https://web.archive.org/web/20230117093416/https://boost-relay.flashbots.net/relay/v1/builder/blocks | https://web.archive.org/web/20230117093416/https://boost-relay-goerli.flashbots.net/relay/v1/... |

- See also the Relay API documentation - Block Builder API for more details on the API and payloads.
- The example Flashbots builder implementation is a good external builder reference, and is currently used in production by several builders.

## Rate-limits:

Submissions to all relays are currently rate-limited to 60 blocks / minute.

## Flashbots Builders

All Flashbots builders pay block proposers from the `flashbots-builder.eth` ENS address. Each Flashbots builder uses a different public key (`builder_pubkey`) for relay identification and analytics purposes.

The various `builder_pubkeys` used to identify Flashbots builders to relays are listed below:

| Builder 'Name' | Builder Public Key |
|---|---|
| babe | 0x81**babe**ec8c9f2bb9c329fd8a3b176032fe0ab5f3b92a3f44d4575a231c7bd9c31d10b6328ef68ed1e8c02a3dbc8e80f9 |
| beef | 0x81**beef**03aafd3dd33ffd7deb337407142c80fea2690e5b3190cfc01bde5753f28982a7857c96172a75a234cb7bcb994f |
| dead | 0xa1**dead**1e65f0a0eee7b5170223f20c8f0cbf122eac3324d61afbdb33a8885ff8cab2ef514ac2c7698ae0d6289ef27fc |
| defa (mempool builder) | 0xa1**defa**73d675983a6972e8686360022c1ebc73395067dd1908f7ac76a526a19ac75e4f03ccab6788c54fdb81ff84fc1b |

## Additional Links & References

- MEV-Boost Geth Builder - an example builder implementation
- Relay API documentation - Block Builder API
- Block Builder Self-Help Group: https://web.archive.org/web/20230117093416/https://collective.flashbots.net/c/builders/14
- Github issue about becoming block builder: https://web.archive.org/web/20230117093416/https://github.com/flashbots/mev-boost/issues/145
- Mevboost.org* - Tracking MEV-Boost relays and block builders. A quick hack by Anish. Design inspired by file.app.

*Note: Flashbots does not control and cannot verify the data coming from external people and organizations. Please direct questions or issues directly to the creators of external data sources.*

| Previous | Next |
|---|---|
| « MEV-Boost Risks and Considerations | Block Proposers » |



# Relay Fundamentals

**What is a Relay?**

Relays are a doubly-trusted data-availability layer and communication interface between builders and validators. Relays are trusted by builders for fair payload routing, and trusted by proposers for block validity, accuracy, and data availability. They are often specialized in Denial of Service (DoS) protection and networking.

Relays can connect to one or many builders, and we expect that there will be both variants. A relay connecting to many builders will aggregate their bids (fun fact: in a previous iteration, we called them builder aggregators or builder pools). The relay can see all the blocks submitted by the builders to confirm their validity and how much they pay to the validator. The relay then only submits the highest valid bid to the validator to sign.

Before validators can receive any bids from relays, they need to set up mev-boost and add relays to their mev-boost config. mev-boost is effectively just a relay aggregator or a local relay of relays. It will serve the validator the winning bid from all relays. A validator can connect to a small number of relays that aggregate all the builders, and many will probably do that. Other validators might connect to many relays.

**The Role of Relays**

A relay has several responsibilities:

- They execute builder-spec and data transparency API functionality.
- Handle validator registrations and block proposals in a scalable manner.
- Provide block escrow and data availability.
- Simulate and verify blocks sent by block-builders, and rate-limit as necessary. Relays simulate whether:
    - the correct amount of fees are paid to recent validator feeRecipient.
    - the correct block attributes and transactions exist.
    - the block gas is within the gasLimit requested by validator.

