# Exhibit 3

| | |
|---|---|
| **From:** | "Tether Support" <support@tether.to> |
| **Sent:** | Wed 9/6/2023 1:48:05 AM (UTC) |
| **To:** | "Low Carb Crusader" <low.carb.crusader@proton.me> |
| **Subject:** | Re: Frozen tokens [#666642] |

**Hello Low Crusader**

Dear Sir/ Madam,

We apologize for the delay in our response.

For more information on deposit address 0x3c98d617db017f51C6A73a13E80E1FE14cD1D8Eb, we kindly ask that contact the Cyber division, Israel police using the email address cybertlv@police.gov.il. You may inquire about the funds using the provided address.

We do not have further information at this time.

Kind regards,



---

*We hope this response has sufficiently answered your questions. If not, please do not send another email. Instead, reply to this email.*

**Submitted:** 2023-07-27 17:35
**Subject:** Frozen tokens
**Ticket number:** #666642