# Exhibit 4

decrypt

BTC $116,930.00 -0.20% ETH $4,038.87 4.24% XRP $3.30 1.55% BNB $796.06 1.64% SOL $177.50 2.18% USDC $0.999804 -0.00% STETH $4,029.38 4.28% DOGE $0.229275 4.39% T

Price data by CoinGecko

News ‣ DeFi

# 'Sandwich the Ripper' MEV Exploiter Joins Tether's Graveyard of Blacklisted Addresses

**Another address has been blacklisted by stablecoin provider Tether, bringing its total of banned addresses to 865.**

By Ryan S. Gladwin

Apr 11, 2023

3 min read



Tether has regularly blacklisted addresses holding ill-gotten USDT. Image: Shutterstock.

Frontrun MEV bots and you'll get banned.

Tether has blacklisted an address—nicknamed "Sandwich the Ripper"—which holds $3 million in USDT after it was linked to an MEV exploit on April 3.

Blacklisted addresses are frozen from moving Tether funds from their wallet meaning the $3 million USDT is now essentially void.

Don't feel [illegible] sorry for the exploiter th[illegible] as the address still hold[illegible] 4.3 million in Wrapped E[illegible]reum (WETH) and over $[illegible] million in [illegible]

News AI Learn Gaming Degen

GOVERNMENT EXHIBIT 401
24 Cr. 293 (JGLC)

This was part of a wider MEV exploit from last week that saw roughly $25 million in total funds stolen mainly located in three addresses. The blacklisted address held the majority of these funds with approximately $20 million.

ETH

+16.70%
$4,041.65

24H 7D 1M 1Y MAX




Price data by CoinGecko

ETH price ➞

MEV, which stands for maximal extractible value, refers to the maximum value that can be extracted from block production by including, excluding, or changing the order of transactions within a block.

An example of this is so-called sandwich trading where an MEV extractor will attempt to make profit on a pending transaction—that will affect the price of the traded pair—by buying and selling the pair before and after the pending transaction.

## What was the MEV exploit?

During last week's multi-million-dollar exploit, several bots were attempting to take advantage of a sandwich trade. They were searching the mempool for pending transactions that would affect the price of trading pairs, attempting to make a profit from the transaction.

Mempool—otherwise known as memory pool—is a list of pending transactions waiting for validation.

The bots then buy coins before the pending transaction is validated and then sell those coins after the transaction is processed, selling them for the higher price caused by the previously pending transaction.



**How Ethereum Miners Could Exploit the Network and How to Fix It**

Miners are the oft-unacknowledged heroes of the Ethereum blockchain. They process user transactions, add blocks to the chain, and help keep the whole enterprise running by competing to solve cryptographic puzzles. While they're rewarded with 2 ETH (about $4,000 at current prices) plus...

News AI Learn Gaming Degen

Jeff Benson • Jul 22, 2021

In this case, however, someone sent a transaction to bait the bots to attempt a sandwich trade, thinking there was profit to be made.

"However, the attacker had found a bug in mev-boost-relay and the attacker exploited this bug by being the validator of this block," a spokesperson from PeckShield told *Decrypt* via Telegram. "The attacker replaced the sandwich bot's second transaction with his/her own transaction to make a profit."

The attacker successfully executed the exploit to the tune of roughly $20 million. The mev-boost-relay bug has since been patched.

Still, roughly $3 million of that haul has been lost for as long as Tether's ban remains.

## Tether adds another address to its list

This is just the latest in a long line of stablecoin blacklistings, with Tether—the largest stablecoin provider—banning a huge 865 addresses holding a total of 456 million USDT.

"Tether routinely works with law enforcement agencies around the world as part of our commitment to cooperation, transparency, and accountability," a Tether representative told *Decrypt*. "We respect official requests to temporarily freeze funds and are proud of our role as industry leaders in promoting cooperation between industry and government authorities."

Similarly, Circle has banned 159 wallets from trading its USDC stablecoin, locking 8.6 million USDC.

This issue has only worsened in the last three years, with Tether having only blacklisted 39 addresses as of July 2020—that's an average of 275 banned addresses per year.

"This means that, from a purely code standpoint, the owner of the USDT contract can blacklist any address, effectively freezing that account's funds," a smart contract engineer at Immunefi Gonçalo told *Decrypt* via email. "Historically, this function has been used to freeze USDT assets in accounts involved with exploit events."

**Daily Debrief Newsletter**

Start every day with the top news stories right now, plus original features, a podcast, videos and more.

**Your Email**

you@emailaddress.com

Get it!

## Recommended News



### Coinbase Rolls Out DEX Trading on Its App Starting With Base—And Solana 'Coming Soon'

Coinbase will offer decentralized exchange trading for U.S. customers, the crypto exchange giant announced on Friday. The feature will mean that new tokens previously only available via decentralized platforms will be available via Coinbase's mobile app. The feature won't be available for New York...

**News ‣ DeFi** 3 min read

Mat Di Salvo • Aug 8, 2025



### CrediX Team Vanishes as Stability DAO Preps 'Legal Report'

CrediX's team has grown increasingly quiet since hackers swiped $4.5 million worth of crypto from the decentralized finance protocol on Monday. On Friday, blockchain security firm CertiK said on X that CrediX team "has disappeared," noting that the protocol's X is now inactive, and its website has...

**News ‣ DeFi** 2 min read

André Beganski • Aug 8, 2025



### Ripple Aiming for More Developers With Ethereum Sidechain: CTO

XRP Ledger's Ethereum sidechain could lead to more experimentation within the network's ecosystem, while potentially attracting fresh talent, according to Ripple CTO David Schwartz. A lot of Ethereum-based applications are "just garbage," but developers' overarching focus on experimentati...

**News ‣ DeFi** 2 min read

André Beganski • Aug 7, 2025

All ➞

decrypt

Your gateway into the world of Web3

PARTNER
NEWS
DEEP DIVES
UNIVERSITY
COINS
VIDEOS
EVENT CALENDAR
PODCASTS

News AI Learn Gaming Degen

ABOUT

Team
Disclosures
Manifesto
Terms of Service
Code of Conduct
1000x Member Terms of Service
Privacy Policy
Contact
Careers
Jobs

SUBSCRIBE TO OUR NEWSLETTER

The latest news, articles, and resources, sent to your inbox weekly.

Enter your email

Subscribe

© A next-generation media company. 2025 Decrypt Media, Inc.

WIRED

JOEL KHALILI BLOCKCHAIN AND CRYPTOCURRENCY MAR 3, 2023 7:20 AM

# A New Crypto Mixer Promises to Be Tornado Cash Without the Crime

Privacy Pool's founder says he can preserve users' privacy while keeping money launderers and regulators at bay.

GOVERNMENT EXHIBIT 402 24 Cr. 293 (JGLC)

WIRED



WIRED

SAVE THIS STORY

**WHEN THE US** government announced sanctions against Tornado Cash last August, the warning seemed to be aimed at all crypto mixers.

Alleging that Tornado Cash had been used to launder $7 billion in digital currency—including half a billion dollars tied to Lazarus, a hacking group sponsored by North Korea—the US Treasury's Office of Foreign Assets Control said any service that "indiscriminately facilitates anonymous transactions" represents a "threat to US national security."

That definition fits most mixers, which are typically used to obscure the originators and recipients of crypto transactions by scrambling together funds from a large number of people. By the time depositors withdraw their funds to separate addresses, it is no longer clear whose crypto is whose.

Under the sanctions—which have been challenged in court—US residents are no longer legally allowed to use Tornado Cash. Separately, one of the service's developers, Alexey Pertsev, is being held in custody in the Netherlands on suspected "involvement in concealing criminal financial flows and facilitating money laundering."

which he says will still allow users to make private, largely untraceable transactions while discouraging money laundering and other illegal activities.

"If Americans want privacy, we have to figure out how to operate within the regulatory paradigm," says Soleimani (who describes Pertsev's imprisonment as an "affront to justice").

Soleimani announced the sequel to Tornado Cash on Twitter on February 26, revealing only its name and backing from MolochDAO, a decentralized autonomous organization (DAO) that hands out grants to developers building apps for the Ethereum blockchain, and which Soleimani is closely involved with.

At ETH Denver on March 4, he plans to unveil a rudimentary demo, with limits placed on the amount of funds that can pass through the service because the code has not yet been properly audited for bugs. "It's not a 'put all your money in' kind of launch," Soleimani says, "it's a 'let's start a conversation' kind of launch."

That conversation, he says, is about whether it's technically possible to satisfy authorities' need to trace the passage of stolen cryptocurrency while still affording crypto users the financial privacy they demand.

Privacy Pool will use a cryptography technology called a "zero-knowledge proof," by which users are able to demonstrate that their crypto withdrawals are unconnected to deposits made by known criminal wallets.

The basic premise, Soleimani says, is that users can "withdraw without revealing who they are by publicly proving who they are not."

However, Soleimani admits that the exact mechanics of the zero-knowledge proof are a mystery even to him. He decided to use it after being approached by an anonymous developer known as Twister, who is working on implementation of the technology. Soleimani says he doesn't know much about Twister but isn't concerned

Andrew Thurman, head of content at blockchain analytics company Nansen, says these kinds of proofs are "poised to play a key role" in affording anonymity to crypto users. The technology is gaining traction in crypto circles as developers explore different applications; Ethereum side-chain Polygon is making particularly heavy use of it, and Buterin has been vocal about its potential.

Under Soleimani's system, individual users will be responsible for marking out which other depositors they do not want to be associated with. In practice, he imagines that will mean using blacklists compiled by companies like Nansen, which monitors public blockchains for criminality.

In theory, such a design would also limit the amount of funds tied to criminal activity that pass through the mixer, he claims, "because everyone else using it will have the option to isolate [criminal addresses]," reducing the size of the pool in which bad actors can hide.

The system wouldn't mean that criminals couldn't operate on the mixer, only that they wouldn't be able to access its full liquidity.

Soleimani says that an alternative system, where an administrator maintains a blocklist to bar bad actors from the platform entirely, would be prohibitively expensive because adding addresses to a blockchain-hosted list comes at a cost each time, and criminals frequently hop between wallets. It would also raise ethical questions around whether one individual should make a judgement about who is allowed to use the service.

"I don't think I should be in charge of deciding who the good and bad people are for everyone—and nor should anyone else," says Soleimani. "This system is different because it allows individuals the choice of who they associate with or not."

Soleimani says that Privacy Pools' clients are likely to be people who want to make transactions privately—those who want to donate to political causes anonymously or conceal the size of their crypto-denominated salary, for example.

of cryptography to safeguard personal privacy.

“Cypherpunks like privacy, institutions like privacy, casual investors like privacy,” says Thurman. “It will be warmly welcomed.”

“I’m sure it will be good, whatever he puts out there,” says Greg Di Prisco, formerly head of business development at MakerDAO, another prominent Ethereum-based DAO. “I do not think the average user understands just how bad the world will look without transaction privacy.”

As for whether US regulators are likely to be receptive to the idea, however, Soleimani says he is “not at all confident”—a feeling that’s shared within crypto circles.

