# Exhibit A

**Expert Disclosure as to Andrea Eisfeldt, Ph.D.**

# Table of Contents

I.      Background and Qualifications ................................................................... 1

II.     Market Structure ...................................................................................... 2

    A.      Decentralized and Trustless Markets ................................................. 2

    B.      Price Convergence Arbitrage And Price Discovery .......................... 4

    C.      Risk ..................................................................................................... 5

III.    Sandwich Trading on Ethereum ............................................................... 6

    A.      Trading with Liquidity Pools .............................................................. 7

    B.      Sandwich Attackers Earn Profits from Other Traders, Consistent with
        Economic Incentives ........................................................................... 8

    C.      Economic Incentives Result in Disrupting Sandwich Attacks ......... 14

    D.      Sandwich Trading Differs From Price Convergence Arbitrage ....... 14

IV.     Emerging Systems, Including Financial Systems, Evolve Over Time ....... 16

## I.     Background and Qualifications

1.      Andrea Eisfeldt is currently the Laurence and Lori Fink Endowed Chair in Finance and Professor of Finance at the Anderson School of Management at the University of California, Los Angeles, where she has been on the faculty since 2010.  Prior to that, she was a tenured professor at the Kellogg School of Management at Northwestern University, where she was on the faculty for ten years after receiving her Ph.D. in Economics from the University of Chicago in 2000.  She is a Research Associate at the National Bureau of Economic Research in the Asset Pricing, Corporate Finance, Economic Fluctuations and Growth, and Conference on Research in Income and Wealth working groups.  She is or has recently been an Associate Editor at the *Journal of Finance*, the *Annual Review of Financial Economics*, and the *Journal of Economic Perspectives*, among other leading finance and economics journals.  She has twice received an Amundi Smith Breeden prize, which is awarded to the best papers published in the *Journal of Finance* each year.  Her research has also been awarded the Jensen Prize in the *Journal of Financial Economics* and the Edwin C. Mills best paper prize in *Real Estate Economics*.  Several of her published articles appear as lead articles in their respective journals, and her work has been written up by popular media outlets such as the Wall Street Journal, Barron's, and Bloomberg News.  She has received research grants from the National Science Foundation, Department of the Treasury Office of Financial Research, and the Banque de France.

2.      She has taught finance to students in MBA, Ph.D., and Masters in Financial Engineering (MFE) graduate programs for twenty years.  Currently, she teaches a popular MBA FinTech course.  In recent years, she has taught hundreds of UCLA Anderson MBA students blockchain technology, cryptocurrency protocols and trading, crypto market dynamics and liquidity, and applications of cryptofinance, such as stablecoins, to payment systems.  She is a frequent panelist on topics in Financial Technology, including at the American Finance Association Annual Meeting in January 2024 and the Bitcoin Bruin Summit at UCLA Anderson in 2025.

3.      In addition to her academic research and teaching experience in finance, she has over thirteen years of asset management experience.  She was a consultant, and then Chief Economist at Structured Portfolio Management ("SPM"), a fixed income hedge fund with three billion dollars in assets under management, from 2012 to 2015.  Subsequent to her

employment at SPM, she returned to UCLA and began consulting for AQR Capital Management, a large, diversified asset management firm, from 2015 to 2018. She is an advisory board member for the Centre of Excellence in Quantitative Finance at Imperial College London and a Visiting Scholar at the Federal Reserve Bank of San Francisco. She currently serves on the board of the UCLA Investment Company. She is on the academic advisory board of Vise, a FinTech wealth advisory firm.

4.      A copy of her CV is attached as **Appendix A**. A list of her prior testimony is attached as **Appendix B**. The basis for Dr. Eisfeldt's opinions in this matter are her experience, expertise, academic teaching, academic research, and the materials cited in **Appendix C**.

## II.     Market Structure

### A.      Decentralized and Trustless Markets

5.      In general, traditional financial markets have different levels of regulation and centralization. Regulation refers to the rules, typically from the government or self-regulatory organizations, that govern interactions in a particular market, as well as the various mechanisms to make and enforce those rules. For example, in stock markets, the SEC makes and enforces rules that govern market participants, including investors, brokers, exchanges, clearing houses, etc.

6.      Centralization refers to the concentration of functions within a market, and different financial markets have different levels of centralization. Some traditional financial markets feature exchanges, while other markets have over-the-counter trading.

7.      The centralization of crypto markets also varies. Some parts of the market are partially centralized. For example, centralized crypto exchanges ("CEXs") such as Coinbase or Gemini can act as trusted intermediaries. However, other parts of crypto markets are designed to be decentralized. In particular, Decentralized Finance ("DeFi") aims to operate as an autonomous financial system that does not necessarily rely on trusted intermediaries.

8.      Decentralized crypto markets operate differently in a number of dimensions compared to more centralized financial markets. Decentralized, trustless crypto markets typically rely on three main prongs to function: incentives to encourage and discourage behaviors, code to implement those incentives, and transparency of the code so that market participants can understand the relevant incentives and how the code implements them.

9.      Decentralized, trustless crypto markets are structured such that functionality comes from participants operating within the incentive structures of that market.  Some incentives encourage cooperation among participants, but other incentives encourage competition (e.g., the fastest or "smartest" participants win).  Different variations of decentralized, trustless crypto markets have different incentive structures.

10.     Participants in decentralized, trustless crypto markets vary in their level of sophistication and motivations.  Some participants might be small retail traders that are interested in speculation while others may be large, sophisticated traders that use algorithms or financial and software tools adapted from traditional finance in an attempt to generate profits.  Some participants might be technology enthusiasts that are more interested in learning and interacting with blockchain technology.  Other participants, such as libertarians, may be drawn to crypto markets because of the perception that they have limited government intervention and a focus on individual freedoms.

11.     Participation in these decentralized, trustless markets is not without risk.  For example, trading can result in losses, which can be especially large in volatile markets.  Trading risks are not unique to crypto markets, but some risks are more acute in these markets compared to traditional financial markets.

12.     In traditional financial markets U.S. regulators enforce trading rules, such as those that prohibit front-running and insider trading.  Decentralized crypto markets do not currently have the same established legal provisions.  Furthermore, traders in traditional financial markets interact with centralized intermediaries and often a trusted fiduciary.  In DeFi, the operation of the market is facilitated by economic incentives, code to implement those incentives, and transparency so those incentives can be understood.  In the relevant time period, there was no US crypto-focused central authority.

13.     By design, crypto markets operate under transparent code.  This allows certain market participants to invest in utilizing that code and developing strategies to profit from any nuances in their design or implementation.  Failure to fully understand and utilize the code could leave a market participant open to losses.  Nevertheless, the market is a level playing field in the sense that the same code that all participants operate under is available for all to see.

14.     While decentralized crypto exchanges differ from traditional financial markets in many ways, the same incentives to invest in profit-seeking behavior exist in both.  For example, in stock markets, high frequency traders ("HFTs") examine and predict the order

3

flow of other traders to race them to the market. Beating them to the market by milliseconds many times a day is sufficient to earn those HFTs tens of millions of dollars a month.[1] Trading that consistently yields large profits over short timescales requires substantial time and effort constructing the trading strategy. Because these markets attract many sophisticated traders seeking profits, a strategy that consistently results in substantial profits generally requires extensive preparation.

### B.    Price Convergence Arbitrage And Price Discovery

15.    In financial markets, entities generally act rationally, in their own self-interest. The interaction of these rational agents in a well-functioning market should yield what is known as "price discovery," i.e., the process of determining a common price for an asset. In well-functioning financial markets, opportunities for riskless profits are quickly taken advantage of.

16.    The incentive to earn profits encourages market participants to align prices of an asset across different exchanges. This type of profit-seeking is useful in crypto markets, where the same token can trade for different prices on different exchanges. If ETH trades at $2,000 on Binance and $2,020 on Coinbase, an arbitrageur can buy ETH on Binance and sell it on Coinbase to capture the $20 difference. As a result of this trade, all else equal, the price of ETH on Binance rises while its price falls on Coinbase, bringing both prices closer together.

