Exhibit B

**Expert Disclosure as to Brett Hemenway Falk, Ph.D.**

# Table of Contents

I.    Background and Qualifications ..................................................................................... 2

II.   Decentralized Ledgers and the Ethereum Blockchain ................................................ 2

   A.   General Background of Decentralized Ledgers .................................................... 2

   B.   The Ethereum Blockchain .................................................................................... 4

      1.   Validator's Role ............................................................................................ 4

      2.   Economic Incentives ..................................................................................... 4

      3.   Norms and Pseudonymity ............................................................................. 5

      4.   Transparency and Evolution ......................................................................... 6

   C.   Uniswap and Decentralized Exchanges ............................................................... 7

   D.   Funding Validators ............................................................................................... 8

III.  MEV-Boost ................................................................................................................. 9

   A.   What Is MEV ....................................................................................................... 9

   B.   Background on MEV-Boost Software ................................................................ 12

   C.   Participants ......................................................................................................... 13

   D.   Nature of Interactions Between Participants ..................................................... 15

IV.   Alleged Exploit ........................................................................................................ 17

   A.   The April 2, 2023, At-Issue Event .................................................................... 17

   B.   The Sandwich Trades At Issue Were Large and Risky .................................... 18

   C.   Alleged Lure Transactions ................................................................................. 22

   D.   Defendants' Signatures Were Not Invalid ......................................................... 23

   E.   The Defendants' Trading Strategy ..................................................................... 24

   F.   The Defendants' Operation Did Not Constitute a Threat to the Blockchain .................. 25

V.    Approval and Signature ........................................................................................... 26

## I.     Background and Qualifications

1.     Dr. Falk is a Research Assistant Professor in the Department of Computer and Information Science at the University of Pennsylvania, where he has been faculty for over ten years.  Prior to that, he received his PhD in Mathematics from the University of California, Los Angeles.  His research focuses on blockchains and cryptocurrencies, and he has published several peer-reviewed articles concerning the economics and incentives created by blockchain systems, as well as articles on cryptocurrency regulation.  His work has been published in prestigious journals such as *Management Science* and the *Journal of Business Law,* and his work has been presented at numerous conferences such as the *Institute of Electrical and Electronics Engineers Symposium on Security and Privacy* and the *Annual International Cryptology Conference.*  He has received several research grants from the National Science Foundation, Ripple, and Crypto.com.  At the University of Pennsylvania, Dr. Falk teaches a popular course on blockchains.  Dr. Falk designed this course for the Master of Computer and Information Technology (MCIT) online program and has taught the course a dozen times.  Since 2011, he has conducted research on cryptography for *Stealth Software Incorporated*.

2.     A copy of his CV is attached in Appendix A.  A list of his prior testimony is attached in Appendix B.  The basis of Dr. Falk's opinions in this matter include his academic work and experience, and the materials cited in Appendix C.

## II.     Decentralized Ledgers and the Ethereum Blockchain

### A.     General Background of Decentralized Ledgers

3.     Blockchains like Bitcoin and Ethereum are examples of Distributed Ledger Technology (DLT).  Like Bitcoin, the Ethereum blockchain can be used as a digital ledger to track the ownership of a new asset, ETH.  ETH does not exist anywhere except on this ledger, and the ledger provides a decentralized record of every ETH transaction that has ever been made.  As an asset, ETH has no physical realization and no existence outside of the records on the Ethereum blockchain.

4.      Given how decentralized ledgers work, transactions cannot be "reversed" or "recalled," even when an error or oversight occurs.  In other words, decisions cannot be reversed, and this is an assumed risk at the core of all blockchains.[1]

5.      Distributing a static ledger is relatively easy:  computers make it easy to copy records, so it is straightforward to replicate a static ledger among geographically distributed computers.  The more difficult part is how to add new transactions to the ledger in a "distributed" manner.  It is especially difficult to ensure all participants process the same transactions in the same order, no matter where they are located.

6.      To solve the problem of transaction ordering, most blockchains, including Bitcoin and Ethereum, have a rotating "leader," or "proposer," who is in charge of adding batches of transactions (called a block) to the ledger.  At any point in time, a single proposer has complete control over which transactions are included on the ledger, and the order in which they are included.

7.      On many blockchains, including Ethereum, the proposer for a given "slot" has exclusive, unlimited authority to assemble and publish blocks by selecting and ordering transactions, and ultimately, determining the contents.  The validator that is assigned the right to propose blocks for inclusion on the Ethereum blockchain is reassigned every slot through a random selection process.[2]

8.      On Ethereum, where the blockchain tracks the balances of ETH as well as thousands of different tokens, the block proposer not only has the exclusive authority to select which transactions to include and exclude, but also has the opportunity to profit by choosing the order in which transactions are ordered within a block.  The opportunities are known as miner extractable value or maximal extractable value ("MEV") which is further discussed below.

---

[1] *See* Caner Taçoğlu, "Immutability," Binance Academy, available at
https://academy.binance.com/en/glossary/immutability.
[2] *See* Ethereum, "Block Proposal," January 17, 2024, available at
https://ethereum.org/en/developers/docs/consensus-mechanisms/pos/block-proposal/.

### B.    The Ethereum Blockchain

#### 1.    Validator's Role

9.    An Ethereum validator has two separate jobs: proposer and attester.  The first job is to propose blocks when chosen to do so, and the second job is to review and attest to blocks proposed by other validators that serve the role of proposers in other slots.[3]

10.    Ethereum is agnostic to the ordering of transactions, and there is no attempt by the protocol to describe a "fair" ordering of transactions, e.g. there is no expectation that transactions will be executed in the order in which they were created.  The proposer has the exclusive right to decide what transactions go into the block and in what order.  As explained below, the proposer can build a block themselves, or solicit suggestions for a block from a dedicated block builder.  Transaction ordering matters because each transaction changes the state of the entire system and thus can impact subsequent transactions.  For example, a transaction that buys a token from a Decentralized Exchange (DEX) on Ethereum will increase the price of that token, and this could cause subsequent transactions to execute at a higher price or even to fail entirely.

#### 2.    Economic Incentives

11.    Blockchains like Bitcoin and Ethereum are designed to be decentralized and permissionless, i.e., one does not need permission to join the system.  These systems are often described as "trustless" meaning that one does not need a trusted intermediary such as a bank or broker to facilitate transactions.  Instead, transactions are processed by a distributed group of mostly anonymous validators, who are incentivized to behave in certain ways.  This system provides incentives under the assumption that participants will rationally act in their own best interest.  For many participants, their rational actions are consistent with profit maximizing, although this will not always be the case.

12.    One of the primary ways that Ethereum incentivizes validators is through the use of "slashing" penalties.  On Ethereum, to become a validator, you must "stake" 32 ETH.[4]  Staking serves two purposes.  First, it prevents users from taking over the system by creating millions of

---

[3] Analytics Insight, "Ethereum Validators: Who They Are and How They Work," January 12, 2025, https://www.analyticsinsight.net/ethereum/ethereum-validators-who-they-are-and-how-they-work.
[4] The recent "Pectra" upgrade increased the maximum effective validator balance from 32 ETH to 2,048 ETH.

validators (a so-called Sybil attack) because each validator is required to put up a costly stake. Second, it provides leverage over validators by allowing the blockchain itself to impose economic penalties for certain behaviors. For example, if a block proposer proposes multiple blocks during their slot (known as "equivocation"), they will get slashed and lose some of their staked ETH, which at the time of the at-issue event was about 1 ETH of the 32 ETH staked as an initial penalty.[5] Slashing penalties are designed under the assumption that validators are economically rational profit-maximizers, and the slashing penalties set the economic incentives for validator behavior.

13.     Slashing is not a moral judgement on the validator. Rather, slashing is a mechanism Ethereum uses to incentivize validators to behave in certain ways. For example, it could be rational and consistent with Ethereum's embedded incentives for an entity to incur a slashing penalty if the expected profits outweigh the cost.

### 3. Norms and Pseudonymity

14.     Blockchains like Bitcoin and Ethereum are open and permissionless (i.e., anyone can join them), but they are not designed for privacy. Every user can generate one (or multiple) wallets, and although these wallets are not explicitly tied to their name, every transaction from every wallet is recorded on the public blockchain, making it less private than most traditional financial platforms.[6] Users of Ethereum are pseudonymous but there is no guarantee of anonymity. Wallet addresses can be traced back to specific participants, as was done in this matter.[7] Companies exist to help with tracing and assessing which addresses are connected and to identify possible owners of the addresses.

---

[5] The recent "Pectra" upgrade restructured Ethereum's slashing penalties, scaling them proportionally to a validator's stake.

[6] To maintain the privacy of actors on the blockchain, Satoshi Nakamoto, who introduced Bitcoin, advocated for creating a separate key pair for each individual transaction. *See* Satoshi Nakamoto, "Bitcoin: A Peer-to-Peer Electronic Cash System," available at https://bitcoin.org/bitcoin.pdf, p. 6: ("[A] new key pair should be used for each transaction to keep them from being linked to a common owner. Some linking is still unavoidable with multi-input transactions, which necessarily reveal that their inputs were owned by the same owner. The risk is that if the owner of a key is revealed, linking could reveal other transactions that belonged to the same owner.").

[7] Dennis Weidner, "Are Ethereum Transactions Traceable?" *Cryptoticker.io*, December 24, 2019, available at https://cryptoticker.io/en/ethereum-transactions-traceable/ ("[W]ith enough data analysis, it's possible to reasonably identify owner or develop an idea of the type of account. For instance, most exchange accounts are known and so are the hacker accounts where funds were sent after the documented attacks.").

15.     It is not atypical for Ethereum users to seek privacy with tools like Aztec.  Privacy tools can be used as defensive privacy measures to protect against violent, real-world threats driven by publicly visible on-chain balances and addresses.  As of June 28, 2025, there have been "at least 231 physical attacks against digital asset holders to date," including kidnappings and robberies at gunpoint.[8]  It may be considered prudent for anyone moving large sums of tokens on Ethereum to use privacy tools to shield balances and wallets given the history of violent targeted physical attacks.  As such, the actions taken by the Defendants in this matter to move funds are not necessarily atypical of participants with large cryptocurrency holdings attempting to maintain privacy.  Traders wishing to hide details about their trading strategy may also try to obfuscate their transactions to protect themselves from competitors and copy traders.  For example, one of the at-issue sandwich bots in this matter that lost money as the result of their sandwich trades was funded with the use of Tornado Cash, one of the most high-profile cryptocurrency mixing tools.[9]

### 4.  Transparency and Evolution

16.     Another principle underlying Ethereum is transparency, which means that all transactions are public, allowing for a visible record of all activity on the network.  Additionally, the code that underlies the Ethereum network is also publicly available, providing a high level of visibility and allowing developers and users to understand how Ethereum works.

