# Exhibit C

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

## I.    Background and Qualifications

Dr. S. Matthew Weinberg is an associate professor of computer science at Princeton University, where he has taught since 2017.  He is also the co-director of Princeton University's Center on the Decentralization of Power through Blockchain Technology (DeCenter) and is affiliated with Princeton's Center for Information and Technology Policy (CITP), Program in Applied and Computational Mathematics (PACM), and Bendheim Center for Finance.  He received his B.A. in Mathematics from Cornell University in 2010, and his Ph.D. in Electrical Engineering and Computer Science from the Massachusetts Institute of Technology in 2014.

Dr. Weinberg's field of expertise is Algorithmic Mechanism Design, which is the study of algorithms (such as blockchain protocols) that involve economic incentives (such as those of validators, users, searchers, etc.).  He has published 87 papers across venues within both computer science and economics.  His works have received the top dissertation award and the best full paper award from ACM SIGecom, the interdisciplinary research community studying Economics and Computation, and a test of time award from IEEE Foundations of Computer Science, the research community studying Theoretical Computer Science.  For his research and teaching, he has also received a Sloan Foundation Fellowship, an NSF CAREER Award, Princeton's President's Award for Distinguished Teaching, a Phi Beta Kappa Teaching Award, and an Engineering Council Lifetime Achievement Award.

Much of Dr. Weinberg's work within Algorithmic Mechanism Design directly concerns blockchains. For example, he is the co-Director of Princeton's DeCenter (Center for the Decentralization of Power through Blockchain Technology), was the General Chair and co-Program Committee Chair for Advances in Financial Technologies (AFT, the top academic

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

conference for blockchain research), and taught a course titled "Algorithmic Mechanism Design for cryptocurrencies and DeFi". Since 2016, he has also published 12 papers specifically on incentives in blockchain ecosystems and regularly presents this work at both academic and practitioner venues.

A list of all publications he has authored in the previous 10 years, and a list of all other cases in which, during the previous 4 years, he has testified as an expert at trial or by deposition are contained in his CV appended to this disclosure.

## II.    Opinions and Bases and Reasons

If called at trial, Dr. Weinberg may testify to the following opinions. These opinions are based on Dr. Weinberg's education and training as set forth above and in his CV, and on review of the materials listed in the Appendix to this disclosure.

1.  _Explain the Ethereum protocol and key features of its design_. Dr. Weinberg will explain that Ethereum is an open-source, decentralized blockchain platform that operates solely through its protocol. The Ethereum protocol does not function like prescriptive rules of conduct for Ethereum users. The Ethereum protocol is open-source and fully transparent. The protocol is experimental and subject to change. Ethereum has processes by which users can propose changes to the protocol called "Ethereum Improvement Proposals" or EIPs. Members of the community can review and comment on an EIP, but unless and until the EIP is adopted, any proposed change remains outside of the current Ethereum protocol.

2.  _Explain that the Ethereum blockchain is a decentralized, trust-minimizing, and permissionless platform that encourages behavior through economic incentives_. Dr. Weinberg will explain

2

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

that "decentralized" means that anyone can place transactions to be added to the blockchain. There is no central authority or single entity with control over Ethereum. There is no centralized point of decision-making, access, or rulemaking. Dr. Weinberg may contrast these decentralized features with centralized structures underpinning other currency systems, where a centralized authority sets monetary policy and makes legal guarantees, or with technologies facilitating currency exchanges, which rely on a central authority (often a corporate entity, like Venmo) to orchestrate and guarantee transactions. The Ethereum blockchain is trust-minimizing in that users do not need to know or place trust in the other users or in any central authority. Rather, Ethereum users place their transactions knowing that economic incentives are in place to encourage the transaction to be added to a future block and, in effect, executed. The Ethereum blockchain is permissionless in that anyone in the world can access it to propose to add a transaction to the blockchain and any user who has 32 ETH can stake that ETH to become a validator. These features of the Ethereum blockchain—decentralization, trust-minimization, permissionlessness—reflect the principle that anonymous users on the blockchain will behave rationally and according to their economic incentives. This principle underpins the function of Ethereum. The blockchain does not rely on the honesty or virtue of its users but instead is designed to function without any such reliance.

3. *Explain the role of validator under the Ethereum protocol*. Dr. Weinberg will explain the role of the validator under the current proof-of-stake (PoS) consensus mechanism. Anyone who stakes 32 ETH can become a validator. A single user can operate more than one validator. The PoS consensus mechanism works by randomly selecting a single validator per dedicated timeslot and allowing them to earn ETH by adding a new block to the chain. The Ethereum

3

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

protocol assigns that randomly selected validator an absolute monopoly over selecting and ordering transactions to include in the block. The validator's absolute monopoly over the block is critical to the functioning of the Ethereum blockchain. A validator, like all users on the Ethereum blockchain, is expected to act rationally and in its economic self-interest and thus to propose whatever block will maximize its payoff.

4. _Explain the function of economic incentives in encouraging Ethereum user behavior_. Dr. Weinberg will explain that Ethereum relies upon numerous economic incentives to encourage certain behavior. Because Ethereum is decentralized, trust-minimizing, and permissionless, Ethereum users understand that other users may deviate from expected behavior where the economic incentives are insufficient to discourage or encourage certain actions. For example, the Ethereum protocol includes slashing penalties for validators. Validators are slashed 1 ETH for equivocating—i.e., signing more than one block during a given timeslot when the validator has been randomly chosen to propose a block. Ethereum incentivizes users to slash validators by offering them a reward for successful slashings. Dr. Weinberg will explain the concept of maximal-extractible value (or "MEV"). Under the Ethereum protocol, the block-proposing validator has a complete right to the MEV to be gained from adding a new block to the chain. In circumstances where the validator can earn more MEV than the slashing penalty for equivocating, a validator would act rationally and according to economic incentives to equivocate and propose a second block to capture the MEV. Nothing in the protocol prevents or prohibits such equivocating from occurring. Rather, the foreseeable consequence of such action is application of the slashing penalty. In this way, slashing functions like a tax or fee and unlike a rule or law. Slashing is not a moral judgment or reflective of the Ethereum user

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

community's views on the legality of the behavior that led to the slashing.  If the Ethereum user community had the view that the current slashing penalties were insufficient to discourage actions like equivocating, it would be possible to modify the protocol including by increasing the slashing penalties.  Since the alleged "Exploit" described in the Indictment, there have been no such changes to increase the slashing penalties.

5.  *Explain the MEV-Boost program and its relationship to the Ethereum protocol*.  Dr. Weinberg will explain that the MEV-Boost software is not part of the Ethereum blockchain or incorporated into its protocol.  Rather, it is a sidecar that is optional for Ethereum users.  MEV-Boost was developed by Flashbots.  MEV-Boost's system reflects an experimental form of proposer-builder-separation (or "PBS") that seeks to break apart the validator's dual role as both block-builder and block-proposer under the Ethereum protocol.  Although forms of PBS have been proposed for addition to the Ethereum protocol, those proposals have not been adopted.  The MEV-Boost system is experimental and subject to frequent revision and update.

