# Exhibit H



The Entrepreneur Association and AnderTech Present:

# Bitcoin Summit at UCLA Anderson

Part of the Unchained series

Friday, May 23, 2025

**Conference:** 2:00 p.m. – 5:00 p.m.
**Reception:** 5:00 – 7:00 p.m.

**Conference:** Crown Auditorium in Marion Anderson Hall at UCLA Anderson

**Networking reception:** Grand Salon at UCLA Anderson

REGISTER NOW

# AnderTech and the Entrepreneur Association Proudly Present the Inaugural UCLA Anderson Bitcoin Summit

As UCLA's premier Bitcoin event, the Summit brings together industry leaders, innovators, and curious minds to explore



business, finance, energy, and beyond. Through thought-provoking panels and dynamic discussions, we'll unpack why Bitcoin matters—and what it means for the future of global markets, digital trust, and economic inclusion.

Our mission is to establish UCLA Anderson as a hub for forward-thinking Bitcoin education, connect students with opportunities across the ecosystem, and spotlight Los Angeles as an emerging force in the global Bitcoin movement.

# Bitcoin Summit Agenda

Friday, May 23, 2025

2:00 – 2:15 p.m.
**Opening Remarks**

**Kyle Knight ('25)**, Senior EVP, Entrepreneur Association; Founder, Bitcoin Bruins
**Fred Krueger**, Investor
**Ben Sigman**, Founder and CEO, Bitcoin Libre

2:15 – 2:45 p.m.
**Panel: Beyond Banks: Bitcoin's Role in Reinventing Financial Freedom**

Discussing Bitcoin's global potential to disrupt traditional finance, highlighting how Bitcoin Libre is empowering individuals through innovative lending solutions

**Andrea Eisfeldt**, Laurence D. and Lori W. Fink Endowed Chair in Finance, Professor of Finance, UCLA Anderson
**Fred Krueger**, Investor
**Ben Sigman**, Founder and CEO, Bitcoin Libre

Moderator: **Andy Hu ('25)**

2:45 – 3:00 p.m.
**Panel Q&A**

3:00 – 3:10 p.m.
**Break**

3:10 – 3:40 p.m.
**Panel: Securing Bitcoin's Future: From Sustainable Mining to Institutional Trust**

Examining Bitcoin's full life cycle, from sustainable mining practices to secure institutional custody, emphasizing trust, compliance and industry growth

**Manny Khan**, Director of Cybersecurity, BitGo
**William Szamosszegi**, Founder and President, Sazmining

Moderator: **Vaibhav Khanna ('26), EVP, Entrepreneur Association**

3:40 – 3:55 p.m.
Panel Q&A

3:55 – 4:00 p.m.
Break

4:00 – 4:30 p.m.
**Panel: Bitcoin and the Next Generation: From Campus to Global Impact**

Exploring how the next generation will lead Bitcoin's evolution, from university roots to reshaping global systems.

**Benjamin Tsai**, Co-Founder and President, Wave Digital Assets; Professor of Crypto Finance, UCLA Anderson
**Eric Chung**, Managing Director, VanEck Digital Assets Initiative at USC Marshall School of Business

Moderator: **Demian Schatt**, Head of Operations, The Bitcoin Layer; Founder and President; USC Bitcoin Club

4:30 – 4:45 p.m.

**Panel Q&A**

4:45 – 4:55 p.m.

**Closing Remarks (Kyle Knight)**

5:00 – 7:00 p.m.

**Networking Happy Hour (food and drink provided)**

Speakers are encouraged to showcase and distribute branded materials.

# Speakers



### Manny Khan ('21)

Digital Assets Security Advisor/Director of Cybersecurity, Bitgo



Read Bio



### Andrea Eisfeldt

Laurence D. and Lori W. Fink Endowed Chair in Finance; Professor of Finance, UCLA Anderson



Read Bio



### Fred Krueger

Investor



Read Bio



### Ben Sigman ('05)

Founder and CEO, Bitcoin Libre



[Read Bio](#)



### William Szamosszegi

Founder and President, Sazmining



[Read Bio](#)



### Benjamin Tsai ('01)

Co-Founder and President, Wave Digital Assets; Professor of Crypto Finance, UCLA Anderson



[Read Bio](#)



### Eric Chung

Managing Director, VanEck Digital Assets Initiative at USC Marshall School of Business



Read Bio



### Demian Schatt

Head of Operations, The Bitcoin Layer



Read Bio

# Presented By





# 2023 Event Highlight: Decentralized Finance Panel

Unlocking the Potential of Decentralized Finance



# Contact

**Kyle Knight** ('25), Senior EVP,

Entrepreneur Association

**Back to Top**



110 Westwood Plaza
Los Angeles, CA 90095-1481

| Prospective Students | Helpful Links and Utilities | Campus and University Links |
|---|---|---|
|  | Portal | Computing Services |
|  | Master Calendar | UCLA |
|  | Terms of Use |  |

 ©**The Regents of the University of California**

**Emergency**  **Accessibility**  **Privacy & Terms of Use**