# Exhibit I

# Finance Course Recommendations

# Corporate Finance

Academic Year 2022-2023

NOTE: Classes are offered in 'Su'- Summer, 'F'- Fall, 'W'- Winter, 'Sp'- Spring.

(Course numbers have no meanings per se, but are simply registrar codes)

## Investment Banking

- **220 Corporate Financial Reporting**
  In-depth treatment of significant corporate financial reporting issues to enhance understanding of financial statements and student ability to interpret and use information contained in these disclosures. Emphasis on economic substance of transactions.

- **231C Corporate Valuation**
  (*Santikian*: F) Lectures, discussions, and student presentations. Issues and analytical tools relevant for valuing projects, divisions, and corporations. Theories of discounted cash flow valuation (DCF) and relative valuation using market multiples. Theories of practice to value different projects, including IPO, mergers and acquisitions, divestitures, and private firms. Exploration of how real options affect investment decisions and how they can be identified and valued.

- **231D Takeovers, Restructuring & Corporate Governance**
  (*Greene*: W) Process by which corporate control transactions take place; role of market for corporate control in leading to economic restructuring and shifts in resource allocation by corporations. Empirical evidence on economic and capital market reactions to control transactions and to defensive measures by management. Focus on interaction of strategic planning, firm value maximization, and investment decisions in life cycle of growth of firm.

- **235 Venture Capital and Private Equity**
  (*Xinxin Wang*) This course studies how to finance and scale a high-growth business or start-up, ranging from seed to later stage. The goal is to help students make better financial decisions, both as entrepreneurs and

as venture capital and private equity investors. Through a combination of lectures and readings, we will develop financial models aimed at understanding deal structures, valuation, and investment decisions within the start-up context. Then, we supplement and apply these concepts using a variety of case studies with firms at all stages of their life cycle. Along the way, we will address the different issues that arise at different stages of this life cycle: developing and evaluating a business model, understanding the incentives of each type of investor, structuring transactions and contractual terms, and much more.

▶ **235 Venture Capital and Private Equity**
(*Mark Garmaise*) The dynamic private equity finance market is increasingly important both within the U.S. and internationally. This course studies entrepreneurial finance and venture capital via the case method . In some cases, we will consider issues faced by entrepreneurs who are setting up new firms, while in others we will analyze the decisions of private equity partnership managers and investors. Students will acquire tools for conducting valuations in entrepreneurial settings. We will develop an understanding of the institutional context of private equity finance. The course is designed to be challenging, and it is my hope that you will find your efforts rewarded. For more information, go **here**

▶ **430 Corporate Finance**
(*Kundu/ Kahl*: Su, F, Sp) This course takes the perspective of the CFO of a firm. The objective of the CFO is to maximize the value of the firm by making three types of decisions: which projects to invest in, how to finance that investment, and how to manage the firm's cash flows. This course will make use of case studies to present the financial tools that are

needed to make value-enhancing business decisions. It is a natural follow-on course to Finance 408.

▸ **231D2 Healthcare Takeovers, Restructuring**
(Sp) Special Topics in Management

## Finance for Consultants

▸ **231C Corporate Valuation**
(*Santikian*: F) Lectures, discussions, and student presentations. Issues and analytical tools relevant for valuing projects, divisions, and corporations. Theories of discounted cash flow valuation (DCF) and relative valuation using market multiples. Theories of practice to value different projects, including IPO, mergers and acquisitions, divestitures, and private firms. Exploration of how real options affect investment decisions and how they can be identified and valued.

▸ **231D Takeovers, Restructuring & Corporate Governance**
(*Greene*: W) Process by which corporate control transactions take place; role of market for corporate control in leading to economic restructuring and shifts in resource allocation by corporations. Empirical evidence on economic and capital market reactions to control transactions and to defensive measures by management. Focus on interaction of strategic planning, firm value maximization, and investment



(*Wang*: Su, F, Sp) Use of cases to study entrepreneurial finance and venture capital. Analysis of issues faced by entrepreneurs who are setting up new firms, as well as decisions of private equity

partnership managers and investors. How transactions are structured and why investors and entrepreneurs choose certain contractual arrangements. Development of understanding for institutional context of private equity finance. Time also devoted to leveraged buyouts.

