LAW OFFICES

## WILLIAMS & CONNOLLY LLP*

PATRICK J. LOOBY
(202) 434-5150
plooby@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 17, 2025

Via ECF

The Honorable Jessica G. L. Clarke
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 11B
New York, NY 10007

> Re:    *United States v. Anton Peraire-Bueno, et al.*, 24 Cr. 293 (JGLC) – Requests to Charge

Dear Judge Clarke:

Defendants Anton Peraire-Bueno and James Peraire-Bueno respectfully submit the attached additional proposed requests to charge. The attached proposed instructions concern what the government refers to as "general requests," including on topics like the Function of the Court and Jury, the Burden of Proof and Presumption of Innocence, and Reasonable Doubt. Because this Court's Individual Trial Rules and Procedures 2(c)(i)(1) indicate that the Court will instruct the jury on the topics covered by the attached instructions before opening statements, the Peraire-Buenos respectfully submit the requested instructions in advance of trial to the extent the Court finds them useful, understanding that the Court may have its preferred versions of these common instructions.[1]

The instructions are adapted from those given by Judge Subramanian in *United States v. Eisenberg*, No. 1:23-cr-10 AS (S.D.N.Y. May 10, 2024) and by Judge Chin (sitting by designation) in *United States v. Goldstein*, No. 1:21-cr-550 DC (E.D.N.Y. June 27, 2023) as well as Sand, *Modern Federal Jury Instructions*, with modifications. Counsel for the Peraire-Buenos will be prepared to discuss the proposed instructions at the final pretrial conference if the Court would find that discussion useful.

---

[1] The Peraire-Buenos proposed including these instructions in the parties' Joint Requests to Charge (Joint RTC). As noted in the Joint RTC, the government declined the Peraire-Buenos' request to include them in the Joint RTC and refused to include them as defense-only requests in the joint pleading.

WILLIAMS & CONNOLLY LLP®

September 17, 2025
Page 2


Respectfully submitted,

By: _/s/ William W. Fick (pro hac vice)_              By: _/s/ Patrick J. Looby  (pro hac vice)_
Fick & Marx LLP                                Williams & Connolly LLP
_Counsel for Defendant_                        _Counsel for Defendant_
_Anton Peraire-Bueno_                          _James Peraire-Bueno_


cc: Counsel of Record via ECF