# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ANTON PERAIRE-BUENO, and JAMES
PERAIRE-BUENO,

     Defendants.

Case No.:  1:24-cr-00293-JGLC

Hon. Jessica G. L. Clarke

**MOTION FOR ADMISSION *PRO HAC VICE* FOR IKENNA UGBOAJA**

Pursuant to Rule 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Ikenna Ugboaja, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel in the above-captioned case on behalf of Defendant James Peraire-Bueno.

I am a member in good standing of the bar of Illinois and the bar of the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, along with the Certificates of Good Standing from the State of Illinois and the District of Columbia.

Dated: September 22, 2025

Respectfully submitted,

*/s/ Ikenna Ugboaja*
Applicant Signature

Applicant's Name: Ikenna Ugboaja
Firm name: Williams & Connolly LLP
Address: 680 Maine Avenue S.W.
City / State / Zip: Washington, D.C. 20024
Telephone: (202) 434-5295

Fax: (202) 434-5029
Email: iugboaja@wc.com

*Attorney for James Peraire-Bueno*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

*/s/ Ikenna Ugboaja*
Ikenna Ugboaja