**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2025

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. It is HEREBY ORDERED that the parties appear for a conference with the Court on October 8, 2025 at 11:00 a.m. The parties should be prepared to discuss the proposed "scheme to defraud" instruction. The conference on October 9, 2025 at 2:30 p.m. will remain as scheduled to address all other matters. The Clerk of Court is directed to terminate the letter motion at ECF No. 166.
>
> Dated: October 3, 2025         SO ORDERED.
> New York, New York
>
>                                *Jessica Clarke*
>                                JESSICA G. L. CLARKE
>                                United States District Judge

Re:   *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

The Government respectfully writes, with consent of the defendants, to advise the Court of a scheduling conflict and to request a slight modification of the final pretrial conference ("FPTC") presently scheduled for October 9, 2025, at 2:30 p.m. As discussed below, the Government respectfully proposes that any argument solely relating to the Court's draft "scheme to defraud" instruction be conducted on October 8, 2025, subject to the Court's availability, but that any remaining matters—including any argument regarding the 2021 Salmonella attack—be addressed at the currently scheduled October 9, 2025 conference.

The reason for the proposed modification is that the member of the Appeals Unit at the U.S. Attorney's Office who will be presenting argument regarding the "scheme to defraud" instruction will be traveling on October 9 and 10, which the Government's trial team learned only after the Court had already granted the defendants' request to schedule the FPTC on October 9, 2025 to accommodate defense counsel's religious observation on October 7 and 8. Counsel for the defendants consent to conducting any argument on the Court's draft "scheme to defraud" instruction on October 8, while maintaining the current October 9 date to address all other matters.

                                            Respectfully submitted,

                                            JAY CLAYTON
                                            United States Attorney
                                            Southern District of New York

                                    by:     /s/
                                            Danielle Kudla / Jerry Fang /
                                            Ben Levander / Ryan Nees
                                            Assistant United States Attorneys

Cc: Counsel of Record (by ECF)