UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ANTON PERAIRE-BUENO, and JAMES PERAIRE-BUENO<br><br>                    Defendants. | Index No. 24-CR-293<br><br>Hon. Jessica G. L. Clarke<br><br>[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* |

The motion of Ikenna Ugboaja for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. Applicant has declared that he is a member in good standing of the bar of Illinois and the bar of the District of Columbia and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Ikenna Ugboaja |
| Firm Name: | Williams & Connolly LLP |
| Address: | 680 Maine Avenue, S.W. |
| City/State/Zip: | Washington, D.C. 20024 |
| Telephone/Fax: | (202) 434-5295 / (202) 434-5029 |
| Email: | iugboaja@wc.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for James Peraire-Bueno in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant Ikenna Ugboaja is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern

District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  October 7, 2025

_____
Hon. Jessica G. L. Clarke
United States District Judge