| | |
|---|---|
| **From:** | Trefz, Katherine |
| **To:** | Kudla, Danielle (USANYS); Fang, Jerry (USANYS); Levander, Benjamin (USANYS); Nees, Ryan (USANYS) |
| **Cc:** | Looby, Patrick; Bayerl, Joseph; Ugboaja, Ikenna; "Daniel Marx"; William Fick |
| **Subject:** | [EXTERNAL] Summary Exs / Demonstratives |
| **Date:** | Sunday, October 12, 2025 11:07:01 AM |

Danielle,

Following up on yesterday's call:

<u>Summary Exhibits 506/507</u>
We will object to the admission of GX 506 and 507 as 1006 summary exhibits. The "detail" column in particular is prejudicial and argumentative because it highlights only portions of each exhibit that appear to advance the government's case. That said, we are not sure why this would affect opening—we have no issue with the government introducing its view as to what the evidence will show.

For the exhibit issue, we suggest the parties do short letter briefs along the lines of what the Court has suggested at the pretrial conferences (a couple of pages). Let us know if you have a view on when these should be filed and the page limit.

<u>Demonstrative Videos</u>
Assuming a witness will in fact testify that they believe these are accurate illustratives, we have no objection to them being used as demonstratives. We will point out the inaccuracies on cross. As of now, we will object to them going back to the jury pursuant to 107.

**Katie Trefz**
**Williams & Connolly LLP**
680 Maine Avenue SW, Washington, DC 20024
 (P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.