

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 16, 2025

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

    The Government respectfully writes, in accordance with the Court's order at the October 9, 2025 conference, regarding the wire fraud jury instructions. To the extent the Court seeks to provide language describing the alleged means of the "scheme to defraud," the Government respectfully proposes the following instruction:

> The scheme to defraud here is alleged to have been carried out by the defendants through fraudulent pretenses, half truths, concealment of material facts, deceptive conduct that creates a false impression, and false or fraudulent representations and statements, including but not limited to, the following:[1]
>
> 1. Posing as an honest MEV-Boost validator;
> 2. Planting the bait transactions targeted at the victim traders;
> 3. Misleadingly requesting a block from the relay for validation;
> 4. Inserting false data to unblind the requested block and cause it to fail;
> 5. Falsely committing to validate the block;
> 6. Doctoring the block by switching out the bait transactions with different transactions;
> 7. Submitting the doctored block.
>
> The Government is not required to prove every one of these allegations. It is sufficient if the prosecution proves beyond a reasonable doubt that one or more of the alleged material misrepresentations, half truths, concealments of fact, or fraudulent pretenses were made in furtherance of the alleged scheme to defraud.

---

[1] This proposal is meant to track the form of the Court's originally proposed prefatory sentence. As an alternative introductory remark, the Government proposes: "Here, the Government alleges that the scheme to defraud consisted of at least the following:"

Should the evidence developed at trial require any amendments or revisions, the Government respectfully requests the opportunity to provide proposed changes in advance of the charge conference.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney
          Southern District of New York

by:     /s/
          Danielle Kudla / Jerry Fang /
          Benjamin Levander / Ryan Nees
          Assistant United States Attorneys

Cc: Counsel of Record (by ECF)