# SHER TREMONTE LLP

October 26, 2025

Honorable Jessica G. L. Clarke
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007



Re:    *United States v. Peraire-Bueno*, 24 Cr. 0093 (JGLC)

Dear Judge Clarke,

    I represent the non-party entities Pine Needle Inc. and Birch Bark Trading LLC, on whom the government served four trial subpoenas on October 17, 2025. I write with respect to two matters.

    First, to advise the Court and counsel for all parties that Sher Tremonte (the "Firm") employs Michael Bass as an associate. Mr. Bass was previously employed, from June 2023 through October 2024, as a law clerk to this Court. The Firm provides this notice in light of Mr. Bass's prior employment and consistent with the requirements of Rule 1.12 of New York's Code of Professional Conduct. We have screened Mr. Bass from all involvement in this case and he will be apportioned no fee from the Firm's handling of it. All personnel at the Firm have been advised of the requirements of Rule 1.12 and recognize that Mr. Bass shall have no involvement in this case. If you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

    Second, to notify the Court that undersigned counsel and counsel for the government have conferred regarding the subpoenas but have not been able to resolve our differences through that process; accordingly, Pine Needle, Inc. and Birch Bark Trading LLC intend to move to quash the subpoenas. I respectfully request leave of court for Pine Needle, Inc. and Birch Bark Trading LLC to appear as Non-Parties in this action for purposes of the motion to quash, which I am prepared to file by tomorrow evening.

Application GRANTED. Pine Needle, Inc. and Birch Bark Trading LLC may appear as Non-Parties in this action for purposes of the motion to quash.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: October 27, 2025
       New York, New York

Respectfully Submitted,

Deirdre D. von Dornum

cc: Counsel of Record (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156