**Court Exhibit 6**

## Jury Selection Strike Sheet – Defendants

1. Pappas 3

2. Van Dette 8

3. Lleku. 9

4. Alika 12

5. George 19

6. Isaacs 20

7. Martinez 23

8. Hurwitz 24

9. ~~Booster~~ Picott 13

10. ~~Celum~~ Vega 15

Alternate Jurors

1. ~~Louda 35~~ Goldstein 30

2. Fonseca 36