# *United States v. Peraire-Bueno* (24cr293)

## October 14, 2025

## United States District Court for the Southern District of New York

# Summary

- James and Anton Peraire-Bueno accused of agreeing to carry out a scheme to obtain cryptocurrency and launder stolen money.

- Transactions occurred on Ethereum platform

- Involved software called MEV-Boost

- Messrs. Peraire-Bueno pleaded not guilty. They are presumed innocent unless Government proves beyond a reasonable doubt that each are guilty.

# Three Charges

1. Conspiracy to Commit Wire Fraud

2. Wire Fraud

3. Conspiracy to Commit Money Laundering

# Count Two: Wire Fraud

Three elements the Government must prove beyond a reasonable doubt:

1. A scheme to defraud to obtain money or property by materially false and fraudulent pretenses, representations, or promises;

2. The defendant knowingly and willfully participated in the scheme to defraud, with knowledge of its fraudulent nature and with specific intent to defraud; and

3. The defendant used or caused others to use interstate wires.

# Count One: Conspiracy to Commit Wire Fraud

Two elements the Government must prove beyond a reasonable doubt:

1. There was a conspiracy, the goal of which was to commit wire fraud; and

2. The defendant knowingly and willfully became a member of the conspiracy with the intent to commit wire fraud.

# Count Three: Conspiracy to Commit Money Laundering

Two elements the Government must prove beyond a reasonable doubt:

1. There was a conspiracy, the goal of which was to commit money laundering; and

2. The defendant knowingly and willfully became a member of the conspiracy with the intent to commit money laundering.

Court Exhibit 8

6

# Count Three: Conspiracy to Commit Money Laundering

Money laundering has the following elements:

1. The defendant conducted or attempted to conduct a financial transaction

2. That transaction involved property constituting the proceeds of a specified unlawful activity;

3. The defendant knew that the transaction involved the proceeds of some form of unlawful activity; and

4. The defendant knew that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the unlawful activity.

# *United States v. Peraire-Bueno* (24cr293)

## October 14, 2025

## United States District Court for the Southern District of New York