<u>United States v. Peraire-Bueno, S1 24 Cr. 293 (JGLC)</u>
**Government Exhibits for Pre-Admission**

- ➢ **Stipulations:**
  - o GX S-701-709, 711-14
- ➢ **GX - Financial Records:**
  - o 104-A
  - o 104-B
  - o 104-C
  - o 104-D
  - o 104-E
  - o 104-F
  - o 105-A
  - o 105-B
  - o 105-C
  - o 105-D
  - o 105-E
  - o 106-A
  - o 106-B
  - o 106-C
  - o 106-D
  - o 106-E
  - o 106-F
  - o 107-A
  - o 107-B
  - o 107-C
  - o 107-D
  - o 107-E
  - o 107-F
  - o 107-G
  - o 109-A
  - o 109-B
  - o 109-C
  - o 110-A
  - o 110-B
  - o 110-C
  - o 111-A
  - o 111-B
  - o 112-A
  - o 112-B
- ➢ **GX – Slack Series**
  - o 3402, 3402-M
  - o 3405 and subparts, 3405-M
  - o 3409 and subparts, 3409-M
  - o 3410, 3410-M

**Court Exhibit 10**

- o 3411, 3411-M
- o 3427, 3427-M
- o 3439, 3439-M
- o 3452, 3452-M
- o 3453, 3453-M
- o 3460, 3460-M
- o 3464 and subpart, 3464-M
- o 3495, 3495-M
- ➤ **GX – Google**
  - o 3618
  - o 3680
  - o 3686
  - o 3701
  - o 3704
  - o 3707
- ➤ **GX – Devices**
  - o 6012
  - o 6417 and subparts
  - o 6701
  - o ██