List of Exhibits Admitted through Sebade Testimony

- GX 301
- GX 302
- GX 303
- GX 509
- GX 506
- GX 506-A (for demonstrative purposes only)
- GX S-705
- GX 3001
- GX 3002
- GX 3002-A
- GX 3005
- GX 3005-A
- GX 3006
- GX 3007
- GX 3008
- GX 3219
- GX 3232
- GX 3401
- GX 3401-M
- GX 3402
- GX 3402-M
- GX 3403
- GX 3403-M
- GX 3405
- GX 3405-A
- GX 3405-B
- GX 3405-M
- GX 3406
- GX 3406-A
- GX 3406-M
- GX 3407
- GX 3407-M
- GX 3408
- GX 3408-M
- GX 3409
- GX 3409-A
- GX 3409-M
- GX 3409-M-1

- GX 3410
- GX 3410-M
- GX 3411
- GX 3411-M
- GX 3413
- GX 3413-M
- GX 3415
- GX 3415-M
- GX 3417
- GX 3417-M
- GX 3419
- GX 3419-M
- GX 3421
- GX 3421-M
- GX 3423
- GX 3423-M
- GX 3424
- GX 3424-M
- GX 3426
- GX 3426-M
- GX 3427
- GX 3427-M
- GX 3428
- GX 3428-M
- GX 3429
- GX 3429-M
- GX 3431
- GX 3431-M
- GX 3432
- GX 3432-M
- GX 3433
- GX 3433-M
- GX 3434
- GX 3434-M
- GX 3435
- GX 3435-M
- GX 3436
- GX 3436-M
- GX 3437
- GX 3437-M

- GX 3439
- GX 3439-M
- GX 3440
- GX 3440-M
- GX 3441
- GX 3441-M
- GX 3442
- GX 3442-M
- GX 3443
- GX 3443-M
- GX 3444
- GX 3444-M
- GX 3446
- GX 3446-M
- GX 3447
- GX 3447-M
- GX 3448
- GX 3448-M
- GX 3449
- GX 3449-M
- GX 3451
- GX 3451-M
- GX 3452
- GX 3452-M
- GX 3453
- GX 3453-M
- GX 3455
- GX 3455-M
- GX 3456
- GX 3456-M
- GX 3457
- GX 3457-M
- GX 3458
- GX 3458-M
- GX 3459
- GX 3459-M
- GX 3460
- GX 3460-A
- GX 3460-B
- GX 3460-C

- GX 3460-D
- GX 3460-E
- GX 3460-F
- GX 3460-M
- GX 3460-M-9
- GX 3460-M-11
- GX 3461
- GX 3461-M
- GX 3484
- GX 3484-M
- GX 3487
- GX 3487-M
- GX 3488
- GX 3488-M
- GX 3494
- GX 3494-M
- GX 3518
- GX 3518-M
- GX 3518-M-1
- GX 3518-M-2
- GX 3522
- GX 3522-M
- GX 3523
- GX 3523-M
- GX 3605
- GX 3611
- GX 3612
- GX 3613
- GX 3614
- GX 3639
- GX 3640
- GX 3641
- GX 3642
- GX 3643
- GX 3644
- GX 3645
- GX 3646
- GX 3647
- GX 3648
- GX 3649

- GX 3650
- GX 3651
- GX 3652
- GX 3653
- GX 3654
- GX 3655
- GX 3656
- GX 3657
- GX 3658
- GX 3659
- GX 3660
- GX 3661
- GX 3662
- GX 3663
- GX 3664
- GX 3665
- GX 3666
- GX 3667
- GX 3668
- GX 3669
- GX 3670
- GX 3671
- GX 3672
- GX 3673
- GX 3674
- GX 3675
- GX 3676
- GX 3681
- GX 3682
- GX 3683
- GX 3684
- GX 3691
- GX 3692
- GX 3692-A
- GX 3693
- GX 3693-A
- GX 3694
- GX 3694-A
- GX 3695
- GX 3695-A

- GX 3696
- GX 3775
- GX 3775-M
- GX 6002
- GX 6002-M
- GX 6003
- GX 6003-M
- GX 6004
- GX 6004-A
- GX 6004-M
- GX 6005
- GX 6005-M
- GX 6006
- GX 6006-M
- GX 6007
- GX 6007-M
- GX 6008
- GX 6008-M
- GX 6009
- GX 6009-A
- GX 6009-M
- GX 6010
- GX 6010-A
- GX 6010-M
- GX 6012
- GX 6012-M
- GX 6404
- GX 6404-M
- GX 6405
- GX 6405-M
- GX 6406
- GX 6406-A
- GX 6406-M
- GX 6407
- GX 6407-M
- GX 6408
- GX 6408-M
- GX 6409
- GX 6409-M
- Case 6411-M

- GX 6417
- GX 6417-A
- GX 6417-B
- GX 6418
- GX 6701
- GX 6701-M
- GX 6740
- GX 6741
- GX 6742
- GX 6744
- GX 6752
- GX 6754