Jury Note #5

Question #5

10:08 am

First, we would like the judge's subsequent instructions (in response to the jury's questions) in <u>written form</u>. If this is not possible, please read it back to us very slowly, so we can take notes.