

We would like to see Dr Falk's testimony on atomic transactions and atomic bundles, and MEV-Boost, Direct, Cross, and Redirect.

Also Robert Miller's testimony on the same.

We haven't reached a decision yet. We need to end for the day at 4:30 today.

We would like to continue tomorrow at 9:30 am, and we can stay as late as 7:30pm if needed.