## Relay API Specification

The current specification for the open-source Flashbots relay. Diagram below displays the current architecture:



## Proposer API

Standard builder spec APIs

- registerValidator: `POST /eth/v1/builder/validators`
- getHeader: `GET /eth/v1/builder/header/{slot}/{parent_hash}/{pubkey}` - Get an execution payload header.
- submitBlindedBlock: `POST /eth/v1/builder/blinded_blocks` - Submit a signed blinded block and get unblinded execution payload.
- status: `GET /eth/v1/builder/status`

## Block Builder API

Get a list of validator registrations for the current and next epoch, submit a new block to the relay.

## Data API

Provides data about received blocks from builders, payloads delivered to proposers as well as insights into validator registrations.

## Relay Monitor

While relays are trusted actors, the ability to run a relay is permissionless. To mitigate potential abuses of this role, Flashbots has suggested a "relay monitor," which uses publicly available data to form a view on the behavior and performance of the set of relays it is monitoring. More details can be found in the relay monitor design documentation, keeping MEV-Boost relays honest, and understanding liveness risks.

## Circuit Breaker

The circuit breaker is implemented by client software teams to define "circuit breaking" conditions using globally available inputs (simply, the chain) which determine whether clients should make a decision to terminate an external builder network in favor of local block production. Once the circuit breaker condition is met, the only way to reset the state is to restart the beacon node where the missing slots tally will be 0.

Each consensus client implements different circuit breaker conditions, as an example:

| Name | Value | Units |
|---|---|---|
| MAX_ALLOWED_MISSING_SLOTS | 5 | slot(s) |

Previous
« Block Proposers

Next
System Requirements »

USAO_00025165

# System Requirements

🏠 > Flashbots MEV-Boost > Getting Started > System Requirements

# System Requirements

This guide assumes a pre-installed and hardened Ubuntu installation as well as Docker. Excellent introductory resources to start with are: eth-docker, Coincashew, and Rocketpool's Securing your Node.

**Execution + Beacon Requirements**

- **Software**: Execution client, beacon node client (instructions for clients below), curl
- **OS**: 64-bit Linux, Mac OS X 10.14+, Windows 10+ 64-bit
- **CPU**: 4+ cores @ 2.8+ GHz
- **Memory**: 16GB+ RAM
- **Storage**: SSD with at least 2TB free space
- **Network**: 8 MBit/sec broadband

💡 There are variations in client resource usage. Please review CoinCashew's Client Usage Guide for more details!

**Validator Requirements**

- **Everything above, plus...**
- **Software:** Validator client, browser-based crypto wallet (instructions below)
- **Hardware:** (Recommended) A new machine that has never been connected to the internet that you can use to securely generate your mnemonic phrase and keypair
- **32 ETH** (Mainnet)
- **32 testnet ETH** (Testnets)

**MEV-Boost Requirements**

- Can run on any beacon-node system, and requires almost no resources.

## Consensus client configuration guides

| | MEV-Boost Client Guides |
|---|---|
| Teku | Guide |
| Prysm | Guide |
| Lighthouse | Guide |
| Lodestar | Guide |
| Nimbus | Guide |

Previous
« Relay Fundamentals

Next
Installation »

- Welcome
- Flashbots Auction
- Flashbots Data
- Flashbots Protect
- Flashbots MEV-Boost
  - introduction
  - architecture overview
  - block builders
  - block proposers
  - relays
  - getting started
    - system-requirements
    - system-requirements
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - Installation
    - Installation
    - Installation
    - Usage
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
    - system-requirements
    - Installation
    - Usage
    - Installation
    - Usage
    - Installation
    - Installation
    - Usage
  - troubleshooting
- contributing
- vulnerabilities
- FAQ
- glossary
- resources
- community-tools
- Community
- Contribute
- Forum
- Discord
- GitHub
- Status

# Installation

The most common setup is to install MEV-Boost on the same machine as the beacon client. Multiple beacon-clients can use a single MEV-Boost instance. The default port is 18550.

See also Rémy Roy's guide for comprehensive instructions on installing, configuring and running MEV-Boost.