The debate around crypto mixers highlights the “philosophical divide” between evangelists and regulators, according to crypto analyst Noelle Acheson, around whether financial privacy is a right. She predicts that regulators in the US are likely to treat any kind of mixer with suspicion because of the opportunity for misappropriation, even if only a small percentage of users are bad actors.

But the emergence of a successor to Tornado Cash, Acheson says, points to the difficulty regulators face in preventing similar tools from coming to market, which risks becoming an endless game of whack-a-mole.

Despite the headwinds, Soleimani says he hopes the project will come to represent a rare convergence of the interests of regulators and crypto evangelists—and will act as something of a “peace offering.” (OFAC did not respond to a request for comment.)

“My goal is to have a privacy tool that I can use, as an American citizen. This has always been my goal—it was the goal when we made Tornado Cash in the first place,” he says. “My friends and I think privacy is normal. Someday you will too.”

## You Might Also Like ...

- **In your inbox:** Five new newsletters by deeply sourced experts
- The EVs we've lost
- **Big Story:** AI chatbots and the humans who love them
- Snake venom, urine, and a quest to live forever
- **Uncanny Valley:** An insider look at the influence of Silicon Valley



Joel Khalili is a reporter for WIRED, covering crypto, Web3, and fintech. He was previously an editor at TechRadar, where he wrote about the business of technology, among other things. Before turning his hand to journalism, he studied English literature at University College London. ... Read More

TOPICS CRYPTO BLOCKCHAIN CRYPTOCURRENCY

READ MORE

## Tornado Cash Made Crypto Anonymous. Now One of Its Creators Faces Trial

Roman Storm, one of the developers of crypto-anonymizing tool Tornado Cash, will stand trial in New York starting July 14. His supporters claim the freedom to develop software is under threat.

JOEL KHALILI

WIRED

Case

A federal jury found crypto developer Roman Storm guilty of operating an unlicensed crypto business but cleared him of sanctions violations and deadlocked on a money laundering charge.

JOEL KHALILI

## Encryption Made for Police and Military Radios May Be Easily Cracked

Researchers found that an encryption algorithm likely used by law enforcement and special forces can have weaknesses that could allow an attacker to listen in.

KIM ZETTER

WIRED

## Leak Reveals the Workaday Lives of North Korean IT Scammers

Spreadsheets, Slack messages, and files linked to an alleged group of North Korean IT workers expose their meticulous job-planning and targeting—and the constant surveillance they're under.

MATT BURGESS

WIRED

A string of US armory break-ins, kept quiet by authorities for months, points to a growing security crisis—and signs of an inside job.

DELL CAMERON

## Adoption Agency Data Exposure Revealed Information About Children and Parents

A trove of 1.1 million records left accessible on the open web shows how much sensitive information can be created—and made vulnerable—during the adoption process.

LILY HAY NEWMAN

WIRED

# Metadata Shows the FBI's 'Raw' Jeffrey Epstein Prison Video Was Likely Modified

There is no evidence the footage was deceptively manipulated, but ambiguities around how the video was processed may further fuel conspiracy theories about Epstein's death.

DHRUV MEHROTRA

WIRED

Security researchers found a weakness in OpenAI's Connectors, which let you hook up ChatGPT to other services, that allowed them to extract data from a Google Drive without any user interaction.

MATT BURGESS

## Congress Passes GENIUS Act in Major Win for US Crypto Industry

Experts say the legislation could unleash a tidal wave of new stablecoins—and fresh complaints about President Trump's crypto entanglements.

JOEL KHALILI

WIRED

## China's Salt Typhoon Hackers Breached the US National Guard for Nearly a Year

Plus: Secret IRS data-sharing with ICE, a 20-year-old hackable vulnerability in train brakes, and more.

DELL CAMERON

## Outage, Study Finds

Of those, more than 200 appear to have had outages of services related to patient care following CrowdStrike's disastrous crash, researchers have revealed.

ANDY GREENBERG

## The Kremlin's Most Devious Hacking Group Is Using Russian ISPs to Plant Spyware

The FSB cyberespionage group known as Turla seems to have used its control of Russia's network infrastructure to meddle with web traffic and trick diplomats into infecting their computers.

ANDY GREENBERG

EVENT POST-MORTEM

# How Did A Malicious Validator Steal $20 Million From MEV Bots by Attacking Ethereum MEV Boost Relay

On Ethereum Block 16964664, the top 5 MEV bots on our leaderboard was exploited and lost $20M.

EIGENPHI
APR 03, 2023

3

Share




Around 2:11 AM EDT on April 3rd, the Twitter account punk3155 found some MEV bots had been attacked while trying to cook some sandwiches.

> 3155.eth
> @punk3155
>
> Dusk for sandwich bots? A few top mev bots were targetted in block etherscan.io/txs?block=1696... @peckshield @BlockSecTeam @bertcmiller @samczsun @bbbb https://t.co/Kfyv8fP8Dd
>
> 6:11 AM · Apr 3, 2023
>
> 554 Likes 161 Retweets

Interestingly, these 5 bots were in the top 10 MEV bots leaderboard of 30-day on EigenPhi.io.

GOVERNMENT EXHIBIT 402
24 Cr. 293 (JGLC)







The attack caused MEV searchers to face a chaotic situation because the attacker abused the assumed atomicity of the sandwich attack transaction bundle being sent to the chosen validator.

Usually, the typical process of block building involves sending a bundle through an API to builders, who then send all the block information to the relay. The relay transmits only the block header to the validator, adding the fee receipt address and parent of the block. Then the validator signs the relay's information before sending it to the consensus layer for broadcasting. However, during this attack, the validator attacker exploited a relay bug to access detailed transaction information that is not supposed to be visible to the validator until after the consensus layer has passed.




We just did a 2-min video analyzing the root cause of this morning's malicious validator event:




In block 16964664, which has 24 transactions, the attacker replaced the original victim's transaction with a new backrun targeting MEV bots, and the original backpiece of the MEV bot failed. The attacker transferred the profits to the address 0x3c98d, labeled as Sandwich the Ripper, currently holding $20 million in funds.



The validator 552061 of the targeted block 16964664 went offline after epoch 191813, and after the Shanghai upgrade, most of the validator's staked ETH can be withdrawn. The attacked MEV bots were the top earners in the sandwich bot game, and unfortunately, even the best sandwich chiefs became the appetizer on the table.

| | |
|---|---|
| Slot Number | 6137846 < > |
| Epoch Number | 191807 |
| Status | proposed |
| Age | 10 hrs 42 mins ago (Apr-02-2023 11:29:35 PM +UTC) |
| Proposer | 552061 ( 0x960c2f....6e34d199 ) |

If you want to dig deeper, this mega thread by Shutter Network won't disappoint you:

Shutter Network
@project_shutter

Meta 🧵 on the MEV attack from today.
TL;DR: a bug in mev-boost lead to ~$25M extracted in MEV, primarily from sandwich bots.
The bug allowed the proposer to see transactions without having signed a block that the network would accept.

This is still developing, we'll add more!

4:30 PM · Apr 3, 2023

23 Likes 12 Retweets

---

## Follow us via these to dig more hidden wisdom of DeFi:

- Youtube

- EigenPhi's Twitter
- EigenPhi's Twitter for MEV alert
- Substack
- Medium
- Mirror.xyz
- Telegram
- Discord

---

**Subscribe to Wisdom of DeFi by EigenPhi**

Launched 3 years ago

Unveil structures. Uncover behaviours. Unmask associations.

Type your email... Subscribe

By subscribing, I agree to Substack's Terms of Use, and acknowledge its Information Collection Notice and Privacy Policy.

---

3 Likes

## Discussion about this post

Comments Restacks

Write a comment...

© 2025 EigenPhi · Privacy · Terms · Collection notice
Substack is the home for great culture

PRESS RELEASE

# Former Security Engineer For International Technology Company Arrested For Defrauding Decentralized Cryptocurrency Exchange

Tuesday, July 11, 2023

**For Immediate Release**

U.S. Attorney's Office, Southern District of New York

## First Criminal Case Involving Attack on a Smart Contract Operated by Decentralized Exchange

Damian Williams, the United States Attorney for the Southern District of New York, Chad Plantz, the Special Agent in Charge of the San Diego Field Office of Homeland Security Investigations ("HSI"), and Tyler Hatcher, the Special Agent in Charge of the Los Angeles Field Office of the Internal Revenue Service - Criminal Investigation ("IRS-CI"), announced the unsealing of an Indictment charging SHAKEEB AHMED with wire fraud and money laundering in connection with his attack on a decentralized cryptocurrency exchange (the "Crypto Exchange"). AHMED was arrested this morning in New York, New York, and will be presented this afternoon before U.S. Magistrate Judge Robert W. Lehrburger.

> *U.S. Attorney Damian Williams said: "This is the second case we are announcing this week to shed light on fraud in the cryptocurrency*

GOVERNMENT EXHIBIT 404 24 Cr. 293 (JGLC)

> ***and digital asset ecosystem. As alleged in the indictment, Shakeeb Ahmed, who was a senior security engineer at an international technology company, used his expertise to defraud the exchange and its users and steal approximately $9 million in cryptocurrency. We also allege that he then laundered the stolen funds through a series of complex transfers on the blockchain where he swapped cryptocurrencies, hopped across different crypto blockchains, and used overseas crypto exchanges. But none of those actions covered the defendant's tracks or fooled law enforcement, and they certainly didn't stop my Office or our law enforcement partners from following the money."***

HSI Special Agent in Charge Chad Plantz said: "Financial crime strikes at the core of our national and economic banking security. With an attack of this magnitude, it's crucial we ensure continued consumer confidence in our financial system. Ruthless and reckless attempts aimed to sabotage legitimate commerce for greed must be stopped. It's cases like these that demonstrate HSI's commitment and ability to work with a coalition of the willing to dismantle these complicated and technical fraud schemes and identify those responsible regardless of where they operate."

IRS-CI Special Agent in Charge Tyler Hatcher said: "As alleged, Mr. Ahmed used his skills as a computer security engineer to steal millions of dollars. He then allegedly tried to hide the stolen funds, but his skills were no match for IRS Criminal Investigation's Cyber Crimes Unit. We, along with our partners at HSI and the Department of Justice, are at the forefront of cyber investigations and will track these fraudsters anywhere they try to hide and hold them accountable."

As alleged in the Indictment:[1]

The Crypto Exchange was incorporated overseas and operates on the Solana blockchain. At all relevant times, the Crypto Exchange allowed users to exchange different kinds of cryptocurrencies and paid fees to users who deposited cryptocurrency to provide liquidity on the Crypto Exchange.

In July 2022, AHMED carried out an attack on the Crypto Exchange by exploiting a vulnerability in one of the Crypto Exchange's smart contracts and inserting fake pricing data to fraudulently cause that smart contract to generate approximately $9 million dollars' worth of inflated fees that AHMED did not legitimately earn, which fees AHMED was able to withdraw from the Crypto

Exchange in the form of cryptocurrency. This conduct defrauded the Crypto Exchange and its users, whose cryptocurrency AHMED had fraudulently obtained. Additional details regarding the attack, including AHMED's use of cryptocurrency "flash loans" to further defraud the Crypto Exchange, are described in the Indictment publicly filed today.