17.    Similarly, in DeFi, a token may have different prices across different liquidity pools. For example, a Uniswap ETH/USDC liquidity pool could be offering a rate of 1 ETH = 2,000 USDC, while Sushiswap's ETH/USDC liquidity pool could have a rate of 1 ETH = 2,020 USDC. An arbitrageur can profit by buying ETH from Uniswap's liquidity pool and selling it to Sushiswap's liquidity pool. All else equal, it raises the price of ETH in Uniswap's liquidity pool and lowers its price in Sushiswap's liquidity pool. This strategy is called "DEX arbitrage." This type of arbitrage transaction leads to price discovery by making prices more consistent across exchanges.

18.    Blockchain systems are designed to incentivize the activity that allows them to function, including profit-seeking behavior. Indeed, blockchains rely on profit-seeking behavior to function and to record crypto transactions. The agents who propose and vote on

---

[1] Baron, Brogaard, Kirilenko "The Trading Profits of High Frequency Traders," *NBER Working Paper*, at p. 1: ("high frequency trading (HFT) is highly profitable: HFTs collectively earn over $23 million in trading profits in the E-mini S&P 500 futures contract during the month of August 2010.")

the validity of blocks to add to the blockchain ("validators") are incentivized to do so according to preset formulas.[2]  Profit-seeking is therefore necessary for the Ethereum blockchain to function.

### C.    Risk

19.    Profit-seeking in financial markets can be a high-risk activity that can result in even highly sophisticated traders losing money to other participants.  Any trading strategy exposes the trader to risks, whether known or unknown, and unforeseen events can cause large losses. While market participants try to account for and manage various sources of known risk (e.g., borrowers/lenders understand that interest rates can change), history is nevertheless full of events that market participants did not understand or expect beforehand.  These events can result in some traders quickly earning large profits, at the same time as others lose substantial sums.  They vary from market-wide events such as the 1987 Black Monday crash, to smaller events such as technical faults at an exchange that halts trading.[3]

20.    Both centralized and decentralized markets have adversarial profit-seeking behavior. In stock markets, just as in crypto markets, sophisticated traders compete against each other to extract profits.  For example, HFTs can earn profits not only at the expense of buy and hold market participants, but also at the expense of other HFTs or quantitative strategies.[4] This creates an arms race in which HFTs compete with each other based on speed and sophistication, and quantitative funds invest in execution defense strategies.

21.    Similarly, sophisticated participants in decentralized crypto markets also compete for profit opportunities.  Just as HFTs in traditional financial markets can lose money to other HFTs with more sophisticated trading strategies, traders in crypto markets attempting to trade ahead of other traders can lose money when sophisticated actors out-innovate their strategies.

22.    For example, "sandwich attackers" are bots that exploit the mechanics of liquidity pools and profit by placing transactions right before and right after a victim's intended trade.

---

[2] "Proof of Stake Rewards and Penalties," *Ethereum*, May 12, 2025, https://ethereum.org/en/developers/docs/consensus-mechanisms/pos/rewards-and-penalties/.

[3] Nicole Goodkind, "New York Stock Exchange Investigates 'Technical Issue' That Briefly Halted Some Trading," *CNN Business*, January 24, 2023, available at https://www.cnn.com/2023/01/24/investing/nyse-halt-stocks.

[4] Baron et al. (2012), p. 27 ("[T]he different sub-types of HFTs make profits from each other. There is a hierarchy among the HFTs: Aggressive HFTs earn profits from Mixed and Passive HFTs, while Mixed HFTs earn profits from Passive HFTs."). *See also* Ekkehart Boehmer, Dan Li, Gideon Saar, "The Competitive Landscape of High-Frequency Trading Firms," *The Review of Financial Studies*, 31(6), 2018, pp. 2227–2276, at p. 2238 ("[E]very strategy has a finite capacity, and a competitor is bound to significantly diminish the profitability of an HFT strategy. As a result, when multiple firms carry out the same strategy, each firm's profits go down.").

A victim in this context is a trader that submits a trade request, which is then targeted by the sandwich attacker.

### III.    Sandwich Trading on Ethereum

23.    Sandwich attackers, also referred to as "sandwichers," are economically incentivized to trade before and after other participants by the prospect of earning profits.  These economic incentives exist in the Ethereum ecosystem, and economic incentives also exist for participants to pursue profit by disrupting sandwich attacks.

24.    Sandwich trading is possible on Ethereum because some pending trades are public, and liquidity pools in automated market makers (like Uniswap) price tokens using deterministic formulas.  Attackers can see pending trades and submit their own trades aimed at manipulating the price in the pool prior to the victim's trade executing.  A sandwich attack is an example of a Maximal Extractable Value ("MEV") trade, which refers to the profit a validator or builder (a participant that builds a potential block out of submitted transactions) can extract by ordering transactions within a block to their advantage.[5]  Software called MEV-Boost facilitates the interaction between sandwich attackers and block builders.  MEV-Boost is not part of the Ethereum blockchain: it was instead created by a third-party called Flashbots.  MEV-Boost is an open-source software that sandwich attackers use in conjunction with their "sandwich bots."

25.    The economic incentive of sandwich attackers is to earn profits at the expense of other traders attempting to execute trades (i.e., the sandwich attack's victims).  Sandwich attacks are "a type of front-running attack in decentralized finance (DeFi) where a malicious actor manipulates the order of transactions in a blockchain network to profit at the expense of other users."[6]  Similarly, Coinbase defines a sandwich attack as a "strategic exploitation of a transaction initiated by a user on a decentralized exchange" and a "form of market manipulation."[7]

---

[5] "What is MEV Boost?" Flashbots, available at https://docs.flashbots.net/flashbots-mev-boost/introduction ("Builders produce blocks containing transaction orderflow and a fee for the block proposing validator.").

[6] Crypto Street, "Sandwich Trading," available at https://crypto.st/dictionary/sandwich-trading/.

[7] Coinbase, "What Are Sandwich Attacks in Crypto?" available at https://www.coinbase.com/learn/crypto-glossary/what-are-sandwich-attacks-in-crypto.

### A.    Trading with Liquidity Pools

26.    Trades involving liquidity pools may be subject to sandwich attacks.  Trading in DeFi is facilitated by liquidity pools, which operate under a specific set of formulas.  A liquidity pool consists of a pair of tokens (e.g., ETH and BTC).  The balances of tokens in the pool determine their relative prices.  As trades take place, the product of token balances is mechanically forced to remain constant ("Constant Product Rule").  To illustrate this concept, suppose that there is a liquidity pool with 1,000 A tokens and 100 B tokens.  The product of token balances in this pool is 1,000 A tokens X 100 B tokens = 100,000.  This product must remain constant as tokens are bought from and sold to the liquidity pool.  For example, suppose that a user would like to buy 20 B tokens and must sell A tokens to the pool in return.  The Constant Product Rule calculates how many A tokens must be exchanged for the 20 B tokens.  The calculation is as follows.  If the user buys 20 B tokens, the pool will consist of 100 – 20 = 80 B tokens.  To keep the Constant Product, the new number of A tokens in the pool must satisfy (# A tokens) X (80 B tokens) = 100,000, which solves to be 1,250 A tokens. The trader therefore buys 20 B tokens by selling 250 A tokens to the liquidity pool.[8]

27.    A key feature of liquidity pools is that a token becomes more expensive as it becomes depleted within the pool.  In a liquidity pool with 1,000 A and 100 B tokens, the cost of buying one B token is 10.1 A tokens.[9]  However, in a liquidity pool with 1,250 A tokens and 80 B tokens, the cost of buying one B token is 15.8 A tokens.[10]  A sandwich attacker can therefore raise the price by buying a large quantity of that token before the victim trader's purchase.

28.    To illustrate how a sandwich attack works, first consider an example of a regular trade without a sandwich attack.  Exhibit 1 shows a real-world trade request with a liquidity pool that a user submitted on October 5, 2021.  In this example, there were initially 184.61 ETH and 15,303 BP tokens in that liquidity pool.  Had the user sold 31.63 ETH in that trade, the

---

[8] 1250 A tokens * 80 B tokens = 100,000.