17.     The Ethereum blockchain is deterministic, meaning that the outcome of any given transaction or smart contract execution is predictable based on established rules.  This determinism, combined with the public nature of the blockchain and transactions, allow participants to understand and simulate the behavior of the network.  This capability allows participants to make relatively accurate predictions about how the network will behave in different scenarios.  One source of uncertainty in the blockchain arises from the entity

---

[8] Niamh Rowe, "Online Hacks to Offline Heists: Crypto Leaders on Edge Amid Increasing Attacks," *The Guardian*, June 28, 2025, available at https://www.theguardian.com/technology/2025/jun/28/cryptocurrency-hacks-kidnappings-crime.  *See also,* GitHub, "Known Physical Bitcoin Attacks," available at https://github.com/jlopp/physical-bitcoin-attacks.

[9] Address 0xe2cA…e907, which funded and operated the sandwich bot contract 0xE8c0…A2e5 was funded by a withdrawal from the Tornado Cash 10 ETH pool.  *See* Etherscan, "Transaction Details: 0xc19d1c8aafb7a1b51233250fb5a33c0480b7699eb7a01f56bbed53543fbb121f," available at https://etherscan.io/tx/0xc19d1c8aafb7a1b51233250fb5a33c0480b7699eb7a01f56bbed53543fbb121f.

responsible for block construction – either the proposer or an external builder (if the proposer delegates this right) – having the discretion to choose the ordering, inclusion, and exclusion of transactions in a block.

18.     The Ethereum protocol has not remained static over time.  Substantial changes have occurred, most notably the transition from Proof of Work (POW) to Proof of Stake (POS) on September 15, 2022.  This change, which occurred approximately six months before the events of April 2023, marked a major milestone in the evolution of the Ethereum network.  Other examples include dramatic changes to the transaction fee as part of the London hard-fork[10] in 2021, new incentives for layer-2 rollup chains in the Dencun hard-fork in 2024, and the ability for smart Externally Owned Accounts (EOAs) to execute code in the Pectra upgrade in 2025.  In all, the Ethereum protocol has been altered through hard-forks over twenty times since its inception.[11]

### C.     Uniswap and Decentralized Exchanges

19.     Trading on Ethereum commonly occurs on decentralized exchanges ("DEXs").  Uniswap is one of the most prominent DEXs on Ethereum that lets anyone trade ERC-20 tokens directly from their crypto wallet, without intermediaries or order books.  Uniswap uses a "peer-to-pool" or "peer-to-contract" design, where participants trade with an on-chain liquidity pool rather than being matched with each other in a traditional order-book design.[12]  The on-chain liquidity pools are managed by automated market maker ("AMM") smart contracts.  The users who supply tokens to the liquidity pool are called liquidity providers ("LPs"), and they are incentivized to provide liquidity because they earn trading fees when other users trade tokens using these pools.

20.     In Uniswap V2, which is the version of Uniswap liquidity pools in which the at-issue trades took place, each pool consists of a token pair, that is, reserves of two different crypto tokens locked in a smart contract and enabling trades under a constant product market maker ("CPMM") regime.  The CPMM ensures the product of the pool's reserves stays constant as

---

[10] Hard Fork is "a is a non-backward-compatible change that requires all nodes to upgrade to the new version, often resulting in a permanent split in the blockchain." *See* Coinbase, "What is the difference between a blockchain soft fork and a hard fork?," available at https://www.coinbase.com/learn/crypto-glossary/what-is-the-difference-between-a-blockchain-soft-fork-and-a-hard-fork.

[11] Ethereum, "The History of Ethereum," June 19, 2025, available at https://ethereum.org/en/history.

[12] *See* Uniswap Docs, "The Uniswap Protocol," available at https://docs.uniswap.org/concepts/uniswap-protocol, Footnote 1.

trades occur, and because the product of the balances stays constant, the price or the exchange rate between tokens in the pool is deterministic.  Traders send in one token and get the other tokens out, the AMM determines the number of tokens received (and hence the price paid by the user) based solely on the current balance of tokens in the pool, and the number of tokens sent by the user.

21.     Trading on Uniswap means using the pool's liquidity to trade tokens at the rate determined by the token balances in the pool.  Traders trade with the pooled liquidity supplied by the liquidity providers, and not individual counterparties or persons.[13]  In other words, the pool holds certain (publicly visible) quantities of both tokens, and the pool contract allows anyone to swap tokens with the pool, with the exchange rate determined algorithmically based on the current token balances in the pool.

22.     As an example, in an ETH / USDC pool, suppose a trader buys ETH from the pool.  This will reduce the amount of ETH in the pool (and increase the amount of USDC).  Because the pool balances have now changed, if a second trader buys ETH from the pool, they will have to pay a higher price than the first trader.[14]

23.     In this matter, both the Defendants and the at-issue sandwich attackers, also referred to as "sandwichers," traded with the liquidity pool, not with each other.

### D.     Funding Validators

24.     Running an Ethereum validator requires self-custody of funds (in this case, ETH) and access to private keys.  To set up and fund a validator, one must send 32 ETH to the official Ethereum deposit contract.  As part of this process, the user must also generate a signing key used for attestation duties together with withdrawal credentials specifying where validator rewards will ultimately be sent.  This information must accompany the transaction depositing the

---

[13] Liquidity providers provide liquidity by depositing both tokens (e.g., ETH and USDT) to the pool.  In doing so, they receive "LP tokens" representing their share of the pool which allows them to later withdraw their portion of the supplied tokens (e.g., ETH and USDT) plus accrued fees.  Withdrawing liquidity refers to burning LP token to reclaim tokens from pool reserves.

[14] For an example of such a trade, *see*, Etherscan, "Transaction Details: 0x55ffa81e8f7d4ebe1a46970ff899a62eb8af978d566a069a79d5199f625610ff," available at https://etherscan.io/tx/0x55ffa81e8f7d4ebe1a46970ff899a62eb8af978d566a069a79d5199f625610ff.  ETH in liquidity pools is in form of wETH, the ERC-20 wrapped form of ETH, used for compatibility with smart contracts.

funds to the Ethereum deposit contract, and thus staking 32 ETH is slightly more complex than simply sending 32 ETH to a specific address.

25.      As such, any user wishing to act as a validator and who has ETH on a centralized exchange like Coinbase will necessarily send these funds to a self-custodied wallet on chain first, before funding a validator.  These intermediate operations are necessary to set up a validator and these operational steps do not provide meaningful privacy because these transactions are permanently recorded on the blockchain, which is fully transparent and accessible.  Simply sending funds from one public Ethereum address to another does not obscure anything, as all transactions and balances, together with the chain of transfers, remain public and traceable.

26.      In particular, if a user withdraws ETH from a centralized exchange like Coinbase to a wallet they control, that withdrawal is recorded on Ethereum with a transaction showing the exchange's address and the user's address as the recipient.  Even if the user transfers the funds across several of their own addresses and then sets up a validator, each of those transfers is also recorded on-chain.  Because all of these transactions are linked, anyone can reconstruct the path of these funds – from the exchange withdrawal all the way to the validator node initialization.

## III.    MEV-Boost

### A.    What Is MEV

27.      In Ethereum, the ability to choose the order in which transactions are included in a block provides the opportunity for consensus participants (e.g., "searchers") to engage in MEV extraction strategies that involve token trading.

28.      The rise in MEV opportunities has made block building more complex and lucrative.  To prevent this added complexity from centralizing block production among a small group of sophisticated block builders, Proposer Builder Separation ("PBS") has been pursued by some stakeholders.  PBS is intended to increase decentralization by separating the role of block builder (which requires sophistication) from block proposer (which could remain a simple task). Currently, Ethereum has over 1 million validators (the proposer is selected by lottery from this pool of validators).  By contrast only two block builders build over 85% of the blocks on

Ethereum.[15]  PBS continues to evolve and at the time of the alleged exploit, Flashbots' MEV-Boost was the most commonly used instantiation of PBS.  MEV-Boost is not part of the Ethereum blockchain.

29.    On Ethereum, transactions awaiting inclusion to the blockchain are held in a "mempool." Public mempools are public and visible to anyone running a node.  This creates opportunities for MEV, that is, the extra profit that validators and builders can capture by choosing which transactions to include or exclude, and how to order the transactions that are included.  Searchers continuously monitor mempools for exploitable patterns and submit sets of transactions, called "bundles," to block builders, who aggregate and prioritize the most lucrative bundles.

30.    There is little human input once searchers' strategies are deployed.  The searchers create bots that automatically scan the public mempool, detect profitable opportunities, submit transactions, create optimized bundles, and forward them to builders.

31.    There are three main types of MEV trading strategies on Ethereum today:  Arbitrage, Liquidations, and Sandwiches.

32.    **Price Arbitrage** - When a user trades tokens on an exchange/liquidity pool, that trade changes the price on that exchange/pool, and potentially pushes the price out of line with prices on another exchange/pool.  For example, suppose a trader buys ETH with USDC on Exchange A.  This will push the price of ETH up on Exchange A.  If the price for ETH becomes higher on Exchange A than it is on Exchange B, an arbitrageur can buy ETH (for USDC) on Exchange B and sell the ETH (for USDC) on Exchange A, to make a profit by buying low and selling high. This type of arbitrage activity keeps prices in line across exchanges and is generally considered necessary for a healthy financial system.  This arbitrage opportunity also involves little risk of losing money for the first arbitrageur who can execute the trade.  In practice, because the block proposer either executes the arbitrage themself or solicits requests to perform the arbitrage, the proposer ultimately determines which user profits from the arbitrage opportunity.

33.    **Liquidations** - There is a significant amount of borrowing and lending activity (e.g., on platforms like Aave and Compound) on the blockchain.  Because accounts are pseudonymous, all loans are (over)-collateralized.  For example, a user could put up ETH as collateral and borrow USDC against it.  Because the pseudonymous nature of the blockchain generally

---

[15] *See* hanniabu.eth, "Ethereum Validator Queue," available at https://www.validatorqueue.com/.

precludes traditional forms of debt collection, decentralized lending applications will enable an automatic liquidation of the collateral, if the value of the collateral drops below some specified amount. For example, a borrower could put up $150 worth of ETH as collateral to borrow 100 USDC (worth approximately $100). If the value of the collateral drops below some threshold (e.g., $120), the lending contract automatically lists the user's collateral for sale to repay the loan. To incentivize participation in the liquidation, the collateral is generally sold at a discount. Thus, the first user who can provide USDC in a liquidation gets to buy discounted ETH. As in the case of arbitrage, these liquidations are a necessary part of the financial system, but it is ultimately the block proposer who gets to decide who profits from the liquidation (i.e., who is the first user to make the liquidation transaction).

34.     **Sandwiches** - As noted, when a user buys a token on an exchange/liquidity pool, this increases the value of the token on that exchange/pool. A "sandwicher" who observes the user's request before it is processed can potentially profit from that user by "sandwiching" their trade. Suppose a trader attempts to buy the memecoin SHIB using USDC. The sandwicher can buy SHIB first ("front-running" the victim trader), increasing the price of SHIB from the pool. When the victim trader's transaction is processed, the victim trader will buy SHIB (at an inflated price), further increasing the price of SHIB from the pool. Finally, the sandwicher can sell SHIB ("back-running" the victim trader), benefiting from the price impact of the victim trader's prior buys. The sandwicher makes a profit *at the expense* of the victim trader. This type of activity is not necessary for the operation of the system, and it is generally considered to be an undesirable side effect of Ethereum's current design. Unlike arbitrages and liquidations, sandwiching requires seeing a victim's trade *before* it is recorded on the blockchain, because the strategy requires the sandwicher to trade ahead of the victim.