Dr. Weinberg will define and explain the roles of searchers, builders, relays, and validators under MEV-Boost.  Searchers are sophisticated users that aim to profit by operating trading strategies that depend on the ordering of transactions.  There are some searchers who operate independently, but many searchers are institutional entities like hedge funds.  Searchers have the ability, but no obligation, to engage in sandwich attacks.  That remains true for searchers using MEV-Boost.  Searchers, like all Ethereum users, are presumed to be rational economic actors and are expected to act in accordance with their economic incentives.  Dr. Weinberg will explain that, through a sandwich attack, a searcher selects a pending transaction in the

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

mempool and then proposes a frontrun and backrun trade around it. These transactions are constructed by the searcher's pre-programmed MEV Bots; the sandwich attacker thus authorizes the frontrun trade when it submits its bundle to the builder(s). A sandwich attack manipulates the value of the subject currencies within a given liquidity pool to extract a trading profit. That profit comes at the expense of the user who proposed the pending transaction around which the searcher constructed the sandwich attack by taking advantage of the pending transaction's slippage rate. Although sandwich attacks are considered by many in the Ethereum user community to be unfair or exploitative, the Ethereum and MEV-Boost protocol permits them. Attempts to thwart sandwich attacks have occurred and have been the subject of public discussion in the Ethereum user community. As an example, Dr. Weinberg may discuss the Salmonella token strategy. Dr. Weinberg would explain that an environment that permits sandwich attacks is one in which it would be expected that users would attempt to thwart the practice. Public discussion of the Salmonella token strategy demonstrates that expectation. The fact that sandwich attacks and attempts to thwart them are both permitted under the MEV-Boost and Ethereum protocols, and openly discussed, is a further example of the principle that rational users on Ethereum will seek to maximize their economic rewards consistent with their economic incentives.

Regarding the role of the validator, Dr. Weinberg will explain that, when using MEV-Boost, a validator retains the ability to use its own execution client to order transactions and propose a block. Nothing in the MEV-Boost protocol prevents a validator from submitting an authentic signature to obtain the relay's block and subsequently equivocating by signing and proposing a block of its own construction. A validator is not required to agree not to equivocate as a

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

condition of using the MEV-Boost software or otherwise interacting with the MEV-Boost relay. Nor does MEV-Boost involve the validator making any statement or promise to the MEV-Boost system or to any other user on this or any other topic. There are also no economic incentives in the MEV-Boost protocol itself to discourage a validator from equivocating in this manner. Rather, the MEV-Boost program relies exclusively on the slashing penalties in the Ethereum protocol to discourage this behavior by validators. As a result, there are circumstances where the potential MEV to be earned by the validator through equivocating will outweigh the economic disincentive of the slashing penalty. In that circumstance, a sophisticated validator using the MEV-Boost software would act rationally and according to its economic incentives to equivocate even if doing so means that it would incur the slashing penalty provided under the Ethereum protocol. Users of Ethereum, including searchers and others who use the MEV-Boost program, would understand that these economic incentives that pertain under the Ethereum protocol remain unchanged by MEV-Boost. For example, at the time of the alleged Exploit, a searcher would understand that, if the MEV opportunity available from interrupting a sandwich attack by including a transaction that arbitrages the manipulated market back to fair market prices was larger than the slashing penalty under the Ethereum protocol for equivocation, a sophisticated validator would be economically motivated to equivocate. The searcher would further understand there the MEV-Boost protocol does not prohibit that behavior by the validator.

Regarding the MEV-Boost relay code, Dr. Weinberg will explain that it is open-source and publicly available. As a result, it would be understood in the community of Ethereum users

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

that users would view the code and design strategies around it to maximize their own profit, including by interrupting a sandwich attack as described above.

6. _Explain the function and content of a digital signature in the context of MEV-Boost_.  Dr. Weinberg will explain that a digital signature attached to a communication in the MEV-Boost program indicates only that the validator who sent the communication is the validator or, rather, had access to the validator's private key.  In this sense, the validator's digital signature functions like handwriting that is publicly recognizable as that of the validator that is sending the message.  The signature does not convey any other meaning.  This is true of digital signatures as used on Ethereum and MEV-Boost.  The signature is not a promise that the validator will not equivocate and incur the expected slashing penalty as a result.

7. _Explain how the alleged Exploit was consistent with the Ethereum and MEV-Boost protocols_.  Dr. Weinberg will explain that the actions labeled the "Exploit" in the Superseding Indictment were made possible by an aspect of the MEV-Boost relay code that was publicly visible.  As such, it was likely inevitable that some user would identify the aspect of the MEV-Boost relay code that made it possible to interrupt a sandwich attack in the manner alleged.  In this instance, the validator allegedly equivocated by signing two blocks during the same time slot—the block released by the relay to the validator, and the one that the validator ultimately proposed.  The foreseeable economic consequences for this equivocating—_i.e._, slashing—occurred as provided under the Ethereum protocol.  There were no economic consequences for the actions taken in the alleged Exploit under MEV-Boost because the MEV-Boost protocol itself includes no economic penalties for such behavior.  In this instance, because the amount of MEV created

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

by the sandwich attackers' proposed bundles was large, the economic disincentive of the slashing penalty relied upon by MEV-Boost was insufficient to dissuade a rational validator from equivocating and capturing the MEV opportunity available in the relay's provided block. Nothing in the MEV-Boost or Ethereum protocols prohibited this equivocating by the validator. Here, the sandwich attackers' frontrun and backrun trades were particularly risky because they involved trades of millions of dollars' worth of cryptocurrency in bundles that had no guarantee of remaining intact. Indeed, sandwich attacks incentivize further reordering.

The alleged Lure Transactions did not and could not have conveyed any meaning to the searchers or any other Ethereum user because the Lure Transactions were simply transactions pending in the mempool. The Lure Transactions therefore did not and could not have conveyed any promise to not attempt to thwart a sandwich attack later involving the Lure Transactions. Transactions pending in the mempool are incapable of conveying any such meaning, and, moreover, that asserted meaning would not make sense in the context of the Ethereum blockchain where users are expected to act rationally and according to their economic interests. The alleged False Signature was not false, because digital signatures in MEV-Boost program convey no meaning other than identifying the particular validator. Here, the alleged False Signature fulfilled that role because it identified the validator and made it possible for the slashing penalties to be applied.

The alleged Exploit did not threaten or risk the integrity of the Ethereum blockchain. If both blocks signed by the validator were blocks that could have been added to the chain, the other validators (acting as attestors) would have to vote on which block to accept. But because the

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

validator signed a blockheader for a block that ultimately could not be added to the blockchain, there was no risk of a fork in the chain.  The Ethereum protocol was not subsequently revised to increase the slashing penalties for equivocating generally or equivocating in the manner alleged in the Superseding Indictment.  The MEV-Boost relay code was revised to check that the signed header is valid, and to give the relay an advantage in having its block accepted in the case of an equivocation by the validator.  MEV-Boost, however, still contains no economic disincentives that would discourage efforts to thwart sandwich attacks.  MEV-Boost continues to rely on the slashing penalties in the Ethereum protocol.  It should be expected that efforts to thwart sandwich attacks will continue where the economic incentives make doing so rewarding.


I acknowledge and approve of the above disclosure of my qualifications and opinions.