- **430 Corporate Finance**
  (*Kundu/Kahl* : Su, F, W, Sp) Consideration of broad range of issues faced by corporate financial managers. Analysis of firm's investment and financing decisions. Impact on firm of agency costs and asymmetric information. Study of mergers and acquisitions through use of empirical studies. Security design also covered.

## Finance for Managers

- **231C Corporate Valuation**
  (*Santikian*: F) Lectures, discussions, and student presentations. Issues and analytical tools relevant for valuing projects, divisions, and corporations. Theories of discounted cash flow valuation (DCF) and relative valuation using market multiples. Theories of practice to value different projects, including IPO, mergers and acquisitions, divestitures, and private firms. Exploration of how real options affect investment decisions and how they can be identified and valued.

- **298D ESG for Managers and Investors**
  (*Haddad*: Sp) Special Topics in Management

- **430 Corporate Finance**
  (*Kundu/Kahl* : Su, F, W, Sp) Consideration of broad range of issues faced by corporate financial managers. Analysis of firm's investment and financing decisions.

Impact on firm of agency costs and asymmetric information. Study of mergers and acquisitions through use of empirical studies. Security design also covered.

## VC/PE

> **231C Corporate Valuation**
> (*Santikian*: F) Lectures, discussions, and student presentations. Issues and analytical tools relevant for valuing projects, divisions, and corporations. Theories of discounted cash flow valuation (DCF) and relative valuation using market multiples. Theories of practice to value different projects, including IPO, mergers and acquisitions, divestitures, and private firms. Exploration of how real options affect investment decisions and how they can be identified and valued.

> **231D Takeovers, Restructuring & Corporate Governance**
> (*Greene*: W) Process by which corporate control transactions take place; role of market for corporate control in leading to economic restructuring and shifts in resource allocation by corporations. Empirical evidence on economic and capital market reactions to control transactions and to defensive measures by management. Focus on interaction of strategic planning, firm value maximization, and investment decisions in life cycle of growth of firm.

> **235 Venture Capital and Private Equity**
> (*Wang*: Su, F, Sp) This course studies how to finance and scale a high-growth business or start-up, ranging from seed to later stage. The goal is to help students make better financial decisions, both as entrepreneurs and as venture capital and private equity investors.

Through a combination of lectures and readings, we will develop financial models aimed at understanding deal structures, valuation, and investment decisions within the start-up context. Then, we supplement and apply these concepts using a variety of case studies with firms at all stages of their life cycle. Along the way, we will address the different issues that arise at different stages of this life cycle: developing and evaluating a business model, understanding the incentives of each type of investor, structuring transactions and contractual terms, and much more.

▸ **298A Special Topics Venture Capital Strategy**
(Sp) Special Topics in Management

▸ **298D Financial Technology: FinTech**
(*Eisfeldt*: Sp) This course develops an in-depth understanding of "FinTech", i.e. the opportunities (and challenges) at the intersection of finance and technology. We will study current topics in DeFi (crypto, tokens, exchanges), as well as how Artificial Intelligence, Big Data, Machine Learning, and the Cloud are changing the finance industry. Specific applications include blockchain, banking and lending, payments, real estate, and asset management.

▸ **298D Financial Markets in the Modern Era**
(*Zhang*: Sp) How does zero-commission Robinhood make money? Why does GameStop's stock price stay high for more than two years? What does the automated market maker do? What are the impacts of the non-stopping rise of passive investing? If you are interested in understanding the recent developments in the financial markets, this is the class for you. This course begins by introducing the basics of financial market infrastructure and the mechanism of price formation and discovery. We emphasize the role of broker-dealers in resolving frictions and facilitating an

efficient market. Then, through case studies and practical examples, we reflect on how recent technology developments have reshaped the trading market, resulting in various new market phenomena. Specific topics covered in the course include payment for order flow, decentralized exchange, short squeezes, bubbles and crashes, the rise of passive investing, and mutual fund runs. Through lectures, readings, and class discussions, students will gain a thorough understanding of these topics and learn how to critically analyze new market trends and developments

- **430 Corporate Finance**
  (*Kundu/ Kahl*: Su, F, W, Sp) Consideration of broad range of issues faced by corporate financial managers. Analysis of firm's investment and financing decisions. Impact on firm of agency costs and asymmetric information. Study of mergers and acquisitions through use of empirical studies. Security design also covered.