## Binaries

Each release includes binaries from Linux, Windows and macOS (portable build, for amd and arm). You can find the latest release at https://web.archive.org/web/20221129203801/https://github.com/flashbots/mev-boost/releases

## From source

Requires Go 1.18+.

### `go install`

Install MEV-Boost with `go install`:

```
go install github.com/flashbots/mev-boost@latest
mev-boost -help
```

### Clone and Build

Ensure you are downloading the most updated MEV-Boost release. Releases are available at https://web.archive.org/web/20221129203801/https://github.com/flashbots/mev-boost/releases

clone the repository and build it:

```
git clone https://github.com/flashbots/mev-boost.git
cd mev-boost

# If you want to build a specific release, check out the tag first. https://github.com/flashbots/mev-boost/releas
git checkout tags/YOUR_VERSION

# Build most recent version of MEV-Boost
make build

# Use build-portable if the standard build crashes on startup
make build-portable

# Show help. This confirms MEV-Boost is able to start
./mev-boost -help
```

## From Docker image

We maintain a MEV-Boost Docker images at https://web.archive.org/web/20221129203801/https://hub.docker.com/r/flashbots/mev-boost

- Install Docker Engine
- Pull & run the latest image:

```
# Get the default MEV-Boost image
docker pull flashbots/mev-boost:latest

# Get the portable MEV-Boost image
docker pull flashbots/mev-boost:latest-portable

# Run it
docker run flashbots/mev-boost -help
```

## Systemd configuration

You can run MEV-Boost with a systemd config like this:

`/etc/systemd/system/mev-boost.service`

```
[Unit]
Description=mev-boost
Wants=network-online.target
After=network-online.target

[Service]
User=mev-boost
Group=mev-boost
WorkingDirectory=/home/mev-boost
Type=simple
Restart=always
RestartSec=5
ExecStart=/home/mev-boost/bin/mev-boost \
        -mainnet \
        -relay-check \
        -relays YOUR_RELAY_CHOICE

[Install]
WantedBy=multi-user.target
```

## Troubleshoot Installation

If MEV-Boost crashes with `"SIGILL: illegal instruction"` then you need to use a portable build:

You can either use a portable Docker image, or install/build the portable build like this:

```
# using `go install`
CGO_CFLAGS="-O -D__BLST_PORTABLE__" go install github.com/flashbots/mev-boost@latest

# build from source
make build-portable
```

Previous
« system-requirements

Next
Usage »

### On this page
- Binaries
- From source
  - `go install`
  - Clone and Build
- From Docker image
- Systemd configuration
- Troubleshoot Installation

# Usage

To connect to various networks, use the appropriate network flag for the specific network and relay URL, e.g. `-kiln`, `-ropsten`, `-sepolia`, `-goerli` or `-mainnet`. You can add multiple relays comma-separated to the `-relays` flag, like this: `-relays https://relay1,https://relay2`

You can find a comprehensive list of relays at https://web.archive.org/web/20221129203801/https://boost.flashbots.net

## Mainnet Relay

Run mev-boost pointed at our Mainnet Relay:

```
./mev-boost -mainnet -relay-check -relays https://0xac6e77dfe25ecd6110b8e780608cce0dab71fdd5ebea22a16c0205200f2f8
```

## Goerli testnet

Run mev-boost pointed at our Goerli Relay:

```
./mev-boost -goerli -relay-check -relays https://0xafa4c6985aa049fb79dd37010438cfebeb0f2bd42b115b89dd678dab0670c1
```

## Sepolia testnet

Run mev-boost pointed at our Sepolia Relay:

```
./mev-boost -sepolia -relay-check -relays https://0x845bd072b7cd566f02faeb0a4033ce9399e42839ced64e8b2adcfc859ed1e
```