After he stole the fees he never legitimately earned, AHMED had communications with the Crypto Exchange in which he decided to return all of the stolen funds except for $1.5 million if the Crypto Exchange agreed not to refer the attack to law enforcement.

At the time of the attack, AHMED was a senior security engineer for an international technology company whose resume reflected skills in, among other things, reverse engineering smart contracts and blockchain audits, which are some of the specialized skills AHMED used to execute the attack.

AHMED laundered the millions in fees that he stole from the Crypto Exchange to conceal their source and ownership, including through (i) conducting token-swap transactions, (ii) "bridging" fraud proceeds from the Solana blockchain over to the Ethereum blockchain, (iii) exchanging fraud proceeds into Monero, an anonymized and particularly difficult cryptocurrency to trace, and (iv) using overseas cryptocurrency exchanges.

After the attack, AHMED searched online for information about the attack, his own criminal liability, criminal defense attorneys with expertise in similar cases, law enforcement's ability to successfully investigate the attack, and fleeing the United States to avoid criminal charges. For example, approximately two days after the attack, AHMED conducted an internet search for the term "defi hack," read several news articles about the hack of the Crypto Exchange, and visited several pages on the Crypto Exchange's website. As another example, AHMED conducted internet searches or visited websites related to the charges in the indictment, including by searching for the term "wire fraud" and for the term "evidence laundering." Finally, AHMED also conducted internet searches or visited websites related to his ability to flee the United States, avoid extradition, and keep his stolen cryptocurrency: he searched for the terms "can I cross border with crypto," "how to stop federal government from seizing assets," and "buying citizenship"; and he visited a website titled "16 Countries Where Your Investments Can Buy Citizenship . . ."

*   *   *

AHMED, 34, of New York, New York, is charged with wire fraud and money laundering, each of which carry a maximum sentence of 20 years in prison.

The maximum potential sentences are prescribed by Congress and are provided here for informational purposes only, as any sentencing of the defendant will be determined by a judge.

Mr. Williams praised the outstanding work of HSI and IRS-CI. Mr. Williams also thanked the U.S. Attorney's Office for the Southern District of California for their assistance in the investigation.

The case is being prosecuted by the Office's Money Laundering and Transnational Criminal Enterprises Unit and Complex Frauds and Cybercrime Unit. Assistant U.S. Attorneys David R. Felton and Kevin Mead are in charge of the prosecution.

The charges contained in the Indictment are merely accusations, and the defendant is presumed innocent unless and until proven guilty.

---

[1] As the introductory phrase signifies, the entirety of the text of the Indictment and the description of the Indictment set forth herein constitute only allegations, and every fact described therein should be treated as an allegation.

U.S. v. Ahmed Indictment

**Contact**
Nicholas Biase
(212) 637-2600

*Updated July 11, 2023*

---

**Topic**

CYBERCRIME

**Component**

USAO - New York, Southern

Press Release Number: 23-240

# Related Content

PRESS RELEASE

## Ghanaian Nationals Extradited For Roles In Criminal Organization That Stole More Than $100 Million Through Romance Scams And Other Fraud

United States Attorney for the Southern District of New York, Jay Clayton, and Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation (“FBI”)...

August 8, 2025

PRESS RELEASE

## Founders Of Samourai Wallet Cryptocurrency Mixing Service Plead Guilty

Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, Nicolas Roos; Special Agent in Charge of the New York Field Office of Internal Revenue Service-Criminal...

August 6, 2025

PRESS RELEASE

## Nigerian Man Extradited To Face Hacking, Fraud, And Identity Theft Charges

United States Attorney for the Southern District of New York, Jay Clayton, and Assistant Director in Charge of the New York Field Office of the Federal Bureau of Investigation (“FBI”), Christopher...

August 5, 2025

**Southern District of New York**

26 Federal Plaza, 37th Floor

An official website of the United States government Here's how you know

U.S. DEPARTMENT OF THE TREASURY

# U.S. Treasury Sanctions Notorious Virtual Currency Mixer Tornado Cash

August 8, 2022

WASHINGTON – Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) sanctioned virtual currency mixer Tornado Cash, which has been used to launder more than $7 billion worth of virtual currency since its creation in 2019. This includes over $455 million stolen by the Lazarus Group, a Democratic People's Republic of Korea (DPRK) state-sponsored hacking group that was sanctioned by the U.S. in 2019, in the largest known virtual currency heist to date. Tornado Cash was subsequently used to launder more than $96 million of malicious cyber actors' funds derived from the June 24, 2022 Harmony Bridge Heist, and at least $7.8 million from the August 2, 2022 Nomad Heist. Today's action is being taken pursuant to Executive Order (E.O.) 13694, as amended, and follows OFAC's May 6, 2022 designation of virtual currency mixer Blender.io (Blender).

"Today, Treasury is sanctioning Tornado Cash, a virtual currency mixer that launders the proceeds of cybercrimes, including those committed against victims in the United States," said Under Secretary of the Treasury for Terrorism and Financial Intelligence Brian E. Nelson. "Despite public assurances otherwise, Tornado Cash has repeatedly failed to impose effective controls designed to stop it from laundering funds for malicious cyber actors on a regular basis and without basic measures to address its risks. Treasury will continue to aggressively pursue actions against mixers that launder virtual currency for criminals and those who assist them."

Treasury has worked to expose components of the virtual currency ecosystem, like Tornado Cash and Blender.io, that cybercriminals use to obfuscate the proceeds from illicit cyber activity and other crimes. While most virtual currency activity is licit, it can be used for illicit activity, including sanctions evasion through mixers, peer-to-peer exchangers, darknet markets, and exchanges. This includes the facilitation of heists, ransomware schemes, fraud, and other cybercrimes. Treasury continues to use its authorities against malicious cyber actors in concert with other U.S. departments and agencies, as well as foreign partners, to expose, disrupt, and hold accountable perpetrators and persons that enable criminals to profit from cybercrime and other illicit activity. For example, in 2020, Treasury's Financial Crimes Enforcement Network

GOVERNMENT EXHIBIT 405
24 Cr. 293 (JGLC)

(FinCEN) assessed a $60 million civil money penalty against the owner and operator of a virtual currency mixer for violations of the Bank Secrecy Act (BSA) and its implementing regulations.

## MIXER: TORNADO CASH

**Tornado Cash** (Tornado) is a virtual currency mixer that operates on the Ethereum blockchain and indiscriminately facilitates anonymous transactions by obfuscating their origin, destination, and counterparties, with no attempt to determine their origin. Tornado receives a variety of transactions and mixes them together before transmitting them to their individual recipients. While the purported purpose is to increase privacy, mixers like Tornado are commonly used by illicit actors to launder funds, especially those stolen during significant heists.

Tornado is being designated pursuant to E.O. 13694, as amended, for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, a cyber-enabled activity originating from, or directed by persons located, in whole or in substantial part, outside the United States that is reasonably likely to result in, or has materially contributed to, a significant threat to the national security, foreign policy, or economic health or financial stability of the United States and that has the purpose or effect of causing a significant misappropriation of funds or economic resources, trade secrets, personal identifiers, or financial information for commercial or competitive advantage or private financial gain.

## ILLICIT FINANCE RISKS

Virtual currency mixers that assist criminals are a threat to U.S. national security. Treasury will continue to investigate the use of mixers for illicit purposes and use its authorities to respond to illicit financing risks in the virtual currency ecosystem

Criminals have increased their use of anonymity-enhancing technologies, including mixers, to help hide the movement or origin of funds. Additional information on illicit financing risks associated with mixers and other anonymity-enhancing technologies in the virtual asset ecosystem can be found in the 2022 National Money Laundering Risk Assessment.

Those in the virtual currency industry play a critical role in complying with their Anti-Money Laundering/Countering the Financing of Terrorism (AML/CFT) and sanctions obligations to

prevent sanctioned persons and other illicit actors from exploiting virtual currency to undermine U.S foreign policy and national security interests. As part of that effort, the industry should take a risk-based approach to assess the risk associated with different virtual currency services, implement measures to mitigate risks, and address the challenges anonymizing features can present to compliance with AML/CFT obligations. As today's action demonstrates, mixers should in general be considered as high-risk by virtual currency firms, which should only process transactions if they have appropriate controls in place to prevent mixers from being used to launder illicit proceeds.

## SANCTIONS IMPLICATIONS

As a result of today's action, all property and interests in property of the entity above, Tornado Cash, that is in the United States or in the possession or control of U.S. persons is blocked and must be reported to OFAC. In addition, any entities that are owned, directly or indirectly, 50 percent or more by one or more blocked persons are also blocked. All transactions by U.S. persons or within (or transiting) the United States that involve any property or interests in property of designated or otherwise blocked persons are prohibited unless authorized by a general or specific license issued by OFAC, or exempt. These prohibitions include the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any blocked person and the receipt of any contribution or provision of funds, goods, or services from any such person.

The power and integrity of OFAC sanctions derive not only from OFAC's ability to designate and add persons to the SDN List, but also from its willingness to remove persons from the SDN List consistent with the law. The ultimate goal of sanctions is not to punish, but to bring about a positive change in behavior. For information concerning the process for seeking removal from an OFAC list, including the SDN List, please refer to OFAC's Frequently Asked Question 897 here. For detailed information on the process to submit a request for removal from an OFAC sanctions list, click here.

For identifying information on the entity sanctioned today, as well as associated virtual wallet addresses, click here.

To report a cyber-crime, contact the Federal Bureau of Investigation's Internet Crime Complaint Center here.

For the U.S. government's 2020 DPRK Cyber Threat Advisory, click here.

For information on complying with virtual currency sanctions, see OFAC's Sanctions Compliance Guidance for the Virtual Currency Industry here and OFAC's FAQs on virtual currency here.

###




Last chance! Save $300+ - Register by Friday

TV & Videos | Newsletters | Podcasts | CoinDesk | Indices | Consensus | Log In / Create Account

Markets | Finance | Policy | Technology | Web3 | Learn | Consensus Magazine | Sponsored Content

Bitcoin $29,478.48 -2.89% | Ethereum $2,077.88 -2.16% | Binance Coin $340.55 -2.54% | XRP $0.51125426 -2.05% | Arbitrum $1.63 -2.84% | Cardano $0.43379800 -4.18% | Dogecoi | Crypto Prices → | CoinDesk Market Index →

Finance

# Ethereum Bot Gets Attacked for $20M as Validator Strikes Back

The incident raises questions about whether validators can be trusted, one former member of the Ethereum Foundation said.

By Oliver Knight   Apr 3, 2023 at 12:56 p.m.   Updated Apr 3, 2023 at 7:40 p.m.

ADVERTISEMENT




CONSENSUS 2023 by CoinDesk
Secure Your Seat
Featured Speaker
**BowTiedBull**
President - BowTied Jungle
The pseudonymous investor BowtiedBull explores the BowtiedJungle, where citizens swap advice on investing, job-seeking, ...