[9] After purchasing one B token, the number of A tokens in the pool must satisfy the Constant Product Rule.  Since there were 100 B tokens before the trade, after the purchase of one B token there are 99 B tokens.  The Constant Product Rule requires that the number of A tokens in the pool after the trade must be 100,000/(99 B tokens) = 1,010.1 A tokens.  Since there were 1,000 A tokens in the pool before the trade, the trader must deposit 1,010.1 – 1,000 = 10.1 A tokens to buy one B token.

[10] The Constant Product Rule requires that the number of A tokens after the trade must be 100,000/(79 B tokens) = 1,265.8 A tokens.  Since there were 1,250 A tokens in the pool before the trade, the trader must pay 1,265.8 – 1,250 = 15.8 A tokens to buy one B token.

number of BP tokens the user could have expected to receive was 2,238, as determined by the Constant Product Rule.[11]

## Exhibit 1
### *Example: Trade with a Liquidity Pool*



### B.    Sandwich Attackers Earn Profits from Other Traders, Consistent with Economic Incentives

29.    This example can be modified to illustrate the impact of a sandwich attack. In practice, the trade shown in Exhibit 1 did not actually execute in the described manner;

---

[11] See Workpaper 1. In this liquidity pool, the constant product of balances was 184.6 ETH X 15,303 BP = 2,825,019. After the trade, the liquidity pool would have contained 184.6 ETH + 31.6 ETH = 216.2 ETH. Applying the Constant Product Rule, the number of BP tokens in the pool after the trade would have been 2,825,019/(216.2 ETH) = 13,064 BP. The trader would have therefore received 15,303 – 13,064 = 2,238 BP.

instead, it was subject to a sandwich attack. Sandwich attackers can see pending transactions and pick the victim's pending trade to be sandwiched. The sandwich attacker then trades ahead or "front-runs" the victim's trade, thereby increasing the price of the token the victim intends to buy or decreasing the price the victim intends to sell. When the victim's trade executes, it then does so at a more disadvantageous price. In addition, the victim's execution pushes the price even further against them. Finally, the sandwich attacker closes out their front-run trade at the manipulated price with a "back-run" trade. The sandwich attacker aims to profit from the price movement they and the victim created. The victim is harmed because they execute at a higher or lower price than what would have existed absent the front-run trade by the sandwich attacker. The sandwich attacker profits because the purchase price of the front-run trade is lower than the sale price of the back-run trade that occurs after the victim trades.

30.     In the previously described Exhibit 1 trade request, the victim attempted to purchase BP tokens using ETH.[12] As shown in Exhibit 2, the sandwich attacker observed this pending transaction and front-ran the trader by purchasing BP tokens. Specifically, the attacker:

    a. Bought 451 BP tokens for 5.62 ETH ($19,800)[13] in the front-run trade,

    b. Sold 451 BP tokens for 7.56 ETH ($26,600)[14] in the back-run trade, and

    c. Extracted 1.94 ETH ($6,800) from the victim (7.56 ETH – 5.62 ETH).

31.     As a result of this sandwich attack, the victim's trade executed at a worse price–instead of receiving 2,238 BP tokens at the price of $49.69 per BP, the victim was only able to get 2,112 BP tokens at the price of $52.66 per BP.[15] While the attacker profited 1.94 ETH ($6,800) directly at the expense of the victim, the victim received 126 fewer BP tokens than they would have if they had sold 31.63 ETH and not been the victim of a sandwich attack.[16]

---

[12] The transaction of the victim that was subject to a sandwich attack: Etherscan, "Transaction Details: 0x60fb29d6e4d3138fca9c0de08a72bf7acb2eb59ffbadba53230265253fb6348d," available at https://etherscan.io/tx/0x60fb29d6e4d3138fca9c0de08a72bf7acb2eb59ffbadba53230265253fb6348d.

[13] The front-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0xcc7d03c754cc301af41db425b4b18c64673afc6b0f92203171a7ea919fb5085c," available at https://etherscan.io/tx/0xcc7d03c754cc301af41db425b4b18c64673afc6b0f92203171a7ea919fb5085c.

[14] The back-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0xe7a2d9f75c4e77c8c7d329a0fcf8056e29e76ce7b3e3b8821187b0c0f6a6f6d6," available at https://etherscan.io/tx/0xe7a2d9f75c4e77c8c7d329a0fcf8056e29e76ce7b3e3b8821187b0c0f6a6f6d6.

[15] See Workpaper 1.

[16] 2,238 BP – 2,112 BP = 126 BP.

## Exhibit 2
### Example: October 5, 2021, Successful Sandwich Attack



32.    More aggressive sandwich attacks may involve "draining the pool," which entails deploying significant capital to heavily alter the price such that the sandwich attacker is able to extract almost the entirety of a victim's funds.  In such an attack, a sandwich attacker enters a very large buy trade to deplete one side of the liquidity pool, thereby forcing the victim to buy at an extreme price.  These attacks can involve a disproportionate amount of capital deployed by the attackers as compared to the trade being sandwiched.

33.    Exhibit 3 shows an example of a real-world sandwich attack that drained the pool, and which occurred on April 20, 2022.  In this sandwich attack, the attacker successfully drained the liquidity pool of almost all of the tokens that the victim intended to buy.  The victim attempted to purchase AOZ tokens using ETH.[17]  The attacker observed the victim's pending

---

[17] The closing price of ETH on date of transaction was $3,077.74, and so the value of the 20 ETH tokens was $3,077.74 × 20 = $61,600.  The victim's transaction: Etherscan, "Transaction Details: 0x3d9e42640926f44be76349aaba17facffb346d503a105dceb39181842450239f," available at https://etherscan.io/tx/0x3d9e42640926f44be76349aaba17facffb346d503a105dceb39181842450239f.

transaction and used 729.91 ETH ($2,250,000) to purchase AOZ tokens before the victim's trade had a chance to execute.[18]  This substantial trade resulted in a price impact of over 20,000%, inflating the price from $0.35 to $70.92, which led to the victim's trade executing at a highly unfavorable price.[19]  The victim ultimately lost approximately 99.4% of the AOZ tokens they would have received in this trade had they sold the same number of ETH tokens and had the sandwich attack not occurred.[20]  At the same time, the sandwich attacker gained 19.59 ETH ($60,300) when they subsequently sold the previously purchased AOZ tokens.[21]

---

[18] The front-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0xa8b3ac8008904b128c21ebf68e7564126cb3379acd6552b6704bcbf4f12b35a8," available at https://etherscan.io/tx/0xa8b3ac8008904b128c21ebf68e7564126cb3379acd6552b6704bcbf4f12b35a8.

[19] See Workpaper 2.

[20] See Workpaper 2.

[21] The back-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0x365f8b0a932c6a6a53afd63c39fc8e8fd40b3206bada6c555c6d73f789804630," available at https://etherscan.io/tx/0x365f8b0a932c6a6a53afd63c39fc8e8fd40b3206bada6c555c6d73f789804630.

## Exhibit 3
### Example: April 20, 2022, Successful Sandwich Attack Involving Draining the Liquidity Pool



34.     In the example above, the sandwich attacker executed a front-run trade ahead of the victim's trade by purchasing AOZ using ETH, but the amount of capital used resulted in the sandwich attacker buying nearly all AOZ tokens from the pool.  The price of AOZ increased dramatically compared to the price of ETH in this pool.  The victim then purchased AOZ tokens at the new price, which was more than 150 times higher.  Given the price change due to the attacker's purchase of AOZ, the victim received close to none of the tokens they intended to buy.  Finally, the sandwich attacker closed out the front-run trade (i.e., performed a back-run trade) by selling the AOZ tokens and receiving ETH.

35.     Sandwich attacks that drain liquidity pools can involve very large front-run trades relative to the size of the victim's trade.  For instance, on January 19, 2023, an attacker

sandwiched a trader that intended to purchase SHADOW tokens using ETH.[22]  The attacker used 1,739.05 ETH ($2,700,000) to drain the pool consisting of SHADOW tokens.[23]  In other words, the attacker deployed almost $3 million to extract about $31 from the victim.[24]

36.    Sandwich attackers extract value from traders by creating artificial, temporary price impact and quickly closing out their positions.  A sandwich attack that drains almost the entire liquidity pool is an extreme form of this strategy that extracts almost all of the victim's funds allocated to their intended trade.