35.     Although MEV opportunities are usually divided into these three categories (Arbitrage, Liquidations and Sandwiches), it is useful to group them by how they relate to other users' transactions, namely *front-running* vs. *back-running* strategies.

      a.  Arbitrage and Liquidations are examples of back-running strategies. In these cases, traders profit by relying on past state changes. In arbitrage, traders react to price discrepancies across venues caused by prior trades. In liquidations, they

facilitate the liquidation of collateral.  Back-running strategies take other transactions as given and do not rely on being able to get ahead of a victim trader.

b.  Sandwiching, by contrast, relies on trading ahead of another trader to profit at their expense, i.e., front-running.  Rather than relying on past state changes, it requires manipulating the state (i.e., the price of tokens).  Even though a user submits the trade first, the sandwich attacker executes their transaction before the user.  Moreover, the sandwich attacker profits by trading before and artificially moving the price against the targeted user.  Sandwiching is therefore detrimental to the targeted trader.

**B.    Background on MEV-Boost Software**

36.    Flashbots is a research company that develops software, among other roles.  Flashbots created the MEV-Boost code that is at issue in this matter.  MEV-Boost is an open-source software program:  its code is publicly available to all users via Flashbots' GitHub repositories.[16] MEV-Boost is not part of the Ethereum blockchain or protocol; it is more akin to a sidecar.[17] Ethereum can operate and function without MEV-Boost software and did so before MEV-Boost existed.

37.    MEV-Boost is a piece of software that is consistent with PBS efforts.  Although MEV-Boost relies on the economic incentives that are part of the Ethereum protocol, i.e., slashing, it is not itself part of the Ethereum protocol.  MEV-Boost is an interim tool to implement proposer-builder separation and is not a de facto blueprint for the Ethereum blockchain; MEV-Boost does not speak for the whole Ethereum ecosystem.[18]  For example, there have been community discussions about preventing sandwiching and pursuing PBS without MEV-Boost.[19]

38.    The MEV-Boost software is controversial because it does not mitigate front-running attacks (like sandwiching), but it instead encourages them.  In 2020 and 2021, prominent

---

[16] GitHub, "Flashbots," available at https://github.com/flashbots.
[17] GitHub, "Flashbots/MEV-Boost," available at https://github.com/flashbots/mev-boost ("MEV-boost is a sidecar for the beacon node - a separate piece of open source software, which queries and outsources block-building to a network of builders.").
[18] *See* Flashbots, "Flashbots," available at https://www.flashbots.net/ ("MEV-Boost allows Ethereum consensus layer clients to source blocks from a competitive builder marketplace. This effectively achieves out-of-protocol Proposer-Builder Separation (PBS) as an interim solution whilst in-protocol PBS is developed.").
[19] Francesco D'Amato et al., "EIP-7732: Enshrined Proposer-Builder Separation," *Ethereum Improvement Proposals*, June 28, 2024, available at https://eips.ethereum.org/EIPS/eip-7732.

researchers like Cornell Tech Professor Ari Juels[20] and Princeton Professor Ed Felten[21] criticized Flashbots' tools, which allow block producers to auction off front-running opportunities as a "systemati[c] exploitation of users" and as "harmful." In 2023, another researcher illustrated the impact of Flashbots' software with an analogy to front-running in traditional financial markets which he described as "theft, plain and simple."[22]

39.    Notably, the MEV-Boost software and that of its precursor has changed over time as processes evolved.[23]

### C.    Participants

40.    There are generally four primary types of participants interacting through the MEV-Boost block auction system:

    a.  **Searchers** identify MEV and craft "bundles" of transactions, e.g., front-running, back-running or sandwiches. Sandwichers are considered searchers.

    b.  **Builders** take bundles from searchers and create entire blocks.

    c.  **Relays** act as an intermediary between builders and proposers. Anyone can run a relay if they implement the MEV-Boost relay specification and meet its operational requirements.[24] MEV-Boost offers a version of software that can be used to run a relay, but it is not the only version that is used.

    d.  **Proposers** (i.e., the selected Validator) propose blocks to the Ethereum blockchain.

---

[20] Ari Juels et al., "Miners, Front-Running-as-a-Service is Theft," *CoinDesk*, September 14, 2021, available at https://www.coindesk.com/markets/2021/04/07/miners-front-running-as-a-service-is-theft.

[21] Ed Felten, "MEVA (What is it good for?)" *Medium*, July 6, 2020, available at https://medium.com/offchainlabs/meva-what-is-it-good-for-de8a96c0e67c.

[22] *See* Ben Weintraub, "Theft-as-a-Service on Ethereum," *Public Exposure*, January 10, 2023, available at https://public-exposure.inform.social/post/theft-as-a-service/.

[23] *See* MEV-Boost, "MEV-Boost in a Nutshell," available at https://boost.flashbots net/.

[24] Andrew Cahill and Shannon Ullman, "How to Use Flashbots and Why to Use It?" *MilkRoad.com*, June 22, 2023, available at https://milkroad.com/flashbots.

41.     The diagram above displays the general interaction between the searchers, builders, relays, and proposer in the MEV-Boost ecosystem.  From the perspective of the Ethereum blockchain, only the proposer is allowed to propose blocks.  However, extracting MEV is complicated.  To purportedly promote decentralization (by having many potential proposers on the Ethereum blockchain), MEV-Boost claims to allow even unsophisticated proposers to participate by giving them access to sophisticated builders and searchers who can do the hard work on their behalf.[25]

42.     Searchers are sophisticated entities that examine the mempool of pending transactions to assess which ones to include in the bundle that is provided to the builder.  Searchers can be extremely specialized (e.g., some searchers may only look for arbitrage on Uniswap, while others may only focus on liquidations).  Sandwichers are a type of searcher.  In general, sandwichers profit from less sophisticated users since more sophisticated traders can employ protections to prevent being front-run by sandwichers.[26]

43.     Block builders aggregate bundles of transactions from searchers to create an Ethereum block.  A block builder then offers their block to the proposer along with a bid for how much the

---

[25] *See* Flashbots, "Overview," April 4, 2025, available at https://docs flashbots.net/flashbots-mev-boost/introduction; Flashbots, "MEV-Boost Block Proposal," April 4, 2025, available at https://docs.flashbots net/flashbots-mev-boost/architecture-overview/block-proposal; Flashbots, "Relay Fundamentals," April 4, 2025, available at https://docs.flashbots net/flashbots-mev-boost/relay.
[26] *See* Cyberscope Medium, "Sandwich Attacks in Crypto: How to Protect Yourself," February 9, 2024, available at https://cyberscope medium.com/sandwich-attacks-in-crypto-how-to-protect-yourself-9e9c223c7e3a.

block builder will pay the proposer if the block is accepted. Block builders have become more concentrated over time.[27]

44.    The relay acts as an intermediary between the builder and the proposer. Block builders can transmit candidate blocks, together with their bids to the relay. If the proposer queries the relay, the relay will respond with the block header corresponding to the highest bid. The block header contains metadata about the block, including the slot number, the cryptographic hash of the previous block (linking this block in the blockchain) as well as a cryptographic fingerprint of the full execution payload. This block header does not include details of the transactions themselves. The builders include the payment as an on-chain transfer within the blocks they submit as part of the block's execution payload, and that payment occurs only if the block with the payment is confirmed on-chain.[28] If the proposer selects a block submitted by a builder and signs its block header, then the relay sends the body of the block to the proposer. In the at-issue event, the relay broadcast the chosen block to the network of validators to engage in the consensus mechanism to vote on whether that block should be appended to the blockchain.[29]

### D.    Nature of Interactions Between Participants

45.    Similar to interactions in the Ethereum ecosystem in general, those between the participants of MEV-Boost are adversarial and governed by economic incentives.[30]

46.    In the Ethereum ecosystem, block builders and validators are in economic competition. If a block builder simply passed a block of transactions to a validator, the validator could re-

---

[27] *See* BuilderNet, "Introducing BuilderNet," November 18, 2024, available at https://buildernet.org/blog/introducing-buildernet.

[28] Flashbots, "Block Builders," May 27, 2025, available at https://docs flashbots.net/flashbots-mev-boost/block-builders#:~:text=Flashbots%20proposed%20a,their%20proposed%20block.

[29] GitHub, "Publish Blocks via Beacon Node #103," September 8, 2022, available at https://github.com/flashbots/mev-boost-relay/pull/103; GitHub, "Feature/Publish Block #66," January 3, 2023, available at https://github.com/blocknative/dreamboat/pull/66.

[30] *See* Levon Biss, "The Secretive World Of MEV, Where Bots Front-Run Crypto Investors For Big Profits," Forbes, October 11, 2022, available at https://www.forbes.com/sites/jeffkauflin/2022/10/11/the-secretive-world-of-mev-where-crypto-bots-scalp-investors-for-big-profits/.

order the transactions to extract profit for itself.[31]  This is the expected behavior of a validator and is the reason MEV was originally called Miner Extractable Value.[32]

47.    In the MEV-Boost ecosystem, MEV searchers (including sandwich bots) are engaged in a fast-paced, high-risk competition to make money.  MEV bots scan pending transactions for profitable transactions and engage in a high volume of trades without human intervention.[33]

48.    Because these trading bots are empowered to make large trades, they risk losing money to more sophisticated agents.  Some of these unprofitable trades were described in detail by MEV searcher Dean Eigenmann at a Flashbots Conference in 2022.[34]  Losing money on some trades is part of the cost of doing business in this highly competitive space.  Just as sandwich bots seek profits at other traders' expense, more sophisticated traders profit at sandwich bots' expense.  The economic incentives of the blockchain encourage adversarial trading behavior.