_____

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

**Appendix**

### 1. Case Materials

- Indictment, ECF 2, filed May 8, 2024

- Protective Order, ECF 25, filed May 24, 2024

- Letter from government counsel to defense counsel, dated Aug. 13, 2024

- Letter from government counsel to defense counsel, dated Dec. 4, 2024

- Defendants' Memorandum of Law in Support of Joint Motions to Dismiss the Indictment, ECF 49, filed Dec. 6, 2024

- Defendants' Memorandum of Law in Support of Joint Motion to Compel Production of *Brady* Material, ECF 51, filed Dec. 6, 2024

- Defendants' Memorandum of Law in Support of Joint Motion to Suppress or, Alternatively, for *Franks* Hearing, ECF 53, filed Dec. 6, 2024

- Pleading at ECF 56-8, filed Dec. 6, 2024

- The Government's Opposition to Defendants Anton Peraire-Bueno and James Peraire-Bueno's Joint Pretrial Motions, ECF 61, filed Jan. 17, 2025

- Defendants' Reply in Support of Joint Motions to Dismiss the Indictment, ECF 63, filed Jan. 31, 2025

- Defendants' Reply in Support of Joint Motion to Compel Production of *Brady* Material, ECF 64, filed Jan. 31, 2025

- Defendants' Reply in Support of Joint Motion to Suppress or, Alternatively, for a *Franks* Hearing, ECF 65, filed Jan. 31, 2025

- Superseding Indictment, ECF 70, filed March 12, 2025

- Transcript of June 17, 2025 hearing

### 2. Other Publicly Available Materials

https://eth2book.info/latest/

https://ethereum.org/en/developers/docs/

https://eips.ethereum.org/

https://eips.ethereum.org/EIPS/eip-7732

**Expert Disclosure as to S. Matthew Weinberg, Ph.D.**

https://docs.flashbots.net/

https://github.com/flashbots/mev-boost/releases

https://collective.flashbots.net/t/post-mortem-april-3rd-2023-mev-boost-relay-incident-and-related-timing-issue/1540

https://www.mev.wiki/attack-examples

https://github.com/Defi-Cartel/salmonella

https://www.mev.wiki/attempts-to-trick-the-bots

https://collective.flashbots.net/t/disclosure-mitigation-of-block-equivocation-strategy-with-early-getpayload-calls-for-proposers/1705

https://docs.flashbots.net/flashbots-mev-boost/relay

# S. Matthew Weinberg

| | | |
|---|---|---|
| Contact Information | 35 Olden St, Room 317<br>Princeton, NJ 08540 | *Cell:* +1 (571)-278-3990<br>*E-mail:* smweinberg@princeton.edu |

Research Interests  Algorithmic Mechanism Design, Algorithms and Uncertainty, Mechanism Design for Blockchain Applications.

## Employment

| | | |
|---|---|---|
| Spring 2017 - Present | **Princeton University** | **Princeton, NJ** |

Associate Professor, with tenure (2023 - present).
Assistant Professor (2017 - 2023).
Instructor for COS445: Economics and Computation (Spring 2017, Spring 2018, Spring 2019, Spring 2020, Spring 2021, Spring 2022, Spring 2023, Spring 2024, Spring 2025).
Instructor for COS521: Advanced Algorithms (Fall 2017, Fall 2019, Fall 2021, Fall 2022).
Instructor for COS597F: Open Problems in Algorithmic Game Theory (Fall 2018).
Instructor for COS597A: Advanced Topics in Computer Science: Algorithmic Mechanism Design for Cryptocurrencies and DeFi (Fall 2022). Instructor for COS597A: Algorithmic Mechanism Design (Fall 2025).

| | | |
|---|---|---|
| Fall 2014 - Spring 2016 | **Princeton University** | **Princeton, NJ** |

Postdoctoral Researcher.
Instructor for COS597A: Algorithmic Mechanism Design (Fall 2014).

## Education

| | | |
|---|---|---|
| 2010 - 2014 | **Massachusetts Institute of Technology** | **Cambridge, MA** |

Ph.D., Computer Science

Adviser: Constantinos Daskalakis
Thesis: Algorithms for Strategic Agents
Teaching Assistant for 6.046: Design and Analysis of Algorithms (Spring 2013).
Teaching Assistant for 6.853: Topics in Algorithmic Game Theory (Fall 2011).

| | | |
|---|---|---|
| 2006 - 2010 | **Cornell University** | **Ithaca, NY** |

B.A., Mathematics

GPA: 4.038/4.3
Magna Cum Laude
Teaching Assistant for CS 4820: Introduction to Analysis of Algorithms.
Teaching Assistant for CS 2800: Discrete Structures.

Consultant for CS 2110: Object Oriented Programming and Data Structures.
Consultant for CS 100J: Introduction to Programming using Java

GRANTS AND
AWARDS

2022     **FOCS Test of Time Award.** For "Optimal Multi-Dimensional mechanism Design: Reducing Revenue to Welfare Maximization." Joint with Yang Cai and Constantinos Daskalakis.

2022     **President's Award for Distinguished Teaching** ("The PADT awards honor a sustained record of distinguished teaching over the course of a career at Princeton, at both undergraduate and graduate levels. Normally two senior and two junior awards are given annually." Awarded at Princeton's Class of 2022 Commencement.)

2022     **Princeton Engineering Council Lifetime Achievement Award** (awarded to faculty who have received five Engineering Council Teaching Awards).

2017, 2018, 2019, 2020, 2022     **Princeton Engineering Council Teaching Award** (awarded to ≈ 4 Engineering faculty annually, selected by students), for COS 445.

2018, 2019, 2021     **Princeton Engineering Commendation List for Distinguished Teaching**, for COS 445 (2018) and COS 521 (2019, 2021)

2020     **Sloan Foundation Fellowship.** $75,000.

2020     **Google Faculty Research Award.** $80,000. Joint with Mark Braverman at Princeton (the award of $80,000 jointly supports Mark and myself).

2020 - 2024     **NSF-1955205. Collaborative Research:AF:Medium: Moderm Combinatorial Optimization: Incentives, Uncertainty, and Smoothed Analysis.** $415,957. REU Supplement $16,000. Joint with Aviad Rubinstein at Stanford (the award of $415,957 and $16,000 REU supplement support my research at Princeton — Aviad separately received additional funding through this award).

2020 - 2024     **NSF-1942497. CAREER: Towards a Prescriptive Theory of Algorithmic Mechanism Design.** $602,818.

2019     **Phi Beta Kappa Teaching Award** (awarded annually to two Princeton professors, selected by students of Phi Beta Kappa honor society)

2019     **Howard B. Wentz Jr. Faculty Advancement Award**, from Princeton SEAS ("The award recognizes promising junior faculty members"). $50,000.

2018     **ACM Conference on Economics and Computation (EC) Best Full Paper Award** and **Best Paper with Student Lead Author Award**. For "Selling to a No-Regret Buyer." Joint with Mark Braverman, Jieming Mao, and Jon Schneider.

| | |
|---|---|
| 2017-2020 | **NSF-1717899. AF: Small: Duality-based tools for simple vs. optimal mechanism design and applications to cryptocurrency**. $450,000. REU Supplement $16,000. |
| 2014 | **SIGecom Doctoral Dissertation Award** |
| 2014 | **George M. Sprowls Award** (for best MIT doctoral theses in CS) |
| 2013 | **Microsoft Research PhD Fellow** |
| 2012 | **ACM Conference on Electronic Commerce (EC) Best Paper with Student Lead Author Award**. For "Symmetries and Optimal Multi-Dimensional Mechanism Design." Joint with Constantinos Daskalakis. |
| 2011 | **National Science Foundation Graduate Research Fellow** |
| 2010 | **Akamai Presidential Fellow** |
| 2010 | **National Physical Sciences Consortium Fellow** |

GRADUATE
ADVISING
EXPERIENCE

Ariel Schvartzman (PhD 2020). Postdoc at Rutgers 2020-2022. Researcher at Google 2022 - present.

Divyarthi Mohan (PhD 2021). Postdoc at Tel Aviv University 2021 - 2024. Postdoc at Boston University 2024 - present.

Matheus Venturyne Xavier Ferreira (PhD 2021). Postdoc at Harvard 2021 - 2023. Faculty at University of Virginia CS 2024 - present.

Meryem Essaidi (PhD 2022). Postdoc at UC Berkeley 2022 - present.

Clayton Thomas (PhD 2023). Postdoc at Microsoft Research 2023 - present.

Linda Cai (MSE 2020, PhD 2024). Postdoc at UC Berkeley 2024 - present.

Qianfan Zhang (4th year PhD).

Jingyi Liu (4th year PhD, co-advised with Mark Braverman).

Eric Xue (4th year PhD, co-advised with Mark Braverman).

Stephen Newman (4th year PhD, co-advised with Mark Braverman).