# Investment Management

Academic Year 2022-2023

NOTE: Classes are offered in 'Su'- Summer, 'F'- Fall, 'W'- Winter, 'Sp'- Spring.

(Course numbers have no meanings per se, but are simply registrar codes)

## Sales and Trading

- **232A Investment Management**
  (*Bernard Herskovic, F*) This class teaches how to manage a large portfolio of assets and to knowledgeably select and monitor of someone who does so for you. We study how to build a portfolio that optimally uses one's limited capacity for bearing risk, how to choose actively and passively managed investments, and how to measure their performance. Topics other than portfolio optimization include the measurement of alpha, the production of alpha and the underlying economics of alpha production.  Please note that this is not a stock-picking class. We are not in the business of identifying over-or undervalued assets. There are other classes currently being offered that focus on (attempting) valuations.  Although 232A has a bias towards equities, we will also cover other asset classes, such as bonds and currencies.

- **232X Non-Equity Investing (Options, Fixed Income, Int'l)**
  (Sp) Not listed

- **298D1 Balancing Purpose and Profits: ESG for Managers and Investors**
  (*Valentin Haddad with Henry Friedman,*) This course

focuses on ESG (environmental, social, and governance) issues relevant to corporate managers and investors. The last few years have seen these issues rise to the forefront of corporate and investment decisions. By taking the point of view of major decision-makers in this process (shareholders, managers/directors, lenders, regulators, and community-members), we build a comprehensive picture of this radical change in the business world. We will cover various frameworks for measurement, valuation, and opportunity and risk assessment, with emphasis on recent changes in the ESG landscape. The course can serve as a stand-alone introduction to ESG or as a foundation for other ESG/sustainability courses offered at UCLA.  The course also counts towards several specializations and certificates, including Social Impact, Leadership in Sustainability, Global Management, Finance, and Accounting, and the international course requirement for FTMBA students.An interview about the class on the Anderson website: **click here**.

- **298D2 FinTech**
  (*Andrea Eisfeldt, Sp*) This course develops an in-depth understanding of "FinTech", i.e. the opportunities (and challenges) at the intersection of finance and technology. We will study current topics in DeFi (crypto, tokens, exchanges), as well as how Artificial Intelligence, Big Data, Machine Learning, and the Cloud are changing the finance industry. Specific applications include blockchain, banking and lending, payments, real estate, and asset management.

- **298D3 Trading, Frictions, Fin-Tech**
  (W) Special Topics in Management

- **MFE Fixed Income**

(W) Not listed

## Wealth Management

- **232A Security Analysis & Investment Management**
  (*Bernard Herskovic*) This class teaches how to manage a large portfolio of assets and to knowledgeably select and monitor of someone who does so for you. We study how to build a portfolio that optimally uses one's limited capacity for bearing risk, how to choose actively and passively managed investments, and how to measure their performance. Topics other than portfolio optimization include the measurement of alpha, the production of alpha and the underlying economics of alpha production. Please note that this is not a stock-picking class. We are not in the business of identifying over-or undervalued assets. There are other classes currently being offered that focus on (attempting) valuations. Although 232A has a bias towards equities, we will also cover other asset classes, such as bonds and currencies.
  *Note This class is under 232A Investment Management on the Registrar website*

- **232B Non-Equity Investing (Options, Fixed Income, Int'l)**
  (Sp) Introduction to fixed-income markets: institutional arrangements in primary and secondary markets; description and analysis of various types of fixed-income instruments; valuation; fixed-income portfolio management; use of derivative instruments and dynamic investment strategies; asset securitization.
  *Note This class is under 232B Fixed-Income Markets on the Registrar website*

- **232F Behavioral Finance**
  (Sp) Introduction to and explanation of evidence of anomalous return behavior found in U.S. equities markets. Presentation of some paradigms of stock price movements that are rooted in studies from psychology and explanation of trading activity in equity risk-return paradigm. Introduction to some psychological biases that researchers suspect are inherent to investors. Employment of some results from psychology literature to explain irrationalities encountered in finance literature. Presentation of latest evidence on why individual investors trade and how individual and institutional investors form their portfolios.