## mev-boost cli arguments

```
$ ./mev-boost -help
Usage of ./mev-boost:
  -addr string
        listen-address for mev-boost server (default "localhost:18550")
  -debug
        shorthand for '-loglevel debug'
  -genesis-fork-version string
        use a custom genesis fork version
  -goerli
        use Goerli
  -json
        log in JSON format instead of text
  -loglevel string
        minimum loglevel: trace, debug, info, warn/warning, error, fatal, panic (default "info")
  -mainnet
        use Mainnet
  -relay-check
        check relay status on startup and on the status API call
  -relay-monitors string
        relay monitor urls - single entry or comma-separated list (scheme://host)
  -relays string
        relay urls - single entry or comma-separated list (scheme://pubkey@host)
  -request-timeout-getheader int
        timeout for getHeader requests to the relay [ms] (default 950)
  -request-timeout-getpayload int
        timeout for getPayload requests to the relay [ms] (default 4000)
  -request-timeout-regval int
        timeout for registerValidator requests [ms] (default 3000)
  -sepolia
        use Sepolia
  -version
        only print version
```

## Checking if everything works

You can check if you setup works by looking up the validator registration of your proposer using the Relay Data API.

Example API URL: https://web.archive.org/web/20221129203801/https://boost-relay.flashbots.net/relay/v1/data/validator_registration?pubkey=0xb606e206c2bf3b78f53ebff8be8e8d4af2f0da68646b5642c4d511b15ab5ddb122ae57b48eab614f8ca5bafbe75a5999

Previous
« Installation

Next
troubleshooting »



USAO_00025169



# FAQ

## Can I connect to multiple relays with MEV-Boost?

Yes. You can add multiple relays comma-separated to the `-relays` flag, like this: `-relays https://relay1,https://relay2`

## How should I think about running `mev-boost` vs regular block construction?

The alternative to running `mev-boost` would be to get blocks from your local execution client, which can only get transactions from the public mempool and is not optimized for MEV extraction, meaning your rewards are likely to be less.

Or to implement your own builder, which is a complicated task and still leaves you with the problem of finding transactions that extract MEV and are not going through the public mempool.

## Can I check relay status when starting MEV-Boost?

Yes. The `-relay-check` flag can be called to check the status of relays, will return an error if none of the configured relays are responsive.

```
# Example -relay-check call:

./mev-boost -goerli -relays -relay-check https://0xafa4c6985aa049fb79dd37010438cfebeb0f2bd42b115b89dd678dab0670c1
```

## What is the difference between a beacon node, validator, and validator client?

A "**node**" or "**beacon node**" follows and reads the beacon chain. **validator clients (VC)** are specialized software that stake 32 ETH as collateral within Ethereum's **consensus layer** in order to participate in consensus duties. Validator clients are responsible for executing duties, such as proposing blocks and signing of attestations within Ethereum's proof-of-stake consensus mechanism, and will fully replace proof-of-work miners after The Merge. **validators** most often refers to a validator client instance, but can refer to an individual that physically manages a validator client. This is an optional role in which a user posts ETH as collateral to a validator client in order to verify and attest to blocks, and seek financial returns in exchange for building and securing the protocol. This is similar to proof-of-work networks in which miners provide collateral in the form of hardware/hash-power to seek returns in exchange for building and securing the protocol. Read more here.

## What prevents block proposers from stealing MEV from submitted builders' blocks?

Slashing penalties. A builder provides the proposer with a "blind" execution layer header to incorporate into a block, and a "value" amount which will be transferred to the proposer once they create a block using this header. Once a proposer signs a block with a header, they are bound to this choice (or risk being slashed due to equivocation). Should a validator wish to steal MEV from a builder, they would need to sign a second block including the exploited MEV, which would result in a slashing penalty. This penalty is significant enough to discourage this behavior, allowing the builder to reveal the blinded transactions without the possibility of the proposer tampering with them, or stealing MEV. Read more about slashing events here.

## Does MEV-Boost have knowledge about the Beacon Chain?

No. MEV-boost has no knowledge about the beacon chain, such as which slots were proposed, etc.

---

Previous
« Vulnerabilities

Next
Glossary »



USAO_00025172