One of the major Ethereum MEV bots has been targeted in an attack, apparently by one of the blockchain's validators, resulting in the loss of almost $20 million.

MEV is an acronym for "maximal extractable value," which is a method validators use to try to maximize their profits when they validate transactions by including, excluding or changing the order of transactions in a block.

The attack happened all within one Ethereum block, with blockchain auditor OtterSec saying a validator appeared to force a series of transactions into the block to steal funds the bot had planned to gain by front-running. A validator is responsible for processing transactions and creating new blocks on the blockchain.

ADVERTISEMENT

The attack has the potential to transform the MEV ecosystem because MEV extractors will be wonder "which Ethereum validators are malicious," former Ethereum Foundation member Hudson Jameson said in a tweet.

MEV flashbots use a technique called "sandwich attacks" to steal value from users by sending transactions just before and after a victim sends his or her own. This is a malicious way of manipulating the underlying price of the asset so that the bot can steal the price difference from the user.

In this case, OtterSec added that the validator responsible for causing the attack had funded his wallet more than two weeks ago from privacy layer Aztec Network, suggesting that it was a planned attack.

**Recommended for you:**

- The Game Is On: The Hunt for Web 3 Gaming Models
- Blockchain Bridge Wormhole Suffers Possible Exploit Worth Over $326M
- El Salvador Grants First Digital Asset License to Bitfinex
- Join the Most Important Conversation in Crypto and Web3 in Austin, Texas April 26-28

Sponsored by eToro
Buy crypto on a secure, trusted platform. Plus, you'll get a $10 bonus when you invest in $100 of crypto.

Blockchain sleuth Peckshield revealed that the $20 million in stolen funds are spread across three wallets, with eight linked addresses being originally funded from Indian crypto exchange KuCoin.

*Edited by Sheldon Reback and Mark Nacinovich.*

**DISCLOSURE**

*Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.*

*The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.*



**Oliver Knight**

Oliver Knight is a CoinDesk reporter based between London and Lisbon. He does not own any crypto.

Follow @OKnightCrypto on Twitter

Learn more about **Consensus 2023**, CoinDesk's longest-running and most influential event that brings together all sides of crypto, blockchain and Web3. Head to **consensus.coindesk.com** to register and buy your pass now.

## Read more about

Ethereum | MEV | DeFi | Bots | Attacks

Newsletter → | Every Thursday

**Crypto for Advisors**

Sign up for Crypto for Advisors, our weekly newsletter defining crypto, digital assets and the future of finance.

Enter your Email | Sign Up

*By clicking 'Sign Up', you agree to recieve newsletter from CoinDesk as well as other partner offers and accept our terms of services and privacy policy.*

## Trending

1 The Breakdown, With NLW
**The House Finally Introduces a Stablecoin Bill, But Will Crypto Opponents Even Come to the Table?**
Apr 17, 2023




2 Regulación
**La SEC había advertido a Bittrex de acciones legales antes de que la empresa anunciara su salida de EE. UU.**
Apr 17, 2023



3 Mercados
**Las inversiones con criptomonedas registraron movimientos positivos por cuarta semana consecutiva**
Apr 17, 2023



4 Consensus Magazine
**Hannah Siegel-Gardner: What's Next for NFTs?**
Apr 17, 2023



CoinDesk

**About**
About
Masthead
Contributors
Careers
Company News

**Stay Updated**
Consensus
CoinDesk Studios
Newsletters
Follow

**Get In Touch**
Contact Us
Advertise
Accessibility Help
Sitemap

**The Fine Print**
Ethics Policy
Privacy
Terms Of Use
Do Not Sell My Personal Information

Please note that our privacy policy, terms of use, cookies, and do not sell my personal information has been updated.

The leader in news and information on cryptocurrency, digital assets and the future of money, CoinDesk is a media outlet that strives for the highest journalistic standards and abides by a strict set of editorial policies. CoinDesk is an independent operating subsidiary of Digital Currency Group, which invests in cryptocurrencies and blockchain startups. As part of their compensation, certain CoinDesk employees, including editorial employees, may receive exposure to DCG equity in the form of stock appreciation rights, which vest over a multi-year period. CoinDesk journalists are not allowed to purchase stock outright in DCG.

©2023 CoinDesk

English

// BLOG

EXPLAINED: HACKS

# EXPLAINED: THE MEV BOTS HACK (APRIL 2023)

ROB BEHNKE
April 12th, 2023

SHARE

Normally, MEV bots are the ones who are executing frontrunning attacks to steal from other blockchain users. However, in April 2023, MEV bots were exploited by an Ethereum validator for $25 million.

## Inside The Attack

MEV bots work by identifying opportunities where frontrunning a pending transaction can provide value to the bot operator. For example, if a transaction taking advantage of an arbitrage opportunity is published to the blockchain's public mempool — a necessary step to be included in a block — an MEV bot can copy the transaction and pay for their transaction to be included in a block and processed first, providing them with guaranteed profit.

To protect against being frontrun themselves, MEV bots may use MEV relays, which implement separation of duties. Proposers bid on transactions, builders create blocks containing the most valuable transactions, and validators approve and sign the transaction. Normally, proposers can't see the block's contents until after they've signed the block header, making it difficult to frontrun the transactions in the block.

In this case, a proposer became a validator as well by staking 32 ETH, which allowed them to reorder transactions. To identify transactions to exploit, the validator sent a signed, invalid block to mev-boot-relay, which replied with the transactions that should have been included in that block. Since the block was invalid, the relay didn't send it on to the network.

With access to the intended contents of the block, the malicious validator was able to perform a *sandwich attack*. This involves creating two transactions that "sandwich" a third and provide a guaranteed profit to the attacker.

For example, an attack might look like this:

- Attacker performs a buy for a token, pushing the price up
- Target performs the same buy, pushing the price up further
- Attacker performs a sell at a higher price, making a profit

In this case, the attacker was able to deconstruct the block and create a new version that allowed them to claim $25 million in liquidity that the MEV bots who were included in that block had planned to claim for themselves.

## Lessons Learned From The Attack

MEV relays are designed to protect against frontrunning attacks. The reason for this is that most of their users are frontrunners, who are well aware of the potential risks.

This attacker exploited a vulnerability in how mev-boost-relay worked, causing it to reveal the contents of blocks that would never reach the network. After an update, the relay will only reveal block contents if the block is successfully sent to the network and builds in a delay for good measure.

Let's Talk

Stay Updated

EMAIL ADDRESS SUBMIT

© Halborn 2023. All rights reserved.
Privacy Policy | Terms of Use

NEWS — MEV — ETHEREUM

# Exploiter Front Runs $25M From MEV Bots Using Ethereum Validator

Twitter reminds us that the MEV exploit in the code is a feature, not a bug

NEIL LIEW

April 4, 2023 . 3:41 PM — 3 min read



Photo by Bj Pearce / Unsplash

In smart contract land, it is well known that if there's a vulnerability in the code, it is a feature and not a bug. One sophisticated exploiter *albeit with malicious intent* had successfully deployed an exploit using an Ethereum validator and a Flashbots MEV-relay to drain a group of MEV bots for a total of $25 million at time of writing.

The exploiter planned the reverse-sandwich attack by essentially honey potting a group of top performing Maximal Extractable Value (MEV) bots after verifying that these bots used his validator on low-liquidity pools throughout an 18-day operation.

## What are MEV bots?

MEV bots use complex algorithms to identify and exploit profitable opportunities in DeFi ecosystems. MEV bots extract profits by through arbitrage opportunities, liquidation events, and other market inefficiencies.

MEV bots leverage the transparency and programmability of blockchain networks to monitor the transaction pool and identify opportunities to extract value. These bots can detect when there are discrepancies in prices or liquidity across different platforms and execute trades to capture the profits.

## What happened this time?

An Ethereum validator identified as **Sandwich the Ripper** prepared assets across multiple tokens and baited the targeted group of MEV bots to try to front run his transaction on low liquidity V2 Uniswap pools.

Typically, a sandwich attack happens when an MEV bot reads an incoming transaction, and front runs the order, pushing up the price of the asset for the original buyer.

The buyer pushes the price up even further through buying the same assets as originally intended. The MEV bot then sells the asset immediately after the original buyer's transaction goes through, making arbitrage profit off the buyer.

In this case, the exploiter baited the MEV bots with an exploited transaction forcing the bots to spend its WETH to arbitrage the baited assets inside a low liquidity pool while the exploiter needed not make an actual purchase transaction.

***Read more: "AI Can't Live Inside a Blockchain": Fantom's Andre Cronje***

The exploiter then modified the transaction order within the same block and sold all of its tokens (that it had prepared before the attack) immediately after the MEV bot had bought the baited assets. The exploiter then sold his tokens at a higher price to drain all of the WETH from the low liquidity pool, leaving the MEV bot behind with worthless tokens that it had acquired in the process.

samczsun · Apr 3, 2023
@samczsun · Follow
Replying to @samczsun
It turns out that mev-boost-relay will return all the transactions as long as the producer signed the block correctly. The assumption is that the signed block will then be broadcasted to the network, meaning the validator would have to race the relay in order to send a new block.

```
// Publish the signed beacon block via beacon-node
go func() {
        if api.ffDisableBlockPublishing {
                log.Info("publishing the block is disabl
                return
        }
        signedBeaconBlock := SignedBlindedBeaconBlockTo
        _, _ = api.beaconClient.PublishBlock(signedBeac
}()
```

samczsun
@samczsun · Follow
Unfortunately, if the signed block was invalid, then it would never be accepted by the network, so there would be no race at all. By setting both the parent root and the state root to zero, that's exactly what the malicious validator did.

```
message": {
"slot": "6137846",
"proposer_index": "552061",
"parent_root":
"0x0000000000000000000000000000000000000000000000000000000000000000",
"state_root":
"0x0000000000000000000000000000000000000000000000000000000000000000",
"body": {
  "randao_reveal":
```

7:16 AM · Apr 3, 2023
114 Reply Share
Read 2 replies

While the exploit was simple to execute, this typically cannot happen as there are multiple safeguards in the design of the swaps. However as the exploiter was running his own validator, he had permissions to modify the parameters of the MEV-relay hosted on Flashbot.

The exploiter managed to successfully drain five MEV bots using the same strategy over 24 transactions. The exploiter has since distributed the stolen tokens into three separate wallets, with at time of writing, each respectively holding $20.4m, $2.3mm & $2.9mm.

PeckShield Inc. @peckshield · Follow
🚨🚨 #MEV The interesting bundles from sandwich-focused MEV bots on etherscan.io/txs?block=1696... seems broken. The backrun txs, which are supposed to do the reverse swap and take profits, were reverted!

Our analysis shows that the victim txs were replaced by the bot-exploiting...

PeckShieldAlert @PeckShieldAlert
#PeckShieldAlert The stolen funds (~25M) are mainly located in 3 addresses, ...