37.    All of the five at-issue sandwich bots in this matter used such a strategy.  In fact, all of the at-issue sandwich attack trades involved attempts to drain liquidity pools.[25]  Furthermore,

---

[22] The victim's transaction: Etherscan, "Transaction Details: 0xf4a991897fd2960821b09aa499f98499ec3816d66360201227d306d6eda98257," available at https://etherscan.io/tx/0xf4a991897fd2960821b09aa499f98499ec3816d66360201227d306d6eda98257.

[23] The front-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0x68f155ed754d2bbc16e72a7600abea3ffa94f2aab54bdd56d4758dff0e4ed2ab," available at https://etherscan.io/tx/0x68f155ed754d2bbc16e72a7600abea3ffa94f2aab54bdd56d4758dff0e4ed2ab. The back-run trade of the sandwich attacker: Etherscan, "Transaction Details: 0x41030127e167e0ea0f546940cb68c675b8463c60ed35ea99c22db40ae75129fe," available at https://etherscan.io/tx/0x41030127e167e0ea0f546940cb68c675b8463c60ed35ea99c22db40ae75129fe.

[24] See Workpaper 3.

[25] See Workpaper 4.  The front-run transaction [1] resulted in the sandwich attacker buying 4.5078327 tokens, leaving 0.0000093 in the pool, hence draining 99.999795% of the tokens.  The front-run transaction [2] resulted in the sandwich attacker buying 0.0898083 tokens, leaving 0.0000002 in the pool, hence draining 99.999761% of the tokens.  The front-run transaction [3] resulted in the sandwich attacker buying 760470.9846754 tokens, leaving 2.3801539 in the pool, hence draining 99.999687% of the tokens.  The front-run transaction [4] resulted in the sandwich attacker buying 8.0693436 tokens, leaving 0.0000264 in the pool, hence draining 99.999672% of the tokens.  The front-run transaction [5] resulted in the sandwich attacker buying 118.9364909 tokens, leaving 0.0001371 in the pool, hence draining 99.999885% of the tokens.  The front-run transaction [6] resulted in the sandwich attacker buying 8.5417151 tokens, leaving 0.0000118 in the pool, hence draining 99.999861% of the tokens.  The front-run transaction [7] resulted in the sandwich attacker buying 0.0176852 tokens, leaving 0.0000001 in the pool, hence draining 99.999639% of the tokens.  The front-run transaction [8] resulted in the sandwich attacker buying 0.7237403 tokens, leaving 0.0000031 in the pool, hence draining 99.999576% of the tokens.
*See*:
Front-run trade [1]: Etherscan, "Transaction Details: 0xd2edf726fd3a7f179c1a93343e5c0c6ed13417837deb6fc61601d1ce9380e8dc," available at https://etherscan.io/tx/0xd2edf726fd3a7f179c1a93343e5c0c6ed13417837deb6fc61601d1ce9380e8dc;
Front-run trade [2]: Etherscan, "Transaction Details: 0x8ec2730e32319529ba084390e87c2f4384d69ce057bc1001daa6b8ac38be4ba9," available at https://etherscan.io/tx/0x8ec2730e32319529ba084390e87c2f4384d69ce057bc1001daa6b8ac38be4ba9;
Front-run trade [3]: Etherscan, "Transaction Details: 0xfb1973716bd0a6c7952b5505391494e669ca6b4905c22e0529ac5eac77153546," available at https://etherscan.io/tx/0xfb1973716bd0a6c7952b5505391494e669ca6b4905c22e0529ac5eac77153546;
Front-run trade [4]: Etherscan, "Transaction Details: 0xe794c128b58cb9817a0cdb0c04286b3de1af5eeeb3928f927a6966bf18f52780," available at https://etherscan.io/tx/0xe794c128b58cb9817a0cdb0c04286b3de1af5eeeb3928f927a6966bf18f52780;
Front-run trade [5]: Etherscan, "Transaction Details: 0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839," available at https://etherscan.io/tx/0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839;
Front-run trade [6]: Etherscan, "Transaction Details: 0x609c59aabf4ed584ea951123f18a4c88c5d3753d03e14313a37c8cfcc3f058a5," available at https://etherscan.io/tx/0x609c59aabf4ed584ea951123f18a4c88c5d3753d03e14313a37c8cfcc3f058a5;
Front-run trade [7]: Etherscan, "Transaction Details: 0x78f312a39a8ce4cf957ba726a4315898d1a78628916eb28be22280f1e7866678," available at https://etherscan.io/tx/0x78f312a39a8ce4cf957ba726a4315898d1a78628916eb28be22280f1e7866678;
Front-run trade [8]: Etherscan, "Transaction Details: 0xe9ce121022cd2bd3c30759186d8bbc447b4ce80cb9d905d09e4f47fc7816f908," available at https://etherscan.io/tx/0xe9ce121022cd2bd3c30759186d8bbc447b4ce80cb9d905d09e4f47fc7816f908.

all of the three real-world successful sandwich attacks discussed in this section involved the sandwich bots that were utilized for the trades related to this matter.

### C.    Economic Incentives Result in Disrupting Sandwich Attacks

38.    Given the operation of the Ethereum blockchain and the existence of traders posting their trades into the public liquidity pool, sandwich attackers have an incentive to pursue a strategy to profit at the expense of the posted trades.  Similarly, given the existence of sandwich attackers using large front-run trades to generate price impact, other traders have the incentive to attempt to develop a strategy to profit from the sandwich attackers' behavior.

39.    While disrupting a sandwich attacker might yield profits, it might also come with costs.  One of the costs of attempting to unbundle a sandwich attacker's trades and profiting from them is the initial slashing penalty (of approximately 1 ETH on April 2, 2023) that applies to a proposer when it proposes two blocks for the same slot (i.e. equivocating).  However, if a sandwich attacker is using a sufficiently large front-run trade to generate price impact, the profits for unbundling and equivocating may be large enough to economically justify the costs.

40.    Notably, at the blockchain level, the aforementioned initial slashing penalty is not currently higher than it was on April 2, 2023.  Ethereum stakeholders could have increased the penalty to make it more costly to equivocate.  Similarly, at the blockchain level, Ethereum has not taken steps to prevent either sandwich attacks or strategies that disrupt sandwich attacks.

### D.    Sandwich Trading Differs From Price Convergence Arbitrage

41.    In crypto markets, "arbitrage" is understood to refer to price convergence trading strategies that profit by simultaneously purchasing tokens for cheap on one platform/venue and selling them at a higher price on another platform/venue.  This type of "arbitrage" is consistent with the concept of price convergence arbitrage that is studied by financial economists.  For example, Alibaba's shares trade on both the New York Stock Exchange and the Hong Kong Stock Exchange.  If their price on one exchange is $105 and it is $106 on the other, one can make a profit by simultaneously buying at $105 and selling at $106.  This arbitrage strategy raises the price on the New York Stock Exchange and lowers it on the Hong Kong Stock Exchange, bringing both prices closer in line.

42.     Price convergence arbitrage in both traditional finance and crypto markets is generally considered to have a positive impact on markets because it brings prices into harmony across different platforms.[26]  The broader crypto ecosystem is known for highly fragmented liquidity, with hundreds of centralized and decentralized exchanges operating independently and simultaneously.  Arbitrageurs capitalize on price discrepancies across venues – buying an asset on one venue and selling it on another where the prevailing price is higher – earning the price difference in the process.  By doing this across CEXs and DEXs, traders executing price convergence arbitrage connect centralized and decentralized markets, hence promoting more efficient price discovery across the entire ecosystem.

43.     Unlike price convergence arbitrage strategies, sandwich attack strategies are not designed to contribute to price discovery by bringing prices across liquidity pools in line with each other.  Instead, sandwich attackers earn profits by impacting token prices within one liquidity pool independently of token prices on other pools or exchanges.  Sandwich attacks therefore differ from price convergence arbitrage strategies in that they do not generally improve price convergence while extracting value from their targeted victim traders.