49.    An example of sandwich traders losing money to a sophisticated trader was the so-called "Salmonella attack."  In the Salmonella attack, the attacker deployed a "poisoned" token contract that behaved normally when certain specified "owner" addresses requested a token transfer, but it would only transfer 10% of the specified amount when a different address specified the transfer.  When a sandwich attacker bought Salmonella tokens as part of a front-run, they received only 10% of the tokens they paid for, and thus they were unable to complete the back-run portion of the sandwich attack.[35]  The Salmonella attack is a known and publicly discussed strategy, highlighting the risks associated with sandwich attacks.[36]

---

[31] Espresso Systems, "Fair Exchange in Proposer-Builder Separation," October 16, 2023, available at https://hackmd.io/@EspressoSystems/fair-exchange-in-proposer-builder-separation ("[I]f the builder reveals the block content to the proposer as is, the proposer can perhaps identify these arbitrage transactions and replace them with its own transactions, thus stripping the builder of its gain. Thus, the builder is concerned about releasing its block before it knows that it will make it to a specific slot on the chain as is.").
[32] *See* Vipin Bharathan, "Miner Extractable Value (MEV) On Bitcoin and Ethereum," Forbes, June 3, 2024, available at https://www.forbes.com/sites/vipinbharathan/2024/05/31/miner-extractable-valuemev-on-bitcoin-and-ethereum/. In September 2022, Ethereum transitioned from Proof-of-Work (PoW) to Proof-of-Stake (PoS) and at this time, the label for a block producer changed from a miner (under Proof-of-Work) to a validator (under Proof-of-Stake).
[33] *See* CoW DAO, "What Are MEV Bots, and How Do They Make Money?" April 25, 2025, available at https://cow.fi/learn/what-are-mev-bots-and-how-do-they-make-money.
[34] Flashbots, "It's a Trap - Dean Eigenmann (Dialectic)," *YouTube*, May 22, 2022, available at https://www.youtube.com/watch?v=zGz410AJEEs&t=212s.
[35] GitHub, "Wrecking Sandwich Traders for Fun and Profit," available at https://github.com/Defi-Cartel/salmonella.
[36] U/sggts04, "How a User WRECKED Sandwich Traders for Fun and Profit - Sandwich Trading is when Someone will Buy an Asset, so Miners Buy it First to Artificially Inflate the Price, Before Selling Afterwards at a Profit," *Reddit*, April 25, 2021, available at https://www.reddit.com/r/CryptoCurrency/comments/my295o/how_a_user_wrecked_sandwich_traders_for_fun_and

50.     As stated by Paradigm partner Dan Robinson, "It's no secret that the Ethereum blockchain is a highly adversarial environment [. . .] But this unforgiving environment pales in comparison to the mempool (the set of pending, unconfirmed transactions).  If the chain itself is a battleground, the mempool is something worse: a dark forest."[37]

## IV.    Alleged Exploit

### A.    The April 2, 2023, At-Issue Event

51.     On April 2, 2023, Defendants submitted several transactions to the public mempool (without interacting with the MEV-Boost ecosystem or private mempools) for trades on decentralized exchange Uniswap.  These transactions were broadcast publicly and visible in the mempool to all users, including sandwich bots, prior to execution.  Certain sandwich bots pulled these transactions from the public mempool and built bundles in which they sought to exploit the Defendants' trades by front-running and back-running them.  A block including these bundles was transmitted to the relay.  The relay then sent the header of the block to the proposer (which in that specific slot was the Defendants) for a digital signature.

52.     Acting as the proposer, the Defendants built a block header as described below and returned it to the relay with their signature.[38]  Specifically, the Defendants signed a "Blinded Beacon Block" that was generated with (i) the execution payload header provided by the relay, (ii) accurately populated fields for "slot" and "proposer index,"[39] (iii) a valid digital signature, which together with (ii), are necessary to identify the proposer to be slashed according to the Ethereum protocol, and (iv) default or null entries for the "state_root" and "parent_root" fields that would cause other Ethereum validators to reject the block as a candidate for inclusion in the blockchain.  These actions were executed through the validator operated by the Defendants that was chosen to be the proposer in that slot.[40]

---

[37] Dan Robinson, "Ethereum is a Dark Forest," *Paradigm*, August 28, 2020, available at https://www.paradigm.xyz/2020/08/ethereum-is-a-dark-forest.
[38] Agent Affidavit in Support of Application for a Search Warrant for Stored Electronic Communications, *In the Matter of a Warrant for All Content and Other Information Associated with Six Email Accounts Maintained at Premises Controlled by Google, LLC, USAO Reference No. 2022R00863*, December 6, 2024, p. 28.
[39] The Defendants also added the accurately populated field "randao_reveal" although this field is not checked by the relay.
[40] The code that implemented this strategy was contained in the instance of the validator owned by Defendants.  *See* Omakase Code (GitHub).

53.     On receiving the signed block header from Defendants, the relay behaved as predicted based on its publicly available source code. The relay software checked the signature, slot, and proposer index fields on the response, which were valid, and subsequently released the body of the block to the Defendants. Using the information contained in the body of the block, the Defendants then built their own block. Importantly, according to the Ethereum protocol, the Defendants had the exclusive right to propose in that particular slot because they were the chosen proposer in that slot. When building their block, the Defendants left the sandwich bots' transactions intact but replaced their own transactions that had been targeted by the sandwich bots (which were the initial transactions that Defendants had submitted to the mempool) with different transactions. The Defendants then transmitted their block to the network of validators who served as attestors. This block was successfully added to the Ethereum blockchain.[41]

54.     All transactions included in the block that the Defendants built, including the sandwich bots' transactions and the Defendants' transactions, were valid. The sandwich bots' front-run trades were executed and caused the expected price impact by essentially draining the targeted liquidity pools of the token being demanded by the targeted trades. The Defendants' trades that followed the front-run trades were also executed. These were in the opposite direction to the sandwich bot front-run trades, which replenished the liquidity pools with the tokens that had been drained, and countered the price impact caused by the sandwich bots' front-run trades.

### B.    The Sandwich Trades At Issue Were Large and Risky

55.     Once transactions are put on the Ethereum blockchain, they are executed exactly according to their code and finalized. Once a transaction is on the blockchain, it is immutable, *i.e.*, it cannot be changed or tampered with. Given that smart contracts execute exactly according to their code, and that all transactions are final once they are placed on the blockchain, complex transactions that rely on other traders' actions can result in unrecoverable losses.

---

[41] *See* "Bert" (Robert Miller), "Post Mortem: April 3rd, 2023 MEV-Boost Relay Incident and Related Timing Issue," *Flashbots Collective*, April 4, 2023, available at https://collective.flashbots net/t/post-mortem-april-3rd-2023-mev-boost-relay-incident-and-related-timing-issue/1540; Francesco D'Amato and Mike Neuder, "Equivocation attacks in MEV-Boost and ePBS," *Ethereum Notes*, April 18, 2023, available at https://notes.ethereum.org/@mikeneuder/equivocation-attacks; Beaconcha.in, "Block 16964664," available at https://beaconcha.in/block/16964664.

56.     Because transactions put on the blockchain are executed exactly according to their code, just as typos in strings of letters or in computer code can lead to losses, vulnerabilities in sandwichers' smart contracts can also lead to losses. The potential for sandwichers to lose money because of other actors is well-known and was highlighted by the high-profile Salmonella attack discussed above.

57.     The sandwichers at issue exposed themselves to an especially high amount of risk by using millions of dollars of tokens to sandwich other traders. For example, one sandwich bot acting as a searcher tried to front-run one of the alleged "lure transactions" by using 2,767 ETH (roughly $4.97 million at the time) to buy "T tokens" (Threshold Network Tokens) from a Uniswap pool.[42] The sandwich bot's trade was over 7,000 times as large as the transaction they were trying to sandwich, which was programmed to sell only 0.377 ETH (roughly $676 at the time).[43] The code that made the sandwich bot deploy 7,000 times as many tokens as the sandwich victim was written by the sandwicher, not by the Defendants. The number of tokens lost by the sandwich bot was therefore decided solely by the sandwicher. Notably, the sandwich bot successfully received the T tokens that it purchased via its front-run transaction.

58.     The five at-issue sandwicher bots took tremendous risk given the large amount of at-risk ETH they deployed compared to the potential reward from their front-running price manipulation. To illustrate how aggressive the at-issue sandwich bot strategy was, consider the targeted transaction above which was worth about $676. Given a transaction of this size and the state of the liquidity pool at the time, the following are some hypothetical amounts that would have been extracted from the intended victim of the sandwich attack (which in this case were the Defendants) if the ETH-T sandwich attack discussed above had been successful:[44]

---

[42] The bot's front-run transaction: Etherscan, "Transaction Details: 0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839," available at https://etherscan.io/tx/0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839.

[43] The alleged lure transaction: Etherscan, "Transaction Details: 0xdfbc23d625ec97c49bf30b9f55f232cc0457d6e4a7f38cedb935d46ef8a179c," available at https://etherscan.io/tx/0xdfbc23d625ec97c49bf30b9f55f232cc0457d6e4a7f38cedb935d46ef8a179c.

[44] The balances of tokens in the pool prior to the sandwicher's front-running trade were 0.003179890781266016 ETH and 118.936628006302915093 T tokens. The front-run trade sold 2,766.88560482 ETH for 118.93649091 T tokens leading to pool balances of 2,766.88878472 ETH and 0.00013710 T tokens (*See* Etherscan, "Transaction Details: 0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839," available at https://etherscan.io/tx/0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839). The alleged lure trade involved selling 0.37668856 ETH to the pool for T Tokens. *See* Workpaper 1.

a. If the sandwicher deployed 2,767 ETH (~$4.97 million – the actual amount), a successful sandwich attack would have resulted in a maximum extraction of about $676.32 from the sandwich victim.[45]

b. If the sandwicher deployed 0.1 ETH ($179.54), instead of 2,767 ETH, a successful sandwich attack would have resulted in an extraction of about $676.17 from the sandwich victim.

c. If the sandwicher deployed 0.01 ETH ($17.95) instead of 2,767 ETH, the successful sandwich attack would have resulted in an extraction of about $674.56 from the sandwich victim.

d. If the sandwicher deployed 0.001 ETH ($1.80) instead of 2,767 ETH, the successful sandwich attack would have resulted in an extraction of about $658.81 from the sandwich victim.

59.    Given the transaction size and state of the liquidity pool, in the example above, deploying 0.1 ETH would have earned $0.15 less profit for the sandwich traders, but would have made the Defendants' trade unprofitable relative to the 1 ETH slashing penalty.

60.    If the sandwicher had deployed 0.001 ETH, or approximately $2, instead of almost $5 million, and if the Defendants had not performed their full strategy, the sandwicher could potentially have extracted about $659 dollars from Defendants instead of $676.36. Consequently, nearly the entirety of the sandwichers' loss stems from their willingness to deploy almost $5 million when less than $2 could have resulted in nearly the same revenue.  In other words, the sandwichers deployed 276,002,900% more to get less than 3% more in revenue.[46]

61.    The amount of capital this at-issue sandwicher deployed was far higher than the average amount of capital used for sandwiches on Ethereum.  The average sandwich attack in the month preceding the April 2, 2023, event deployed approximately $55,000 of tokens, while the average victim trade they were targeting sought to trade $20,000 of tokens.[47]  The average sandwich attack therefore deployed less than three times as much capital in tokens as their intended victim.

---

[45] Note, these estimates do not include Ethereum gas fees.  The gas fees are essentially independent of the transaction sizes, and at the time were only a few dollars per transaction.

[46] Calculations are ($4,968,054 – $1.80)/$1.80 = 276,002,900% and ($676.36 - $658.81)/$658.81 = 2.7%.

[47] *See* Dune Query.

In contrast, the sandwicher that attempted to sandwich Defendants' trade of ETH for T tokens deployed more than 7000 times their intended victim's trade value.

62.    In the above example, the goal of the sandwich bot's initial trade was to artificially inflate the price of the T token, so that Defendants' alleged lure transaction would buy T tokens at an extremely inflated price.  By unbundling the transactions, the Defendants were able to sell T tokens to the pool at the artificially high price created by the sandwicher's initial trade.