Kaya Ito Alpturer (3rd year PhD).

Aadityan Ganesh (3rd year PhD).

Chenghan Zhou (MSE 2024). PhD student in Stanford CS 2024 - present.

Frederick Qiu (2nd year PhD).

Ilya Maier (2nd year MSE).

Michael Neuder (1st year PhD).

Michelle Le (1st year MSE).

Hedyeh Beyhaghi (visiting PhD student from 9/2017 - 9/2019). Postdoc at Northwestern and TTI 2019 - 2021. Postdoc at CMU 2021 - 2024. Faculty at UMass Amherst Computer Science 2024 - present.

Sahil Singla (postdoc 2018 - 2021). Faculty at Georgia Tech Computer Science 2021 - present.

UNDERGRADUATE
ADVISING
EXPERIENCE

I supervised 134 advisee-semesters (93 COS, 33 MAT, 2 ORF, 1 ECE, 5 PACM) from Spring 2017 - Spring 2025. Below are year-by-year details.

2024-2025

I supervised the following one (COS) two-semester thesis: Arya Maheshwari (COS), the following two PACM certificate projects: Nicholas Hope (PHY), Amanda Wang (ECE), and the following one-semester project: Tai Sanh Nguyen (COS).

2023-2024

I supervised the following six (5 COS, 1 MAT) two-semester theses: Dimitar Chakarov (COS), Ty Kay (COS), Nicole Klausner (COS), Ryan McDowell (COS), Jude Muriithi (COS), Dwaipayan Saha (COS), the following one (COS) two-semester project: Arya Maheshwari (COS), and the following one (ECE) one-semester independent work: Amanda Wang (ECE).

2022-2023

I supervised the following six (5 COS, 1 MAT) two-semester theses: Aditya Gollapudi (COS), Richard Huang (COS), Frederick Qiu (COS), Dwaipayan Saha (COS), Anton Stengel (MAT), Henrique Vera (COS), the following one (MAT) one-semester independent work: Dimitar Chakarov (MAT), and the following one year-long project of a recent graduate: Sumanth Maddirala (MAT 2022), and the following one year-long project of a recent graduate of CMI: Aadityan Ganesh (MAT 2022).

2021-2022

I supervised the following eight (4 COS, 4 MAT) two-semester theses: Kiril Bangachev (MAT), Atanas Dinev (MAT), Nathan Finkle (COS), Anthony Hein (COS), Liam Johansson (MAT), Rahul Saha (COS), Catherine Yu (MAT), Jerry Zhu (COS), and the following four (3 COS, 1 MAT) one-semester independent works: Emily Dale (COS), Hannah Huh (COS), Austin Li (COS), Simon Park (MAT).

2020-2021

I supervised the following six (5 COS, 1 MAT) two-semester theses: Jessica Fielding (COS), Alice Gao (COS), Tinashe Handina (COS), Victor Hua (COS), Geoffrey Mon (COS), Seyoon Ragavan (MAT), the following six (3 COS, 3 MAT) one-semester independent works: Kiril Bangachev (MAT), Atanas Dinev (MAT), Ezra Edelman (COS), Michelle Woo (COS), Catherine Yu (MAT), Noa Zarur (COS), and the following PACM certificate projects: Emily Ryu (CHM).

2019-2020

I supervised the following seven (4 COS, 3 MAT) two-semester theses: Rebecca Barber (COS), Yafah Edelman (COS), William Jiao (MAT), Jonathan Jow (COS), Kevin Lin (MAT), Tristan Pollner (MAT), Shirley Zhang (COS),

the following 4 (3 COS, 1 MAT) one-semester independent works: Jacob Christensen (MAT), Kimberly Ding (COS), Frankie Lam (COS), Kawin Tiyawattanaroj (COS), and the following PACM certificate projects: Sally Hahn (MAT), Seyoon Ragavan (MAT).

2018-2019     I supervised the following ten (10 COS) two-semester theses: Maryam Bahrani (COS), Rachana Balasubramanian (COS), Natalie Collina (COS), Jonathan Jow (COS), Pelumi Odimayo (COS), Simisola Olofinboba (COS), Jose Rodriguez Quinones (COS), Mel Shu (COS), Evan Wildenhain (COS), Albert Zuo (COS), the following two (2 COS) one-semester independent works: Moyin Opeyemi (COS), Eitan Zlatin (COS), and the following summer projects: Andrei Graur (MAT), Georgy Noarov (MAT), Tristan Pollner (MAT).

2017-2018     I supervised the following six (3 COS, 2 MAT, 1 ORF) two-semester theses: Maryam Bahrani (COS), Sung Won Chang (COS), Zach Halem (ORF), Heesu Hwang (MAT), Yash Patel (MAT), Bennett Victor (COS), the following eight (5 COS, 3 MAT) one-semester independent works: Richard Adjei (COS), Hrishikesh Khandeparkar (COS), Dylan Mavrides (MAT), Eric Neyman (MAT), Terri Rossi (COS) Evan Wildenhain (COS), Daphne Yang (MAT), Jonathan Zhang (COS), and the following visiting student: Jack Wang (Harvard, COS).

2016-2017     I supervised the following two-semester thesis: Will Rose (MAT).

PUBLICATIONS

[BNW 25]     Maryam Bahrani, Michael Neuder, S. Matthew Weinberg:
**Selfish Mining Under General Stochastic Rewards**.
In the *7th Annual Conference on Advances in Financial Technologies (AFT)*, *2025*.

[BW 25]     Kiril Bangachev, S. Matthew Weinberg :
**$q$-Partitioning Valuations: Exploring the Space Between Subadditive and Fractionally Subadditive Valuations**.
In the *52nd Annual EATCS International Colloquium on Automata, Languages, and Programming (ICALP), 2025*.

[BCFLW 25]     Hedyeh Beyhaghi, Linda Cai, Yiding Feng Yingkai Li, S. Matthew Weinberg:
**Competition Complexity in Multi-item Auctions: Beyond VCG and Regularity**.
In the *26th Annual ACM Conference on Economics and Computation (EC)*, *2025*.

[CWX 25]     Dimitar Chakarov, S. Matthew Weinberg, Eric Xue :
**A QPTAS for Up-To-$\varepsilon$ Revenue Maximization with Multiple Constant-Demand Bidders over Independent Items**.
In the *26th Annual ACM Conference on Economics and Computation (EC)*, *2025*.

[AGPRWWZ 25]    Noga Alon, Nick Gravin, Tristan Pollner, Aviad Rubinstein, Hongao Wang,
                S. Matthew Weinberg, Qianfan Zhang:
                **A Bicriterion Concentration Inequality and Prophet Inequalities
                for $k$-Fold Matroid Unions**.
                In the *16th Annual Innovations of Theoretical Computer Science (ITCS)*,
                *2025.*

[GKSTVWW 24]    Guru Guruganesh, Yoav Kolumbus, Jon Schneider, Inbal Talgam-Cohen,
                Emmanouil-Vasileios Vlatakis-Gkaragkounis, Joshua R. Wang, S. Matthew
                Weinberg:
                **Contracting with a Learning Agent**.
                In the *37th Annual Conference and Workshop on Neural Information Pro-
                cessing Systems (NeurIPS)*, *2024.*

[RTWZ 24]       Shiri Ron, Clayton Thomas, S. Matthew Weinberg, Qianfan Zhang:
                **Communication Separations for Truthful Auctions: Breaking the
                Two-Player Barrier**.
                In the *65 Annual IEEE Symposium on Foundations of Computer Science
                (FOCS)*, *2024.*

[AW 24]         Kaya Alpturer, S. Matthew Weinberg:
                **Optimal RANDAO Manipulation in Ethereum**.
                In the *6th International Conference on Advances in Financial Technologies
                (AFT)*, *2024.*