- **298D1 ESG for Managers and Investors**
  (*Valentin Haddad with Henry Friedman*) This course focuses on ESG (environmental, social, and governance) issues relevant to corporate managers and investors. The last few years have seen these issues rise to the forefront of corporate and investment decisions. By taking the point of view of major decision-makers in this process (shareholders, managers/directors, lenders, regulators, and community-members), we build a comprehensive picture of this radical change in the business world. We will cover various frameworks for measurement, valuation, and opportunity and risk assessment, with emphasis on recent changes in the ESG landscape. The course can serve as a stand-alone introduction to ESG or as a foundation for other ESG/sustainability courses offered at UCLA.  The course also counts towards several specializations and certificates, including Social Impact, Leadership in Sustainability, Global Management, Finance, and Accounting, and the

international course requirement for FTMBA students. For an interview about the class on the Anderson website **click here**.

- **235 Venture Capital and Private Equity**
  (Xinxin Wang, Mark Garmaise, SU, F, Sp) This course studies how to finance and scale a high-growth business or start-up, ranging from seed to later stage. The goal is to help students make better financial decisions, both as entrepreneurs and as venture capital and private equity investors. Through a combination of lectures and readings, we will develop financial models aimed at understanding deal structures, valuation, and investment decisions within the start-up context. Then, we supplement and apply these concepts using a variety of case studies with firms at all stages of their life cycle. Along the way, we will address the different issues that arise at different stages of this life cycle: developing and evaluating a business model, understanding the incentives of each type of investor, structuring transactions and contractual terms, and much more.

## Portfolio Management

- **218 Tools and Analysis for Business Strategy**
  Goal is for students to become more comfortable with design, execution, and interpretation of data analysis that can meaningfully inform business strategy formulation. Pedagogical approach is firmly rooted in learning by doing. Use of variety of real-world examples to gain practice with quantitative methods that can be deployed in business settings to analyze underlying predictors and causes of firm success.

- **232A Security Analysis & Investment Management**
  (*Bernard Herskovic*) This class teaches how to manage a large portfolio of assets and to knowledgeably select and monitor of someone who does so for you. We study how to build a portfolio that optimally uses one's limited capacity for bearing risk, how to choose actively and passively managed investments, and how to measure their performance. Topics other than portfolio optimization include the measurement of alpha, the production of alpha and the underlying economics of alpha production.  Please note that this is not a stock-picking class. We are not in the business of identifying over-or undervalued assets. There are other classes currently being offered that focus on (attempting) valuations.  Although 232A has a bias towards equities, we will also cover other asset classes, such as bonds and currencies.
  *\*Note This class is under 232A Investment Management on the Registrar website*

- **232B Non-Equity Investing (Options, Fixed Income, Int'l)**
  (Sp) Introduction to fixed-income markets: institutional arrangements in primary and secondary markets; description and analysis of various types of fixed-income instruments; valuation; fixed-income portfolio management; use of derivative instruments and dynamic investment strategies; asset securitization.
  *\*Note This class is under 232B Fixed-Income Markets on the Registrar website*

- **232F Behavioral Finance**
  (Sp) Introduction to and explanation of evidence of anomalous return behavior found in U.S. equities markets. Presentation of some paradigms of stock price movements that are rooted in studies from

psychology and explanation of trading activity in equity risk-return paradigm. Introduction to some psychological biases that researchers suspect are inherent to investors. Employment of some results from psychology literature to explain irrationalities encountered in finance literature. Presentation of latest evidence on why individual investors trade and how individual and institutional investors form their portfolios.

▶ **298D1 ESG for Managers and Investors**
(Sp) Special Topics in Management

▶ **298D2 FinTech**
(Sp) Special Topics in Management

▶ **298D3 Trading, Frictions, Fin-Tech**
(W) Special Topics in Management

▶ **457A Fieldwork in Investment Management**
(F, W, Sp) Introduction to academic theories of portfolio management and management structure. Review of literature to identify investment strategies. Knowledge transfer and training before outgoing and incoming class leadership transition.

**Back to Top**



110 Westwood Plaza
Los Angeles, CA 90095-1481

| Prospective Students | Helpful Links and Utilities | Campus and University Links |
|---|---|---|
| | Portal | Computing Services |
| | Master Calendar | UCLA |
| | Terms of Use | |



©The Regents of the University of California

**Emergency**   **Accessibility**   **Privacy & Terms of Use**