5:59 AM · Apr 3, 2023
55 Reply Share
Read 4 replies

Beosin Alert @BeosinAlert · Follow
Stolen funds are held at
0x3c98d617db017f51c6a73a13e80e1fe14cd1d8eb ($19,923,735.49)
0x5b04db6Dd290F680Ae15D1107FCC06A4763905b6 ($2,334,519.51)
0x27bf8f099Ad1eB6307DF1A7973026565f9C8f69 ($2,971,393.59)

3155.eth @punk3155
Dusk for sandwich bots? A few top mev bots were targeted in block etherscan.io/txs?block=1696... @peckshield @BlockSecTeam @bertcmiller @samczsun @bbbb

6:15 AM · Apr 3, 2023
18 Reply Share
Read more on Twitter

## What's happened since?

The Flashbot community has since rolled out a patch to all relays to prevent future attacks like these from happening again. While formal channels have reported the attack as 'malicious', some crypto twitter users were found on the other side of the fence, reasoning that the attack on the MEV bot was instead part of the game and that no foul play was made.

samczsun · Apr 3, 2023
@samczsun · Follow
Block 16964664: A user managed to drain five MEV bots by exploiting a bug in mev-boost-relay.

Here's the block: etherscan.io/block/16964664
Here's the user: etherscan.io/address/0x3c98...
Here's the patch: github.com/flashbots/mev-...
Here's the longer explanation:

Sandwich the Ripper · Safe Multisig
Overview
ETH BALANCE
0.01 ETH
ETH VALUE
$19.11 (@ $1,811.09/ETH)
TOKEN HOLDINGS
$20,076,899.78 (5 Tokens)

ZachXBT
@zachxbt · Follow
Justice for this based user they did nothing wrong.
10:54 AM · Apr 3, 2023
176 Reply Share
Read 2 replies

samczsun · Apr 3, 2023
@samczsun · Follow
Block 16964664: A user managed to drain five MEV bots by exploiting a bug in mev-boost-relay.

Here's the block: etherscan.io/block/16964664
Here's the user: etherscan.io/address/0x3c98...
Here's the patch: github.com/flashbots/mev-...
Here's the longer explanation:

Sandwich the Ripper · Safe Multisig
Overview
ETH BALANCE
0.01 ETH
ETH VALUE
$19.11 (@ $1,811.09/ETH)
TOKEN HOLDINGS
$20,076,899.78 (5 Tokens)

Insomniac
@insomniac_ar · Follow
So if MEV bots are taking funds by front running users and a validator just gamed the bots by literally front running them.

Wouldn't it be considered fair game?
7:38 AM · Apr 3, 2023
108 Reply Share
Read 12 replies

**The world of Web3 can be quite a whirlwind. Whether it's crypto news in Singapore, South East Asia or even across the globe, we understand how busy the industry is keeping you, we kindly send out three newsletters each week:**

- **BlockBeat for a wrap-up of the week's digital assets news**
- **Blockhead Brief for weekend happenings as well as what to look forward to in the week ahead**
- **Business Bulletin for macroeconomic updates and industry developments.**

**To avoid FOMO and access member-only features, click here to subscribe for FREE.**


## Related

ALTCOINS
**This Week in Crypto: Dogecoin is Back**
BLOCKHEAD
October 28, 2022

NEWS
**This Week in Crypto: US$1Bn in Missing Funds? "It Is What It Is"**
BLOCKHEAD
December 2, 2022

CRYPTO
**ETH Tanks But SG Crypto Community Still Bullish Post-Merge**
BLOCKHEAD
September 16, 2022

ALTCOINS
**Weekend Roundup: Bitcoin, Arrests, Lawsuits & Ponzis**
BLOCKHEAD
August 13, 2022

## Latest

NEWSLETTERS
**BlockBeat: When a Tornado Hits Web3**
BLOCKHEAD
April 15, 2023

NEWS
**Circle, Tribe Partner to Develop Web3 Ecosystem**
BLOCKHEAD
April 15, 2023

NEWS
**Investment Manager Trials Blockchain Tech on Avalanche**
ASHWYN RAO
April 15, 2023

NEWS
**Crypto Currents: Winklevoss, JJ Lin, Dogumentary**
BLOCKHEAD
April 15, 2023




© 2023 Blockhead

Subscribe for FREE

# Flashbots Loses Around $20M in Innovative Cyber Attack: Insider Information Exploited by Hacker

Hacker exploits vulnerability in mev-boost relay to drain five MEV bots".

By PAVLOS GIORKAS APRIL 4, 2023 39

- Advertisement -
CRYPTO$LOTS 25 FREE JACKPOT SPINS PLAY NOW

An innovative cyber attack has led to the loss of around $20 million by Flashbots, a developer of bots dedicated to mining MEV (maximum extractable value) to generate profits in Ethereum.

The incident occurred on Monday, April 3, and was reported by several prominent Ethereum developers, including Mudit Gupta and Sam Sun. *"A user managed to drain five MEV bots by exploiting a vulnerability in the mev-boost relay,"* Sun explained on Twitter.

> *Block 16964664: A user managed to drain five MEV bots by exploiting a bug in mev-boost-relay.*
>
> *Here's the block: https://t.co/ruSz8YzAJR*
> *Here's the user: https://t.co/VY4gpmX0L8*
> *Here's the patch: https://t.co/TPO80i3dz5*
> *Here's the longer explanation: pic.twitter.com/NIe2QJxNGE*
>
> *— samczsun (@samczsun) April 3, 2023*

***However, it is important to note that no ETH was removed from the Flashbots organization itself. The stolen funds were spread across eight addresses, with three of them storing the majority of the stolen amount.***

To do so, the hacker had to become a network validator beforehand. To that end, he deposited the necessary 32 ethers (ETH) on March 15. When it was his turn to propose a block as a validator, he had the opportunity to rearrange transactions in the way he needed for his attack.

CLOUD MINE DIGITAL CURRENCY USING YOUR PHONE
Start Earning Coin
Open
COIN

***Validators are not run on Flashbots software; they are part of the Ethereum protocol and run on the Ethereum core protocol software. To prevent similar attacks in the future, the Flashbots developer group released a patch that instructs relayers to publish the block to the Beacon network before returning to the proposer.***

The Flashbots developer group reacted to the event by releasing a patch to prevent this type of attack. Broadly speaking, the patch instructs relayers, which are mediators between blocks and validators, to "publish the block to the Beacon network before returning to the proposer (and if it fails, not to return the content to the proposer at all)."

In addition to the release of this solution, Flashbots announced that it would publish a report on what happened in the next few hours.

CLOUD MINE DIGITAL CURRENCY USING YOUR PHONE
Start Earning Coin
Open
COIN

The bots that Flashbots develops operate as high-frequency traders that use their resources to capture arbitrage opportunities on networks such as Ethereum. These bots are referred to as MEV-boost.

With solutions like MEV-boost, Flashbots allow Ethereum validators to capture and monetize transaction profits due to the insider information they possess about the current state of the network.

***A "sandwich attack" is a technique that takes advantage of asset price volatility to produce a financial gain. The attacker buys or sells a large amount of an asset to move the price in his favor, and then performs a transaction to exploit someone else who is trading that asset. Finally, the attacker completes the sandwich by selling or buying back the asset at a favorable price and making a net profit.***


Mine for Free
COIN
Shop Now

As detailed by blockchain security and analytics account **PeckShield**, the stolen funds were spread across eight addresses, with three of them storing the most funds at the time of writing.

A brief analysis of the attack Mudit Gupta, a well-known Ethereum and Polygon developer, explained, *"In this case, the validator is taking advantage of the fact that the MEV bot incurs a loss on the first sandwich transaction."*

*"The vulnerability is due to a design flaw in Flashbots, which does not financially penalize the creator of the malicious transaction. This has led to a situation where the economic incentive is broken and only works thanks to a tacit agreement not to do wrong,"* he explained.


Mine for Free
Order a Free SentinelX NFC Device & Start Mining Coin.
COIN
Shop Now

In that sense, he detailed that the punishment for violating the rules (a fine of 1 ETH or about $1,800 USD) is less than the potential profit that can be made through manipulation.

Information on the MEV bot hacker's address and the theft of millions of ethers is also provided.

Overall, Gupta says this situation highlights the limitations and risks of MEV on Ethereum. As MEV adoption increases, it is likely that more vulnerabilities will be discovered, and more attention and action will be required to prevent them, according to the specialist.

**Read Next**

- Hedera (HBAR) Crypto Soars Over 20% in One Week Thanks to Network Partnership
- Elon Musk Asks Court to Dismiss $258 Billion Lawsuit Over Dogecoin Tweets
- AI creators should pay for news content used in their products, says News Corp CEO
- Top 10 Hacks Of 2022: Over 3.5 Billion Lost in Total
- US authorities recover $30 million of hacked "Axie Infinity" funds
- Curve Finance (CURVE) hacked – 570K of funds stolen

Follow Bitnewsbot.com on Google News and be the first to know all the latest news from the crypto world.

TAGS Hackers

Share Save

[redacted]

Recommended to you

NEWS
**Elon Musk's Twitter and eToro team up to allow users to trade stocks and crypto**
Elon Musk's Twitter is promoting a partnership with cryptocurrency...
PAVLOS GIORKAS

NEWS
**FTX Rises from the Crypto Ashes with $7.3B Recovery**
FTX, the major cryptocurrency exchange that collapsed with a...
PAVLOS GIORKAS

NEWS
**Is Polkadot Converse the Blockchain's Answer to Social Media?**
Polkadot, described as "Blockchain Level-0," has filed a trademark...
PAVLOS GIORKAS

NEWS
**Terraport's Terra-ble Security: DeFi Exchange Loses $2M in Latest Breach**
Terraport Finance, a decentralized finance (DeFi) exchange project on...
PAVLOS GIORKAS

- Advertisement -
150% SPORTSBOOK 50% CASINO JOIN NOW

## Latest

LEARN APRIL 13, 2023
**What is CoinJoin Bitcoin's Privacy Protocol – CoinJoin Definition**

NEWS APRIL 13, 2023
**Elon Musk's Twitter and eToro team up to allow users to trade stocks and crypto**

NEWS APRIL 13, 2023
**FTX Rises from the Crypto Ashes with $7.3B Recovery**

LEARN APRIL 13, 2023
**What Are Cashtags? A Beginner's Guide to Tracking Financial Instruments on Social Media**

NEWS APRIL 13, 2023
**Is Polkadot Converse the Blockchain's Answer to Social Media?**

NEWS APRIL 12, 2023
**Terraport's Terra-ble Security: DeFi Exchange Loses $2M in Latest Breach**

COMMUNITY APRIL 12, 2023
**zkRollups vs. Optimistic Rollups: Which is Better for Scaling Ethereum?**

NEWS APRIL 12, 2023
**Bitcoin Futures Approved in Argentina as Citizens Seek Inflation Relief**


Mine for Free
COIN

## Must Read

GUIDES JANUARY 9, 2023
**Coinmarketcap Clone Script: Build A Powerful Crypto Platform Similar To Coinmarketcap**

## Popular

**Buy VPS With Bitcoin: The Top 10 List**
APRIL 26, 2022

**10 BEST Companies to Buy Hosting With Bitcoin And Crypto**
APRIL 10, 2022

**Buy Domain With Bitcoin: Top 7 Domain Registrars That Accept Bitcoin And Crypto**
APRIL 27, 2022

## Latest

**What is CoinJoin Bitcoin's Privacy Protocol – CoinJoin Definition**
APRIL 13, 2023

**Elon Musk's Twitter and eToro team up to allow users to trade stocks and crypto**
APRIL 13, 2023

**FTX Rises from the Crypto Ashes with $7.3B Recovery**
APRIL 13, 2023

## Hot Topics

| | |
|---|---|
| News | 4459 |
| Community | 251 |
| Press Releases | 232 |
| Blog | 86 |
| Opinion | 50 |
| Learn | 43 |
| Guides | 41 |
| Reviews | 39 |

## About Us

Bitnewsbot is a website that provides the latest news and information about the world of cryptocurrencies. It covers a wide range of topics, including market trends, price updates, and new developments in the industry. Bitnewsbot is a go-to resource for anyone looking to stay up-to-date on the latest happenings in the world of digital currencies. The website also offers expert analysis and commentary, making it a valuable resource for investors and enthusiasts alike.