44.     Sandwich attacks, like other trading strategies in crypto markets, are inherently risky.  The market can behave in ways that the trader did not expect.  Furthermore, all trades recorded on the Ethereum blockchain are irreversible: once a trade is executed, it cannot be undone, even if the result of the trade differed from a trader's expectations.[27]  Some sophisticated actors have employed trading strategies that specifically profit from attempted sandwich attacks.  As one trader noted, crypto traders should "be careful in their trading" because "this game is highly adversarial and we play for keeps."[28]

---

[26] Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 13th Edition, (New York, NY: McGraw-Hill Education, 2020), pp. 351–352 ("In practice, arbitrage is defined more casually as a strategy that exploits market inefficiency and generates superior returns…. In an efficient market, if prices get out of line, then arbitrage forces them back. The arbitrageur buys the underpriced securities (pushing up their prices) and sells the overpriced securities (pushing down their prices). The arbitrageur earns a profit by buying low and selling high and waiting for prices to converge to fundamentals. Thus, arbitrage trading is often called *convergence trading*.").

[27] Token Metrics, "Understanding Why Blockchain Transactions Are Irreversible," available at https://www.tokenmetrics.com/blog/understanding-blockchain-transactions-irreversible ("Unlike traditional banking systems where transactions can be reversed or disputed, blockchain transactions are designed to be permanent and unalterable once confirmed.").

[26] CodeForcer, "Wrecking Sandwich Traders for Fun and Profit," *GitHub*, August 1, 2023, available at https://github.com/Defi-Cartel/salmonella.

**IV.     Emerging Systems, Including Financial Systems, Evolve Over Time**

45.     The evolution of emerging systems, including financial systems, is a dynamic and iterative process.  Systems are rarely perfect at inception.  A process of trial and error, iteration, and refinement, is part of the development of robust and resilient systems.  This evolution is not always smooth as new technologies and instruments emerge.  Unanticipated features are discovered, breakages occur, and disruptions are examined.  Emerging financial systems often are tested under different naturally occurring scenarios and by different participants.

46.     A blockchain like Ethereum is a dynamic, evolving system with incentives that have changed and participants that must continually adapt.  For example, Flashbots launched MEV Boost in September 2022, and since then various decentralized exchanges have tried to protect their users against sandwich attackers with mechanisms such as slippage limits.[29]  For example, the newest version of the largest DEX on Ethereum, Uniswap, implemented a functionality called "hooks" in January 2025 that allows for fair ordering of transactions and time-delayed execution to prevent sandwich attackers from taking advantage of traders.[30] Similarly "MEV blockers" hide transaction details from MEV bots.[31]  Interestingly, Flashbots itself has been offering a product called Flashbots Protect since October 2021 that also claims to protect traders from sandwich attackers.  This ecosystem continues to evolve.

47.     The process of evolution and revision is a natural part of emerging systems.  As systems are disrupted, the ex-post examination of disruptions and subsequent implementation of changes is a valuable and necessary process.

---

[29] Flashbots, "Flashbots," available at https://www.flashbots.net/.  Metana, "Building a Limit Order Hook with Uniswap V4: Part 2," March 18, 2025, available at https://metana.io/blog/building-a-limit-order-hook-with-uniswap-v4-part-2/.

[30] Ferdi Kurt, "Understanding Uniswap V4 Hooks: The Future of DeFi Customization," *Medium*, June 26, 2025, available at https://medium.com/coinmonks/understanding-uniswap-v4-hooks-the-future-of-defi-customization-69e8137f140a.

[31] dRPC, "What Is MEV Blocker?" December 13, 2024, available at https://drpc.org/blog/what-is-mev-blocker/.

## V.     Approval and Signature

I hereby approve the disclosure of my qualifications, anticipated opinions, and reasons and bases for such opinions, as set forth above.

Executed this 13th day of August, 2025

Andrea Eisfeldt, Ph.D.

# APPENDIX A

# Andrea L. Eisfeldt
Professor of Finance
Laurence D. and Lori W. Fink Endowed Chair in Finance
UCLA Anderson School of Management

Email: andrea.eisfeldt@anderson.ucla.edu
Website: `https://sites.google.com/site/andrealeisfeldt/`
Mailing Address: UCLA Anderson School of Management
110 Westwood Plaza, Suite C4.10
Los Angeles, California 90095-1481

## Academic Employment Positions

| | |
|---|---|
| 2015-Present | Laurence D. and Lori W. Fink Endowed Chair in Finance, UCLA Anderson School of Management. |
| 2015 | Anderson Faculty Term Chair in Finance and Professor of Finance, Anderson School of Management, UCLA. |
| 2014-2015 | Professor of Finance, Anderson School of Management, UCLA. |
| 2011-2014 | Associate Professor of Finance, Anderson School of Management, UCLA. |
| 2010-2011 | Visiting Associate Professor of Finance, Finance Area, Anderson School of Management, UCLA. |
| 2007-2011 | Associate Professor of Finance (with tenure), Kellogg School of Management, Northwestern University. |
| 2000-2007 | Assistant Professor of Finance, Kellogg School of Management, Northwestern University. |

## Education

| | |
|---|---|
| August 2000 | Ph.D., Department of Economics, University of Chicago. Thesis Committee: John Cochrane, Lars Hansen (co-chairs), Douglas Diamond. |
| August 2000 | M.A., Department of Economics, University of Chicago. |
| May 1994 | B.S. in Economics, Highest Honors, College of Commerce, University of Illinois at Urbana-Champaign. |

## Other Academic Positions

| | |
|---|---|
| 2024-Present | Advisory Board Member, Centre of Excellence for Quantitative Finance at Imperial College London |
| 2023-Present | Editorial Committee of the Annual Review of Financial Economics. |
| 2022-Present | Visiting Scholar, Federal Reserve Bank of San Francisco. |
| 2022-Present | NBER Macroeconomics Annual Advisory Board. |
| 2021-Present | Associate Editor, Journal of Political Economy. |
| 2021-Present | Associate Editor, Journal of Economic Perspectives. |
| 2014-Present | NBER Research Associate: Corporate Finance, Asset Pricing, Economic Fluctuations & Growth. |
| 2010-present | Member, Foundation for the Advancement of Research in Financial Economics (FARFE). |
| 2020-2022 | Co-Chair, then Chair, Society for Financial Studies Cavalcade. |
| 2017-2022 | Member, Macro Financial Modeling Executive Group. |
| 2016-2022 | Associate Editor, Review of Economic Dynamics. |
| 2014-2022 | Associate Editor, Journal of Monetary Economics. |
| 2014-2022 | Associate Editor, American Economic Journal: Macroeconomics. |

| | |
|---|---|
| 2019-2021 | Director, American Finance Association. |
| 2019-2021 | Director, Society for Financial Studies Cavalcade. |
| 2016-2019 | Associate Editor, Journal of Finance. |
| 2015-2016 | President, Macro Finance Society. |
| 2012-2017 | Director (founding board), Macro Finance Society. |
| 2009-2017 | Academic Advisory Board Member, |
| | Gutmann Center for Portfolio Management Board of Directors, Vienna. |
| 2015-2016 | Faculty Director, Fink Center for Finance and Investments at UCLA Anderson. |
| 2011-2014 | Invited member, Finance Theory Group. |
| 2010-2013 | Director, Western Finance Association. |
| 2009-2013 | Board Member, Chicago Census Data Research Center Board of Directors. |
| 2009-2010 | Co-Editor, Finance Research Letters. |
| 2003, 2004 | Visiting Scholar, Minneapolis Fed, Institute for Empirical Macroeconomics. |

**Other Board and Employment Experience**

| | |
|---|---|
| 2022-Present | UCLA Investment Company Board. |
| 2021-Present | Academic Advisory Board, Vise AI Advisors, LLC. |
| 2020-Present | Affiliate, Cornerstone Research, LLC. |
| 2015-2018 | Consultant, AQR Capital Management, LLC. |
| 2013-2015 | Chief Economist and Principal, Structured Portfolio Management, LLC, |
| | (while on unpaid leave from UCLA Anderson). |
| 2012-2013 | Consultant, Structured Portfolio Management, LLC. |
| 1994-1996 | Associate, Chicago Partners, LLC, Economic Consulting. |

**Publications**

**"Endogenous Liquidity in Asset Markets"** *(lead article).*
*Journal of Finance* 2004, 59(1): 1-30.
***Smith Breeden Distinguished Paper***.
Reprinted in *"Handbook of Liquidity and Crises"* (2011), edited by Franklin Allen,
Elena Carletti, Jan Pieter Krahnen, and Marcel Tyrell.