63.    As noted in the Flashbots FAQ, "What prevents block proposers from stealing MEV from submitted builders' blocks?" Answer: "Slashing penalties."[48]  The Defendants were slashed for equivocation.[49]  By making trades that exposed themselves to losses that were orders of magnitude greater than the slashing penalty of 1 ETH, the sandwichers overwhelmed the incentives established by the Ethereum protocol.  Stated differently, one of the at-issue sandwichers put $4.97 million at risk in this sandwich attack, and it cost Defendants $1,800 (roughly the price of 1 ETH on April 2, 2023) in slashing penalties to deploy the strategy.  Had the at-issue sandwichers put $2 at risk, it would not have made economic sense to incur the slashing penalty to unbundle their trades.

64.    Because the sandwichers sought to exploit other traders' transactions, they risked losses if the transaction following their front-run trade was something other than what they had expected (i.e., the targeted user's transaction).  In particular, the sandwichers risked the tokens used in their front-run trade because this trade was irreversibly executed regardless of the other transactions in the block.  In Ethereum, individual transactions execute "atomically" i.e., all parts of a transaction succeed or fail together.  This makes it possible to execute multi-step arbitrage trades (e.g., buy low – sell high) with no risk that only part of the transaction will succeed (e.g., the initial buy succeeds, but the subsequent sale fails, leaving the arbitrageur with an unwanted intermediate token).

65.    On Ethereum, atomicity applies strictly to individual transactions, as the blockchain provides no mechanism to execute multiple separate transactions from different sources atomically within the same block.   Thus, sandwich attacks cannot be executed atomically because the sandwicher must propose two separate transactions, one before the victim, and one after the victim.  Sandwich attacks rely on at least three consecutive transactions, and within the

---

[48] *See* Flashbots, "FAQ," available at https://docs.flashbots net/flashbots-mev-boost/FAQ.
[49] *See* Beaconcha.in, "Slot 6,142,320," available at https://beaconcha.in/slot/6142320#proposer-slashings.

Ethereum protocol it is impossible to guarantee that a transaction in a block will not execute if a subsequent transaction fails to execute. Instead, sandwichers' front-run transactions can be executed even when their intended victim behaves differently from how the sandwicher expected. The same principle applies to the sandwichers' back-run transactions. As noted by security firm CertiK after the Defendant's trading strategy, "[t]here is a possibility that MEV searchers will be wary of conducting non-atomical strategies, such as sandwich trading, since this exploit only really affects this particular strategy."[50]

### C.    Alleged Lure Transactions

66.    The alleged lure transactions were submitted to the mempool and ultimately executed. Defendants did not guarantee any other party that they would be executed in a specific block or between other specific trades. While the sandwich bots created a bundle under the assumption that these alleged lure transactions would occur between the sandwich bots' front-run and back-run transactions, the contents of the alleged lure transactions themselves in no way indicated this would be the case. Nor did the alleged lure transactions convey a promise to be sandwiched because they were simply transactions in the mempool and the Ethereum protocol does not provide a mechanism to make such promises.

67.    Ethereum does not have a built-in mechanism for cancelling transactions that have been entered into the mempool. Instead, market participants use a partial workaround which serves to effectuate a cancellation, albeit in a roundabout way. On Ethereum each account's transactions are ordered by a sequential "nonce" to prevent transactions from being replayed, Ethereum will reject a second transaction using the same nonce. Thus, users can sometimes cancel a pending transaction by submitting a new transaction with the same nonce but a higher fee, incentivizing validators to include the replacement transaction instead of the original transaction.[51]

68.    Furthermore, on Ethereum, there is no obligation or implicit expectation for a single participant to use the same address for all transactions. Participants are free to generate and use

---

[50] Ezra Reguerra, "Sandwich trading bots lose bread and butter in $25M exploit," *Cointelegraph*, April 3, 2023, available at https://cointelegraph.com/news/sandwich-trading-bots-lose-bread-and-butter-in-25m-exploit.

[51] A nonce is a unique number assigned by Ethereum to each transaction from a given wallet address. A pending transaction can be replaced by manually using the same nonce. *See* Shailey Singh, "How to Modify or Cancel a Pending Ethereum Transaction," *Cointelegraph,* February 8, 2025, available at https://cointelegraph.com/news/how-to-modify-or-cancel-a-pending-ethereum-transaction.

multiple addresses for different purposes. In particular, there is no requirement that the address used for trading activities be the same as the one used for funding a validator, as these functions are independent on the blockchain.

### D.    Defendants' Signatures Were Not Invalid

69.    On Ethereum, a signature is a string of letters and numbers that provides cryptographic proof created using an account's private key to authorize a specific message or transaction. For users, a digital signature is the basis of every interaction on the blockchain – sending ETH to another address, approving a smart contract to spend tokens on their behalf, or executing trades on decentralized exchanges like Uniswap. In these situations, the signature ties the exact transaction data, such as destination address or amount, to the user's identity. In particular, when a user wants to perform a token trade, they must sign the transaction with their private key before the network accepts it. Similarly, a sandwicher must sign two separate transactions – a front-run and a back-run transaction – explicitly authorizing and agreeing to their execution on-chain.

70.    Similar logic applies to proposers, where a signature serves as a tool to verify a proposer's identity. With MEV-Boost involved, the proposer first receives an execution payload header from the relay for each candidate block. This header is essentially the block's metadata without the list of transactions. After selecting the highest bid, without seeing the contents of the block, the proposer signs a response containing the header and sends it back to the relay. The relay then verifies that the signature comes from the expected proposer (in addition to other select fields), and upon this verification, discloses the contents of the block to the proposer.[52]

71.    The signature used by Defendants was valid, and it correctly identified them as the validator. However, the signed block header lacked the state and parent root fields necessary for inclusion on the chain. This resulted in other validators rejecting the block and making it so the other validators accepted Defendants' proposed block with a different header.[53]

72.    By signing two block headers in the same proposer slot, the Defendants were slashed by Ethereum's consensus mechanism for equivocation. The fact that the Defendants were slashed

---

[52] Flashbots, "MEV-Boost Block Proposal," April 4, 2025, available at https://docs.flashbots.net/flashbots-mev-boost/architecture-overview/block-proposal.

[53] "Bert" (Robert Miller), "Post Mortem: April 3rd, 2023 MEV-Boost Relay Incident and Related Timing Issue," *Flashbots Collective*, April 4, 2023, available at https://collective.flashbots.net/t/post-mortem-april-3rd-2023-mev-boost-relay-incident-and-related-timing-issue/1540.

by the protocol is proof that their signature was valid – Ethereum cannot slash proposers for equivocation based on an invalid signature.

### E.    The Defendants' Trading Strategy

73.    The Defendants' trading strategy is best understood as a clash between two highly sophisticated adversarial entities.  Sandwich bots deliberately front-run and back-run user transactions to extract profit at the users' expense by manipulating prices on decentralized exchanges.  This behavior is often considered as parasitic because it increases transaction costs for ordinary traders while providing no added value.  While these bots extract value from ordinary traders, Defendants' strategy neutralized the bots' scheme and benefited from the bots' price manipulation.  Notably, Defendants' trading strategy did not generate losses to other Ethereum traders.

74.    The trading strategy could be understood as a use of the off-chain relay's logic and design.  It leveraged the fact that the relay only checked the slot number, the proposer index, and if the signature was valid (which it was) on the Blinded Beacon Block before revealing the full block contents to the proposer, after which Defendants built and proposed their own block with transactions ordered in a way they chose.

75.    As a proposer in that slot, the Defendants could include any transactions they wanted in their block.  Although they signed two different block headers, Defendants paid the penalty for doing so set by the Ethereum protocol: the validator node operated by the Defendants was "slashed" by the network, i.e., its stake was penalized by about 1 ETH.[54]  Slashing for proposer equivocation is standard under the Ethereum protocol, and it was in force before and since the event occurred.

76.    Various validators have had their stakes slashed in the past for a variety of reasons.  For instance, in October 2023, Launchnodes (a Lido node operator) experienced a slashing event affecting 20 of its validators.  The cause of the slashing was identified as a wrongly configured fallback procedure that resulted in validators casting double votes due to connectivity issues.

---

[54] Beconcha.in, "Validator 552061," available at https://beaconcha.in/validator/552061.

Similar to the Defendants, Launchnodes was penalized for "attestation violations" and, as a result, lost 1 ETH per validator in initial slashing penalties (20 ETH total).[55]

77.    Throughout Defendants' trading strategy, there was no risk of invalid blocks being finalized and added to the chain, and Ethereum's consensus mechanism was never threatened. The trades that the sandwich attackers placed were not altered in any way.

### F.    The Defendants' Operation Did Not Constitute a Threat to the Blockchain

78.    Defendants' operation was not a threat to Ethereum's integrity, and in particular, it did not break Ethereum's consensus mechanism or corrupt the blockchain's state.  Ethereum's protocol functioned as intended by: (1) slashing the validator node operated by Defendants, and (2) honoring the valid chain with Defendants' proposed block becoming "canonical," that is, accepted by the network as valid and official.

79.    The MEV-Boost relay is auxiliary to and independent of the blockchain itself.  The at-issue MEV bots operating in the off-chain bidding wars for block space lost money due to being outsmarted by other traders operating within Ethereum.  While operators of sandwiching bots before the April event assumed that their successful price manipulation (done via a front-run) would be followed by taking profit (done via a back-run), the April event revealed that the success of sandwich attacks were not guaranteed by the code.  Instead, Flashbots' code allowed for proposers, in this case the Defendants, to unbundle transactions of the sandwichers and profit from the prices manipulated by the sandwichers.

80.    After the Defendants unbundled a block on April 2, 2023, Flashbots altered its code.  The changes to Flashbots' code include (1) more fully checking the signed block header sent from the proposer (2) not returning the block's contents to the proposer if it fails to be validated by other validators in the network first.[56]  However, even after these changes, a proposer could still unbundle a block by (1) observing the block content when the relay releases it to the validators and (2) submitting an alternative block that would compete with the initial block sent for

---

[55] Lido, "Post Mortem: Lido on Ethereum Launchnodes Slashing Incident," October 13, 2023, available at https://blog.lido fi/post-mortem-launchnodes-slashing-incident/.
[56] Francesco D'Amato and Mike Neuder, "Equivocation Attacks in MEV-Boost and ePBS," *Ethereum Notes*, April 18, 2023, available at https://notes.ethereum.org/@mikeneuder/equivocation-attacks; "Bert" (Robert Miller), "Post Mortem: April 3rd, 2023 MEV-Boost Relay Incident and Related Timing Issue," *Flashbots Collective*, April 4, 2023, available at https://collective flashbots.net/t/post-mortem-april-3rd-2023-mev-boost-relay-incident-and-related-timing-issue/1540.

validators' approval.  The measures that Flashbots implemented immediately after April 2, 2023, made it so that the unbundled block would be much less likely to be accepted by the rest of the Ethereum validators.  The proposers' ability to order their block as they see fit is still granted solely by the Ethereum protocol.

## V.    Approval and Signature

I hereby approve the disclosure of my qualifications, anticipated opinions, and reasons and bases for such opinions, as set forth above.