[CLWZ 24]       Linda Cai, Jingyi Liu, S. Matthew Weinberg, Chenghan Zhou:
                **Profitable Manipulations of Cryptographic Self-Selection are Sta-
                tistically Detectable**.
                In the *6th International Conference on Advances in Financial Technologies
                (AFT)*, *2024.*

[QW 24]         Frederick Qiu, S. Matthew Weinberg:
                **Settling the Communication Complexity of VCG-based Mecha-
                nisms for All Approximation Guarantees**.
                In the *56th Annual ACM Symposium on Theory of Computation (STOC)*,
                *2024.*

[BW 24]         Maryam Bahrani, S. Matthew Weinberg:
                **Undetectable Selfish Mining**.
                In the *25th Annual ACM Conference on Economics and Computation (EC)*,
                *2024.*

[DRWX 24]       Mahsa Derakhshan, Emily Ryu, S. Matthew Weinberg, Eric Xue:
                **Settling the Competition Complexity of Additive Buyers over In-
                dependent Items**.
                In the *25th Annual ACM Conference on Economics and Computation (EC)*,
                *2024.*

[FGHHWY 24]     Matheus V. X. Ferreira, Aaditya Ganesh, Jack Hourigan, Hannah Huh S.
                Matthew Weinberg, Catherine Yu:
                **Computing Optimal Manipulations in Cryptographic Self-Selection**

**Proof-of-Stake Protocols**.
In the *25th Annual ACM Conference on Economics and Computation (EC), 2024.*

[CTW 24]  Aadityan Ganesh, Clayton Thomas, S. Matthew Weinberg:
**Revisiting the Primitives of Transaction Fee Mechanism Design**.
In the *25th Annual ACM Conference on Economics and Computation (EC), 2024.*

[PRW 24]  Oresis Plevrakis, Seyoon Ragavan , S. Matthew Weinberg:
**On the Cut-Query Complexity of Approximating Max-Cut**.
In the *51st Annual EATCS International Colloquium on Automata, Languages, and Programming (ICALP), 2024.*

[DW 24]  Atanas Dinev, S. Matthew Weinberg:
**Simple and Optimal Online Contention Resolution Schemes for $k$-Uniform Matroids**.
In the *15th Annual Innovations of Theoretical Computer Science (ITCS), 2024.*

[EGW 24]  Meryem Essaidi, Kira Goldner, S. Matthew Weinberg:
**To Regulate or Not to Regulate: Using Revenue Maximization Tools to Maximize Consumer Utility**.
In the *17th International Symposium on Algorithmic Game Theory (SAGT), 2024.*

[CWWZ 23]  Linda Cai, S. Matthew Weinberg, Evan Wildenhain, Shirley Zhang:
**Selling to Multiple No-Regret Buyers**.
In the *18th Conference on Web and Internet Economics (WINE), 2023.*

[CGW 23]  Linda Cai, Joshua Gardner, S. Matthew Weinberg, Shirley Zhang:
**Optimal Stopping with Multi-Dimensional Comparative Loss Aversion**.
In the *18th Conference on Web and Internet Economics (WINE), 2023.*

[SVW 23]  Raghuvansh R. Saxena, Santhoshini Velusamy, S. Matthew Weinberg:
**An Improved Lower Bound for Matroid Intersection Prophet Inequalities**.
In the *14th Annual Innovations of Theoretical Computer Science (ITCS), 2023.*

[DW 22]  Atanas Dinev, S. Matthew Weinberg:
**Tight Bounds on 3-Team Manipulations in Randomized Death Match**.
In the *18th Conference on Web and Internet Economics (WINE), 2022.*

[GRW 22]  Akash Gaonkar, Divya Raghunathan, S. Matthew Weinberg:
**The Derby Game: An Ordering-based Colonel Blotto Game**.
In the *23rd Annual ACM Conference on Economics and Computation (EC), 2022.*

[WZ 22]       S. Matthew Weinberg, Zixin Zhou:
              **Optimal Multi-Dimensional Mechanisms are not Locally-Implementable**.
              In the *23rd Annual ACM Conference on Economics and Computation (EC),
              2022*.

[DFRSW 22]    Emily Dale, Jessica Fielding,, Hari Ramakrishnan, Sacheth Sathyanarayanan,
              S. Matthew Weinberg:
              **Approximately Strategyproof Tournament Rules with Multiple Prizes**.
              In the *23rd Annual ACM Conference on Economics and Computation (EC),
              2022*.

[FHWY 22]     Matheus V.X. Ferreira, Ye Lin Sally Hahn, S. Matthew Weinberg, Catherine
              Yu:
              **Optimal Strategic Mining against Cryptographic Self-Selection in
              Proof-of-Stake**.
              In the *23rd Annual ACM Conference on Economics and Computation (EC),
              2022*.

[PSW 22]      Christos-Alexandros Psomas, Ariel Schvartzman, S. Matthew Weinberg:
              **On Infinite Separations Between Simple and Optimal Mechanisms**.
              In the *35th Annual Conference and Workshop on Neural Information Pro-
              cessing Systems (NeurIPS), 2022*.

[CCFPW    22, Jose Correa, Andres Cristi, Andres Fielbaum, Tristan Pollner, S. Matthew
CCFPW 24]     Weinberg:
              **Optimal Item Pricing in Online Combinatorial Auctions**.
              In the *23rd Annual Conference on Integer Programming and Combinatorial
              Optimization (IPCO), 2022*.
              **Journal Version:** Mathematical Programming, 206(1): 429-460, 2024.

[EFW 22]      Meryem Essaidi, Matheus V. X. Ferreira, S. Matthew Weinberg:
              **Credible, Strategyproof, Optimal, and Bounded Expected-Round
              Single-Item Auctions for All Distributions**.
              In the *13th Annual Innovations of Theoretical Computer Science (ITCS),
              2022*.

[EW 21]       Meryem Essaidi, S. Matthew Weinberg:
              **On Symmetries in Multi-Dimensional Mechanism Design**.
              In the *17th Conference on Web and Internet Economics (WINE), 2021*.
              Accepted for oral presentation in the *1st Annual ACM Conference on Equity
              and Access in Algorithms, Mechanisms, and Optimization (EAAMO), 2021*.

[BBSW 21]     Maryam Bahrani, Hedyeh Beyhaghi, Sahil Singla, S. Matthew Weinberg:
              **Formal Barriers to Simple Algorithms for the Matroid Secretary
              Problem**.
              In the *17th Conference on Web and Internet Economics (WINE), 2021*.

[FW 21]       Matheus V. X. Ferreira, S. Matthew Weinberg:
              **Proof of Stake Mining Games with Perfect Randomness**.
              In the *22nd Annual ACM Conference on Economics and Computation (EC),
              2021*.