## Follow Us

CRYPTO$LOTS PLAY NOW

Search Medium

Paul Phoenix
Apr 4 · 3 min read · Listen

# Flashbots Loses Over $25M in Innovative Cyber Attack: Insider Information Exploited by Hacker

Hacker exploits vulnerability in mev-boost relay to drain five MEV bots".



An innovative cyber attack has led to the loss of over $25 million by Flashbots, a developer of bots dedicated to mining MEV (maximum extractable value) to generate profits in Ethereum.

The incident occurred on Monday, April 3, and was reported by several prominent Ethereum developers, including Mudit Gupta and Sam Sun. "A user managed to drain five MEV bots by exploiting a vulnerability in the mev-boost relay," Sun explained on Twitter.

To do so, the hacker had to become a network validator beforehand. To that end, he deposited the necessary 32 ethers (ETH) on March 15. When it was his turn to propose a block as a validator, he had the opportunity to rearrange transactions in the way he needed for his attack.

The Flashbots developer group reacted to the event by releasing a patch to prevent this type of attack. Broadly speaking, the patch instructs relayers, which are mediators between blocks and validators, to "publish the block to the Beacon network before returning to the proposer (and if it fails, not to return the content to the proposer at all)."

In addition to the release of this solution, Flashbots announced that it would publish a report on what happened in the next few hours.

The bots that Flashbots develops operate as high-frequency traders that use their resources to capture arbitrage opportunities on networks such as Ethereum. These bots are referred to as MEV-boost. CryptoNews has discussed them in the past, mostly because of their obligation to censor transactions under U.S. Office of Foreign Assets Control (OFAC) regulations.

With solutions like MEV-boost, Flashbots allow Ethereum validators to capture and monetize transaction profits due to the insider information they possess about the current state of the network.

A "sandwich attack" is a technique that takes advantage of asset price volatility to produce a financial gain. The attacker buys or sells a large amount of an asset to move the price in his favor, and then performs a transaction to exploit someone else who is trading that asset. Finally, the attacker completes the sandwich by selling or buying back the asset at a favorable price and making a net profit.

As detailed by blockchain security and analytics account PeckShield, the stolen funds were spread across eight addresses, with three of them storing the most funds at the time of writing.

A brief analysis of the attack Mudit Gupta, a well-known Ethereum and Polygon developer, explained, "In this case, the validator is taking advantage of the fact that the MEV bot incurs a loss on the first sandwich transaction."

"The vulnerability is due to a design flaw in Flashbots, which does not financially penalize the creator of the malicious transaction. This has led to a situation where the economic incentive is broken and only works thanks to a tacit agreement not to do wrong," he explained. In that sense, he detailed that the punishment for violating the rules (a fine of 1 ETH or about $1,800 USD) is less than the potential profit that can be made through manipulation.

Information on the MEV bot hacker's address and the theft of millions of ethers is also provided.

Overall, Gupta says this situation highlights the limitations and risks of MEV on Ethereum. As MEV adoption increases, it is likely that more vulnerabilities will be discovered, and more attention and action will be required to prevent them, according to the specialist.

...

*Originally published at https://bitnewsbot.com on April 4, 2023.*

Hacker · Cryptonews · Cryptocurrency News · Cryptocurrency · Crypto

Get an email whenever I publish new content

(You can thank me later 😎)

Your email

Subscribe

By signing up, you will create a Medium account if you don't already have one. Review our Privacy Policy for more information about our privacy practices.

## More from Paul Phoenix

Follow

Blogger & Affiliate Marketing Expert. Content editor in various publications and blogs. Here I blog about Crypto, Software, Reviews and making money online.

Mar 18

### How To Claim Your Free Bitcoin Without Spending A Dime

Unlocking the Secret Method To Earn Free Bitcoin — In the ever-evolving world of cryptocurrency, the prospect of obtaining free digit...



Free Crypto · 7 min read

Share your ideas with millions of readers. Write on Medium

Mar 27

### Bitcoin in Africa: How Cryptocurrency Could Revolutionize Financial Inclusion

As African nations face banking challenges, Bitcoin offers a disruptive and transformative alternative to traditional financial systems,...



Africa · 4 min read

Mar 29

### Bitcoin NFTs Gain Traction with Infrastructure Improvements and New Markets: Gamma and Magic Eden

The highly secure and decentralized Bitcoin network expands its utility and revenue with growing support for its NFT ecosystem. — In terms ...



Bitcoin · 4 min read

Published in Coinmonks · Mar 22

### Santiment Predicts Ethereum to Surpass $2,000 Mark in Upcoming Period

Falling Transaction Fees and Positive Poll Results Indicate a Bright Future for Ethereum — Cryptocurrency analysis platform Santiment i...



Ethereum · 2 min read

Published in Coinmonks · Jan 24

### Ethereum Validators Reach Half a Million Ahead of "Shanghai" Upgrade

BeaconScan data shows the number of validators securing Ethereum's proof of stake blockchain has reached 500,000 ahead of the planned...

Ethereum · 2 min read



Paul Phoenix

363 Followers

Blogger & Affiliate Marketing Expert. Content editor in various publications and blogs. Here I blog about Crypto, Software, Reviews and making money online.

Follow

### More from Medium

The PyCoach in Artificial Corner

**You're Using ChatGPT Wrong! Here's How to Be Ahead of 99% of ChatGPT Users**

Crypto With L... in Crypto Insig...

**Altcoins + Tokens That Could Realistically 50–100x**

Josep Ferrer in Geek Culture

**Stop doing this on ChatGPT and get ahead of the 99% of its users**

Stephen Moore

**The Pixelated Party Is Over for NFTs**

Help Status Writers Blog Careers Privacy Terms About Text to speech

Sign in with Google

Use your Google Account to sign in to Medium

No more passwords to remember. Signing in is fast, simple and secure.

Continue

NEWS
by **Jamie Redman**
*Apr 4, 2023*

# Rogue Validator Exploits MEV Bots on Ethereum, Resulting in $25.3M in Crypto Losses






**On April 3, 2023, at Ethereum block height 16,964,664, a group of MEV (Maximal Extractable Value) bots were exploited for $25.3 million. An analysis of the exploit revealed that a renegade validator switched the MEV bots' transactions and seized various crypto tokens, such as 7,460 wrapped ether and 64 wrapped bitcoin.**

## While the Mechanisms Behind MEV Bots Boost Profit, They Also Have Vulnerability to Exploits

Recently, crypto proponents and security experts have been discussing how a group of MEV bots lost $25.3 million in a sophisticated exploit. The attacker used a transaction manipulation tactic that enabled the rogue validator to replace several MEV transactions, resulting in the loss of a significant amount of WBTC, USDC, USDT, DAI, and WETH.

MEV, also known as "Maximal Extractable Value" bots, are automated software programs that use Ethereum's blockchain to profit from transaction execution. MEV bots have various uses, such as executing trades ahead of other traders, known as front-running, and discovering arbitrage and liquidation opportunities.

In this case, the rogue validator employed a "sandwich attack," which is a type of transaction manipulation tactic utilized by MEV bots on Ethereum. Interestingly, the renegade validator became an Ethereum validator on March 16, 2023, a little over two weeks before the exploit took place.

"In this incident, a rogue validator appears to have broken the "gentleman's agreement" whereby Flashbot validators ignored the fact that penalties for malicious behavior were in many cases inadequate to economically disincentivize it," Certik, a Web3 and blockchain auditing and security firm told Bitcoin.com News in a note on Monday.

"In total, the rogue validator was able to replace MEV transactions worth $25.3 million," Certik added. "The irony of MEV bots falling victim to a scheme like this is unlikely to earn them much sympathy from the general public, who tends to be the victim of their value extraction. Still, this incident highlights the dangers of centralized systems, where an agreement to play by the rules can be just as easily revoked as it was given."




Certik further reports that $1.82 million in WBTC, $5.29 million in USDC, $3 million in USDT, $1.7 million in DAI, and $13.52 million worth of wrapped bitcoin (WBTC) was taken in the exploit. MEV bots can generate significant profits for their operators, but they have also raised concerns within the Ethereum ecosystem over fairness and censorship.

TAGS IN THIS STORY

Arbitrage, Auditing, Bitcoin.com News, Blockchain, centralized systems, certik, crypto tokens, Cryptocurrency, DAI, Ethereum, Exploit, Flashbots, front-running, gentleman's agreement, Liquidation, Maximal Extractable Value, MEV bots, Profit, public opinion, risks, rogue validator, Security, transaction manipulation, USDC, USDT, value extraction, Vulnerability, WBTC, Web3, WETH

***What do you think the future holds for MEV bots in light of this exploit, and how can their risks be mitigated? Share your thoughts about this subject in the comments section below.***



Jamie Redman

Jamie Redman is the News Lead at Bitcoin.com News and a financial tech journalist living in Florida. Redman has been an active member of the cryptocurrency community since 2011. He has a passion for Bitcoin, open-source code, and decentralized applications. Since September 2015, Redman has written more than 6,000 articles for Bitcoin.com News about the disruptive protocols emerging today.