**"Capital Reallocation and Liquidity,"** with Adriano Rampini ***(lead article).***
*Journal of Monetary Economics* 2006, 53(3): 369-399.

**"Smoothing with Liquid and Illiquid Assets."**
*Journal of Monetary Economics* 2007, 54: 1572-1586.

**"New or Used? Investment with Credit Constraints,"** with Adriano Rampini.
*Journal of Monetary Economics* 2007, 54: 2656-2681.

**"Managerial Incentives, Capital Reallocation, and the Business Cycle,"**
with Adriano Rampini. *Journal of Financial Economics* 2008, 87: 177-199.
***Jensen Prize Second Place***.

**"Leasing, Ability to Repossess, and Debt Capacity,"** with Adriano Rampini.
*Review of Financial Studies* 2009, 22: 1621-1657.

**"CEO Turnover in a Competitive Assignment Framework,"**
with Camelia Kuhnen. *Journal of Financial Economics* 2013, 109: 351-372.

**"Organization Capital and the Cross-Section of Expected Returns,"**
with Dimitris Papanikolaou. *Journal of Finance* 2013, 68: 1365-1406.
***Amundi Smith Breeden First Prize Paper***.

**"The Value and Ownership of Intangible Capital,"** with Dimitris Papanikolaou.
*American Economic Review Papers & Proceedings*, 2014, 104: 189-94.

| | |
|---|---|
| **Publications, cont'd.** | **"Entry and Exit in OTC Derivatives Markets,"** with Andrew Atkeson and Pierre-Olivier Weill. *Econometrica,* 2015, 83: 2231-2292. |

**"Aggregate External Financing and Savings Waves,"** with Tyler Muir. *Journal of Monetary Economics* 2016, 84: 116-133.

**"The Financial Soundness of US Firms 1926-2012,"** with Andrew Atkeson and Pierre-Olivier Weill. *Research in Economics* 2017, 71: 613-635

**"Government Guarantees and the Valuation of US Banks,"** with Andrew Atkeson, Adrien d'Avernas and Pierre-Olivier Weill. *2018 NBER Macroeconomics Annual.*

**"Capital Reallocation,"** with Yu Shi. *Annual Review of Financial Economics* 2018, 10: 361-386.

**"The Cross Section of MBS Returns"** *(lead article),* with Peter Diep and Scott Richardson. *Journal of Finance* 2021, 76: 2093-2151.

**"Total Returns to Single Family Rentals"** *(lead article),* with Andrew Demers. *Real Estate Economics* 2022, 50: 7-32. ***Edwin Mills Best Paper Award.***

**"Intangible Value,"** with Edward T. Kim and Dimitris Papanilolaou. *Critical Finance Review* 2022, 11: 299-332.

**"Human Capitalists,"** *(lead article),* with Antonio Falato and Mindy Xiaolan. *NBER Macro Annual 2022.*

**"The Economics of Intangibles,"** with Nicolas Crouzet, Janice Eberly, and Dimitris Papanikolaou. *Journal of Economic Perspectives* 2022, 36:3, 29-52.

**"OTC Intermediaries,"** with Bernard Herskovic, Sriram Rajan, and Emil Siriwardane. *Review of Financial Studies* 2023, 36:2, 615-677.

**"Complex Asset Markets,"** with Hanno Lustig and Lei Zhang. *Journal of Finance* 2023, 78:5, 2519-2562.

**"Bonds vs. Equities: Information for Investment,"** with Adrien d'Avernas and Huifeng Chang. *Accepted, Journal of Finance.*

| | |
|---|---|
| **Published Comments** | **"Comment on the Rise of Global Corporate Saving, by Peter Chen, Loukas Karabarbounis, and Brent Neiman."** *Journal of Monetary Economics* 2017, 89: 20-24. |

**"Book Review: Jonathan Haskel and Stian Westlake: Restarting the Future: How to Fix the Intangible Economy."** *Business Economics* 2023, 58(2): 125–127.

| Working Papers | **"AI and Finance"** with Gregor Schubert. |
|---|---|
| | **"Intangible Capital, Non-Rivalry, and Growth,"** with Nico Crouzet, Janice Eberly, and Dimitris Papanikolaou. |
| | **"Interdealer Price Dispersion,"** with Bernard Herskovic and Shuo Liu. |
| | **"Generative AI and Firm Values,"** with Gregor Schubert and Miao Ben Zhang. |
| | **"The Deposit Business at Large vs. Small Banks,"** with Adrien d'Avernas, Can Huang, Richard Stanton, and Nancy Wallace. |
| | **"Equity Pay Beyond the C-Suite,"** with Antonio Falato, Dongryeol Lee, and Mindy Xiaolan. |

| Unpublished Papers | **"A Model of Intangible Capital,"** with Nico Crouzet, Janice Eberly, and Dimitris Papanikolaou. NBER Working Paper 30376. |
|---|---|
| | **"The Market for OTC Derivatives,"** with Andrew Atkeson and Pierre-Olivier Weill. |
| | **"Financing Shortfalls and the Value of Aggregate Liquidity,"** with Adriano Rampini. |
| | **"Colonies,"** with Matthias Doepke. |

## Fellowships, Honors and Awards

| | |
|---|---|
| 2023 | Market Frictions and Financial Stability Grant, US Treasury OFR and NSF. |
| 2022 | Edwin Mills Best Paper Award, *Real Estate Economics*. |
| 2022 | Keynote Speaker and Chair, Society for Financial Studies Cavalcade. |
| 2022 | Keynote Speaker, Midwest Finance Association. |
| 2017 | Keynote Speaker: 12th Annual Hedge Fund Conference, Imperial College. |
| 2017 | Macro Financial Modeling Grant. |
| 2013-2016 | National Science Foundation Grant. |
| 2013 | Amundi Smith Breeden First Prize Paper Award, *Journal of Finance*. |
| 2012-2013 | Bank of France Research Grant. |
| 2013 | Excellence in Refereeing Award, *American Economic Review*. |
| 2012 | Fink and Ziman Center Data Purchase Grants. |
| 2011 | Fink Center Research Grant. |
| 2008 | Jensen Prize, Second Place, *Journal of Financial Economics*. |
| 2004 | Smith Breeden Distinguished Paper Award, *Journal of Finance*. |
| 2003, 2004 | Searle Fund Grant. |
| 1999 | Margaret Reid Dissertation Fellowship. |
| 1998 | Lee Prize for Best Money and Banking Paper, University of Chicago. |
| 1997 | National Science Foundation Honorable Mention. |
| 1996-1999 | University of Chicago Century Scholarship. |