Brett Falk, August 13, 2025

# Appendix A

# Brett Hemenway Falk
### <fbrett@cis.upenn.edu>

Department of Computer and Information Science
University of Pennsylvania
Philadelphia, PA 19104
Office Phone: 215-746-1738
http://www.cis.upenn.edu/~fbrett/
Updated: 7-2025

## Education

**UCLA**                                    *September 2005 - May 2010*
**PhD in Mathematics**
- Thesis: "Losing Information"

**Simon Fraser University**                 *September 2004-May 2005*
**MSc in Mathematics**
- Thesis: "On Recognizing Congruent Primes"

**Brown University**                        *September 1999-May 2004*
**BS in Mathematics, Magna Cum Laude**
- Received Departmental Honors

## Appointments

**University of Pennsylvania**              *Fall 2014 – Present*
**Research Assistant Professor**

**University of Pennsylvania**              *Fall 2013 – Fall 2014*
**Research Scientist**
- Research on problems relating to blockchains, cryptography, coding theory and algorithm design

**University of Michigan**                  *Fall 2010 – Spring 2013*
**RTG Post-Doctoral Assistant Professorship**
- Research on problems relating to cryptography, compressed sensing, coding theory and quantum information theory

**RAND**                                    *2010 – 2019*
**Adjunct Researcher**
- Consulting on algorithms for social science and policy relevant data sets.
- Developed cryptographic tools for government and industry applications.

**Stealth Software Incorporated**           *2011 - 2024*
**Contractor**
- Cryptographic research on problems relating to secure multiparty computation, and private search and retrieval.

## Journal Publications

1. "Why will a small increase in global temperature lead to a large increase in the number of heat waves? Truncation and extreme events" Brett Hemenway and David Hemenway Chance

2. "Scaling Blockchains: Can Committee-Based Consensus Help? Alon Benhaim, Brett Hemenway Falk, Gerry Tsoukalas Management Science 2023

3. "Two variable polynomial congruences and capacity theory Ted Chinburg, Brett Hemenway Falk, Nadia Heninger, Zach Scherr Mathematical Cryptology 2023

4. "A Comprehensive Approach to Crypto Regulation Brett Hemenway Falk, Sarah Hammer in Journal of Business Law 2023

5. "Privacy-Preserving Network Analytics" Marcella Hastings, Brett Hemenway Falk and Gerry Tsoukalas, Management Science 2022

6. "The Diversity Discrepancy" Brett Hemenway and David Hemenway, Mathematics Magazine

7. "Choices in networks: a research framework" Fred Feinberg, Elizabeth Bruch, Michael Braun, Brett Hemenway Falk, Nina Fefferman, Elea McDonnell Feit, John Helveston, Daniel Larremore, Blakeley B McShane, Alice Patania, Mario L Small, Marketing Letters 2020

8. "Token Weighted Crowdsourcing" Brett Hemenway Falk and Gerry Tsoukalas Management Science, 2020

9. "Properties of Constacyclic Codes Under the Schur Product" Brett Hemenway Falk, Nadia Heninger, Michael Rudow Designs Codes and Cryptography, 2020

10. "Local List Recovery of High-rate Tensor Codes & Applications" Brett Hemenway, Noga Ron-Zewi and Mary Wootters, SIAM Journal on Computing 2019

11. "Why Everyone Dies Before Their Time" Brett Hemenway and David Hemenway, Mathematics Magazine 2018

12. "Linear-time list recovery of high-rate expander codes" Brett Hemenway and Mary Wootters, Information and Computation 2018

13. "Global Brain Dynamics During Social Exclusion Predict Behavioral Conformity", Nick Wasylyshyn, Brett Hemenway, Javier O. Garcia, Christopher N. Cascio, Matthew Brook O'Donnell, C. Raymond Bingham, Bruce Simons-Morton, Jean M. Vettel, Emily B. Falk, SCAN 2018

14. "Computing Statistics from Private Data" George Alter, Brett Hemenway, Steve Lu and Rafail Ostrovsky Data Science Journal 2018

15. "Efficient Robust Secret Sharing from Expander Graphs" Brett Hemenway and Rafail Ostrovsky, Journal of Cryptography and Communication 2018

16. "Sensitivity and Computational Complexity in Financial Networks" Brett Hemenway and Sanjeev Khanna, Algorithmic Finance 2017

17. "A new era for data sharing?" Brett Hemenway, Significance Magazine 2016

18. "Local Correctability of Expander Codes", Brett Hemenway, Rafail Ostrovsky and Mary Wootters, Information and Computation 2015

19. "Cryptographers Could Prevent Satellite Collisions" Brett Hemenway and Bill Welser, Scientific American, February 2015

20. "Ramifications of DARPA's Programming Computation on Encrypted Data

Program" Martin C. Libicki, Olesya Tkacheva, Chaoling Feng and Brett Hemenway a RAND Technical Report 2014

21. "Satellite Anomalies" David Galvan, Brett Hemenway, William Welser IV, Dave Baiocchi a RAND Technical Report 2014

22. "Achieving Higher-Fidelity Conjunction Analyses Using Cryptography to Improve Information Sharing" Brett Hemenway, William Welser IV and Dave Baiocchi, a RAND Technical Report

23. "On congruent primes and class numbers of imaginary quadratic fields" Nils Bruin and Brett Hemenway, Acta Arithmetica 2013

24. "Upper bounds on the accuracy of an assisted classical channel" Brett Hemenway, Carl A. Miller, Yaoyun Shi and Mary Wootters, Phys. Rev. A 2013

## Conference Publications

1. "Malicious Security for PIR, Generically Brett Hemenway Falk, Pratyush Mishra, Matan Shtepel CRYPTO 2025

2. "MetaDORAM: Info-Theoretic Distributed ORAM with Less Communication Brett Hemenway Falk, Daniel Noble, Rafail Ostrovsky ITC 2025

3. "DORAM revisited: Maliciously secure RAM-MPC with logarithmic overhead Brett Hemenway Falk, Daniel Noble, Rafail Ostrovsky, Matan Shtepel, Jacob Zhang TCC 2023

4. "Proactive Secret Sharing with Constant Communication" Brett Hemenway Falk, Daniel Noble, Tal Rabin TCC 2023

5. "GigaDORAM: Breaking the Billion Address Barrier" Brett Hemenway Falk, Rafail Ostrovsky, Matan Shtepel, Jacob Zhang USENIX 2023

6. "Meltdown in the Wild West: The Stablecoin Collapse of 2022 and Consumer Protection Considerations Brett Hemenway Falk and Sarah Hammer

7. "Taming the Wild West: Achieving Public Policy Goals through Crypto Standards Brett Hemenway Falk and Sarah Hammer

8. "A linear-time 2-party secure merge protocol Brett Hemenway Falk, Rohit Nema and Rafail Ostrovsky in CSCML 2022

9. "Alibi: A flaw in cuckoo-hashing based hierarchical ORAM schemes and a solution" Daniel Noble, Brett Hemenway Falk and Rafail Ostrovsky, EUROCRYPT 2021

10. "Secure merge with $O(n \log \log n)$ secure operations" Brett Hemenway Falk and Rafail Ostrovsky, Information Theoretic Cryptography 2021

11. "Honeycrisp: Large-scale Differentially Private Aggregation Without a Trusted Core" Edo Roth, Daniel Noble, Brett hemenway Falk, Andreas Haeberlen SOSP 2019

12. "DURASIFT: A Robust, Decentralized, Encrypted Database Supporting Private Searches with Complex Policy Controls" Brett Hemenway Falk and Steve Lu and Rafail Ostrovsky, WPES 2019

13. "Private Set Intersection with Linear Communication from General Assumptions" Brett Hemenway Falk and Daniel Noble and Rafail Ostrovsky, WPES 2019

14. "SoK: General Purpose Compilers for Secure Multi-Party Computation" Mar-

cella Hastings, Brett Hemenway Falk, Daniel Noble, Steve Zdancewic S&P 2019

15. "ETERNAL: Encrypted Transmission with an Error-correcting, Real-time, Noise-resilient Apparatus on Lightweight devices" Brett Hemenway Falk, Steve Lu, Rafail Ostrovsky MPS 2018

16. "Local List Recovery of High-rate Tensor Codes & Applications" Brett Hemenway, Noga Ron-Zewi and Mary Wootters, FOCS 2017

17. "Cryptographic applications of capacity theory: On the optimality of Coppersmith's method for univariate polynomials" Ted Chinburg, Brett Hemenway, Nadia Heninger, Zachary Scherr, ASIACRYPT 2016

18. "Adaptively Secure Garbled Circuits from One-Way Functions" Brett Hemenway, Rafail Ostrovsky, Alessandra Scafuro, Daniel Wichs and Zahra Jafargholi, CRYPTO 2016

19. "High-precision Secure Computation of Satellite Collision Probabilities", Brett Hemenway, Steve Lu, Rafail Ostrovsky and William Welser IV, in SCN 2016

20. "Adaptive Security with Quasi-Optimal Rate" Brett Hemenway, Rafail Ostrovsky, Silas Richelson and Alon Rosen, Proceedings of TCC 2016

21. "Linear-time list recovery of high-rate expander codes" Brett Hemenway and Mary Wootters, Proceedings of ICALP 2015

22. "Efficient Non-Committing Encryption from $\Phi$-hiding" Brett Hemenway, Rafail Ostrovsky and Alon Rosen, Proceedings of TCC 2015

23. "Building Lossy Trapdoor Functions from Lossy Encryption" Brett Hemenway and Rafail Ostrovsky, ASIACRYPT 2013

24. "Local Correctability of Expander Codes" Brett Hemenway, Rafail Ostrovsky and Mary Wootters, in Proceedings of ICALP 2013

25. "Reusable Low-Error Compressive Sampling Schemes Through Privacy", Anna C. Gilbert, Brett Hemenway, Martin Strauss, David P. Woodruff, and Mary Wootters, in Proceedings of the Statistical Signal Processing Workshop (SSP) 2012

26. "Extended-DDH and lossy trapdoor functions" Brett Hemenway and Rafail Ostrovsky, in Proceedings of Public Key Cryptography (PKC) 2012

27. "Correlated Product Security From Any One-Way Function and the New Notion of Decisional Correlated Product Security" Brett Hemenway, Steve Lu and Rafail Ostrovsky, in Proceedings of Public Key Cryptography (PKC) 2012

28. "Homomorphic Encryption over Cyclic Groups Implies Chosen Ciphertext Security, Brett Hemenway and Rafail Ostrovsky, in Proceedings of Public Key Cryptography (PKC) 2012

29. "Recovering Simple Signals" Anna C. Gilbert, Brett Hemenway, Atri Rudra, Martin Strauss and Mary Wootters, in Proceedings of the Information Theory and Applications Workshop (ITA) 2012

30. "Public-Key Locally Decodable Codes with Short Keys" Brett Hemenway, Rafail Ostrovsky, Martin Strauss and Mary Wootters, in Proceedings of RANDOM 2011

31. "Lossy Encryption: Constructions from General Assumptions and Efficient Selective Opening Chosen Ciphertext Security" Brett Hemenway, Benoît Libert,