[BSW 21]        Mark Braverman, Jon Schneider, S. Matthew Weinberg:
                **Prior-free Dynamic Mechanism Design With Limited Liability**.
                In the *22nd Annual ACM Conference on Economics and Computation (EC)*,
                *2021.*

[NNW 21]        Eric Neyman, Georgy Noarov S. Matthew Weinberg:
                **Binary Scoring Rules that Incentivize Precision**.
                In the *22nd Annual ACM Conference on Economics and Computation (EC)*,
                *2021.*

[RSTWZ 21]      Aviad Rubinstein, Raghuvansh R. Saxena, Clayton Thomas, S. Matthew
                Weinberg, Junyao Zhao:
                **Exponential Communication Separations between Notions of Self-
                ishness**.
                In the *53rd Annual ACM Symposium on Theory of Computation (STOC)*,
                *2021.*

[RJW 21]        Jad Rahme, Sami Jelassi, S. Matthew Weinberg:
                **Auction Learning as a Two-Player Game**.
                In the *9th Annual International Conference on Learning Representations
                (ICLR)*, *2021.*

[RJBW 21]       Jad Rahme, Sami Jelassi, Joan Bruna, S. Matthew Weinberg:
                **A Permutation Equivariant Neural Network Architecture for Auc-
                tion Design**.
                In the *35th Annual AAAI Conference on Artificial Intelligence (AAAI)*,
                *2021.*

[DW 21]         Kimberly Ding, S. Matthew Weinberg:
                **Approximately Strategyproof Tournament Rules in the Probabilis-
                tic Setting**.
                In the *12th Annual Innovations of Theoretical Computer Science (ITCS)*,
                *2021.*

[CKWLG 20]      Michael Chang, Sidhant Kaushik, S. Matthew Weinberg, Thomas L. Grif-
                fiths, Sergey Levine
                **Decentralized Reinforcement Learning: Global Decision-Making
                via Local Economic Transactions**.
                In the *37th Annual International Conference on Machine Learning (ICML)*,
                *2020.*

[BIMW 20]       Maryam Bahrani, Nicole Immorlica, Divyarthi Mohan, S. Matthew Wein-
                berg:
                **Asynchronous Majority Dynamics in Preferential Attachment Trees**.
                In the *47th International Colloquium on Automata, Languages, and Program-
                ming (ICALP)*, *2020.*

[FW 20]         Matheus V. X. Ferreira, S. Matthew Weinberg:
                **Credible, Truthful, and Two-Round (Optimal) Auctions via Cryp-
                tographic Commitments**.

In the *21st Annual ACM Conference on Economics and Computation (EC), 2020.*

[DGSSW 20]  Nikhil R. Devanur, Kira Goldner, Raghuvansh R. Saxena, Ariel Schvartzman, S. Matthew Weinberg:
**Optimal Mechanism Design for Single-Minded Agents**.
In the *21st Annual ACM Conference on Economics and Computation (EC), 2020.*

[CW 20]  Natalie Collina, S. Matthew Weinberg:
**On the (in)-approximability of Bayesian Revenue Maximization for a Combinatorial Buyer**.
In the *21st Annual ACM Conference on Economics and Computation (EC), 2020.*

[AKRW20, AKRW22]  Sepehr Assadi, Hrishikesh Khandeparkar, Raghuvansh R. Saxena, S. Matthew Weinberg:
**Separating the Communication Complexity of Truthful and Non-Truthful Combinatorial Auctions**.
In the *52nd Annual ACM Symposium on Theory of Computation (STOC), 2020.*
**Accepted to Special Issue of SIAM Journal on Computing (SICOMP)**.

[AKW 20]  Rediet Abebe, Jon Kleinberg, S. Matthew Weinberg:
**Subsidy Allocations in the Presence of Income Shocks**.
In the *34th Annual AAAI Conference on Artificial Intelligence (AAAI), 2020.*

[GPRW 20]  Andrei Graur, Tristan Pollner, Vidhya Ramaswamy, S. Matthew Weinberg:
**New Query Lower Bounds for Submodular Function Minimization**.
In the *11th Annual Innovations of Theoretical Computer Science (ITCS), 2020.*

[CTW 20]  Linda Cai, Clayton Thomas, S. Matthew Weinberg:
**Implementation in Advised Strategies: Welfare Guarantees from Posted-Price Mechanisms when Demand Queries are NP-hard**.
In the *11th Annual Innovations of Theoretical Computer Science (ITCS), 2020.*

[RWW 20]  Aviad Rubinstein, Jack Z. Wang, S. Matthew Weinberg:
**Optimal Single-Choice Prophet Inequalities from Samples**.
In the *11th Annual Innovations of Theoretical Computer Science (ITCS), 2020.*

[SWZZ 20]  Ariel Schvartzman, S. Matthew Weinberg, Eitan Zlatin, Albert Zuo:
**Approximately Strategyproof Tournament Rules: On Large Manipulating Sets and Cover-Consistence**.
In the *11th Annual Innovations of Theoretical Computer Science (ITCS), 2020.*

[EFNTW 19]     Tomer Ezra, Michal Feldman, Eric Neyman, Inbal Talgam-Cohen, S. Matthew Weinberg:
**Settling the Communication Complexity of Combinatorial Auctions with Two Subadditive Buyers**.
In the *60th Annual IEEE Symposium on Foundations of Computer Science (FOCS), 2019*.

[KMSSW 19]     Pravesh Kothari, Divyarthi Mohan, Ariel Schvartzman, Sahil Singla, S. Matthew Weinberg:
**Approximation Schemes for a Buyer with Independent Items via Symmetries**.
In the *60th Annual IEEE Symposium on Foundations of Computer Science (FOCS), 2019*.

[PSW 19]     Christos-Alexandros Psomas, Ariel Schvartzman, S. Matthew Weinberg:
**Smoothed Analysis of Multi-Item Auctions with Correlated Values**.
In the *20th Annual ACM Conference on Economics and Computation (EC), 2019*.

[BNPW 19]     Jonah Brown-Cohen, Arvind Narayanan, Christos-Alexandros Psomas, S. Matthew Weinberg:
**Formal Barriers to Longest-Chain Proof-of-Stake Protocols**.
In the *20th Annual ACM Conference on Economics and Computation (EC), 2019*.

[BMSW 19]     Mark Braverman, Jieming Mao, Jon Schneider, S. Matthew Weinberg:
**Multi-Armed Bandit Problems with Strategic Arms**.
In the *32nd Annual Conference on Learning Theory (COLT), 2019*.

[BW 19]     Hedyeh Beyhaghi, S. Matthew Weinberg:
**Optimal (and Benchmark-Optimal) Competition Complexity for Additive Buyers over Independent Items**.
In the *51st Annual ACM Symposium on Theory of Computation (STOC), 2019*.

[FWHFC 19]     Matheus V. X. Ferreira, S. Matthew Weinberg, Danny Yuxing Huang, Nick Feamster, Tithi Chattopadhyay:
**Selling a Single Item with Negative Externalities: to Regulate Production or Payments?**.
In the *28th Annual World Wide Web Conference (WWW), 2019*.

[AW19, AW22]     Nick Arnosti, S. Matthew Weinberg:
**Bitcoin: A Natural Oligopoly**.
In the *10th Annual Innovations of Theoretical Computer Science (ITCS), 2019*.
**Journal Version:** Management Science, 68(7): 4755-4771 (2022).

[DNPW 19]     Shaddin Dughmi, Rad Niazadeh, Christos-Alexandros Psomas, S. Matthew Weinberg:
**Persuasion and Incentives through the Lens of Duality**.