**Economist and Political Scientist Refute Claims of US Dollar's Demise Despite Trend of De-Dollarization News**
NEWS | 2 hours ago



**SEC Charges Crypto Exchange Bittrex With Operating Unregistered Exchange, Broker, and Clearing Agency**
NEWS | 6 hours ago

*Image Credits: Shutterstock, Pixabay, Wiki Commons*

PREVIOUS ARTICLE
OKX Wallet is First in Web3 to Utilize Leading-Edge MPC Technology Together With Support of 37 Blockchains

NEXT ARTICLE
Biggest Movers: DOGE up 30%, Following Twitter Logo Change

READ DISCLAIMER
CLICK HERE TO COMMENT

*More Popular News*



**Jeffrey Tucker on De-Dollarization: USD Will No Longer Be King, We're at Turning Point for US Dollar**
ECONOMICS | 2 days ago

**De-Dollarization Trend Irreversible, Flight From US Dollar Sure to Accelerate, Says Russian Official**
ECONOMICS | 3 days ago

**Shapella Upgrade Hits, Economist Predicts Biggest Crash 'in Your Lifetime,' US Bank Lending Plummets — Week in Review**
THE WEEKLY | 1 day ago

**Former President Donald Trump Likens US Losing Currency War Against China to America Losing a World War**
ECONOMICS | 2 days ago

**Economist Paul Krugman Criticizes Florida Gov. Ron DeSantis' Opposition to Central Bank Digital Currency**
ECONOMICS | 2 days ago

**Brazil and China Deepen Trade Integration to Move Away From US Dollar, as First Yuan-Based Settlement Is Processed**
ECONOMICS | 5 days ago



Bitcoin.com in your inbox
Email address
Sign up

*In Case You Missed It*




**Central Bank of Brazil Confirms It Will Run a Pilot Test for Its CBDC This Year**

The Central Bank of Brazil has confirmed that the institution will run a pilot test regarding the implementation of its proposed central bank digital currency (CBDC), the digital real. Roberto Campos Neto, president of the bank, also stated that this ... **read more.**

**Oman to Incorporate Real Estate Tokenization in Virtual Assets Regulatory Framework**

**Following a Brief Fee Spike, Gas Prices to Move Ethereum Drop 76% in 12 Days**

**Today's Top Ethereum and Bitcoin Mining Devices Continue to Rake in Profits**

**Interest in Real Estate Investments in Spain Grew 400%, With Some Using Crypto and Stocks as Payment Method**

Bitcoin.com in your inbox
Email address
Sign up

*The Latest*

NEWS | 2 hours ago
**Economist and Political Scientist Refute Claims of US Dollar's Demise Despite Trend of De-Dollarization News**

ALTCOINS | 4 hours ago
**Tether Stablecoin Sees 22% Growth in 2023 Despite Dollar-Pegged Token Economy's Contraction**

NEWS | 6 hours ago
**SEC Charges Crypto Exchange Bittrex With Operating Unregistered Exchange, Broker, and Clearing Agency**

MARKET UPDATES | 6 hours ago
**Biggest Movers: DOGE Jumps 6%, AVAX Hits 2-Month High on Monday**

REGULATION | 8 hours ago
**Bittrex Receives Wells Notice From SEC for Alleged Investor-Protection Law Violations**

MARKET UPDATES | 9 hours ago
**Bitcoin, Ethereum Technical Analysis: BTC Moves Below $30,000 on Monday, as US Dollar Rallies**

INTERVIEW | 10 hours ago
**NFTs Will Persist for as Long as Communities Are Willing to Use Them — Lostworlds Co-Founder**

ECONOMICS | 12 hours ago
**US Treasury Secretary Janet Yellen Acknowledges Sanctions Weaponization Could Hurt Dollar Hegemony**




*Press releases*




$SAI's Skyrocket on Friday Shows Enormous Potential in Bitcoin Heating
Apr 17, 2023



OKX and Manchester City Captain Ilkay Gündoğan Launch Football Masterclass in...



Whaleportal Helps Unravel Market Sentiment and Predict Price Movements Using Key...



Use FreePeopleSearch to Verify Identities in the Digital World and Trade...




Advertise with us

Submit a Press Release



© 2023 Saint Bitts LLC
Bitcoin.com
All rights reserved.

bitsCrunch Join the BitsCrunch Start-Up Program

EZRA REGUERRA

APR 03, 2023

# Sandwich trading bots lose bread and butter in $25M exploit

The CertiK team told Cointelegraph that this is one of the biggest exploits they've seen on MEV bots since September 2022.

4151 Total views 52 Total shares Listen to article 2:36



Own this piece of history Collect this article as an NFT

Join us on social networks

Maximal Extractable Value (MEV) bots who were trying to perform "sandwich trades" got outsmarted by a rogue validator, leading to a loss of $25 million worth of digital assets.

In a tweet, blockchain security firm CertiK highlighted that bots trying to execute sandwich transactions — spotting when traders are trying to purchase tokens and getting in between the trade for some profit — lost a massive amount of crypto to a validator that went rogue.

CertiK Alert @CertiKAlert · Follow
#CertiKSkynetAlert
It appears that several MEV bots were exploited in Ethereum block etherscan.io/txs?block=1696...
The MEV bots were executing sandwich trades which start by swapping millions for a small amount of tokens. The reverse transactions were then replaced by a validator.
9:51 AM · Apr 3, 2023
Read the full conversation on Twitter
40 Reply Share
Read 9 replies

As the bots began to swap millions, the reverse transactions were replaced by a validator, according to CertiK. This eventually led to a loss of $1.8 million in Wrapped Bitcoin (WBTC), $5.2 million in USD Coin USDC $1.00, $3 million in Tether USDT $1.00, $1.7 million in Dai DAI $1.00 and $13.5 million in Wrapped Ether (WETH). Most of the funds have been transferred to three different wallets at the time of writing.

Advertisement
Stay safe in Web3. Learn more about Web3 Antivirus →

In a Twitter thread, CertiK went into more detail about how the attack happened. The security firm explained that the vulnerability was because of the "centralization of power" with the validators. As the MEV bots tried to perform a front-run and a back-run in transactions for profit, the rogue validator swooped in to back-run the MEV's transaction, leading to the losses.

*Related: CoW Swap hacker milks over 550 BNB using 'solver' exploit*

The CertiK team told Cointelegraph that this event is one of the largest exploits on MEV bots that they have recorded since September 2022. They explained that:

> "We've recorded a total of approximately $27 million since MEV bot exploits since September 2022, with this incident accounting for the vast majority."

In addition, the CertiK team also highlighted that this could affect other MEV searchers that are conducting strategies like sandwich trading. "There is a possibility that MEV searchers will be wary of conducting non-atomical strategies, such as sandwich trading, since this exploit only really affects this particular strategy," the team said.

While MEV bots have the potential to earn vast amounts of digital assets, they are also prone to hacks and exploits. On Sept. 28, 2022, an MEV bot earned 800 Ether ETH $2,078, worth $1 million at the time, through arbitrage trades. An hour later, the bot lost everything to a hacker who exploited a vulnerability in the bot's code.

*Magazine: Crypto winter can take a toll on hodlers' mental health*

DELIVERED EVERY FRIDAY
Subscribe to the Finance Redefined newsletter
Email Address
Subscribe
By subscribing, you agree to our Terms of Services and Privacy Policy

#Ethereum #Hackers #Hacks #DeFi

Add reaction

RELATED NEWS

# Italian regulator draws criticism for banning AI chatbot ChatGPT



# Web3 Security: How to identify the risks and use protection tools?



With Web3 progressing at a fast pace, it is imperative to identify the risks associated with this new iteration of the internet. Four main categories of risks emerge from the transition to Web3:

- Data security. The broader network topology in Web3 introduces new data security risks. While blockchain transactions are encrypted, and data decentralization reduces single points of attack, it exposes data to various risks, including data authenticity and manipulation. Additionally, less centralized oversight raises concerns about endpoint attacks, traffic overloads and service availability exploits.
- Social engineering. Despite the adoption of blockchain-based infrastructures, Web3 is still plagued with social engineering threats. These risks include smart contract logic hacks, flash loan attacks, cryptojacking, rug pulls and ice phishing, among others. Traditional social engineering threats such as phishing attacks still pose risks, and the complexity of Web3 interfaces makes matters worse.
- Identity. Web3 offers users more control over their data thanks to features like user-controlled wallets, ID portability and data minimization. However, self-sovereign identity, pseudonymity and anonymity also bring downsides. Transparent public blockchains come with security and privacy tradeoffs. User experience, privacy, compliance and anonymity concerns arise due to the decentralized nature of Web3.
- Market manipulation. Web3 relies on decentralized networks that require secure channels to communicate with the real world. Oracles are the most common solution, but they still cannot guarantee the fairness of market prices or that the markets are not manipulated. In 2022, a rogue crypto trader used millions of USDC tokens to manipulate the price of Mango's MNGO token on its decentralized exchange to drain more than $100 million in liquidity from the exchange.




## This tool addresses most Web3 threats in real time

Many people are exploring the features of Web3, but few of them pay close attention to potential risks, especially because of the misunderstanding that Web3 is automatically way more secure than Web2. Thankfully, there are specialized tools that ensure safer navigation of the Web3 space, and one of them is Web3 Antivirus.

The tool can be easily set up as a browser extension, and it can verify all parties and assets that users interact with on Web3 to notify them before taking potentially dangerous actions. Web3 Antivirus audits the smart contracts behind all transactions in real time to identify dangerous logic, vulnerabilities and compromising permissions to access user funds. It also verifies tokens and simulates transactions before execution to ensure a secure outcome.

To date, the tool has already blacklisted over one million websites and identified tens of thousands of dangerous smart contracts.

Web3 Antivirus is improving its capabilities thanks to regular upgrades. The team developing the extension launched its 0.6 version earlier in April, adding several new features, including:

- Fair fiat token price. Since decentralized networks don't have direct access to the real world, it's important to make sure that the price provided by decentralized applications is fair. This reduces the risk of market manipulation.
- Support for NFT bids on marketplaces. This feature checks user bids on nonfungible tokens to eliminate the risk of so-called reentrancy attacks.
- DEX limit order support. Limit orders give users better control and management of their funds.
- Opera support. The tool is now available on the Opera browser. Web3 Antivirus is also supported by Chrome, Edge, Brave and Firefox.
- Algorithm improvements. The algorithm for processing smart contracts to identify potential threats has been improved. Also, Web3 Antivirus' search algorithm for phishing sites has been updated.




Thanks to ongoing improvements and a user-friendly approach, Web3 Antivirus helps users explore the Web3 space securely while reducing potential risks in real time.

Learn more about Web3 Antivirus

Disclaimer. Cointelegraph does not endorse any content or product on this page. While we aim at providing you with all important information that we could obtain, readers should do their own research before taking any actions related to the company and carry full responsibility for their decisions, nor can this article be considered as investment advice.

#Blockchain #Security #Conference #Privacy #Web3

RELATED NEWS

What is NFT rarity, and how to calculate it?

Web3 protection platform introduces improved detection mechanics in latest update

How to mitigate the security risks associated with crypto payments

Web3 digital identity is here to stay, but it has a long way to go

Web3 protection platform introduces improved detection mechanics in latest update

Euler Finance attack: How it happened, and what can be learned

VoidSet Web3 Security Zero Compromises Max Protection Explore

Terms of services and Privacy policy
© Cointelegraph 2013 - 2023

Cointelegraph covers fintech, blockchain and Bitcoin bringing you the latest crypto news and analyses on the future of money.

Enter Email Address
Click Here For Instant Access!

Cointelegraph.com uses Cookies to ensure the best experience for you.