## Invited Seminar Presentations

| | |
|---|---|
| 2023 | Future Proof, Q Group, Columbia, University of Chicago Booth Empirical Finance Conference, Federal Reserve Bank of San Francisco, Bank for International Settlements, OECD |
| 2022 | Carnegie Mellon University, University of Wisconsin, University of Chicago Booth School of Business, University of Michigan, University of Bonn, BEA, University of Arizona, HKUST, Santa Clara University, UT Austin, NYU Stern, Boston University |

| 2021 | Michigan State University Econ, Richmond Fed, LSE, LBS, UNC, Bank of England, McGill, Insead |
|------|----------------------------------------------------------------------------------------------|
| 2020 | Labor and Finance Online Seminar, Search and Matching in Macro and Finance Virtual Seminar, School of Business at ITAM, Rotman School of Business, Peking University, Tuck School of Business, Triangle Macro Finance Virtual Seminar, Toronto Econ, University of Maryland Robert H. Smith School of Business |
| 2019 | MIT Econ, MIT Sloan, Stanford Econ, UC Davis Econ, UT Austin McCombs, Northwestern Econ, UCLA Macro Finance Lunch, Chicago Booth Macro, Chicago Booth Finance, Columbia Econ |
| 2018 | Berkeley Haas, USC, University of Minnesota Carlson School of Management, Boston University, Office of Financial Research, US Treasury, Federal Reserve Board DC |
| 2017 | NYU Stern, CREI, Bocconi, LSE, UCL, Imperial College, FRB San Francisco, Berkeley Haas Real Estate, University of Washington Foster School |
| 2016 | UCSD Economics, AQR, University of Michigan Economics |
| 2015 | Ohio State University, Harvard University, Brigham Young University, Olin School WUSTL |
| 2014 | UNC, Wharton, Yale SOM, Columbia GSB, NYU Stern, Stanford GSB, Berkeley Haas, BlackRock, FRB NY |
| 2013 | MIT, University of Lausanne, Federal Reserve Bank of San Francisco, Boston University Economics, Columbia University Economics, NYU Economics |
| 2012 | Stanford University, University of Texas, Carnegie Mellon University, London Business School, London School of Economics, Duke University, University of Wisconsin |
| 2011 | University of Michigan, Columbia University, Yale University |
| 2010 | Ohio State University, University of Chicago, Boston University, University of Washington Foster School, USC Marshall School of Business, UCLA Department of Economics |
| 2009 | Toulouse School of Economics, NHH, Bergen, IESE Barcelona, ESADE Barcelona, UCLA Anderson, University of Illinois |
| 2008 | University of North Carolina |
| 2007 | Vanderbilt University, University of Florida, Northwestern University Macro Lunch, Berkeley, Indiana University, University of Vienna (Research Fellow), Columbia University Department of Economics, Rice University, Chicago Fed |
| 2006 | University of British Columbia, University of Minnesota, University of Colorado, Stockholm School of Economics, Chicago Graduate School of Business, Harvard Business School, UCLA Department of Economics |
| 2005 | Michigan State, MIT Sloan School, University of Wisconsin |
| 2004 | University of Maryland, Census Bureau Washington DC, University of Illinois, Duke University |
| 2003 | Bank of International Settlements, Federal Reserve Board of Governors, London Business School, Federal Reserve Bank of Minneapolis |
| 2002 | Northwestern University Department of Economics, University of Michigan Department of Economics, Carnegie Mellon University GSIA |
| 2000 | UCLA Anderson School of Business, Northwestern University Kellogg School, University of Michigan GSB, Harvard Business School, Stanford University GSB, Stanford University Department of Economics, Berkeley Haas, University of Pennsylvania Wharton School, Columbia University GSB, University of Illinois Department of Economics and Department of Finance |
| 1999 | University of Chicago, Department of Economics |

**Referee/Reviewer**

> Journal of Finance, Journal of Financial Economics, Review of Financial Studies,
> Journal of Monetary Economics, American Economic Review (2013 Excellence in Refereeing Award),
> Econometrica, Journal of Political Economy, Review of Economic Studies,
> Census Bureau, National Science Foundation.

**Dissertation Committees**

Edward T. Kim, 2023, UCLA Anderson, placed University of Michigan Ross School of Business.

Huifeng Chang, 2022, UCLA Economics, placed Fudan School of Management.

Yu Shi, 2021, UCLA Anderson, placed Nankai University (chair).

Geoffrey Zheng, 2020, UCLA Anderson, placed NYU Shanghai.

Mahyar Kargar, 2019, UCLA Anderson, placed University of Illinois Urbana Champaign (chair).

Darren Aiello, 2018, UCLA Anderson, placed Brigham Young University.

Leo Li, 2018, UCLA Anderson, placed Shanghai University of Finance and Economics (chair).

Adrien d'Avernas, 2017, UCLA Economics, placed Stockholm School of Economics.

Lei Zhang, 2016, UCLA Economics, placed Hong Kong University (chair).

Robert Richmond, 2016, UCLA Anderson, placed NYU Stern.

Robert Kurtzman, 2015, UCLA Economics, placed FRB DC.

Aurelien Philippot, 2015, UCLA Anderson, placed Laval University, Quebec.

Frederico Grinberg, 2015, UCLA Economics, placed IMF.

Mindy Xiaolan Zhang, 2014, UCLA Anderson, placed UT Austin Finance.

Tyler Muir, 2013, Kellogg Finance, placed Yale Finance.

Briana Chang, 2012, Northwestern Economics, placed University of Wisconsin Finance.

Joel David, 2012, UCLA Economics, placed USC Economics.

Matthias Kehrig, 2011, Northwestern Economics, placed UT Austin Economics.

# APPENDIX B

# Testimony of Andrea L. Eisfeldt, Ph.D.
# During the Past Five Years

**Case Name:**      *Confidential arbitration involving a contractual dispute between crypto venture capital firms*
**Case No.:**       N/A
**Date of Testimony:**  June 2025 (Arbitration)

**Case Name:**      *State of New York ex rel. Edelweiss Fund, LLC v. JPMorgan Chase & Co. et al*
**Case No.:**       Supreme Court of the State of New York, Index No. 100559/2014
**Date of Testimony:**  May 2024 (Deposition)

**Case Name:**      *Jed and Alisa Behar v. Northrop Grumman Corporation and Northrop Grumman Systems Corporation*
**Case No.:**       United States District Court for the Central District of California, Case No. 2:21-cv-03946-HDV-SK
**Date of Testimony:**  November 2023 (Deposition)

**Case Name:**      *Alistair Capital Fund, LP, et al. v. UBS Securities, LLC*
**Case No.:**       Financial Industry Regulatory Authority, Arbitration No. 20-03268
**Date of Testimony:**  August 2023 (Arbitration)

**Case Name:**      *State of Illinois ex rel. Edelweiss Fund, LLC, v. JPMorgan Chase & Co. et al.*
**Case No.:**       Circuit Court of Cook County, Illinois, Case No. 2017 L 000289
**Date of Testimony:**  April 2023 (Deposition)

**Case Name:**      *Lavvan Inc. v. Amyris, Inc.*
**Case No.:**       INTERNATIONAL CHAMBER OF COMMERCE, No. 25598/PDP
**Date of Testimony:**  October 2022 (Arbitration)

**Case Name:**      *Saisravan Bharadwaj Karri, et al. v. Oclaro, Inc., et al.*
**Case No.:**       United States District Court for the Northern District of California, Case No. 3:18-cv-03435-JD
**Date of Testimony:**  October 2022 (Deposition)

**Case Name:**      *In re Omega Healthcare Investors, Inc. Securities Litigation*

| | |
|---|---|
| **Case No.:** | United States District Court for the Southern District of New York, Case No. 1:17-cv-08983-NRB |
| **Date of Testimony:** | June 2022 (Deposition) |

| | |
|---|---|
| **Case Name:** | *Sarah Valelly v. Merrill Lynch, Pierce, Fenner & Smith Incorporated* |
| **Case No.:** | United States District Court for the Southern District of New York, Case No. 1:19-cv-07998-VEC |
| **Date of Testimony:** | June 2022 (Deposition) |

| | |
|---|---|
| **Case Name:** | *DBD Credit Funding LLC v. Glorya Kaufman et al.* |
| **Case No.:** | Superior Court of California, County of Los Angeles, Case No. 19STCV31137 |
| **Date of Testimony:** | January 2022 (Deposition); February 2022 (Trial) |

| | |
|---|---|
| **Case Name:** | *ICONIQ Capital Group, L.P. v. Chad L. Boeding* |
| **Case No.:** | Santa Clara, California, Civil No. 01-20-0010-8382 |
| **Date of Testimony:** | October 2021 (Arbitration) |

| | |
|---|---|
| **Case Name:** | *Barbour v. Barbour* |
| **Case No.:** | Superior Court of Arizona, County of Maricopa, Case No. FN2019-053196 |
| **Date of Testimony:** | September 2021 (Trial) |

| | |
|---|---|
| **Case Name:** | *Findley v. Findley* |
| **Case No.:** | Superior Court of California, County of San Francisco, Case No. FDI-18-789764 |
| **Date of Testimony:** | October 2020 (Deposition) |