Rafail Ostrovsky and Damien Vergnaud, in Proceedings of ASIACRYPT 2011

32. "Public-Key Locally Decodable Codes" Brett Hemenway and Rafail Ostrovsky, in Proceedings of CRYPTO 2008

## Grants

- CBER CtCe Grant
  Amount: $50,000
  Title: PI
  12/2024 -
- Sui Foundation Gift
  Amount: $25,000
  Title: PI
  1/2024 -
- NSF STTR Phase II: Increased Security for Blockchain Applied to Healthcare
  Amount: $73,024
  Title: PI
  2/2023 - 1/2024
- Crypto.com: Crypto Research Lab Gift
  Amount: $52,000
  Title: PI
  6/2022 -
- Ripple: Decentralized Exchanges
  Amount: $40,000
  Title: PI
  8/2020 -
- Ripple: Decentralized Storage Mechanisms
  Amount: $40,000
  Title: PI
  3/2020 -
- Ripple: Tracing Bitcoin Transactions
  Amount: $40,000
  Title: PI
  10/2018 -
- Ripple: Security Analysis of Cryptocurrency Wallets
  Amount: $50,000
  Title: PI
  Unrestricted gift 10/2018 -
- Ripple: Secure Multiparty Computation
  Amount: $50,000
  Title: PI
  10/2018 -

## Completed Funding and Awards

- Jacobs-Levy Center: Finance, Art and Governance on the blockchain Amount: $10,000
  Title: PI

4/2022 - 4/2023
- NSF SaTC Medium: Cryptographic Applications of Capacity Theory
  Amount: $1,095,000
  Title: PI
  2015-2021
- ONR: High-Assurance Cryptograaphy
  Amount: $165,550
  Title: Co-I
  2019-2020
- Wharton Ripple Research Fund: Token-Weighted Voting Protocols in Blockchain Platforms
  Amount: $10,000
  Title: PI
  2019-2020
- ARL: Distinguishing Brain States and Resolving State Transitions
  Amount: $200,000
  Title: Co-PI
  2014-2018
- NSF AF Small: CCF 1318070 Theory and Applications of Untrusted Quantum Devices
  Amount: $416,802.00
  Title: Co-PI
  2013-2016
- Jacobs-Levy Foundation: Stability in Financial Networks
  Amount: $5,000
  Title: PI
  2014-2015
- Winner: RAND Idea Showcase, Spring 2011
- NSF VIGRE Research Fellowship, Summer 2009.
- NSF VIGRE Research Fellowship, Summer 2008.
- NSF Travel Award, Spring 2008.
- UCLA Alumni Mentorship Award, Summer 2007.
- NSF VIGRE Summer Research Fellowship, Summer 2006.
- NSF VIGRE Fellowship, Fall 2005.
- Graduated Magna Cum Laude, Brown University, May 2004.

## Invited Talks

- "https://statsandstories.net/environment1/global-weirding" Stats and Stories April 2025
- "Blockchain Security, Privacy & Investigations" Digital Assets at Duke February 2025
- "Balancing Power in Decentralized Governance" UCSB Econ-DeFi Seminar February 2024
- "Balancing Power in Decentralized Governance: Quadratic Voting under Imperfect Information" Tokenomics October 2023

- "Approval Voting in Blockchain Systems" CryptoEconLab August 2023
- "Using on-chain voting for information aggregation" a16z Research June 2023
- "Economics of NFTs: The Value of Creator Royalties" Crypto and Blockchain Economics and Research (CBER) Forum, February 2023
- "Blockchains and cryptography" Scotia Bank, January 2023
- Consulted on PBS Nova's "Crypto Decoded" November 2022
- "The Future of Crypto & Digital Assets" Penn Capital Law Markets Association Symposium, April 2022
- "A Comprehensive Approach to Crypto-Regulation" ERC Polycentric Governance, November 2022
- "The Future of Crypto & Digital Assets" Penn Capital Law Markets Association Symposium, April 2022
- Expert witness Vu vs Coinbase, April 2022
- "Committee-Based Consensus" Crypto and Blockchain Economics and Research (CBER) Forum, February 2022
- "The Perks of Oblivious RAM for SMPC" The Encrypted Economy Podcast, February 2022
- "Cutting Edge Advances In Data Science – Secure Multiparty Computation" The Encrypted Economy Podcast, November 2020
- "Secure Multiparty Computation for Scientific Research" MSRI Workshop on Fairness and Privacy, January 2019
- "Blockchains and privacy" Penn India Technology Innovation Forum, January 2019
- "Blockchains For Global Trade" Financial Conduct Authority, December 2018
- "Balancing privacy and auditability in blockchain applications" Penn India Research Symposium, November 2018
- "Secure and Resilient Tactical Information and Network System (SeReTINS)" Army AUSA, October 2018
- "Balancing privacy and auditability in blockchain applications" Philly Tech Week, April 2018
- "Scalability in the blockchain" Penn Blockchain Conference, April 2018
- "Secure Multiparty Computation for Scientific Research" US Census, November 2017
- "Secure Multiparty Computation for Scientific Research" DIMACS, October 2017
- "Secure Multiparty Computation" Praekelt Foundation, February 2017
- "When Satellites Collide & Cryptology" Google, Los Angeles, November 2016
- "Automating Data Collection with MTurk and LimeSurvey" UPenn, October 2016
- "Efficient Robust Secret Sharing from Expander Graphs" ArcticCrypt, July 2016
- "Linear-Time List Recovery of High-Rate Expander Codes" at Algorithmic Coding Theory Workshop, ICERM, June 2016
- "Problems in Secure Multiparty Computation" Cisco Workshop on Security, April 2016

- "Security for the Internet of Things" IMPACT Capital Conference, November 2015
- "Secure Multiparty Computation" at Transparency and Reproducibility in Federal Evaluations, the Arnold Foundation, April 2015.
- "Linear-Time List Recovery of High-Rate Expander Codes" at Northeastern April 2015.
- "Problems in Secure Multiparty Computation" at BU April 2015.
- "Private Information Retrieval" at UCLA February 2015.
- "Locally Correcting Expander Codes" at IAS April 2014.
- "Locally Correcting Expander Codes" at Department of Mathematics UPenn March 2014.
- "Using Cryptography for Privacy-Preserving Conjunction Analysis Calculations" Air Force Space Command, May 2013.
- "Computing Conjunction Analyses" at Galois June 2012.
- "Constructing Lossy Trapdoor Functions" at Microsoft Research April 2012.
- "A Friendly Introduction to Modern Cryptography" at the Ann Arbor District Library, March, 2012.
- "Extracting Information from Large Data Sets" at the RAND Idea Showcase, February 2012.
- "Locally-Decodable Codes" at Coding, Complexity and Sparsity Workshop, University of Michigan August 2011.
- "Secure Multiparty Computation of Conjunction Analyses" at the RAND Idea Showcase, February 2011.
- "The Applications of Modern Cryptography to Problems in Multi-Level Security" at RAND August 2010.
- "Lossy Encryption from General Assumptions" at the Institute for Pure and Applied Mathematics, UCLA August 2009.
- "Lossy Encryption from General Assumptions" at Crypto in the Clouds, MIT August 2009.
- "Re-randomizable encryption implies Selective Opening Security" at the Institute for Pure and Applied Mathematics, UCLA June 2009.
- "Consequences of Lossy Trapdoor Functions" at the Institute for Pure and Applied Mathematics, UCLA August 2008.
- "Locally-decodable codes based on hidden Chinese remaindering" at The Mathematical Interests of Peter Borwein, Simon Fraser University May 2008
- "Private Information Retrieval and Secure Hashing" at the Institute for Pure and Applied Mathematics, UCLA August 2006.

## Advising

**Graduate advising:**
- Advisor for David Cao (CIS)
- Advisor for Daniel Noble (CIS)
- Advisor for Niuniu Zhang (AMCS)
- Advisor for Alon Benhaim (AMCS)
- Co-advisor for Nick Wasylyshin (Masters in Mathematics)

- Michael Rudow (Masters)
- Co-advisor for Rui Pei (School of Communication)

**Undergraduate advising:**
- Jack Goettle (CIS 599)
- Mrinalini Agarwal (EAS499)
- Tom Liu (EAS499)
- Dhruv Dabriwal (EAS 499)
- Caroline Cai (EAS499)
- Yamir Tainwala (EAS 499)
- Aaron Diamond (EAS 499)
- Ayush Goyal (EAS499)
- Steve Vitali (EAS499)
- Joseph Gao (EAS499)
- Parth Chopra (EAS 499)
- Tim Clancy (CIS 99)
- Daniel Trinh (EAS 499)
- Wai Wu (EAS 499)
- Raja Atluri (EAS499)
- Yassine Saadi-Elmandjre (ESE 290)
- Brian Schroeder (EAS 499)
- (Michigan) advisor for REU student Nick Washylyshyn, studying efficient constructions of pseudorandom functions.
- (Michigan) advisor for REU student John Holler, studying reducing the share size in secret sharing protocols.

## Teaching

**University of Pennsylvania (MCIT)**                    *Spring 2021-Spring 2023*
**Instructor**
- Instructor: MCIT 582: Blockchains Spring 2021
- Instructor: MCIT 582: Blockchains Summer 2021
- Instructor: MCIT 582: Blockchains Fall 2021
- Instructor: MCIT 582: Blockchains Spring 2022
- Instructor: MCIT 582: Blockchains Summer 2022
- Instructor: MCIT 582: Blockchains Fall 2022
- Instructor: MCIT 5820: Blockchains Spring 2023
- Instructor: MCIT 5830: Blockchains Spring 2024
- Instructor: MCIT 5830: Blockchains Summer 2024
- Instructor: MCIT 5830: Blockchains Fall 2024
- Instructor: MCIT 5830: Blockchains Spring 2025

**University of Michigan Department of Mathematics**        *Winter 2013*
**Instructor**
- Instructor: Math 425: Introduction to Probability

**University of Michigan Department of Mathematics**        *Fall 2012*
**Instructor**

- Instructor: Math 412: Abstract Algebra
- Median teaching evaluation: 4.83/5

**University of Michigan Department of Mathematics**               *Winter 2012*
**Instructor**
- Instructor: Math 217: Linear Algebra
- Median teaching evaluation: 4.77/5

**University of Michigan Department of Mathematics**               *Fall 2011*
**Instructor**
- Instructor: Math 425: Introduction to Probability
- Median teaching evaluation: 4.56/5

**University of Michigan Department of Mathematics**               *Fall 2010*
**Instructor**
- Instructor: two sections of Calculus I.
- Median teaching evaluation: 4.11/5 and 3.86/5.