|  | In the *15th Annual Conference on Web and Internet Economics (WINE)*, 2019. |
|---|---|
| [GW18, GW21] | Yannai Gonczarowski, S. Matthew Weinberg:<br>**The Sample Complexity of up-to-$\varepsilon$ Multi-Dimensional Revenue Maximization**.<br>In the *59th Annual IEEE Symposium on Foundations of Computer Science (FOCS)*, 2018.<br>**Journal Version:** Joural of the ACM (JACM), 68(3): 15:1-15:28 (2021). |
| [BMSW 18] | Mark Braverman and Jieming Mao and Jon Schneider and S. Matthew Weinberg:<br>**Selling to a No-Regret Buyer**.<br>In the *19th ACM Conference on Economics and Computation (EC)*, 2018.<br>**Best Full Paper Award.**<br>**Best Paper with Student Lead Author Award.** |
| [KGCWF 18] | Harry Kalodner, Steven Goldfeder, Xiaoqi Chen, S. Matthew Weinberg, Edward W. Felten:<br>**Arbitrum: Scalable Smart Contracts**.<br>In the *27th Annual USENIX Security Symposium (USENIX)*, 2018. |
| [RSW 18] | Aviad Rubinstein, Tselil Schramm, S. Matthew Weinberg:<br>**Computing exact minimum cuts without knowing the graph**.<br>In the *9th Annual Innovations of Theoretical Computer Science (ITCS)*, 2018. |
| [BMW 18] | Mark Braverman, Jieming Mao, S. Matthew Weinberg:<br>**On Simultaneous Two-Player Combinatorial Auctions**.<br>In the *29th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA)*, 2018. |
| [SSW 18] | Raghuvansh R. Saxena, Ariel Schvartzman, S. Matthew Weinberg:<br>**The Menu Complexity of "one-and-a-half-dimensional" mechanism design**.<br>In the *29th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA)*, 2018. |
| [DW 17] | Nikhil R. Devanur, S. Matthew Weinberg:<br>**The Optimal Mechanism for Selling to a Budget Constrained Buyer: The General Case**.<br>In the *18th Annual ACM Conference on Economics and Computation (EC)*, 2017. |
| [EFFTW17b, EFFTW21] | Alon Eden, Michal Feldman, Ophir Friedler, Inbal Talgam-Cohen, S. Matthew Weinberg:<br>**A Simple and Approximately Optimal Mechanism for a Buyer with Complements**.<br>In the *18th Annual ACM Conference on Economics and Computation (EC)*, 2017.<br>**Journal Version:** Operations Research, 69(1): 188-206 (2021). |

[EFFTW 17a]    Alon Eden, Michal Feldman, Ophir Friedler, Inbal Talgam-Cohen, S. Matthew
               Weinberg:
               **The Competition Complexity of Auctions: A Bulow-Klemperer
               Result for Multi-Dimensional Bidders**.
               In the *18th Annual ACM Conference on Economics and Computation (EC),
               2017*.

[HWZJC 17]     Zhe Huang, S. Matthew Weinberg, Liang Zheng, Carlee Joe-Wong, Mung
               Chiang:
               **Discovering Valuations and Enforcing Truthfulness in a Deadline-
               Aware Scheduler**.
               In the *37th Annual IEEE Conference on Computer Communications (INFO-
               COM), 2017*.

[SSW 17]       Jon Schneider, Ariel Schvartzman, S. Matthew Weinberg:
               **Condorcet-Consistent and Approximately Strategyproof Tourna-
               ment Rules**.
               In the *8th Innovations of Theoretical Computer Science Conference (ITCS),
               2017*.

[CKWN 16]      Miles Carlsten, Harry Kalodner, S. Matthew Weinberg, Arvind Narayanan:
               **On the Instability of Bitcoin without the Block Reward**.
               In the *23rd Annual ACM Conference on Computer and Communications
               Security (CCS), 2016*.

[CDW16,        Yang Cai, Nikhil Devanur, S. Matthew Weinberg:
CDW21]         **A Duality Based Unified Approach to Bayesian Mechanism Design**.
               In the *48th Annual ACM Symposium on Theory of Computation (STOC),
               2016*.
               **Accepted to Special Issue of SIAM Journal on Computing (SICOMP)**.

[BMW 16b]      Mark Braverman, Jieming Mao, S. Matthew Weinberg:
               **Parallel Algorithms for Select and Partition with Noisy Compar-
               isons**.
               In the *48th Annual ACM Symposium on Theory of Computation (STOC),
               2016*.

[BMW 16a]      Mark Braverman, Jieming Mao, S. Matthew Weinberg:
               **Interpolating Between Truthful and Non-truthful Mechanisms for
               Combinatorial Auctions**.
               In the *27th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA),
               2016*.

[RW 15, RW 18] Aviad Rubinstein, S. Matthew Weinberg:
               **Simple Mechanisms for a Subadditive Buyer and Applications to
               Revenue Monotonicity**.
               In the *16th Annual ACM Conference on Economics and Computation (EC),
               2015*.
               **Accepted to Special Issue of Transactions on Economics and Com-
               putation (TEAC)**.

[DDW15,DDW18]    Constantinos Daskalakis, Nikhil Devanur, S. Matthew Weinberg:
                 **Revenue Maximization and Ex-Post Budget Constraints**.
                 In the *16th Annual ACM Conference on Economics and Computation (EC), 2015*.
                 **Accepted to Special Issue of Transactions on Economics and Computation (TEAC)**.

[DMSW 15]        Nikhil Devanur, Jamie Morgenstern, Vasilis Syrgkanis, S. Matthew Weinberg:
                 **Simple Mechanisms with Simple Strategies**.
                 In the *16th Annual ACM Conference on Economics and Computation (EC), 2015*.

[DW 15]          Constantinos Daskalakis, S. Matthew Weinberg:
                 **Bayesian Truthful Mechanisms for Job Scheduling from Bi-criterion Approximation Algorithms**.
                 In the *26th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA), 2015*.

[DKTWW 15]       Constantinos Daskalakis, Nicolaas Kaashoek, Christos Tzamos, S. Matthew Weinberg, William Wu:
                 **Game Theory Based Peer Grading for MOOCs**.
                 In the *Second ACM Conference on Learning at Scale (L@S), 2015*.
                 Work in Progress paper.

[BILW14,         Moshe Babaioff, Nicole Immorlica, Brendan Lucier, S. Matthew Weinberg:
BILW20]          **A Simple and Approximately Optimal Mechanism for an Additive Buyer**.
                 In the *55th Annual IEEE Symposium on Foundations of Computer Science (FOCS), 2014*.
                 **Journal Version:** Journal of the ACM (JACM), 67(4): 24:1-24:40 (2020).

[FILW 14]        Michal Feldman, Nicole Immorlica, Brendan Lucier, S. Matthew Weinberg:
                 **Reaching Consensus via non-Bayesian Asynchronous Learning in Social Networks**.
                 In the *17th International Workshop on Approximation Algorithms for Combinatorial Optimization Problems (APPROX), 2014*.

[AKW14,          Pablo D. Azar, Robert Kleinberg, S. Matthew Weinberg:
AKW19]           **Prophet Inequalities with Limited Information**.
                 In the *25th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA), 2014*.
                 **Accepted to Special Issue of Games and Economic Behavior (GEB)**.

[CDW 13b]        Yang Cai, Constantinos Daskalakis and S. Matthew Weinberg:
                 **Understanding Incentives: Mechanism Design Becomes Algorithm Design**.
                 In the *54th Annual IEEE Symposium on Foundations of Computer Science (FOCS), 2013*.

[CDW 13a]        Yang Cai, Constantinos Daskalakis and S. Matthew Weinberg:
                 **Reducing Revenue to Welfare Maximization: Approximation Algorithms and other Generalizations**.
                 In the *24th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA)*, *2013*.

[ADMW 13]        Pablo Azar, Constantinos Daskalakis, Silvio Micali and S. Matthew Weinberg:
                 **Optimal and Efficient Parametric Auctions**.
                 In the *24th Annual ACM-SIAM Symposium on Discrete Algorithms (SODA)*, *2013*.

[CDW 12b]        Yang Cai, Constantinos Daskalakis and S. Matthew Weinberg:
                 **Optimal Multi-Dimensional Mechanism Design: Reducing Revenue to Welfare Maximization**.
                 In the *53rd Annual IEEE Symposium on Foundations of Computer Science (FOCS)*, *2012*.
                 **FOCS 2022 Test of Time Award.**

[DW 12]          Constantinos Daskalakis and S. Matthew Weinberg:
                 **Symmetries and Optimal Multi-Dimensional Mechanism Design**.
                 In the *13th ACM Conference on Electronic Commerce (EC)*, *2012*.
                 **Best Paper with Student Lead Author Award.**

[CDW 12a]        Yang Cai, Constantinos Daskalakis and S. Matthew Weinberg:
                 **An Algorithmic Characterization of Multi-Dimensional Mechanisms**.
                 In the *44th ACM Symposium on Theory of Computing (STOC)*, *2012*.