ACCEPT

# Tether Blacklists 'Sandwich the Ripper': Insights into MEV and the Future of Blockchain Security



As a tech investor and entrepreneur, I have been closely following the recent news about Tether blacklisting the exploiter known as 'Sandwich the Ripper' after receiving official requests to do so. This move is a significant step towards maintaining the security and integrity of the cryptocurrency market. However, it is crucial to understand the implications of such actions and the underlying technology behind them. Here are my thoughts on the matter:

## MEV and the Sandwich Attack

To fully understand the significance of Tether's action, we need to delve into the concept of MEV or Miner Extractable Value. MEV refers to the amount of profit that miners can extract from the transaction ordering process in a blockchain. In simple terms, MEV allows miners to manipulate the order of transactions in a block, giving them an unfair advantage to maximize their profit.

One such technique is the Sandwich Attack, where an exploiter places two transactions on a blockchain that sandwich a legitimate transaction. This allows them to manipulate the order of transactions and profit from the price difference between the first and third transactions. The Sandwich Attack is particularly prevalent in decentralized exchanges (DEXs) and has become a significant concern in the DeFi world.

## Tether's Response

Tether, the issuer of the USDT stablecoin, has taken a bold step in blacklisting the exploiter known as 'Sandwich the Ripper.' This move comes after official requests to do so and is a clear indication of Tether's commitment to maintaining the integrity of the market. However, it is important to note that the exploiter has since moved their USDC to a different wallet, highlighting the challenges of tracking and blocking malicious actors in the blockchain space.

## The Future of MEV

The concept of MEV is not new, and researchers have been studying it for several years now. However, the rise of DeFi and DEXs has brought the issue to the forefront, making it a significant concern for investors and regulators alike. As an investor, I believe that it is crucial to support research and development efforts aimed at mitigating the impact of MEV on the market. One such effort is the creation of Flashbots, a research and development organization focused on MEV extraction.

## Conclusion

In conclusion, Tether's blacklisting of 'Sandwich the Ripper' is a significant step towards maintaining the security and integrity of the cryptocurrency market. However, it is crucial to understand the underlying technology and implications of such actions. As an investor and entrepreneur, I believe that it is essential to support research and development efforts aimed at mitigating the impact of MEV on the market. Only through collaboration and innovation can we build a sustainable and secure blockchain ecosystem.

**Categories:** *Daniel Aharonoff*

Artificial Intelligence | BroadScaler Consulting

Previous Post
*Reddit Launches Gen 3 NFT Collection on Polygon Featuring Over 100 Artists: Exploring the Theme of Future Realities*

Next Post
*Razer Launches Web3 Venture Fund: Gaming Meets Blockchain and NFTs*

Follow Daniel Aharonoff

Recent Posts

Why Ether is the Future: A Tech Investor and Entrepreneur's Perspective on Bitcoin vs. Ethereum

DeFi Regulation Debate: SEC's Gensler vs. Hester Peirce and the First Amendment Implications

Protecting Humanity from AI: The Importance of Decentralization – Lessons from Web2

Ethereum's Post-Shanghai Rally: Ether Surges, Shaking Bitcoin Dominance – Insights by Daniel Aharonoff

Massive $198M Ethereum Staking Surge in 24 Hours: Investor Daniel Aharonoff's Insight on Network Growth and Future Potential

Daniel Aharonoff Career Background



Register Today for Permissionless: The DeFi Event of the Year | Tickets



# $25M MEV Exploit Teaches a Valuable Lesson About Relay Providers

Sometimes less is more, at least when it comes to relay providers

BY DARREN KLEINE / APRIL 13, 2023 07:40 PM



Fer Gregory/Shutterstock modified by Blockworks

SHARE

It's like an episode of the long-running TV crime drama series, CSI.

Gathered in a research facility – usually set to an energetic rock anthem that belies the boredom of lab work — a forensics team busily fills test tubes and draws samples from the latest victim of some horrific event. The researchers gather to share complicated theories and argue about how the perpetrators must have performed this episode's terrible deed.

Constructing a complex story, they work their way back through the evidence and continue debating possibilities. But soon, in a span of about 40 minutes plus commercials, following some investigative work, a few plot twists – and perhaps a car chase – the team arrives at a dramatic conclusion and solves the crime, learning a valuable lesson in the process.

No car chases came to fruition during a recent episode of Bell Curve. Nevertheless, Hasu, strategy lead at Flashbots, and Matt Cutler, CEO and co-founder of Blocknative, had their hands full with an investigation into the forensics of an MEV exploit that seized $25 million in funds from bots on the Ethereum network.

In this particular case, the evidence pointed squarely at the exploitation of a flaw in the MEV relay mechanism – and punctuated the fact that only one little bug in the relay system can potentially put the entire system at risk.

Hasu broke down the details of the exploit. The way it was supposed to work, he says, "is that the relay shows the block header to the proposer. And then the proposer selects the highest block header and signs it." After receiving the signature, "the relay reveals the block body to the proposer and the proposer can then publish the full block."

"In this case," Hasu explains, there was a bug "that caused the relay not to check whether a particular part of the validator signature was actually valid."

The validator sent an invalid signature, failing to make a full block, "so the relay couldn't publish the block to the network."

## The inevitable plot twist

When the relay released information about the MEV transactions to the proposer, "the proposer had all of the transactions," Hasu says, so "they could construct their own block and steal the MEV."

This heist alone, however, would have only resulted in a trivial amount of funds being stolen, Hasu explained. What takes this scheme to the epic level is the next step in the story arc.

The exploiters placed "very specifically parameterized traits," Hasu says, "in very low liquidity Uniswap pools that baited very specific sandwich bots to make very risky trades." They then re-sandwiched these particular trades to drain the sandwich spots of a fortune.

"You had this explosive cocktail where four sandwich bots lost, collectively, around 20 million dollars in that transaction."

"Clearly, whoever did this," Cutler comments, "it was well-orchestrated. It required some time to set up and test. And they had a very deep understanding of how this stuff actually worked and where there were gaps."

## Case closed?

Upon solving the mystery, the pair then discussed the lesson to be learned from this exploit episode.

Cutler points out that the centralization of relay providers is partly at fault for the incident. "These are the sorts of things that happen when you have a small number of actors who are responsible for large sets of the network, handling lots of value, and you have very clever adversarial actors out there who are looking to gain an advantage, right?"

Because of the need for searchers to trust relay providers, Cutler argues, "they can sometimes maybe not be as careful as they should be."

"And that trust, when it gets pierced," he says, "there can be significant economic consequences of that, which is why we all go for trustless, permissionless systems."

"That reduces the likelihood of any of these sorts of situations happening."

Hasu counters Cutler's argument saying that a larger number of relay providers does not, in fact, reduce risk.

The validator, he explains, is free to choose from any available relay provider, so it only takes one faulty relay to successfully attack the entire system. Adding more relay providers could do the opposite, he says, actually increasing the probability of vulnerabilities.

A social layer must be considered, Cutler retorts. In an "alternate timeline" of many relay code producers, Cutler suggests, "perhaps one of those code producers says, 'Hey, I noticed that we're not checking everything here.'"

"Hey, everybody, this strikes me as something that's vulnerable."

"And we all go, 'Oh, good catch. Thanks.'"




It's a case of getting more eyes on the subject, Cutler says. "The more people who are thinking about it, the more likely gaps are to be spotted."

Or, Cutler jokes, "Just write code that doesn't have bugs. We've been saying that for 60 years now, right?"

But it's never as simple as it seems in any forensic drama. "The reality is, Cutler concludes, "this stuff is complicated."

**Get the day's top crypto news and insights delivered to your email every evening. Subscribe to Blockworks' free newsletter now.**

**Want alpha sent directly to your inbox? Get degen trade ideas, governance updates, token performance, can't-miss tweets and more from Blockworks Research's Daily Debrief.**

**Can't wait? Get our news the fastest way possible. Join us on Telegram and follow us on Google News.**

TAGS FLASHBOTS HACKS MEV

NEWSLETTER

Blockworks Daily

Email address SUBSCRIBE

UPCOMING EVENT

**Digital Asset Summit 2024 | Washington, D.C.**

MON - WED, MARCH 18 - 20, 2024

Digital Asset Summit (DAS) is returning March 2024. This year's event will be held in our nation's capital, where industry leaders, policymakers, and institutional experts will come together to discuss the latest developments and challenges in the ever-evolving world of cryptocurrency. [...]

JOIN US IN WASHINGTON, D.C. → BUY TICKETS →

UPCOMING EVENT

**Permissionless 2023**

MON - WED, SEPT. 11 - 13, 2023

Permissionless is the brainchild of Blockworks and Bankless. Over 5,500 people attended the inaugural event in 2022, making Permissionless the world's largest DeFi conference. What sets Permissionless apart? It's a crypto native's paradise, crafted specifically for both builders and investors who [...]

JOIN US IN AUSTIN, TEXAS →

RECENT RESEARCH




RESEARCH

**Skip Protocol: Sovereign MEV**

Skip Protocol is building toward a sovereign MEV value chain where a protocol, and its community, decide how a block is constructed and how to distribute MEV across all stakeholders.

BY EFFORTCAPITAL / 4 DAYS AGO

**NEWS** Breaking headlines across our core coverage categories. MORE FROM NEWS →

MARKETS FINANCE POLICY DEFI WEB3 PODCAST BUSINESS SPONSORED EDUCATION PEOPLE OP-ED ANNOUNCEMENTS



BUSINESS

**Uniswap Mobile App Finally Gets 'Green Light' From Apple App Store**

After a month in "Apple jail," Uniswap's wallet is now publicly available

BY KATHERINE ROSS / APRIL 13, 2023



FINANCE

**LSEG-owned Clearing House To Offer Bitcoin Index Derivatives Service**

It's set to launch separate service via partnership with FCA-regulated trading venue Global Futures and Options

BY BEN STRACK / APRIL 13, 2023



MARKETS

**Bitcoin, Ether Hold Higher Post-Shanghai, but Upgrade May Not Be Driving Markets**

While some analysts anticipated Wednesday's Ethereum upgrade would result in a short-term sell-off, the price held steady

BY CASEY WAGNER / APRIL 13, 2023



PEOPLE

**Justin Sun Reportedly Issued Summons in SEC Lawsuit**

Justin Sun reportedly has 21 days to respond to the SEC lawsuit

BY KATHERINE ROSS / APRIL 13, 2023



DEFI

**Yearn Finance Exploit Points to Dangers of Old Smart Contracts**

Damage from the $11.6 million exploit appears contained to original version of DeFi protocol's permissionless vaults

BY MACAULEY PETERSON / APRIL 13, 2023



WEB3

**LimeWire Will Pay You Crypto For 'Downloading' Pirated 'Music'**

A cute LimeWire marketing campaign ahead of its crypto token sale plays on nostalgia for pirated music from the early 2000s

BY SHALINI NAGARAJAN / APRIL 13, 2023

NEWSLETTER

Blockworks Daily Newsletter

Get the daily newsletter that helps thousands of investors understand the markets.

Email address SUBSCRIBE

BLOCKWORKS RESEARCH

Unlock crypto's most powerful research platform.

Our research packs a punch and gives you actionable takeaways for each topic.

SUBSCRIBE → GET IN TOUCH →



Blockworks

© BLOCKWORKS INC.

133 W 19TH ST., NEW YORK, NY 10011