# APPENDIX C

# Appendix C:  Documents List

**Academic Articles**

- Ekkehart Boehmer, Dan Li, and Gideon Saar, "The Competitive Landscape of High-Frequency Trading Firms," *The Review of Financial Studies*, 31(6), 2018, pp. 2227–2276

- Matthew Baron, Jonathan Brogaard, and Andrei Kirilenko, "The Trading Profits of High Frequency Traders," Working Paper, 2012, available at https://ssrn.com/abstract=2106158

**Books**

- Richard A. Brealey, Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, 13th Edition, (New York, NY: McGraw-Hill Education, 2020)

**Legal Documents**

- Disclosure as to Expert Witness Chris Hoffmeister, June 27, 2025

- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP and Williams & Connolly LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, 24 Cr. 293 (JGLC),* August 13, 2024

- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP and Williams & Connolly LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, 24 Cr. 293 (JGLC)*, December 4, 2024

- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP, Williams & Connolly LLP, and Shapiro Arato Bach LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, S1 24 Cr. 293 (JGLC), Rule 16(a)(1)(G) Disclosure of Experts, Disclosure Material Pursuant to Protective Order,* June 27, 2025

- Oral Argument Transcript, United States District Court, Southern District of New York, *United States of America v. Anton Peraire-Bueno, et al., 24 Cr. 293 (JGLC)*, June 17, 2025

**Public Press and Other Online Content**

- CodeForcer, "Wrecking Sandwich Traders for Fun and Profit," *GitHub*, August 1, 2023, available at https://github.com/Defi-Cartel/salmonella

- Coinbase, "What Are Sandwich Attacks in Crypto?" available at https://www.coinbase.com/learn/crypto-glossary/what-are-sandwich-attacks-in-crypto

- Crypto Street, "Sandwich Trading," available at https://crypto.st/dictionary/sandwich-trading/

- dRPC, "What Is MEV Blocker?" December 13, 2024, available at https://drpc.org/blog/what-is-mev-blocker/
- Etherscan, "Transaction Details: 0x365f8b0a932c6a6a53afd63c39fc8e8fd40b3206bada6c555c6d73f789804630," available at https://etherscan.io/tx/0x365f8b0a932c6a6a53afd63c39fc8e8fd40b3206bada6c555c6d73f789804630
- Etherscan, "Transaction Details: 0x3d9e42640926f44be76349aaba17facffb346d503a105dceb39181842450239f," available at https://etherscan.io/tx/0x3d9e42640926f44be76349aaba17facffb346d503a105dceb39181842450239f
- Etherscan, "Transaction Details: 0x41030127e167e0ea0f546940cb68c675b8463c60ed35ea99c22db40ae75129fe," available at https://etherscan.io/tx/0x41030127e167e0ea0f546940cb68c675b8463c60ed35ea99c22db40ae75129fe
- Etherscan, "Transaction Details: 0x609c59aabf4ed584ea951123f18a4c88c5d3753d03e14313a37c8cfcc3f058a5," available at https://etherscan.io/tx/0x609c59aabf4ed584ea951123f18a4c88c5d3753d03e14313a37c8cfcc3f058a5
- Etherscan, "Transaction Details: 0x60fb29d6e4d3138fca9c0de08a72bf7acb2eb59ffbadba53230265253fb6348d," available at https://etherscan.io/tx/0x60fb29d6e4d3138fca9c0de08a72bf7acb2eb59ffbadba53230265253fb6348d
- Etherscan, "Transaction Details: 0x68f155ed754d2bbc16e72a7600abea3ffa94f2aab54bdd56d4758dff0e4ed2ab," available at https://etherscan.io/tx/0x68f155ed754d2bbc16e72a7600abea3ffa94f2aab54bdd56d4758dff0e4ed2ab
- Etherscan, "Transaction Details: 0x78f312a39a8ce4cf957ba726a4315898d1a78628916eb28be22280f1e7866678," available at https://etherscan.io/tx/0x78f312a39a8ce4cf957ba726a4315898d1a78628916eb28be22280f1e7866678
- Etherscan, "Transaction Details: 0x8ec2730e32319529ba084390e87c2f4384d69ce057bc1001daa6b8ac38be4ba9," available at https://etherscan.io/tx/0x8ec2730e32319529ba084390e87c2f4384d69ce057bc1001daa6b8ac38be4ba9

- Etherscan, "Transaction Details: 0xa8b3ac8008904b128c21ebf68e7564126cb3379acd6552b6704bcbf4f12b35a8," available at https://etherscan.io/tx/0xa8b3ac8008904b128c21ebf68e7564126cb3379acd6552b6704bcbf4f12b35a8

- Etherscan, "Transaction Details: 0xcc7d03c754cc301af41db425b4b18c64673afc6b0f92203171a7ea919fb5085c," available at https://etherscan.io/tx/0xcc7d03c754cc301af41db425b4b18c64673afc6b0f92203171a7ea919fb5085c

- Etherscan, "Transaction Details: 0xd2edf726fd3a7f179c1a93343e5c0c6ed13417837deb6fc61601d1ce9380e8dc," available at https://etherscan.io/tx/0xd2edf726fd3a7f179c1a93343e5c0c6ed13417837deb6fc61601d1ce9380e8dc

- Etherscan, "Transaction Details: 0xe794c128b58cb9817a0cdb0c04286b3de1af5eeeb3928f927a6966bf18f52780," available at https://etherscan.io/tx/0xe794c128b58cb9817a0cdb0c04286b3de1af5eeeb3928f927a6966bf18f52780

- Etherscan, "Transaction Details: 0xe7a2d9f75c4e77c8c7d329a0fcf8056e29e76ce7b3e3b8821187b0c0f6a6f6d6," available at https://etherscan.io/tx/0xe7a2d9f75c4e77c8c7d329a0fcf8056e29e76ce7b3e3b8821187b0c0f6a6f6d6

- Etherscan, "Transaction Details: 0xe9ce121022cd2bd3c30759186d8bbc447b4ce80cb9d905d09e4f47fc7816f908," available at https://etherscan.io/tx/0xe9ce121022cd2bd3c30759186d8bbc447b4ce80cb9d905d09e4f47fc7816f908

- Etherscan, "Transaction Details: 0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839," available at https://etherscan.io/tx/0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839

- Etherscan, "Transaction Details: 0xf4a991897fd2960821b09aa499f98499ec3816d66360201227d306d6eda98257," available at https://etherscan.io/tx/0xf4a991897fd2960821b09aa499f98499ec3816d66360201227d306d6eda98257

- Etherscan, "Transaction Details: 0xfb1973716bd0a6c7952b5505391494e669ca6b4905c22e0529ac5eac77153546,"

available at
https://etherscan.io/tx/0xfb1973716bd0a6c7952b5505391494e669ca6b4905c22e0529ac5
eac77153546

- Ferdi Kurt, "Understanding Uniswap V4 Hooks: The Future of DeFi Customization," *Medium*, June 26, 2025, available at https://medium.com/coinmonks/understanding-uniswap-v4-hooks-the-future-of-defi-customization-69e8137f140a

- Flashbots, "Flashbots," available at https://www.flashbots.net/

- Metana, "Building a Limit Order Hook with Uniswap V4: Part 2," March 18, 2025, available at https://metana.io/blog/building-a-limit-order-hook-with-uniswap-v4-part-2/

- Nicole Goodkind, "New York Stock Exchange Investigates 'Technical Issue' That Briefly Halted Some Trading," *CNN Business*, January 24, 2023, available at https://www.cnn.com/2023/01/24/investing/nyse-halt-stocks

- "Proof of Stake Rewards and Penalties," *Ethereum*, May 12, 2025, https://ethereum.org/en/developers/docs/consensus-mechanisms/pos/rewards-and-penalties/

- Token Metrics, "Understanding Why Blockchain Transactions Are Irreversible," available at https://www.tokenmetrics.com/blog/understanding-blockchain-transactions-irreversible

- "What is MEV Boost?" *Flashbots*, https://docs.flashbots.net/flashbots-mev-boost/introduction

**Note: In addition to the documents on this list, Dr. Eisfeldt relied upon all documents cited in her disclosure and her exhibits to form her opinions.**