## Service

- Program committee Crypto and Blockchain Economic Forum, 2025
- Program Chair of Tokenomics 2025
- Program committee Crypto and Blockchain Economic Forum, February 2023
- Co-organizer of "Decision Processes in Networks" workshop at the Choice Symposium, May 2019
- Program Committee: Eurocrypt 2019
- Organizer for session on secret sharing at the SIAM Conference on Discrete Mathematics, June 2018
- Zero Knowledge Steering Committee, May 2018
- Program Committee: SCN 2014, SCN 2016.
- Ad hoc reviewer FOCS, STACS, Combinatorica, IEEE Transactions on Information Theory, TCC, PKC, Crypto, Eurocrypt, Journal of Cryptology, Theory of Computing Systems, Designs Codes and Cryptography, NSF, Dutch Research Council (NWO)

# Appendix B:  Prior Testimony

Dr. Falk served as an expert, subject to a Non-Disclosure Agreement, in the area of platform coding of an unsupported token for the claimant in a matter pending in an American Arbitration Association arbitration.

# Appendix C:  Documents List

**Academic Literature**

- Satoshi Nakamoto, "Bitcoin: A Peer-to-Peer Electronic Cash System," available at https://bitcoin.org/bitcoin.pdf

**Data**

- Dune
- Omakase Code (GitHub)

**Legal Documents**

- Agent Affidavit in Support of Application for a Search Warrant for Stored Electronic Communications, *In the Matter of a Warrant for All Content and Other Information Associated with Six Email Accounts Maintained at Premises Controlled by Google, LLC, USAO Reference No. 2022R00863*, December 6, 2024
- Disclosure as to Expert Witness Chris Hoffmeister, June 27, 2025
- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP and Williams & Connolly LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, 24 Cr. 293 (JGLC)*, August 13, 2024
- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP and Williams & Connolly LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, 24 Cr. 293 (JGLC)*, December 4, 2024
- Letter from the U.S. Department of Justice, United States Attorney, Southern District of New York to Fick & Marx LLP, Williams & Connolly LLP, and Shapiro Arato Bach LLP *Re: United States v. Anton Peraire-Bueno and James Peraire-Bueno, S1 24 Cr. 293 (JGLC), Rule 16(a)(1)(G) Disclosure of Experts, Disclosure Material Pursuant to Protective Order*, June 27, 2025
- Oral Argument Transcript, United States District Court, Southern District of New York, *United States of America v. Anton Peraire-Bueno, et al., 24 Cr. 293 (JGLC)*, June 17, 2025
- The Government's Opposition to Defendants' Motion to Compel Purported Expert Disclosures from Percipient Witnesses, *United States of America v. Anton Peraire-Bueno and James Peraire-Bueno, S1 24 Cr. 293 (JGLC)*, July 17, 2025

**Public Press**

- Andrew Cahill and Shannon Ullman, "How to Use Flashbots and Why to Use It?" *MilkRoad.com*, June 22, 2023, available at https://milkroad.com/flashbots

- Ari Juels et al., "Miners, Front-Running-as-a-Service is Theft," *CoinDesk*, September 14, 2021, available at https://www.coindesk.com/markets/2021/04/07/miners-front-running-as-a-service-is-theft

- Cyberscope Medium, "Sandwich Attacks in Crypto: How to Protect Yourself," February 9, 2024, available at https://cyberscope.medium.com/sandwich-attacks-in-crypto-how-to-protect-yourself-9e9c223c7e3a

- Dennis Weidner, "Are Ethereum Transactions Traceable?" *Cryptoticker.io*, December 24, 2019, available at https://cryptoticker.io/en/ethereum-transactions-traceable/

- Ed Felten, "MEVA (What is it Good For?)" *Medium*, July 6, 2020, available at https://medium.com/offchainlabs/meva-what-is-it-good-for-de8a96c0e67c

- Ezra Reguerra, "Sandwich trading bots lose bread and butter in $25M exploit," *Cointelegraph*, April 3, 2023, available at https://cointelegraph.com/news/sandwich-trading-bots-lose-bread-and-butter-in-25m-exploit

- Levon Biss, "The Secretive World Of MEV, Where Bots Front-Run Crypto Investors For Big Profits," *Forbes*, October 11, 2022, available at https://www.forbes.com/sites/jeffkauflin/2022/10/11/the-secretive-world-of-mev-where-crypto-bots-scalp-investors-for-big-profits/

- Niamh Rowe, "Online Hacks to Offline Heists: Crypto Leaders on Edge Amid Increasing Attacks," *The Guardian*, June 28, 2025, available at https://www.theguardian.com/technology/2025/jun/28/cryptocurrency-hacks-kidnappings-crime

- Shailey Singh, "How to Modify or Cancel a Pending Ethereum Transaction," *Cointelegraph*, February 8, 2025, available at https://cointelegraph.com/news/how-to-modify-or-cancel-a-pending-ethereum-transaction

- Vipin Bharathan, "Miner Extractable Value(MEV) On Bitcoin and Ethereum," *Forbes*, June 3, 2024, available at https://www.forbes.com/sites/vipinbharathan/2024/05/31/miner-extractable-valuemev-on-bitcoin-and-ethereum/

**Websites and Blogs**

- Analytics Insight, "Ethereum Validators: Who They Are and How They Work," January 12, 2025, https://www.analyticsinsight.net/ethereum/ethereum-validators-who-they-are-and-how-they-work

- Beaconcha.in, "Block 16964664," available at https://beaconcha.in/block/16964664

- Beaconcha.in, "Slot 6,142,320," available at https://beaconcha.in/slot/6142320#proposer-slashings

- Beconcha.in, "Validator 552061," available at https://beaconcha.in/validator/552061

- Ben Weintraub, "Theft-as-a-Service on Ethereum," *Public Exposure*, January 10, 2023, available at https://public-exposure.inform.social/post/theft-as-a-service/

- "Bert" (Robert Miller), "Post Mortem: April 3rd, 2023 MEV-Boost Relay Incident and Related Timing Issue," *Flashbots Collective*, April 4, 2023, available at https://collective.flashbots.net/t/post-mortem-april-3rd-2023-mev-boost-relay-incident-and-related-timing-issue/1540

- BuilderNet, "Introducing BuilderNet," November 18, 2024, available at https://buildernet.org/blog/introducing-buildernet

- Caner Taçoğlu, "Immutability," Binance Academy, available at https://academy.binance.com/en/glossary/immutability

- Coinbase, "What is the difference between a blockchain soft fork and a hard fork?," available at https://www.coinbase.com/learn/crypto-glossary/what-is-the-difference-between-a-blockchain-soft-fork-and-a-hard-fork

- CoW DAO, "What Are MEV Bots, and How Do They Make Money?" April 25, 2025, available at https://cow.fi/learn/what-are-mev-bots-and-how-do-they-make-money

- Dan Robinson, "Ethereum is a Dark Forest," *Paradigm*, August 28, 2020, available at https://www.paradigm.xyz/2020/08/ethereum-is-a-dark-forest

- Espresso Systems, "Fair Exchange in Proposer-Builder Separation," October 16, 2023, available at https://hackmd.io/@EspressoSystems/fair-exchange-in-proposer-builder-separation

- Ethereum, "Block Proposal," January 17, 2024, available at https://ethereum.org/en/developers/docs/consensus-mechanisms/pos/block-proposal/.

- Ethereum, "The History of Ethereum," June 19, 2025, available at https://ethereum.org/en/history

- Etherscan, "Transaction Details: 0x55ffa81e8f7d4ebe1a46970ff899a62eb8af978d566a069a79d5199f625610ff," available at https://etherscan.io/tx/0x55ffa81e8f7d4ebe1a46970ff899a62eb8af978d566a069a79d5199f625610ff

- Etherscan, "Transaction Details: 0xc19d1c8aafb7a1b51233250fb5a33c0480b7699eb7a01f56bbed53543fbb121f," available at https://etherscan.io/tx/0xc19d1c8aafb7a1b51233250fb5a33c0480b7699eb7a01f56bbed53543fbb121f

- Etherscan, "Transaction Details: 0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c," available at https://etherscan.io/tx/0xdfbc23d625ec97c49bf30b9f955f232cc0457d6e4a7f38cedb935d46ef8a179c

- Etherscan, "Transaction Details: 0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd031f60fc839," available at

https://etherscan.io/tx/0xeb596746841729741cdf65fdb3d13df48746315f666fee54fbbfd0 31f60fc839

- Flashbots, "Block Builders," May 27, 2025, available at https://docs.flashbots.net/flashbots-mev-boost/block-builders

- Flashbots, "FAQ," available at https://docs.flashbots.net/flashbots-mev-boost/FAQ

- Flashbots, "Flashbots," available at https://www.flashbots.net/

- Flashbots, "It's a Trap - Dean Eigenmann (Dialectic)," *YouTube*, May 22, 2022, available at https://www.youtube.com/watch?v=zGz410AJEEs&t=212s

- Flashbots, "MEV-Boost Block Proposal," April 4, 2025, available at https://docs.flashbots.net/flashbots-mev-boost/architecture-overview/block-proposal

- Flashbots, "Overview," April 4, 2025, available at https://docs.flashbots.net/flashbots-mev-boost/introduction

- Flashbots, "Relay Fundamentals," April 4, 2025, available at https://docs.flashbots.net/flashbots-mev-boost/relay

- Francesco D'Amato and Mike Neuder, "Equivocation Attacks in MEV-Boost and ePBS," *Ethereum Notes*, April 18, 2023, available at https://notes.ethereum.org/@mikeneuder/equivocation-attacks

- Francesco D'Amato et al., "EIP-7732: Enshrined Proposer-Builder Separation," *Ethereum Improvement Proposals*, June 28, 2024, available at https://eips.ethereum.org/EIPS/eip-7732

- GitHub, "Feature/Publish Block #66," January 3, 2023, available at https://github.com/blocknative/dreamboat/pull/66

- GitHub, "Flashbots," available at https://github.com/flashbots

- GitHub, "Flashbots/MEV-Boost," available at https://github.com/flashbots/mev-boost

- GitHub, "Known Physical Bitcoin Attacks," available at https://github.com/jlopp/physical-bitcoin-attacks

- GitHub, "Publish Blocks via Beacon Node #103," September 8, 2022, available at https://github.com/flashbots/mev-boost-relay/pull/103

- GitHub, "Wrecking Sandwich Traders for Fun and Profit," available at https://github.com/Defi-Cartel/salmonella

- hanniabu.eth, "Ethereum Validator Queue," available at https://www.validatorqueue.com/

- Lido, "Post Mortem: Lido on Ethereum Launchnodes Slashing Incident," October 13, 2023, available at https://blog.lido.fi/post-mortem-launchnodes-slashing-incident/

- MEV-Boost, "MEV-Boost in a Nutshell," available at https://boost.flashbots.net/

- Uniswap Docs, "The Uniswap Protocol," available at https://docs.uniswap.org/concepts/uniswap-protocol

- U/sggts04, "How a User WRECKED Sandwich Traders for Fun and Profit - Sandwich Trading is when Someone will Buy an Asset, so Miners Buy it First to Artificially Inflate the Price, Before Selling Afterwards at a Profit," *Reddit*, April 25, 2021, available at https://www.reddit.com/r/CryptoCurrency/comments/my295o/how_a_user_wrecked_san dwich_traders_for_fun_and

**Note:  In addition to the documents on this list, Dr. Falk relied upon all documents cited in his disclosure and his workpaper to form his opinions.**