[KW 12, KW 19]   Robert Kleinberg and S. Matthew Weinberg:
                 **Matroid Prophet Inequalities**.
                 In the *44th ACM Symposium on Theory of Computing (STOC)*, *2012*.
                 **Accepted to Special Issue of Games and Economic Behavior (GEB).**

[BCKW10,BCKW15]  Patrick Briest, Shuchi Chawla, Robert Kleinberg, and S. Matthew Weinberg:
                 **Pricing Randomized Allocations**.
                 In the *21st Annual ACM-SIAM Symposium on Discrete Algorithms (SODA)*, *2010*.
                 **Accepted to Special Issue of Journal of Economic Theory (JET)**.

ORGANIZED
WORKSHOPS AND
TUTORIALS          SIGecom Winter Meeting on Web3/Blockchain/Cryptocurrencies (with Scott Kominers), 2023.

                   Economics of Distributed Systems (with Jacob Leshno), Conference on Economics and Computation, 2022. Conference on Web and Internet Economics, 2022.

                   Algorithmic Game Theory Mentoring Workshop (with Michal Feldman and Raf Frongillo), Conference on Economics and Computation, 2020.

Early Career TCS Mentoring Workshop (with Yael Kalai and Aviad Rubinstein), Symposium on the Foundations of Computer Science, 2019.

Algorithmic Game Theory Mentoring Workshop (with Ariel Procaccia and Daniela Saban), Conference on Economics and Computation, 2019.

Tutorial on Incentives in Cryptocurrencies (with Jacob Leshno, Arvind Narayanan, Georgios Piliouras and Christos-Alexandros Psomas), Conference on Economics and Computation, 2018.

Algorithmic Game Theory Mentoring Workshop (with Nicole Immorlica and Ruta Mehta), Conference on Economics and Computation, 2018.

Workshop on Connections between Theory of Computation and Mechanism design (with Yang Cai and Shuchi Chawla), Symposium on Theory of Computing, 2017.

Tutorial on Prophet Inequalities and Secretary Problems, Simons Institute Bootcamp for Algorithms and Uncertainty, Berkeley, 2016.

Tutorial on Bayesian Mechanism Design (with Yang Cai and Constantinos Daskalakis), Conference on Economics and Computation, 2014.

PROFESSIONAL
SERVICE AND
AFFILIATIONS

ArXiv: Moderator for cs.GT (2023 - 2024).

ACM Transactions on Economics and Computation (TEAC): Associate Editor (2022 - present).

ACM SIGecom Exchanges: Co-Editor (2018-2022).

ACM Symposium on the Theory of Computing (STOC): Program Committee (2022, 2024).

ACM Conference on Economics and Computation (EC): Area Chair (2021, 2023), Senior Program Committee (2017, 2019, 2020, 2024), Treasurer (2016), Program Committee (2015, 2016, 2018, 2022). Distinguished Senior PC member (2019). Distinguished PC member (2018).

ACM-SIAM Symposium on Discrete Algorithms (SODA): Program Committee (2017, 2022)

Advances in Financial Technologies (AFT): Program Chair (2023), General Chair (2023), Program Committee (2019, 2020, 2021), Steering Committee (2023 - present)

SIAM Journal on Computing (SICOMP): Associate Editor for STOC 2024 Special Issue (2024).

Initiative for CryptoCurrencies and Contracts (IC3): Faculty (2025 - present).

SIGACT Research Highlights Committee (2024).

Bitcoin Research Prize Committee (2024, 2025).

International Colloquium on Automata, Languages and Programming (ICALP): Program Committee (2017)

Innovations in Theoretical Computer Science (ITCS): Program Committee (2019, 2021, 2024)

ACM Conference on Equity and Access in Algorithms, Mechanisms, and Optimization (EAAMO): Area Chair (2021)

International World Wide Web Conference (WWW): Program Committee (2017), Outstanding Reviewer Award (2017)

Conference on Web and Internet Economics (WINE): Senior Program Committee (2022), Program Committee (2016, 2017, 2018, 2019, 2020)

Workshop on the Economics of Networks, Systems and Computation (NetEcon): Program Committee (2016, 2018)

Conference on Auctions, Market Mechanisms and Their Applications (AMMA): Program Committee (2015)

International Conference on Artificial Intelligence (IJCAI): Program Committee (2013)

IEEE International Workshop on Network Science for Communication Networks: Program Committee (2017)

Workshop on Mechanism Design for Social Good (MD4SG): Program Committee (2017, 2018, 2019, 2020)

Computing Research Association (CRA): Undergraduate Research Awards Committee Member (2022, 2023).

DEPARTMENTAL AND UNIVERSITY SERVICE

SEAS DeCenter. Co-Director (07/2025 - present), Associate Director (07/2023 - 06/2025), Steering Committee (06/2022 - present), Faculty Search Committee (2022-2023, 2023-2024).

Council of the Princeton University Community. Member (06/2023 - present), Executive Committee (06/2023 - present), Faculty Advisory Committee on Policy (06/2023 - present).

COS Climate and Inclusion Committee. Member (09/2018 - present), Lead for issues related to grad admissions (01/2021 - 08/2022), Chair (09/2022 - present).

Emma Bloomberg Center for Access and Opportunity. Faculty Advisory Board (2024 - present).

Center for Information and Technology Policy. Faculty Search Committee (2023-2024).

Council on Teaching and Learning, Member (09/2020 - 06/2023).

Faculty advisor for JuST (2020 - 2022).

Graduate admissions: Theory group lead (2019-2020, 2021-2022 (co-led with Huacheng Yu) ), Diversity lead (2022 - present).

Co-coordinated (with Adam Finkelstein) COS TA assignment for fall 2021 and spring 2022.

Mathey BSE Advisor (09/2017 - 06/2018). COS BSE Academic Advisor (90/2018 - 6/2021). Whitman AB Advisor (09/2021 - 06/2023).

Undergraduate advising: 134 advisee-semesters (93 COS, 33 MAT, 2 ORF, 1 ECE, 5 PACM) from 01/2017 - 06/2025.

President's Award for Distinguished Teaching. Selection Committee (2023).

VISITING
POSITIONS AND
INTERNSHIPS

| Summer 2022 | **a16z Crypto** | **New York, NY** |
|---|---|---|
| | Summer Faculty Fellow. | |

| Fall 2016 | **Simons Institute for the Theory of Computing** | **Berkeley, CA** |
|---|---|---|
| | Research Fellow, Semester on Algorithms and Uncertainty. | |

| Fall 2015 | **Simons Institute for the Theory of Computing** | **Berkeley, CA** |
|---|---|---|
| | Research Fellow, Semester on Economics and Computation. | |

| Summer 2013 | **Microsoft Research - New England** | **Cambridge, MA** |
|---|---|---|
| | Research Intern with Nicole Immorlica and Brendan Lucier. | |

| Summer 2011 | **Department of Defense** | **Fort Meade, MD** |
|---|---|---|
| | NPSC Intern. References available upon request. | |

| Summer 2010 | **Institute for Defense Analyses** | **Princeton, NJ** |
|---|---|---|
| | SCAMP Participant. References available upon request. | |

| Summer 2009 | **Department of Defense** | **Fort Meade, MD** |
|---|---|---|
| | Director's Summer Program. References available upon request. | |

| Summer 2008 | **University of Maryland** | **College Park, MD** |
|---|---|---|
| | REU in network security with Professor Michel Cukier. | |

PRIOR
TESTIMONY

1. Texas v. Google.