PAFVPER3



ROBERT MILLER,

1          called as a witness by the Government,

2          having been duly sworn, testified as follows:

3              THE DEPUTY CLERK:  Please state your full name for the

4     record, spelling out your last name slowly.

5              THE WITNESS:  Robert Miller, R-O-B-E-R-T, M-I-L-L-E-R.

6              THE DEPUTY CLERK:  Thank you.  Please be seated.

7     DIRECT EXAMINATION

8     BY MR. FANG:

9     Q.  Good afternoon, Mr. Miller.

10    A.  Good afternoon.

11    Q.  Where do you work?

12    A.  Flashbots.

13    Q.  And, Mr. Miller, what is Flashbots?

14    A.  A infrastructure company in crypto.

15    Q.  And what products, if any, does Flashbots develop?

16    A.  MEV-Boost, among other products that are crypto

17    infrastructure.

18    Q.  And is that MEV-Boost M-E-V boost?

19    A.  Yes.

20    Q.  And we'll come back to MEV-Boost in a second in greater

21    detail.  But, for now, what type of a product is MEV-Boost?

22    A.  MEV-Boost is software that Ethereum validators run to

23    outsource the ordering of their blocks in order to make more

24    money.

25    Q.  Mr. Miller, what is your current title at Flashbots?

```
 1    A.  I lead the product and engineering team.  I'm also a

 2    steward.

 3    Q.  What is a steward?

 4    A.  It's our version of mission-driven servant leadership.

 5    Q.  How long have you worked for Flashbots?

 6    A.  About four and a half years.

 7    Q.  How long have you served in your current role on the

 8    product and engineering team?

 9    A.  About four years.

10    Q.  And at a high level, what are your roles and

11    responsibilities as the lead of the product and engineering

12    team?

13    A.  I set overall direction, priorities, I manage the team

14    leads, and I set culture as well.

15    Q.  Now, you mentioned MEV-Boost.  When did you start working

16    on MEV-Boost?

17    A.  The company started to work on MEV-Boost in late 2021/early

18    2022.

19    Q.  And at a high level, what was your role with respect to

20    MEV-Boost?

21    A.  I oversaw the development, testing, and adoption of

22    MEV-Boost.

23    Q.  Did there come a time when you learned about an issue with

24    the MEV-Boost software?

25    A.  Yes.
```

PAFVPER3                        Miller - Direct

1    Q.  Approximately when did that issue occur?

2    A.  Early April 2023.

3    Q.  How did you learn about that issue that occurred in early

4    April 2023?

5    A.  I woke up one morning, I looked at my phone, and I had many

6    messages from folks in the community and Flashbots team telling

7    me there had been an incident.  People had lost money, and I

8    needed to get on urgently, get on the phone urgently.

9    Q.  And what did you learn about that incident at a high level?

10   A.  There had been a bug in one of the important pieces of

11   software in the MEV-Boost ecosystem that had caused users to

12   lose money.

13   Q.  At that time, did you learn approximately how much money

14   had been lost?

15   A.  At the time we thought somewhere between 15, $20 million,

16   as I remember.

17   Q.  Mr. Miller, you mentioned the term "bug."  What's a bug?

18   A.  A bug would be when software doesn't work in the intended

19   way.

20   Q.  And who exploited that software at a high level?

21   A.  The party that exploited the software at a high level was a

22   Ethereum validator; so it was one party that used the software

23   that had a bug.

24   Q.  And is the Ethereum validator the same party that you

25   mentioned that outsources ordering?

PAFVPER3                    Miller - Direct

1    A.  Yes.

2    Q.  And just to be clear, what did you learn, again, at a high

3    level, about what software was exploited?

4    A.  What did I learn at a high level about what software was

5    exploited.  There was a bug in one of the important code bases

6    called the MEV-Boost relay, where the MEV-Boost relay was

7    checking to see that the right validator was communicating with

8    the relay, but not that the validator was communicating kind of

9    the correct -- the correct content that they should be

10   communicating.  They weren't communicating the right way.

11          So we checked to see was this the right person

12   communicating with us, not necessarily was this the right thing

13   that they are communicating.  And, as a result, the relay in

14   question revealed block contents in a context when they

15   shouldn't have because the contents that the validator had

16   communicated were not actually something that could be included

17   on the Ethereum chain.

18   Q.  And, rest assured, we'll come back to that, all of that

19   later as well.

20          What, if anything, Mr. Miller, did Flashbots do in

21   response to the incident?

22   A.  Flashbots helped organize meetings of people to investigate

23   and talk about the incident.  We investigated what happened and

24   tried to find a root cause.  We created an update to the

25   software to patch the bug.  And we rolled out that update and

PAFVPER3                    Miller - Direct

1   kind of worked with other parties to roll the update out to

2   their software that they were running as well.

3   Q.  And what role, if any, did you specifically have in

4   Flashbots's response?

5   A.  I oversaw the overall response.

6   Q.  Did there come a time when the perpetrators of this

7   incident reached out to you?

8   A.  Yes.

9   Q.  How did they reach out?

10  A.  Over email.

11  Q.  Did they identify themselves?

12  A.  They identified themselves as a pseudonym, Low Carb

13  Crusader, but not with their real identities.

14  Q.  Approximately how long after the incident did they reach

15  out?

16  A.  A few weeks.  I don't remember the exact number of days,

17  but a few weeks.

18  Q.  At a high level, what, if anything, were they asking you to

19  do?

20  A.  They had asked me to talk about the incident in a neutral

21  way, so to not describe it as an exploit, and to refer to them

22  in a neutral way as well.

23          So, at the time, the incident had received quite a bit

24  of attention in the community.  It was a lot of money.  And so

25  people were referring to them in a way that seemed in a

1   negative light, and they wanted to be named in a more neutral

2   light, like Low Carb Crusader, the name that they used.  So

3   they wanted to be -- the incident to be talked about neutral

4   and them sort of receiving a neutral name.

5           And in return for me talking about the incident in a

6   neutral way and them having a neutral name, they were willing

7   to disclose details of what they called another strategy that

8   could have the same effect as the incident in early April did.

9   Q.  Ultimately, did you agree to their proposal, Mr. Miller?

10  A.  Yes.

11  Q.  Did Low Carb Crusader ever reveal its true identity?

12  A.  No.

13  Q.  Mr. Miller, do you know James and Anton Peraire-Bueno?

14  A.  Yes.

15  Q.  Were you in communication with them after the exploit?

16  A.  Yes.

17  Q.  Regarding what, at a high level?

18  A.  James and Anton were users of Flashbots and Flashbots's

19  products.  They ran arbitrage bots, and they were quite good at

20  doing so also.  So as the person responsible for Flashbots's

21  product and engineering team, I talked to them as users of our

22  products and about the market, about crypto more broadly.

23  Q.  And did either of them ever mention any involvement with

24  Low Carb Crusader?

25  A.  No.

PAFVPER3                        Miller - Direct

1    Q.  Mr. Miller, are you testifying today pursuant to a trial

2    subpoena?

3    A.  I have been subpoenaed by the prosecution, as well as the

4    defense.  Both.

5    Q.  All right.  I want to talk a little bit about your

6    background.

7              Where did you grow up?

8    A.  Minnesota mostly.

9    Q.  What higher education, if any, do you have?

10   A.  I have a bachelor's degree.

11   Q.  What did you study?

12   A.  Economics mostly.

13   Q.  Briefly summarize your professional experience before

14   joining Flashbots.

15   A.  I worked at a trading firm, Roth trading firm, doing

16   algorithmic trading, so trying to programmatically buy and sell

17   assets first.  I did a series of healthcare start-ups.  And

18   then I worked at another crypto infrastructure company before

19   Flashbots.

20             At the same time that I was doing that, I ran M-E-V

21   searching bots.  I'm sure we'll talk about it a little bit

22   more.  In particular, I ran arbitrage bots that tried to buy

23   assets for low prices and sell them at higher prices on top of

24   Ethereum.

25   Q.  Now, you mentioned the term M-E-V.  What is M-E-V?

PAFVPER3                    Miller - Direct

1    A.  M-E-V stands for maximal extractable value.  It's a term

2    within the crypto industry that is meant to represent the money

3    that could be made from having the right transaction at the

4    right place, at the right time.

5              So an example of this is arbitrage, where you are

6    buying assets for a low price and selling them for a higher

7    price and making money by doing so.

8    Q.  Mr. Miller, how did you end up working at Flashbots?

9    A.  I was an early user, as a person that ran an arbitrage bot.

10   And I was a early community member, so I was in the Discord and

11   the chats talking quite a bit.  And I had relevant professional

12   and technical expertise, and so it made a lot of sense for me

13   to join the company.

14   Q.  When you say you were in the Discord and chats, what do you

15   mean by that?

16   A.  Discord is a messaging platform that is commonly used

17   within the cryptocurrency industry.

18   Q.  But what are the Discord chats or the Discord and the

19   chats?

20   A.  So, as an example, Flashbots, where I work, has a Discord

21   chat.  And what that means is it's a group chat specific to

22   Flashbots where people who are interested in Flashbots and our

23   products in the industry can come and talk.  So I was

24   frequently there talking about Flashbots, M-E-V, and the

25   broader crypto industry.

PAFVPER3                          Miller - Direct

1    Q.  By the way, what types of assets were your arb bots buying

2    and selling?

3    A.  Assets on top of the Ethereum blockchain.

4    Q.  Is arb bot short for something?

5    A.  Arbitrage bot.

6    Q.  Just briefly, what's a bot?

7    A.  It's a program that -- in this context, a program that is

8    designed to take some actions to make money.  So in the context

9    of me running an arbitrage bot, that means a program that's

10   looking for buying assets at a low price and selling them at

11   higher prices.

12   Q.  Now, Mr. Miller, shifting gears slightly, did this early

13   April 2023 incident that you investigated involve crypto?

14   A.  Yes.

15   Q.  What is crypto?

16   A.  It is shorthand for cryptocurrency.

17   Q.  And what is cryptocurrency?

18   A.  Cryptocurrency refers broadly to the field of trying to

19   build currencies that don't rely on a single centralized party,

20   like a government or a bank and, instead, rely on technology,

21   on cryptography, economics, to manage a currency in a

22   decentralized way, at a very high level.

23           An example of this would be the Bitcoin

24   cryptocurrency, that's the most well-known.  There is also the

25   Ethereum cryptocurrency, which is the second largest, where I

PAFVPER3                        Miller - Direct

1    primarily have done work.

2    Q.   In general, where is a cryptocurrency transaction recorded?

3    A.   Cryptocurrency transactions are recorded on what's called a

4    blockchain.  This is a ledger of data that is managed by a

5    decentralized network of computers around the world.  So

6    instead of a single party managing this ledger, it's many

7    computers around the world.

8    Q.   And are there any particular attributes about blockchains

9    that are notable?

10   A.   They don't rely on a single party.  So the idea is not to

11   rely on a bank or a single government.  Anyone can deploy or

12   deploy applications on top of them or interact with them.

13   Those are some that stand out to me immediately.

14   Q.   Mr. Miller, what cryptocurrency platform did this

15   April 2023 incident principally involve?

16   A.   Ethereum.

17   Q.   Now, in the course of your work at Flashbots, have you

18   become familiar with the Ethereum Network?

19   A.   Yes.

20   Q.   And at a very high level, what is the Ethereum Network?

21   A.   The Ethereum Network is a specific cryptocurrency.  It's --

22   you can think of it like Bitcoin, but its primary innovation

23   was to allow people to deploy applications, which we call smart

24   contracts, in Ethereum, to deploy applications on top of

25   Ethereum that other people could interact with.

PAFVPER3                          Miller - Direct

1    Q.  And do these applications include ones where users can buy
2    and sell cryptocurrency?
3    A.  Yes.
4    Q.  How are transactions recorded on the Ethereum Network?
5    A.  Transactions are added to a database that is managed by
6    many parties around the world, a decentralized database called
7    a blockchain.  It's an append-only database; in theory, you can
8    only add to this database.
9    Q.  What experience, just at a high level, do you have with the
10   Ethereum Network?
11   A.  I have been a user of the Ethereum Network.  I have run
12   arbitrage bots on top of the Ethereum Network, and I've
13   developed products and infrastructure at Flashbots for the
14   Ethereum Network.
15   Q.  Based on your work at Flashbots, have you become familiar
16   with how cryptocurrency transactions are conducted on Ethereum?
17   A.  Yes.
18   Q.  At a high level, in 2023 or so, how would somebody submit a
19   cryptocurrency transaction to be published on the Ethereum
20   Network?
21   A.  In 2023?
22   Q.  Yes.
23   A.  There's two primary ways you would submit a transaction.
24   One is you can submit the transaction to what we call the
25   mempool.  The mempool is a kind of waiting room for

PAFVPER3                         Miller - Direct

1   transactions.  Because transactions are not immediately

2   included, they take a little bit of time, a couple seconds, to

3   be included.  So you submit your transaction to the mempool.

4   This is a kind of waiting room; it's supposed to be

5   decentralized, so it's managed by many computers around the

6   world.  And the transaction gets passed around by many

7   computers around the world.

8          That then means that anyone can look into the mempool

9   and see your transaction while it's in the waiting room before

10  it's included on the chain.  So that's one way you can send

11  transactions.

12         The other way you can send transactions is by

13  submitting them privately to specialized infrastructure called

14  block builders — we haven't talked about those yet — that are

15  in the specific business of ordering transactions and creating

16  blocks.

17         So the unique thing about that is it doesn't go to the

18  public waiting room called the mempool; it goes directly to a

19  block builder instead, where it's kept private from the public.

20  Q.  So just staying with the Ethereum Network generally, what

21  happens after a transaction goes to the mempool?



22

23

24

25

1    A.   What happens when a transaction goes to the Ethereum

2    mempool.  So there are many computers in the Ethereum Network.

3    And they are all running the mempool in some way, or most of

4    them are.  And when a transaction goes to the mempool, the

5    computer that receives it then passes it on to its peers, other

6    computers in the Ethereum Network.  And when the next computer

7    in the Ethereum Network receives a transaction, it passes it on

8    to the other people that it is peered with.  And so

9    transactions are kind of shared across this distributed

10   decentralized network of computers that make up the Ethereum

11   Network.

12   Q.   How do those transactions make it on to the blockchain?

13   A.   One of their computers in the Ethereum Network is a special

14   party called a validator.  The validator plays the job -- it

15   kind of plays two roles here which are related.

16        So one role is to take transactions, order them, and

17   create a block.  So to create kind of a list of transactions.

18   We call that block building.

19        The second role is to then take a block and to select

20   it for inclusion on the chain to, we call it, proposing the

21   next block on the chain.  So the validator will look at the

22   mempool, receive a bunch of transactions, build a block, and

23   then propose that for inclusion on the chain.

24   Q.   And just to be clear, in the Ethereum Network generally,

25   these two roles, are they played by the validator?

PAFVPER3                         Miller - Direct

1    A.  So that is a design of the Ethereum Network.  It gets

2    nuanced with MEV-Boost, of course, since MEV-Boost changes how

3    these roles work in some ways.

4    Q.  We'll get to MEV-Boost in a second.

5            But just in general on Ethereum, just again remind the

6    jury what are the roles that a validator plays.

7    A.  Without MEV-Boost, the validators play two roles.  One, to

8    order transactions in a block; we call that block building.

9    And two, to select a block for inclusion on the network; we

10   call that block proposing.

11   Q.  I want to talk a little bit about blocks as well.

12           Is there typically only one transaction or more than

13   one transaction in a block?

14   A.  More than one transaction.

15   Q.  And how many blocks can be added to the blockchain at a

16   time?

17   A.  One.

18   Q.  Was that the case in 2023?

19   A.  Yes.

20   Q.  Now, in 2023, how did the Ethereum Network determine who

21   gets to propose the block?

22   A.  There's something that we call a consensus mechanism.  It's

23   a process where — where is the right place to start for this

24   question.  So something called a consensus mechanism.  This is

25   the process by which the Ethereum chain chooses who gets to

PAFVPER3                        Miller - Direct

1    propose a block next.

2              To start, to be considered for proposing a block, you

3    need to be a user that sets aside what we call stakes, and

4    stakes 32 units of the Ethereum cryptocurrency.  So once you've

5    done that, you are a validator.  And the Ethereum Network

6    randomly chooses from all people who are validators, who

7    proposes what blocks and when.

8    Q.  And does this consensus mechanism involving staking have a

9    particular name?

10   A.  It's called proof of stake.

11   Q.  And what was the amount of money that someone had to stake

12   in April 2023 to be a validator?

13   A.  32 ETH, which at the time is tens of thousands of dollars.

14   Q.  So what financial benefit, if any, would a validator

15   receive for proposing blocks?

16   A.  They would receive first a reward that the Ethereum

17   protocol gives you for proposing a block, which is based on a

18   reward.  They then receive fees for including transactions.

19   Each transaction is associated with a fee or it pays a fee.

20   And then third, they receive some extra rewards for including

21   certain transactions in certain orders.

22   Q.  And that last benefit that you mentioned, is there a term

23   for that?

24   A.  That is M-E-V.

25   Q.  Is that the same MEV or M-E-V that you discussed earlier?

PAFVPER3                    Miller - Direct

1    A.  Yes.

2    Q.  Okay.  So I want to talk about how MEV-Boost fits into all

3    of this.

4           Mr. Miller, can you just remind the jury what your

5    role was with respect to MEV-Boost?

6    A.  I oversaw the development, testing, and adoption of

7    MEV-Boost.

8    Q.  And, again, at a high level, what is MEV-Boost?

9    A.  MEV-Boost is software that Ethereum validators can run that

10   lets them outsource the ordering of blocks in blocks that they

11   are proposing -- sorry.  Lets them outsource the ordering of

12   transactions in blocks they are proposing to make more money.

13   Q.  So remind the jury, in Ethereum generally, what are the

14   roles that a validator has?

15   A.  Two roles.  One, to order transactions in a block; we call

16   that block building.  You can outsource that with MEV-Boost.

17   And two, selecting the next block for inclusion on the chain,

18   which is called block proposing.

19   Q.  Earlier, Mr. Miller, I believe you mentioned that MEV-Boost

20   sort of changed some of the roles that a validator would play.

21   How is the role of a validator different in a MEV-Boost world

22   versus the Ethereum Network generally?

23   A.  The Ethereum Network, generally, validators play these two

24   roles:  They order transactions and they select a block for

25   inclusion.

PAFVPER3                    Miller - Direct

1              With MEV-Boost, validators outsource the ordering

2     transactions, they outsource block building to a marketplace

3     full of specialized actors.  So they are no longer ordering

4     transactions, they are only selecting the next block for

5     inclusion or block proposing.

6     Q.  What benefits does a validator get from running MEV-Boost?

7     A.  Figuring out the right ordering of the right transaction in

8     a block is a very hard problem.  It takes a lot of expertise

9     and infrastructure.  And by outsourcing this to specialized

10    parties who are only doing this job, you can make a lot more

11    money.  So you make more money by running MEV-Boost and

12    outsourcing your block ordering.

13    Q.  Do validators have to pay to use MEV-Boost?

14    A.  No.

15    Q.  And if I were a validator, where would I go to get the

16    MEV-Boost software?

17    A.  Flashbots hosts the MEV-Boost software in a open source

18    repository of code on our GitHub page.

19    Q.  What's GitHub?

20    A.  GitHub is a service that you can host code for other people

21    to interact, view, etc.

22    Q.  Is there anything else in the GitHub code repository?

23    A.  A couple other things.

24              One important one is that we have a read-me page.  So

25    this is a description of the code base that people are shown

PAFVPER3                          Miller - Direct

1    when they come to the MEV-Boost GitHub page.  It says, at a
2    high level, what MEV-Boost is, how it works, how to install the
3    software and use it.
4    Q.  And, again, is that read me something that's publicly
5    available?
6    A.  Yes.
7    Q.  I want to talk a little bit about the development of
8    MEV-Boost.
9             Was there a team at Flashbots that developed
10   MEV-Boost?
11   A.  Yes.
12   Q.  Who was on the team?
13   A.  We had engineers on the team, we had a person doing
14   operations, a person doing adoption, and myself.
15   Q.  And how did you work with that team to develop MEV-Boost?
16   A.  I helped them set priorities, figure out what the overall
17   plan was.  When they had problems, I helped them solve them or
18   figure out what to do about the problems.  I was -- I helped
19   figure out the overall design, to some extent.  I worked a lot
20   on adoption, trying to convince people to use the software.
21   Q.  Who were you trying to convince to use the software?
22   A.  People who ran a lot of Ethereum validators.
23   Q.  And what did that process look like, the adoption process?
24   A.  We would talk to people who ran a lot of Ethereum
25   validators or were planning to, and we would try to tell them

PAFVPER3                         Miller - Direct

1    why did we design the software, what are its benefits, how does

2    it work.  We would answer their questions.  And we also

3    importantly ran this testing process where they had an

4    opportunity to use MEV-Boost before it went into production,

5    before it was kind of live with real money, so to speak, to see

6    if it worked for their infrastructure and get firsthand

7    experience and get comfortable with it.  So I did a lot of that

8    process and oversaw the testing.

9    Q.  And, Mr. Miller, what percentage of validators were using

10   MEV-Boost in April 2023, approximately?

11   A.  About 95 percent.

12   Q.  Now, in your capacity overseeing the development, testing,

13   and adoption of MEV-Boost, are you familiar with its design and

14   operation?

15   A.  Yes.

16   Q.  Mr. Miller, in advance of your testimony, were you asked to

17   review certain demonstratives regarding MEV-Boost's design and

18   operation?

19   A.  Yes.

20   Q.  Who prepared those demonstratives?

21   A.  The government.

22   Q.  Were you provided the opportunity to make revisions to

23   those demonstratives to make sure they're accurate?

24   A.  Yes, they asked for feedback.

25   Q.  And did you, in fact, make revisions or suggest revisions

1    to those demonstratives?

2    A.  I did give them feedback that was acted on.

3    Q.  And after you provided feedback, are those demonstratives

4    accurate?

5    A.  Yes.

6    Q.  So, Mr. Miller, I'm showing you what's marked for

7    identification as Government Exhibit 508.  Just let me know

8    when you see that on your screen.

9    A.  I have got it now.

10   Q.  Okay.  Are these the demonstratives that you were asked to

11   review?

12   A.  It's one of them, yeah.

13           MR. FANG:  Your Honor, the government requests

14   permission to publish Government Exhibit 508 as an illustrative

15   aid to Mr. Miller's testimony.

16           THE COURT:  Any objection?

17           MR. LOOBY:  No objection.

18           THE COURT:  Okay.

19   Q.  So starting with the first slide, just directing your

20   attention to the purple box, does that say builder.  Can you

21   just orient the jury and remind them what the builder's role

22   is.

23   A.  The builder is a specialized party that orders transactions

24   in a block to maximize the money that the validator makes.

25   Q.  And what is it that the builder ultimately produces?

PAFVPER3                        Miller - Direct

1    A.  A block.

2    Q.  And before we get there, where does a builder get

3    transactions from?

4    A.  So a builder will first get transactions from this waiting

5    room that I've told you about called the mempool.  That's in

6    the top left.  The builder will also be sent transactions

7    directly sometimes.  And the builder importantly gets

8    transactions from M-E-V searchers in what we call bundles.

9    Q.  And what is a searcher, by the way?

10   A.  The searcher is a specialized actor; it's a person or a

11   firm that runs software that searches for M-E-V.  So they are

12   searching for opportunities to make money by having the right

13   transaction at the right place at the right time.  An example

14   of this that we talked about today is arbitrage bots.

15   Q.  And, Mr. Miller, I think you also mentioned a bundle.  What

16   is a bundle?

17   A.  A bundle is an ordered list of transactions that are

18   supposed to be included all or nothing.  So if a single

19   transaction fails, none of them are included.  And, again, they

20   are supposed to be included in a really specific order.

21   Q.  And who specifies that order?

22   A.  M-E-V searchers specify the order in bundles.

23   Q.  Was that the case in April 2023?

24   A.  Yes.

25            MR. FANG:  Ms. Kerest, if we can go to slide 2,

1   please.

2   Q.  All right.  So after the builder builds a block, what does

3   it do under the MEV-Boost system?

4   A.  The builder sends the block to another actor in the

5   MEV-Boost system called the relay.

6   Q.  And just remind the jury where you see relay on the screen

7   and what a relay is.

8   A.  The relay is in the middle of the screen.  It has kind of

9   orange, I suppose, color, orange or brown.  It says "relay."

10  And the relay is party in MEV-Boost that helps block builders

11  and validators work together.

12  Q.  Why is it really necessary under the MEV-Boost system?

13  A.  So block builders are -- they have the job of creating

14  blocks.  And to do so, they need to find the most profitable

15  ordering of transactions.  And they receive bundles of

16  transactions or specific transactions that are really

17  sensitive, and they need to be included in really specific

18  orders.  And if they are included in a different ordering than

19  is intended, the sender of those transactions could lose money.

20  And so it's very sensitive who has access to those transactions

21  before they are actually confirmed and included on the Ethereum

22  chain.

23         Now, the challenge with this is that those

24  transactions are worth quite a bit of money.  But the people

25  that send them don't want to share them with the whole world

1    because you don't know who you can trust necessarily.  This

2    poses an issue for Ethereum because there are many validators,

3    and we want those validators to make roughly the same amount of

4    money.

5              But a block builder or a party with a sensitive

6    transaction doesn't know if they can trust every validator

7    because you don't know if that validator is going to do

8    something with your transactions that you don't intend.  So the

9    job of a relay is to help the block builder and validator work

10   together when they may not trust each other, when the builder

11   may not trust that the validator isn't going to mess with the

12   ordering and the validator also doesn't necessarily know the

13   builder.  So the validator may not trust the builder is telling

14   the truth, or may not trust that the builder is producing

15   accurate blocks.  The relay's job is to kind of solve this

16   trust problem between these two parties.

17   Q.  And we'll talk a little bit more about all that later as

18   well.  But, for now, Mr. Miller, are there relays normally in

19   the block-building process without MEV-Boost?

20   A.  Not without MEV-Boost.

21   Q.  What role, if any, did Flashbots have in developing relays?

22   A.  We developed the idea of relays, the overall design of

23   MEV-Boost, and then we developed a open source piece of code

24   that we ran as the number one relay for a while.  And other

25   people could take, modify, and run their own relays.  And other

PAFVPER3                    Miller - Direct

1    people did take that, modify it, and run their own relays.

2    Q.  What was the name of that software code that you mentioned?

3    A.  MEV-Boost-relay.

4         MR. FANG:  Ms. Kerest, if we can go to slide 3,

5    please.

6    Q.  Okay, Mr. Miller.  I'd like to turn your attention first to

7    the yellow box that says "validator," and then there's a box

8    that says "MEV-Boost" above it.  Do you see those?

9    A.  Yes.

10   Q.  What is a MEV-Boost validator?

11   A.  You could say that it's a validator that is running the

12   MEV-Boost software.

13   Q.  And, again, what does running the MEV-Boost software mean

14   for the validator?

15   A.  It means a few things.

16        So, first, you have taken the MEV-Boost software from

17   the Flashbots GitHub or another place that it's hosted, and

18   you're running it on your machine.  It's kind of part of your

19   operation.

20        Second, you have registered.  So the demonstrative

21   here shows the step of registering, where a validator needs to

22   tell relays to expect it to be asking the relay for a block in

23   the future.  A validator is telling the relays, Hey, I am

24   outsourcing block ordering when it's my turn to propose a

25   block.  And you need to do that too because validators need to

PAFVPER3                    Miller - Direct

1    specify some important information about their blocks.  They

2    need to tell people where they want to be paid, as an example.

3    Q.  So if a validator is running MEV-Boost, would a MEV-Boost

4    relay know that that validator is using MEV-Boost?

5    A.  To be precise, the validator will register and, by doing

6    so, it gives it some information.  And it tells the relay, When

7    it's my slot in the future, I'm going to be asking you for a

8    block.

9           The relay doesn't necessarily know what software the

10   validator is running, but by the validator registering with the

11   relay, it is telling the relay to expect to interact with it in

12   a specific way in the future.  But you can't know what software

13   the validator is running necessarily.

14   Q.  Now, directing your attention to that box that says

15   MEV-Boost, why is that box between the validator and the relay?

16   A.  Because -- or what I infer by that is that the validator is

17   running the MEV-Boost software which enables the validator to

18   communicate with relays.  It's what is doing the communication

19   with relays.

20   Q.  And, Mr. Miller, I think you said the word "slot" as well.

21   What's a slot?

22   A.  A slot is a window of time where the validator is

23   responsible -- a single validator is responsible for selecting

24   and proposing a block for inclusion on the chain.

25   Q.  And when you say "selecting and proposing a block," what do

PAFVPER3                        Miller - Direct

1    you mean by that?

2    A.  A validator needs to effectively say, This is the block

3    that is going to be next on the Ethereum chain; or, This is the

4    block that I want to be next on the Ethereum chain.  That's

5    what selecting and proposing means.  Said in more words, the

6    validator does this by providing a signature of some data for a

7    unique block.

8    Q.  And just to clarify, does selecting and proposing include

9    any of the building functions?

10   A.  Not with MEV-Boost, no.

11           MR. FANG:  Ms. Kerest, if we could go to slide 4,

12   please.

13   Q.  Mr. Miller, what does "wait for allocated slot" mean here?

14   A.  So the validator has registered.  They have said, When it

15   is my turn for a slot, I am going to ask you for a block.  But

16   the validator then needs to wait for its turn to propose a

17   block.  So the validator knows ahead of time, At this time in

18   the future, I am going to be the party that selects the block.

19           And here, the box indicates that they are waiting

20   until it is their turn to propose a block.

21   Q.  And, by the way, can there be more than one slot at a time?

22   A.  There's one slot at a time.

23   Q.  Remind the jury just generally how a validator is selected

24   for a slot.

25   A.  So there's a pool of people who are running Ethereum

PAFVPER3                       Miller - Direct

1    validators.  And Ethereum has some way of randomly selecting

2    which validators are proposing slots in what order.  So there's

3    kind of a view ahead of the future for the next number of

4    slots, you know, that this specific validator is going to be

5    proposing at this point in the future.

6              MR. FANG:  Ms. Kerest, if we could go to slide 5,

7    please.

8    Q.  Mr. Miller, do you see a reference to "get header"?

9    A.  Yes.

10   Q.  Okay.  So what happens in that step?

11   A.  The validator is asking the relay for the most profitable

12   block header that it has seen so far.  So it's asking the relay

13   for some information about the block that we call the header.

14   It's going to be a unique identifier.  But it doesn't see or

15   it's not asking for the transaction contents at this point.

16   Q.  Is there a specific term for the transaction contents in a

17   block?

18   A.  We generally call that the block body.

19   Q.  So I will also use the term "block header" and "block

20   body."  Will you understand what I mean by that?

21   A.  Yeah.

22   Q.  Mr. Miller, just generally describe for the jury what a

23   block header looks like.

24   A.  A block header is a unique identifier of a specific block.

25   It's a standardized piece of data.  And a lot of the fields

PAFVPER3                         Miller - Direct

 1    make sense to a computer, but they wouldn't necessarily make

 2    sense to a human.   So they are cryptographic fields; they are

 3    letters and numbers generally.

 4               MR. FANG:   Ms. Kerest, if we can go to slide 6,

 5    please.

 6    Q.   Okay.   So after the validator's MEV-Boost software asks the

 7    relay for a header, what happens with the "get header" response

 8    step?

 9    A.   The relay will receive the "get header" request from the

10    validator and it responds with the most profitable block

11    header, or it responds with the block header of the most

12    profitable block that the relay had seen from a block builder

13    at the time that it received a "get header" request.

14    Q.   To be clear, is a relay looking at just one block or

15    multiple?

16    A.   The relay looks at multiple blocks.   And it keeps a list of

17    what was the most profitable block for the validator that I

18    have seen at any given time.

19    Q.   And what does MEV-Boost do when it gets that "get header"

20    response?

21    A.   MEV-Boost will receive all these "get header" responses

22    from different relays, so the validator is talking to many

23    relays.   It will receive those and it will select the most

24    profitable block header that it's seen from any relay.   So you

25    may receive multiple headers from multiple relays.   The

1    validator selects only one of those, which is the most

2    profitable out of what it's seen.

3    Q.  And at this stage, is the relay sending anything back to

4    the validator about the transaction contents of the block?

5    A.  No.

6              MR. FANG:  Ms. Kerest, if we can go to slide 7,

7    please.

8    Q.  What does the validator's MEV-Boost software do after it

9    gets the most profitable block header?

10   A.  So the MEV-Boost software run by the validator takes the

11   most profitable block header that it's seen from relays, and it

12   works with other software that the validator is running to

13   construct another piece of data.  Essentially, it takes the

14   block header from the relay and it adds a couple more fields to

15   make another piece of data.  And it provides a signature over

16   that.

17   Q.  Is that what the reference to "sign the header" refers to?

18   A.  Yes.

19   Q.  What are some of the fields in the block header that the

20   validator signs?

21   A.  You can see examples of them here, but a couple of them are

22   the parent root, the state root, proposer index.

23   Q.  When you say "here," is there any particular box that

24   you're looking at?

25   A.  Yes.  On the demonstrative there is a big yellow box with

1   gray and white text.  It starts with message and it ends with

2   proposer slashings.

3           MR. FANG:  And, Ms. Kerest, if you can just draw a red

4   box around "parent root" and "state root."

5   Q.  Mr. Miller, is that what you're referring to in the

6   blue-ish box?

7   A.  Yes.

8   Q.  Now, can the validator who is using MEV-Boost see the

9   transaction contents at any time before it signs the header?

10  A.  No.

11  Q.  And is a MEV-Boost validator designed to play any building

12  role with respect to the block?

13  A.  No.

14  Q.  Is the MEV-Boost system designed to let validators see the

15  block contents before a signature?

16  A.  No.

17  Q.  Why not?

18  A.  Because, again, to make really good blocks, you need to

19  have transactions in really specific and often sensitive

20  orderings.  And you may not trust the validator, since you

21  don't know who they are as a person that's sending those

22  transactions.

23          And so we have what we call a commit and reveal

24  scheme, where the validator needs to first commit to a block by

25  proposing it with its signature before the contents of the

PAFVPER3                    Miller - Direct

1   block are revealed.  Because after the contents of the block

2   had been revealed, that block can be sent off for consideration

3   on the chain, and the proposer has kind of selected it to be

4   their block for that slot.

5   Q.  And does this reflect MEV-Boost's design as of April 2nd,

6   2023?

7   A.  Yes.

8               (Continued on next page)

PAFKPER4                        Miller - Direct

1    MR. FANG:  Ms. Kerest, if we can go to slide 8,
2  please.
3  Q.  So after the validator signs the block header, what does it
4  do?
5  A.  The validator takes the signed block header above other
6  fields and returns it back to the replay.
7  Q.  And, again, what does it mean for a validator to send a
8  signed block header back to the relay?
9  A.  The validator communicates with the relay on a standardized
10  programming interface, and it provides the signed header and a
11  couple of other things to the relay.
12  Q.  But what does sending that signed block header to the relay
13  signify again?
14  A.  That signifies the validator's commitment that this is the
15  block that they have selected for a given slot.  It is their
16  proposal for the slot that they are responsible for selecting a
17  block in.
18  Q.  Why do you describe it as a commitment?
19  A.  It's a term within the cryptocurrency industry, first.  And
20  the reason why we use that is because, by providing a signature
21  for this block, there is now a financial penalty for the
22  validator in the Ethereum network if they provide another
23  signature, if they propose another block, within that slot.
24  Q.  And, again, is what we're looking at the MEV-Boost system?
25  A.  We are looking at the MEV-Boost system.

PAFKPER4                        Miller - Direct

1        MR. FANG:  Ms. Kerest, if we can go to slide 9,

2   please.

3   Q.  So after the validator sends the signed block header to the

4   relay, what does the relay do?

5   A.  The relay validated the signature that the validator

6   provided — so it's validated as correct — so it checked that

7   the correct validator had signed the right -- signed the block

8   header, and that's what validate signature here means.

9   Q.  As of April 2nd, 2023, was the relay checking the validity

10  of the block header that the validator sent?

11  A.  Not on April 2nd, 2023.

12        MR. FANG:  Ms. Kerest, if we can go to slide 10.

13  Q.  So after the relay validates that the right validator

14  signed the block header, what does it do?

15  A.  The relay returns the transaction contents with the

16  associated block.

17        MR. FANG:  Ms. Kerest, if we can go to slide 11,

18  please.

19  Q.  After the relay reveals the block contents to the

20  validator, what happens next?

21  A.  The validator and the relay both share the block with the

22  Ethereum network.  It's then off to another part of the process

23  for inclusion on the actual Ethereum chain.

24  Q.  Do you see a reference to consensus nodes?

25  A.  Yes.

PAFKPER4                     Miller - Direct

1    Q.  What are consensus nodes, by the way?

2    A.  They are a special part of the Ethereum network.  It's a

3    particular software that people on the Ethereum network run.

4    Q.  And, at this stage, can the validators see the transaction

5    contents of the block?

6    A.  Yes.

7    Q.  Before we take this down, do the steps that we've talked

8    about in this chart reflect how blocks get proposed by a

9    validator using MEV-Boost or an Ethereum validator more

10   generally?

11   A.  A validator using MEV-Boost.

12              MR. FANG:  We can take this down.

13              THE COURT:  Mr. Fang, is now a good time for a break?

14              MR. FANG:  Yes, your Honor.

15              THE COURT:  All right.

16              Why don't we take our afternoon break now.  It's 3:07.

17   Please be back and ready to go in the jury room.  My prior

18   instructions apply.  Do not talk or discuss this case with

19   anyone.  Don't do any research on this case or read anything

20   about it in the news.  Don't post anything on any website or

21   social media.  And, finally, remember to keep an open mind

22   until all the evidence has been received and you have heard the

23   views of your fellow jurors.

24              I'll see you all back in 15 minutes.

25              (Continued on next page)

PAFKPER4                          Miller - Direct

1              (Jury present)

2              THE COURT:  Please be seated.

3              Mr. Fang, you may proceed.

4    BY MR. FANG:

5    Q.  Now, Mr. Miller, before the break, you had mentioned commit

6    and reveal.

7              Do you recall?

8    A.  Yes.

9    Q.  What data was the relay relying on before revealing the

10   block contents?

11   A.  The signed header from the validator.

12   Q.  Remind the jury specifically what the relay was checking

13   for before releasing the block contents to the validator.

14   A.  That the correct validator had signed the header, that it

15   was the correct validator.

16   Q.  Now, Mr. Miller, what financial compensation, again, does

17   the validator, under MEV-Boost, get out of proposing a block?

18   A.  They make money, first, just by proposing a block; second,

19   from the fees from transactions that are included in blocks

20   they propose; and, third, from any of the -- from including

21   specific transactions in specific orders.

22   Q.  Does the validator split any of these financial rewards

23   associated with proposing the block with any of the other roles

24   in the MEV-Boost system?

25   A.  In some blocks, they split the rewards with block builders.

PAFKPER4                        Miller - Direct

1   Q.  How, if at all, does a validator indicate how it gets paid?

2   A.  When the validator registers at a relay, they provide an

3   address that they want to be paid at.

4   Q.  Based on your experience as a product manager for

5   MEV-Boost, are you familiar with how much, in financial

6   rewards, a typical block generates?

7   A.  It's a small thing, but just to note that I lead the

8   product and engineering team as opposed to being a product

9   manager, but I am generally familiar with the financial rewards

10  a typical block generates.

11  Q.  And how much does a typical block generate, approximately?

12  A.  A 100th of an ETH is what I think.

13  Q.  And what is that understanding based on?

14  A.  My knowledge of Ethereum, given I build products and

15  infrastructure for Ethereum.

16          MR. FANG:  May I approach, your Honor?

17          THE COURT:  You may.

18  BY MR. FANG:

19  Q.  So, Mr. Miller, I've just handed you a flash drive that

20  contains something marked as Government Exhibit 502.

21          Prior to your testimony, did you review the contents

22  of that drive?

23  A.  Yes.

24  Q.  And what does it contain?

25  A.  I believe this contains -- well, should I pull it up on my

PAFKPER4                          Miller - Direct

1    screen, is that the ask, or are you asking what I remember it

2    contains?

3    Q.  Well, Mr. Miller, do you remember plugging that flash drive

4    into a computer and reviewing its contents?

5    A.  This morning, yeah.

6    Q.  And what was on the drive?

7    A.  A video that had been constructed by the government, I

8    think.

9    Q.  And what does the video show?

10   A.  As I recall, the end-to-end process of how a block is

11   constructed in MEV-Boost, starting with a block builder, going

12   to a relay, the validator interacting with a relay to get a

13   header, signing it, returning it.  So the end-to-end process of

14   MEV-Boost.

15   Q.  Does it accurately illustrate how a block gets constructed

16   and published using MEV-Boost?

17   A.  Yes.

18           MR. FANG:  Your Honor, the government requests

19   permission to play Government Exhibit 502, and we'll offer it

20   at the end, as well.

21           THE COURT:  Any objection?

22           MR. LOOBY:  No objection to its use as a

23   demonstrative, other than ECF 136.

24           THE COURT:  All right.  You may play it.

25           MR. FANG:  Ms. Kerest, if you can please play

PAFKPER4                      Miller - Direct

1   Government Exhibit 502 through 16 seconds in.

2           (Video played)

3   BY MR. FANG:

4   Q.  Mr. Miller, just remind the jury what the mempool is.

5   A.  It's like a waiting room for transactions.  So, it's a

6   public place where transactions are sent before they are

7   included in the Ethereum blockchain.  And, again, it's a public

8   place, so people can look into it.

9   Q.  What do the dots here represent?

10  A.  These represent different transactions in the mempool.

11          MR. FANG:  Ms. Kerest, please continue playing through

12  20 seconds in.

13          (Video played)

14  Q.  Again, Mr. Miller, remind the jury what a searcher is.

15  A.  A searcher is a specialized actor.  They run software that

16  searches for opportunities to capture any of the -- or

17  opportunities where they can have a transaction that makes

18  money by doing something on the chain, like buying assets for a

19  low price and selling them for a higher price.

20          One piece of context here that's relevant for the

21  video is oftentimes they will watch the mempool, or the waiting

22  room, for transactions because they will see other things that

23  people are doing on the chain, and in anticipation of those,

24  try to place transactions to make money themselves.  So, as an

25  example, if someone was going to make a large trade on the

PAFKPER4                        Miller - Direct

1    chain, an MEV searcher, they might place a trade right behind a

2    large trade that they saw in the mempool because they know they

3    can buy assets at a low price and sell them at a higher end,

4    and capture an arbitrage profit.

5          MR. FANG:  Ms. Kerest, if you can continue playing

6    through 34 seconds in.

7          (Video played)

8    Q.  Now, again, Mr. Miller, what's a bundle?

9    A.  A bundle is an ordered list of transactions that MEV

10   searchers construct that are -- by default, included all or

11   nothing.

12   Q.  And did you see the reference to buy, buy, sell?

13   A.  Yes.

14   Q.  Does every bundle need to have a buy, buy, sell order?

15   A.  No.

16   Q.  Is there any specific set of transactions that has to be

17   included in a bundle?

18   A.  No.  It can be any transaction.  Buy, buy, sell is just one

19   example here of what it could be.

20   Q.  Can there be multiple bundles in a block?

21   A.  Yes.

22          MR. FANG:  Ms. Kerest, can you please continue playing

23   through 43 seconds in.

24          (Video played)

25   Q.  Mr. Miller, can you explain for the jury what is depicted

PAFKPER4                          Miller - Direct

1    in this segment that we just saw?

2    A.   A block builder is this actor within MEV-Boost.  They're

3    responsible for taking transactions, ordering them in a block,

4    and creating a block.  So this segment was the block builder

5    receiving bundles of transactions and other transactions, and

6    creating a block with them, including the bundle that we just

7    saw before, in the order that it was specified.

8          MR. FANG:  Ms. Kerest, please continue playing through

9    56 seconds in.

10         (Video played)

11   Q.   Mr. Miller, remind the jury what the block header is.

12   A.   So blocks are made up of two parts, generally.  First, the

13   header that has some unique identifying information about a

14   block, among other things, but that's the important part.

15   That's cryptographic information, so it makes sense to a

16   computer, not so much to a human.  It's letters and numbers,

17   generally.  And then the block body, that's the actual

18   transactions in a block where the actual transactions people

19   are making trades or doing other things on the chain are.  So

20   the header is just the kind of identifying information, some

21   other stuff, not the transactions in a block.

22         MR. FANG:  Ms. Kerest, please continue playing through

23   one minute and five seconds in.

24         (Video played)

25   Q.   All right.  Mr. Miller, what does this segment of the

PAFKPER4                          Miller - Direct

1   animation illustrate?

2   A.  The builder created a block, and then the builder sends it

3   to the relay, where the relay has processed it, and it's the

4   most profitable block at that time.

5   Q.  And, again, does the relay receive the block header?

6   A.  The relay receives the header and the body.  It has the

7   whole block, everything.

8           MR. FANG:  Ms. Kerest, please continue playing through

9   a minute, 25 seconds.

10          (Video played)

11  Q.  Mr. Miller, what does this segment of the animation

12  illustrate?

13  A.  What I think this illustrates is the relay taking the block

14  header and removing the contents, so it's only sharing the

15  header, not the contents or the block body with the

16  transactions itself, and providing it to the validator after

17  the validator has asked for the header.

18  Q.  Again, why does the relay hide the transaction contents

19  from the validator?

20  A.  Because it wants a commitment from the validator that a

21  particular block has been proposed before it reveals the block

22  body with the associated transaction contents.  And that's

23  necessary to kind of solve these trust problems that exist

24  within the MEV-Boost and broader cryptocurrency ecosystem.

25  Q.  What specific problem are you referring to?

PAFKPER4                        Miller - Direct

1    A.  To parties that have really sensitive transaction ordering,

2    you want to be placed — your transactions are to be placed — in

3    a really particular way where you may be afraid that someone

4    else might take your trade, they might see you're making a

5    really profitable trade and get in front of you to steal your

6    trade, so to speak, or copy it, so that someone else gets your

7    really profitable trade instead of you.

8            So if you have sensitive ordering, you are going to

9    care a lot about what has access to it before it's included on

10   a block.  And there are many, many, many Ethereum validators.

11   You don't always know — oftentimes you don't know — who runs

12   these Ethereum validators; and as a party with sensitive

13   transaction ordering, you may not — you probably don't — trust

14   those validators.  And so you want this commitment from a

15   validator that they're going to include a particular block with

16   a particular ordering before your transaction contents are

17   revealed, because you don't know who the validator is, you

18   don't necessarily trust them, and you really care about

19   specific orderings of transactions.

20   Q.  Again, is the video that we're looking at depicting how

21   blocks are proposed using MEV-Boost?

22   A.  With MEV-Boost, yeah.

23           MR. FANG:  Ms. Kerest, if you can continue playing

24   through a minute 35 seconds.

25           (Video played)

PAFKPER4                    Miller - Direct

1    Q.  So, Mr. Miller, what does this segment of the animation

2    illustrate?

3    A.  The relay returned the block header to the validator, and

4    then the validator takes that header, it adds a couple more

5    fields, including the parent root and state root, and it signs

6    that, so the header and these other fields, it provides a

7    signature, which in effect is committing to that block, it's

8    proposing the block.

9    Q.  And, Mr. Miller, are there other fields, by the way, that

10   are in the block header, aside from just parent root and state

11   root?

12   A.  Yes.  Parent root and state root are just two of several

13   other fields -- or, sorry, many fields that are in this block

14   header.

15   Q.  What information is the parent root meant to convey?

16   A.  It's a unique identifier of the previous block that this

17   block is building on top of.

18   Q.  At a high level, what's the information that the state root

19   conveys?

20   A.  A snapshot of the state — so some information on the

21   Ethereum chain at that time.

22   Q.  Who fills in the parent root and state root?

23   A.  The validator.

24   Q.  And how are the parent and state roots determined, at a

25   high level?

PAFKPER4                        Miller - Direct

1   A.  They have really specific meanings in the Ethereum

2   cryptocurrency, in the Ethereum protocol.  They are determined

3   through these programmatic functions that are baked into the

4   software that the validator is running, generally.

5   Q.  Does each block have a unique parent root?

6   A.  Yes.

7   Q.  Does each block have a unique state root?

8   A.  Yes.

9           MR. FANG:  Ms. Kerest, please continue playing

10  Government Exhibit 502, through a minute 45.

11          (Video played)

12  Q.  Mr. Miller, what does this segment of the animation

13  illustrate?

14  A.  The relay checks the signature from the validator to see if

15  it was from the correct validator.  And then it once it sees

16  it's from the correct validator, it goes and it grabs the

17  transaction contents associated with that signed header.

18          MR. FANG:  Ms. Kerest, please continue playing

19  Government Exhibit 502 through two minutes in.

20          (Video played)

21  Q.  Mr. Miller, what does this segment of the animation

22  illustrate?

23  A.  So the relay validated the signature and it grabs the block

24  contents associated with that signed header, and it creates a

25  full block with that.  And now that it has the signature, it

PAFKPER4                        Miller - Direct

1    returns the block to the validator.  And after that, both the

2    relay and the validator send that block to the broader Ethereum

3    network for inclusion on the chain.

4    Q.  Is the web of green dots the same web of green dots that

5    you saw in Government Exhibit 508?

6    A.  Yeah.  We looked at it earlier.

7            MR. FANG:  Ms. Kerest, please continue playing to the

8    end of Government Exhibit 502.

9            (Video played)

10   Q.  Mr. Miller, what does this final segment of this animation

11   illustrate?

12   A.  So what it illustrates is that this block now is included

13   on the Ethereum chain.  So it builds on a previous block, and

14   within that block, we could see the bundle in the specific

15   ordering — buy, buy, sell — that was originally sent to the

16   block builder being included in that order as well as the other

17   transactions that were included in the block.

18           MR. FANG:  With the Court's permission, we would

19   request to play Government Exhibit 502 from start to finish all

20   in one go.

21           THE COURT:  Any objection?

22           MR. LOOBY:  No objection.

23           THE COURT:  You may.

24           (Video played)

25           MR. FANG:  Okay.  We can take this animation down.

PAFKPER4                         Miller - Direct

1    Q.  Mr. Miller, did the animation we looked at accurately

2    describe how MEV-Boost was designed to function, as of April 2,

3    2023?

4    A.  At a high level, yeah.

5    Q.  And you testified earlier as to certain trust issues

6    between parties on the Ethereum network.

7         Can you explain how MEV-Boost was designed to address

8    that issue?

9    A.  So, again, there are people who have really sensitive

10   transactions, they want to be included in a specific way or you

11   may -- you know, you may want privacy on your transaction

12   because it's included, because you don't want someone to copy

13   you.  And the problem is that there are many, many, many

14   Ethereum validators and you don't always know their identities,

15   but you want all validators to be able to make about the same

16   amount of money by being a validator and proposing blocks.  So

17   you have these really valuable transactions that are sensitive,

18   on one side, and you have validators that you want to have

19   access to those transactions, on the other, to make blocks of

20   those transactions because you want everybody to make about the

21   same amount of money.

22        So how do we address this problem?  It's by creating a

23   marketplace where validators can outsource the ordering of

24   transactions in their block, and they -- we solve this trust

25   issue by having the validator commit to what block they're

PAFKPER4                        Miller - Direct

1    including without ever seeing the contents of the block.

2    Q.  How does the relay fit into MEV-Boost's design to address

3    this issue?

4    A.  The relay works to enable the block builder and the

5    validator to work together.  So it accepts blocks from block

6    builders, and it makes sure that those blocks are correct and

7    makes sure that they are profitable, it keeps a record of how

8    profitable blocks are or the most profitable block that it has

9    seen.  That's on one side.  On the other side, it interacts

10   with the validator, and it keeps block contents private until

11   the validator has signed the header to propose a particular

12   block for inclusion on that slot, and only then does it reveal

13   the block body with the associated transaction contents.

14   Q.  Mr. Miller, did Flashbots make information about its design

15   and functioning publicly available?

16   A.  "About its design," MEV-Boost's design?

17   Q.  About MEV-Boost's design, yes.

18   A.  Yes.

19   Q.  Where?

20   A.  As an example, we have a blog, we wrote about how our

21   infrastructure and products would change with changes on

22   Ethereum, how they would change with MEV-Boost.  We would talk

23   about it in other public contents, like our documentation page.

24   We have information about the products and open-source software

25   that we write in a centralized place, where we document all

PAFKPER4                        Miller - Direct

1    that information, called the Flashbots Docs.  Those are two

2    examples.

3    Q.  Is information about how MEV-Boost works available on the

4    GitHub page that you previously mentioned as well?

5    A.  Yes, that has some information on how MEV-Boost works as

6    well.

7            MR. FANG:  Ms. Kerest, please pull up for the witness

8    Government Exhibits 3204, 3232, and 3406A.

9    Q.  Mr. Miller, prior to your testimony, did you review these

10   government exhibits?

11   A.  Yes.

12   Q.  And are these exhibits screen captures of Flashbots' GitHub

13   pages and Flashbots Docs pages for MEV-Boost?

14   A.  Yes.

15           MR. FANG:  The government offers Government Exhibits

16   3232, 3204, and 3406A.

17

18

19

20

21

22

23

24           THE COURT:  These are for the effect on listener,

25   correct, Mr. Fang?

1          MR. FANG:  Yes, your Honor.

2          THE COURT:  All right.  They are conditionally

3     admitted for that purpose.

4          (Government's Exhibits 3232, 3204, and 3406A received

5     in evidence)

6          MR. FANG:  And, your Honor, I believe Government

7     Exhibit 3204 was preadmitted.

8          THE COURT:  One moment, please.

9          (Pause)

10         MR. LOOBY:  We had no objection to that, if that

11    resolves it.

12         THE COURT:  Thank you.  That's correct.

13         MR. FANG:  At this time, your Honor, the government

14    would like to read a stipulation.

15         THE COURT:  You may.

16         And let me just explain to the jury what a stipulation

17    is.

18         A stipulation is an agreement where there is no

19    dispute about certain facts.  The parties may stipulate, or

20    agree, to those facts; and, here, the parties have stipulated

21    to certain facts that Mr. Fang is going to read.  You must

22    treat these facts as having been proven for the purpose of this

23    case.

24         MR. FANG:  Government Exhibit S712 states that:

25         It is hereby stipulated and agreed, by and between the

PAFKPER4                        Miller - Direct

1    United States of America and Anton Peraire-Bueno and James

2    Peraire-Bueno, by and through their attorneys, that:

3            The Wayback Machine makes it possible to see websites

4    as they appeared in the past because it archives copies of

5    websites at various points in time.  Visitors to the Wayback

6    Machine can search archives by uniform record locator, or URL,

7    i.e., a website address.  If archived records for a URL are

8    available, the visitor will be presented with a display of

9    available dates for that web page.

10           The government exhibits set forth in Attachment A are

11   true and correct copies of the corresponding publicly

12   accessible web pages listed in Attachment A, as they appeared

13   on the dates listed in Attachment A.  The government exhibits

14   set forth in Attachment A were kept and maintained by the

15   internet archive through a service known as the Wayback

16   Machine.  The website field in Attachment A accurately

17   identifies the website address of the archived web page record.

18   The date field in Attachment A accurately identifies the date

19   of the archived web page record.

20           It is further stipulated and agreed that this

21   stipulation — namely, Government Exhibit S712 — may be received

22   into evidence as a government exhibit at trial.

23           And, Ms. Kerest, if we can briefly pull up attachment

24   A to this stipulation, I'll just read into the record the

25   government exhibits that are covered by Attachment A.

PAFKPER4                    Miller - Direct

1          These exhibits include:  Government Exhibits 3201,

2     3202, 3203, 3204, 3205, 3206, 3207, 3208, 3209, 3210, 3211,

3     3212, 3213, 3214, 3215, 3216, 3217, 3218, 3219, 3220, 3221,

4     3222, 3223, 3224, 3225, 3226, 3227, 3228, 3229, 3232, 3233,

5     3234, 3235.

6          At this time, the government offers Government Exhibit

7     S712.

8          THE COURT:  It is admitted.

9          (Government's Exhibit S712 received in evidence)

10    BY MR. FANG:

11    Q.  So I want to show you what's marked for identification

12    as -- or what's conditionally admitted as Government Exhibit

13    3232.

14         MR. FANG:  Ms. Kerest, if you can publish that to the

15    jury.

16         Ms. Kerest, if you can pull up the title at the very

17    top left of the page.

18    Q.  Mr. Miller, what does this title -- what's the title of

19    this document?

20    A.  "MEV-Boost."

21         (Continued on next page)

22

23

24

25

PAFVPER5                    Miller - Direct

1   BY MR. FANG:

2   Q.  And is this the public GitHub repository for MEV-Boost that

3   you mentioned earlier?

4   A.  Yes.

5   Q.  Now, on the second page, do you see a reference to read

6   me -- or, actually, it's on the first page halfway down.  Do

7   you see a reference to "readme.md"?

8   A.  Yes.

9   Q.  What's a read me?

10  A.  It's a page that's often included in repositories of code

11  that provides an introduction to the code:  What it is, how to

12  use it, and usually other useful information as well.

13  Q.  And, again, who maintains this repository?

14  A.  This is a Flashbots repository.

15          MR. FANG:  Ms. Kerest, please enlarge the chart under

16  the header "How does MEV-Boost work."

17  Q.  Mr. Miller, what does this flow chart generally depict?

18  A.  It generally depicts the different actors in the MEV-Boost

19  system and some information flows between them.  And it breaks

20  the validator down into three different parts of software that

21  the validator is running.

22  Q.  Is the information in this chart generally captured in

23  Government Exhibit 508, the slides we went through?

24  A.  Yes.  Generally.

25  Q.  And, again, is the information on this page available to

1    the public?

2    A.  Yes.

3             MR. FANG:  We can take this down.

4             Let's also pull up Government Exhibit 3406-A and

5    publish that to the jury.

6    Q.  Mr. Miller, what is this diagram?

7    A.  This is a diagram that was on MEV-Boost's GitHub page that

8    we were just looking at.  And it describes different actions

9    and information flow between the validator's consensus client,

10   the MEV-Boost software, and relays.

11   Q.  And is the information in this diagram also generally

12   captured in the slides we reviewed in Government Exhibit 508?

13   ████████████        ████████████████████████████████████████

14   ██████████████████████████████████████████

15   ████████████    ████████████    ███████████████

16   A.  Yes.

17            MR. FANG:  Okay.  We can take this government exhibit

18   down.

19   Q.  Mr. Miller, earlier you testified that searchers could

20   submit bundles.  Can you remind the jury what a bundle is.

21   A.  A bundle is an ordered list of transactions that by default

22   are included all or nothing.

23   Q.  And how would searchers specify that list?

24   A.  Searchers construct the list of transactions that they want

25   to be included in the specific order that they want it

1    included.  And then they submit them to a special programming

2    interface that a block builder is running.

3    Q.  And who developed that programming interface?

4    A.  Flashbots did.

5    Q.  Approximately when did Flashbots develop that coding

6    interface based on your role and knowledge as Flashbots

7    steward?

8    A.  The fourth quarter of 2020 or the first quarter of 2021,

9    it's in that range.

10   Q.  Was that before or after MEV-Boost was developed?

11   A.  That was before MEV-Boost was developed.

12   Q.  How, if at all, did a bundle change from late 2020 or early

13   2021 to April 2023?

14   A.  The core of the bundle has always been including an ordered

15   list of transactions in the order that they are specified, all

16   or nothing.  And over time, we allowed people to provide kind

17   of extra features and exceptions on top of that.  But the core

18   feature of -- included this list of transactions in this order

19   did not change over that time.

20   Q.  Mr. Miller, I'd like to show you what's been marked for

21   identification as Government Exhibit 3002-A.

22           What is this document?

23   A.  This is a change that was made to the Flashbots docs.  So

24   we hosted the content behind our documentation on our products

25   and our open source software on GitHub.  And what you're

PAFVPER5                    Miller - Direct

1   looking at is one specific change that was proposed and

2   included.

3   Q.  So, Mr. Miller, just for purposes of identification, is

4   this a Flashbots page?

5   A.  It's a GitHub page of ours, yeah.

6           MR. FANG:  Government offers Government Exhibit

7   3002-A.

8   ████████    ████████

9   ████████    ████████    ████████    ████    ████████

10  ████████

11  ████████    ████████

12          (Government's Exhibit 3002-A received in evidence)

13          THE COURT:  You may proceed.

14          MR. FANG:  Permission to publish, your Honor.

15          THE COURT:  You may.

16  Q.  Directing your attention to the top --

17          MR. FANG:  Ms. Kerest, if you can enlarge the title of

18  this or the header of this document.

19  Q.  Mr. Miller, what is Flashbots docs again?

20  A.  We hosted public documentation on how our products and some

21  open source software, like MEV-Boost, and how they worked;

22  information about them on a documentation page called the

23  Flashbots docs.  And the underlying content for that was

24  managed on our GitHub, which is what this page is.

25  Q.  Based on your role as the product and engineering lead,

1    have you become familiar with the content on Flashbots's GitHub

2    page?

3    A.  Generally, yes.

4    Q.  Is there a date associated with these changes to Flashbots

5    docs?

6    A.  This was proposed and changed on August 23rd, 2021.

7    Q.  And just remind the jury, did the core feature of a bundle

8    stay the same between August 2021 and 2023?

9    A.  Yes.

10            MR. FANG:  Let's turn to page 2, please.

11            Ms. Kerest, if you can enlarge lines 5 through 9.

12   Q.  Mr. Miller, do you see a reference to "ETH send bundle"?

13   A.  Yes.

14   Q.  What is that?

15   A.  "ETH send bundle" is the name for the special programming

16   interface that we created for MEV searchers to send bundles.

17   Q.  Do you see a reference to miner?

18   A.  Yes.

19   Q.  Are there still miners under the current Ethereum protocol?

20   A.  No.

21   Q.  Okay.  And, again, just very briefly, what is a miner?

22   A.  A miner was the equivalent of an Ethereum validator in a

23   previous version of Ethereum.  So Ethereum upgraded, it changed

24   from miners to validators.  You can think of it as like an

25   earlier iteration of a validator for our purposes.

PAFVPER5                        Miller - Direct

1   Q.  And who developed the ETH send bundle programming

2   interface?

3   A.  Flashbots did.

4   Q.  What was this interface designed to do?

5   A.  Allow searchers to send ordered lists of transactions that

6   are included, all or nothing.

7   Q.  What interface, if any, does a searcher use to send a

8   bundle under MEV-Boost?

9   A.  ETH underscore send bundle.

10  Q.  Is that the same interface that we're seeing here?

11  A.  Yes.

12  Q.  And, again, who is the searcher sending the bundle to under

13  MEV-Boost?

14  A.  The block builder.

15          MR. FANG:  Let's turn to page 8, please, under the

16  header "Definitions."

17  Q.  Directing your attention to the definition for MEV bundle

18  or bundle, which appears around line 33.

19          Mr. Miller, do you see any specification that requires

20  bundles to be executed together or not at all?

21  A.  Yes.

22  Q.  Can you read that.

23  A.  "A list of transactions that must be executed together and

24  in the same order as provided in the bundle."

25          MR. FANG:  Okay.  We can take Government Exhibit

PAFVPER5                        Miller - Direct

1    3002-A down.

2    Q.   Now, Mr. Miller, I believe you also testified earlier that

3    Flashbots developed software for MEV-Boost relays.  Can you

4    remind the jury where that software is maintained.

5    A.   We maintain a open source version of a relay on our GitHub;

6    it's called MEV-boost-relay.

7    Q.   And is that the same software as MEV-Boost?

8    A.   No.

9    Q.   How did those two pieces of software differ?

10   A.   MEV-Boost is the software that validators run.  It enables

11   them to communicate with other people who run software like the

12   MEV-Boost relay code base that we maintain or other versions of

13   it that they may have modified, they may have run their own or

14   created their own.  So the relay code base is a separate code

15   base; it's not run by the validator.  The validator runs

16   MEV-Boost.

17   Q.   So who runs the MEV-Boost relay software?

18   A.   Infrastructure providers generally.

19   Q.   What do you mean by "infrastructure providers"?

20   A.   As an example, Flashbots runs a MEV-Boost relay.  There was

21   another popular MEV-Boost relay called the Ultrasound Relay,

22   and another one called bloXroute.  These are all companies that

23   run infrastructure in Ethereum, and they make their business

24   off of that generally.

25   Q.   Why did Flashbots share its open source code for the relay?

1    A.  We wanted a open and competitive market where there are

2    many different parties running relays, not just ourselves.  So

3    we wanted to kickstart the competition in the market.

4    Q.  Were the bloXroute and Ultrasound relays in operation in

5    April 2023?

6    A.  Yes.

7    Q.  Showing you what's in evidence as Government Exhibit 3204.

8           Mr. Miller --

9           MR. FANG:  Oh, and if we can also publish Government

10   Exhibit 3204 for the jury.

11          THE COURT:  You may.

12   Q.  Mr. Miller, is this document on the Flashbots docs website

13   that you previously mentioned?

14   A.  Yes, it is.

15   Q.  What's the title of this document?

16   A.  "MEV-boost-specifications."

17   Q.  Do you see a reference to Builder API under the header

18   "MEV-boost-specifications"?

19   A.  Yes.

20   Q.  What is the Builder API at a high level?

21   A.  It's a standardized way for Ethereum validators to

22   communicate with MEV-Boost and with relays.  Relays and block

23   builders, I'll add.

24   Q.  So sorry.  Just to be clear, what does the Builder API

25   facilitate interactions between?

1   A.  Today it facilitates interactions between the validator and

2   the relay.  And it's called the Builder API, which is kind of

3   confusing, because in the future, we hope to do away with the

4   role of the relay and have the validator directly interact with

5   the builder.  So it's a forward-looking name; but, today, the

6   Builder API enables the validator and the relay to work

7   together.

8   Q.  What about in 2023, what parties was the Builder API

9   facilitating interactions between?

10  A.  The validator and the relay.

11  Q.  Showing you what's marked for identification --

12          MR. FANG:  Oh, and we can take Government Exhibit 3204

13  down.

14  Q.  Mr. Miller, I'd like to show you what's marked for

15  identification as Government Exhibit 3219.

16          Is this the Builder API that we just discussed?

17  A.  Yes.

18          MR. FANG:  Government offers Government Exhibit 3219.

19  

20

21

22          MR. FANG:  Your Honor, we're offering this for its

23  effect on the listener.  And we're happy to offer it subject to

24  connection at a later time.

25          THE COURT:  All right.  I will conditionally admit it.

1           (Government's Exhibit 3219 received in evidence)

2           MR. FANG:  Permission to publish Government Exhibit

3   3219.

4           THE COURT:  You may.

5   Q.  Mr. Miller, just to take a step back, what's an API?

6   A.  A standardized way to interact with a program.

7   Q.  And is this a Flashbots document?

8   A.  It's not.

9   Q.  Have you seen this document prior to your testimony?

10  A.  Yes.

11  Q.  In what context?

12  A.  In my context as the lead for product and engineering for

13  Flashbots.  We engaged with this document to develop MEV-Boost.

14  Q.  How does this document relate to MEV-Boost?

15  A.  MEV-Boost relies on these APIs to do its job of enabling

16  validators to outsource ordering within blocks.

17  Q.  Let me direct your attention to page 3.

18          MR. FANG:  Ms. Kerest, if you can red-box -- or,

19  actually, enlarge all the way to "execute payload header."

20  Q.  Mr. Miller, what does this interface do?

21  A.  This is the interface that validators call to get a block

22  header from a relay.

23  Q.  And in a MEV-Boost world, who sends this interface?

24  A.  The validator calls the relay with this interface.

25          MR. FANG:  And, Ms. Kerest, if you can please

PAFVPER5                         Miller - Direct

1   highlight or blow up the first sentence that says "requests a

2   builder node."

3   Q.  Mr. Miller, what does it mean for the builder node to

4   produce a valid execution payload header which can be

5   integrated into a blinded beacon block and signed?

6   ████████████    ████████████    ████    ██████████████████

7            ████████████    ████████████

8            ████████████

9   A.  So this API was made to be forward-compatible with a

10  version of Ethereum in the future, where we do away with the

11  relay, but here it's referring to what is now the relay as the

12  builder node.  And what this means is that this is the

13  interface that is requesting in MEV-Boost a relay in the future

14  of builder node to provide it a block header, which then the

15  validator can use, add a couple more fields, to produce their

16  block proposal, the thing that they signed to select a block

17  for inclusion on the chain.

18  Q.  Do you see a reference to "blinded beacon block"?

19  A.  Yes.

20  Q.  What is a blinded beacon block?

21  A.  A blinded beacon block is a data structure.  It's a

22  standardized form.  You can think of it as that a validator

23  fills out.  It includes the block header.  But it's called

24  "blinded" because it does not include the transaction contents

25  associated with that header.

1          MR. FANG:  And, Ms. Kerest, if we can go to the next

2    page, the first black boxes under "responses."  And if you can

3    enlarge that black box, please.

4    Q.  Do you see something that says "version bellatrix"?

5    A.  Yes.

6    Q.  What does "bellatrix" mean?

7    A.  It's a specific version of the Ethereum protocol.

8    Q.  And does this also appear to be an interface?

9    A.  Yes.

10   Q.  What's the purpose of this interface?

11   A.  This is what a block header looks like that the relay

12   returns to the validator.

13   Q.  And under the MEV-Boost environment, who fills in the

14   information in this form?

15   A.  The block builder first fills in the information in this

16   form.  And then the relay takes the header and provides it to

17   the validator.

18          MR. FANG:  Okay.  Let's go to page 5, please.

19   Q.  The second black box under "submit a signed blinded block

20   and get unblinded execution payload."

21          Mr. Miller, what does this interface depict?

22   A.  This is how validators return a signed blinded block is

23   what we call it.  So the thing that the validator is signing to

24   propose a block to relays in order to get the transaction

25   contents associated with the block that they've just signed.

PAFVPER5                     Miller - Direct

1   Q.  Can you read the first sentence, Mr. Miller, starting with

2   "submits a."

3   A.  Well, there's two sentences that starts with "submit a," so

4   do you want the one on the top or the one below it?

5   Q.  The one below the green box that says "post."

6           MR. FANG:  And, Ms. Kerest, if you can just highlight

7   that.

8   A.  So that says:  "Submits a signed blinded beacon block to

9   the builder, binding the proposer to the block."

10  Q.  What does it mean that the proposer is bound to the block?

11  A.  What it means is that the proposer, by providing their

12  signature, is making a commitment to that block that is

13  enforceable with financial penalties if they sign another block

14  in that slot.  That's why we say the proposer is bound to the

15  block, because there's kind of an enforceable guarantee backed

16  by financial incentives.

17  Q.  And, again, the word "proposer" in this context, what does

18  it mean?

19  A.  Here it means a validator that has selected and included a

20  block.

21          MR. FANG:  Ms. Kerest, if you can highlight the second

22  sentence, starting with "The builder is now able," all the way

23  to "them" on the second line.

24  Q.  Mr. Miller, if you can just read that highlighted sentence.

25  A.  "The builder is now able to unblind the transactions in

1   execution payload header without the possibility of the

2   validator modifying them."

3   Q.  And what is execution payload header?

4   A.  That is the block header that the relay first returns to

5   the validator.

6           THE COURT:  Mr. Fang, we are right at 4:30.  If you

7   can wrap up this line of questioning.

8           MR. FANG:  Yes, your Honor.

9   Q.  Why can't the validator modify the block at this point?

10  A.  What this is referring to is that the validator has signed

11  a particular block.  They've provided their signature.  And

12  that signature is associated with a specific unique block.  And

13  so once you provided that signature, there is no way for you to

14  renege on it or to modify the transaction contents associated

15  with what you've just signed.

16          MR. FANG:  Your Honor, I think this is a good time for

17  us to stop for today.

18          THE COURT:  Thank you, Mr. Fang.

19          All right.  So we are going to break for the evening.

20  I will see you all again.  We will begin testimony promptly at

21  10 in the morning.  Please be here with enough time to get

22  through security and be ready in the jury room about 15 minutes

23  before then.

24          And remember that my prior instructions apply:  Do not

25  discuss this case with anyone, don't do any research on this

1    case or read anything about it in the news.  And don't post

2    anything on any website or social media.

3            Finally, remember to keep an open mind until all the

4    evidence has been received and you have heard the views of your

5    fellow jurors.

6            Thank you all for your attention today.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PAGKPER1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                        24 Cr. 293 (JGLC)

 5   ANTON PERAIRE-BUENO,
     JAMES PERAIRE-BUENO,
 6
                Defendants.               Trial
 7
     ------------------------------x
 8
                                          New York, N.Y.
 9                                        October 16, 2025
                                          9:45 a.m.
10

11   Before:

12                    HON. JESSICA G. L. CLARKE,

13                                        District Judge
                                          - And A Jury -
14
                          APPEARANCES
15

16   JAY CLAYTON
          United States Attorney for the
17        Southern District of New York
     DANIELLE M. KUDLA
18   JERRY J. FANG
     BENJAMIN LEVANDER
19   RYAN NEES
          Assistant United States Attorneys
20
     FICK & MARX LLP
21        Attorneys for Defendant Anton Peraire-Bueno
     WILLIAM FICK
22   DANIEL N. MARX

23

24

25
```

PAGKPER1

APPEARANCES (continued)

WILLIAMS & CONNOLLY LLP
    Attorneys for Defendant James Peraire-Bueno
KATHERINE A. TREFZ
PATRICK LOOBY
IKENNA UGBOAJA
JOSEPH M. BAYERL
    -and-
SHAPIRO ARATO BACH LLP
JONATHAN BACH


Also Present:  Helena Kerest, Paralegal Specialist (USAO)
              David Naguib, Paralegal Specialist (USAO)

PAGKPER1                    Miller - Direct

```
 1              (Jury present)
 2              THE COURT:  Please be seated.
 3              Good morning to you, all.  Thank you, again, for being
 4    on time.  I really appreciate it.  We are going to continue
 5    with testimony today.
 6              Mr. Fang.
 7              MR. FANG:  I believe Mr. Miller is in the courtroom.
 8              THE COURT:  Mr. Miller, please step down to the
 9    witness stand.
10              You may proceed.
11    ROBERT MILLER, resumed.
12    DIRECT EXAMINATION CONTINUED
13    BY MR. FANG:
14    Q.  Mr. Miller, before we pick back up, I just want to go over
15    a couple of concepts that you testified about yesterday.
16    A.  Okay.
17              MR. FANG:  Ms. Kerest, can you please publish
18    Government Exhibit 508, slide 11.
19    Q.  Mr. Miller, to reorient the jury, what does this slide
20    depict?
21    A.  At a high level, this depicts different actors and some
22    interactions between them in the MEV-Boost system.
23    Q.  And what are some of these actors?
24    A.  Searchers, builders, relays, and the validator.
25    Q.  Are there people behind these different actors?
```

PAGKPER1                    Miller - Direct

1   A.  Yes; people or companies.

2   Q.  And these interactions between these different actors, are

3   there people behind those interactions?

4   A.  Yes, ultimately.

5   Q.  Now, you said yesterday that MEV-Boost allows the validator

6   to outsource the building of the block to the block-builder.

7           What do you mean by "outsource"?

8   A.  So the validator has two jobs in general.  One is they

9   order transactions in a block, where they build a block, and

10  the second is they select a block for inclusion on the chain

11  next — that's proposing a block.  MEV-Boost allows them to

12  outsource, and by that, I mean to delegate to another party, to

13  enable another party, to order the transactions in a block on

14  their behalf because these other parties are specialized and

15  they're better at ordering transactions in a block than the

16  validator is.  So they make more money by doing so.

17  Q.  Who makes more money?

18  A.  The validator.

19  Q.  And who is the other party?

20  A.  The block builder.

21  Q.  And so, just to be clear, under the MEV-Boost system, are

22  those two different parties?

23  A.  Yes.

24  Q.  Does the MEV-Boost validator choose which builder it

25  receives a block from?

PAGKPER1                          Miller - Direct

1    A.  No.

2    Q.  Does the MEV-Boost validator have any role in choosing the

3    contents of the block that the builder puts together?

4    A.  It signs a header, but it doesn't see the contents of the

5    block before it signs the header.

6    Q.  So, what role, if any, does the MEV-Boost validator have in

7    terms of selecting transactions to put in the block?

8    A.  The MEV-Boost validator is outsourcing that role, so they

9    don't play a role in choosing the transactions that go into a

10   block.

11   Q.  Remind us — what makes a validator a MEV-Boost validator?

12   A.  They run the MEV-Boost software.

13   Q.  And, again, how do they start interacting with the

14   MEV-Boost ecosystem?

15   A.  You would download MEV-Boost.  So, people typically did

16   that from our GitHub page, where we host code.  And the first

17   thing that you do is to register with relays along some

18   information that's useful for relays and block filters, like

19   where validators want to be paid, the address that they should

20   be paid at.

21   Q.  And, again, who introduced the concept of a relay?

22   A.  Flashbots did.

23   Q.  Is that essentially a MEV-Boost creation?

24   A.  Yes.  In this context, at least.  Sometimes people -- relay

25   is a general word, and so there are other relays, but they mean

1    different things in different contexts.

2    Q.  But, here, and yesterday, when you were discussing the

3    concept of relays, was that in reference specifically to a

4    MEV-Boost relay?

5    A.  Yes.

6    Q.  Now, Mr. Miller, you also testified that the searcher

7    submits bundles to builders that can be all or nothing.

8         What did you mean by all or nothing?

9    A.  What I mean by that is that searchers submit these ordered

10   lists of transactions, and each transaction needs to succeed,

11   and if any transaction within the ordered list fails, none of

12   the transactions are included.

13        There is a feature where you could say, hey, it's okay

14   for this transaction to fail, but by default, that feature is

15   not on.  So by default, the intended behavior is all

16   transactions specified in the ordered list need to succeed.  If

17   any of them fail, none of them are included.

18   Q.  Again, who chooses what to put in the bundles?

19   A.  The MEV searcher chooses what to put in the bundles.

20   Q.  Who chooses the conditions, such as all or nothing?

21   A.  Well, all or nothing is the default, and the MEV searcher

22   would use a feature to specify if it was fine for one of their

23   transactions to fail and still be included.  I think that's

24   what you meant.

25   Q.  Well, in the MEV-Boost system, does the validator play any

PAGKPER1                        Miller - Direct

1    role in choosing what goes in the bundles?

2    A.  No.

3    Q.  Can a searcher choose which builder to send bundles to?

4    A.  Yes.

5         MR. FANG:  Ms. Kerest, if we can please go to page 9.

6    Q.  And, again, Mr. Miller, this is Government Exhibit 508,

7    page 9.

8    A.  Right.

9    Q.  Can you remind the jury what happens at the validate

10   signature step in the MEV-Boost system?

11   A.  So, the validator has used MEV-Boost to get a block header

12   from a relay, and they take that block header, they add a

13   couple of other fields to it, and they create a signature.  And

14   that signature is them saying, I want to propose this specific

15   block for my slot, and they return that back to the relay.

16   Then the relay performs some checks to see, did the right

17   validator sign this block, and is this what we would expect the

18   signature to be.

19   Q.  What do you mean when you say, is this what we would expect

20   the signature to be?

21   A.  As an example -- what's the right way to explain this?

22        If the validator returned something that wasn't a

23   block header, as an example, the relay would not have anything

24   to do because they weren't interacting with it in the way the

25   relay expected.

PAGKPER1                          Miller - Direct

1   Q.  When you say when the relay expected, is that something

2   that is according to the design of the MEV-Boost system?

3   A.  Yes.  So, there is a standardized programming interface for

4   how relays receive signatures and signed block headers from

5   validators, and it needs to have a certain shape, it needs to

6   have certain fields.  So the relay was validating this is of

7   the shape that I expected to, and it's a signature over the

8   fields that I expect.

9   Q.  I think you testified just now that the MEV-Boost validator

10  also adds a couple of fields.

11          Again, remind a jury what a couple of these fields

12  are?

13  A.  As an example, parent root, state root, I think the slot

14  number is in there, too.

15  Q.  I wanted to talk a little about the parent and state root.

16  You testified that the parent and state roots have a particular

17  meaning yesterday.

18          What did you mean by particular meaning?

19  A.  What I mean by particular meaning is that the parent and

20  state root are really specific things.  There are functions and

21  definitions for what they should be for a given block and a

22  specific answer for what they should be for a specific block.

23  There's sort of a right answer for that block, for what those

24  fields should be.

25  Q.  Is that right answer something that can be calculated?

1    A.  Yes.  The validator software calculates what those fields

2    are automatically, typically.

3    Q.  And who is supposed to input the parent and state roots?

4    A.  The validator.

5    Q.  Now, according to MEV-Boost's design, when does the

6    validator fill in the parent and state?

7    A.  The validator takes the block header that they receive from

8    the relay, and they add in the parent and state root for the

9    block.

10   Q.  Do they do that before or after they submit the signed

11   block header?

12   A.  They do that after receiving the header from the relay and

13   before submitting a signed header back to the relay.

14   Q.  At this stage --

15           MR. FANG:  And, Ms. Kerest, if we can please go to --

16   well, I think this slide is fine.

17   Q.  Mr. Miller, at this stage in the process, does the

18   validator see the transaction contents?

19   A.  Not yet, no.

20   Q.  Mr. Miller, does the relay need the right answer in the

21   parent and state root to perform its function under the

22   MEV-Boost system?

23   A.  The relay's functions are, first, to make sure that the

24   validator is providing a signature before it is revealing the

25   block.  And once that signature -- because it's looking for a

PAGKPER1                        Miller - Direct

1    commitment from the validator that this is a block that's going

2    to be included on the chain.  Block builders only want their

3    block contents in the transactions revealed in the case that

4    there is that commitment.  And, so, if there is not the correct

5    parent or state root, that means that the commitment is not

6    valid, of sorts, because that block cannot be included on the

7    chain, those transactions actually can't be executed.

8    Q.  Why can't those transactions be executed?

9    A.  Since the parent and state root would not be correct, that

10   means that the block couldn't be included on the Ethereum

11   network.

12   Q.  And, again, just remind the jury what the parent root is

13   intended to convey.

14   A.  It's a unique identifier of what the previous block is.

15   Q.  And remind the jury what the state root is intended to

16   convey.

17   A.  The parent root, also — just to return to that — you can

18   think of the -- it refers to the previous block.  So the

19   previous block is the parent, and this is the child block.

20   That's why it's called parent root.

21          The state root is meant to convey a unique snapshot of

22   Ethereum's state, so some information about Ethereum at a

23   particular point, with a particular set of information.

24          MR. FANG:  Ms. Kerest, we can take this down.

25   Q.  Okay, Mr. Miller.  Let's pick back up where we left off

PAGKPER1                              Miller - Direct

1    yesterday afternoon.

2              MR. FANG:  And, Ms. Kerest, if you can please pull up

3    Government Exhibit 3219 again.

4    Q.  Mr. Miller, we left off on page 5, the second sentence.

5    A.  Starting -- you mean the one starting with "the builder

6    is"?

7    Q.  That's correct.

8              MR. FANG:  Ms. Kerest, if you can highlight that

9    second sentence again.

10   Q.  Remind the jury why a validator can't modify the block

11   after it has committed to the block.

12   A.  When the validator creates a signature, they are creating a

13   signature that's associated with a specific unique block.  And

14   if the validator were to modify the transactions in that block

15   in any way, it would change the block, and there would be a

16   different kind of unique identifier with the block.  But the

17   validator has already created a signature for a specific block,

18   and in doing so, they have proposed a specific block, with a

19   unique set of information, to be included on the chain.  They

20   can't take that back.  That signature is out there.  The relay

21   has it now, the builder has it, the network has it.  So there's

22   no way for them to undo or modify that block after they have

23   provided a signature for that specific unique block.

24   Q.  To put a finer point on it, based on the way that MEV-Boost

25   was designed and intended to operate, is a MEV-Boost validator

PAGKPER1                          Miller - Direct

1    supposed to reorder a block that has been signed?

2    ████████████    █████████████████████████████████

3    █████████████    ████████████

4    ████████████████

5            THE WITNESS:  That's not the intended behavior, no.

6    BY MR. FANG:

7    Q.  And, again, based on MEV-Boost's intent or the way it was

8    intended to operate and designed to operate, is a MEV-Boost

9    validator supposed to add transactions to the block?

10   A.  No.

11   Q.  Is it supposed to remove transactions from the block?

12   A.  No.

13   Q.  What features of MEV-Boost's design were intended to

14   prevent those kinds of modifications by a validator?

15   A.  The question is, just to repeat it back so that helps my

16   thinking, what features of MEV-Boost's design were intended to

17   prevent those kind of modifications by a validator, right?

18   Q.  Correct.

19   A.  I think at the core of it is the commit-and-reveal scheme.

20   By that, what I mean is that relays seek a commitment, a

21   proposal, of a block from the validator before they reveal the

22   block contents back to the validator.

23           MR. FANG:  We can take this down.  I'm sorry, let's

24   put that exhibit back up.  I think we're on page 5 of

25   Government Exhibit 3219.

1              And let's call out the black box on this page.

2    Q.  Mr. Miller, what is depicted in this black box?

3    A.  This is what the information that the validator sends back

4    to the relay when they are providing a signed block header, it

5    looks like.

6    Q.  And, again, are there people behind the validator and relay

7    roles?

8    A.  There are people behind the validator and relay roles.

9    Q.  Do you see the reference to parent root?

10             MR. FANG:  And, Ms. Kerest, I'll ask you to highlight

11   that for Mr. Miller.

12             THE WITNESS:  Yes.

13   BY MR. FANG:

14   Q.  Do you see a reference to state root?

15   A.  Yes.

16   Q.  What is depicted here, generally, how a parent and state

17   root looks?

18   A.  Generally.  This is an example.  They generally look like

19   this.

20   Q.  Is the parent root the same or different for each block?

21   A.  Different.

22   Q.  Is the state root the same or different for each block?

23   A.  Different.

24   Q.  And, again, at this stage, when the validator is filling in

25   these fields, can it see the transaction data in the block?

PAGKPER1                        Miller - Direct

```
 1   A.  No.
 2   Q.  And when it sends back the signed block header, what is the
 3   validator signifying?
 4   A.  Their block proposal.  So they're selecting this block for
 5   inclusion on the chain.
 6            MR. FANG:  Ms. Kerest, we can take this down.
 7            Ms. Kerest, if we can display on the ELMO, just for
 8   Mr. Miller in particular --
 9   Q.  Mr. Miller, you should see on your screen what's been
10   marked for identification as Defense Exhibit 5002.
11            Do you see that?
12   A.  Yes.
13   Q.  What is this document?
14   A.  I'm not sure because I didn't make it, but it has a bunch
15   of relevant concepts to MEV-Boost and Ethereum.
16            MR. FANG:  May we publish Defense Exhibit 5002 to the
17   jury, your Honor?
18   ███████████   ████████████
19   ███████████   ███████████████████████   █████████████
20   ████████████████████████████████████████████████████
21            ████████████   █████████████████████████████
22   █████████
23        ████████████████████
24            MR. FANG:  Ms. Kerest, if we can publish Defense
25   Exhibit 5002 to the jury.
```

PAGKPER1                          Miller - Direct

1           (Defendants' Exhibit 5002 received in evidence)

2    BY MR. FANG:

3    Q.  Mr. Miller, again, did you create this document?

4    A.  No.

5    Q.  Is this a Flashbots document?

6    A.  No.

7    Q.  Does this document accurately portray how blocks are

8    proposed using MEV-Boost?

9    A.  I wouldn't say so.

10   Q.  So, let's just start with the different actors in the

11   MEV-Boost system that you mentioned.

12           Is there any actor who's missing?

13   A.  The block builder.

14   Q.  Just remind the jury what role the block builder plays in

15   the MEV-Boost system.

16   A.  The validator outsources the ordering of transactions in a

17   block to the block builder.

18   Q.  When you say "the ordering of transactions," what do you

19   mean by that?

20   A.  Every block has a bunch of transactions, and you need to

21   decide what transaction goes first, second, third, fourth,

22   et cetera.  So when I say ordering, I mean placing transactions

23   in bundles, which are ordered lists of transactions, in a

24   particular order, deciding who is first, second, you know,

25   et cetera.

PAGKPER1                    Miller - Direct

1   Q.  Again, is that essentially building the block?

2   A.  Yes.

3   Q.  What role, if any, does a validator running MEV-Boost have

4   with building a block?

5   A.  They outsource the building of the block, so they're

6   proposing the block only instead in MEV-Boost.

7   Q.  So, starting with the top left box, do you see a reference

8   to mempool, where my finger is pointing?

9   A.  Yes.

10  Q.  Is this box an accurate depiction of how blocks are built

11  under MEV-Boost?

12  A.  The validator, even though it's outsourcing ordering to a

13  block builder, still has access to a mempool, so this box seems

14  fine to me.

15  Q.  But --

16  A.  The mempool is inherently a public waiting room.

17  Q.  When a validator uses MEV-Boost and outsources the block,

18  does it have the ability to add transactions from the mempool?

19  A.  No.  So I wouldn't object to the box — mempool — being

20  there, because the validator has a mempool, the mempool is

21  public — it's kind of the point — but the validator in

22  MEV-Boost does not use their mempool to build a block.  They're

23  outsourcing the building of a block to a specialized actor

24  called the block builder.

25  Q.  And, again, if the validator is running MEV-Boost, where

PAGKPER1                    Miller - Direct

1    does it get the block from?

2    A.   From the relay.

3    Q.   Okay.  So, let's pause here for a second.

4         MR. FANG:  I'd like to mark this exhibit for

5    identification as Government Exhibit 5002.

6    Q.   So, Mr. Miller --

18   BY MR. FANG:

19   Q.   Mr. Miller, I'm going to cross out the line between the

20   mempool and the validator.

21        Does that more accurately depict how blocks are

22   proposed using MEV-Boost?

23   A.   I would agree with that to the extent that the line is

24   supposed to mean that the mempool is used in the building of

25   the block by a validator because the validator is outsourcing

PAGKPER1                         Miller - Direct

1   that job in MEV-Boost.

2   Q.  So I'd like to direct your attention to the bottom left

3   box, where it says "Own Trades."

4           Do you see that?

5   A.  Yes.

6   Q.  Is this box an accurate depiction of how blocks are built

7   under MEV-Boost?

8   A.  I don't really know.  Part of the purpose of MEV-Boost is

9   to prevent validators from needing to be very sophisticated,

10  from needing to be a trading firm themselves, in order to be

11  competitive.  So, we do that by allowing them to outsource

12  ordering and not, by extension, being able to get really good

13  blocks by having other people build them and not needing to

14  find trades themselves.  So, generally, I think this box

15  doesn't make sense either.

16  Q.  So I'm also going to cross out the line between "Own

17  Trades" and the validator.

18          Does that more accurately depict how MEV-Boost works?

19  A.  Yes.

20  Q.  Going to the bottom right box, where it says "Proprietary

21  Order Flow," what do you understand "proprietary order flow" to

22  mean?

23  A.  To me, I understand this to mean MEV searchers and their

24  bundles, so people who want transactions included in their

25  specific orders, and it also refers to other users who want to

PAGKPER1                        Miller - Direct

1    submit their transactions directly instead of to the block

2    builder, as an example, instead of to the public mempool, where

3    they have some need for privacy.

4    Q.  Does a validator running MEV-Boost get trades directly from

5    a proprietary order flow, as you've described it?

6    A.  No.

7    Q.  Why not?

8    A.  Again, MEV-Boost was created to allow any validator, of any

9    sophistication, whether you were, you know, just a casual user

10   or staker of Ethereum, to receive the most valuable block

11   possible by outsourcing block ordering to a specialized actor.

12   The reason for that is that it's really challenging to figure

13   out what the best ordering of transactions is, and it can also

14   be challenging to develop relationships that you need in order

15   to get people to send you sensitive transaction flow, which I

16   think is what is meant by proprietary order flow here.

17            So the purpose of MEV-Boost was to allow people to

18   outsource their ordering so another specialized actor could do

19   those functions on behalf of validators and they wouldn't need

20   to do that to be competitive themselves.  And that would make

21   the barriers to entry lower to be a competitive validator.

22   Q.  And, again, what is this other party that the validator is

23   outsourcing to?

24   A.  The block builder.

25   Q.  Again, is the block builder anywhere on this slide?

PAGKPER1                          Miller - Direct

1    A.  Not that I see.

2    Q.  So I am going to cross out the line between proprietary

3    order flow and validator.

4            Does that more accurately depict how blocks get

5    proposed to the blockchain under MEV-Boost?

6    A.  In my eyes, yes.

7    Q.  Now, remind the jury, how does the MEV-Boost validator get

8    a block to propose?

9    A.  The MEV-Boost validator asks relays for a block header, and

10   the relay is responsible for giving the validator the most

11   profitable block header it has seen at that time.

12   Q.  If a validator is using MEV-Boost, is it designed to alter

13   the block that it receives?

14   A.  That's not the intended behavior, no.

15   Q.  Why not?

16   A.  Why not?  Because the point of MEV-Boost is to have

17   validators outsourcing ordering to specialized actors, and to

18   remove the need from any of these searchers, block builders,

19   et cetera, from having to trust or think a lot about the

20   validator and what they would do to the contents of the block.

21   So you're supposed to keep the block contents private until it

22   is committed to, and then you would be able to block.  And the

23   system relies on this assumption of privacy in order to have an

24   efficient and fair market.

25   Q.  Just to put a finer point on it, Mr. Miller, if a validator

PAGKPER1                         Miller - Direct

1    can't see the transactions in a block, can it add to the block?

2    A.  No.

3    Q.  Why not?

4    A.  Because you need to know what came -- what else is included

5    in the block, to add something to a block.  Without that

6    knowledge, you might try to add something to a block, and it

7    could be incorrect or an invalid transaction, as an example.

8    Q.  Do you know all of this based on your experience developing

9    MEV-Boost?

10   A.  Yes.  And my experience developing products for Ethereum.

11          MR. FANG:  The government offers the corrected version

12   of Defense Exhibit 5002 as Government Exhibit 5002.

13   ████████████    ██████████████████████████████████████████

14   ██████████████████████████████████████████████████████

15          ████████████    ██████████████

16          It is admitted, without the characterization of that

17   it is correct.

18          MR. MARX:  Thank you, your Honor.

19          (Government's Exhibit 5002 received in evidence)

20          MR. FANG:  We can take this down.

21   BY MR. FANG:

22   Q.  Mr. Miller, I want to go back to a morning of early

23   April 2023.

24   A.  Okay.

25   Q.  Can you remind the jury what you learned that morning

PAGKPER1                          Miller - Direct

1   regarding MEV-Boost?

2   A.  Can I remind the jury of what I learned that morning in

3   early April 2023?  Yes.  So, I woke up, and I was told that

4   there had been an incident with MEV-Boost, and people had lost

5   a lot of money and I needed to get online urgently.

6   Q.  Who were these people who were trying to get a hold of you?

7   A.  People from Flashbots.

8   Q.  Now, you mentioned yesterday that there was a bug in the

9   system.

10          What did you mean by that?

11  A.  We maintained this open source code base called MEV-Boost

12  Relay, and we operated it in production, and other people had

13  taken it and modified it and they ran it themselves.  And in

14  the MEV-Boost Relay code base, the relay, when it received a

15  signed block header from the validator, was checking to see if

16  the signed header came from the right validator and if it was

17  correct in some ways, but not if the block header itself was

18  valid and correct.  And, so, in this particular case, the

19  validator had set the parent root and state root to equal zero,

20  which made the block invalid, it couldn't be included on the

21  Ethereum chain, but the relay was not checking to see if the

22  block itself was valid, it was just checking to see if the

23  signature was correct as it expected.

24          So the relay then checked to see if the signature was

25  valid, didn't see that the block header was valid, and it

PAGKPER1                          Miller - Direct

1   revealed the block contents, although the block itself couldn't

2   actually be included on the chain.

3   Q.  So, we'll unpack all of that in a moment.

4        Was the bug -- did somebody take action with respect

5   to the bug?

6   A.  Yes.

7   Q.  Was that the validator that you referred to?

8   A.  Yes.

9   Q.  At a high level, what, if anything, did Flashbots do in

10  response to this incident?

11  A.  We investigated the incident.  We got together groups of

12  people to talk about it, investigate it, figure out the root

13  cause.  We created an update to the code, where the bug was, in

14  order to make sure it didn't happen again in the future.  We

15  worked with other relays in order to roll this out.  And we

16  investigated follow-on issues that we discovered in the course

17  of addressing this incident.  There were a couple of things.

18  Q.  Mr. Miller, what role, if any, did you play in this

19  response?

20  A.  I oversaw the overall response.

21  Q.  And who else was involved in this response?

22  A.  People from Flashbots, so engineers, some of Flashbots'

23  other leadership, there were members of the Ethereum

24  Foundation, there were people from the Ultrasound Relay — that

25  was the relay that actually had the bug exploited that

PAGKPER1                    Miller - Direct

1    day — and there were prominent security researchers and white

2    hats in the community that helped us find out the root cause

3    and come up with a patch.

4    Q.  You mentioned a couple of terms.  First, you said "white

5    hat."

6             What does a white hat mean?

7    ████████████    █████████████████

8    ████████████    ████████████

9    BY MR. FANG:

10   Q.  As you --

11   A.  Thank you.

12             MR. FANG:  I'm happy to reask the question, your

13   Honor?

14             THE COURT:  You may.

15   BY MR. FANG:

16   Q.  As you used the term "white hat," what does that mean?

17   A.  I don't have a formal security background — I didn't go to

18   school for this or anything like that — but I can speak as

19   someone that has helped out in a bunch of white-hat rescues

20   generally.  I just want to give that prelude and context to

21   calibrate my answer.

22             What I understand white hat to mean, in the context of

23   crypto, is someone that tries to make use of bugs or

24   vulnerabilities in software in order to save user funds in

25   advance of an adversary doing so instead.

PAGKPER1                          Miller - Direct

1   Q.  You also mentioned "Ethereum Foundation."

2          What is that?

3   A.  The Ethereum Foundation is a nonprofit foundation that

4   created Ethereum itself and sees itself as a sort of steward of

5   the overall space and helps to perform research on Ethereum, as

6   well as set roadmaps, get people together, et cetera.

7   Q.  Why did Flashbots loop in people from the Ethereum

8   Foundation for this response?

9   A.  There were people with the Ethereum Foundation that were

10  involved with the Ultrasound Relay — that was the first thing.

11  So, one, two people, in particular, from the Ethereum

12  Foundation that day also worked with the Ultrasound Relay.  I

13  did both.  And the other thing was that in the course of

14  following up with this incident, we were worried that there

15  were broader implications for the Ethereum network that it kind

16  of caused us to think harder about.  So, we wanted to talk to

17  people who were more experts in Ethereum's consensus and deep

18  matters of how it works in order to follow up and investigate

19  on what might be further issues with Ethereum itself.

20  Q.  Now, you mentioned Ultrasound, as well.

21         Can you just remind the jury why Ultrasound was looped

22  in on this response?

23  A.  Ultrasound was another MEV-Boost Relay.  We knew them well

24  and worked with them.  And their relay was the relay that had

25  actually had the bug and the exploit on that day.  So they had

1    logs, they had data, things like that, that were relevant to

2    understanding the incident.

3    Q.  And did you personally confirm, at a high level, the

4    details of the investigation?

5    A.  Yes.  So, when I had woken up, I believe that the

6    engineers, security researchers, and Ethereum Foundation folks

7    had already kind of figured out what the root cause was.  I

8    reviewed that with them and reviewed some of their work in

9    order to verify my understanding of what the bug was that day

10   and make sure that made sense to me.

11   Q.  At a high level, what are some of the materials that you

12   reviewed in the course of this investigation?

13   A.  The block header itself, where the parent root and state

14   root were set to equal zero; the code of MEV-Boost Relay code

15   base; and some of the logs from the Ultrasound Relay are things

16   that I remember; and a description that was compiled by

17   engineers, security researchers, some of the people in the

18   community as kind of step-by-step of what the incident was,

19   too.

20

21

22

23

24   BY MR. FANG:

25   Q.  Mr. Miller, did you eventually determine how this exploit

PAGKPER1                          Miller - Direct

1    occurred?

2    A.   The Flashbots team and others did, yes.

3    Q.   Were you a part of that group?

4    A.   I reviewed their work, yeah.

5    Q.   Okay.  I want to direct your attention again to Government

6    Exhibit 508.

7              MR. FANG:  And let's go to slide 7.

8              Yes, thank you.

9    Q.   Mr. Miller, using slide 7, can you explain to the jury what

10   Flashbots learned about how the exploit or this incident

11   occurred?

12   A.   So where the slide is at, in the process of MEV-Boost here,

13   is that the validator has asked for a block header from the

14   relay.  And the validator then takes this block header, and

15   they add a couple of fields to it in order to sign it, to make

16   their proposal for what block should be included on the chain.

17   And in the incident that day, what the validator did was they

18   set the parent root and the state root equal to zero, when the

19   parent root and state root should actually be something else,

20   since they have these particular meanings.  That is where we

21   are within the process on this slide.

22   Q.   And, Mr. Miller, do you see a reference to a parent and

23   state root in a block header on this slide?

24   A.   Yes.

25   Q.   Can you use your touch screen to blow it up in a box, or

PAGKPER1                      Miller - Direct

1    just make some marking next to it?

2    A.  I can certainly try.  I don't know.  It's my first time

3    operating one of these.

4          Does that show for up for everybody?

5    Q.  Mr. Miller, based on your participation in this

6    investigation, what effect did setting the parent and state

7    roots to zero have on the block header?



12          THE WITNESS:  I'm still learning the ropes, so I

13   appreciate that.

14          What effect it had was that the block was now not a

15   valid block.  So, the relay received the signed block header,

16   and it checked to see, did it come from the right party and

17   does it generally have the shape that I expect, is it

18   generally -- you know, does it have the right fields, so to

19   speak, or does it have the right -- does it have a parent root,

20   does it have a state root, but the relay was not checking to

21   see was the parent root and state root correct.

22          So, the relay validated the signature and revealed the

23   block contents back to the validator, but this meant that when

24   the relay went to publish the block to the broader Ethereum

25   network, that block was rejected since the parent root and

PAGKPER1                        Miller - Direct

1    state root were not correct.  So that block could not actually

2    be included on the chain; it wasn't a valid proposal from the

3    validator.

4              MR. FANG:  Ms. Kerest, let's go to slide 8, please.

5    BY MR. FANG:

6    Q.  Again, just to take a step back, what did the validator

7    involved in the incident do at this step?

8    A.  The validator set the parent root and state root to equal

9    zero and signed the block header, and then provided it back to

10   the relay.

11   Q.  Again, what does signing a block header and sending a block

12   header to the relay mean in the MEV-Boost context?

13   A.  In the MEV-Boost context, that represents a block proposal.

14   So it's the validator saying, this is the block that I am

15   selecting for inclusion on the chain next.

16             MR. FANG:  Let's go to slide 9, please.

17

18

19

20

21

22

23   Q.  Mr. Miller, based on your participation in the

24   investigation of this April 2023 incident, what did the relay

25   do at this step with respect to the block header?

PAGKPER1                              Miller - Direct

```
 1   A.  It validated the signature.  It did not check to see if the
 2   block header was correct.
 3            MR. FANG:  Let's go to slide 10.
 4   Q.  Based on your participation in this investigation, what did
 5   the relay do at this step?
 6   A.  It returned the block body or the transactions in the
 7   block.
 8   Q.  And, again, based on your participation in the
 9   investigation, what did the perpetrators of the incident do
10   next with this information?
11   A.  They used the block body of the invalid block to construct
12   a new block.
13   Q.  When you say "the block body," what do you mean by that?
14   A.  The transactions in the block.
15   Q.  Based on your investigation, what, if anything, happened
16   next, after they constructed the second block?
17   A.  They constructed the second block, and they created a valid
18   proposal for that block to be included on the chain.  So that
19   second block is, ultimately, what was included on the chain.
20   Q.  Based on your participation in this investigation, did you
21   learn what effect that valid second block had?
22   A.  Yes.
23            But are you looking for an effect on something in
24   particular?
25   Q.  Well, what happened with respect to that -- well, let me
```

PAGKPER1                        Miller - Direct

1   rephrase.

2          Earlier, you testified that this incident caused other

3   users to lose money.

4          What users are you referring to?

5   A.   There are bot operators that were submitting bundles of

6   transactions to block builders — those users.

7   Q.   What effect, if any, did this second valid block have on

8   those users?

9   A.   It caused them to lose millions of dollars.

10         MR. FANG:  Ms. Kerest, we can take this down.

11  Q.   Mr. Miller, has Flashbots had security vulnerabilities

12  before?

13  A.   Unfortunately, yes.

14  Q.   And can you explain for the jury what a security

15  vulnerability is?

16  A.   A way that you can make a code -- or how I would define

17  it — again, given I don't have a formal security background,

18  but I'm generally aware — I would define a security

19  vulnerability as a way that you can make a code base act in an

20  unintended manner in order to harm users or make some money.

21  Q.   Is your awareness based on your experience developing

22  MEV-Boost?

23  A.   Yes.  And products for Ethereum.

24

25

PAGKPER1                        Miller - Direct

BY MR. FANG:

Q.  Mr. Miller, what, if anything, was notable about this early
April 2023 incident?

A.  The scale, for one.  It was a lot of money, 20, 25 million
dollars, in that ballpark.

Q.  Was there anything else?

A.  There hadn't been an incident with validators in the
MEV-Boost software in the past.

            (Continued on next page)

PAGVPER2                         Miller - Direct

1   BY MR. FANG:

2   Q.  Now, did there come a time when Flashbots publicly

3   disclosed its findings regarding this April 2023 incident?

4   A.  Yes.

5   Q.  Do you recall when this April 2023 incident occurred, the

6   date?

7   A.  Depends on your time zone.  It's either April 2nd or April

8   3rd, I think.

9   Q.  Do you know what the date would be in Eastern time?

10  A.  I think April 2nd.

11  Q.  When did Flashbots publicly disclose its findings regarding

12  this April 2nd incident?

13  A.  April 3rd or 4th.

14  Q.  What involvement did you have in this public disclosure?

15  A.  I wrote the public disclosure.

16  Q.  I'd like to show you what's marked for identification as

17  Government Exhibit 3302.

18         Mr. Miller, what is this document?

19  A.  This is the postmortem — so the disclosure — that I wrote

20  that details what happened on that day.  And it also talks

21  about a related issue that we found.

22         MR. FANG:  I believe Government Exhibit 3302 is in

23  evidence.  May we publish this to the jury, your Honor.

24         MR. LOOBY:  No objection other than -- nothing -- no

25  new objections.

PAGVPER2                           Miller - Direct

```
 1              THE COURT:  Thank you.  You may.
 2    BY MR. FANG:
 3    Q.  Mr. Miller, in the first line -- well, why don't we start
 4    with just what the title of this document is.
 5              What's the header?
 6    A.  "Postmortem:  April 3rd, 2023 MEV-Boost relay incident and
 7    related timing issue."
 8    Q.  And do you see a reference to Bert Mate?
 9    A.  Yes.
10    Q.  Who is Bert Mate?
11    A.  That is me.
12    Q.  First line, Mr. Miller, can you remind the jury what the
13    Ultrasound Relay is.
14    A.  The Ultrasound Relay was another MEV-Boost relay.  They had
15    taken the open source version of MEV-Boost relay that we've
16    been talking about, Flashbots made, and modified it.  And they
17    were running it in production at the time of the incident.
18              MR. FANG:  And if we can just blow up that first
19    paragraph, please.
20    Q.  Mr. Miller, do you see a reference to a malicious proposer?
21    A.  Yes.
22    Q.  What's a proposer again in the MEV-Boost context?
23    A.  It refers to a validator that's only performing one of
24    their two roles.  So, again, validators build blocks or they
25    have two jobs; generally, they can order transactions in a
```

1  block or build them, and then they select a block for inclusion

2  in the chain we're proposing.  So here you can think of that as

3  synonymous with validator.

4  Q.  And, again, in the MEV-Boost context, which role of the two

5  was the validator playing?

6  A.  Proposing.

7  Q.  Why did you call this April 2nd or April 3rd, depending on

8  time zone, incident an exploit by a malicious proposer?

9  ██████████    ██████████    █████    █████████

10  ██████████    █████████

11  A.  I called it an exploit because there was a bug in the

12  software that caused an unintended behavior that caused users

13  to lose a lot of money to the gain of the person that used the

14  bug; to the gain of the person that set off the events of the

15  day.

16  Q.  When you say "unintended behavior" or "caused unintended

17  behavior," what do you mean by that?

18  A.  What I mean by that is that the unintended behavior here

19  was that the relay was not checking to see if signed blocks

20  that were returned to it by validators were correct.  So the

21  relay is supposed to look for a commitment from the validator

22  before reviewing block contents.  It wasn't looking to see if

23  the commitment was valid.

24          And so here, the proposer got the relay to reveal the

25  block contents when it really wasn't intended to work that way,

PAGVPER2                        Miller - Direct

1   since the intention was to have a commitment to including a

2   valid Ethereum block before the contents of those block were

3   revealed.

4   Q.  And how did they cause the relay to do that?

5   A.  By setting the parent and state root equal to zero.

6   Q.  When you say "vulnerability" in the second line —

7            MR. FANG:  Ms. Kerest, if we can highlight that.

8   Q.  — what is a vulnerability?

9   A.  A bug in software.  So it's a way to make the software do

10  something that's not intended.

11  Q.  And, again, what was the vulnerability here?

12  A.  That the relay was not checking to see if the block header

13  that had been signed by the validator was correct.

14  Q.  Based on your investigation, was the block header actually

15  correct?

16  A.  It was not correct.

17  ████████████    ████████████    ██████

18  ████████████    ████████████

19  Q.  Based on your investigation, what effect did that incorrect

20  block header have?

21  A.  The relay did not check to see whether the block header was

22  correct.  So it returned the block body, the transactions in

23  the block, to the proposer.  And then the relay went to publish

24  the block to send it off for consideration for inclusion on

25  Ethereum.  That block was not valid.  So it was rejected by the

PAGVPER2                      Miller - Direct

1  broader Ethereum Network because it wasn't a correct block.

2  Q.  Now, I'd like to turn your attention to the third

3  paragraph.

4         MR. FANG:  Ms. Kerest, if you can just blow up the

5  first sentence in that third paragraph starting with "MEV-Boost

6  works."

7  Q.  Mr. Miller, do you see a reference to commit and reveal

8  scheme?

9  A.  Yes.

10 Q.  And, again, just remind the jury what you mean when you say

11 that.

12 A.  Commit and reveal schemes are processes that we use in the

13 crypto industry, where one party is committing to something

14 before the contents of something else are revealed.

15        So, here, the validator is committing to a particular

16 block as what they are selecting for inclusion before the block

17 body and its transactions are revealed.

18        MR. FANG:  And we can take down this blowup.

19 Q.  Mr. Miller, I don't believe I got an answer to a question

20 that I previously asked, which is:  Based on your

21 investigation, was the block header that was initially used in

22 this April 2nd incident correct?

23        ████████████   ████████████████

24        ████████████   ████████████   ██████████████████

25        THE WITNESS:  Thank you.

PAGVPER2                    Miller - Direct

1   A.  It was not correct.

2          MR. FANG:  We can take this down.

3   Q.  Mr. Miller, can you remind the jury what a slot is.

4   A.  A slot is a window of time for a validator to propose a

5   block.

6   Q.  How are slots usually identified?

7   A.  Are you asking how validators are chosen for a slot or how

8   they are identified, as in how you would tell one slot from

9   another, if that makes sense, or what a slot looks like?

10  What's the question?

11  Q.  Totally fair.  I'll rephrase.

12          How do you distinguish a slot from another slot?

13  A.  Slots have numbers.  There's a unique number per slot.

14  Q.  Sitting here today, do you remember what slot the exploit

15  occurred in?

16  A.  I think 6137846.

17  Q.  Are you sure?

18  A.  Not 100 percent.

19  Q.  Okay.  That's fine.

20  A.  But I kind of wanted to try it in case I'm right.  My mom

21  would be proud of me.

22  Q.  Mr. Miller, was the slot number recorded in the postmortem

23  that you wrote?

24  A.  Yes.

25  Q.  And was the slot number fresher in your memory when you

PAGVPER2                      Miller - Direct

1   wrote that postmortem?

2   A.  Yes.

3   Q.  Does that postmortem accurately reflect your knowledge?

4   A.  Yes.

5            MR. FANG:  All right.  Ms. Kerest, if we can pull up

6   just on the witness's screen what's marked as Government

7   Exhibit 3302-U.

8   Q.  Mr. Miller, do you see that on your screen?

9   A.  I see 3302-U, yeah.

10  Q.  Is this the postmortem that you wrote?

11  A.  Yes.

12  Q.  I'd like to direct your attention to the ninth bullet point

13  under "timeline."

14           MR. FANG:  Ms. Kerest, if you can highlight that,

15  please.

16  Q.  Mr. Miller, does the bullet that's blown up accurately

17  record the slot number that the exploit occurred in?

18  A.  Yes.

19           MR. FANG:  Your Honor, the government asks that

20  Mr. Miller be permitted to read the ninth bullet point into the

21  record as a past recollection recorded under Rule 803(5).

22           THE COURT:  Any objection?

23           MR. LOOBY:  No objection.

24  Q.  Mr. Miller, please go ahead and just read the bullet.

25  A.  "The attacker used the block to construct a block that

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAGVPER2                        Miller - Direct

1    drained the sandwich bots and proposed it in slot 6137846."

2              I got it right.

3              MR. FANG:  We can take this down.

4              Your Honor, at this time the government intends to

5    read another stipulation.

6              THE COURT:  Just to remind the jury what a stipulation

7    is, a stipulation is an agreement where there's no dispute

8    about certain facts.  The parties may stipulate or agree to

9    those facts.  You must treat these facts as having been proven

10   for the purpose of this case.

11             MR. FANG:  Before I read the stip, the government

12   offers Government Exhibit S-704, which is the stip I'm about to

13   read.

14             THE COURT:  Any objection?

15             MR. LOOBY:  No objection.

16             THE COURT:  It is admitted.

17             (Government's Exhibit S-704 received in evidence)

18             MR. FANG:  May we publish to the jury?

19             Oh, I think it's up.  Okay.

20             Government Exhibit S-704 states:  It is hereby

21   stipulated and agreed by and between the parties through

22   counsel that the records set forth in Government Exhibits

23   5001-A through Y, 5002-A through C, 5003-A through R, 5004-A

24   through H, 5005-A through Q, 5006-A through Q, 5007-A through

25   Q, 5008-A through H, 5009-A through H, 5010-A through D, 5011-A

PAGVPER2                        Miller - Direct

1    through H, 5012-AA through BD, 5013-A through H, 5014-AA

2    through AD, 5014-AF through DC, and 5015-A through H consists

3    of true and correct copies of publicly available blockchain

4    records from blockchain explorer websites containing data from

5    and relating to the Ethereum blockchain.

6            On the second page:  It is further stipulated and

7    agreed that Government Exhibits 5001-A through Y, 5002-A

8    through C, 5003-A through R, 5004-A through H, 5005-A through

9    Q, 5006-A through Q, 5007-A through Q, and all of these

10   exhibits mentioned in that paragraph that I've mentioned

11   constitute authentic records of a regularly conducted activity

12   made at the time by a person with knowledge and maintained in

13   the regular course of that activity pursuant to Rules 803(6),

14   901, and 902 of the Federal Rules of Evidence; and that this

15   stipulation may be received and admitted as an exhibit at

16   trial.

17           At this time the government also offers the government

18   exhibits set forth in paragraph 1 of stipulation Government

19   Exhibit S-704.

20           THE COURT:  Any objection?

21           MR. MARX:  No objection, your Honor.

22           MR. LOOBY:  No objection.

23           THE COURT:  It is admitted.

24           (Government's Exhibits S-704, 5001-A through Y, 5002-A

25   through C, 5003-A through R, 5004-A through H, 5005-A through

1   Q, 5006-A through Q, 5007-A through Q, 5008-A through H, 5009-A

2   through H, 5010-A through D, 5011-A through H, 5012-AA through

3   BD, 5013-A through H, 5014-AA through AD, 5014-AF through DC,

4   and 5015-A through H  received in evidence)

5           MR. FANG:  Your Honor, at this time I'm about to move

6   on to a new topic, and so perhaps it would be appropriate for

7   the mid-morning break.

8           THE COURT:  Yes.

9           All right.  We are going to take a break this morning.

10  Please be back and ready to go at 11:35.

11          My prior instructions apply:  Do not discuss this case

12  with anyone, don't do any research on this case or read

13  anything about it, don't post anything on any website or social

14  media and, finally, remember to keep an open mind until all the

15  evidence has been received and you have heard the views of your

16  fellow jurors.

17          (Jury not present)

18

19

20

21

22

23

24

25

PAGVPER2                          Miller - Direct

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          (Jury present)

21          THE COURT:  If you all in the back row are having

22    difficulty seeing the witness, you all can move down one chair.

23          All right.  Mr. Miller, you may come back down.

24          MR. FANG:  Ms. Kerest, can you please publish what is

25    in evidence as Government Exhibit 5012-BD.  And if you can just

PAGVPER2                         Miller - Direct

1    enlarge the part where the text appears.

2    BY MR. FANG:

3    Q.  Mr. Miller, what is this document?

4    A.  This document is a screenshot of a service called Beacon

5    Chain.

6    Q.  And as part of your work at Flashbots, are you familiar

7    with Beacon Chain?

8    A.  Generally, yeah.

9    Q.  Generally, what does it contain?

10   A.  Information about Ethereum's consensus layer.

11   Q.  And does what is reflected in Government Exhibit 5012-BD

12   reflect what your investigation of the April 2nd exploit found?

13   A.  That's the exhibit we're looking at, right?

14   Q.  Yes.

15   A.  Yes, it does.

16   ████████████████████████████████████████████████████████

17   ████████████████████████████████████████████████████████

18           MR. FANG:  Ms. Kerest, if you can enlarge header 1

19   slot and header 2 slot.

20   Q.  Mr. Miller, do you see the same string of numbers following

21   header 1 slot and header 2 slot?

22   A.  Yes, I do.

23   Q.  Is that the slot number that this exploit occurred in?

24   A.  Yes.

25           MR. FANG:  Ms. Kerest, if you can enlarge header 1,

1  state root; and header 1, parent root.

2  Q.  Mr. Miller, can you remind the jury what Flashbots

3  determined on how the exploit occurred?

4  A.  The validator got a block header from the relay.  And when

5  it was adding the parent root and state root, it said it

6  equaled to zero instead of what the expected values were.

7          MR. FANG:  We can take the enlargement down.

8

9

10

11

12  Q.  Mr. Miller, what did your investigation reveal as to the

13  number of blocks that were proposed in the exploit slot?

14  A.  There were two proposed blocks.  One of them was not

15  correct.

16  Q.  What do you mean when you say one of them was not correct?

17  A.  One of them had the parent and state root equal to zero,

18  and so it couldn't actually be included and executed on the

19  Ethereum chain.

20  Q.  What, if anything, did your investigation reveal as to

21  whether the second block was correct?

22  A.  It was correct.  So that was included and executed on the

23  Ethereum blockchain.

24  Q.  Mr. Miller, does header 2 appear to relate to that second

25  block?

1

2

3    A.  Yes.

4           THE WITNESS:  Thank you.

5    Q.  And, Mr. Miller, what, if anything, happened to the

6    validator based on your investigation?

7    A.  When the validator proposes two blocks for a given slot,

8    there's a financial penalty that we call slashing.  So the

9    proposer was slashed, which means they lost some money.  They

10   were penalized within the Ethereum system.

11   Q.  What was the slashing penalty in April 2023?

12   A.  One ETH.

13   Q.  Before we take this down, Mr. Miller, based on your

14   investigation, how did the block header fields for the two

15   blocks differ?

16   A.  The header fields for the first block have the parent and

17   state root set to zero.  So you see it on the screen, zero X

18   and then many zeros.  The header fields for the second header

19   had the parent and the state root set to the fields that we

20   would normally expect, the correct fields.  So they are

21   cryptographic hashes, and that means computers can make sense

22   of this, but we can't.  They are letters and numbers.

23   Q.  And are those cryptographic hashes being sent to any

24   particular party?

25   A.  Can you anchor it in a specific context?  There's multiple

```
1    things that I could --

2    Q.  You mentioned that the parent and state roots are

3    cryptographic hashes.  Ultimately, are those hashes going to

4    somebody?

5    A.  Well, these are hashes that are meant to uniquely identify

6    some information for the blocks.  And they have a specific

7    meaning in the Ethereum context.

8            The first are used by the relay -- they should be used

9    by the relay to see is this block correct.  But then, second,

10   they are published to the broader Ethereum Network where

11   computers on the network will check these hashes, see if they

12   are what they expect them to be, to make sure that these are

13   valid blocks within the Ethereum Network.

14   Q.  Mr. Miller, I think a little bit earlier you said that the

15   slashing penalty in April 2023 was one ETH.  Do you have a

16   ballpark as to how much that is in dollars?

17   A.  A few thousand dollars in 2023.

18           MR. FANG:  We can take this down.

19   Q.  From your work at Flashbots, are you familiar with the term

20   "honest validator"?

21   ████████  ████████  ████  ██████

22   ████████  ████████

23   A.  Yes, generally.

24   Q.  How do you use that term?

25   A.  In cryptocurrency systems, we -- there are rules for how
```

1    the different computers in the network are supposed to interact

2    and the different actions that actors must take and they should

3    take.  And to call an actor honest in the context of crypto is

4    to say that they are performing the actions that they must and

5    should take according to the specification.

6          So in this context, Ethereum has a specification

7    that's set out for how validators must and should act.  And

8    "honest" means that they are doing the things that they should

9    according to the specification.

10   Q.  What does an honest MEV-Boost validator mean?

11   A.  In the context of what we've been talking about, a

12   validator that signs one block or proposes one block, rather,

13   and does it within the time window that it's allocated.

14   Q.  What do you understand it to mean for a MEV-Boost validator

15   to act dishonestly?

16   A.  Again, this refers back, I think, to the idea of honesty

17   within cryptocurrency systems or distributed systems.

18         In this context, that would mean a validator that is

19   not taking the expected or intended behavior according to the

20   specification, so specifically here proposing two blocks in a

21   slot.

22   Q.  And just back up a little bit.

23         What is a distributed system at a high level?

24   A.  It's been a while since I gave these definitions, so bear

25   with me.

PAGVPER2                        Miller - Direct

1            A distributed system at a high level is a general
2    field of trying to make systems that don't rely on a single
3    computer.  So you distribute the system across many different
4    computers instead of having a single party like a government or
5    a bank or a tech company manage the whole thing.
6    Q.  Does MEV-Boost operate in a distributed system?
7    A.  Yes, Ethereum.  Ethereum is a distributed system.
8    Q.  What actions, if any, did Flashbots take regarding the
9    validator involved in this April 2nd exploit?
10   A.  We operated a relay.  And we briefly implemented a
11   blacklist at our relay for the validator in question.  So that
12   would prevent them from interacting with our relay.
13   Q.  How common was it for Flashbots to blacklist validators?
14   A.  It's the only time we've done that.
15   Q.  And why did Flashbots blacklist the validator for the April
16   2nd exploit?
17   A.  We were worried there were going to be follow-on incidents,
18   essentially.
19   Q.  What do you mean by "follow-on incidents"?
20   A.  In the course of investigating the vulnerability that was
21   exploited on April 2nd, we realized that there were related
22   issues that a motivated attacker could make use of; they could
23   exploit other bugs in the system, essentially.  And so we were
24   worried that since the attacker had successfully pulled you off
25   one thing, they might do other things, since we were aware that

 1  there were several other issues in the system that came about

 2  as a part of our investigation.  So we took preemptive action

 3  to prevent their known validator identities from interacting

 4  with our relay to try to prevent them from attacking the system

 5  further.

 6  Q.  And is that the blacklist that you're referring to?

 7  A.  Yes.

 8  Q.  Remind the jury what actions, if any, Flashbots took to fix

 9  the actual vulnerability.

10  A.  We created a patch that updated the code to prevent the bug

11  from happening again.  And we updated our relay and we worked

12  with other relays to update their code too.

13  Q.  At a high level, what did the patch do?

14  A.  So it made sure that the relay successfully published a

15  block to the Ethereum Network before returning it to the

16  validator.  And what that would mean is by successfully

17  publishing a block, you know that it was correct, that it had

18  all of the fields that it should, that the fields were

19  correctly constructed, and then that block could actually be

20  considered for inclusion on the network.  And we did that

21  before we returned the block body to the validator so we were

22  sure that they gave us the correct block with the correctly

23  constructed block header.

24  Q.  And just explain to the jury or for the jury what a

25  correctly constructed block header means.

PAGVPER2                        Miller - Direct

1   A.  Blocks on Ethereum have specific structure, specific

2   fields, and those fields have specific values.  And so here I

3   mean a block that had the fields it should with the values that

4   it should.

5            And in contrast, setting the parent root and the state

6   root equal to zero were not the values that you should expect

7   in those fields, and that caused the Ethereum Network to reject

8   that block.

9            So a correctly constructed block here means a block

10  header that has the fields that it should with the values it

11  should that is accepted by the Ethereum Network.

12  Q.  Where, if at all, did Flashbots make the patch accessible?

13  A.  On our GitHub page, the code repository for MEV-Boost

14  replay.

15  Q.  And, again, is that publicly accessible?

16  A.  Yes.

17  Q.  Now, Mr. Miller, just shifting gears.

18           After the April 2nd exploit, did there come a time

19  when the perpetrators of the exploit reached out to you?

20  A.  Yes.

21  Q.  Remind the jury how they identified themselves.

22  A.  They identified themselves as Low Carb Crusader.

23  Q.  Showing you what's marked for identification as Government

24  Exhibit 3306.  Mr. Miller, what is this document?

25  A.  This is an email chain between the perpetrators as Low Carb

PAGVPER2                    Miller - Direct

1    Crusader and myself, as well as two other people that they sent

2    an email to.

3              MR. FANG:  Government offers Government Exhibit 3306.

4              THE COURT:  Any objection?

5              MR. LOOBY:  No objection.

6              THE COURT:  It is admitted.

7              (Government's Exhibit 3306 received in evidence)

8              MR. FANG:  May we publish for the jury?

9              THE COURT:  You may.

10   Q.   Okay.  So, Mr. Miller, let's just orient the jury.  What is

11   the subject line of this email chain?

12   A.   "Urgent.  Block equivocation."

13   Q.   And where does the earliest email, earliest-in-time email

14   in this chain appear?

15   A.   At the top.

16   Q.   Who sent this first email?

17   A.   Low Carb Crusader.

18   Q.   And who were the recipients?

19   A.   First, myself.  Then this security researcher who's very

20   well-known and respected in the space called Sam; Samczsun is

21   the full name this refers to.  That's sam@paradigm.xyz.  Then

22   myself, bert.c.miller@gmail.com.  And finally, Justin Drake,

23   who works at the Ethereum Foundation and was affiliated with

24   the Ultrasound Relay.  And I will add for context that Samczsun

25   helped us investigate the incident originally.

1   Q.  So, Mr. Miller, when was this first email sent?

2   A.  April 21st, 2023.

3   Q.  Approximately how long after the exploit was that?

4   A.  Twenty-one minus two, so 19; 19 days approximately.

5   Q.  At the time you received this email, did you know the

6   identity of Low Carb Crusader?

7   A.  No, I did not.

8           MR. FANG:  Your Honor, at this time I'd like to read

9   from another stipulation.

10          THE COURT:  You may.

11          MR. FANG:  It's marked as Government Exhibit S-708.

12          Before I read it, government offers Government Exhibit

13  S-708.

14          THE COURT:  Any objection?

15          MR. LOOBY:  No objection.

16          THE COURT:  It is admitted.

17          (Government's Exhibit S-708 received in evidence)

18          MR. FANG:  Publish that to the jury.

19          Government Exhibit S-708 states that:  It is

20  stipulated and agreed between the parties through counsel that

21  Proton Mail is an end-to-end encrypted email service.

22  End-to-end encryption ensures that only the sender and intended

23  recipient can read a message, which makes the message content

24  inaccessible by the email service provider or other third

25  parties.  Proton Mail is based in Switzerland.

PAGVPER2                    Miller - Direct

1              The Proton Mail email address

2       low.carb.crusader@proton.me was used and controlled by Anton

3       Peraire-Bueno and James Peraire-Bueno.

4              On the second page:  It is further stipulated and

5       agreed that this stipulation may be received into evidence as a

6       government exhibit at trial.

7              MR. FANG:  Now, Ms. Kerest, let's go back to

8       Government Exhibit 3306, that first email.

9       Q.  I'd like to direct your attention to Low Carb Crusader

10      statement "I am responsible for the equivocated block last

11      week."

12             What is an equivocated block?

13      A.  "Equivocation" refers to signing two blocks in a slot.  So

14      an equivocated block means a block that you first sign, and

15      that would be the equivocated block, and then you signed

16      something else after that.  So this is referring, I believe, to

17      the block that was signed with the parent root and state root

18      equal to zero.

19      Q.  And, again, just remind the jury, in each slot, how many

20      blocks can be published?

21      A.  There's only one block for a slot.  In theory, you could

22      publish multiple, that's why there is equivocation.  But the

23      protocol only has one block per slot.

24      Q.  How many blocks can be actually published on chain for each

25      slot?

PAGVPER2                     Miller - Direct

1    A.   Only one block can be included on chain per slot.

2    Q.   What's the difference that you're drawing between including

3    and publishing?

4    A.   Well, in the incident, they published two blocks.  One of

5    them was just not valid, and the other one that was valid was

6    actually included.  I'm drawing the distinction between them

7    publishing two blocks, which they can publish three, in theory,

8    if they wanted.  You should only publish one, that's the

9    intended behavior of the protocol and what was actually

10   included.  You can only actually include one thing.  You can

11   theoretically publish multiple things, although you are

12   penalized for doing that.  Does that make sense?

13             (Continued on next page)

14

15

16

17

18

19

20

21

22

23

24

25

PAGKPER3                         Miller - Direct

1    BY MR. FANG:

2    Q.  Yes.

3          And is that intended behavior applicable to block

4    proposal under MEV-Boost?

5    A.  Yes.

6    Q.  Was Low Carb Crusader's description of their actions as

7    equivocation completely accurate to you?

8    A.  It missed the important detail that one of the blocks was

9    not just equivocated, but has the parent and state root set to

10   zero.

11   Q.  And why does that matter?

12   A.  Because that caused the relay to act in a way that we

13   didn't intend.  The relay is intended to receive a commitment

14   to a block that's going to be included on the chain, and only

15   then reveal the block body in the transaction contents.  So, to

16   me, it was an important detail of the day, and block

17   equivocation doesn't fully capture all of the events.

18   Q.  I'd like to direct your attention to the next sentence.  "I

19   have a message about block equivocation that I think you would

20   find useful."

21          Mr. Miller, when you received this email, what did you

22   understand Low Carb Crusader to be saying?

23   A.  What I understood was they were saying they had another way

24   to pull off a similar incident as what had happened on

25   April 2nd.

PAGKPER3                    Miller - Direct

1   Q.  So, do you see where they -- or Low Carb Crusader says, "I
2   could send it to security@flashbots.net"?
3   A.  Yes, I see that.
4   Q.  What is security@flashbots.net?
5   A.  We had a program where people could disclose security
6   vulnerabilities or bugs in our software to us at an email
7   called security@flashbots.net.
8   Q.  When you say "security vulnerabilities," what do you mean
9   by that?
10  A.  Ways to get the software that we use in our products or our
11  open source software, like MEV-Boost, to do things that they're
12  not intended to.
13  Q.  Does that also include other Flashbots software products?
14  A.  Yes, it does.
15  Q.  Would that include MEV-Boost's relay?
16  A.  Yes.
17  Q.  Do you see where Low Carb Crusader writes, "I am not
18  looking for a bug bounty"?
19  A.  I see that, yeah.
20  Q.  What's a bug bounty?
21  A.  A bug bounty refers to this practice of when you disclose a
22  bug in software to the team that maintains that software, they
23  will give you money in return, a bounty in return, for
24  disclosing it.  And it's meant to incentivize and reward people
25  for responsibly disclosing bugs.

PAGKPER3                          Miller - Direct

1    Q.  Did Flashbots have a bug bounty?

2    A.  Yes.

3    Q.  In April 2023, how much could a user receive for disclosing

4    a security vulnerability to Flashbots?

5    A.  It depended on the code base.  So we had different bug

6    bounties, different tiers, for different products in open

7    source code that we had, as I remember, but you could receive

8    up to tens of thousands of dollars, I think, if it was

9    something really critical and important that you disclosed.

10   Q.  Would you consider the April 2nd exploit to be critical?

11   A.  I think we would have classified it as critical, yeah.

12   Q.  Why?

13   A.  It undermined the relay's ability to do its job, which is

14   to facilitate this commit and reveal, and it led to the loss of

15   user funds.

16   Q.  What was your understanding of what Low Carb Crusader was

17   saying in this email?

18   A.  First, they were responsible for the incident on April 2nd.

19   Second, they had a way to pull off something similar that

20   didn't rely on a software bug in the same way that April 2nd

21   did.  And, third, they were looking to disclose it to me,

22   Justin Drake, and Samczsun.  That's all I've got to say.

23   Q.  And, Mr. Miller, by the way, do you have a Flashbots

24   official email address?

25   A.  Yes, I do.

PAGKPER3                    Miller - Direct

1   Q.   Is the email address that you see here your professional

2   business address?

3   A.   That is my personal email, not my professional one.

4   Q.   How common is it for you to learn of security

5   vulnerabilities through your personal email?

6   A.   Not common.

7   Q.   What was your reaction to receiving this email?

8   A.   It was surprising.   There are many things about it that

9   were strange to me, and it also worried me slightly.

10  Q.   What was strange about it?

11  A.   For one, somebody who had just pulled off a major exploit,

12  used a major bug in software that we maintained, was now

13  reaching out to us.   That's strange.   Why are they doing that?

14       For another, it's sent to three people — myself,

15  Samczsun, and Justin Drake.   I get why you might send it to me,

16  because Flashbots maintained the open source relay.   I can sort

17  of make sense for Justin Drake, because he was the Ultrasound

18  Relay guy.   Samczsun doesn't work at Flashbots, he doesn't work

19  at Ultrasound, he's not an Ethereum Foundation guy.   Why is he

20  on there?   It's strange.   Typically, you disclose security

21  vulnerabilities to the party that maintains a particular

22  repository, and then you allow them to decide who to involve,

23  but they sent it to three people.

24       Third, they are looking to disclose something that

25  clearly has important implications for us, but they're making

PAGKPER3                        Miller - Direct

1  sure upfront to say that there's not a bug in the relay and
2  they're not looking for a bug bounty.  So, the whole thing is
3  just on very strange terms.  I hadn't experienced something
4  like this before.
5  Q.  Mr. Miller, again, can you just remind the jury who
6  Samczsun is?
7  A.  He is a very well respected security researcher and white
8  hat in the Ethereum space, and he helped us in the initial
9  response to the incident on April 2nd.
10 Q.  You also testified that you were worried when you received
11 this email.
12        Why was that?
13 A.  Well, we had a motivated person that had pulled off an
14 attack on one of the relays in the ecosystem on a code base
15 that was based off a software that we maintained in the
16 MEV-Boost Relay, and here is that person allegedly saying they
17 have a message about a similar strategy and sort of implying
18 that they could pull off the same thing, if they wanted, in a
19 different way.  And it was a huge headache, and it took a lot
20 of time and effort to respond to the first incident, and so I
21 was worried that they had knowledge on how to pull off
22 something similar and that they might actually do this at some
23 point in the future, because the whole thing was kind of
24 strange.  I don't know what their intentions or motivations
25 were.

PAGKPER3                        Miller - Direct

1    Q.  I'd like to turn your attention past this email to Low Carb
2    Crusader's next email on the second page.
3              MR. FANG:  Ms. Kerest, if we can blow up the email at
4    6:19 p.m.
5    Q.  Mr. Miller, just to be clear, did Low Carb Crusader
6    disclose any vulnerability before you received this email?
7    A.  No.
8    Q.  Mr. Miller, can you read the first sentence, starting with
9    "it has saddened."
10   A.  "It has saddened me to see the situation reported as a
11   'relay exploit.'"
12   Q.  What reporting did you understand Low Carb Crusader to be
13   referring to?
14   A.  Popular discourse around the incident and probably the
15   postmortem that I wrote, as well.
16   Q.  By the way, was the postmortem public?
17   A.  Yes, it was.
18   Q.  Where was it posted?
19   A.  On a website that Flashbots maintains called the Flashbots
20   forum or Flashbots Collective.
21   Q.  Again, why did you refer to this incident as an exploit?
22   A.  It was a bug in our software that caused the relay to do
23   something that it wasn't intended to, and users lost money as a
24   result.
25   Q.  In the rest of the paragraph, that first paragraph, what

PAGKPER3                        Miller - Direct

1    did you understand Low Carb Crusader to be saying?

2    A.   In just the first paragraph?

3    Q.   The first paragraph, yes.

4    A.   In just the first paragraph, they are saying that the

5    reporting — so, people who were discussing this or maybe even

6    the report that I wrote, the postmortem — misses that there are

7    ways that you could have achieved the same effect on April 2nd

8    without making use of the exact bug that they did of setting

9    the parent root and the state root equal to zero.

10   Q.   Based on your participation in investigating this exploit,

11   did Low Carb Crusader, in fact, conduct the exploit by making

12   use of the bug in the relay?

13   A.   Yes.

14   Q.   What was your reaction to Low Carb Crusader's saying that

15   the strategy was possible even without exploiting a bug?

16   A.   It's complicated.  And they had exploited the bug, so, in

17   some ways, it -- I'm not exactly sure what they're trying to

18   say by telling me that strategy would have been possible if

19   they had not set the parent and state root equal to zero.  And

20   we became aware, in following up on the incident, of a number

21   of follow-on issues where you could have pulled off similar

22   things to similar effects without setting the parent and state

23   root equal to zero.  And so I knew that to be true, but, of

24   course, my reaction was, you know, that is still a very

25   important detail for the day.

PAGKPER3                    Miller - Direct

1   Q.  Did you know about these other potential strategies before

2   April 2nd?

3   A.  In general, there's a class of attacks in Ethereum that we

4   would call equivocation attacks where proposers propose

5   multiple different blocks, and I was generally aware of that

6   before April 2nd, yes.

7   Q.  Does an equivocation attack always involve the use of

8   exploiting a bug?

9   A.  No.

10  Q.  Now, turning your attention to the next paragraph, starting

11  with that first sentence "I am ready" --

12  A.  You mean "I am ready"?

13  Q.  Yes.

14          Mr. Miller, if you can just read the first sentence in

15  that second paragraph that's being highlighted right now.

16  A.  Okay.

17          "I am ready to describe the details that would make

18  this strategy still possible today."

19  Q.  What was your understanding of what Low Carb Crusader was

20  offering to do?

21  A.  They would disclose a way to pull off something that was

22  substantially similar on April 2nd to me, Samczsun, and Justin

23  Drake.  In return, we needed to make the strategy and our

24  mitigations for it public as soon as possible, we needed to

25  refer to the relay exploit as a, quote-unquote, noncritical

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAGKPER3                        Miller - Direct

1    part of the strategy and event of the day, and we needed to

2    refer to them in a neutral way, like Low Carb Crusader, instead

3    of a negative way, like relay exploiter.

4    Q.  Do you agree that the relay exploit was a noncritical part

5    of the strategy?

6    A.  It is certainly possible that they could have pulled off a

7    similar thing with an equivocation attack that didn't use the

8    bug that it did.  I cannot ignore, however, the fact that the

9    bug was exploited on that day, and it was an important part of

10   the incident on that day.

11   Q.  And, again, why was it an important part of the incident?

12   A.  Because it meant that the relay did not have an actual

13   commitment from the validator when it was performing its part

14   of the commit and reveal.  So, the purpose of the relay, again,

15   is to help the builder and the validator work together.  The

16   relay is supposed to keep the builder and its block contents,

17   the transactions in the block, private until it gets a

18   commitment from the validator.  And, here, the commitment that

19   the relay got from the validator was not a correct one, it

20   wasn't something that could actually be included on the chain,

21   and so the contents of the block were revealed even though

22   there wasn't an actual commitment.

23   Q.  Mr. Miller, do you see a reference, in the second line from

24   the bottom, to "sandwich the ripper"?

25   A.  Yes.

PAGKPER3                    Miller - Direct

1    Q.  What's your understanding of what "sandwich the ripper"

2    refers to?

3    A.  When the incident happened, there were a number of names

4    that were thrown around for what to call the perpetrators of

5    the incident, one of which at the time was sandwich the ripper.

6    Q.  How did you view Low Carb Crusader's proposal?

7    A.  I was worried, as the person who led the product

8    engineering team at Flashbots and as a person who cared about

9    Ethereum, that there would be more attacks.  It took a lot of

10   time and effort from us, it destabilized Ethereum, it was a big

11   headache in general.  And I thought it was a strange proposal,

12   but there seemed to me, and to the people I had consulted on

13   our team, to be a little downside to me agreeing to the

14   proposal because I could always just state that this was the

15   request on behalf of Low Carb Crusader, that they requested

16   that I refer to them in a neutral way in return for disclosing

17   these details, and people would read between the lines,

18   effectively.

19           So if I agreed to the proposal, I would receive

20   details of a strategy that might cause a big headache for me

21   and my team and the rest of Ethereum, and I wanted to prevent

22   that.  And there wasn't all that much downside to me because I

23   felt like it would be apparent to folks that would read on why

24   I made the decisions that I did and agreed to the proposal.

25   ████████████████████████████████████████████████████████

1

2

3    BY MR. FANG:

4    Q.  Mr. Miller, when you said that people would be able to read

5    between the lines, what did you mean by that?

6    A.  That in disclosing the strategy that Low Carb Crusader gave

7    me, if I said Low Carb Crusader has disclosed the strategy in

8    return for being named Low Carb Crusader, then people would

9    understand that I was doing that pragmatically and that I still

10   viewed them as an attacker on the day of April 2nd.  I was

11   doing it out of pragmatism, to get a disclosure of a strategy

12   that might cause us, our users, the Ethereum community, more

13   headaches.

14   Q.  Is that why you ultimately agreed to Low Carb Crusader's

15   proposal?

16   A.  Yes.

17   Q.  Did there come a time when you actually did publicly

18   disclose this alternate strategy?

19   A.  Yes.

20   Q.  And, to be clear, was the strategy ever used, to your

21   knowledge?

22   A.  Not to my knowledge.

23   Q.  At this time, I'd like to show you what's marked for

24   identification as Government Exhibit 3301.

25              MR. FANG:  And we can take this exhibit down.  Thank

PAGKPER3                          Miller - Direct

```
 1    you.

 2    Q.  Mr. Miller, what's this document?

 3    A.   This is the public disclosure that I wrote that had the

 4    details of the strategy that Low Carb Crusader revealed to me.

 5              MR. FANG:  The government offers Government

 6    Exhibit 3301.

 7              THE COURT:  Any objection?

 8              MR. LOOBY:  No objection.

 9              THE COURT:  It is admitted.

10              (Government's Exhibit 3301 received in evidence)

11    BY MR. FANG:

12    Q.  Mr. Miller, I'd like to just show you the first page, and

13    specifically that bolded line at the bottom of the first

14    paragraph.

15              Can you read that?

16    A.  "Flashbots relay logs confirm that the strategy was never

17    used in production."

18    Q.  What's a relay log?

19    A.   There, it refers to information that we would store, or

20    data that we stored, on how the relay that we operated as a

21    product was operating — so useful information that would help

22    us understand what it was doing at what time and how people

23    were interacting with it.

24    Q.  And, again, just to orient the jury, who wrote this

25    document?
```

PAGKPER3                         Miller - Direct

1    A.  I wrote this document.

2    Q.  What did you mean when you wrote "Flashbots relay logs

3    confirm that the strategy was never used in production"?

4    A.  My team looked at the logs for evidence that the strategy

5    that Low Carb Crusader had disclosed to me and whether that

6    strategy had actually ever been used, and we were not able to

7    find any logs that it was used in our production relay.  So, we

8    could say with confidence that the strategy was never used in

9    production, at least on the Flashbots relay.

10   Q.  Just to be clear, is the strategy that you were disclosing

11   a different strategy than what actually happened on April 2nd?

12   A.  Yes.

13               MR. FANG:  Take this down.

14               Your Honor, I'm about to move on to a separate topic,

15   if now is an appropriate time to take a break for lunch?

16               THE COURT:  For lunch?  Yes, it's almost 12:30, so why

17   don't we do that.

18               We'll take our break for lunch now, and we will

19   return, please, you all be ready in the jury room at 1:30.

20   Just a reminder again that my prior instructions apply.  Do not

21   discuss this case with anyone, don't do any research or read

22   anything about it in the news, don't post anything about it on

23   any website or social media, and remember to keep an open mind.

24               All right.  I will see you all after lunch.

25               (Continued on next page)

PAGVPER4                    Miller - Direct

16          (Jury present)

17          THE COURT:  I hope you all had a nice lunch.  We're

18  going to now continue with testimony.

19          And Mr. Miller can come back to the witness stand.

20  BY MR. FANG:

21  Q.  Mr. Miller, after April 2023, did there come a time when

22  Low Carb Crusader came back on your radar?

23  A.  Yes.

24  Q.  How so?

25

1 ████████  ████████

2 A.  A couple months after the incident, as I remember, Low Carb

3 Crusader on the blockchain staked a bunch of ETH.  They wanted

4 to run or they were running more validators, and that caught my

5 attention.

6 Q.  When you say "a bunch of ETH," what do you mean?

7 A.  They had a lot of money.  And they were staking, I believe,

8 in the range of millions of dollars worth of the money that

9 they had in order to run more Ethereum validators.

10 Q.  How did you learn about that?

11 A.  I was sent a tweet by someone on my team that detailed this

12 and showed it on the blockchain, the Ethereum blockchain.

13 Q.  What was your reaction to that?

14 A.  That was surprising to me; and it made me worry that there

15 might be further attacks and incidents in the future.  Since

16 Low Carb Crusader had used a validator in the past to attack

17 the relay, perhaps they were gathering more validators to

18 attack the relay again.

19 Q.  I'd like to show you what's marked for identification as

20 Government Exhibit 3307.

21      Mr. Miller, what is that document on your screen?

22 A.  The document on the screen is me sending Low Carb Crusader

23 an email.

24      MR. FANG:  Government offers Government Exhibit 3307.

25 ████████  ████████

PAGVPER4                        Miller - Direct

1        ███████████  █████████

2              It is admitted and you may publish.

3              (Government's Exhibit 3307 received in evidence)

4              MR. FANG:  Thank you, your Honor.

5   Q.  Mr. Miller, what's the date of this email?

6   A.  June 29th, 2023.

7   Q.  Approximately how long was that after the exploit?

8   A.  A few months.

9   Q.  What's the subject line of this email?

10  A.  "Thanks for the disclosure."

11  Q.  Who's the sender?

12  A.  I am the sender.

13  Q.  And who is the recipient?

14  A.  Low Carb Crusader.

15  Q.  Why did you send this email?

16  A.  I had seen them stake ETH and to start out to run a lot of

17  validators.  And I was worried that they might take action

18  against our relay or another relay in the ecosystem.

19              And when the incident happened, it was a big headache

20  for me.  It was very stressful.  So I sent them the email to

21  see if I could preempt any action that they might be taking.

22  It previously disclosed a strategy that could have done

23  substantially the similar thing.  Perhaps, instead of them

24  carrying something out, they were willing to just disclose it

25  to me again.  So I wanted to open the door to see if that was

PAGVPER4                        Miller - Direct

1    the case because that would save me a lot of time and stress,

2    and perhaps our users also.

3    Q.  And, Mr. Miller, remind the jury how you perceived the

4    April 2023 emails from Low Carb Crusader.

5    A.  In general?

6    Q.  Yes, when you received those emails.

7    A.  It was strange, that was first.  And second, it was

8    worrying to me because it was from a person that had proven

9    that they were sophisticated, they were motivated, and they

10   could pull off attacks on the relay, effectively telling me

11   that they could do it again.  So that worried me.  It felt like

12   an implicit threat in some ways.

13   Q.  Mr. Miller, did you receive any response from Low Carb

14   Crusader to this June 2023 email?

15   A.  No.

16   Q.  Did you have any communications with Low Carb Crusader

17   after June 29th, 2023?

18   A.  No.

19        MR. FANG:  We can take this down.

20   Q.  Mr. Miller, have you met Anton Peraire-Bueno and James

21   Peraire-Bueno before?

22   A.  Yes, I have.

23   Q.  How did you meet them?

24   A.  I was an MEV searcher in the early days of Flashbots, so I

25   ran arbitrage bots.  And I was talking in the Flashbots Discord

PAGVPER4                        Miller - Direct

1    where they were also participants in the Discord; they also ran

2    arbitrage bots.  So I met them through the Flashbots Discord.

3    Q.  And approximately when did you meet them?

4    A.  Early 2021.

5    Q.  Remind the jury what an MEV searcher is.

6    A.  It's a special actor that searches for MEV.  Put another

7    way, they search for opportunities to make money by having the

8    right transaction at the right place at the right time, like

9    buying assets at a low price, selling them at a high price.

10   Q.  Mr. Miller, how did you learn Anton and James

11   Peraire-Bueno's names?

12   A.  I don't exactly remember, but I have a loose recollection

13   that we had a call with them.  They were top users of Flashbots

14   in the early days.  They ran an arbitrage bot and they were

15   quite good at it.  So people from my team — myself included —

16   scheduled a call with them to talk about MEV and the market.

17           And I believe in that call — but this is kind of

18   loose, so appropriate caveats — that they showed up and

19   revealed their names.  I don't remember on purpose or not, but

20   I think that's when I became aware of their actual names.

21   Q.  How would you describe your relationship with Anton and

22   James Peraire-Bueno?

23   A.  I lead product and engineering at Flashbots for a company

24   that makes infrastructure for MEV.  So it's my job to know

25   searchers, be friendly with them, to talk to them about the

PAGVPER4                        Miller - Direct

 1   market, to talk to them about their strategies, their needs,

 2   etc., to best inform what products and offerings we can make.

 3   So I talked to them frequently about MEV, about the market,

 4   about different things that are going on in crypto.

 5   Q.  How would you usually communicate with them?

 6   A.  Discord, so a messaging service.

 7            MR. FANG:  At this time the government would like to

 8   read another stipulation which is marked as Government Exhibit

 9   S-714.

10            THE COURT:  You may.

11            MR. FANG:  First, government offers Government Exhibit

12   S-714.

13            THE COURT:  Any objection?

14            MR. LOOBY:  No objection.

15            THE COURT:  It is admitted.

16            (Government's Exhibit S-714 received in evidence)

17            MR. FANG:  Ms. Kerest, if you can publish that to the

18   jury.

19            Government Exhibit S-714 states that:  It is hereby

20   stipulated and agreed between the parties through counsel that

21   the government exhibits set forth in attachment A are true and

22   correct copies of chat records maintained by Discord, Inc., an

23   electronic communications provider, for the Discord accounts

24   registered to user names snoopy6353#0, curiousrabbit#0, and

25   deleted_user_3159d48c1bad.

PAGVPER4                        Miller - Direct

1          The government exhibits set forth in attachment A were

2      contained in records provided by Discord, Inc. in response to a

3      search warrant.  The chat participant field accurately

4      identifies the Discord user names of the chat participants

5      relating to each government exhibit as listed in attachment A.

6      The date field accurately lists the date of each Discord chat

7      listed in attachment A.

8          Government exhibits bearing the suffix "-A" or other

9      letters consist of true and correct copies of attachments to

10     the Discord chats associated with the government exhibit

11     bearing the same number.  The table below is a true and correct

12     list of Discord account user names, the account user, the

13     user's email address associated with each Discord account user

14     name and the date each Discord account was created.

15          The Discord account associated with

16     deleted_user_3159d48c1bad#0 included in the government exhibits

17     set forth in Exhibit A was used by James Peraire-Bueno.  The

18     Discord account associated with display name Snoopy included in

19     Government Exhibits 6010 and 6723 was used by James

20     Peraire-Bueno.

21          It is further stipulated and agreed that this

22     stipulation may be received into evidence as a government

23     exhibit at trial.

24          If we can turn to attachment A, please.

25          The government exhibits covered by Government Exhibit

PAGVPER4                         Miller - Direct

```
1    S-714 are Government Exhibits 3001, 3002, 3002-A, 3005, 3005-A,
2    3006, 3007, 3009, 3010, 3011, and 3012.
3             We can take this down.
4    BY MR. FANG:
5    Q.  Mr. Miller, remind the jury what white hatting is.
6    A.  Again, I've general knowledge, since I have helped with a
7    bunch of white hat rescues, but I'm not a security expert, I
8    don't have formal training in that, so this is general
9    knowledge.  Just a caveat.
10            But white hatting in the context of crypto means
11   trying to make use of security vulnerabilities to rescue and
12   give back user funds before an adversary could take them.
13   Q.  And do white hat users typically act, in your experience,
14   for profit?
15   A.  There's a range of different ways that people do white
16   hatting.  The industry norm is to be effectively tipped ten
17   percent of the money that you help save.  But there are a bunch
18   of people who just do it because they want to do some good or
19   to help people out; there are some people that do it for
20   profit.
21            Generally, the people who are really, really good are
22   not doing it for profit because they could be making more money
23   doing something else.
24   Q.  Have you ever talked with Anton and James Peraire-Bueno
25   about white hatting before April 2nd, 2023?
```

1   A.  Yes, I think so.

2   Q.  Why?

3   A.  I helped with the Flashbots white hat group.  And since

4   people knew me as the head of product and engineering and a

5   leader at Flashbots, they would turn to me if there were

6   security incidents with their protocols, if they needed help

7   rescuing users' funds.

8           So on one case I had asked the brothers to help me

9   with a white hat rescue where I needed specialized technical

10  infrastructure and knowledge that they had.  In another case,

11  there was a moment in the future where we knew that a lot of

12  users would receive effectively money — we call it an air drop

13  in crypto.  There is a popular asset that was going to launch

14  in the future, and you knew ahead of time which accounts would

15  receive money.

16          There are a lot of people that turn to Flashbots and

17  our white hat group for help because their passwords have been

18  compromised.  And they knew that a hacker had access to their

19  password as well, so they turned to us to help make sure that

20  when their money became available, they could be the party that

21  would ultimately get that money instead of a hacker.

22          And pulling this off and sort of saving money in this

23  way is very technically sophisticated.  And so I turned to the

24  brothers for advice and help on executing on this white hat

25  rescue.  There were a bunch of people who were looking for our

PAGVPER4                    Miller - Direct

1    help in saving their money effectively.

2    Q.  So, Mr. Miller, just shifting gears, did there come a time

3    when you learned who allegedly conducted the April 2nd exploit?

4    A.  When the indictment dropped.

5    Q.  Is that the indictment in this case?

6    A.  Yes.

7    Q.  And what reaction, if any, did you have to learning the

8    identity of the alleged exploiters?

9    ██████████  ██████████  █████  █████

10   ██████████  ██████████  ████████████

11   A.  My first --

12   Q.  Go ahead.

13   A.  My first reaction was one of surprise.  I did not expect

14   the brothers to be the perpetrators.  I was also disappointed

15   because the brothers were young, they're very talented, they

16   were very good at what they did.  They didn't need the money.

17   And it seemed like a very stupid thing, in my estimation, to

18   do.  At the very least, it's complicated.  We are here today

19   talking about it, right?

20        So I was disappointed in them because I felt like they

21   did something very dumb that may greatly impact their future.

22   And I felt deceived as well because in the course of all of

23   this, they had not told me they were Low Carb Crusader, and not

24   told me they had intended to do this.  And I had talked to them

25   after the incident as well.

PAGVPER4                        Miller - Direct

1   Q.  And just to clarify that last point, Mr. Miller, what

2   communications after the exploit did you have with Anton and

3   James Peraire-Bueno?

4   A.  I had messaged them on Discord about the normal things that

5   we talked about:  The market, crypto, what's going on in MEV,

6   their strategies, you know, etc.

7   Q.  Did Anton Peraire-Bueno ever indicate to you that he was

8   Low Carb Crusader?

9   A.  No.

10  Q.  Did James Peraire-Bueno?

11  A.  No.

12  Q.  Now, Mr. Miller, I'd like to show you what's marked as

13  Government Exhibit 3010.

14          Are these messages that you had with the defendants?

15  A.  They look like it, yeah.

16  Q.  How do you know that?

17  A.  Well, it has my Discord name at the top.

18          MR. FANG:  Government offers Government Exhibit 3010.

19          THE COURT:  Any objection?

20          MR. LOOBY:  No objection.

21          THE COURT:  It is admitted.

22          (Government's Exhibit 3010 received in evidence)

23          MR. FANG:  Go ahead and publish that to the jury and

24  show page 2.

25  Q.  Mr. Miller, what is the date of these messages?

PAGVPER4                    Miller - Direct

1    A.  April 3rd, 2023.

2    Q.  How long after the exploit was that?

3    A.  Very recent; hours after.

4    Q.  Do you see your user name in this thread?

5    A.  Yes.

6    Q.  And do you recognize the other user name that you currently

7    see on this page?

8    A.  The other user name being Curious Rabbit?

9    Q.  Yes.

10   A.  Yes.

11   Q.  Turning your attention to page 2.  Mr. Miller, do you

12   remember -- well, first of all, do you see a third user at the

13   bottom of the page, snoopy6353?

14   A.  Yes.

15   Q.  Who are snoopy6353 and Curious Rabbit?

16   A.  James and Anton.

17   Q.  Do you remember what you were asking them to do that day?

18   A.  There had been a smart contract.  Seemed like a puzzle to

19   me, and I was asking them for help with capturing some MEV.

20   Q.  Did this have anything to do with the April 2nd exploit?

21   A.  No.

22   Q.  Can you read the last four messages on this page, including

23   the user name and then the content of the message?

24   A.  So snoopy6353#0 says:  Gm gm.  Lots to wake up to.  Uh re:

25   Full blocks we couldn't have done it anyways, lmao.  Have been

1    lazy and waiting for reth.

2    Q.  When you saw these messages, what did you understand "gm

3    gm" to be?

4    A.  It stands for good morning in crypto.

5    Q.  Is that a crypto-specific term?

6    A.  I don't know.  I think it started in crypto, but maybe it

7    has exited crypto only.  But it's certainly popular in crypto.

8    Q.  And, again, what's the date on these messages?

9    A.  April 3rd, 2023.

10   Q.  Did either James or Anton Peraire-Bueno ever mention

11   anything about the exploit the day before in these messages?

12   A.  No.  Well, here, Snoopy is saying:  Lots to wake up to,

13   which I assume is an inadvertent reference to the exploit.  But

14   it's not like they directly mentioned it to me or their

15   involvement, if that's what the question is.

16   Q.  Do you know one way or the other what he was referring to?

17   A.  The only thing of note that I can remember happened that

18   morning, so I assume that is what he is referring to.  But, you

19   know, I can't speak for him.

20

21

22

23

24

25

PAGVPER4                    Miller - Direct

1          (In open court)

2          THE COURT:  Mr. Fang, before you proceed, let me just

3    let the jury know that from time to time it may be necessary

4    for me to speak to the lawyers out of your hearing, as we just

5    did right now.

6          The purpose of these conferences is not to keep

7    relevant information from you, but to decide how certain

8    evidence is to be treated under the rules of evidence and to

9    avoid confusion and error.

10          Please do understand that while you are waiting, we

11   are working.  I will do what I can to limit the number and

12   length of these conferences.  And I would invite you, to the

13   extent we have these conferences, to stand up and stretch if

14   you would like to do that.  And I may from time to time call a

15   short recess if I believe there's a lengthy issue that we need

16   to discuss.

17          Mr. Fang, you may proceed.

18          MR. FANG:  Thank you.

19   BY MR. FANG:

20   Q.  Ms. Kerest, before we take this exhibit down, Mr. Miller,

21   I'd just like to direct your attention to the third message:

22   "Full blocks we couldn't have done it anyways lmao."

23          Do you see that?

24   A.  Yes.

25   Q.  What was your understanding of what that message means?

PAGVPER4                        Miller - Direct

1   A.   What I think my understanding was is that they wouldn't

2   have been able to construct a full block; they didn't have the

3   capability to do so.

4              MR. FANG:  We can take this down.

5   Q.   Mr. Miller, do you also -- I want to go back to your

6   testimony on white hatting.  And just to be clear, in your

7   experience, does a white hat typically involve the return of

8   funds?

9   ████████████  ██████████  ████  ████

10  ████████████  ██████████

11  A.   Yes.

12  Q.   Now, Mr. Miller, I'd like to show you what's marked for

13  identification as Defense Exhibit 1024.

14             Do you recognize this document?

15  A.   Yes.

16  Q.   What is it?

17  A.   This is a screenshot of the GitHub page for MEV-Boost.

18  Q.   Is that the same GitHub page that you mentioned earlier?

19  A.   Yes, it is.  Well, we talked about multiple, but I

20  mentioned MEV-Boost's GitHub page at some point earlier.

21             MR. FANG:  Government offers Defense Exhibit 1024.

22             THE COURT:  Any objection?

23             MR. LOOBY:  No objection.

24             THE COURT:  This is admitted.

25             (Defendants' Exhibit 1024 received in evidence)

1          MR. FANG:  Ms. Kerest, if you can display -- if you

2    can publish that for the jury, and also display a section that

3    says MIT.  You may have to scroll down a couple pages.  If you

4    can just blow up the bottom portion of that page under readme.

5    Q.  Mr. Miller, are you generally familiar with this language?

6    A.  It's been a long time since I've read it, but I generally

7    am familiar, yes.

8    Q.  Did you draft this language?

9    A.  No.

10   Q.  Are you a lawyer?

11   A.  I am not a lawyer.

12   Q.  Do you see the reference to MIT license?

13         MR. FANG:  And, Ms. Kerest, if we can just highlight

14   that.

15   Q.  What do you understand MIT license to refer to?

16   A.  When you publish software, when you create software, you

17   are creating intellectual property.  And you have rights to

18   those intellectual property.

19         So when -- this is my understanding:  When other

20   people want to use that intellectual property, you need to give

21   them a license and tell them the conditions under which they

22   can use that, such as to create their own version, to fork off,

23   to modify and make changes to your intellectual property.  So

24   the MIT license is a popular license that is used in software

25   engineering.

PAGVPER4                      Miller - Direct

1    Q.   Is it specific to MEV-Boost?

2    A.   MEV-Boost appears to have the MIT license, but it is not a

3    MEV-Boost-specific license.

4    Q.   Is the language specific to Flashbots?

5    A.   No.

6    Q.   Sitting here today, do you know whether James and Anton

7    Peraire-Bueno ever read this language?

8    A.   I don't.

9    Q.   And aside from people at Flashbots, do you know whether any

10   other particular person or business ever read it?

11   A.   Couldn't tell you.  I don't know.

12

13

14

15

16

17

18

19

20   Q.   Mr. Miller, you testified that you've read this language in

21   the past, right?

22   A.   At some point.

23

24

25

PAGVPER4                    Miller - Direct

1

2              MR. FANG:  One moment, your Honor.

3              (Counsel conferred)

4              MR. FANG:  No further questions.

5              THE COURT:  Thank you, Mr. Fang.

6              Mr. Looby.

7              MR. LOOBY:  Thank you, your Honor.

8              MR. MARX:  Can we just take a moment to shift down?

9              THE COURT:  You may.

10             THE WITNESS:  If this is an appropriate time, do you

11     mind if I use the rest room?

12             THE COURT:  The witness has just indicated a bathroom

13     break is needed.  So why don't we take a 15-minute break.

14             You all should be ready and back in the jury room and

15     ready to go at 2:30.  My prior instructions apply.

16

17

18

19

20

21

22

23

24

25

PAGVPER4                    Miller - Cross

1
2
3

4              (Jury present)

5              THE COURT:  Mr. Looby.

6              MR. LOOBY:  Thank you, your Honor.

7         And one housekeeping matter before I begin.

8         May I approach the bench to bring the hard copy

9    binders to your Honor?

10             THE COURT:  You may.

11        And, Mr. Miller, please step down.

12   CROSS-EXAMINATION

13   BY MR. LOOBY:

14   Q.  Good afternoon, Mr. Miller.

15   A.  Good afternoon.

16   Q.  My name is Patrick Looby, and I represent James

17   Peraire-Bueno.

18             We've never met before; is that correct?

19   A.  We've never met before, Mr. Looby.

20   Q.  And I'll be assisted today by my colleague Joseph Bayerl,

21   who will be helping me with the exhibits.  And I'm going to

22   refer to him as "Joe" because that's how I know him.

23             MR. LOOBY:  Joe, if we could start with Government

24   Exhibit 3307, which is in evidence.

25   A.  Will this also be on my screen or should I find this --

PAGVPER4                      Miller - Cross

1   Q.  Yes, Mr. Miller, it will be on your screen.  Every document

2   that I reference -- actually, this one will not be in your

3   binder because it's a government exhibit.  But, for the most

4   part, the exhibits that I talk about today will be in the hard

5   copy binders as well.  And you're free to use either format

6   that you would like and to take as much time to look at the

7   documents.

8   A.  Okay.  Thanks for explaining that.

9   Q.  Mr. Miller, you had testified on direct regarding this

10  June 29th, 2023 email that you had sent to Low Carb Crusader --

11         THE COURT:  Mr. Looby, should this document be

12  published for the witness and the jury?

13         MR. LOOBY:  Yes, it should be published for the

14  witness and the jury, and it's previously admitted.

15  Q.  You had testified on direct regarding this June 29th, 2023

16  email that you had sent to Low Carb Crusader; correct?

17  A.  Yes.

18  Q.  And you had explained how you had observed the validators

19  that were at issue in the April 2nd event as staking some ETH;

20  correct?

21  ████████████    ████████████

22  ████████████    ████████████

23  ████████████████████████████████████

24         MR. LOOBY:  I'll restate it.

25  Q.  And the context for this was that you had observed the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   validators staking some ETH?

2   A.   There was someone on my team that made a tweet that was

3   observing the address, the entity behind the April 2nd incident

4   staking ETH, yeah.

5   Q.   And you testified that that gave you some concern, is that

6   fair to say?

7   A.   Yeah.

8   Q.   But nothing ever occurred in relation to that staking;

9   correct?

10  A.   Not with the Flashbots relay or another relay that I know.

11  Q.   So you're not aware of any other incident that you were

12  concerned about?

13  A.   No.

14          MR. LOOBY:   Thank you, Joe.  You can take that down.

15          I'd also like to quickly pull up Government Exhibit

16  3010, which is in evidence.  And I would seek permission to

17  publish that for the jury and the witness.

18          THE COURT:   You may.

19          MR. LOOBY:   If we could go to page 2.

20  Q.   Mr. Miller, this was a chat that occurred between you and

21  the Peraire-Buenos on April 3rd, 2023; correct?

22  A.   Yes.

23  Q.   And you had initiated the chat by reaching out to the

24  Peraire-Buenos on Discord; correct?

25  A.   Yes, that's what it appears.

PAGVPER4                          Miller - Cross

1   Q.  And you say that you think you found some MEV and you need

2   their help to extract it; is that correct?

3   A.  Yes.

4   Q.  And "MEV" is maximal extractable value; correct?

5   A.  Yup.

6   Q.  And a bit later on, you say that there is 5.5 ETH worth of

7   MEV that could be extracted.

8            MR. LOOBY:  And, Joe, if you could highlight that

9   portion.

10  Q.  Do you see that, Mr. Miller?

11  A.  Yes.

12  Q.  And do you see the time stamp of your first message on

13  April 3rd at the top of the chain at 11:27 a.m.?

14  A.  Yes, GMT+0.

15  Q.  And so this is in the morning of April 3rd; correct?

16  A.  Yes.

17  Q.  And this is the day after the events that you testified

18  about on direct; correct?

19  A.  Correct.

20  Q.  And this is during the time when you and your team are

21  addressing the issue and trying to figure out what happened;

22  correct?

23  A.  Depends on exactly what you mean by "during."  There were

24  starts and stops at times.  So I don't know if this was a

25  moment in which we had taken a break or something of the sort.

PAGVPER4                          Miller - Cross

1    Q.  You could have taken a break to send a message?

2    A.  Yeah, seems feasible to me.

3    Q.  And you are reaching out to the Peraire-Buenos regarding

4    MEV opportunity during this time; correct?

5    A.  Correct.

6              MR. LOOBY:  Joe, if we could take that down.

7    Q.  Now, Flashbots operates its own relay; correct?

8    A.  Correct.

9    Q.  And that relay is called the Flashbots MEV-Boost relay;

10   correct?

11   A.  Yes.  We also just refer to it as the Flashbots relay

12   sometimes.  It's kind of interchangeable.

13   Q.  And the Flashbots relay was active on April 2nd, 2023;

14   correct?

15   A.  Yes, it was active on April 2nd, 2023.

16   Q.  And the Flashbots relay remains active today; correct?

17   A.  Yes, it is also active today.

18   Q.  And the relay for the block at issue in this case was not

19   the Flashbots relay; correct?

20   A.  Correct, it was not the Flashbots relay.

21   Q.  And it was operated by a group called Ultrasound; correct?

22   A.  Yeah.

23   Q.  And Ultrasound and Flashbots, they are not the same entity;

24   correct?

25   A.  They are not the same entity.

PAGVPER4                      Miller - Cross

1    Q.  You don't work for Ultrasound?

2    A.  I do not work for Ultrasound.

3    Q.  You've never worked for Ultrasound?

4    A.  I've never worked for Ultrasound.

5    Q.  Flashbots does not maintain records for the Ultrasound

6    Relay; correct?

7    A.  No, we don't maintain records for the Ultrasound Relay.

8            The caveat to that may be that they might have shared

9    records with us that might be in our Slack somewhere at some

10   point.  So it depends what you mean by "maintain records."  And

11   if that counts, just to provide a caveat.

12   Q.  And you testified on direct about relay logs; correct?

13   A.  Yes, I did.

14   Q.  And you testified how at Flashbots, Flashbots has access to

15   the relay logs for the Flashbots relay; correct?

16   A.  That is correct.

17   Q.  But Flashbots wouldn't have regular access to the relay

18   logs for the Ultrasound Relay; correct?

19   A.  We would not have regular access to the Ultrasound Relay's

20   logs, right.

21   Q.  You testified on direct that the Ultrasound Relay was

22   running modified relay software; correct?

23   A.  Yes, they took the MEV-Boost relay software, made

24   modifications to it, and they were running that.

25   Q.  And you can't verify exactly what was modified about the

PAGVPER4                          Miller - Cross

1    Ultrasound Relay code; correct?

2    A.   Correct.  We were friendly with them and they were

3    interested in contributing to the code base; and so they talked

4    about their modifications with us.  But it is true that I can't

5    verify what they were running.

6    Q.   And the Flashbots MEV-Boost relay code, that's open source;

7    correct?

8    A.   Yeah.

9    Q.   Meaning anybody can go online and download it?

10   A.   Yes.

11   Q.   And anybody can go online, download it, and make

12   modifications; correct?

13   A.   Yes.

14   Q.   And they can modify it to add additional features to their

15   relay; correct?

16   A.   Correct, they can.

17   Q.   Now, to keep things clear, the MEV-Boost software that you

18   discussed on direct, that is something different than the

19   Flashbots MEV-Boost relay code; correct?

20   A.   Yes, the MEV-Boost software is different from the Flashbots

21   MEV-Boost relay software code.

22   Q.   And MEV-Boost, the software, that is a program that

23   validators can run to interact with relays; correct?

24   A.   Yes, and it's typically what they do run.

25   Q.   But an Ethereum validator can interact with relays without

PAGVPER4                        Miller - Cross

1  running the MEV-Boost software; correct?

2  A.  It's theoretically possible, yeah.

3  Q.  And an Ethereum validator could create its own software to

4  interact with the relay; correct?

5  A.  Correct.

6           MR. LOOBY:  Joe, if you could please pull up what is

7  in evidence at Government Exhibit 508, page 11.

8           And I request permission to publish for the witness

9  and the jury.

10          THE COURT:  You may.

11 Q.  Mr. Miller, do you recognize this slide as one that you had

12 discussed on direct examination?

13 A.  We've been talking about it a lot, yeah.

14 Q.  It's getting familiar for the jury, too, I'm sure, by this

15 point.

16          And I'd like to focus on the arrows in between the

17 relay and the validator, and specifically the box there that

18 says "MEV-Boost"; correct?  Do you see that?

19 A.  The box does say "MEV-Boost," yeah.

20 Q.  And here, the term MEV-Boost, that's referring to the

21 MEV-Boost software program, not the relay code; correct?

22 A.  That's what I understand, yeah.

23 Q.  But as we just discussed, validators do not have to run the

24 MEV-Boost software to interact with the relay; correct?

25 A.  It's not a requirement.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAGVPER4                         Miller - Cross

1   Q.  And you do not know whether the Peraire-Buenos were running

2   a modified version of MEV-Boost on April 2nd, 2023?

3   A.  Let me repeat the question back to you so I'm sure I

4   understand.  You asked:  You do not know whether the brothers

5   were running a modified version of MEV-Boost on April 2nd; is

6   that right?

7   Q.  That's right.

8         But let me actually try to ask you a different

9   question, which is:  You don't know whether the Peraire-Buenos

10  were running -- even running MEV-Boost on April 2nd, 2023;

11  correct?

12  A.  I think you can infer that they weren't running MEV-Boost,

13  because MEV-Boost typically won't set the parent and state root

14  in the way that that day happened, or the parent and state root

15  wouldn't be set to zero.  So I think you can infer that they

16  were not running MEV-Boost, but I can't affirmatively tell you

17  exactly what they were running.

18  Q.  And you do not know how many relays the Peraire-Buenos'

19  validator interacted with on April 2nd, 2023; correct?

20  A.  I don't know.

21  Q.  And on direct examination, you had said that the

22  Peraire-Buenos' strategy involved having their validator fill

23  out some fields on the blinded beacon block with certain

24  values, is that generally accurate?

25  A.  Generally, yeah.

PAGVPER4                         Miller - Cross

1    Q.  And you don't know how the Peraire-Buenos' software did or

2    did not populate those fields; correct?

3    A.  That is true.  You can observe the block headers that they

4    published that day, but I don't know what the software did.

5    Q.  And Flashbots ran a builder for a period of time; correct?

6    A.  Yes, we did.

7    Q.  But the Flashbots builder was not the builder who handled

8    the transactions at issue in this case; correct?

9    A.  Well, it wasn't the builder that produced the block at

10   issue where the parent and state root ended up being set to

11   zero.  But we may have received the same transactions at our

12   builder, just to draw a nuance.  Certainly our builder did not

13   produce the same block.  We could have received the same

14   transaction, I don't remember.

15   Q.  So sitting here today, you do not know if your builder

16   received the block at issue?

17   A.  Our builder doesn't receive blocks, so I can tell you that

18   for sure.  But I don't know whether or not our builder received

19   the transactions at issue.

20   Q.  Thank you for the clarification.

21   A.  Of course.

22   Q.  You do not know what software the builder OS -- well, let

23   me start.  The builder at issue is sometimes referred to as

24   OS69 -- OX69?

25   A.  I know what you're talking about.  We actually call it

PAGVPER4                        Miller - Cross

1    builder OX69 or builder 69.  So I don't think I've ever heard

2    OX69, but I know generally what you're speaking of.

3    Q.  I prefer to refer to it as OX69 rather than builder 69.

4    And you'll understand what I mean when I say that; correct?

5    A.  Yes.

6    Q.  You do not know what software that builder was running on

7    April 2nd, 2023; correct?

8    A.  Correct.

9    Q.  And it could have been running modified software as well;

10   correct?

11   A.  Most certainly was.

12   Q.  On direct examination, you talked a bit about the Ethereum

13   protocol; correct?

14   A.  I did.

15   Q.  And you talked about the Ethereum consensus mechanism;

16   correct?

17   A.  Yeah, a bit.

18   Q.  Broadly speaking, that's the part of the protocol that

19   concerns how Ethereum users reach agreement on the validity of

20   transactions and the order of blocks on the chain; correct?

21   ███████████   ███████████

22   ███████████   ███████████   ███████████

23   A.  Yes.  I am not a -- not formally trained in consensus

24   mechanisms or something like that, so I don't have a super

25   sharp answer for you.  But your description of a consensus

1   mechanism sounds broadly right to me.

2   Q.  And I'm picking up from your comment that you don't hold

3   yourself out as an expert on the Ethereum protocol; correct?

4   A.  On Ethereum generally I think I'm an expert; but consensus

5   is an art in a field of its own that's specific with a lot of

6   nuances.  People go to school for this, people make careers out

7   of being consensus people specifically.  And I don't hold

8   myself as an expert in consensus.

9           Does the nuance make sense to you?

10  Q.  It does.  I have one clarifying question for you.

11          The consensus concept, that covers how users like

12  validators add blocks to the chain; correct?

13  A.  That's one part of consensus, certainly.

14  Q.  And another part of the consensus mechanism are things like

15  slashing penalties; correct?

16  A.  Correct.

17  Q.  Now, other people at Flashbots handled issues relating to

18  the Ethereum consensus specifications; correct?

19  A.  Yeah, generally other people would do that.

20  Q.  I'd like to discuss just a few basis principles relating to

21  the blockchain in Ethereum so that we have a similar vocabulary

22  for our discussion.  Is that all right?

23  A.  Sounds great.

24  Q.  Okay.  Well, first, at its most basic level, a blockchain

25  is a digital ledger that records transactions; correct?

1    A.  Seems consistent, yeah.

2    Q.  And Ethereum is what is called a decentralized blockchain?

3    A.  Yes.

4    Q.  In a decentralized blockchain, there is no central point of

5    authority with control over the chain; correct?

6    A.  That's the idea, yeah.

7    Q.  The network is instead made up of thousands of independent

8    computers around the world called nodes; correct?

9    A.  Yeah.

10   Q.  It is often said that Ethereum is permissionless; is that

11   correct?

12   ███████████  ███████████

13   ███████████  ███████████  ████████████████

14   A.  Yes, that is often said.

15   Q.  That means that anybody can access Ethereum; correct?

16   A.  Yeah, that's the idea.

17   Q.  And that means that anybody can place a transaction on

18   Ethereum; correct?

19   A.  Correct.

20   Q.  And anybody can create a validator as well, right?

21   A.  Yeah.  There are rules for creating a validator.  So you

22   need to stake 32 ETHs.  Not everybody has that is one nuance.

23        Same thing for transactions.  Also there are rules for

24   what transactions are valid or not.  But given you follow the

25   protocol rules, then, yes.

PAGVPER4                      Miller - Cross

1  Q.  And we'll talk about the steps of becoming a validator a
2  little bit on.  But my question was a little bit more simple,
3  which is that anybody can become a validator; correct?
4  A.  Yeah, in theory.
5  Q.  And it's often said that Ethereum is trustless or
6  trust-minimizing; correct?
7  ████████████  ████████████
8  ████████████  ████████████  ████████████
9  A.  Yes.
10  Q.  These terms mean that, at least in theory, users don't need
11  to know one another to interact on Ethereum; correct?
12  A.  Yes, at least in theory, that's the goal.
13  Q.  And users don't need to place trust in a central authority,
14  right?
15  A.  That's the goal.
16  Q.  Now, we talked a little bit earlier about the term
17  "consensus mechanism."  That process is sometimes referred to
18  as determining the canonical chain; correct?
19  A.  Yeah.  You know your stuff.
20  Q.  Thank you, Mr. Miller.  It's been a learning experience for
21  me, as I hope it is for the jury as well.
22          In other words, just to help everybody's understanding
23  in the room, it is the process of determining the version of
24  the blockchain that all the users can agree is the true and
25  correct version of the chain.

PAGVPER4                      Miller - Cross

1    A.  I would agree with that.

2    Q.  And that mechanism, it's very important to the functioning

3    of a decentralized blockchain; correct?

4    A.  Yes, very important.

5    Q.  Because without it, people wouldn't know what transactions

6    were recorded in the chain; correct?

7    A.  Yes.

8    Q.  And they wouldn't know in what order; correct?

9    A.  Correct.

10   Q.  And that could result in confusion; correct?

11   A.  Yeah.

12   Q.  Now, this might seem simple, but I think it's worth

13   repeating.  The agreement on the state of the blockchain is the

14   consensus in the term "consensus mechanism"; correct?

15   A.  Yes.

16   Q.  And I believe on direct you testified that Ethereum

17   currently has what's called a proof-of-stake consensus

18   mechanism?

19   A.  I think I did, yeah.  Said a lot of things, so...

20   Q.  Through that mechanism, users called validators are

21   randomly selected to propose a block during a given time slot;

22   correct?

23   A.  Correct.

24   Q.  For that slot, under the Ethereum protocol, the validator

25   can add any block to the chain that it wants.

PAGVPER4                          Miller - Cross

1   A.   That is its prerogative as a validator in its role of

2   proposing.

3   Q.   And that prerogative includes the right to determine the

4   final order of transactions in the block that it proposes as

5   well; correct?

6   A.   It's one of the jobs of a validator, to order transactions

7   in a block, yeah.

8   Q.   Now, the validator has that role to add a block only during

9   a given time slot; correct?

10  A.   During their slot.

11  Q.   Yeah.  And the slot on Ethereum, it lasts for 12 seconds?

12  A.   Yeah.

13  Q.   So this process of a validator adding a block to the

14  blockchain, it happens pretty quick; is that correct?

15  A.   Depends on if you think 12 seconds is a long time or a

16  short time.  In our industry, sometimes milliseconds matter.

17  And so I'm not sure, if you ask our engineers, they would say

18  that's a short period of time.  But certainly for a regular

19  person it is.

20  Q.   Thank you, Mr. Miller.

21       Now, there's a separate group of validators that

22  review the block that the proposing validator proposes to add

23  to the chain; is that right?

24  A.   Yes, that is right.

25  Q.   And these other validators, their role is to check to see

PAGVPER4                          Miller - Cross

1    that the block is valid and they vote on it; correct?

2    ████████████    ████████████

3    ████████████    ████████████

4    A.   Yes.   And their related role is also to check the time in

5    which the proposer has proposed a block too.

6    Q.   But one of their roles in voting is to check that the

7    transactions are valid; correct?

8    A.   Yes, that's a part of making sure that the block overall is

9    valid.

10   ████████████████████████████████████████████████████

11   ████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████

16   Q.   I believe the answer to that is that this question would be

17   the same regardless.   And so I will ask the question that

18   testing validators will reject a block if it has invalid

19   transactions; correct?

20   A.   Yes.

21   Q.   And that is true whether or not the block has been proposed

22   using the MEV-Boost system; correct?

23   A.   Yes.

24   Q.   That's just a general way that the consensus mechanism on

25   Ethereum works; correct?

PAGVPER4                          Miller - Cross

1    A.  Yes.  The Ethereum consensus mechanism will reject invalid

2    blocks of any kind, whether or not they originate from

3    MEV-Boost or not.

4    Q.  Because MEV-Boost doesn't have its own consensus mechanism;

5    correct?

6    A.  MEV-Boost works off of Ethereum, so it doesn't have its

7    own.

8    Q.  After the vote by the voting validators, the block goes

9    final; correct?

10   A.  Could you repeat the question?  I'm not sure I heard the

11   first part.

12   Q.  Sure.  At some point after the voting validators approve

13   the block, the block goes final; correct?

14   A.  "The block goes final" is not a term of art that I

15   understand.  But I think I generally know what you mean.  Are

16   you talking about block finalization?

17   Q.  I am, Mr. Miller.  And thank you.

18             There is a step where the block becomes final that is

19   referred to as block finalization; correct?

20   A.  Yes.

21   Q.  And at that point it is added to the blockchain; correct?

22   A.  This gets into Ethereum's consensus.  So there -- you're

23   testing the limits of my knowledge here, so this is fun.

24             Blocks are confirmed and included on the Ethereum

25   chain.  And there's a point at which in the future they

```
 1   finalize batches of blocks that have previously been confirmed
 2   is my understanding.  So I would include -- or I would consider
 3   a block included on the chain before it is finalized.  But
 4   there is some level of security and assurance that you get when
 5   finalization happens.  Does that make sense, the nuance that
 6   I'm drawing?
 7   Q.  That does make sense.
 8           And on these and other topics, I'm trying to keep it
 9   digestible, but I appreciate your attention to detail.
10           And one consequence of the block going final is that
11   the transactions within it, they can't be modified; correct?
12   A.  You get the highest level of certainty over the
13   transactions not being modified because the blocks have the
14   highest level of Ethereum's security, so to speak.  Again,
15   there's nuances where I would consider blocks that have been
16   confirmed and voted on by Ethereum validators before already
17   included.  And it's very unusual for ordering to be altered at
18   that point too.
19   Q.  And if something were to happen to those transactions after
20   that point, it would be something that could be publicly seen
21   on the blockchain; correct?
22   A.  After what point?
23   Q.  After the block goes final, if there is a scenario where
24   the transactions could be changed, that would be evident on the
25   blockchain; correct?
```

1    A.  Well, I don't know that the question makes sense.  Because

2    block finalization, my understanding is that then the

3    transactions -- the blocks can't be modified at all, that's

4    kind of why they call it finalization.  So this is the limits

5    of my knowledge.  Maybe it's possible in the Ethereum consensus

6    protocol, but I'm not even sure that that is possible.

7    Q.  Now, Mr. Miller, running an Ethereum validator is an

8    economic activity; correct?

9    A.  Yes.  You make money, it costs money, so it makes sense to

10   call it that to me.

11   Q.  And Ethereum validators are motivated to make money?

12   ███████████  ████████████

13   ███████████  ████████████

14   A.  Generally, there are people who run them, you know, as

15   alterius; they are not necessarily in it for the money, they do

16   it because they want to support the Ethereum Network.  But

17   generally people are motivated by making money.

18   Q.  And Ethereum utilizes economic incentives to influence

19   validator behavior; correct?

20   A.  Yes, as a matter of principle.

21   Q.  Ethereum validators, they can earn rewards for adding

22   blocks to the blockchain; correct?

23   A.  Correct.

24   Q.  And other users, they can pay validators to have their

25   transactions placed on the block that the validator is going to

PAGVPER4                       Miller - Cross

1   propose; correct?

2   A.  Correct.  Yeah, those are transaction fees.

3   Q.  Now, there is a separate way that validators can make money

4   called MEV; correct?

5   A.  Yes.

6   Q.  And we'll talk more about MEV in a bit.

7          Together, these positive economic incentives, they

8   encourage validators to take certain actions; correct?

9   A.  Correct.

10  Q.  They do so by making it profitable to be a validator?

11  A.  Generally, yeah.

12  Q.  Ethereum also utilizes economic penalties to influence

13  validator behavior; correct?

14  A.  Correct.

15  Q.  And as you mentioned earlier, validators must stake 32 ETH

16  for the right to become a validator; correct?

17  A.  Correct.

18  Q.  The value of ETH, it fluctuates on a daily basis; is that

19  right?

20  A.  Yes.

21  Q.  But I believe you testified yesterday that, in the

22  ballpark, 32 ETH was tens of thousands of dollars in April of

23  2023.  Does that sound correct?

24  A.  I think so, yeah.

25  Q.  Now, that staked ETH -- actually, so just to be clear, ETH

PAGVPER4                        Miller - Cross

1    is a form of cryptocurrency; correct?

2    A.  Yes.

3    Q.  And it's the native cryptocurrency on Ethereum?

4    A.  Yes.

5    Q.  Hence the name.

6    A.  Yes.

7    Q.  And that ETH, it can be confiscated or slashed in preset

8    amounts based on certain validator behaviors; correct?

9    A.  I don't know about the use of the word "confiscated."  That

10   kind of implies to me that someone is taking it, someone else

11   is gaining it, like there's the ETH police force or something

12   like that.  And that doesn't resonate with me.  I'm not sure

13   that's correct.  The rest of your statement I agree with.

14   Q.  But you would agree that the validator would lose the

15   slashed ETH; correct?

16   A.  Yes.

17   Q.  Okay.  And the staking and slashing features, these are

18   necessary because there is no way of verifying who is a

19   validator on Ethereum; correct?

20   ███████████   ████████   ██████████   ████████████

21   ██████████   ████████████████

22   ██████████   ████████████████████████████████

23   ████████████████████

24   ██████████   ███████████

25   Q.  Now, Mr. Miller, beside you in the smaller binder is a set

PAGVPER4                          Miller - Cross

1   of materials.  One of them is labeled DX 3506-001.

2   A.  Sorry, DX 3506-001?

3   Q.  Correct.  It should be the first tab.

4   A.  Okay.

5   Q.  And, Mr. Miller, before your testimony today, you had met

6   with the government on several occasions; correct?

7   A.  Yes.

8   Q.  And you had been asked and answered questions about the

9   facts of this case; correct?

10  A.  Generally.

11  Q.  And do you recall attending a meeting on December 21, 2023

12  with the government prosecutors in this case?

13  A.  It seems possible to me.  I don't recall specific instances

14  or specific dates, but that ballpark makes sense to me.

15  Q.  Mr. Miller, if you could look at --

16          MR. LOOBY:  And, Joe, to see if we can pull up this so

17  we can do a zoom-in for the witness.

18

19

20

21

22

23

24

25

PAGVPER4                    Miller - Cross

BY MR. LOOBY:

Q.  All right.  So, Mr. Miller, you're generally familiar with
the slashing and staking process that we've been discussing
here today?

A.  At a high level, yeah.

Q.  And you had discussed that process on direct examination as
well?

A.  Yes.

Q.  And are you generally familiar with the way that the
Ethereum protocol uses economic incentives to guide validator
behavior?

PAGVPER4                    Miller - Cross

1    A.  Can you repeat the question.

2    Q.  Yes, Mr. Miller.

3          You are familiar with the way that the Ethereum

4    Network utilizes economic incentives to influence validator

5    behavior; correct?

6    A.  Generally, yeah.

7    Q.  The staking and slashing features of the Ethereum protocol,

8    they are necessary because there is no way of verifying who is

9    a validator; correct?

10   A.  A validator has a cryptographic identity, so they have kind

11   of a -- I don't know how to put it in a simple way.  They have

12   a mathematical identity that they are associated with.  That

13   doesn't change.  But certainly you can't always put a face and

14   a name, a real name, to that cryptographic identity, yeah.

15   Q.  Thank you.

16          And the network can't assume that a validator will

17   fulfill its role correctly; correct?

18   A.  Correct.

19   Q.  Now, one way a validator can have their staked ETH slashed

20   is for signing multiple blocks for a given slot; correct?

21   A.  Correct.

22   Q.  And signing multiple blocks for a single slot is called

23   equivocation; correct?

24   A.  Yes.

25   Q.  The Ethereum protocol, it penalizes equivocation by

PAGVPER4                          Miller - Cross

1  validators through slashing; correct?

2  A.  Correct.

3  Q.  But aside from those penalties, under the Ethereum

4  protocol, there is no limitation on the validator's ability to

5  equivocate; correct?

6  A.  You mean the number of times they can equivocate, their

7  ability to equivocate?

8  Q.  Their ability to equivocate at least once in a given slot.

9  A.  There's no limitation, yes.

10  Q.  And in April 2023, a validator would be slashed one ETH if

11  they equivocated; correct?

12  A.  That's what I remember, a validator in question being

13  slashed, yeah.

14  Q.  And what would you get -- what would you estimate the value

15  of one ETH would be in 2023?

16  A.  A few thousand dollars.

17  Q.  Now, the size of the slashing penalty, that is something

18  that's set by the Ethereum protocol; correct?

19  A.  Correct.

20  Q.  And the amount of the slashing penalty, it could be changed

21  by amending the protocol; correct?

22  A.  Correct.

23  Q.  And there is a process by which the Ethereum protocol can

24  be amended, right?

25  A.  Correct.

PAGVPER4                    Miller - Cross

1    Q.  Since April 2nd, 2023, the protocol has not been amended to

2    increase the magnitude of the slashing penalty; correct?

3    A.  I don't know.  I don't think so.  But I don't have full

4    certainty.

5    Q.  Now, there are many, many validators operating on Ethereum;

6    correct?

7    A.  Many, many, yeah.

8    Q.  There are approximately one million validators active on

9    Ethereum today?

10   A.  Seems right.  I don't know.

11   Q.  But you would expect at least 500,000 who are active?

12   A.  Yes.  I remember when MEV-Boost launched, it was

13   approximately 400,000.  So at least 500,000 now makes rational

14   sense to me, but I don't know the exact number.

15   Q.  Now, you testified on direct that there was a prior version

16   of Ethereum where the role of proposing blocks was done by a

17   user called a miner; correct?

18   A.  Yeah.  Correct.

19   Q.  And that is the role that is currently performed by

20   validators; correct?

21   A.  Yes.

22   Q.  Without getting into the weeds of this topic, because I

23   know they are weedsy, the moment where this role changed is

24   called the merge; is that right?

25   A.  That is right, yeah.

1    Q.  And that change occurred in September 2022; correct?

2    A.  Sounds right, yeah.

3    Q.  And that effectively created the role of the validator;

4    correct?

5    A.  Yes, as it is in proof of stake.

6    Q.  So that occurred just a few months before the events at

7    issue in this case; is that right?

8    A.  April to September, yeah.

9    Q.  Now, back in the old Ethereum, there were about 20 or so

10   miners who together contributed the majority of the blocks in

11   the blockchain; is that correct?

12   A.  Yeah, seems right.  It was pretty concentrated.

13   Q.  And --

14            THE COURT:  Mr. Looby, because we took a break earlier

15   today, I just want to give the jurors a chance to stand up and

16   stretch, because we won't have another opportunity to do

17   another break.  So if you all want to stand up and stretch, you

18   should feel free to do so.  I will do so as well.

19            Thank you for the indulgence.

20            Mr. Looby, you may proceed.

21            MR. LOOBY:  Of course, your Honor.

22   BY MR. LOOBY:

23   Q.  And, Mr. Miller, you are familiar with the concept of

24   miners through your work at Flashbots; correct?

25   A.  Yes, I am familiar with miners.

1    Q.  Because you have worked at Flashbots since before the

2    merge; correct?

3    A.  Correct.

4    Q.  Okay.  And back in the old Ethereum, there were about 20

5    miners who together contributed the majority of blocks on the

6    blockchain; correct?

7    A.  That seems right.  It was pretty concentrated, so you might

8    even be able to lower the number.  But I don't know the exact

9    number.  And it depends on what you mean by majority, if it's

10   50 percent, 75 percent.  But that seems right.

11   Q.  It was a relatively small number of miners contributing a

12   large proportion of the blocks on the chain; correct?

13   A.  Yes, that is correct.

14   Q.  And that's in contrast to Ethereum today, where there are

15   many, many validators who are proposing blocks; correct?

16   A.  Yes.

17   Q.  And the miners were generally run by established firms; is

18   that correct?

19   A.  Yes, generally.

20   Q.  And other users, they knew who the miners were, right?

21   A.  What do you mean by "other users" here?  Because I don't

22   think every Ethereum user would know who the miner was.

23   Q.  Let me rephrase that.  Thank you, Mr. Miller.

24            Sophisticated users of the Ethereum Network would know

25   who the miners were; correct?

PAGVPER4                        Miller - Cross

1    A.  I think they could know who miners were.  I don't think

2    they all knew who miners were.

3    Q.  It would be possible to find out who the miners were if you

4    cared to know; correct?

5    A.  Yes.

6    Q.  Now, pre-merge, if a searcher submitted a bundle of

7    transactions directly to a miner, there was a risk the Ethereum

8    miner might unbundle the transactions; is that correct?

9    A.  There was that risk, yeah.

10   Q.  But since there were only around 20 Ethereum miners that

11   contributed most of the blocks as we discussed, the searchers

12   could generally assume that the miners wouldn't do that, right?

13   A.  It did happen.  So I think searchers took precautions to do

14   so; and you needed to be aware of the possibility of doing so.

15   Q.  But for the majority of bundles that were submitted, that

16   didn't occur, correct, during this time period; correct?

17   A.  For the majority of bundles that were submitted, that did

18   not occur.

19

20

21

22

23

24

25

PAGVPER4                      Miller - Cross

1

2   Q.  Mr. Miller, you are familiar with the economic incentives

3   that were at play in the pre-merge Ethereum; correct?

4   A.  Generally.

5   Q.  And that includes the economic incentives that would have

6   motivated miner behavior; correct?

7   A.  Generally.

8   Q.  And that includes the economic incentives that may have

9   discouraged miners from unbundling as a general matter;

10  correct?

11  A.  As a general matter.

12  Q.  And a miner who unbundled, they would risk losing future

13  opportunities to make money; correct?

14

15

16  A.  Yes, I think you could say so.

17  Q.  Because the searchers wouldn't continue sending the bundles

18  to the miner; correct?

19  A.  Typically, searchers sent bundles to Flashbots, and

20  Flashbots sent bundles on to miners.  And so searchers did not

21  dictate where their bundles went exactly.

22  Q.  Mr. Miller, we were discussing earlier how you had met with

23  government attorneys in this case on several occasions;

24  correct?

25  A.  Correct.

PAGVPER4                         Miller - Cross

1    Q.  And you met with them in June of 2025; is that correct?

2    A.  Seems right.  I don't remember specific dates.

3    Q.  And you told them in that meeting that the searchers

4    generally could trust that the miners weren't going to make --

5    take MEV or trade on private bundles sent to miners, but there

6    were still no guarantees.  Do you recall?

7    A.  Don't recall that specifically.  Are you looking at a

8    specific document that I should pull up?

9    Q.  Yes, that is in your small binder again.  And also, Joe

10   will pull it up on your screen as well.  And that's DX

11   3506-004.

12           MR. LOOBY:  And, Joe, this is for the witness only and

13   the Court and counsel.

14   Q.  And the relevant portion, although you can take your time

15   to familiarize yourself with the document overall, I will draw

16   your attention to page 3 when you have a moment.

17   A.  Okay.  I'll take a moment to read the nine pages.

18           (Pause)

19           (Continued on next page)

20

21

22

23

24

25

PAGKPER5                    Miller - Cross

```
1   BY MR. LOOBY:

2   A.   Okay, I've skimmed through the document.  I didn't read it

3   all in depth, but I skimmed through a bunch of it.

4          You wanted to bring my attention specifically to

5   page 3, if I recall?

6   Q.   Yes, to page 3.

7          MR. LOOBY:  And, Joe, could you highlight the relevant

8   paragraph.

9   ███████████    ███████████████████████████████████████

10  ████████████████████████████████████████████████████████████

11  ██████████████████████

12       ████████████    ███████████████████████████████████

13       ████████████████████████████████████

14       ████████████    █████████████████████████████

15       ████████████████    ███████████████████████████████

16  BY MR. LOOBY:

17  Q.   Can you read the highlighted paragraph to yourself.

18          (Pause)

19  A.   Okay.

20          MR. LOOBY:  Joe, if you could take the document down.

21  Q.   Does that refresh your recollection that you spoke with

22  government prosecutors about miner -- the incentives regarding

23  miners in the pre-merge Ethereum?

24  A.   I remember talking to the government about it generally,

25  but I don't remember the specific things that I said.
```

PAGKPER5                    Miller - Cross

1

2

3

4

5

6

7

8    BY MR. LOOBY:

9    Q.  Has your recollection been refreshed regarding this topic

10   of discussion with the prosecutors at this meeting?

11   A.  I remember talking about that topic.  I don't remember the

12   specific things that I said.

13   Q.  Now, in the post-merge Ethereum, there are too many

14   validators for users to assume that validators will not

15   unbundle transactions, correct?

16   A.  Also, should I close the binder?

17   Q.  Oh, yes, sorry.  I didn't see that you had it open.  Thank

18   you, Mr. Miller.

19   A.  No, that's okay.

20           So you're asking, in the post-merge Ethereum, there

21   are too many validators for users to assume that validators

22   will not unbundle transactions, correct?

23   Q.  Correct.

24   A.  Yes, correct.

25   Q.  And this is sometimes referred to as the concept that

PAGKPER5                          Miller - Cross

 1   searchers can't trust the validators; is that right?

 2   A.  Yes, I would say that.

 3   Q.  Now, Mr. Miller, you testified on direct about

 4   proposer-builder separation.

 5            Do you recall that?

 6   A.  I don't mean to be difficult.  We talked about proposing

 7   and building.  I don't think that term has been introduced, but

 8   we generally talked about the ideas behind that, yeah.

 9   Q.  Well, proposer-builder separation is a concept whereby the

10   role of the block proposer and the block builder on Ethereum

11   would be split across two different users, correct?

12   A.  Correct, yeah.

13   Q.  And proposer-builder separation is sometimes referred to as

14   PBS; is that right?

15   A.  That is right, yeah.

16   Q.  Can we refer to it that way today?

17   A.  If that's what you would like, yeah.

18   Q.  Now, under the Ethereum protocol, the validator currently

19   is assigned the role of block builder and block proposer,

20   correct?

21   A.  Those are the two roles of the validator, yeah.

22   Q.  And they're both assigned to the validator under the

23   Ethereum protocol, correct?

24   A.  Yeah, as of today.

25   Q.  Under PBS, a separate user called a builder would do the

PAGKPER5                          Miller - Cross

1    first part; it would pick the transactions to include in a

2    potential block and in what order to put them, correct?

3    A.   Yes.  The block builder would be responsible for ordering

4    transactions in a block under PBS.

5    Q.   Under PBS, the proposer or validator's role would be

6    limited to proposing a block to be added to the blockchain,

7    correct?

8    A.   That is correct.

9    Q.   Now, PBS is not yet part of the Ethereum protocol, correct?

10   A.   MEV-Boost is software that enables PBS, although we have

11   not added PBS natively into the Ethereum protocol itself.  You

12   need the extra MEV-Boost software and a bunch of extra software

13   beyond Ethereum itself.  There's the idea that we talk about

14   sometimes of enshrining PBS, which is to say, taking this thing

15   that exists today with MEV-Boost and enshrining it into

16   Ethereum.  So, it's kind of semantics, but it depends on

17   exactly what you mean by PBS.  I think, generally, we say we

18   have PBS in Ethereum today.

19   Q.   But PBS has not yet been enshrined in the protocol, as

20   you've just explained that term, correct?

21   A.   It hasn't been enshrined in the protocol.

22   Q.   And there have been proposals for PBS to become enshrined

23   in the protocol, correct?

24   A.   Yes.

25   Q.   And those PBS enshrinement proposals, they've never been

PAGKPER5                          Miller - Cross

1   adopted, correct?

2   A.  I think one might be scheduled for inclusion now, depending

3   on what you mean adopted, but they're not live right now.

4   Q.  The protocol has never been amended to enshrine the PBS

5   concepts, correct?

6   A.  I agree with that, yeah.

7   Q.  Picking up on something that you said in your answer

8   earlier, the MEV-Boost software, it was conceived of as an

9   initial step before PBS could be enshrined in the protocol,

10  correct?

11  A.  Yes.

12  Q.  In other words, it's a temporary solution that could be in

13  place until PBS is enshrined?

14  A.  I agree with that, yeah.

15  Q.  And the MEV-Boost software runs alongside the Ethereum

16  like -- the Ethereum protocol like a sidecar; is that correct?

17  A.  We do call it a sidecar, yeah.

18  Q.  And you are familiar with the technical meaning of that

19  term?

20  A.  If you use it, it would make sense to me.  I don't know

21  that I could give you a very precise definition of it.

22  Q.  Generally speaking, would you agree it is a program that

23  runs alongside another application, without modifying that

24  application's code?

25  A.  It might change how the other application works because

PAGKPER5                    Miller - Cross

1    maybe you hit a different path in the code.  That's one nuance.

2    Q.  But the underlying code of the application on which the

3    sidecar is running wouldn't need to be modified for the sidecar

4    to be operational, correct?

5    A.  The underlying code would stay the same.  It might just

6    operate differently now that you have the sidecar.

7    Q.  The role of the relay that you discussed on direct, that,

8    similarly, too, was seen as a temporary solution, correct?

9    A.  Correct.

10   Q.  Eventually, if PBS is made part of the Ethereum protocol,

11   the relay wouldn't even be needed; is that right?

12   ███████████    █████████████████████

13      █████████    ██████████

14      ██████████████

15          THE WITNESS:  That is the goal.  We have learned,

16   since setting that out as a goal, that it is complicated and

17   the relay might stay around anyway, but it is certainly the

18   goal to remove the need for the relay.

19   BY MR. LOOBY:

20   Q.  So, I'd like to discuss some of the users relevant to

21   MEV-Boost software, starting with the searchers.

22          Searchers, they are sophisticated users, correct?

23   A.  Yes.

24   Q.  And searchers scan the mempool using MEV bots, correct?

25   A.  You could say so, yeah.

PAGKPER5                    Miller - Cross

1    Q.  These MEV bots, they run computer programs to automatically

2    determine attractive profit opportunities, correct?

3    A.  You could say so, yeah.

4

5

6

7

8

9

10    BY MR. LOOBY:

11    Q.  So, you have observed instances where an MEV bot made bad

12    trades and threw away millions of dollars, correct?

13    A.  It depends on what you mean by bad trades here.

14    Q.  Let me rephrase that.

15          You have observed instances where an MEV bot went off

16    the rails and threw away millions, correct?

17

18

19          THE WITNESS:  It sounds like you're referring to

20    something specific.

21    BY MR. LOOBY:

22    Q.  Would it help you to see a document to refresh your

23    recollection?

24    A.  Sure.

25          MR. LOOBY:  Joe, if you could please pull up DX 1008

PAGKPER5                        Miller - Cross

1     for the witness and counsel and the Court only.

2              THE WITNESS:  Is this in my large binder?

3     BY MR. LOOBY:

4     Q.  It's in the large binder.  It's a shorter document, so you

5     might find the screen adequate, but you are welcome to also

6     look at the hard copy, as well.  It's up to you.

7     ████████████  ██████████████████████████████

8     ███████████████████████████████████████████

9     ████████████████████████████

10    ██████████████  ████████████████████

11             (Continued on next page)

PAGKPER5                    Miller - Cross

1              (In open court)

2              THE COURT:  Thank you, all, for your patience.

3              Mr. Looby, you may proceed.

4              MR. LOOBY:  Thank you.

5    BY MR. LOOBY:

6    Q.  Mr. Miller, without looking at your binder, do you recall

7    publicly commenting on an instance where a MEV bot went off the

8    rails and made bad trades and threw away millions of dollars?

9    A.  I've heard about a lot of MEV-related things.  It does not

10   seem out of the realm of possibility.  I would not be able to

11   tell you the specifics off the top of my head.

12   Q.  And would it help to recall the specifics to look at a

13   document?

14   A.  That would help me, if you want to ask me about those

15   specifics.

16   Q.  Thank you.

17             So, Mr. Miller, if you could please consult your

18   binder at DX 1008.  And it's also on the screen, but,

19   Mr. Miller, again, it's a multipage document, and you are free

20   to review it in its entirety, if you would like.

21   A.  Okay.  I'm going to review the whole thing.

22             (Pause)

23   A.  Okay.  I've had a chance to review it.

24   Q.  Does that refresh your recollection that you had publicly

25   commented on an instance where you observed that an MEV bot

1   went off the rails, and that caused it to make extremely bad

2   trades and throw away millions of dollars?

3   A.  Yes.

4   Q.  And it's possible for an MEV bot to do this because the

5   bots are preprogrammed to operate without human intervention,

6   correct?

7   A.  Generally, yes.

8           MR. LOOBY:  Thank you, Joe.

9   Q.  Now, searchers don't use the MEV-Boost software when they

10  scan the mempool for profit opportunities, correct?

11  A.  Searchers do not use MEV-Boost to search the mempool for

12  opportunities, that's right.

13  Q.  Searchers don't use the MEV-Boost software at all; is that

14  correct?

15  A.  It depends on what you mean by use.  They certainly rely on

16  MEV-Boost infrastructure to land their transactions.

17  Q.  But a searcher doesn't run the MEV-Boost software in order

18  to scan the mempool, correct?

19  A.  That is correct, yeah.

20  Q.  And a searcher does not run the MEV-Boost software to

21  select a potential bundle of transactions to send to the

22  builder, correct?

23  A.  That is correct, yeah.

24  Q.  Okay.  We mentioned the term a couple of times, but now I

25  want to talk a little bit more about MEV.

1          MEV, again, it is maximal extractible value, correct?

2    A.  Yes.  That's MEV.

3    Q.  And MEV is the value that could result from a transaction

4    ordering on a blockchain, correct?

5    A.  Yes.

6    Q.  And you can think of MEV as one way that traders on

7    Ethereum make money, correct?

8    A.  It is one way that traders on Ethereum make money, it's not

9    only trading, so that's a subset, but, yes, that is one way

10   that traders make money on Ethereum, certainly.

11   Q.  And MEV does not come from Flashbots, correct?

12   A.  Restate the question for me, because that could mean

13   multiple things.

14   Q.  Sure.

15          MEV is a feature of a decentralized system, like

16   Ethereum, correct?

17   A.  Yes.

18   Q.  Somebody in that system gets to decide the order of

19   transactions on the block, correct?

20   A.  There are some systems where they're probabilistic, but, in

21   general, the ordering is decided somehow.

22   Q.  And on Ethereum, it's not probabilistic, it is the proof of

23   stake consensus mechanism that we discussed earlier, correct?

24   A.  Yes, that's correct.

25   Q.  And that person gets to extract the MEV, correct?

1    A.  It depends exactly what you mean by extract.  The idea

2    behind MEV-Boost is that the validator, who has these two roles

3    of building and proposing, they may not have the sophistication

4    necessary to extract MEV themselves, so they outsource that to

5    somebody else who has that sophistication.  So, it really

6    depends on what you mean by extract there.

7    Q.  Well, the MEV is downstream of the ability to place

8    orders -- to control the order of transactions on the block,

9    correct?

10   ████████████   ████████████████

11   ████████████   █████████████

12   ████████████████

13   ████████████   ███████████

14        Yes, I would agree with that.

15   BY MR. LOOBY:

16   Q.  Now, there are three main types of MEV strategies; is that

17   right?

18   A.  You'd have to list them out for me to agree with you or

19   not.

20   Q.  Arbitrage, liquidations, and sandwiching; is that correct?

21   A.  Yes.  There's other stuff.  It's sort of unclear how large

22   that other stuff can be relative, but, in general, I would

23   agree, yeah.

24   Q.  Are you referring to the long-tail MEV strategies when you

25   say other stuff?

PAGKPER5                          Miller - Cross

 1   A.  Yes, or it might be -- some people consider nonatomic

 2   arbitrage a different category.  I haven't talked to you enough

 3   to understand exactly what you mean by arbitrage, so...

 4   Q.  Well, let's start with arbitrage, then.

 5           Arbitrage, generally, is the process of buying an

 6   asset in one market and selling it in another for a higher

 7   price to profit from the price difference, correct?

 8   A.  Yeah, I would agree with that.

 9   Q.  And on Ethereum, there are a number of decentralized

10   exchanges where users can make trades, correct?

11   A.  Correct.

12   Q.  And differences in the prices of crypto assets across these

13   different exchanges can lead to arbitrage opportunities, right?

14   A.  Yeah, that is right.

15   Q.  MEV bots that seek arbitrage opportunities are

16   preprogrammed to seek out trades that profit in this way,

17   correct?

18   A.  You said MEV bots that seek out arbitrage opportunities are

19   preprogrammed to seek out trades in this way; that's your

20   question?

21   Q.  Yes.

22   A.  Yes, I agree with that.

23   Q.  And these are sometimes called arb bots?

24   A.  Yes, that's the shorthand.

25   Q.  The next major category of MEV is called liquidations; is

1   that right?

2   A.  Mm-hmm.

3   Q.  I'm not going to ask you any questions about --

4          THE COURT:  Just to clarify, was that a yes to that

5   last question?

6          THE WITNESS:  That was a yes.

7   BY MR. LOOBY:

8   Q.  I will skip to the third major category of MEV

9   opportunities, which is called sandwiching, correct?

10  A.  Yes.

11  Q.  And this strategy is often called sandwich attacks?

12  A.  People do commonly refer to it as sandwich attacks, yeah.

13  Q.  And sandwich attacks are not the same thing as arbitrage,

14  correct?

15  A.  They are not the same thing as arbitrage.

16  Q.  And searchers who engage in sandwich attacks, they do so

17  through MEV bots, correct?

18  A.  Yes.

19  Q.  And these are sometimes referred to as sandwich bots,

20  correct?

21  A.  Yep, that's correct.

22  Q.  A sandwich bot will identify a transaction that is pending

23  in the mempool, and then it places trades around it in a

24  bundle, correct?

25  A.  Yes, like a sandwich.  That's why it's called a sandwich

PAGKPER5                           Miller - Cross

1    bot.

2    Q.  That's very clever.

3         First, the first piece of bread is the front run

4    trade?

5    A.  Yes.

6    Q.  And then in the middle of the sandwich is the middle trade

7    that the bot found in the mempool, correct?

8    A.  Generally, yeah.

9    Q.  And next comes the back run, or the sell trade, correct?

10   A.  Yes.

11   Q.  And each of these three trades in the sandwich bundle are

12   actually trades with something called a liquidity pool,

13   correct?

14   A.  Yes.

15   Q.  So, the sandwich bot and the other trader who placed the

16   trade whose trade is in the middle of the sandwich, they're not

17   trading with one another, correct?

18   A.  I haven't thought about this in a little bit, but I feel

19   like it's a little nuanced.  I'm not sure if I should get

20   involved in nuance with the jury, but I think you could think

21   the -- you might be able to think of them as trading with one

22   another because they're both trading against the same liquidity

23   pool.  So, in some way, they are trading -- they're trading

24   from the same source of liquidity, the first trade affects it,

25   then the middle trade, their trade, executes, and it's affected

 1  by the first one.  The first person puts assets in, the second

 2  person is affected by it -- I'd have to think about it a little

 3  bit, but I don't know that's the most precise thing.  I'm also

 4  not sure it entirely matters.

 5  Q.  Each trade individually trades with the liquidity pool,

 6  correct?

 7  A.  Yes.

 8  Q.  A result of a sandwich attack is that the trade in the

 9  middle, it executes at a more disadvantageous price than it

10  otherwise would have, correct?

11  A.  That is true, yes.

12  Q.  The middle trade is sometimes referred to as the sandwich

13  attack's victim; is that correct?

14          ███████████  ███████████

15          ███████████  ███████████

16          THE WITNESS:  Yes.

17  BY MR. LOOBY:

18  Q.  Now, I want to clarify, not all searchers are sandwichers,

19  correct?

20  A.  That is true, not all searchers are sandwichers.

21  Q.  Just a subset of searchers engage in sandwich attacks,

22  correct?

23  A.  Yes, that is correct.

24  Q.  And you testified on direct that you have acted as a

25  searcher before, correct?

PAGKPER5                        Miller - Cross

1    A.  That is correct.

2    Q.  You were focused on arbitrage opportunities, right?

3    A.  Generally, yeah.

4    Q.  But you have built a sandwich bot before, correct?

5    A.  I prototyped it, yep.

6    Q.  But you've never operated it to perform a sandwich attack,

7    correct?

8    A.  No.  As the person responsible for Flashbots' products and

9    engineering, I wanted to better understand the market, but I

10   never operated a sandwich bot for profit.

11   Q.  Why not?

12   A.  I wanted to stick to arbitrage.

13   Q.  Why?

14   A.  I don't remember the exact reasons.

15   Q.  Now, sandwich attacks are not prohibited in Ethereum,

16   correct?

17   A.  They're not prohibited in Ethereum.

18   Q.  Sandwich attacking is just part of the MEV landscape,

19   correct?

20   A.  Yes.

21

22

23

24

25   BY MR. LOOBY:

PAGKPER5                          Miller - Cross

1    Q.  Mr. Miller, as part of your responsibilities at Flashbots,

2    have you taken it upon yourself to become knowledgeable of the

3    MEV market?

4    A.  I would think so.

5    Q.  So you are familiar, in a general sense, with the amount of

6    money that is available in that market for MEV extraction?

7    A.  Yes.  I don't know if I would be able to cite to you very

8    specific statistics and certain time frames, but I have a

9    feeling for it, sure.

10   Q.  Would you agree that it is billions, in the billions of

11   dollars?

12   A.  I don't know, I don't know.  It depends.  This is -- it

13   depends on the scope of the market, too.

14           Are you just talking about Ethereum?

15   Q.  I am talking about Ethereum.

16   A.  It depends on the year.  I think there are years where it

17   has crossed over a billion dollars, yes, but I don't know what

18   it is most recently.

19   Q.  MEV opportunities, they can be worth many, many times the

20   block reward or other incentives provided under the Ethereum

21   protocol, correct?

22   A.  Yes.

23   Q.  And MEV bots can make billions of dollars in a single

24   transaction, correct?

25   A.  That has happened before.

PAGKPER5                        Miller - Cross

1    Q.   MEV extraction on Ethereum, it occurs in a really

2    adversarial environment, correct?

3    A.   Generally, crypto is a very adversarial environment, that's

4    true.

5    Q.   And the searchers compete with one another for the MEV

6    opportunities, correct?

7    A.   That's true.

8    Q.   When there is a source of MEV, you can assume that users

9    are going to go find it and try to extract it, correct?

10   A.   I think eventually, yeah.

11   Q.   This competition for MEV on Ethereum has been called the

12   MEV game?

13   A.   I'm not sure I know.  It doesn't sound wrong to me, but I

14   don't think it's super commonly used.

15   Q.   You have referred to it as the MEV game before?

16   A.   I don't know.

17   Q.   Do you not recall, sitting here today, whether you have

18   referred to it as the MEV game before?

19   A.   I don't recall.

20   Q.   Would seeing a document help refresh your recollection?

21   A.   Sure.

22   Q.   Mr. Miller, this document is going to be in the manila

23   folder that should have accompanied the binders up there.

24   A.   I've got two binders, but I don't have a manila folder,

25   unless it's hiding in a binder.

PAGKPER5                    Miller - Cross

1    Q.  I can give it to you.

2            MR. LOOBY:  Your Honor, with your permission, may I

3    approach?

4            THE COURT:  You may approach.

5            THE WITNESS:  Thank you.

6    BY MR. LOOBY:

7    Q.  Now, Mr. Miller, in your role as a Flashbots steward, you

8    will occasionally make public comments from time to time about

9    topics, including MEV, correct?

10   A.  Yes, that's true.

11   Q.  In May of 2021, did you give a talk entitled "How To Make

12   $1 Million Per Month"?

13   A.  Maybe.  I don't know.  I remember doing something along

14   those lines, which was intentionally provocative, but I don't

15   know that that was the exact title of the talk.

16

17

18

19

20

21

22

23   BY MR. LOOBY:

24   Q.  Mr. Miller, if you could take a look at the document in

25   your folder titled 4000B.

PAGKPER5                          Miller - Cross

1                4001B.

2    A.   4001 -- 4001B?

3    Q.   Correct.

4    A.   Okay.

5    Q.   And please just read that single paragraph to yourself.

6              (Pause)

7    A.   Okay.

8    Q.   And, Mr. Miller, you can put that document to the side.

9              Does that refresh your recollection that you discussed

10   publicly the MEV games?

11   A.   Not really, no.

12   Q.   Would you agree that the MEV strategies are very complex?

13   A.   Yes.

14   Q.   And MEV strategies are constantly evolving?

15   A.   That is also true.

16   Q.   And sandwich bots have encouraged counterstrategies,

17   correct?

18   A.   What do you mean by "counterstrategies"?

19   Q.   Strategies that attempt to thwart sandwich attacks,

20   correct?

21   A.   Are you talking about a general effort, or are you talking

22   about other MEV strategies?

23   Q.   I'm talking about -- without using specific examples, but

24   just there is a phenomenon on Ethereum where sandwich attacks

25   have encouraged strategies to thwart them, correct?

PAGKPER5                    Miller - Cross

1    A.  Well, as an example, Flashbots has been trying to make

2    products that prevent sandwich attacks.

3           Is this what you're referring to?

4    Q.  I am referring to other traders developing strategies to

5    thwart sandwich attacks.

6    A.  It depends on what you mean by thwart in this context.

7    Q.  Other strategies to capture the MEV that sandwich attackers

8    are after, would you agree that there have been

9    counterstrategies in the Ethereum network in that regard?

10   A.  I think definitionally, by the way that you framed the

11   question that there are other MEV searchers attempting to

12   capture the opportunities that sandwich bots are after, that

13   would imply that they are sandwich bots themselves.  They're

14   competing for the same opportunities with sandwich bots.  And

15   then it doesn't make sense, to me, to call those a

16   counterstrategy.  So the question doesn't entirely make sense

17   to me.

18

19

20

21

22   BY MR. LOOBY:

23   Q.  Now, in addition to those three MEV strategies that we

24   talked about — arbitrage, liquidations, and sandwiching — there

25   is a fourth category that has been called long-tail MEV,

PAGKPER5                     Miller - Cross

1  correct?

2  A.  That is true.

3  Q.  And you have described these strategies in public writings

4  as bespoke MEV strategies?

5  A.  I don't specifically remember that, but I wouldn't be

6  surprised.

7

8

9

10

11  BY MR. LOOBY:

12  Q.  These long-tail MEV strategies, they are less obvious than

13  arbitrage and sandwiching, correct?

14  A.  Yes.  Definitionally, long tail means they're less common,

15  less obvious.

16  Q.  And to capture these long-tail MEV strategies, you need to

17  study the protocols, correct?

18  A.  Yes.  Because there needs to be something that, you know,

19  allows you to make money by having a transaction in the right

20  place, so you need to study something in order to capture that,

21  I think I would agree with that.

22  Q.  To capture these long-tail MEV opportunities, you need to

23  be looking where other people aren't looking, correct?

24  A.  I don't know if that's definitionally true.  Two people

25  might be looking at the same uncommon opportunity.

PAGKPER5                        Miller - Cross

1   Q.  But if it was commonly known, you would expect that the MEV
2   opportunity would be sought out and obtained, correct?
3   A.  Well, I mean, I don't mean to be difficult, so I'm sorry
4   about that, but I think, either way, you're sort of implying
5   people are seeking them out and finding them.  It's just a
6   matter of the scale of whether it's a few people or a lot of
7   people.
8   Q.  But, generally, these are more obscure strategies, correct?
9   A.  Yes.
10  Q.  Less popular, correct?
11  A.  Yes.
12  Q.  And some of these strategies might be characterized as
13  exploits?
14  A.  It depends on your definition of MEV and your definition of
15  exploits.
16  Q.  You have publicly stated that exploits are equal to MEV
17  extraction, correct?
18  A.  Since MEV is the value that you can make from having the
19  right transaction at the right place at the right time, and
20  exploits oftentimes involve a lot of money, it makes sense to
21  consider exploits a part of MEV.
22  Q.  Now, in addition to searchers, there are separate users
23  relevant to MEV-Boost called builders, correct?
24  A.  Yes.
25  Q.  And a searcher can send a proposed bundle of transactions

PAGKPER5                        Miller - Cross

1   to a builder, correct?

2   A.  Yes.

3   Q.  And the builders accept the proposed bundles from multiple

4   searchers, correct?

5   A.  Yes.

6   Q.  And we talked about this earlier, but Flashbots at one

7   point operated a builder, correct?

8   A.  Flashbots did operate a builder.

9   Q.  In theory, anyone could make one, correct?

10  A.  In theory, yes.

11  Q.  And use their own custom version of code to do so, correct?

12  A.  Yes.  Anyone could make one, use their own custom version

13  of code.

14  Q.  And there are only a few builders that are active on

15  Ethereum, correct?

16  A.  It's not a very large number; yeah.

17  Q.  The searcher who passes their proposed bundle off to a

18  builder is competing against other searchers, correct?

19  A.  The searcher who passes their proposed bundle off to a

20  builder is competing against other searchers, yes.

21  Q.  And the builder will, in effect, run an auction to see

22  which searcher is willing to pay the most to have their bundle

23  in the block that the builder constructs, correct?

24  A.  Yes, that is true.

25  Q.  In other words, a searcher who has selected a bundle of

PAGKPER5                    Miller - Cross

1    transactions is not guaranteed that the bundle will ultimately

2    land on the blockchain, correct?

3    A.  Yes, a searcher does not have a guarantee that their bundle

4    will land on the chain when they send it to a builder.

5    Q.  And the builders are also competing with other builders to

6    propose the most profitable block in a given slot, correct?

7    A.  Yeah, that is true.

8    Q.  And the more profitable the block, the more money the

9    builder stands to make, correct?

10   A.  Yes.  In general.

11   Q.  Now, as part of its interaction with the builder, the

12   searcher will express a preference for what transactions to

13   include in the block and in what order, correct?

14   A.  Yes.

15   Q.  But nothing in the Ethereum protocol says that any bundle

16   must go through in the order the searcher prefers, correct?

17   A.  That is true.  Bundles are an idea and a feature that we

18   developed on top of the Ethereum protocol, but it is not native

19   to the Ethereum protocol itself.

20   Q.  That's another way of saying that the concept of a bundle

21   of transactions isn't part of the Ethereum protocol, correct?

22   A.  Yes.

23   Q.  Rather, the way it works is that the builder separately

24   guarantees the order of transactions to the searcher, correct?

25   A.  Could you phrase that a different way for me?

1    Q.  Yes.

2             So in PBS or in MEV-Boost, the builder is guaranteeing

3    the order of transactions to the searcher, correct?

4    A.  By guaranteeing the order of certain transactions to the

5    searcher, you mean guaranteeing them the order of their bundle;

6    is that right?

7    Q.  That's what I'm asking, yes.

8    A.  Okay.

9             That is true.

10   Q.  And the builders guarantee to the searcher, it's not

11   cryptographic, it's based on incentives, correct?

12   A.  Yes.

13   Q.  The builder has the ability to unbundle the bundle that is

14   sent from the searcher, correct?

15   A.  Theoretically, yes.

16   Q.  But if a builder did unbundle, the searcher would not want

17   to use that builder again, correct?

18   A.  That is correct, yeah.

19   Q.  And the builder would then, in effect, lose a customer,

20   correct?

21   A.  Yes, that is true.

22   Q.  In the --

23   A.  Probably many customers, since people talk, they observe,

24   this has happened.  So, not just one customer, one nuance.

25   Sorry.

PAGKPER5                    Miller - Cross

1    Q.  And people talk, and they would be able to identify who

2    that builder was, correct?

3    A.  Generally, yeah, I think so.

4    Q.  And as we discussed earlier, there are only a couple of

5    builders, correct?

6    ███████████  ███████████

7    ████████████  ██████████

8    ███████████

9            THE WITNESS:  Yes.  There aren't that many.

10   BY MR. LOOBY:

11   Q.  But these economic incentives, they generally keep builders

12   from unbundling?

13   A.  Generally, yes.

14   Q.  Even with these incentives, Flashbots has advised that it

15   is important for searchers to choose builders that they trust,

16   correct?

17   A.  That is true.

18   Q.  And that trust is more important the more money the

19   searcher's strategy puts at risk, correct?

20   A.  I would agree with that.

21   Q.  And this risk might inhibit searchers from even trying

22   certain strategies, correct?

23   A.  That seems theoretically possible, yeah.

24   Q.  You have publicly wondered, or stated that you wondered,

25   about what kind of strategies would be unlocked if there was a

PAGKPER5                          Miller - Cross

```
 1   truly trustless and private building infrastructure, correct?
 2   A.  I don't specifically remember, but that seems like
 3   something I might wonder in public, yeah.
 4   Q.  It's a thought that you have wondered?
 5   A.  I don't specifically recall the instance, but it's in the
 6   general area of the stuff that I have wondered in the past.
 7   Q.  And the reason the searchers might hold back on some of
 8   these strategies is that they're not willing to trust the
 9   builder or other users to take their MEV opportunity, correct?
10   A.  Okay, that was a complicated sentence.  Can you repeat that
11   back to me?
12   Q.  Yeah.
13        So the reason the searchers may not engage in some of
14   the strategies that you've wondered about is that it would put
15   their MEV strategy at risk from being copied, essentially?
16   A.  Copied or some other way that you might have a negative
17   impact if the builder did something adverse, yes.
18   Q.  Now, we've been talking about the role that builders play
19   in the process for adding blocks to the chain.  And just to
20   confirm, builders don't actually run the MEV-Boost software,
21   correct?
22   A.  Validators run the MEV-Boost software; builders do not.
23   Q.  I'd like to ask some questions about relays.
24        Yesterday, you testified that for a validator to get a
25   block from a relay, the validator first needs to register with
```

PAGKPER5                        Miller - Cross

1    the relay; is that correct?

2    A.  Yeah.

3            MR. LOOBY:  Okay.  Joe, if we could please pull up

4    what is in evidence as GX 3219, which was admitted yesterday.

5            And with the Court's permission, I would publish it

6    for --

7            THE COURT:  You may publish.

8    BY MR. LOOBY:

9    Q.  Now, Mr. Miller, do you recall discussing this document

10   with the government on direct examination?

11   A.  Yes, I do.

12   Q.  And these are the Builder API specifications, correct?

13   A.  Correct.

14   Q.  I'm going to draw your attention to the first page, next to

15   the word, the big bolded word, "Builder."  It says, "Set of

16   endpoints to interact with an external block builder."

17           Do you see that?

18   A.  Mm-hmm, I do.

19   Q.  What's an endpoint?

20   A.  A particular computer address that you can interact with in

21   a standardized way.  I don't know the formal definition, but

22   that gets the idea across, I think.

23   Q.  And in this context, that address is what a validator's

24   client software would call in order to register their relay,

25   correct?

PAGKPER5                         Miller - Cross

```
 1   A.  Sorry, what address?

 2   Q.  The endpoint.

 3   A.  Yes.  This is the endpoint that a validator would call to

 4   register a relayer.  In this context, it's talking about block

 5   builder, but I gave you the nuance of the differences before, I

 6   think.

 7   Q.  Do you see on the screen the colored icon "Post"?

 8   A.  Yes.

 9   Q.  And then to the right of that are some backslash addresses,

10   it seems, or like a folder structure.

11           Do you see that?

12   A.  I do see that.

13   Q.  And then it says, "Register or update a validator's block

14   building preferences."

15           Do you see that?

16   A.  Yep.

17   Q.  And below that is another sentence that says essentially

18   the same thing, and then adds, "and gas limit."

19           Do you see that?

20   A.  Well, it says, "Register a validator's preferred fee

21   recipient and gas limit."  It's slightly different.

22   Q.  It's slightly different.

23           MR. LOOBY:  If we could go to the next page, Joe, that

24   I would like to highlight.

25   Q.  Is this an example of the information that the validator
```

PAGKPER5                         Miller - Cross

1    provides to the relay in the registration step?

2    A.  It seems like it, yeah.

3    Q.  So, the first piece of data there on that first line — I

4    know it's a little bit small — it says the word fee recipient

5    address, correct?

6    A.  Correct.

7    Q.  And I believe you previously said that builders pay

8    validators if the validator proposes the builder's block under

9    MEV-Boost, correct?

10   A.  Yes.

11   Q.  And the relay will use the data in the fee recipient field

12   here to tell the builder where to send the payment to the

13   validator in that instance, correct?

14   A.  The relay will use the data and the fee recipient field

15   here to tell the builder where to send the payment to the

16   validator, yes, that's correct.

17   Q.  The next line item is "Gas limit."

18            Do you see that?

19   A.  Yes.

20   Q.  In this field, the validator is telling the relay the

21   maximum size of the block it will accept; is that correct?

22   A.  It depends on exactly what you mean by size.  There's

23   multiple things size could mean.

24   Q.  Well, what information is the gas limit field relevant to?

25   A.  Every transaction on Ethereum takes up a certain amount of

1   computing power, it takes up a certain amount of effort from a

2   computer to process it.  And the gas limit is the maximum

3   amount of computing power, so to speak, or effort, that can be

4   put into this block.

5   Q.  Thank you.

6          The next field is "Timestamp."

7          Do you see that?

8   A.  Yes.

9   Q.  And that is a field that allows the relay to keep track of

10  all the registrations it has received from the validator,

11  correct?

12  A.  I would have to go back and look.  I don't remember

13  exactly.

14  Q.  The next field is "Pub Key."

15         Do you see that?

16  A.  Yes.

17  Q.  And that stands for public key?

18  A.  Yes.

19  Q.  And that's a value that relays and builders can use to

20  identify a validator, correct?

21  A.  That seems right.

22  Q.  And the last field is called a signature.

23         Do you see that?

24  A.  I do see that.

25  Q.  And this is an example of a cryptographic signature that

PAGKPER5                        Miller - Cross

1   you have discussed in your testimony, correct?

2   A.   That is an example of a cryptographic signature, yes.

3   Q.   What that signature is doing here is establishing that the

4   right validator sent this information, and that the information

5   hasn't been changed since it was sent to the relay, correct?

6   A.   It is establishing that -- yes, I agree with that.

7   Q.   And it's possible to register with a relay and to never ask

8   the relay for a block header, correct?

9   A.   That is possible, yeah.  Unusual, but possible.

10  Q.   So, there is nothing in this registration message that

11  requires a validator to accept a block from a relay, correct?

12  A.   Correct, yes.

13          MR. LOOBY:  Joe, you can take that document down.  I'm

14  going to move on.

15          THE COURT:  Mr. Looby, if you are moving on, we are

16  very close to 4:30., so now might be a good time to wrap up?

17          MR. LOOBY:  Yes, that's appropriate.

18          THE COURT:  All right.

19          Thank you, all, for your attention today.  A reminder

20  to please be here on time, as you all have been doing, so that

21  we can get started at 10:00 in the morning.  Please remember

22  that my prior instructions apply.  Do not discuss this case

23  with anyone.  Don't do any research on this case.  Don't read

24  any press about this case.  And, finally, remember to keep an

25  open mind.  Thank you.

PAHVPER1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                          24 Cr. 293 (JGLC)

 5   ANTON PERAIRE-BUENO,
     JAMES PERAIRE-BUENO,
 6
                  Defendants.              Trial
 7
     ------------------------------x
 8
                                            New York, N.Y.
 9                                          October 17, 2025
                                            9:50 a.m.
10

11   Before:

12                   HON. JESSICA G. L. CLARKE,

13                                          District Judge
                                             -and a jury-
14
                            APPEARANCES
15

16   JAY CLAYTON
          United States Attorney for the
17        Southern District of New York
     DANIELLE M. KUDLA
18   JERRY J. FANG
     BENJAMIN LEVANDER
19   RYAN NEES
          Assistant United States Attorneys
20
     FICK & MARX LLP
21        Attorneys for Defendant Anton Peraire-Bueno
     WILLIAM FICK
22   DANIEL N. MARX

23

24

25
```

PAHVPER1

1                          APPEARANCES (continued)

2    WILLIAMS & CONNOLLY LLP
          Attorneys for Defendant James Peraire-Bueno
3    KATHERINE A. TREFZ
     PATRICK LOOBY
4    IKENNA UGBOAJA
     JOSEPH M. BAYERL
5         -and-
     SHAPIRO ARATO BACH LLP
6    JONATHAN BACH

7

8    Also Present:  Helena Kerest, Paralegal Specialist (USAO)
                    David Naguib, Paralegal Specialist (USAO)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PAHVPER1

20      (Jury present)

21          THE COURT:  Good morning to you all.  I hope you had a

22  nice evening.  And thank you all again for being here on time

23  again today.  And apologies for the slight delay; we had a

24  little tech issue, but it's been resolved.

25          Thank you all.  We appreciate it.

PAHVPER1                        Miller - Cross

1            Moving forward with testimony.

2            Mr. Looby.  And, Mr. Miller, you can step down to the

3    witness stand.

4     ROBERT MILLER,

5         called as a witness by the Government,

6         having been previously duly sworn, testified as follows:

7    CROSS-EXAMINATION (continued)

8    BY MR. LOOBY:

9    Q.  Good morning, Mr. Miller.

10   A.  Good morning.

11   Q.  You testified on direct examination that the relay accepts

12   blocks from block builders, and it makes sure that those blocks

13   are correct, and makes sure that they are profitable; is that

14   accurate?

15   A.  Generally.

16   Q.  The Flashbots MEV-Boost relay does that; correct?

17   A.  Correct.

18   Q.  But not all relays do that; correct?

19   A.  That is the job of a relay.  At times relays will have

20   bugs, and there are relays that have different features than

21   the MEV-Boost relay does.

22   Q.  And is one of those features called optimistic relaying,

23   Mr. Miller?

24   A.  Yes, that is one of those features.

25   Q.  And this term refers to the process by which relays forward

PAHVPER1                    Miller - Cross

1    blocks from the builder to the validator without first checking

2    that the block is valid; is that correct?

3    A.  You're getting right to it, Mr. Looby.

4            Yes, that is correct.

5    Q.  And this approach is optimistic because it is based on the

6    hope that the block is valid; correct?

7    A.  What do you mean by "hope" in this context?  Because

8    optimistic relaying is a little nuanced.

9    Q.  And we can jump right into the nuance.

10           In order for a builder to use an optimistic relay, the

11   builder has to stake some ETH; correct?

12   A.  That is my understanding of the feature of optimistic

13   relaying, yes, or one part of that feature.

14   Q.  And the optimistic relaying in that sense relies on

15   economic incentives because the builder will be penalized if

16   they send a bad block; correct?

17   A.  That is correct.  That's how that feature works in my

18   understanding.

19   Q.  And so if the builder sends an invalid block body to the

20   relay, the relay can financially penalize the builder if the

21   validator later uses that block; correct?

22   A.  Yes, that's the idea behind the feature.  They may also be

23   penalized even if the validator doesn't use the block.  I

24   forget.

25   Q.  Okay.  And a relay that is programmed to operate

PAHVPER1                        Miller - Cross

1  optimistically, it can accept blocks from the builder later in

2  the proposing time slot; correct?

3  A.  Yes.

4  Q.  And those blocks later in the time slot, they are more

5  likely to have higher MEV in them; correct?

6  A.  Correct.

7  Q.  And, thus, they have a higher chance of making it on the

8  chain through the MEV-Boost system; correct?

9  A.  I would agree with that.

10 Q.  So it's in the builder's interest to connect with the relay

11 who is engaging in optimistic relaying?

12 A.  If you are confident in your ability to produce good

13 blocks, yes.

14 Q.  And I'm picking up in that answer that there is a chance

15 that the block that the optimistic relay ultimately sends to

16 the validator is invalid for some reason; correct?

17 A.  Correct.

18 Q.  And there have been times where invalid blocks have made it

19 through the MEV-Boost system because the optimistic relay

20 wasn't checking if they were valid; correct?

21 A.  Correct.

22 Q.  Mr. Miller, the Ultrasound Relay engages in optimistic

23 relaying; correct?

24 A.  Yes, that is correct.

25 Q.  And because of the way optimistic relaying works, as we

1    just discussed, there was no guarantee that the Ultrasound

2    Relay had simulated and verified that the block that it

3    optimistically relayed to the Peraire-Buenos' validator was

4    valid; correct?

5    A.   That implicitly is making the assumption that the block was

6    optimistically relayed, and I don't know if it was or not.

7    Q.   But because the Ultrasound Relay has the optimistic

8    relaying feature, there is a possibility that that feature was

9    utilized with the block at issue in this case; correct?

10   A.   There's a possibility that the block header that the relay

11   gave the validator in question was using the optimistic

12   relaying feature.

13   Q.   And if that is the case, then the Ultrasound Relay would

14   not have checked to see if the block was valid before sending

15   it along to the Peraire-Buenos' validator; correct?

16   A.   In what part of the process are you talking about?  Because

17   there's multiple points where they give blocks to the proposer.

18   Q.   I am talking about before the relay sends the blinded block

19   header to the validator.

20   A.   Yes, there's the possibility that the relay did not check

21   whether or not the block was correct if the builder in question

22   was using optimistic relaying.

23   Q.   Mr. Miller, yesterday you discussed on direct examination

24   that a validator can ask a relay for the most profitable block

25   header; correct?

1    A.  Yes.

2    Q.  And the validator does this by calling the get header end

3    point on the Builder API; correct?

4    A.  Yes.

5    Q.  And the get header end point, that is public; correct?

6    A.  Yes.

7    Q.  So that means that anybody can call a relay's get header

8    end point, and the relay will return a block header; correct?

9    A.  That is correct.

10   Q.  And there are situations in which a user who is not a

11   validator might call a relay's get header end point; correct?

12   A.  That is correct.

13   Q.  For example, a builder might want to know what is the most

14   competitive block in that moment; correct?

15   A.  Correct.

16   Q.  And one relay may call this end point to see if its blocks

17   are competitive with another relay's blocks; correct?

18   A.  Correct.  I don't know if people were doing that in April

19   of 2023; but, in general, I would agree.

20   Q.  And when a user calls the get header end point, the user is

21   simply collecting information; correct?

22        ███████████  ██████████  ███████████████

23        ████████████  █████████████  █████████████████

24   A.  The question is when a user calls get header, they are

25   simply collecting information?

PAHVPER1                          Miller - Cross

1    Q.   Correct.

2    A.   That's the question?

3         Well, it depends.  I'm not sure what the user is

4    calling it for, but they are just getting information from the

5    relay.  I can't really speak to what the user is doing.

6    Q.   And to be clear, when the user calls the get header end

7    point, the relay doesn't know who is requesting the block

8    header; correct?

9    A.   Relays have started to develop capabilities to figure out

10   who is requesting the block header.  As an example, the

11   validator may have registered with a certain IP address.  And

12   then you can check for the IP address of who's getting the

13   header, so you could identify the validator that way.  But I

14   don't know when this practice started.

15   Q.   So you don't know if that practice was in place in April of

16   2023?

17   A.   I don't know.

18   Q.   Now, Mr. Miller, on direct you talked about the digital

19   signature that the validator uses in its interactions with the

20   relay; correct?

21   A.   Generally, yeah.

22   Q.   And the relay cryptographically validates that the

23   signature belongs to the correct validator; correct?

24   A.   Yes, that's my understanding.

25   Q.   The relay is making sure that the proposer is the correct

PAHVPER1                    Miller - Cross

1  proposer for the slot; correct?

2  A.  Yes.

3  Q.  So, in other words, the relay is checking that the

4  signature is for the right validator for the given slot who

5  signed the block; correct?

6  A.  Yes.

7  Q.  And prior to April 3rd, 2023, once the relay verified that

8  the signature was from the correct validator, it would then

9  send the block with the full body to that validator; correct?

10  A.  Yes.

11  Q.  And the Peraire-Buenos' validator signature correctly

12  identified their validator; correct?

13  A.  Yes.

14  ████████  ████████  ████████

15  ████████  ████████  ████████

16  ████████  ████████

17  A.  Yes.

18  Q.  We know this because the relay released the block to the

19  validator; correct?

20  A.  That was a finding in the postmortem, yeah.

21  Q.  And that would not have happened if the Peraire-Buenos'

22  validator's signature had been invalid; correct?

23  ████████  ████████  ████████

24  ████████  ████████

25  A.  If their signature was not from the right validator, it

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHVPER1                    Miller - Cross

1   wouldn't have happened.

2   Q.   Now, the fact that the Peraire-Buenos' signature correctly

3   identified their validator made it possible for their validator

4   to later be slashed; correct?

5   A.   Let me think about the technical details one second.

6        I think so, yeah.

7   Q.   And that's because the fact of the signature is on the

8   public blockchain identifying who the validator was who signed

9   that blinded block; correct?

10  A.   Repeat the question for me one time.

11  Q.   Yes.  So --

12  A.   Complicated question, right.

13  Q.   I know it's a complicated question.

14       The fact that the Peraire-Buenos' signature correctly

15  identified them, their validator made it possible to be slashed

16  because that signature was publicly viewable on the blockchain;

17  correct?

18  A.   If you want to be very precise, I don't know that that's

19  strictly true.  Because the signature was not on chain before

20  they got slashed, if you see what I mean.  The signature was

21  off chain.  And you needed to take those, input it into the

22  chain in order to slash them.  And I think a very precise

23  reading of your question, the answer would be no.

24  Q.   But the signature was public even if it wasn't on the

25  chain; correct?

PAHVPER1                     Miller - Cross

1   A.  Public in what sense?  Like, I'm not sure that the first

2   header that the validator gave was public.

3   Q.  The way I --

4   A.  The second one certainly was.

5   Q.  So the Peraire-Buenos' validator was later slashed;

6   correct?

7   A.  Yes.

8   Q.  And in order to accomplish that slashing, the validator who

9   later proposed the block that included the slashing needed to

10  include the signature of the Peraire-Buenos' validator;

11  correct?

12  ███████████   ███████████   ██████████████

13  ███████████   ██████████

14  A.  Both signatures, yes.

15  Q.  Correct.

16          Including the signature on the block that was

17  ultimately not published to the blockchain; correct?

18  A.  To be precise, the block header.  Not too difficult, just

19  trying to be precise.  I'm sorry.

20  Q.  I appreciate it.

21          Now, there is a field on the block header called fee

22  recipient; correct?

23  A.  I think so, yeah.

24  Q.  And are you generally familiar with the function of that

25  field?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHVPER1                      Miller - Cross

1   A.  Yes, I would say so.

2   Q.  And that field is typically populated with the address of a

3   wallet to receive validator fees; correct?

4   A.  Correct.

5   Q.  And those fees are the ones that the validator earns for

6   proposing a block; correct?

7   A.  Correct.  There's some nuance with the block builder

8   sometimes, so just setting that -- or putting a flag to that.

9   But, generally, yes, I think this is correct.

10  Q.  And is the nuance that the block builder gets paid first

11  and then essentially reimburses the validator?

12  A.  Yes.  Sometimes the block builder will set the fee address

13  to equal their own wallet, and then pay the validator's fee

14  address in a separate transaction.  That's the nuance.

15  Q.  In your investigation into the April 2nd, 2023 event, you

16  observed that this field was not populated with a valid wallet

17  address to receive the fees; correct?

18  A.  I don't remember.

19  Q.  Mr. Miller, you have -- as we discussed yesterday, you have

20  met with government attorneys over the past year or so on

21  several occasion; correct?

22  A.  Correct.

23  Q.  And the first meeting of which occurred in 2023; correct?

24  A.  Seems directionally correct, but I don't remember specific

25  dates.

PAHVPER1                    Miller - Cross

1    Q.  And isn't it true that you told the government attorneys

2    fee recipient :0x00000 and so on, also highly unusual because

3    that is not a valid wallet address to receive fees.  Is that

4    true that you said that?

5    A.  Don't remember exacts.

6    Q.  Would it help you to look at a document to refresh your

7    recollection as to whether you said that in the meeting with

8    the government attorneys?

9    A.  Sure.

10        MR. LOOBY:  Joe, if you could please pull up for the

11   witness, counsel, and Court only DX 3506-001.

12   Q.  And, Mr. Miller, before you get started reading, this also

13   would be in the smaller binder of the two, in case that is your

14   preferred way of reviewing this.  I think it's a multi-page

15   document.  And you are welcome to read the whole thing or we

16   can direct you to the relevant portion.

17   A.  Remind me the number of the exhibit.

18   Q.  Yes.  No problem.  That is DX 3506-001.

19   A.  Okay.  I will take a second to read these notes.

20   Q.  And just so you know where we're going, the relevant

21   portion is at page 9.

22   A.  Thank you.

23        (Pause)

24   A.  Okay.

25   █  ███████      ██████████████████████████

PAHVPER1                    Miller - Cross



Q.  Does it refresh your recollection that you talked about the
fee recipient field in the block header with the government
during that meeting?

A.  I had many meetings with the government.  I don't remember
exactly what I talked about at exactly what meeting.  It makes
sense to me that it might have come up.

Q.  And sitting here today, do you remember that as part of
your investigation, you observed that the fee recipient field
was set to zeros?

A.  I have a loose recollection that it's a part of the
postmortem.  I don't specifically remember this portion of the
investigation.

Q.  And if the fee recipient field is set to a string of zeros,
the validator would not get paid any rewards or fees for
proposing that block; correct?

A.  That is correct.

Q.  Now, Mr. Miller, MEV-Boost relies on certain trust
assumptions between users; correct?

PAHVPER1                        Miller - Cross

1    A.   Yes.

2    Q.   And Flashbots has publicized online the way in which these

3    trust assumptions work; correct?

4    A.   Probably, yeah.

5    Q.   In 2022, Flashbots conducted a security audit of the

6    MEV-Boost system; correct?

7    A.   We had someone else conduct the security audit, but there

8    was a security audit performed on MEV-Boost; correct.

9    Q.   And this audit was done in advance of the event called The

10   Merge that we discussed yesterday?

11   A.   That seems likely to me, yeah.

12   Q.   And the results of that audit were released to the

13   community; correct?

14   A.   Correct.

15            MR. LOOBY:  Joe, if you could please pull up DX 304

16   for the witness, counsel, and the Court only.

17   Q.   Mr. Miller, do you recognize this as the security audit for

18   the MEV-Boost system?

19   A.   It's been a while since I've looked at this, but I do.

20   Generally, it looks like it.

21            MR. LOOBY:  We move to admit DX 304.

22       ██████████    ██████████

23      ██████████   ████████████   ██████████████

24  ████████   ████████████████

25      ██████████    ████████

PAHVPER1                       Miller - Cross

1              (In open court)

2

3

4

5              (Defendant's Exhibit 304 received in evidence)

6              THE COURT:  The evidence that you are about to see is

7    being admitted for a limited purpose.  You must consider this

8    evidence only for that limited purpose and no other.  This

9    document is not being admitted for the truth of what is stated

10   in the document.  And you may not consider it as evidence of

11   what is stated in the document, but, instead, for the limited

12   purpose of what effect this document and what notice it gives

13   to a reasonable person using the MEV-Boost system.

14              Mr. Looby, you may proceed.

15              MR. LOOBY:  Thank you.

16              And, Joe, if you could go down to the section of trust

17   assumptions.

18              May we please publish it to the jury?

19              THE COURT:  You may.

20   BY MR. LOOBY:

21   Q.  Mr. Miller, do you see the heading "Trust Assumptions"?

22   A.  I do see that heading.

23   Q.  And the first sentence is:  Proof of stake Ethereum roadmap

24   presents a trustless proposer/builder separation protocol.

25              Correct?

PAHVPER1                        Miller - Cross

1   A.  Yes, I see that.

2   Q.  And then it says:  In the meantime, the current system will

3   depend on trust assumptions of different actors.  Correct?

4   A.  Of the different actors, yes.

5   Q.  And then there is a list of what the various users will

6   assume, do you see that?

7   A.  There's a list of a bunch of assumptions, yeah.

8   Q.  Let's discuss some of those assumptions.

9           Under the MEV-Boost system, the validators have to

10  trust the relays; correct?

11  A.  Yes.

12  Q.  The validators have to trust that relays will ultimately

13  release the block to them; correct?

14  A.  Correct.

15  Q.  Validators have to trust that the relays will accurately

16  state the value of the block to the validator; correct?

17  A.  Yes, that's correct.

18  Q.  Now, builders.  The builders also have to trust the relays;

19  correct?

20  A.  Yes.

21  Q.  For example, the builder trusts the relay to correctly

22  inform the validator as to the potential payment for proposing

23  that builder's block; correct?

24  A.  Yes.  But you're not reading off this, are you, or am I

25  missing this?

PAHVPER1                    Miller - Cross

1   Q.  Not directly.  Those are the categories.

2   A.  Okay.

3   Q.  And the builder is also trusting the relay not to reorder

4   the transactions on the block; correct?

5   A.  That is correct.

6   Q.  Now, this list here, it doesn't include searchers; correct?

7   A.  Sorry.  I'm reading for references of searchers.

8           No, I don't see any reference to searchers.

9   Q.  But searchers also have trust assumptions here that we've

10  talked about yesterday, isn't that right?

11  A.  Searchers have trust assumptions in the MEV-Boost system.

12  But as we just established, they are not listed here.

13  Q.  And so without reference to the document, searchers have to

14  trust builders; correct?

15  A.  Correct.

16  Q.  The builder, in theory, could censor the searcher's

17  transactions; correct?

18  A.  In theory, yeah.

19  Q.  And just at a high level, that means the builder could

20  reject the searcher's transactions, correct?

21  A.  Yes.

22  Q.  And the builder also could unbundle bundles of transactions

23  sent to it from the searcher; correct?

24  A.  It's theoretically possible.

25  Q.  It is the long-term economic incentives that typically keep

PAHVPER1                          Miller - Cross

1    the builder from doing that; correct?

2    A.  I would agree with that.

3    Q.  Now, looking at this trust assumptions list here, it

4    doesn't say that the relays trust the validator; correct?

5    A.  It says relays assume validators will send periodically

6    registration information.  Arguable whether that's an

7    assumption of trust or not.

8    Q.  But you would agree that, as a general matter, relays do

9    not trust validators with the contents of the block; correct?

10   A.  In the MEV-Boost system, relays are not trusting validators

11   with the contents of the block, yes.  The relay has the

12   contents of the block, the block body.

13   Q.  And the builders don't have any trust assumptions with

14   respect to the validators; correct?

15   A.  Let me think about that for one second.

16           I think that is arguable, actually.  I'm not sure

17   that's correct.

18   Q.  Looking at this trust assumptions document, there is no

19   disclosed trust assumption that the builder has with respect to

20   the validator; correct?

21   A.  There's nothing on this document, that's correct.

22   Q.  This document says that the builders will assume that the

23   relays will not share their blocks with any other relayers and

24   builders; correct?

25   A.  Builders will assume relayers will not share their blocks

1    with other relayers or builders, I do see that, yes.

2    Q.  And the builders assume that the relayers will verify the

3    validator's commit to a specific blockhash; correct?

4    A.  Yes.  Correct.

5    Q.  And the process that you described on direct examination by

6    which the contents of the block, so the transactions in the

7    block are not revealed to the validator until the validator

8    signs the blinded block header, that process is necessary

9    because nobody trusts the validator with that information;

10   correct?

11

12

13   A.  That is one of the ideas behind the system, yes.  Or it's

14   necessary so to minimize trust, I think would be maybe how I

15   would phrase it.

16

17

18

19

20   Q.  Mr. Miller, you are generally familiar with the economic

21   incentives at issue in the MEV-Boost system; correct?

22   A.  I would say so.

23   Q.  And the validator, if it could see the order of

24   transactions on the block, it could be motivated to reorder

25   them; correct?

PAHVPER1                         Miller - Cross

1   A.  Yes.

2   Q.  Now, you testified yesterday about the concept of an honest

3   validator; correct?

4   A.  Correct.

5   Q.  And you were asked about what does an honest MEV-Boost

6   validator mean; correct?

7   A.  I think so, yeah.

8   Q.  And you answered that it is a validator that signs one

9   block or proposes one block and does it within the time window

10  that's allocated.  Is that accurate?

11  A.  You have the transcript, not me.  So I believe that I

12  started that answer by giving the general kind of definition of

13  what an honest validator was, and that's a specific instance of

14  how you might deviate from -- sorry, that's a specific instance

15  of honest behavior.  That's my recollection.

16  Q.  Yes.  And that is essentially the applied definition in the

17  context that we're talking about; correct?

18  A.  Correct.

19  Q.  Okay.  And you were asked:  What do you understand it to

20  mean for an MEV-Boost validator to act dishonestly?  Do you

21  remember that?

22  A.  Yes.

23  Q.  And your answer included the following:  That would mean a

24  validator that is not taking the expected or intended behavior

25  according to the specification.  So specifically here proposing

1    two blocks in a slot.

2              Do you agree with that definition?

3    A.  Are you asking if I said it or if I agree with the

4    definition?

5    Q.  Do you recall giving that answer yesterday?

6    A.  Yes.

7    Q.  Okay.  Now, that definition of honesty, that's different

8    than how that term might be used in everyday life; correct?

9

10

11

12

13   A.  Here, honesty is a term of art within the distributed

14   systems setting.  It is not honesty in the moral sense, but

15   honesty as in is this actor doing what we might expect within a

16   distributed system, according to how the mechanisms of the

17   distributed system are set up to enable parties to work

18   together.  So I think that is the nuance that you're drawing.

19   Q.  Yes.  Thank you, Mr. Miller.

20              And you testified on direct about your role in

21   designing MEV-Boost; correct?

22   A.  I think so, yeah.

23   Q.  At a high level, that's what you testified about.

24   A.  Yup.

25   Q.  And when designing a product like MEV-Boost --

PAHVPER1                        Miller - Cross

1    MR. LOOBY:  Joe, you can take this down.  Thank you.

2  Q.  When designing a product like MEV-Boost, you have to assume

3  that self-motivated users in an adversarial environment like

4  Ethereum will act rationally and not honestly, as you have

5  defined the term; correct?

6  A.  As a general principle, that is the setting in which we're

7  creating products.

8  Q.  And so, in other words, you can't assume that users will

9  interact with a piece of technology only in the way the

10  technology's creators intended; correct?

11

12

13  A.  Correct.

14  Q.  In the Ethereum context, this fact requires a design

15  principle called being MEV aware; correct?

16  A.  Correct.

17  Q.  And that means that designers have to take into account the

18  MEV incentives that the protocol design creates; correct?

19  A.  I would generally agree with that.

20  Q.  And when designing the product, you would assume that

21  people will try to capture the MEV if they can?

22  A.  Generally, yes, I would agree with that.

23  Q.  And it is important for you to build your product with that

24  assumption in mind; correct?

25  A.  I would agree with that, too.

PAHVPER1                         Miller - Cross

1    Q.  Mr. Miller, on direct examination, you mentioned the term

2    "commit reveal scheme."  Do you recall?

3    A.  Yeah, I do.

4    Q.  And that concept relates to the field of cryptoeconomics;

5    is that right?

6    A.  It's definitely used in cryptoeconomics, that is right.

7    Q.  Now, cryptoeconomic solutions are a way for a decentralized

8    system to use economic incentives to influence user behavior;

9    correct?

10   A.  In cryptography, yes, that's the crypto part of

11   cryptoeconomic.

12   Q.  Thank you, Mr. Miller.

13           And slashing penalties under the Ethereum protocol are

14   a form of cryptoeconomic consequences; correct?

15   A.  Yes, that is correct.

16   Q.  And the MEV-Boost system relies in part on cryptoeconomic

17   incentives; correct?

18   A.  In part, yes.

19   Q.  And one of the reasons why cryptoeconomics is challenging

20   in the MEV ecosystem is because the distribution of the typical

21   MEV awards in a block is very uneven, would you agree with

22   that?

23   A.  I would agree with that.

24   Q.  Okay.  And what that means is that the average value of a

25   block going through the MEV-Boost system is somewhere between

PAHVPER1                    Miller - Cross

1    .1 and .2 ETH; correct?

2    A.  What time frame are you talking about?

3    Q.  I believe that you testified -- well, so the relevant time

4    period would be 2023 for this question.  But I will rephrase

5    the question for you, which is:  The average value of a block

6    going through the MEV-Boost system is generally a fraction of

7    an ETH; is that correct?

8    A.  Some fraction of an ETH.  It varies by time.

9    Q.  But there are a small number of blocks that have MEV that

10   is worth much more; correct?

11   A.  Yes, that is correct.

12   Q.  And in those exceptional cases, there are incentives to

13   deviate from the intended use; correct?



16   A.  As a matter of principles, things get more complicated when

17   the numbers get really high, that's for sure.

18   Q.  In fact, cryptoeconomics breaks down at these limits;

19   correct?



22   A.  What do you mean by "breaks down" and what do you mean by

23   "limits"?

PAHVPER1                    Miller - Cross

Q.  Mr. Miller, would you agree that cryptoeconomics can break down at these limits?

A.  As a matter of general principle, yes.

          (Continued on next page)

PAHKPER2                        Miller - Cross

1    BY MR. LOOBY:

2    Q.   Now, rather than assume anything about validator behavior,

3    the MEV-Boost system sought to harness the economic incentives

4    of the Ethereum protocol, correct?

5    A.   Rather than assume anything about the validator's behavior,

6    the MEV-Boost system sought to harness the economic incentives

7    of the protocol; was that the question?

8    Q.   Spot on, Mr. Miller.

9    A.   Thank you.

10           I believe that the goal was to try to minimize trust.

11   I don't know that we ever thought that we could completely get

12   away with having no trust assumptions on the validator.

13   Q.   The MEV-Boost system relies, in part, on the Ethereum

14   slashing penalty that we discussed earlier, correct?

15   A.   In part, yes.

16   Q.   As we discussed, the validator has to provide a valid

17   signature to the relay to see the contents of the block in the

18   MEV-Boost system, correct?

19   A.   Yes, that is true.

20   Q.   And the relay will send that signed block out to other

21   nodes in the network, correct?

22   A.   Yes.

23   Q.   So, if the validator wants to propose its own block for the

24   same slot, it will have signed two blocks, correct?

25   A.   You're specifically talking about the context where a

PAHKPER2                    Miller - Cross

1    validator has already signed a header that has given it to --

2    given to the validator by the relay, right?

3    Q.  That's right, that's the premise.

4    A.  And then you're saying the validator could sign another

5    header; that is the question?

6    Q.  Yes.

7    A.  Yes, the validator could sign another header, that's true.

8    Q.  And in that circumstance, the validator will have, in

9    effect, signed two blocks for one slot, correct?

10   A.  Yes, that is correct.

11   Q.  And the validator will get slashed for doing that?

12   A.  Yes.

13   Q.  But, as we discussed yesterday, there is no limitation on a

14   validator's ability to equivocate to sign two blocks for a

15   given slot at least once in that slot, correct?

16   A.  Yes, there is no limit to the validator's ability to

17   equivocate at least once.  So they could sign two headers for a

18   slot.

19   Q.  And this fact, that the validator could always sign two

20   blocks, it was publicly disclosed on Flashbots documents that

21   were made available online, correct?

22   A.  I don't exactly remember.  It seems probable to me.

23          MR. LOOBY:  Joe, if you could please pull up DX 321A

24   for the witness, counsel, and the Court only.

25          THE WITNESS:  Is this the small or the large binder?

PAHKPER2                    Miller - Cross

1   BY MR. LOOBY:

2   Q.   This is the large binder.  And it's 321A, and it will be

3   towards the front.

4   A.   Okay.

5           (Pause)

6   A.   Okay.  Is there a part of this you want to talk about?

7   Q.   First, I'm going to ask you a question, Mr. Miller, which

8   is:  Do you recognize this as a document that was made

9   available on the Flashbots website?

10  A.   Yes.

11          MR. LOOBY:  Move to admit DX 321A.

12          ███████████     ███████████

13          ███████████  ████████████████████████

14          THE COURT:     ███████████

15          It is admitted, and this document is also being

16  admitted for a limited purpose.  It is not admitted for the

17  truth of what is stated in the document, but, instead, for

18  notice to a reasonable person using the MEV-Boost system.

19          (Defendants' Exhibit 321A received in evidence)

20          MR. LOOBY:  May we publish, your Honor?

21          THE COURT:  You may.

22  BY MR. LOOBY:

23  Q.   Now, the title of this document is "MEV-Boost In A

24  Nutshell."

25          Do you see that?

PAHKPER2                        Miller - Cross

```
 1    A.  I do see that, yeah.
 2            MR. LOOBY:  Joe, if you could please direct the
 3    witness' attention to page 5.
 4    Q.  Or, Mr. Miller, you can follow along in your binder.
 5    A.  Okay.
 6    Q.  There is a section for frequently asked questions.
 7            Do you see that?
 8    A.  Yes.
 9    Q.  And one of the frequently asked questions is:  I am a solo
10    validator.  Will I be able to run MEV-Boost?
11            Do you see that?
12    A.  I do see that.
13    Q.  The answer is to that question is yes, correct?
14    A.  The answer is yes.
15    Q.  And the answer elaborates that the most significant change
16    for MEV in Ethereum's proof of stake is that with MEV-Boost,
17    now validators can be permissionless.
18            Do you see that?
19            I don't think we have the right clip up.
20    A.  You do not.
21    Q.  But we will get there.
22    A.  Yes, I see that.
23    Q.  It goes on to say -- to describe the relay role,
24    essentially; would you agree?
25    A.  Yes, I would agree.
```

PAHKPER2                    Miller - Cross

1    Q.  Towards the bottom of that clip, which we might have to

2    extend a little bit, there is the sentence that reads:  Once

3    the validator signs the header, the relay sends the block

4    payload to the proposer.  If at this moment the validator

5    decides to propose a different block, they will have signed two

6    blocks and will be slashed.

7              Do you see that, Mr. Miller?

8    A.  I do see that, yeah.

9    Q.  So this document, it revealed that the validator could

10   decide to propose a different block, even after receiving and

11   signing the block from the relay, correct?

12   A.  I agree that's implicit in this document, yep.

13             MR. LOOBY:  Joe, you can take that down.

14             And, Joe, if you could please pull back up DX 304,

15   which is admitted in evidence.

16             And with the Court's permission, we would republish to

17   the jury?

18             THE COURT:  You may.

19   BY MR. LOOBY:

20   Q.  Mr. Miller, this is the security audit that we were talking

21   about before, correct?

22   A.  Yes.

23   Q.  If I could direct your attention to the Appendix A on

24   page 4 of the document.

25   A.  One second?

PAHKPER2                    Miller - Cross

1            (Pause)

2    A.   Okay.

3    Q.   And Appendix A is proposing some improvements to the draft

4    specification for MEV-Boost, correct?

5    A.   It says that it is -- it's listing considerations for

6    further refinement and improvements, yes.

7    Q.   So, in other words, ways that the software could be

8    improved before the merge, correct?

9    A.   I don't know if this is in the context of before the merge,

10   but in general, yes.

11   Q.   If you want to just go back to the first page of the

12   document, and there's a date on the top.

13   A.   Yes.

14   Q.   And that date is June 20, 2022?

15   A.   Yes.

16   Q.   So that's a few months before the merge, correct?

17   A.   That is a few months before the merge.  My caveat was that

18   I don't know that the implication was that these things should

19   be handled before the merge as opposed to generally.  There's

20   been no contention that the document was before the merge.

21           Does that nuance make sense?

22   Q.   Fair.

23           To go back down to the Appendix A, specification

24   improvements, it is noting that the audit was of the MEV-Boost

25   software, correct?

PAHKPER2                        Miller - Cross

1    A.  Yes, that's correct.

2    Q.  I know I've asked this before, but the MEV-Boost software,

3    that is the piece of software that validators can use to

4    interact with relays, correct?

5    A.  Yes.

6    Q.  And that is different than the MEV-Boost Relay code,

7    correct?

8    A.  Yes, that is true.

9    Q.  And, here, it is saying that although the audit was of the

10   MEV-Boost software, there were some security considerations

11   that were discovered for either the builder or the relay

12   software.

13          Do you see that?

14   A.  Yes.

15   Q.  I want to talk about the first one, which is called relayer

16   assigned beacon block validation.

17          Do you see that?

18   A.  I do see that.

19   Q.  And the first sentence there is that, to be slashed, a

20   validator would need to sign two competing blocks for the block

21   of the slot they are in charge of producing, correct?

22   A.  Correct, that's what it says.

23   Q.  It's a mouthful.

24          And the second sentence proposes a change to the

25   specification to make sure that the relay is checking the

PAHKPER2                    Miller - Cross

1   correct slot and proposer index.

2           Do you see that?

3   A.  Yes.

4   Q.  And these are the fields that are needed to identify the

5   validator to be slashed, correct?

6   A.  I'm not sure what strictly is necessary to identify the

7   validator to be slashed, actually.

8   Q.  Was the relay code changed to check these values?

9   A.  I don't know off the top of my head.

10          MR. LOOBY:  Joe, you can take this one down.

11          And, Joe, if you could please pull up, for the

12   witness, Court, and counsel only, DX 309.

13  Q.  Mr. Miller, can you let me know once you have reviewed the

14  document.

15  A.  Yes, I will read it now.

16          (Pause)

17  A.  Okay.

18  Q.  Mr. Miller, do you recognize this as a page on the

19  Flashbots website concerning MEV-Boost?

20  A.  It is our docs, yes.

21          MR. LOOBY:  Move to admit DX 309.

22  ███████████████████████████████████

23          THE COURT:  ███████████  Again, this document is being

24  admitted not for the truth of what is stated in the document,

25  but for notice to a reasonable person using the MEV-Boost

PAHKPER2                    Miller - Cross

1   system.

2          (Defendants' Exhibit 309 received in evidence)

3          MR. LOOBY:  May we publish, your Honor?

4          THE COURT:  You may.

5   BY MR. LOOBY:

6   Q.  And, Mr. Miller, specifically, this is a FAQ section of the

7   Flashbots docs, correct?

8   A.  It looks like it, yeah.

9   Q.  I want to draw your attention to the question midway down

10  of what prevents block proposers from stealing MEV from

11  submitted builders' blocks.

12         Do you see that?

13  A.  I do see that.

14  Q.  The answer to that question is slashing penalties, period,

15  correct?

16  A.  Well, there's a lot more that comes after that, too, but

17  that's the first two words, yeah.

18  Q.  And the answer goes on to say that once a proposer signs a

19  block with a header, they are bound by this choice or risk

20  being slashed due to equivocation, correct?

21  A.  That is what the document says.

22  Q.  Okay.  And the document also says that, should a validator

23  wish to steal MEV from a builder, they would need to sign a

24  second block, including the exploited MEV, which would result

25  in a slashing penalty.

PAHKPER2                      Miller - Cross

1           Is that the correct reading?

2   A.  That is what it says, yes.

3   Q.  And this captures the same concept that we had discussed in

4   the other document, correct?

5   A.  Which document?  I'm sorry.

6   Q.  The MEV-Boost in a nutshell document that we reviewed about

7   two documents ago.

8   A.  Yes.  I believe so.

9   Q.  Now, the answer goes on to say that this penalty is

10  significant enough to discourage this behavior, allowing the

11  builder to reveal the blinded transactions without the

12  possibility of the proposer tampering with them or stealing

13  MEV.

14          Do you see that?

15  A.  I do see that.

16  Q.  But that's not always the case, correct?

17  A.  It is -- well, I think it's always the case that they're

18  "discouraged," being the operative word here, but the proposer

19  may not be discouraged enough.

20          MR. LOOBY:  Your Honor, now might be a time for the

21  morning break.

22          THE COURT:  That sounds good.

23          All right.  It is 11:20.  Please be back and ready to

24  go in the jury room at 11:35.  My prior instructions apply.  Do

25  not discuss this case with anyone.  Do not do any research on

PAHKPER2                        Miller - Cross

1   this case.  Do not read anything about this case.  And remember

2   to keep an open mind.

3              I'll see you all in 15 minutes.

4              (Continued on next page)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHKPER2                    Miller - Cross

```
 1              (Jury present)
 2              THE COURT:  Please be seated.
 3              Thank you, all.  That break took a little longer than
 4      expected, but I appreciate your patience.
 5              Do we have Mr. Miller?
 6              Please step down, Mr. Miller.
 7              Mr. Looby, you may proceed.
 8      BY MR. LOOBY:
 9      Q.  Mr. Miller, on Wednesday, on direct examination, you
10      testified about the programming interface that enabled
11      searchers to submit bundles to miners, correct?
12      A.  Yes.
13      Q.  And that interface is called eth_sendBundle, correct?
14      A.  Yes, eth, underscore, sendBundle.
15              MR. LOOBY:  And, Joe, if you could please bring up
16      Government Exhibit 3002A, which is in evidence.
17              And with the Court's permission, publish it for the
18      jury?
19              THE COURT:  You may.
20      BY MR. LOOBY:
21      Q.  All right, Mr. Miller.  I would like to direct your
22      attention to page 2 of the document.
23      A.  Can you bring it up on the screen?  I don't have it.  Or
24      you can tell me which binder it is in.  I can do that, too.
25      Q.  Yes.  I think it will be -- it should be on the screen now.
```

1   A.  Yes, it's on the screen now.

2   Q.  On direct examination, you explained that eth_sendBundle is

3   an interface that Flashbots developed so that searchers can

4   submit bundles to miners, correct?

5   A.  Correct.

6   Q.  And there is -- what is being shown on the document now is

7   line 9 of the specification, correct?

8   A.  Correct.

9   Q.  And that line reads:  Send a bundle of transactions to the

10  miner.  The bundle has to be executed at the beginning of the

11  block (before any other transactions), with bundled

12  transactions executed exactly in the same order as provided in

13  the bundle.

14          Do you see that sentence?

15  A.  Yes, I see that.

16  Q.  Now, Mr. Fang had asked you about this particular sentence

17  on direct examination, correct?

18  A.  I think so.  There's been a lot of questions.  But I

19  remember talking about the document.

20  Q.  Fair.

21          Now, this specification describes the interface as it

22  existed back in the pre-merge Ethereum, before MEV-Boost

23  existed, correct?

24  A.  Yes, this is pre-merge specification before MEV-Boost.

25  Q.  Now, post-merge, there are no miners in the system,

PAHKPER2                    Miller - Cross

1   correct?

2   A.  Post-merge, there are no miners in the system.

3   Q.  But you testified on direct that the core features of

4   eth_sendBundle still applied in 2023, correct?

5   A.  Yes.

6   Q.  But the difference is that in 2023, eth_sendBundle was an

7   interface for interactions between the searcher and the

8   builder, correct?

9   A.  Yes.  Here, this is talking about sending bundles to

10  miners, and in 2023, searchers sent bundles to block builders.

11  Q.  In 2023, a builder is different from a validator, correct?

12  A.  Yes, that is correct.

13  Q.  So, when a searcher is using this eth_sendBundle interface,

14  it is telling the builder what order it wants the certain

15  transactions to be executed in, correct?

16  A.  Broadly, yeah.

17  Q.  Now, when a validator receives the execution payload from

18  the relay, the validator can't be certain what the bundle

19  boundaries are between transactions in a block, correct?

20  A.  What do you mean by "bundle boundaries" here?

21  Q.  I mean that when the validator receives the execution

22  payload from the relay, the validator can't be certain which

23  transactions were in a bundle submitted by the searcher,

24  correct?

25  A.  The payload or the payload header?

PAHKPER2                    Miller - Cross

1  Q.  The payload.

2  A.  The validator cannot be certain which transactions were in

3  a bundle from a searcher, that is true, yes.

4  Q.  Now, Mr. Miller, you have explained that your role at

5  Flashbots is as a steward, correct?

6  A.  It's one of the titles that I have.  I also lead the

7  product and engineering team.  I'm a board member.

8  Q.  Part of your role is to advocate for Flashbots and its

9  products?

10  A.  I would say so.

11  Q.  And another part of your role is to get to know

12  sophisticated users, like searchers who are running MEV bots,

13  correct?

14  A.  Yes, that is correct.

15  Q.  In fact, that's how you originally came to know James and

16  Anton, correct?

17  A.  Yeah.

18  Q.  Now, Twitter, or X, as it's now called, is a social media

19  website that is popular with cryptocurrency users, correct?

20  A.  That is correct.

21  Q.  And as part of your role as steward at Flashbots, do you

22  use Twitter to engage with the public about Flashbots products?

23  A.  Yes, either in my role as a steward or the person leading

24  the project and engineering team — I'm not sure it matters —

25  but I do use Twitter quite a bit.

PAHKPER2                    Miller - Cross

```
1    Q.  And you use your Twitter account to discuss interesting MEV
2    strategies that you learn about, correct?
3    A.  Yes, from time to time.
4    Q.  You often post the details about types of strategies that
5    different searchers use, correct?
6    A.  Yes, I've been known to do that.
7    Q.  Do you recall yesterday that we discussed sandwich bots and
8    sandwich attacks?
9    A.  We were discussing that yesterday.
10
11
12
13
14
15
16   BY MR. LOOBY:
17   Q.  Now, Mr. Miller, I'd like to flash forward to the period of
18   after April 3rd, 2023.
19          The events of April 3rd, 2023, it made you spot a
20   bunch of different problems with the MEV-Boost Relay code,
21   correct?
22   A.  Yes, and Ethereum, as well.
23   Q.  But you and your team didn't find all of them, correct?
24   A.  Some of them were found by other teams we were working
25   with, correct.
```

PAHKPER2                    Miller - Cross

1  Q.  And, in fact, the Peraire-Buenos disclosed a further one to

2  you, correct?

3  A.  That is correct.

4  Q.  And you testified on direct examination about an email you

5  received in April 2023 from an account called Low Carb

6  Crusader, correct?

7  A.  Yep, we were talking about that.

8          MR. LOOBY:  And, Joe, if you could please pull up

9  GX 3306, which is already in evidence.

10         And with the Court's permission, publish it to the

11  jury?

12         THE COURT:  You may publish.

13 BY MR. LOOBY:

14 Q.  And starting with the email on the top, which is the

15 earliest one in the chain here, Low Carb Crusader reaches out

16 to you and says:  I have a message about block equivocation I

17 think you would find useful.

18         Do you see that?

19 A.  I do see that.

20 Q.  And then later that day, Low Carb Crusader wrote to you

21 again, correct?

22 A.  Perhaps you could go down in the email chain so I can be

23 sure and we can just read.

24         (Pause)

25 Q.  And after you've read through it, I'll ask you some

1    questions.

2    A.  I'm sorry, I wasn't reading through it yet.

3    Q.  And the relevant portion is on your screen, as well, if

4    that's easier for you, but you are welcome to use the binder,

5    as always.

6    A.  Cheers.  Thank you.

7            (Pause)

8    A.  Okay.  I have reread this message.

9    Q.  And Low Carb wrote to you that it was sad -- it has

10   saddened me to see the situation reported as a relay exploit,

11   correct?

12   A.  That's the first sentence, yes.

13   Q.  And then Low Carb offered to disclose details of a second

14   version of the strategy that was still possible, even after

15   your previous modifications to the code, correct?

16   A.  That is correct.

17   Q.  And he asked that you refer to him using a more neutral

18   name, like Low Carb Crusader, instead of something like

19   Sandwich The Ripper, correct?

20   A.  That is correct.

21   Q.  And at the time, you thought that this request was

22   interesting, correct?

23   A.  I certainly thought it was interesting.

24   Q.  And you thought this request was funny?

25   A.  There is a sense of absurdity to it, is how I would

PAHKPER2                    Miller - Cross

1  characterize it.

2  Q.  Now, you respond on April 22nd asking if the strategy Low

3  Carb had in mind was already covered by some other blog post.

4  And I will have Joe help guide us to that portion.

5         Mr. Miller, do you see there that you are asking Low

6  Carb Crusader whether or not the strategy is covered by a

7  particular blog post that you are linking to in the email?

8  A.  Yes.

9  Q.  And Low Carb Crusader said that, you know, if you had

10  already thought -- I'll wait until it pulls up.  And Low Carb

11  Crusader responds:  This strategy is not covered in the blog

12  post or any other writings I have seen.

13         Do you see that?

14  A.  Yes, I do see that.

15  Q.  And he says that if you find that this strategy does not

16  work, then no further action is necessary, correct?

17  A.  That is what the email says.

18  Q.  And he says that he's disclosing it as a goodwill gesture,

19  and only asking for the transparency requested in the previous

20  email in return, correct?

21  A.  That is the final sentence, yes.

22  Q.  And you accepted Low Carb Crusader's proposal, correct?

23  A.  I did accept it in the next email.

24  Q.  In the further email in which Low Carb Crusader responds to

25  you, he disclosed a -- or Low Carb disclosed a rather detailed

1   explanation of the strategy, correct?

2   A.  If you say so, yes.

3   Q.  And you determined that that strategy would have allowed

4   the validator to do something similar to what happened on

5   April 2nd?

6   A.  I worked with some other people, and that was our

7   determination, yes.

8   Q.  And that strategy, if successful, could have made the

9   validator a lot of money, potentially?

10  

11  

12          THE WITNESS:  There is some nuance to that.

13  BY MR. LOOBY:

14  Q.  If the strategy had been successful, the validator would

15  have been able to extract MEV, correct?

16  A.  Correct.

17  Q.  Now, after your exchange with Low Carb Crusader, you wrote

18  a further post that was published online, disclosing the

19  strategy that Low Carb Crusader had shared with you, correct?

20  A.  That is correct.

21          MR. LOOBY:  Joe, if you could please pull up GX 3301,

22  which is in evidence.

23          And with the Court's permission, publish to the jury?

24          THE COURT:  You may publish.

25

PAHKPER2                    Miller - Cross

1   BY MR. LOOBY:

2   Q.  Mr. Miller, if I could direct your attention the first

3   paragraph.

4   A.  Sure.

5   Q.  And in this paragraph, you are disclosing the way in which

6   Low Carb Crusader's request and disclosure had come about,

7   correct?

8   A.  Let me read it.

9   Q.  Take your time.

10          (Pause)

11  A.  Okay.  You want to repeat the question, if you don't mind?

12  Q.  Yes.

13          So, in this first paragraph, you are disclosing the

14  circumstances under which Low Carb Crusader had requested the

15  change in the terminology for how they would be described,

16  correct?

17  A.  I agree with that, yeah.

18  Q.  And you note that Low Carb Crusader, in return, disclosed

19  details of a unique block equivocation strategy, correct?

20  A.  Yes, that is in there.

21  Q.  And, to your knowledge, that strategy was never used,

22  correct?

23  A.  That was what the disclosure found, yes.

24  Q.  And Flashbots ultimately issued a patch to prevent this

25  strategy, correct?

PAHKPER2                          Miller - Cross

1    A.  Yes.  There's a mitigation section below that we can read,

2    if that is of interest.

3    Q.  I don't think we need to get into the details.

4            But, just generally, there was a mitigation procedure

5    to fix the code, correct?

6    A.  That's what I remember, yeah.

7    Q.  On direct, you said that you thought what Low Carb Crusader

8    did on April 2nd, 2023, was an exploit, correct?

9    A.  That's how it's described in the postmortem.

19           MR. LOOBY:  Thank you, your Honor.  No further

20   questions for James Peraire-Bueno.

21           THE COURT:  Thank you.

22           Mr. Marx?

23           MR. MARX:  Thank you, your Honor.

24

25

PAHKPER2                     Miller - Cross

1    CROSS-EXAMINATION

2    BY MR. MARX:

3    Q.  Good morning, Mr. Miller.

4    A.  Good morning -- Mr. Marx?

5    Q.  Yes.

6           And we've never met before; is that right?

7    A.  Not to my knowledge, no.

8    Q.  Not to mine either.  Well, thank you for coming back for a

9    third day.

10          I want to take you back all the way to the beginning

11   of your testimony with the video that you were shown early on

12   in your direct examination.

13          Do you remember that?

14   A.  I do remember being shown a video, yeah.

15   Q.  And did you make that video?

16   A.  I did not make the video.

17   Q.  Do you know who did?

18   A.  The government.

19   Q.  And when Mr. Fang showed you the government's video, after

20   he was done, he asked you whether it accurately described how

21   MEV-Boost was designed to function as of April 2nd, 2023.

22          Do you remember that?

23   A.  As a part of direct testimony or in general?

24   Q.  Correct -- as part of your testimony, he asked you the

25   question whether it accurately depicted how MEV-Boost was

PAHKPER2                    Miller - Cross

1   supposed to operate as of April 2nd, 2023?

2   A.  I've been asked a lot of questions that sounds about right,

3   but I don't remember the specific wording and all of that.

4   Q.  And I'm not really focusing on the specific wording, just

5   that he asked you to vouch for its accuracy, and you answered,

6   at a high level, yeah, it seemed accurate?

7         Is that --

8   A.  It seems right, yeah.

9   Q.  I want to come down from that high level for a second and

10  talk to you about some of the details in that video and see

11  what you have to say about them.

12        MR. MARX:  Joe, could we pull up Government

13  Exhibit 502, and we're going to do 502-13.

14        This is already in evidence, your Honor.  May we

15  publish it?

16        THE COURT:  You may.

17        MR. MARX:  Thank you.

18  BY MR. MARX:

19  Q.  So starting at the beginning, Mr. Miller, this is an image

20  of what's supposed to be the mempool; is that right?

21  A.  That's what it looks like to me.

22  Q.  Okay.  And sometimes that's called the public memory pool;

23  is that right?

24  A.  You can call it that, yeah.

25        (Continued on next page)

PAHVPER3                          Miller - Cross

1    BY MR. MARX:

2    Q.   And in this image, as you understand it, for each blue dot

3    in the mempool, there's a user of the Ethereum Network who has

4    signed and submitted a transaction into the mempool; is that

5    right?

6    A.   They may not all be unique users, but I understood them to

7    be transactions in the mempool, yeah.

8    Q.   That some user may have put one in or may have put many in,

9    but a user for each of these dots has signed and submitted

10   these transactions into the mempool; is that right?

11   A.   That was the inference that I made, yes.

12   Q.   And after a user — just take one particular dot as an

13   example.  After a user has signed and submitted a transaction

14   into the mempool, that transaction can't be changed, right?

15   A.   There's a way that you can cancel transactions.  I don't

16   know if that nuance is what you are referring to.

17   Q.   No.  You can play with the nonce, is that what you're

18   thinking?

19   A.   To cancel a transaction, you don't play with the nonce.

20   Q.   Okay.  So there's a way to essentially put in another

21   transaction to try to replace the one you already submitted, is

22   that kind of a fair high-level summary?

23   A.   Yes, those are some details.

24   Q.   And the details, trust me, are not relevant to my

25   questions.  I'm just asking, the initial transaction that's

PAHVPER3                        Miller - Cross

1   signed and submitted into the mempool, that initial

2   transaction, even if it can somehow be canceled, can't be

3   altered in any way by the user who signed it; is that right?

4   A.   That sounds right to me, yeah.   Once you provided a

5   signature for a transaction, you can't modify/take back that

6   signature, etc.

7   Q.   And at this point in the video, and just staying with one

8   dot as an example, the transaction hasn't yet been added to the

9   blockchains; is that right?

10  A.   No, it's in the public kind of waiting room that we call

11  the mempool is my inference.

12  Q.   Thank you.   You anticipated my next question, which was

13  that you called this sort of a version of a waiting room for

14  transactions that have not yet landed on chain, is that fair?

15  A.   That's how I've been referring to it, yeah.

16  Q.   Okay.   Thank you.

17           MR. MARX:   Joe, could we now go to 5:02:24, please.

18           This is 24 seconds into the video.

19  Q.   Now, in this next moment in the government's video, here,

20  do you understand this to be representing that a searcher has

21  taken one of these transactions out of the mempool and is now

22  going to do something with it?

23  A.   That was what I understood this to be showing, yes.

24  Q.   And that searcher in this image, as you understand it, is a

25  bot, right?

PAHVPER3                       Miller - Cross

1    A.  Yes, it's a person who's running some sort of program.

2    Q.  When you say "a person," it's not like there's a person

3    sitting at a computer picking out that transaction.  Someone

4    has coded a bot to do this function; is that right?

5    A.  Right.  Someone, a company — I guess people are behind

6    companies too, but someone has created a program, we call those

7    bots, that is performing this programmatically.  It's not like

8    you or I are sitting there and taking stuff out by hand or

9    something of the sort.

10   Q.  And that bot that's created does things automatically once

11   you hit run, essentially, right?

12   A.  Typically, that's how these things work, yes.

13   Q.  And it does things very fast.  I think yesterday you said

14   sometimes even less than seconds.

15   A.  Speed matters a lot, yeah.

16   Q.  Some of these things happen in milliseconds?

17   A.  Some of these things happen in milliseconds.

18   Q.  Now, the blue dot here in this image, that's one of the --

19   we use the word "user."  That's one of the user's transactions

20   that was in the mempool, right?

21   A.  I don't know.

22   Q.  Well, is that how you understand this image?

23   A.  I don't know.  I don't think that there's a direct

24   correlation between the dots before and here.  You could

25   understand it in multiple different ways.  And this is only one

PAHVPER3                    Miller - Cross

1    bit of the overall video, as well.

2    Q.  Absolutely.  I'm just showing you little bits at the time

3    to make sure we all understand it.

4            But as you understand this image — and I know you

5    didn't create the video — does the buy transaction here in this

6    image belong to the searcher or is that something the searcher

7    has taken in order to do something else with?

8
9

10   A.  My guess and inference, as the person that didn't make this

11   video, so I am open-minded to being wrong about it, of course,

12   is that this transaction is not from a user in the mempool,

13   it's from the searcher instead.

14   Q.  That the searcher just created this transaction?

15   A.  That would be my guess, my inference.

16   Q.  It's possible, however, for a searcher to pull a

17   transaction out of the mempool and then do other things with

18   that, is that also right?

19   A.  Yes.

20   Q.  Okay.  So the searcher has those options; it can create its

21   own or take another user's transaction from the mempool?

22   A.  I would agree with that.

23   Q.  Now, if the searcher takes someone else's transaction out

24   of the mempool, does that person have any way to know that the

25   searcher is doing that?

PAHVPER3                    Miller - Cross

1   A.  Not while it is happening typically.  It is theoretically

2   possible that they have a way of knowing, but it is not typical

3   that they would know.

4   Q.  And there's no sort of like typical mechanism in this

5   system where the searcher reaches out to that user and says,

6   Hey, I just took your transaction out of the mempool and I'm

7   going to do something with it?

8   A.  Not in the mempool, no.

9               MR. MARX:  Joe, one second forward to 5:02:25, please.

10  Q.  So here, in the video, these two new dots emerge out of the

11  searcher.  Do you understand this to be representing at this

12  point, with this blue dot already in its possession, the

13  searcher is creating two additional transactions?

14  A.  You know what would be really helpful is if we could just

15  watch the section of the video; because right now it's a little

16  snapshot of a moment.

17  Q.  Sure.

18  A.  And it's a little hard to tell the context.

19  Q.  Sure.

20              MR. MARX:  Joe, can you just go to 5:02.  And let's

21  just watch from the start through this point in the video,

22  around 25 seconds.

23              I was trying to spare everyone my inability to hit

24  stop at the wrong time, but I'm happy to show you the video

25  from the start, Mr. Miller.

PAHVPER3                    Miller - Cross

1    A.  I'll forgive you if you don't stop it at the right time.

2    Q.  It will be Joe.

3    A.  I won't forgive Joe.  Joe is on the hook.

4    Q.  Yes.  Good luck to everyone.

5            (Video played)

6    A.  Maybe you could play it five more seconds.  This is kind of

7    an awkward place to stop within the video.

8    Q.  Fair enough.  How about right there?  Because I have some

9    questions as it continues.

10   A.  I think that's fair to stop at, yeah.

11   Q.  Great.  Okay.

12           So at this point, do you understand what we're seeing

13   in the video — recognizing you didn't make it — as the searcher

14   has taken a transaction from the mempool — that's the blue one

15   we saw at the beginning, created two new green transactions —

16   those are the other dots, and added those together in this

17   three-transaction image?

18   A.  Yes, it's a lot more clear in totality.

19   Q.  And even though --

20           MR. MARX:  And let's go to -- you can just hit "play"

21   maybe, if we're already in the video.  Let's go to second 31,

22   but stop right at 31, Joe.

23           (Video played)

24   A.  He's got it.

25   Q.  Nailed it.

PAHVPER3                          Miller - Cross

```
 1              Okay.  So now we're looking at the three trades,
 2    right:  Green, blue, green; buy/buy/sell.  Do you see that on
 3    your screen?
 4    A.  I do see buy/buy/sell, yeah.
 5    Q.  Now, if we assume — and I know you said it would be
 6    possible for a searcher to -- well, let's try this for a
 7    second.  You said it would be possible for a searcher to have
 8    made all of these transactions; is that right?
 9    A.  I don't know that that was exactly what I said.
10    Q.  Okay.  Well, the original blue dot, you said the searcher
11    could have made that; they didn't necessarily have to take that
12    from the mempool, right?
13    A.  I did say it was possible for them to have made that
14    transaction, yeah.
15    Q.  Okay.  But can we agree at this point based on the video —
16    and now that we watched it from the beginning again in
17    context — seems pretty clear the blue buy was a transaction
18    that belonged to someone else the searcher took out of the
19    mempool?
20    A.  Yeah.  When you just have the blue dot alone, the context
21    is not very clear.  But I think we could agree with the
22    inference that it came from the mempool now.
23    Q.  Fair enough.
24              And there's been a lot of super-technical discussion
25    over the past three days, so we're going back to basics here.
```

PAHVPER3                        Miller - Cross

```
 1              So now we have two transactions the searcher has

 2      created, and the one transaction that originally came from some

 3      other user in the mempool, all right, on the screen; is that

 4      right?

 5      A.   That's my inference, yup.

 6      Q.   And the first transaction at the top, the green buy, that's

 7      how a searcher, if it wanted to, would front-run the user's buy

 8      trade; is that right?

 9      A.   That's my inference, yes.

10      Q.   Because the buy is saying, I want to do the same thing as

11      the blue user, but I want to do it first.

12      A.   That is my inference, yes.

13      Q.   And in the bottom dot, the sell dot is how the searcher

14      here in this scenario would back-run the other user who had put

15      a transaction into the mempool; is that right?

16      A.   That's how I understand it.

17      Q.   Now, neither of us made the video.  And at this point in

18      the video, the green box that said "searcher" has disappeared

19      from the screen.  But would you agree with me at this point the

20      searcher is doing all of this; the searcher is packaging

21      together these three transactions into a bundle?

22      A.   I think that was what was shown in general.  I'm not sure

23      where it is in the process; perhaps it's traveling to the block

24      builder now.  You'd have to go for a couple more seconds to see

25      exactly where we are.
```

PAHVPER3                      Miller - Cross

1    Q.  Oh, we are going to get there.

2    A.  I figured as much.

3    Q.  But at this point we're in the searcher world, is that fair

4    to say?

5    A.  You would have to play the next five seconds.  I don't know

6    if we've crossed the boundary into the builder or not.

7    Q.  Let's do it.  Well, I think I'm going to -- I may have made

8    a false promise.  I'm going to stop just before then.

9            MR. MARX:  But let's go to 34, Joe.

10   Q.  I want to ask you one other question about this.

11           (Video played)

12   Q.  Now, here in the video, the three transactions, the front

13   run, the user's trade, and the back run have been put together,

14   and the government has labeled that a bundle.  Do you see that?

15   A.  That's what we call these things.

16   Q.  Okay.  And this is, I think you testified, an example of a

17   bundle; is that right?

18   A.  It is an example of a bundle.

19   Q.  But this particular sequence of transactions, this

20   particular type of bundle, a buy/buy/sell, that's not just

21   anyone bundle, that's a sandwich attack, right?

22   A.  You could call it that.

23   Q.  You'd call it that, wouldn't you?

24   A.  Generally, yes.

25   Q.  And in this bundle now that's been created by the searcher

PAHVPER3                    Miller - Cross

1   who's a sandwich attacker, the green transactions belong to

2   that sandwich attacker; but the blue transactions still belongs

3   to the user who put it in the mempool, right?

4   A.   Yes.   It's still the user's transaction from the mempool.

5   That hasn't changed.

6   Q.   And in the jargon of the Ethereum Network, that blue user,

7   who's now in the middle of this sandwich, is known as the

8   victim of the sandwich attack; is that right?

9

10

11  A.   People will call it that, yes.

12  Q.   And when Mr. Fang showed you this video and discussed this

13  aspect of bundling, do you remember him using the word

14  "sandwich"?

15  A.   I wouldn't be surprised.   I don't remember the particulars.

16          MR. MARX:   Joe, could we go another couple seconds to

17  36, please.

18          (Video played)

19  Q.   Okay.   Now, in this part of the video, while the bundle is

20  swooshing — and we don't have the audio, but there is a swoosh

21  sound — this represents -- or tell me whether you understand it

22  to represent that the bundle is now being sent from the

23  searcher to the builder?

24  A.   That is what I think I understood from this.   You'd have to

25  play it a few more seconds to see the block builder for me to

PAHVPER3                    Miller - Cross

 1    give you full confidence on that.

 2    Q.  Okay.  We'll get there, I promise, in a second.

 3            Now, just as a general matter, based on your knowledge

 4    of the MEV-Boost system — and we'll see it in the video in a

 5    second — the sandwich bot that created this bundle, you know,

 6    whatever the video shows, it doesn't send that bundle to the

 7    validator, right?

 8    A.  It does not send that bundle to the validator, that's

 9    correct.

10    Q.  And it doesn't send it to the relay directly, right?

11    A.  It doesn't send it to the relay directly.

12    Q.  So at this point in the video, all we're really seeing is

13    the interaction between the searcher bot and the builder; is

14    that right?

15    A.  That seems reasonable.

16    Q.  And at this point in the video, the searcher has put

17    together a bundle that it hopes the builder will include in a

18    block that it builds that may eventually land up on chain; is

19    that right?

20    A.  The question is that at this point in the video, the

21    searcher has put together a bundle that it hopes the builder

22    will include on chain, that's the question?

23    Q.  If I could be even a little more technical with you,

24    Mr. Miller.

25    A.  Okay.

PAHVPER3                        Miller - Cross

1    Q.  It hopes that the builder will include this bundle in the

2    builder's block, and that that block will eventually end up on

3    chain.

4    A.  Yes.

5    Q.  But there's no guarantee that the searcher will get what it

6    hopes for, and that this bundle will end up in the builder's

7    block, and that that block will end up on chain; isn't that

8    right?

9    A.  There is no guarantee.

10              MR. MARX:  Could we go ahead to 41, please.

11              (Video played)

12   Q.  So at this point, we're now seeing not just the sandwich

13   attack bundle that came from that one searcher we started with,

14   but now we're seeing bundles coming from many different places,

15   and presumably those are from different searchers operating in

16   this ecosystem.  Is that what you understand this to be

17   showing?

18   A.  Seems like a fine inference.

19   Q.  And one might look at this image and think that when these

20   come into the builder, the only thing the builder is getting in

21   order to create blocks are bundles from searchers; is that

22   right?

23   A.  If you understood all of these things to be bundles, then,

24   yes.

25   Q.  Well, let's just take a look.  I mean, you can just kind of

PAHVPER3                          Miller - Cross

```
 1   quickly scan around the screen.  As far as I can tell, there's
 2   one, two, three, four, five, six, seven groups of circles
 3   representing trades coming into the center; and as far as you
 4   understand it, based on the video we've watched so far, each of
 5   those is a bundle, right?
 6   A.  I think that's a reasonable assumption.
 7   Q.  And this doesn't show, for example, any individual trades
 8   coming in to the builder who might use those to make a block?
 9   A.  Not sure what the intent was, I didn't make it.  But you
10   could certainly read this as there were a bunch of bundles
11   coming into a block.
12   Q.  But it doesn't show that individual trades also might come
13   into a block?
14   A.  Can't speak for what it was intended to show.
15   Q.  That wouldn't be fair.  I'm not asking you to try to get in
16   the mind of the person who made the video, because I know you
17   said it was the government, but you don't know who made the
18   video.  I'm just asking what it shows.
19        Do you see anything representing here, as you
20   understand this video, which you just said you only said was,
21   at a high level, accurate, do you see anything here that
22   suggests individual trades, things that are not bundles, come
23   into this block-building process?
24   A.  It looks like there are multiple bundles coming into the
25   process; it doesn't look like there are any individual
```

1    transactions that's represented by a single circle.

2            MR. MARX:  Let's keep going.  Could you just go a

3    couple of seconds until they all meet in the middle.

4            (Video played)

5            MR. MARX:  Perfect.

6    Q.  Now, Mr. Miller, do you understand at this point the video

7    is showing we now have the block that the builder has

8    assembled?

9    A.  Yes.

10   Q.  And if you just watch this video -- well, let me just ask

11   you the question aside from the video for a second.

12           When a builder makes a block out of bundles, the

13   builder doesn't have to use any particular bundle that it's got

14   from a searcher, right?

15   A.  It doesn't need to use any particular bundle, that's

16   correct.

17   Q.  And it certainly doesn't need to use every single bundle it

18   receives from any searcher, right?

19   A.  It doesn't need to use every single bundler, that's

20   correct.

21   Q.  The builder gets to choose what to put in the block that

22   the builder creates?

23   A.  The builder does get to choose what to put in the block.

24   Q.  And that can include individual transactions taken directly

25   out of the mempool without dealing with the searcher at all?

PAHVPER3                    Miller - Cross

1    A.  Correct.

2    Q.  And those would be the blue dots we saw at the very

3    beginning before they were the meat of a sandwich attack?

4    A.  Some of them may not be within bundles from sandwich

5    attacks, that's true.  But they could make their way into the

6    block anyway.

7    Q.  And, now, from whatever the source the builder is working

8    from, whatever source it's taking these little dots from,

9    transactions, what it's trying to do is to maximize the value

10   for the validator; is that right?

11   A.  Generally, yeah.

12   Q.  It's trying to find the block, the combination of

13   transactions, that will produce the most MEV for the validator;

14   is that right?

15   A.  It is trying to find the block that produces the most value

16   for the validator.

17   Q.  Because that increases the chances that the builder will

18   win this auction and get its block into the block that the

19   validator ultimately proposes to the chain, is that fair to

20   say?

21   A.  I think that is fair to say.

22        MR. MARX:  Could we go to 45, please.  Just two more

23   seconds.

24        (Video played)

25   Q.  Now, here at this point in the video, whoever made it added

1   this label "proposed block," right.  And I want to ask you
2   about that, because I know you're very careful about the
3   language, and it's important, because the details matter in
4   this case.
5           But "proposing," that has a technical meaning in your
6   world, in the MEV-Boost world and in the Ethereum Network; is
7   that right?
8   A.  Yes.
9   Q.  And the validator who is randomly selected for a particular
10  slot in the Ethereum process, that's the proposing validator;
11  is that right?
12  A.  You could call it the proposing validator, yes.
13  Q.  And that's because they propose a new block to the
14  blockchain; is that right?
15  A.  Yes, they do propose a new block to the blockchain.
16  Q.  And that step in the process — I know we're kind of jumping
17  ahead.  I'm not asking you based on the video only.  But when
18  the validator, the proposing validator, proposes a block to the
19  blockchain, to the network, that's after all that interaction
20  back and forth in the MEV-Boost system between the validator
21  and the relay; is that right?
22  A.  In the MEV-Boost system, that is right, yes.
23  Q.  But at this point in the video, we've now got 45 seconds
24  in, the relay hasn't even appeared yet; is that right?  We
25  haven't seen that yet?

PAHVPER3                         Miller - Cross

1    A.  I don't think so.

2    Q.  So at this point, we have a builder who's assembled a

3    block; is that right?

4    A.  Yes.

5    Q.  But it's not really accurate to call that a proposed block

6    because in your world, where this language matters, the

7    proposed block is the one that the validator sends out to the

8    network; is that right?

9    A.  If you're looking to the strict technical term, yes.  The

10   other way you could read it is this is the block for

11   consideration from the builder or the block that they have

12   created in the looser sense.  But in a strict technical sense,

13   this is not the proposed block that the validator would

14   propose.

15   Q.  Thank you.  I appreciate that.

16   A.  That's what I'm here for.

17   Q.  Absolutely.

18          Let's shift gears for one second.  I want to show you

19   another diagram.  This one is -- it was originally labeled DX

20   5002 and then relabeled GX 5002.

21          MR. MARX:  Your Honor, it's in evidence.  May we

22   publish it?

23          THE COURT:  You may.

24          MR. MARX:  One moment, your Honor.  You know what?

25   I'm going to call an audible, Mr. Miller, and we're going to do

 1   this the old-fashioned way.  And we'll get back to the computer

 2   in a second.

 3          Ms. Tran, do I need to press any buttons in order to

 4   switch to the Elmo?

 5          THE DEPUTY CLERK:  Just flip the camera.

 6          MR. MARX:  Flip the camera.  There we go.

 7          Okay.  There we go.

 8          THE COURT:  And you may publish it.

 9          MR. MARX:  Testing my abilities here.

10          Joe, is that something you can help with?  How do I

11   show this to everybody?

12          THE COURT:  It's published.

13          MR. MARX:  Oh, okay.  Thank you.  Sorry.

14   BY MR. MARX:

15   Q.  Great.  All right.

16          Mr. Miller, can you now see what was originally

17   labeled DX 5002 and was then relabeled Government Exhibit 5002?

18   A.  Yes.

19   Q.  And you testified yesterday that you didn't create this

20   document; is that right?

21   A.  I did testify that yesterday.

22   Q.  And you also testified Flashbots didn't create this

23   document?

24   A.  Yes, I think so.

25   Q.  Do you know who made this document?

PAHVPER3                         Miller - Cross

```
 1   A.   Don't know.
 2   Q.   Do you know why they made the document?
 3   A.   Nope.
 4   Q.   Do you know what this document is meant to represent?
 5   A.   No.
 6   Q.   Were you in court with the rest of us on the first day of
 7   the trial during the defense's opening statements?
 8   A.   I was not in court.
 9   Q.   When was the first time that you saw this document?
10   A.   The morning of the first day, I believe.
11   Q.   The morning --
12   A.   Yes.
13   Q.   The morning just before you testified?
14   A.   Yes.
15   Q.   And who showed it to you?
16   A.   The prosecution.
17   Q.   So the prosecution, before you took the stand in this case,
18   showed you this document and asked you a bunch of questions
19   about it?
20   A.   Yes.
21   Q.   Now, I wasn't there at that meeting, so let's jump ahead to
22   the afternoon when you were here with all of us testifying.
23             At that point, when Mr. Fang showed you this document,
24   he asked you a few times if it accurately represents how blocks
25   are proposed using MEV-Boost, do you remember that?
```

PAHVPER3                        Miller - Cross

1    A.  Correct.

2    Q.  And I promise this is not a trick question, but does this

3    document anywhere on it say "MEV-Boost"?

4

5

6

7    A.  I don't see it saying "MEV-Boost."

8    Q.  And do you know whether whoever made this document intended

9    it to represent the MEV-Boost system?

10   A.  I don't know what their intentions were.

11   Q.  And you went through an exercise, do you recall, with

12   Mr. Fang on your direct examination where he went through and

13   drew these series of red X's on these documents as a way to

14   signify it wouldn't accurately represent how the MEV-Boost

15   system works; is that right?

16   A.  We went through the document, he drew a bunch of X's, asked

17   me a bunch of questions.

18   Q.  I want to go back over some of that material and just make

19   sure things are clear.

20          So let's put aside MEV-Boost for a moment, okay, and

21   let's just talk about Ethereum.

22          In Ethereum, if you look at the middle of this

23   document, there's something called a proposing validator, we

24   were just talking about that a minute ago, right?

25   A.  That's correct.

PAHVPER3                        Miller - Cross

1   Q.  And the validator is the one who proposes blocks to the
2   network; is that right?
3   A.  Yes.
4   Q.  And that is what this appears to show with the validator,
5   and then there's something, looks like a block, and it's headed
6   down to the blockchain at the bottom.  Is that what this
7   appears to represent?
8   A.  Not sure what the middle is, candidly.  I don't know that I
9   would call that a block.
10  Q.  Okay.  It may be a very nontechnical graphical
11  representation of something, but so be it.
12          Now, you start with the proposing validator in the
13  middle.  And if we're just talking about Ethereum, right, the
14  proposing validator chooses what to put in the block that it
15  wants to propose to the network, right?
16  A.  As a general matter, validators do have the job of ordering
17  transactions in a block, that's right.
18  Q.  Right.  Because you said when you're not doing PBS, the
19  validator in Ethereum is both building and proposing, right?
20  A.  Those are their roles; they can outsource building using
21  MEV-Boost, of course.
22  Q.  Okay.  We'll get to that in a second.
23          But if they haven't done that, as I said, leave
24  MEV-Boost aside for a second, if we're just talking about
25  Ethereum, one place that a proposing validator can get

PAHVPER3                          Miller - Cross

1   transactions to build a block within the Ethereum Network is

2   the mempool; is that right?

3   A.  That is correct.

4          MR. MARX:  So, Joe, would you mind pulling up --

5   getting rid of that red X and pulling up 5002-1.

6   Q.  Okay.  You see, Mr. Miller, that image now on your screen?

7   A.  I see an image on my screen.

8   Q.  Okay.  That's the same image; we've just gotten rid of that

9   red X between the proposing validator and the mempool, is that

10  fair?

11  A.  Same image, no X on the mempool at least.

12  Q.  Let's get to the next one.  We're going to go

13  counter-clockwise.  The next one says "own trades," right.  So

14  if you assume for me that that means the proposing validators

15  own trades, trades the validator makes up itself, is that a

16  source that the proposing validator can use to build blocks

17  within the Ethereum system, putting MEV-Boost aside?

18  A.  It is something they could use, yes.  It's possible.

19         MR. MARX:  Joe, could we get rid of that red X and

20  pull up 5002-2.

21

22

23

24

25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHVPER3                          Miller - Cross



BY MR. MARX:

Q.  So we're now down to the last of the red X's.  This is the

one between the proposing validator and proprietary order flow.

And I know this one may be kind of the post complicated or

subtle.

        So I just want to kind of, at a high level, ask you

whether if you were a validator, you know, with a large pool,

PAHVPER3                        Miller - Cross

1   whether it would be possible to use proprietary order flow,

2   private transactions, to create a block, say like LITO or

3   something like that.

4   A.  One point of clarification also as you had the exchange was

5   the first time I saw this document might have been the previous

6   day, too, not the morning of, but the previous day.  As you

7   understand, I've seen many documents.

8   Q.  Yes.

9   A.  And been asked many questions.

10  Q.  Fair enough.  I promise you that one-day difference won't

11  make a difference to us here, but thank you.

12  A.  I appreciate that.  I just wanted to try to belabor in

13  being precise.

14          Your question is if it is possible for a large pool

15  like LITO to receive proprietary order flow, is that right?

16  Q.  Yes.

17  A.  Theoretically possible, yes.

18          MR. MARX:  So, Joe, can we go to dash three and remove

19  that red X.

20  Q.  Mr. Miller, do you have that on your screen?

21  A.  No red X's.

22  Q.  Back to where we started.  Gone full circle.

23          And now I want to ask you about MEV-Boost, which you

24  mentioned when we started this bit of our conversation.

25  Because here, the proposing validator at the center, right, if

PAHVPER3                           Miller - Cross

1    you look to the top right, there's a dotted line that goes to a
2    relay; is that right?
3    A.   There is a dotted line that says "relay" at the end of it
4    in a box.
5    Q.   And in the MEV-Boost system, one thing a validator can do
6    is to call a relay to get a block and use that method for
7    building a block to propose to the network; is that right?
8    A.   Yes, that's the typical behavior, too.
9    Q.   Okay.  So within the Ethereum system, a proposing validator
10   can use a relay as a source of transactions, but it doesn't
11   have to?
12   A.   That wouldn't be the intended behavior of MEV-Boost.  It is
13   certainly possible.
14   Q.   Okay.  I'm sorry.  I appreciate that.  In my own mind, I
15   went back to just thinking about Ethereum, right.
16            So the relationship between the proposing validator
17   and the relay, that's about MEV-Boost; that sort of represents
18   the MEV-Boost option, is that fair to say?
19   A.   The relationship between the proposing validator and the
20   relay represents MEV-Boost.  That's at least one interaction
21   within MEV-Boost, I agree with that, yeah.
22   Q.   I'm glad you mentioned that.  Because one of the things
23   that Mr. Fang pointed out about this document to you is, in the
24   MEV-Boost system, the actors -- there are more actors than just
25   the proposing validator and a relay, right?

1   A.  Correct.

2   Q.  So, for example, in this document, if you wanted to be even

3   more detailed about it, you could keep going out to the top

4   right past the relay and add the builder; is that right?

5   A.  And then searchers thereafter also.

6   Q.  You could keep going, right?

7   A.  Yeah.

8   Q.  And, similarly, if you wanted to be super-detailed and add

9   a lot more to this document, if you're talking about the

10  Ethereum Network generally, you could draw a line from the

11  proposing validator to the mempool and out to the users who put

12  transactions into the mempool, right?

13  A.  If you wanted to add that level of detail, that would be

14  correct, I think.

15  Q.  But none of those things are on this document, right?

16  A.  None of those things are on this document.

17  Q.  Now, the proposing validator here I think we already

18  established has the option to use MEV-Boost if it wants, right?

19  A.  Yes.

20  Q.  But even if the proposing validator has gone to the process

21  of downloading the MEV-Boost software, it doesn't necessarily

22  have to use MEV-Boost and call a block from the relay, right?

23  A.  Even if they downloaded the MEV-Boost software, they don't

24  need to use MEV-Boost.  That's not a requirement.

25  Q.  And, similarly, even if that proposing validator has

1    registered with the MEV-Boost relay or registered with any

2    relay, it doesn't need to use the MEV-Boost system to get a

3    block, it can still use these other alternatives?

4    A.  Correct.

5    Q.  So just to summarize — if you give me one moment to shuffle

6    my papers — would you agree with me, Mr. Miller, that the

7    proposing validator has multiple sources of transactions that

8    it can pull from?

9    A.  In theory.

10   Q.  And would you agree with me that one of those sources is

11   transactions that are pending in what's called the public

12   mempool?

13   A.  Yes.

14   Q.  And would you agree with me that one of those sources are

15   private transaction requests from other users?

16   A.  In theory.  It is not standard, however.

17   Q.  And would you agree with me that one of those sources is

18   the validator's own transactions?

19   A.  One of those sources are the validator's own transactions.

20   Yes, the validator could include their own transactions in the

21   block.

22   Q.  And the last source that we've talked about so far today is

23   that the validator can get transactions from one of the relays

24   that operate on the Ethereum Network?

25   A.  In theory, yes.

PAHVPER3                    Miller - Cross

1   Q.  It's up to the validator which one of those sources to

2   choose?

3   A.  It is possible in the Ethereum protocol.

4   Q.  It's also possible in the Ethereum protocol for the

5   validator to put nothing at all on the block, right?

6   A.  I think you can include an empty -- I think you could

7   create an empty block, not have any transactions at all, but I

8   might be wrong on that detail.

9   Q.  Well, it's certainly possible just to put a couple

10  transactions on a block; is that right?

11  A.  That is true, yeah, you can just put a couple.

12  Q.  It's also possible to only put your own transactions in a

13  block?

14  A.  Certainly.

15  Q.  Can also just put yours and your friend's in a block,

16  right?

17  A.  Sure.

18  Q.  And it's also possible to put many, many transactions in

19  the block the proposing validator creates?

20  A.  Yes.

21          MR. MARX:  Noticing the time, I think this would be a

22  perfect point to take a break.  I'm going to shift to a couple

23  other topics, but I don't expect for this to go on very long.

24          THE COURT:  Great.  Thank you, Mr. Marx.

25          All right.  We are going to take our break for lunch.

PAHVPER3                    Miller - Cross

1    Please be back and ready to go in the jury room at around 1:50.

2    It's 12:50 now.  Thank you all for your attention.  My prior

3    instructions apply.  See you soon.

PAHKPER4                    Miller - Cross

1

2

3

4

5

6                (Jury present)

7                THE COURT:  Please be seated.

8                Hope you all had a nice lunch.  We are going to

9    continue with testimony.

10                Mr. Miller, you can step down.

11                Mr. Marx.

12                MR. MARX:  Thank you, your Honor.

13   ROBERT MILLER,

14   CROSS-EXAMINATION CONTINUED

15   BY MR. MARX:

16   Q.  Welcome back, Mr. Marx.

17   A.  Welcome back yourself.

18                MR. MARX:  Joe, if you wouldn't mind putting up on the

19   screen for everyone Government Exhibit 3306, which is already

20   in evidence.

21                THE COURT:  You may publish.

22                MR. MARX:  Thank you, your Honor.

23                THE WITNESS:  3306?

24   BY MR. MARX:

25   Q.  Yes.  It should come up on your screen in a minute.

PAHKPER4                    Miller - Cross

1   A.  Okay.

2   Q.  Do you see that document, Mr. Miller?

3   A.  I see it.

4   Q.  This is the email that came in from Low Carb Crusader in

5   April of 2023.

6           Do you remember that?

7   A.  It's the first email, among some others, yep.

8   Q.  And in your testimony, when Mr. Fang was asking you about

9   this document, you commented that it was strange that this came

10  into your personal email account.

11          Do you remember that?

12  A.  Yes.

13  Q.  But, at this point, your personal email address, that

14  wasn't exactly a state secret; is that fair to say?

15  A.  I wouldn't consider it a state secret, Mr. Marx, no.

16  Q.  In fact, you have your own website, bertcmiller.com, right?

17  A.  I do have my own website, bertcmiller.com.

18  Q.  And back in the spring of 2023, you had your Gmail address

19  on your website?

20  A.  I don't know.  It seems reasonable, though.

21  Q.  Would it help you to take a look at the website back in

22  2023 to see that your personal email was on there?

23  A.  Sure.

24          MR. MARX:  May I approach, your Honor?

25          THE COURT:  You may.

PAHKPER4                        Miller - Cross

1              (Pause)

2              THE WITNESS:  Okay.

3    BY MR. MARX:

4    Q.  I have to take the document back from you, I'm sorry.

5    A.  Okay.

6              I don't get to keep that one?

7    Q.  No.

8              Having looked at the document now, Mr. Miller, do you

9    remember whether or not you put your email address on your

10   website?

11   A.  My email is on my website, or was.

12   Q.  So, fair to say it was pretty easy to find?

13   A.  If you found my website, you would be able to find my

14   email.

15   Q.  And at that time, in the spring of 2023, you were, I think

16   you testified on the first day of your direct, leading the

17   adoption of MEV-Boost for Flashbots; is that right?

18   A.  I had led the adoption for MEV-Boost for Flashbots.  At

19   that point, I don't know if we had ongoing efforts.

20   Q.  But you were a pretty sort of prominent face publicly of

21   the MEV-Boost adoption for Flashbots?

22   A.  My mom thinks so, at least.

23   Q.  Okay.  Well, we're going to get back to your mom in one

24   second.

25              The other two people who are on this email are

PAHKPER4                    Miller - Cross

1  Justin Drake, right?

2  A.  Yes.

3  Q.  And you testified he's with the Ethereum Foundation and

4  Ultrasound?

5  A.  Yes.

6  Q.  And Samczsun — we're going to talk about him in a minute,

7  too — and he's at Paradigm; is that right?

8  A.  Yes.  As well as, I think, also considering himself an

9  independent security researcher, too, but he is also at

10 Paradigm.

11 Q.  Here's the question that would make your mom proud; it

12 might make you a little uncomfortable.

13        But you and Justin Drake and Samczsun, it's fair to

14 say, are fairly prominent members of this community in the

15 Ethereum world?

16 A.  My mother taught me never to speak too highly of myself,

17 but you might say that, sure.

18 Q.  Thank you.

19        And in addition to your personal email, you also use a

20 Proton email from time to time, right?

21 A.  I believe I have a Proton email, or I have had a Proton

22 email.

23 Q.  Do you remember ever using that email to communicate with

24 Snoopy and Curious Rabbit?

25 A.  I don't remember.

PAHKPER4                     Miller - Cross

1        MR. MARX:  Joe, can we just skip to the next one,
2   Government Exhibit 3307.
3        This is already also in evidence, your Honor.  If we
4   can publish?
5        THE COURT:  You may publish.
6        MR. MARX:  Thank you.
7   BY MR. MARX:
8   Q.  So this document, Government Exhibit 3307, this is the
9   email from you back to Low Carb Crusader, now in June of 2023.
10       Do you remember this document?
11  A.  Correct.
12  Q.  When you reached back out to Low Carb Crusader a few months
13  later, you sent him an email from your Gmail account, right?
14  A.  Yes.
15  Q.  So you didn't use a Flashbots account?
16  A.  Didn't use a Flashbots account.
17  Q.  Or the security at Flashbots account?
18  A.  I don't think I could send emails from security@flashbots.
19       MR. MARX:  You can take that document down.
20  Q.  Now, Mr. Miller, would you agree with me that when you saw
21  the incident on April 2nd, 2023, that it seemed pretty obvious
22  to you that something like this could happen?
23  A.  The question is — to repeat it back to you — would I agree
24  with you that when I saw the incident on April 2nd, it seemed
25  pretty obvious to me that something like this could happen?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHKPER4                    Miller - Cross

1          I think if it was obvious, we would have fixed the

2     problem before we had one.  No?

3     Q.  I'm not allowed to answer any questions.

4          So, I guess let me just put it this way:  Yes or no,

5     would you agree with me that it was pretty obvious to you, once

6     you saw this incident happen and conducted your investigation,

7     that something like this would happen?

8

9

10         THE WITNESS:  I think that once I knew the details, it

11    was clear that something like this could happen.

12    BY MR. MARX:

13    Q.  Would you also agree with me that, at that point, you

14    thought there really weren't many people knowledgeable enough

15    about consensus layer P2P and MEV to do what the Low Carb

16    Crusaders had done?

17    A.  I would agree with that, yeah.

18    Q.  Would you also agree with me that the MEV-Boost industry is

19    brutally competitive?

20    A.  It's been characterized that way.  Yeah, I would agree with

21    that.

22    Q.  Has it been characterized by you that way?

23    A.  Almost certainly, it sounds like something I would say at

24    some point.

25    Q.  And would you also agree with me that searchers, relays,

PAHKPER4                    Miller - Cross

1   and builders fight literally over milliseconds in this
2   MEV-Boost world?
3   A.  That's correct, yes.  Speed really matters.
4           MR. MARX:  Now, your Honor -- let me ask a couple of
5   more questions first.
6   Q.  I think we already established, Mr. Miller, that you're a
7   Twitter user, an X user?
8   A.  I am an X user, yeah.
9   Q.  I'm going to ask you about when it was still Twitter, so
10  I'm going to say Twitter.
11          But at the time, so say around 2023/2024, you were a
12  fairly regular user of Twitter; is that fair to say?
13  A.  Sure.
14  Q.  And from time to time -- and you would post under the name
15  @bertcmiller?
16  A.  I would post under Bert C. Miller.
17  Q.  And you wrote those tweets, right?
18  A.  Yes.
19  Q.  No one else was tweeting under @bertcmiller?
20  A.  No one else was tweeting under @bertcmiller.  Sometimes we
21  might write tweets as the company or had people review things,
22  especially when it was relevant to Flashbots, is one nuance for
23  you.
24  Q.  And under your @bertcmiller handle, you tweeted from time
25  to time about the incident that's the center of this case; is

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHKPER4                        Miller - Cross

1    that right?

2    A.  I believe that I tweeted about it, yes.  I don't know if

3    you would characterize it as time to time.  I don't think there

4    were that many tweets about it.  But I have tweeted about it,

5    yes.

6    Q.  Sitting here today, are you able to testify fully and

7    accurately about the tweet that you posted about the incident

8    in this case on March 30th of 2024?

9    A.  Maybe you could show me a tweet, if you're referring to

10   something specific.

11   Q.  Well, this is -- this may sound a little silly to you, but

12   in the Ethereum world, there are rules that we need to follow,

13   and so my first question is:  Sitting here today, could you

14   fully and accurately testify for the jury about the tweet you

15   sent on March 30, 2024, about your thoughts about the incident

16   in this case?

17   A.  You know, Mr. Marx, I've sent thousands of tweets, and I

18   don't remember all of them, and so if you are going to ask me

19   about a specific one, and if I can fully and accurately testify

20   about that, I think you're going to need to show me a document.

21   Q.  I think that's probably right.

22           So, my next question is:  When you sent that tweet,

23   even though you couldn't fully and accurately describe its

24   contents now, it's fair to say you would have wanted it to be

25   accurate, right?

PAHKPER4                           Miller - Cross

1    A.  I don't know that I would agree with the characterization,

2    because I don't know what tweet you're talking about.

3    Q.  Well, if you were to post something about your thoughts

4    about this incident, you would want it to accurately reflect

5    your thoughts about the incident; is that fair to say?

6    A.  I think I endeavor to be accurate in my tweets, that is

7    correct.

8    ███████████   █████████████████████████████

9    ████████████████████████   ██████████████████████

10   ████████████████████████

11   ████████████████████████████████████████████████

12

13

14

15

16

17

18

19

20         ████████████████████████████████████████

21

22         (Continued on next page)

23

24

25

PAHKPER4                    Miller - Cross

1           (In open court)

2    BY MR. MARX:

3    Q.  I apologize for the delay, Mr. Miller.

4           Picking up where we left off, with regard to this

5    interaction between you and Low Carb Crusader, Mr. Fang asked

6    you whether Low Carb Crusader had ever revealed its identity to

7    you.

8           Do you remember that?

9    A.  Yes.

10   Q.  Did you ever ask them who they were?

11   A.  I didn't ask them who they were.

12   Q.  And is it common for people in the crypto community to use

13   pseudonyms?

14   A.  Yes.

15   ████████  ████████

16   ████████  ████████

17   BY MR. MARX:

18   Q.  In fact, the first person to tweet about the incident in

19   this case on April 2nd, 2023, was someone who goes by the name

20   Punk #3155; is that right?

21   A.  It could be.

22   Q.  Well, in fact, in the postmortem document, Government

23   Exhibit 3302, you actually thanked Punk #3155 as the person who

24   first discovered this event, right?

25   A.  If you're going to refer to an exhibit, could you bring it

PAHKPER4                    Miller - Cross

1    up, please?

2              MR. MARX:  May I approach, your Honor?

3              THE COURT:  You may.

4              MR. MARX:  So the record is clear, I'm showing

5    Mr. Miller an unredacted copy, only for Mr. Miller.  This is

6    the dash U copy.

7              (Pause)

8              THE WITNESS:  I do see the --

9    BY MR. MARX:

10   Q.  I'm sorry, again, I have to follow the rules.

11             If you've had a chance to look at that, I'll take it

12   back from you, and I'll ask you:  Having looked at the

13   document, Mr. Miller, do you remember thanking someone named

14   Punk #3155?

15

16

17

18

19

20   BY MR. MARX:

21   Q.  Without reference to the document, Mr. Miller, do you

22   remember thanking Punk #3155?

23   A.  Yes.

24   Q.  Do you also remember thanking Samczsun?

25   A.  Yes.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PAHKPER4                    Miller - Cross

1    Q.  And Samczsun isn't a person's real name; is that right?

2    A.  I think it's their pseudonym, but I actually don't know.  I

3    don't think it's their real name.  That would kind of defeat

4    the purpose.

5    Q.  It's probably a pseudonym, but who knows, really, right?

6    A.  That's true.

7    Q.  And Samczsun, when this person uses that name publicly,

8    writes it all as one word, Samczsun, no spaces, right?

9    A.  I think so, yes.

10   Q.  And when the alleged victims in this case reached out to,

11   among other people, you and Justin Drake and others, they also

12   used a pseudonym, right?

13   A.  That is correct.

14   Q.  In fact, in some of those Telegram chats, they went as

15   capital D, lower case D, lower case D, lower case D, lower

16   case D, ampersand, capital A; is that right?

17   A.  I don't remember.

18   Q.  But you remember they didn't use their real names?

19   A.  I do remember they didn't use their real names, that's

20   correct.

21   Q.  And from time to time, you've also used pseudonyms within

22   the crypto community?

23   A.  I have also used pseudonyms.

24   Q.  There was a time early on when you went by MEV Intern?

25   A.  Yes.

PAHKPER4                    Miller - Cross

1   Q.  And then later, you turned that into MEV Senpai; is that

2   right — s-e-n-p-a-i, I believe?

3   A.  Yes.

4   Q.  And what's a senpai?

5   A.  It's a playful term for someone that's skilled.

6   Q.  So this is kind of like a little joke, right, to have a

7   pseudonym, you started out as the intern, and you became

8   someone who was skilled; is that fair to say?

9   ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10  ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮

11          THE WITNESS:  I'm sorry, can you repeat the question?

12  BY MR. MARX:

13  Q.  You were just using the names, the pseudonyms, in

14  discussions in this community, as kind of a playful joke, you

15  went from an intern to someone who's skilled and knowledgeable?

16  A.  Yes.

17  Q.  And so that's kind of like calling yourself, say, Snoopy or

18  Curious Rabbit or something like that?

19  ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

20  ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

21  ▮▮▮▮▮▮▮▮▮▮

22          THE WITNESS:  You could say so.

23          MR. MARX:  Thank you, Mr. Miller.

24          I have no further questions, your Honor.

25          THE COURT:  Thank you.

PAHKPER4                    Miller - Redirect

```
 1              Mr. Fang.
 2    REDIRECT EXAMINATION
 3    BY MR. FANG:
 4    Q.  Mr. Miller, on cross, you were asked a bunch of questions
 5    on what roles validators have in the Ethereum protocol.
 6              Do you remember?
 7    A.  I remember I was asked questions about what role validators
 8    have on the Ethereum network.
 9    Q.  Just remind the jury, what roles does an Ethereum validator
10    generally have?
11    A.  The two roles are to order transactions within a block,
12    first — we call that block building — and, second, to select a
13    block for inclusion on the network — that's block-proposing.
14    Q.  Is the role of a validator different if it's using
15    MEV-Boost?
16    A.  Yes.  If it's using MEV-Boost, it is outsourcing the block
17    ordering to a specialized market of block builders.
18    Q.  Does that mean that the MEV-Boost validator is giving the
19    building role up to another party?
20    A.  Yes.  When using MEV-Boost, you give it up to another
21    party, effectively.
22    Q.  And, essentially, does that mean that the MEV-Boost
23    validator is not involved in building the block?
24    ████████████      █████████████████████████████████
25    █████████████     ███████████████
```

PAHKPER4                        Miller - Redirect

1

2              THE WITNESS:  Thank you.

3              Yes.

4    BY MR. FANG:

5    Q.  Under MEV-Boost, fair to say that block builders and

6    proposers are different parties?

7    A.  Yes.

8    Q.  To be clear, was the April 2nd exploit that we've been

9    talking about conducted by a MEV-Boost validator?

10

11

12

13   BY MR. FANG:

14   Q.  Mr. Miller, was the April 2nd exploit conducted by a

15   MEV-Boost validator or a general Ethereum validator?

16

17

18              THE WITNESS:  Was the April 2nd exploit conducted by a

19   MEV-boost validator or a general Ethereum validator; that's the

20   question, correct?

21   Q.  Yes.

22   A.  Well, the validator was interacting with MEV-Boost relays.

23   It's calling a bunch of standardized interfaces that you use

24   within the MEV-Boost ecosystem, and it's also an Ethereum

25   validator.  A caveat here is that it is also true that it's not

PAHKPER4                     Miller - Redirect

1   clear what software the validator was running, whether or not

2   they were running MEV-Boost specifically.  So, those are a

3   couple of data points.  I think you could say that they're a

4   MEV-Boost validator since they're using MEV-Boost relays and

5   standardized endpoints within the MEV-Boost ecosystem.  At the

6   same time, it's unclear if they were using actual MEV-Boost

7   software, if that nuance makes sense.

8   Q.  Understood, Mr. Miller.

9           Just based on your investigation, is it fair to say

10  that the MEV-Boost validator was operating within the MEV-Boost

11  ecosystem?

12  ██████████████  ████████████████████

13  ██████████████  ██████████████

14  BY MR. FANG:

15  Q.  Mr. Miller, I'll move on and show Government Exhibit 5002.

16          Mr. Miller, do you remember being asked questions

17  about this chart?

18  A.  We marked it up; yep.

19  Q.  And by "marked it up," are you referring to the Xs that

20  appear on this chart?

21  A.  Yes, after you asked me questions about it.

22  Q.  Do you remember on cross-examination how Mr. Marx also

23  asked you questions and removed certain Xs?

24  A.  Yes.  I do remember.

25  Q.  When he removed those, was it your understanding that he

PAHKPER4                    Miller - Redirect

1   was discussing Ethereum generally versus the MEV-Boost

2   ecosystem?

3   A.   I think his point was that if you anchored this in Ethereum

4   generally, then you could interpret it differently, and so it

5   was my understanding he was talking about Ethereum generally

6   and not MEV-Boost.

7   Q.   And, Mr. Miller, if a validator is not using MEV-Boost,

8   would it get transactions from the relay?

9   A.   No.

10  Q.   And, again, did the April 2nd exploit happen on just the

11  Ethereum network generally or involving the MEV-Boost

12  ecosystem?

13  A.   It involved the MEV-Boost ecosystem.  It interacted with

14  MEV-Boost relays, block builders, you know, standardized

15  endpoints within the MEV-Boost system, et cetera.

16  Q.   And, again, you testified, I believe, that a MEV-Boost

17  validator just proposes a block, right?

18       ███████████   ████████████████

19       THE WITNESS:  Correct.

20       ██████████  █████████████

21       ███████████  ██████████████████████████████████

22  ████████

23       █████████████  ███████████████████  ██████████████████

24       ███████████  █████████████

25       ████████████

PAHKPER4                    Miller - Redirect

1        ████████████    ██████████████████

2                THE WITNESS:  Maybe you could restate the question?

3    BY MR. FANG:

4    Q.  Mr. Miller, you testified, I believe, that a MEV-Boost

5    validator just proposes a block, right?

6    A.  Yes.  They outsource the ordering of transactions in a

7    block to a block builder, so they're reduced to their one role

8    of proposing.

9    Q.  And where does a MEV-Boost validator get the block from?

10   A.  From relays.

11   Q.  Now, on cross, you were also asked a bunch of questions

12   about how economic incentives on Ethereum enable users to trust

13   each other.

14               Do you remember that?

15   A.  The question is, on cross, I was asked about economic

16   incentives enabling Ethereum users to trust each other and if I

17   remember that, right?

18   Q.  Yes.

19   A.  After three days of testimony, I have to repeat things a

20   little bit to make sure I'm understanding, so please bear with

21   me.

22   Q.  Understood.

23   A.  Generally, yeah, we talked about those things.

24   Q.  And, Mr. Miller, does MEV-Boost also have design features

25   to enable the different MEV-Boost actors to trust each other?

PAHKPER4                     Miller - Redirect

1    A.   MEV-Boost is designed to try to get parties to work

2    together in contexts where they may not normally trust each

3    other, so the builder is able to work with the validator

4    because both of them mutually trust the relay, as an example.

5    That's one way I can interpret your question to be correct.

6    Q.   Are there any other features that enable, say, the

7    validator and the relay to trust each other?

8    A.   The validator and the relay?  Well, the validator checks to

9    see that the -- sorry, the relay checks to see that the

10   validator has given them a commitment, as an example, and that

11   helps them work together.

12   Q.   Remind the jury what a commitment is in this context?

13   A.   Here, what I'm talking about is the block proposal from the

14   validator, so it's them choosing a particular block, creating a

15   signature associated with that block to select it for inclusion

16   on the chain, and we call that a commitment because it is

17   backed by economic incentives.

18   Q.   How does that commitment relate to the reveal part of the

19   commit-reveal framework that we've been discussing?

20   A.   It relates to the commit-reveal framework because it is the

21   thing that the relay is looking for from the validator before

22   revealing the block body or the transaction contents in a

23   block.  So that is the commitment in the commit-reveal scheme

24   here.

25   Q.   And, again, Mr. Miller, who makes that commitment?

PAHKPER4                    Miller - Redirect

1    A.   The validator is making that commitment.

2    Q.   Is that a validator that's using MEV-Boost?

3    A.   Yes.

4    Q.   And is this feature of the MEV-Boost software hiding the

5    transaction contents until the validator signs to commit

6    something that Flashbots publicized?

7    A.   Yes.

8    Q.   Remind the jury — who fills in the parent and state roots

9    in the signed block header that we've been talking about that

10   goes from the validator to the relay?

11   A.   The validator fills in that information.

12   Q.   Does the builder fill that information in?

13   A.   Not the parent root and the state root, no.

14   Q.   Mr. Miller, you were also asked various questions on cross

15   about the Ethereum slashing penalty.

16            Do you remember that?

17   A.   Yes, I do remember.

18   Q.   And I believe you had also testified that a validator can

19   be slashed for proposing two blocks.

20            Do you remember that?

21   A.   Yes.

22   Q.   Fair to say that the concern for proposing two blocks is

23   that a validator can steal MEV?

24

25

PAHKPER4                    Miller - Redirect

1  ████████████████████████████████████████████████████████

2  ████████████████████████████████

3           ████████████  ████████████████

4           THE WITNESS:  Can you repeat the question for me?

5  BY MR. FANG:

6  Q.  Certainly.

7           Mr. Miller, is it fair to say that a concern from

8  proposing two blocks is that a validator could steal MEV?

9  A.  Yes, a concern from proposing two blocks is that validators

10 could steal MEV.

11 Q.  By the way, I believe you were also asked questions about

12 MEV-stealing on cross-examination.

13          Do you remember that?

14 A.  We touched on that and related concepts, yes.

15 Q.  Just very briefly, can you explain to the jury what

16 MEV-stealing means?

17 A.  What I think this would typically refer to is the idea that

18 someone out there has created a valuable transaction, something

19 that's going to make them money.  As an example, you found a

20 great trade, somewhere you can buy assets at a low price, sell

21 them at a high price, but if you -- if that trade is publicly

22 known, then someone might copy your trade and send it in

23 themselves because they could make money instead of you.

24 Q.  And, Mr. Miller, just remind the jury — what is the

25 Ethereum slash amount?

PAHKPER4                    Miller - Redirect

1    A.   In April 2023, it was one ETH.  I'm not exactly sure what

2    it is right now, though.

3    Q.   Based on your knowledge working at Flashbots, can you

4    remind the jury how much MEV is generated by the average block?

5    A.   These days, something like a hundredth of an ETH, I think.

6    Q.   Was that the case in 2023, as well?

7    A.   I don't remember.  It was probably a little bit higher.

8    ETH has not been as popular as of late.

9

10

11

12

13

14

15

16

17   BY MR. FANG:

18   Q.   Mr. Miller, how does the slash amount generally compare to

19   the amount of MEV that can be stolen from a block?

20   A.   Generally, the slashing amount is larger than the amount of

21   MEV in a block.

22   Q.   Based on your experience at Flashbots, what's your

23   understanding of why the slashing penalty is higher than the

24   average amount of MEV that can be generated by a block?

25   A.   Well -- so slashing penalty is set as a part of the

PAHKPER4                    Miller - Redirect

1   Ethereum protocol, in general, to discourage validators from
2   signing two blocks, right?  And I actually don't know why it is
3   one ETH specifically.  It's an interesting question.  It
4   certainly does discourage proposers from signing two blocks to
5   steal MEV because the MEV value for the average block is lower
6   than one ETH, but I'm not sure those things are actually
7   related to each other.  I don't know why it's one ETH
8   necessarily.
9   Q.  Mr. Miller, on cross, you were also shown a number of
10  Flashbots public documents regarding MEV-Boost.
11          Do you remember that?
12  A.  Yes.
13  Q.  So let's start with Defense Exhibit 304.
14          MR. FANG:  If, Ms. Kerest, you can pull that up.
15  Q.  Mr. Miller, is this the MEV-Boost security assessment from
16  June 2022?
17  A.  Yes, it looks like it.
18          THE COURT:  Mr. Fang, do you intend for this document
19  to be published to the jury?
20          MR. FANG:  Yes.  Apologies.
21          If we could go ahead and publish that to the jury?
22          THE COURT:  You may.
23  BY MR. FANG:
24  Q.  So, again, Mr. Miller, is this the MEV-Boost security
25  assessment from June 2022?

PAHKPER4                    Miller - Redirect

1   A.  Yes.

2   Q.  And is this document available to MEV-Boost users?

3   A.  It's public, so MEV-Boost users could find it.

4   Q.  I want to focus on page 1, specifically the section that

5   says "Validator Clients."

6           MR. FANG:  And, Ms. Kerest, if you can enlarge that,

7   please.  It's the third bullet point.

8   Q.  That states:  Validators register themselves to relayers

9   through MEV-Boost, ask for specific block headers of the slots

10  they propose, and sign the block header so that the builder can

11  unblind the block contents, to include these contents on the

12  proposed block.

13          Mr. Miller, is this consistent with the

14  commit-and-reveal procedure that you outlined to the jury?

15  A.  Yes.  So the commit is asking for a specific block header

16  for the slot they will propose in signing that, and then the

17  reveal is unblinding the block contents, to include these

18  contents on the proposed block.

19  Q.  Was that commit-and-reveal procedure in place in

20  April 2023?

21  A.  Yes.

22          MR. FANG:  Ms. Kerest, if you can please go to the

23  page on trust assumptions.

24  Q.  Mr. Miller, do you also remember being asked various

25  questions about trust assumptions?

PAHKPER4                     Miller - Redirect

1    A.  Yes, I remember this.

2    Q.  Do you also remember that this document was admitted for

3    its notice to MEV-Boost users generally?

4    A.  Sorry, repeat the question for me one more time?

5    Q.  Is this document available to MEV-Boost users generally?

6    Just remind the jury.

7    A.  Yes.

8    Q.  Is there any discussion in this section or in the audit

9    report, generally, that a validator may change a parent and

10   state root to zero?

11   A.  I would have to reread the security audit, but I don't

12   think so.  It's certainly not in this section.

13   Q.  Is there any discussion, to your recollection, regarding a

14   validator sending false data fields?

15   A.  No, not to my recollection.

16   ████████████████████████████████████████████████████████

17           MR. FANG:  We can go ahead and take this down.

18   Q.  Mr. Miller, I'd like to show you what's marked for

19   identification as Government Exhibit 3202.

20           MR. FANG:  Just for the witness, the Court, and

21   counsel.

22   Q.  Mr. Miller, is this another publicly available document

23   that Flashbots made available to MEV-Boost users?

24   A.  Yes.  It's a document on our blog.

25           MR. FANG:  The government offers Government

PAHKPER4                    Miller - Redirect

1    Exhibit 3202.

2    ████████████  ████████████

3    ████████████  ████████████████████████

4    ████████████████████████████████████

5            THE COURT:  All right.  I will admit it for a limited

6    purpose.  Again, this document is not being admitted for the

7    truth of what is stated in the document, but for notice to a

8    reasonable person using the MEV-Boost system.

9            (Government's Exhibit 3202 received in evidence)

10           MR. FANG:  Let's publish to the jury.

11           Ms. Kerest, if you can just call out the first three

12   paragraphs.

13           And if you can highlight the sentence that says:  The

14   solution is a technique called proposer-builder separation, in

15   which validators can outsource the building of blocks to

16   specialized parties called block builders.

17   BY MR. FANG:

18   Q.  And, here, Mr. Miller, proposer is just a validator, right?

19   A.  In the proof-of-stake context, yes.

20           MR. FANG:  We can go ahead and take this down.

21   Q.  Mr. Miller, on cross, you were asked some questions about

22   Flashbots operating as a block builder, right?

23   A.  I think so, yeah.

24   Q.  And as a block builder, does Flashbots receive transaction

25   bundles from cryptocurrency traders?

PAHKPER4                    Miller - Redirect

1    A.  Yes, we do.

2    Q.  Would it be technically feasible to unbundle those

3    transactions?

4    A.  It would be technically feasible for us to unbundle those

5    transactions, yes -- well, in the past, yes; now, no longer,

6    actually — one nuance.

7

8

9

10

11   BY MR. FANG:

12   Q.  Mr. Miller, yesterday, on cross, you were asked a bunch of

13   questions about MEV trading strategies, as well.

14        Do you remember that?

15   A.  I think so, yeah.

16   Q.  Do you remember being asked on cross whether an exploit

17   could be considered a part of MEV extraction?

18   A.  Yes, I remember that exchange.

19   Q.  Do you remember testifying that exploits sometimes involve

20   a lot of money, so it makes sense to consider exploits a part

21   of MEV?

22   A.  I said something to that effect; the exact words might

23   change.  I'm not sure, but something to that effect, yes.

24   Q.  Do you remember what you meant by that?

25   A.  Well, so the academic definition of MEV is the maximum

1    amount of value that you could extract if you had control over

2    transaction ordering.  So, it doesn't say anything about -- so

3    just in the abstract, right, out of any possible transaction

4    could you include in order to make money?  Exploits are often

5    ways that attackers make quite a bit of money, and so by the

6    strict academic definition of MEV as the maximum in a value

7    that you could make from transaction ordering, it makes sense

8    to include exploits within that definition.

9            It doesn't say anything about sort of the desirability

10   or what people should do, but it is a sort of academic

11   definition, if that makes sense.

12   Q.  Sure.

13          Would you consider the April 2nd exploit just a

14   trading strategy?

15   A.  I think that misses -- no, I wouldn't.

16   Q.  Why not?

17   A.  It misses a broader part of the picture and other events

18   from April 2nd that were, in my opinion, material to the

19   incident.

20   Q.  What do you mean by that?

21   A.  Well, there was a bug in the MEV-Boost Relay that needed to

22   be triggered that caused unintended use, and none of that has

23   anything to do with cryptocurrency trading.

24   Q.  Mr. Miller, do you also remember being asked questions

25   about an alternative strategy that Low Carb Crusader disclosed

PAHKPER4                    Miller - Redirect

1    after the April 2nd exploit?

2    A.  Yes, I think so.

3    Q.  Remind the jury — was that strategy ever used?

4    A.  We looked at our logs for the Flashbots relay, and we found

5    no evidence of it being used.

6    Q.  Did the alternative strategy disclosed by Low Carb Crusader

7    involve the use of any zeros in parent and state roots?

8    A.  No.

9    Q.  Now, Mr. Miller — just remind the jury — how did you find

10   out about the April 2nd exploit?

11   A.  I woke up in the morning, and I had texts from a bunch of

12   people telling me there had been an incident, some money had

13   been lost, and I needed to get online urgently.

14   Q.  Ultimately, was Flashbots leadership involved in this

15   response?

16   A.  Yes, including me.

17   Q.  Remind the jury — was Ethereum Foundation?

18   A.  Yes.

19   Q.  Were there security researchers, as well?

20   A.  Yes.

21   Q.  Prior to April 2nd, 2023, how often was Flashbots

22   leadership all involved in a response?

23   A.  Very rarely, very rarely.

24          MR. FANG:  I'd like to publish Government Exhibit 3306

25   in evidence?

```
 1              THE COURT:  You may.
 2   BY MR. MARX:
 3   Q.  Mr. Miller, I believe on cross you were asked if the email
 4   that you received from Low Carb Crusader was funny.
 5              Do you remember that?
 6   A.  They asked me something to that effect, yeah.
 7   Q.  I believe you said that it had a certain absurdity to it,
 8   right?
 9   A.  That is correct.
10   Q.  Why did you say that?
11   A.  Let me think for a second to see if I can put it in a
12   concise way.
13              (Pause)
14   A.  I think it felt it had a feeling of absurdity, to me,
15   because the whole situation feels a little unreal.  I mean,
16   even this moment, right now, feels a little unreal.  But
17   certainly reading that email feels a little unreal.  It was
18   software that I had helped develop, somehow people had lost
19   tens of millions of dollars from it, and now I was being
20   anonymously communicated with by somebody going by a cartoonish
21   name Low Carb Crusader.  That feels a little surreal, a little
22   absurd, to me.
23              MR. FANG:  Ms. Kerest, if we can go a couple of pages
24   into this document where there's an email that says:  I'm
25   disclosing it as a goodwill gesture.
```

PAHKPER4                    Miller - Redirect

1            Perfect.

2            And, Ms. Kerest, if you can blow up that middle email

3    for the jury.

4    Q.  Mr. Miller, do you remember being asked questions on cross

5    about this email?

6    A.  I think so, yeah.

7    Q.  Okay.  So just to pause on this section, had the exploiters

8    just made millions of dollars from the exploit?

9    A.  Yes.  Well, a couple of weeks before, but, yeah.

10   Q.  And to continue, do you see where it says, and only asking

11   for the transparency requested in the previous email?

12   A.  Yes.

13   Q.  At this time, did you know the identity of this Proton mail

14   account's user?

15   A.  Not the real names.

16   Q.  Did the Proton mail user ever reveal their identity?

17   A.  No.

18   Q.  And the same month, in April 2023, were you also in

19   communication with Anton and James Peraire-Bueno using their

20   known user names?

21   A.  Yes.

22   Q.  Did they ever take responsibility for the exploit using

23   their known user names?

24   A.  No.

25   Q.  Now, Mr. Miller, I just want to show you, very briefly,

PAHKPER4                    Miller - Redirect

1    Government Exhibit 3208.

2            Is this a document that Flashbots made publicly

3    available regarding how MEV-Boost works?

4    A.  Yes.  It has some information about how MEV-Boost works,

5    and it was publicly available on our docs website.

6            MR. FANG:  The government offers Government

7    Exhibit 3208.

8            ████████████    ████████████████████████████

9    ████████████

10           THE COURT:  Again, it will be admitted.  It is

11   admitted for a limited purpose — not for the truth of the

12   document, but for notice to a reasonable person using the

13   MEV-Boost system.

14           (Government's Exhibit 3208 received in evidence)

15   BY MR. FANG:

16   Q.  Mr. Miller, just very briefly, was this a document that was

17   available to MEV-Boost users in April 2023?

18   A.  Yes.

19           MR. FANG:  Okay.  We can take this down.

20   Q.  You said on cross that — switching gears — you said on

21   cross that there were at least 400,000 validators on Ethereum

22   in April 2023.

23           Do you remember that?

24   A.  Yes.

25   Q.  Just remind the jury — what percentage of validators were

PAHKPER4

1    using MEV-Boost in April 2023?

2    A.   95 percent.

3    Q.   And, again, how many times has Flashbots ever blacklisted a

4    validator?

5    A.   Only once.

6    Q.   Which validator was that?

7    A.   The validators that were controlled by the perpetrator of

8    the April 2nd incident.

9             MR. FANG:  Just a moment, your Honor?

10            (Pause)

11            MR. FANG:  No further questions, your Honor.

12            THE COURT:  Anything further with this witness?

13            MR. LOOBY:  None for James Peraire-Bueno.

14            MR. MARX:  And nothing for Anton Peraire-Bueno.  Thank

15   you, your Honor.

16            THE COURT:  Thank you, Mr. Miller.  You can step down.

17            (Witness excused)

18   ██████████   ████████████████████

19   ██████████   █████████████████

20   ██████████   ██████████

21      █████████████████████████████   ██

22   ████████████████████   █████████████████

23   █████   ████████████████   ████████████████████████

24   ██████   ████████████████

25      ███████████████████

PB3VPER2                              Falk - Direct

            MR. LOOBY:  Your Honor, the defense called Dr. Brett
Hemenway Falk.

 BRETT HEMENWAY FALK,

      called as a witness by the Defendants,

      having been duly sworn, testified as follows:

            MR. LOOBY:  Your Honor, may I approach the witness and
the bench?

            THE COURT:  You may.

            Mr. Looby, you may proceed.

            MR. LOOBY:  Thank you, your Honor.

DIRECT EXAMINATION

BY MR. LOOBY:

Q.  Good morning, Professor Falk.

A.  Good morning.

PB3VPER2                          Falk - Direct

1    Q.  What do you do for a living?

2    A.  I'm faculty in the computer science department at the

3    University of Pennsylvania.

4    Q.  And, Professor Falk, if I could ask you to lean into the

5    speaker of the microphone.

6    A.  Sorry.  Sure.

7    Q.  Thank you.

8           How long have you been at Penn?

9    A.  I started there in 2013, so about 12 and a half years.

10   Q.  And what is your title?

11   A.  I'm an adjunct assistant professor.

12   Q.  Where were you before Penn?

13   A.  I had a postdoc in the math department at the University of

14   Michigan.

15   Q.  And what were you studying at the University of Michigan?

16   A.  There my research was on cryptography.

17   Q.  Professor Falk, what is cryptography?

18   A.  Well, cryptography is a broad field.  It's generally about

19   privacy and security.  My background is in math; so I was

20   designing algorithms for private and secure communication and

21   computation.

22   Q.  And do you have a graduate degree in math?

23   A.  Yes, I do.

24   Q.  From where?

25   A.  I have a Ph.D. in math from UCLA; but although I was in the

PB3VPER2                              Falk - Direct

1    math department, my research there was also focused on

2    cryptography.

3    Q.   What is your current area of research focus?

4    A.   These days I primarily focus on blockchain technology;

5    although I do still do a little bit of research on this sort of

6    underlying cryptographic primitives.

7    Q.   Does your research require you to spend a lot of time on

8    Ethereum?

9    A.   Yeah.  So I spend a lot of time on Ethereum.  I run to

10   Ethereum validators in my office to collect data.  I scraped

11   millions of transactions from exchanges like Uniswap, from

12   lending protocols like Aave.  I've scraped transactions from

13   all kinds of different blockchains.  And then we look for

14   interesting patterns and write papers about them.

15   Q.   You anticipated my question.  But what do you do with all

16   that data that you're scraping from Ethereum?

17   A.   Yeah, we -- we generally look at different things.  Usually

18   we start out by trying to, sort of, identify what's going on;

19   and then look for -- basically, sometimes we have been looking

20   a lot at different economic incentive mechanisms.  So the

21   blockchain space is kind of cool because all of the

22   transactions are public and people are experimenting with a lot

23   of different economic incentives to get people to do things.

24   So economists are really interested in, sort of, how people

25   respond to these incentives.  So I write papers with people in

PB3VPER2                          Falk - Direct

1    the business school about -- essentially about like the

2    incentives in different blockchain protocols.

3    Q.  And have you published these papers?

4    A.  Yeah, I've published a number of papers on blockchain

5    technology.

6    Q.  As part of your work, Professor Falk, are you sometimes

7    asked to speak on these areas of your research?

8    A.  Yes.  So I go to academic conferences, and I go to the ones

9    that are focused on cryptography and on blockchains.  So I give

10   talks usually about the papers that I've written.

11   Q.  Have you testified as an expert witness before?

12   A.  I testified as an expert witness once before, but it was a

13   civil trial, and it was an arbitration, so there was no jury.

14   Q.  Without disclosing any confidential information, on what

15   topics, broadly, did you testify in that case?

16   A.  Yeah.  So that was a case, there was a guy who was a

17   Coinbase customer and he had an account on Coinbase.  And he

18   had bought some Aave tokens on Coinbase; he had sent them to

19   his self-custody wallet.  He had played around in DeFi for a

20   little bit.  And, in doing so, he had traded them for A Aave

21   tokens, which is a different token.  So Aave is A-A-V-E.

22   There's another token that's lower case "a" Aave, three A's.

23          And he had sent these A Aave tokens back to Coinbase;

24   and Coinbase did not credit his account.  And he was suing

25   Coinbase to try to get those tokens back.

1   Q.  And on what topics was your testimony focused specifically?

2   A.  Yeah.  So Coinbase was saying it did not have the technical

3   capability to send these tokens back to him.  And I was asked

4   to testify about, essentially, how you would transfer a token

5   like A Aave or any what are called these erc 20 tokens, these

6   are standardized token formats.  So how you transfer tokens on

7   Ethereum and what it would take to do that.

8   Q.  Professor Falk, have you worked as a consultant for

9   companies on blockchain security issues?

10  A.  Yeah, I do a fair amount of consulting in the blockchain

11  space, usually about cryptography and security.  So for

12  companies that are designing some system that uses blockchain

13  technology and they have to manage their keys or set up their

14  security architecture, and I help them with that.

15  Q.  Professor Falk, do you teach any classes on blockchain

16  technologies?

17  A.  Yeah.  So I teach a course exclusively on blockchains in

18  the MCIT online program, it's the Masters and Commuters and

19  Information Technology program in the engineering department at

20  Penn.

21  Q.  What are some topics you cover in that course?

22  A.  So we started out broad and talk about blockchains in

23  general, sort of, why they were created.  Consensus mechanisms.

24  And then we focus mostly on the Ethereum blockchain.  And so we

25  learn about tokens on Ethereum and smart contracts on Ethereum

PB3VPER2                          Falk - Direct

1     and exchanges like Uniswap.  And we look at MEV.  And then

2     bridging from Ethereum to other blockchains.

3     Q.  So through your academic and other work, have you become

4     familiar with Ethereum?

5     A.  Yes, I am very familiar with Ethereum.

6     Q.  And, Professor Falk, I'll just ask you to lean into your

7     microphone a little bit and speak slowly for the benefit of the

8     court reporters as well.  I've been counseled by them in that

9     direction.

10    A.  Sure.

11    Q.  And it's to everybody's benefit.

12            And through your academic and other work, Professor

13    Falk, have you become familiar with MEV?

14    A.  Yes, I have.

15    Q.  And through your academic and other work, have you become

16    familiar with MEV-Boost?

17    A.  Yes, I'm familiar with MEV-Boost.

18    Q.  And through your academic and other work, have you become

19    familiar with the issues relating to protocol design on

20    decentralized blockchains?

21    A.  Yes.

22            MR. LOOBY:  Your Honor, I move to qualify Dr. Falk as

23    an expert under Rule 702.

24            THE COURT:  Any objection?

25            MR. LEVANDER:  No, no new ones, your Honor.

PB3VPER2                        Falk - Direct

1            THE COURT:  Thank you.  It's granted.

2   Q.  Professor Falk, in your work as an expert witness, are you

3   typically paid for your time?

4   A.  I have only done this once before, but, yes.

5   Q.  What is your hourly rate?

6   A.  I'm billing sort of what I bill in general crypto

7   consulting, and in this case it's $800 an hour.

8   Q.  And about how many hours have you worked on this case?

9   A.  I think about 150.

10  Q.  Is your pay dependent on the outcome of the case?

11  A.  No, I'm just paid an hourly fee.  And there are no

12  contingencies based on anything.

13  Q.  Is your pay dependent on the testimony that you give here

14  today?

15  A.  No, my fee is just an hourly fee.

16  Q.  Broadly, Professor Falk, what were you asked to do in this

17  case?

18  A.  So I was asked to give my opinions about the design of

19  Ethereum and Ethereum block production, and the norms and the

20  incentives in the Ethereum space.

21  Q.  And in coming to your opinions, did you have any meetings

22  with the defense team?

23  A.  Yes, I met with defense counsel.

24  Q.  And what did you understand was the purpose of those

25  meetings?

1    A.  One is to talk to me about what I was being asked to do

2    here.  I have never testified in front of a jury before.  And I

3    was asked to write disclosures.  And they said what I should

4    say in a disclosure and, sort of, how I should structure that.

5    And to talk about the case in general.

6    Q.  You anticipated those questions, but did those meetings

7    include reviewing a draft of that disclosure that the defense

8    made to the government?

9    A.  Yeah.  So after I was asked to write this disclosure, I

10   wrote a disclosure; and I walked through it with defense

11   counsel.

12   Q.  And did defense counsel suggest any edits to your draft

13   disclosure?

14   A.  Yeah, they suggested minor edits in helping me get things

15   into a language that was more appropriate for a legal setting.

16   Q.  Did any of those edits change your opinions in any way?

17   A.  No, the opinions in the disclosure were my own opinions.

18   Q.  And in preparing for your testimony today, did you also

19   meet with lawyers for the defense team?

20   A.  Yes, I did.

21   Q.  Did any of those meetings change the substance of your

22   opinions in any way?

23   A.  No, these opinions are my own opinions.

24   Q.  And as part of your work in this case, did you review

25   certain materials related to the case?

PB3VPER2                         Falk - Direct

1   A.  Yes, I did.

2   Q.  Could you let us know some categories of the materials that

3   you reviewed.

4   A.  Yeah.  Well, most of the materials I reviewed were public.

5   So initially I looked at the indictment, and then I spent some

6   time -- I was already very familiar with Ethereum and

7   MEV-Boost; but then I spent a lot of time, sort of, digging

8   deeper into the code for Ethereum consensus clients and the

9   documentation for MEV-Boost.  And I looked at the block in

10  question and the transactions in question.  And these were all,

11  sort of, public, because the blockchain is public, and this

12  code is all open-source.

13  Q.  Were you present for parts of this trial here in the

14  courtroom?

15  A.  Yeah, I came and I listened to part of Bert Miller's

16  testimony.

17  Q.  Were you present for part of opening statements as well?

18  A.  Yeah, I read part of opening statements.

19  Q.  And did you review any trial transcripts of the proceedings

20  in this trial?

21  A.  Yeah.  I didn't catch the end of Bert Miller's testimony,

22  so I was given transcripts of the second part of Bert Miller's

23  testimony.

24  Q.  In the disclosure that we talked about just now, was there

25  a list of materials included that were relevant to your

1    opinions in this case?

2    A.  Yeah.  So the disclosure, sort of like an academic paper,

3    had a lot of references and it cited various papers.  And those

4    were papers that I reviewed and relied on when I was writing my

5    opinions.

6    Q.  If a document appears on that list, are you vouching for

7    its complete accuracy?

8    A.  No, those are documents that I read and that I relied on,

9    but they are not necessarily documents that I fully endorse in

10    every possible way.

11    Q.  So I take it that a document's appearance on that list

12    doesn't mean you agree with every sentence in the document?

13    A.  No, it does not.

14    Q.  Okay.  Did you ever discuss the substance of your testimony

15    that you will give here today with James and Anton?

16    A.  No, I did not.

17    Q.  Did you ever discuss the substance of this case with any

18    other defense witness?

19    A.  No, I did not.

20    Q.  Before your retention in connection with this matter, were

21    you familiar with the trading strategy called omakase that

22    occurred on April 2nd, 2023?

23    A.  Yeah.  I wasn't familiar with the name "omakase," but I was

24    a researcher in the Ethereum space, and this was big news; so I

25    heard about it immediately, I think probably from Bert Miller's

PB3VPER2                          Falk - Direct

1    postmortem.  So I knew about it and read about it in

2    April 2023.

3    Q.  And through your study of certain of the materials that you

4    had mentioned before, did you come to form certain opinions

5    about that strategy?

6    A.  Yeah.  So I had opinions about this strategy long before I

7    was approached by defense counsel.

8    Q.  And at a high level, what are some of the topics on which

9    you've reached opinions related to this case?

10   A.  Sort of on what happened and what the roles of the

11   participants were, and what the norms and expectations were in

12   the Ethereum space.

13   Q.  And we'll go through some of those topics one at a time.

14        So we've been talking a lot about the Ethereum

15   blockchain in this trial and the jurors are now practically

16   experts themselves.  So we can keep this limited to just the

17   points that matter.  And you can hold me to that, everyone.

18        And what are some primary features of the Ethereum

19   blockchain?

20   A.  So usually we talk about Ethereum as decentralized and

21   permissionless.  And it's a decentralized ledger.

22   Q.  Let's break those down.

23        What does it mean for the Ethereum blockchain to be

24   decentralized?

25   A.  So it means that the software running Ethereum is not run

PB3VPER2                        Falk - Direct

1    on a single computer or even computers in like a single data

2    center or in a single company; that it's run on computers that

3    are spread out all over the world, run by different people.

4    Q.  And is there a central authority that runs the Ethereum

5    blockchain?

6    A.  No, there's no central authority in the Ethereum

7    blockchain; it's just a distributed system where anyone can run

8    an Ethereum node.

9    Q.  What does it mean for the Ethereum blockchain to be

10   permissionless?

11   A.  Yeah.  So blockchains are often divided into two categories

12   of permissioned and permissionless.  And permissionless

13   blockchains means that anyone can become a validator without

14   asking permission from anyone.  So Ethereum is permissionless

15   because anyone can join.

16   Q.  And what is a consequence of that feature of the Ethereum

17   blockchain?

18   A.  So because you don't know who the actors are in Ethereum,

19   you generally cannot trust all of the people running these

20   computers.

21   Q.  How do you trade with somebody on Ethereum if you don't

22   trust them?

23   A.  Yeah.  So there's a combination of essentially

24   cryptographic and economic enforcement.

25              So one thing that's nice about Ethereum is that

1    Ethereum allows you to write smart contracts; and these are

2    public and they are deterministic.

3             So if I wanted to trade with somebody, and I

4    presumably don't know them, because you don't know most people

5    on Ethereum, if I said I wanted to trade ETH for some other

6    token, like USDC, if I sent them ETH, I would expect them to

7    just run away with my ETH and give me nothing.  And if they

8    sent me USDC first, they would expect me to run away with the

9    USDC and give them nothing.

10            So if we wanted to trade, we could write a smart

11   contract that's on the Ethereum blockchain that waits for me to

12   give it ETH and waits for my counterparty to give it USDC.  And

13   once it has both, it will make the swap for us.  And if it only

14   receives one, if only I send an ETH, then I can reclaim my ETH

15   in a day or something.

16            And because the contract is completely public, we can

17   both see how it works.  And because it's deterministic, we know

18   exactly that it's always going to work in the same way.

19            And so this, sort of, public and deterministic

20   property allows me to trade with people that I don't know and

21   don't necessarily trust.

22   Q.  Did you review certain slides in preparation for your

23   testimony today?

24   A.  Yes, I did.

25   Q.  And do you know who created those slides?

PB3VPER2                        Falk - Direct

1   A.  I believe defense counsel.

2   Q.  Were you given the chance to comment on them?

3   A.  Yes, I was.

4          MR. LOOBY:  Joe, if you could please pull up for the

5   witness, Court, and counsel only DX 5010.

6   Q.  And Professor Falk, it should be on your screen.  Also,

7   every exhibit that we're looking at today is in that thin

8   binder that I handed up.  So once you've had a chance to look

9   at that, could you let me know if you recognize this document.

10  A.  Yes, I recognize it.

11  Q.  And what are these?

12  A.  This is a representation of the Ethereum blockchain.

13  Q.  Before the content, are these the slides that you had

14  reviewed?

15  A.  Oh, sorry.  These are the slides, yes.

16  Q.  Okay.

17         MR. LOOBY:  Your Honor, I move to publish DX 5010 as a

18  demonstrative, and then we can defer discussion on its further

19  admissibility, along with the other demonstratives.

20         THE COURT:  Any objection?

21         MR. LEVANDER:  No objection as a demonstrative.

22         THE COURT:  All right.

23         You may publish as a demonstrative.

24         Mr. Looby, we are a little bit past 11:15.  Why don't

25  we take our morning break now.

PB3VPER2                        Falk - Direct

1              So we are going to take our mid-morning break.

2              My prior instructions apply:  Do not discuss this case

3       with anyone, do not do any research on this case, do not read

4       anything about this case, and please remember to keep an open

5       mind.  I will see you back here around 11:30.

6              (Jury not present)

PB3VPER2                         Falk - Direct

 1
 2
 3
 4
 5
 6
 7
 8
 9
10

11              (Jury present)

12              THE COURT:  Please be seated.

13              Let's bring Dr. Falk back down to the witness stand.

14              Mr. Looby, you may proceed.

15              MR. LOOBY:  Thank you.

16              Joe, if you could please pull up 5010 and go to the

17      first slide.  And with the Court's permission, I would publish

18      and then I will periodically be publishing slides throughout

19      the discussion.

20              THE COURT:  All right.  This is a DX 5010?

21              MR. LOOBY:  Correct, for demonstrative purposes.

22      BY MR. LOOBY:

23      Q.  Professor Falk, what do you understand this to be a picture

24      of this?

25      A.  This is a representation of the Ethereum blockchain.

PB3VPER2                          Falk - Direct

1    Q.  Is the concept of decentralization that you mentioned

2    earlier captured here?

3    A.  Yeah.  So this is supposed to represent there are lots of

4    individual nodes that are run on separate computers.  And each

5    node connects to some other set of nodes, not to every other

6    one, but to some subset.

7    Q.  What are the blue circles?

8    A.  So I believe these are meant to represent Ethereum

9    validators, so validators who have staked money and are

10   participating in the validator lottery.

11   Q.  And what are the gray circles?

12   A.  So on Ethereum, you can also run the validator software

13   without staking.  And then you are never chosen to produce

14   blocks, but you are participating in the protocol in that new

15   blocks are sent to you once they've been created and mempool

16   transactions are sent to you.

17            So this is more what I do, since I'm interested in

18   data collection.  So I run what here would be represented as

19   these small gray nodes so that I can see mempool transactions

20   when they come out, and I can grab blocks right when they come

21   out, and I can look at historical blocks on my own computer.

22   Q.  You mentioned earlier the concept of a ledger.  What do you

23   mean by that in this context?

24   A.  Yeah.  So blockchains are often called distributed ledgers.

25   And you can think of it as a ledger, as a list of transactions.

PB3VPER2                        Falk - Direct

1    And really that's all Ethereum is, is a way of storing a list

2    of transactions.

3              MR. LOOBY:  Joe, if you could please go to page 2 of

4    this exhibit.

5    Q.  Professor Falk, what do you understand this to be a picture

6    of?

7    A.  So this is a representation of the blockchain itself.

8    Q.  What is the box all the way on the left?

9    A.  So on the left this is supposed to identify a block of

10   transactions.  So in the blockchain there's a chain of blocks

11   that are in a linear order.  And within each block there are

12   transactions.

13   Q.  And what is depicted to the right on the slide?

14   A.  That's a screenshot from a block explorer.  This is from

15   Etherscan, which is the most popular block explorer.  It's a

16   website that allows you to view blockchain transactions.

17   Because blockchain transactions are public, anybody can run a

18   node and get these transactions.  But it's sometimes hard to

19   browse through them; so Etherscan makes nice pretty web pages

20   that are automatically generated based on blockchain

21   transactions.

22   Q.  Can anybody go online and review these blockchain

23   transactions?

24   A.  Yeah.  So Etherscan is public.  It's really widely used in

25   this space.  It's sort of the first place you go if you want to

PB3VPER2                          Falk - Direct

1    look at a transaction, see what happened.

2              MR. LOOBY:  Joe, we can take this demonstrative

3    counsel.

4    Q.  Professor Falk, who are the validators on Ethereum?

5    A.  So on Ethereum, because it's permissionless, anybody who

6    stakes 32 ETH can become a validator.

7    Q.  What is the validator's role on Ethereum?

8    A.  So validators have two roles.  There's a lottery at every

9    slot, so every 12 seconds one validator is chosen to be what's

10   called like the slot leader or the block producer.  And they

11   get to produce a block for that slot if they want.  And then

12   the other validators are then called attesting validators; and

13   their role is to come to consensus about the block that was

14   produced by the slot leader.

15   Q.  Let's start with the proposing validator role.  Under the

16   Ethereum protocol, how does the proposing validator decide what

17   goes into a block?

18   A.  So the proposing validator has complete autonomy to decide;

19   they can put any transactions they want in a block.  They can

20   propose an empty block, they can propose no block at all, they

21   can take transactions from wherever they want.

22   Q.  Why does Ethereum have this feature?

23   A.  This feature is not just part of Ethereum; this is true of

24   pretty much every blockchain, of which there are dozens, if not

25   hundreds.  That's because, sort of, at the time the blockchain

PB3VPER2                              Falk - Direct

1    is designed, you don't know what transactions will be available

2    or what incentives people might have.  And so it would be

3    basically impossible to come up with rules of saying, You have

4    to put transactions in this order, when you have no idea who's

5    going to be making the transactions and what transactions they

6    are going to be, and what smart contracts are going to exist.

7    So the system stays very flexible by saying, Every 12 seconds,

8    we elect somebody; and they can put the transactions in that

9    they want.

10   Q.  How does the ordering of transactions matter on Ethereum?

11   A.  So it matters in a lot of ways.

12        So in the early days of Ethereum, when there wasn't

13   much MEV, it still mattered because you could think of suppose

14   I have some account balance.  If I have ten ETH and I sign a

15   transaction to send ten ETH to you and ten ETH to you, I

16   can't -- both of those transactions can't go through because I

17   only have ten ETH.  But they are both sort of valid; I do have

18   ten ETH, and I signed both of them.  So which one is valid and

19   which one is going to be rejected?  Well, the first one is

20   valid; and the second one is going to be rejected.  And the

21   validator chooses which one is first and which one is second.

22   Q.  Is there another way in which transaction ordering matters

23   on Ethereum?

24   A.  Yeah.  So in this case we've heard a lot about MEV.  And so

25   MEV you can also think of like -- the simplest example of MEV

PB3VPER2                              Falk - Direct

1    is arbitrage.  So you imagine there is a decentralized

2    exchange, like Uniswap, that's at some point selling ETH below

3    market prices.  So here's this exchange.  You could go and you

4    could buy ETH.  And you could make a profit by buying at this

5    lower price and selling it high someplace else.

6              But it only has so much ETH.

7              So the first person who can come and buy it from this

8    exchange is going to make that money.  And the second person

9    who comes is not.  And everybody wants to make this free money

10   from this arbitrage trade.  And who gets to make the arbitrage

11   trade, well, the validator is the one who gets to decide.  They

12   can make it themself or they can ask people to pay them for the

13   right to make this arbitrage trade.  But somebody has to

14   decide, and in Ethereum it's the validator.

15   Q.  Is that aspect of the validator's role profitable for the

16   validator?

17   A.  Yeah.  So that's expected to be profitable.  And MEV

18   originally stood for "miner extractable value," when validators

19   were called miners, because it was expected that that was a

20   profit that would go to the block producer.

21   Q.  Is this feature of the profit going to the block producer,

22   is that ununique in Ethereum?

23   A.  No, that's true in pretty much every blockchain.  Almost

24   every decentralized permissionless blockchain has this design,

25   that the proposing validator gets complete autonomy of how to

PB3VPER2                        Falk - Direct

1    choose the order of transactions.

2    Q.  How does someone become a validator?

3    A.  On Ethereum, you stake 32 ETH; and then you run some

4    validator software.

5    Q.  Can anybody stake the ETH and become a validator?

6    A.  Yeah, so that's what we say it's permissionless.  Anybody

7    can stake 32 ETH; there's no identity checks or anything like

8    that.

9    Q.  Do you have to agree to any terms of use to become an

10   Ethereum validator?

11   A.  No, there are no terms of use; and there's no one who can

12   even, sort of, present you with terms of use.  It's a

13   decentralized system.

14   Q.  Do you have to promise to behave in any certain way to

15   become an Ethereum validator?

16   A.  No, there's no promises.  And, again, there's no one who

17   you could even reasonably make this promise to.

18   Q.  Professor Falk, you mentioned a testing role validator role

19   earlier.  Just for clarification, what is that role?

20   A.  Well, in Ethereum and in almost every blockchain, there's

21   what's called a consensus mechanism.  And this comes about

22   because the proposing validator might propose one block, but

23   they might propose two blocks.  And if they propose two blocks,

24   you only want to add one of those two blocks to the chain.  And

25   so the attesting validators, their role is to ensure that no

PB3VPER2                              Falk - Direct

1    more than one block gets added to the chain.  Because proposing

2    validator might be incentivized to produce one block and send

3    it to somebody, or produce a different block and send it to

4    somebody else.  And they could do this for their own motives.

5    And you want to only add one block.

6            So the attesting validators are there to ensure that

7    no more than one block is ever added to the chain in a given

8    slot.

9    Q.  Does the testing validator role implicitly recognize the

10   validator might propose more than one block per slot?

11   A.  Yeah.  So the consensus mechanism — in this case,

12   Ethereum's consensus mechanism, which is what the attesting

13   validators are doing, right — is a huge area of research.  It

14   was kind of a core differentiating feature of all these

15   blockchains of how they went to consensus.

16           But it's all predicated on the idea that the proposing

17   validator might propose two blocks or three blocks or as many

18   blocks as it wants; and you can never stop them from doing

19   that.  So you need a way of saying, If they propose multiple

20   blocks, how do we select which one to add to the chain?

21   Q.  Okay.  So those are the two roles of the validator.  And I

22   want to talk a little bit about the mechanics of being a

23   proposing validator.

24           MR. LOOBY:  And it might be helpful if, Joe, you could

25   please pull up 5010, but now at slide 3, and to publish that

PB3VPER2                        Falk - Direct

1   for the jury.

2           These slides have some nifty animation, but in the

3   interest of time, I'm just going to get to the state of the

4   slide.

5   Q.  Professor Falk, in general, what are some sources of

6   transactions from which a validator could pull to construct a

7   block.

8   A.  Yeah.  So this slide shows a few of them.  There's the

9   mempool; and this is essentially built into almost every

10  Ethereum client.  It's a public space where people gossip

11  transactions around.  Proposing validators can also create

12  their own trades; they can sign transactions and put them in a

13  block.  Some proposing validators have deals with people to get

14  proprietary order flow; they may either be buying transactions

15  that they want to extract MEV from, or they may be getting paid

16  to insert other people's transactions in specific places or,

17  they can query a relay and ask for a block of transactions.

18  Q.  Under the Ethereum protocol, does the validator who queries

19  the relay have to use the block that the relay gives it?

20  A.  No, not at all.  The relay isn't even a core part of the

21  Ethereum protocol.  But even under normal operation of a relay,

22  you would probably call multiple relays.  And you can't -- you

23  probably wouldn't use multiple blocks.

24          But, beyond that, the default Ethereum consensus

25  client, so there's open-source software you can run.  The most

PB3VPER2                          Falk - Direct

1    popular software is called Lighthouse.  If you run lighthouse,

2    it has a setting where you can build your own block from

3    transactions in the mempool and query a relay.  And then the

4    software compares which one is more profitable for you and

5    publishes that one.

6    Q.  Professor Falk, we'll talk more about MEV-Boost in a bit.

7    But I have just a couple questions for you while this slide is

8    up.

9            Do you understand this slide to be depicting the

10   so-called MEV-Boost ecosystem?

11   A.  So the MEV-Boost ecosystem I guess is kind of vague and

12   big.  But this is a relay probably as conceptualized by

13   Flashbots, yeah.

14   Q.  And what do you understand this slide to generally be

15   representing?

16   A.  So this is representing sort of how an Ethereum validator

17   would get transactions, put them in a block, and sign that

18   block and send it to attesting validators to get added to the

19   chain.

20   Q.  Does the existence of MEV-Boost change the availability of

21   these other sources of transactions for the validator in any

22   way?

23   A.  No, not at all.  And as I was saying, sort of the default

24   operation of a lot of validator clients is to basically look

25   for transactions that are the most profitable either from the

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PB3VPER2                            Falk - Direct

1   mempool or from a relay or from anywhere else.

2                   MR. LOOBY:  Joe, we can take that down.

3   Q.  We've used the word "Ethereum protocol" in our discussion

4   this morning.  This might be a basic question, but what is the

5   Ethereum protocol?

6   A.  Yeah.  So that's a broad question.  But, basically, the

7   Ethereum protocol you can think of as the guidelines for how

8   these different nodes can all communicate with each other.

9   Remember there's, you know, probably millions of different

10  computers, and they all have to send messages back and forth.

11  And so sort of how you should structure these messages, what

12  messages you should expect at certain times, and how to behave

13  when you receive various messages.

14  Q.  Are these features of the protocol publicly available?

15  A.  Yeah.  So the entire Ethereum protocol is public.  All of

16  the documentation is public.  And then there are a number of

17  what we call, like, software clients, so just sort of

18  off-the-shelf software that you can download if you want to run

19  an Ethereum node.  And there's a handful of different

20  open-source software clients.  You can just take them as is, or

21  you can modify them.  Or because the protocol is open, if you

22  want to take the time, you could write your own client, but

23  it's complicated.

24  Q.  Does the Ethereum protocol set rules by which users must

25  abide?

PB3VPER2                        Falk - Direct

1   A.  No, there aren't really rules as such.  There's this

2   software that you can run, and you can modify it if you want.

3   Q.  Do Ethereum users have to agree to follow the Ethereum

4   protocol in order to use it?

5   A.  No, there's not any kind of agreement like that.  And

6   there's, again, sort of, no way you could make that agreement.

7   There's no one you could agree to.

8   Q.  Professor Falk, there's also been talk in this trial about

9   something called the Builder API.  Again, another broad

10  question, but what is an API?

11  A.  Yeah.  So an API stands for application programming

12  interface.  So you want to think of it as an interface.  If you

13  have two computers and you want them to talk to each other, and

14  you want to talk -- you want them to talk to each other

15  automatically, if you have some application.

16       So like in my work, I use APIs all the time, which is

17  suppose I want to grab some blockchain data; I want to get

18  price data from some token.  There will be some server

19  somewhere that has aggravated price data.  And they will have

20  an API that I can read and say, Call this end point if you want

21  this type of data.  And if you call this end point if you want

22  this type of data, and I then write programs that can

23  repeatedly call these APIs.

24  Q.  Is API documentation helpful to you in your work in that

25  regard?

1    A.   Yeah.  I use it all the time because I want to know how I

2    should query the data.  My computers are kind of brittle, and

3    so I have to query in exactly the right way.  And then when I

4    get a response of price data or whatever data I'm asking for,

5    it's going to come back in some specific format.  And I need to

6    know how to parse that format and read it and extract the

7    useful stuff for myself.  So I read APIs all the time.

8              MR. LOOBY:  Joe, if you could please pull up DX 3219,

9    which is in evidence.  And with the Court's permission, we

10   would publish.

11             THE COURT:  You may.

12   Q.   Professor Falk, are you familiar with this document?

13   A.   Yes, I am.

14   Q.   What is it?

15   A.   So this is an archived version of the Builder API.

16   Q.   Do you see the sentence at the top, it's the first sentence

17   in the document that says the API -- this API specification for

18   external builder nodes.

19   A.   Yeah.

20   Q.   What does that tell you about the purpose of this document?

21   A.   Yeah.  So this is a little bit confusing, because this also

22   serves as the Flashbots relay API.  If you go to the Flashbots

23   website and you ask for the relay API, it takes you here.  But

24   there's hope that in the future, you would not need a relay.

25   People haven't figured out how to do that exactly.  But for

PB3VPER2                          Falk - Direct

1   right now, the sort of Builder API is the relay API.  But it's
2   how you would query information from the relay or from a
3   builder in the future.
4   Q.  So when looking at this document, can we -- when we see the
5   word "builder," can we just swap in the word "relay"?
6   A.  Yeah.  You can think of this as -- this is also currently
7   serving as the relay API.  So you would go to this document.
8   If you wanted to write a program to query a relay and get
9   information back, you would use this as a reference.
10           MR. LOOBY:  Joe, if you could zoom out a little bit.
11   Q.  Professor Falk, I want to talk generally about the way that
12   this document is structured.  Can you explain for us how it's
13   structured?
14   A.  Yeah.  So you want to think of like the relay as a computer
15   somewhere that's running; it's a server.  And you're going to
16   want to make some queries to this server.  And you may want to
17   query different things.  And the different areas here are
18   called end points.  And so we see this, like, post button.
19   This is what's called a post end point where you post some data
20   to this end point and you get something back.  And usually a
21   server will have lots and lots of different end points.
22           So, again, sort of in my work, I'm often interested in
23   price data.  And they might have an end point to get price data
24   for a specific token, or they might have an end point to get
25   price data for a specific exchange.  So then I would get, you

1    know, all of the trades in the last hour from some exchange, or

2    they might have an end point that allows me to get, you know,

3    token information like who created it, but not price data.  And

4    they'd have end points for all these different things, where I

5    could query different types of data from the same server.

6    Q.  So on this document, is the teal box that says "post" and

7    the information that immediately follows it, is that the end

8    point?

9    A.  Yeah.  So that is what's called -- in this case it's the

10   registration end point.

11   Q.  Underneath that end point we see some text.  What is that?

12   A.  Yeah.  So in these documentation, these are, sort of,

13   auto-generated; they are software that, sort of, formats them

14   all the same.  So all the API documentation looks the same for

15   Flashbots and for, you know, most of the price APIs I use.

16          So they have the end point name which shows you where

17   you are asking for this data.  Underneath, there's a little

18   description of, sort of, why you would want to use this end

19   point.  So, again, sort of, with my example of price data, they

20   might say, like, If you hit the token end point, it will say,

21   you know, Get data about this token, you know, including

22   creation time or something.  And if I could have price end

23   point, it might say, Get information about the hourly price of

24   this.

25          So there's a description underneath that tells you why

PB3VPER2                        Falk - Direct

1    you would want to query this end point.

2    Q.  How is that information useful to you when you're using an

3    API?

4    A.  It's crucial, if I want to write some code, to query.  I

5    need to know, sort of, which end point I want to talk to.

6         MR. LOOBY:  And, Joe, if you could please turn to the

7    next page.

8    Q.  Professor Falk, under the heading "Request Body" then we

9    see a black box.  Can you explain what we're looking at here.

10   A.  Yeah.  So, again, the point of this documentation is to

11   tell you how to interact with this server somewhere.  And so I

12   need to make a request.  In this case, I'm sending some data,

13   and you've got to put it in exactly the right format.  So this

14   document will tell you exactly the format you should -- how you

15   should format your data when you send it to this API.

16        MR. LOOBY:  And, Joe, if you could scroll down to

17   capture the next one.  No, go up a little bit.  Yeah.  There we

18   are.  Thank you, Joe.

19   Q.  Professor Falk, what is this portion of the document?

20   A.  So after the request side, there's the response side, where

21   it will tell you, Okay, here's the responses you should expect

22   to get, and the exact format of the responses.  Because you

23   need to know how it's going to respond, how it's going to

24   say -- you know, if you make a bad request, what it's going to

25   say; if you make a good request, how it's going to structure

PB3VPER2                        Falk - Direct

1    the information it's giving you back.

2              MR. LOOBY:  Joe, if you could zoom out and go to page

3    3.

4    Q.  Okay.  Do you see the blue box that says "Get"?

5    A.  Yeah.  So this would be another end point on the relay or

6    the builder.  And so this is the end point you would query if

7    you wanted to get an execution payload header from the relay.

8    Q.  And does this portion of the document and the fields that

9    follow, does it follow the same general format as the first end

10   point that we looked at?

11   A.  Yeah.  So it has the end point, which is slash ETH v1

12   builder header, whatever.  And this is very much like a URL.

13   So if you look up like the address of some relay, if you go to,

14   like, flashbotsrelay.flashbots.io, and then you add this thing

15   at the end, ETH v1 builder, you go there with your website --

16   with your Internet Explorer or whatever browser you use, it

17   will give you a response like this.  Like it's just the address

18   on the server.

19             And here we see the parameters that you have to put

20   in.  Here you see a slot number, a parent hash, and a public

21   key.  So these are the parameters you give to this end point.

22             MR. LOOBY:  Joe, if you could scroll down.

23             It's tough to do.

24   Q.  Professor Falk, do you see the black boxes with formatted

25   messages here?

PB3VPER2                         Falk - Direct

1    A.  Yeah.  And so here this shows the response type.  The first

2    end point, the registration end point, the responses were kind

3    of minimal; because if you register, you don't really get an

4    interesting response.

5            But here you are asking for a block header.  And so it

6    says here is exactly the format we will give you the header in.

7    And so if I were writing a program to interact with a relay, I

8    would need to know the exact format that I'm going to receive

9    the header in.

10           MR. LOOBY:  Joe, if you could please zoom out and go

11   to page 5.

12   Q.  Professor Falk, do you see the teal box that says "post"?

13   A.  Yup.  So this is another end point on the relay.

14   Q.  What does this one do?

15   A.  So, again, this is now where you can send a signed blinded

16   block to the relay and, in response, get back the full payload,

17   sort of the list of all transactions from the relay.

18   Q.  Is this something a validator can do?

19   A.  Yeah.  So a validator can call this end point if it wants,

20   yes.

21   Q.  Does this portion of the document follow the same format as

22   the other portions that we looked at?

23   A.  Yeah.  So it gives a brief description of sort of why you

24   would call this end point; and then it spends a lot of time

25   talking about, Here is the exact format, you make your request,

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   and here is the format you get your response in.

2   Q.  And that written description immediately under the end

3   point, does that impose any obligations on a validator?

4   A.  No.  I mean in this API documentation, these descriptions

5   are meant to help you figure out which end point you're

6   supposed to be calling.

7   Q.  Professor Falk, the second sentence in that narrative

8   portion says the builder is now able to unblind the

9   transactions in execution payload header without the

10  possibility of the validator modifying them.  Do you see that?

11  A.  Yes, I do.

12  Q.  Again, what is the purpose of this narrative field?

13  A.  That's really just, sort of, again, a description of what's

14  happening here, like, why you would be calling this.  But in

15  this case, it's sort of a very, sort of, casual short

16  description because it should say that the builder can unblind

17  the transactions in the execution payload header.  And if the

18  validator proposes another block, they will be slashed.

19  Q.  Are these instructions for the validator?

20  A.  No, these are, sort of, hints to somebody who's writing

21  code to interact with the relay about which end point they

22  should query.

23  Q.  Does this impose any obligations on the validator?

24  A.  No, that's not how APIs work.  The API documentation is

25  there to help you figure out how to interact with this relay,

PB3VPER2                        Falk - Direct

1   but it's not a terms of service or anything like that.

2   Q.  And I think you hit on this before, but is this highlighted

3   sentence, is it even a complete description of what a validator

4   can or can't do after it signs the block from the relay?

5   A.  It's not a complete description.  But, again, these little

6   descriptions here are not meant to be complete; they are sort

7   of hints to somebody who is writing code about which end point

8   to choose.

9        If you wanted to be very generous, you could say it's

10  sort of accurate in the sense that once you sign an execution

11  payload header, you can't unsign it.  So you cannot modify that

12  block; but, of course, you can always propose another one.

13  Q.  And this little narrative description, does it contain that

14  additional idea that you could always propose another block?

15  A.  No, it does not.

16  Q.  Is that surprising to you?

17  A.  No, I mean that's not sort of within the scope of API

18  documentation.

19       MR. LOOBY:  Joe, you can pull that down.

20  Q.  How are validators expected to behave on Ethereum?

21  A.  It's generally expected that validators are profit

22  maximizers; that they're validating in order to make money.

23  Q.  Why is that the expectation for Ethereum validators?

24  A.  Because there's not really another reason you would want to

25  be a validator.  I mean, that's how Ethereum was designed.

PB3VPER2                        Falk - Direct

1   Q.  So I take is being a validator a form of economic activity?

2   A.  Yes, it is.

3   Q.  We've heard the term "honest validator" in this trial.

4   Does "honesty" have a special meaning in this setting?

5   A.  Yes.  So before I worked in the blockchain space, I just

6   did pure cryptography, and I designed a lot of, sort of,

7   cryptographic protocols.

8           And when you design a multi-party cryptographic

9   protocol, and then you want to analyze its security, you want

10  to divide the types of agents in this protocol into different

11  categories for analysis.  And so we use terms like "honest" or

12  sometimes it's synonymous with "altruistic."  You say, Some

13  group will be honest or altruistic, and some group will be

14  rational, and some group will be byzantine or malicious.  And

15  these are, sort of, terms of art that you use when you are

16  doing a mathematical analysis of cryptographic protocol.

17  Q.  Are these academic terms?

18  A.  Yeah.  So you'll find them in basically every academic

19  paper about -- one place where I work is in secure multi-party

20  computation; but you also find it in all of the rigorous

21  analyses of different blockchain consensus protocols.

22  Q.  I want to walk through some of the different groupings of

23  types of users that you mentioned.

24          What would it mean to be an altruistic user of a

25  blockchain technology?

PB3VPER2                          Falk - Direct

1  A.  So the, sort of, honest or altruistic type is the one who's

2  always going to blindly follow the, sort of, protocol as it's

3  written, whether or not it's in their economic interest.

4  Q.  What would it mean to be a rational user of decentralized

5  blockchain technology?

6  A.  So a rational type is someone who is profit maximizing,

7  sort of, to contrast them to the honest or altruistic type.

8  Q.  I think you mentioned the third category had two different

9  terms, malicious or byzantine; is that right?

10  A.  Yes.

11  Q.  Now, "byzantine," that's a strange one, at least to me.  Do

12  you know why that term was used?

13  A.  Yeah.  So in one of the original papers that designed

14  consensus mechanisms, they sort of came up with a thought

15  experiment where you had a bunch of generals who were

16  surrounding a city, and they were all trying to decide whether

17  they are going to attack or not.  And this framework of this

18  thought experiment was in Byzantium.  And so this paper got

19  called The Byzantine General's Problem.  And somehow in

20  computer science the name for people who can behave arbitrarily

21  got called byzantine.  Sometimes we call it malicious, but

22  often people will talk about byzantine actors.

23  Q.  And, again, these are all terms of art?

24  A.  Yeah.  So these things -- even "byzantine" has a sort of

25  fairly rigorous technical meaning that cryptographers would

PB3VPER2                         Falk - Direct

1    understand if you want to talk about a consensus protocol.

2    Q.  Are these terms specific to Ethereum?

3    A.  No, no.  They came out long before Ethereum, and they're

4    used, sort of, all through cryptography and decentralized

5    systems.

6    Q.  Is there an expectation that all actors in Ethereum will be

7    of the honest type?

8    A.  No, there's not.  There never is in any of these

9    decentralized protocols.

10   Q.  What is the assumption?

11   A.  The assumption is in Ethereum that most users will be of

12   the rational type.  But, again, these types are sort of

13   abstract concepts that we use for analysis, that we want to

14   prove something that Ethereum will behave in this way as long

15   as no more than a third of the agents are of the byzantine type

16   or something like that.

17   Q.  Is it possible for an Ethereum validator to pose as a

18   certain type of user?

19   A.  I mean, user abstract types that we use for mathematical

20   analyses, there's not really a way you can pose as one type or

21   another.

22   Q.  Do validators have to agree to be one type or another

23   before becoming Ethereum validators?

24   A.  No, that's not a concept that people use, and there's no

25   way to do that.

1    Q.  Does this assumption of rationality factor into the design

2    of Ethereum?

3    A.  Yeah.  So Ethereum is what we would call a cryptoeconomic

4    protocol; it uses cryptography to enforce some things, and it

5    uses economics to enforce some things.  And the core design of

6    Ethereum is assuming that most of the agents there are economic

7    or rational actors.

8    Q.  And are these assumptions of economic rationality, are they

9    widely known and publicly discussed in this field?

10   A.  Yeah, they're very widely known.

11   Q.  Does honesty in this setting have anything to do with

12   telling the truth?

13   A.  No, it's not about telling the truth; it's just a category

14   of agent in an analysis.

15   Q.  Professor Falk, I'd like to ask you a little bit more about

16   slashing that you had mentioned, economic incentives.  What is

17   the slashing penalty on Ethereum?

18   A.  So on Ethereum, when you are the slot leader, when you've

19   been chosen to propose a block, you have to sign that block,

20   that way people know it came from you.  But there's nothing in

21   a signature that prevents you from signing another block.  And

22   so to disincentivize you from signing multiple blocks, Ethereum

23   has a slashing penalty.  And when you sign two blocks, that's

24   called equivocation; and you'll be slashed one ETH for doing

25   that.

PB3VPER2                          Falk - Direct

1    Q.  How does slashing work in practice?

2    A.  Well, slashing is kind of nice because it's something

3    that's -- it's very easy to observe because I can -- if a

4    validator signs two blocks, you have evidence that they signed

5    two blocks.  You have two signatures.  And I can show that to

6    anybody.  And so I don't have to say, Oh, I saw them sign two

7    blocks and you trust me.  I can just present, Here are two

8    blocks that are signed by them, and I can convince anybody that

9    happened.  And, in particular, I can convince the blockchain

10   itself.  So I can submit these two signatures to -- essentially

11   to the blockchain itself, and there's a mechanism then that

12   slashes some of their stake.

13   Q.  Is that mechanism part of the Ethereum protocol itself?

14   A.  Yeah, that's part of the core Ethereum protocol.

15   Q.  And does the Ethereum protocol prohibit validators from

16   doing what you just defined as equivocation?

17   A.  No, there's no way to prohibit that.  So they impose this

18   slashing penalty.

19   Q.  Is this ability of an Ethereum validator to equivocate a

20   known feature of the Ethereum protocol?

21   A.  Yeah, it's widely known.  And the whole design of slashing

22   and equivocation penalties is based on the idea that validators

23   may be incentivized to slash -- I mean to equivocate.

24   Q.  And did anything about the slashing penalty change after

25   omakase?

PB3VPER2                          Falk - Direct

1   A.  No, it did not.

2   Q.  How is the amount of slashing set?

3   A.  So that's essentially baked into the Ethereum protocol.

4   Q.  Could it be raised?

5   A.  It could be raised.  Ethereum has changed multiple times.

6   Q.  Has it been raised since April 2023?

7   A.  It has never been raised, no.

8   Q.  Is that one-ETH slashing penalty sufficient to discourage

9   validator equivocation?

10  A.  Under most circumstances, it is.

11  Q.  In outlier cases, can that economic disincentive give way?

12  A.  Yeah.  If there's more money to be made by equivocating,

13  then, of course, a rational validator would equivocate.

14  Q.  I want to ask you about MEV-Boost.  But before I do, does

15  that term sometimes refer to different things?

16  A.  Yes.  So sometimes there's sort of the whole kind of

17  MEV-Boost ecosystem that we talk about.  But there's also a

18  specific MEV-Boost client software, and sometimes it refers

19  just to the specific client software.

20  Q.  What type of user would run the MEV-Boost client software?

21  A.  That's designed for validators.

22  Q.  How does the MEV-Boost client software relate to the

23  Ethereum protocol?

24  A.  So sometimes it's called like a sidecar.  So it is not an

25  Ethereum validator client, you still have to run your Ethereum

PB3VPER2                        Falk - Direct

1   validator client; and you can run this other piece of software

2   next to your Ethereum validator client, and they can talk back

3   and forth.

4   Q.  Do validators need to run the MEV-Boost client in order to

5   interact with a relay?

6   A.  No.  We saw this Builder API, which is the relay API.  And

7   the point of documentation like that is so that you could write

8   your own software to connect to a relay.  The MEV-Boost client

9   is pre-written software that connects to the relay for you, so

10  you don't have to write anything if you don't want.  But the

11  relay is open.  The API is -- the documentation is there for

12  you to write your own code.  And lots of other people have done

13  it.  I already mentioned that Lighthouse, which is a common

14  Ethereum client, already has code built in to connect to a

15  relay.

16  Q.  Do you know if the omakase validator used MEV-Boost?

17  A.  I believe they did not.

18  Q.  Turning to the MEV-Boost relay that you mentioned, is there

19  something called the MEV-Boost relay?

20  A.  Yeah.  So there is a piece of software that's the, like,

21  MEV-Boost relay code.  And then there's a specific relay that

22  is running that software that Flashbots is running, it's called

23  the MEV-Boost relay.

24  Q.  How does the relay, either Flashbots version or other

25  versions, how does that relate to the Ethereum protocol?

1    A.  So that's outside the Ethereum protocol.  Anybody who wants

2    to, can run a relay.  And the Flashbots code is open source;

3    you can just download it and run it.  The relay specification

4    is open; so if you don't like the Flashbots code, you can write

5    your own code and run a relay.

6    Q.  Do you know if the Flashbots relay was even involved in the

7    trades at issue in this case?

8    A.  I believe it was not.

9              MR. LOOBY:  Joe, if you could pull up DX 5010, go back

10   to page 3.  We got it.

11   Q.  Professor Falk, the box on the top right says "relay."  Is

12   this referring to a specific type of relay?

13   A.  Yeah.  I assume it's a relay following, sort of, the

14   Flashbots spec.

15   Q.  But is it necessarily the Flashbots relay?

16   A.  No, it could be any relay.

17   Q.  And there are multiple relays on the market?

18   A.  There are multiple competing relays.

19   Q.  And their software, can it be -- or their code, can it be

20   customized?

21   A.  Yeah, it can easily be customized.

22   Q.  And we discussed this earlier, but a validator, it can call

23   a relay for a block if it wants to?

24   A.  Yes, it can.

25   Q.  Once the validator calls the relay, does that limit the

 1  possibility of taking transactions from the other sources on

 2  this chart?

 3  A.  No, not at all.

 4  Q.  Why would a validator query the relay in the first place?

 5  A.  In hopes of getting a block that would be more profitable

 6  for it than any block it could produce itself.

 7  Q.  If the relay's block is not the most profitable block for

 8  that validator, can the validator just make its own block?

 9  A.  Yeah, it can.  And you would expect a rational validator to

10  do that.  And as I've mentioned, you know, the Lighthouse code

11  does that for you by default.

12  Q.  Does the validator opt into the MEV-Boost ecosystem when

13  interacting with a relay?

14  A.  No, there's no, sort of, way you opt into the MEV-Boost

15  ecosystem; that's, sort of, a very vague concept anyway.

16  Q.  Does the validator need to agree to any terms of use before

17  interacting with the relay?

18  A.  No, there's no terms of use to interact with a relay.

19  Q.  Does the validator need to agree to do anything before

20  interacting with the relay?

21  A.  No, there are no agreements between the validator and the

22  relay.

23  Q.  Is there what's called a registration step though?

24  A.  Yes, there is.

25  Q.  What is the point of registration?

1   A.  Yeah.  So I've said that the point of querying a relay is

2   to get some money.  How do you get money?  The block builder is

3   going to pay you to take their block.  In order for them to pay

4   you, they need to know what address to pay you at.  So before

5   the builder builds a block, they have to know where you should

6   get paid.  And the point of registration is for you to tell the

7   relay and the relay to tell the builder where you want to get

8   paid.

9   Q.  With whom does the validator register?

10  A.  The validator registers with the relay.

11  Q.  Does the validator register with MEV-Boost?

12  A.  No, the validator registers with a specific relay.  And if

13  you want to register with more than one relay, you can.  But

14  the relays don't talk to each other; there's no, like,

15  overarching MEV-Boost that you can register with.

16  Q.  Does the validator register with Flashbots?

17  A.  No, the validator does not register with Flashbots; they

18  register with individual relays.

19          MR. LOOBY:  Joe, if you could please pull up 3219

20  again.  Everyone's favorite exhibit.  Go to page 2.

21  Q.  Professor Falk, is this the portion of the API document

22  that we looked at before that relates to the registration step?

23  A.  Yeah.  So here we see the request body; so this is what you

24  send to the relay when you want to register.

25  Q.  And in the black box underneath "Request Body," there are

PB3VPER2                              Falk - Direct

1    different lines, the first one being fee recipient.  What are

2    these?

3    A.  Yeah.  So this is saying what a validator would send to the

4    relay.  And it has two parts; it has the message part and the

5    signature part.  And the message has four subparts:  It has a

6    fee recipient; so this is the address where the validator wants

7    to get paid.  It has a gas limit.  And in Ethereum, transaction

8    complexity is measured in a unit called gas.  And so every

9    block has a gas size.  And so gas limit is saying, I don't want

10   the relay to give me blocks that have more than this gas in it.

11   So I don't want blocks that are too big.  It's like an upper

12   limit on the block size you are willing to get.  And there's a

13   time stamp of, like, when you sent this request.  And then your

14   public key.  "Pubkey" means like the public key of the

15   validator who's sending this request.

16   Q.  Do these fields in this message body have something in

17   common?

18   A.  Yeah.  So they are all just registering the validator

19   preferences.

20   Q.  Is that preference for how the validator will get paid?

21   A.  Yeah.  So the key field here is the fee recipient of where

22   the validator will get paid.  The gas limit is just a way of

23   saying, Please don't send me enormous blocks.  The time stamp

24   is just there so you can overwrite your preferences, right.  So

25   I may register with a relay and then realize, actually, I want

PB3VPER2                        Falk - Direct

1   to get paid somewhere else and I want to send again.  How will

2   the relay know which one is the new one?  Well, the one with

3   the later time stamp is newer.  So the time stamp is just a way

4   of overwriting your old preferences.

5   Q.  Why does the relay need this information?

6   A.  Because the relay needs to give your fee preferences to the

7   builder, so the builder can insert a payment transaction into

8   the blocks it builds.

9   Q.  Is this registration message a commitment for the validator

10  to call the relay later on?

11  A.  No, not at all.  And it's very natural to register with a

12  relay and not call it again.

13  Q.  Is the registration message here a commitment for the

14  validator to do anything at all in the future?

15  A.  No, it's not a commitment to do anything; it's just a way

16  to express their preferences to a relay.

17  Q.  Now, this portion of the API document, this end point, does

18  it govern what a validator can do if it does decide to call the

19  relay?

20  A.  No, not at all.  That's not the point of API documentation.

21        MR. LOOBY:  Joe, if we could go to page 3.

22  Q.  Professor Falk, how does a validator request a block from

23  the relay?

24  A.  Yeah.  So they call this get header end point, which we see

25  here.

PB3VPER2                              Falk - Direct

1   Q.  Is that the blue box that says "Get"?

2   A.  Yes, it is.

3   Q.  And does this "Get" box, does it tell you something about

4   the purpose of this?

5   A.  Yeah.  So we saw the last one was called a post end point,

6   and this is a get end point.  So you're really not sending it

7   much information; it's really about getting information rather

8   than sending information.

9   Q.  And does this end point tell a user about the format of a

10  request that it should send?

11  A.  Yeah.  So it says, If you want to query this end point, you

12  should put the slot number inside those curly braces; and the

13  parent hash, so the previous block, the parent of the block

14  you're interested in; and then the pubkey of the current

15  validator -- the public key of the current validator, yeah.

16  Q.  Okay.  So a user could essentially copy and paste this

17  address, populate some of those fields that are in

18  parentheticals, and hit enter?

19  A.  Yeah.  So if you prefix this with the address of the relay

20  you like, like, you know, flashbots-relay.flashbots.net, and

21  then slash ETH V1 builder header, and then you put in a slot

22  number and a parent hash and a pubkey and the slashes, you

23  could go there with, you know, Firefox or Internet Explorer and

24  you'd get a response.

25  Q.  Could I do it right now on my iPhone in this courtroom?

1    A.  You could do it right now with your iPhone.  You would have

2    to know the current slot number, which I don't know off the top

3    of my head; it changes every 12 seconds.

4    Q.  Is all of that information that you would have to input, is

5    that publicly available information?

6    A.  Yeah, it's public information.  It would be hard to, sort

7    of, type that in because you'd have to find the pubkey.  So

8    it's meant to be called programmatically, but if you were fast,

9    you could copy/paste it in and get it in your phone.

10   Q.  I assure you I am not the right person for that job.

11          So what does a relay do in response to the get header

12   command?

13   A.  It sends back an execution payload header which -- in the

14   format that's described below.

15          MR. LOOBY:  Joe, if you could go down.  Okay.

16   Q.  And Professor Falk, help orient us, where is the message

17   that comes back from --

18   A.  So it's in this black box that says "example value."

19   Q.  Does the relay send this same information in this box to

20   anybody who asks for it?

21   A.  Yeah.  So it will send information in this format to

22   anybody who asks.  It will always respond in the same way,

23   right.  It doesn't ask who you are or who's querying it.  This

24   is an example response; so the actual parent hash will be

25   different, but it will have a field called parent hash.  And

PB3VPER2                         Falk - Direct

1   the actual fee recipient will be different, but it will respond

2   in the same way no matter who calls it.  It doesn't ask for

3   identification in any way.

4   Q.  Does calling the get header command for the relay convey

5   any information to the relay?

6   A.  No, not at all.  I mean, just, I guess, that you are

7   interested in what this header is.  But --

8   Q.  If the party calling the get header is the validator, does

9   calling this end point commit the validator to do anything with

10  respect to the block?

11  A.  No, not at all.  And we've talked about that there's a very

12  standard workflow where you would call get header and not like

13  the fee that's being proposed, and then never do anything with

14  it.

15          And this would happen a lot if you called multiple

16  relays and one of them has a higher fee than the other, then

17  you would not continue on with the relay that offered you the

18  lower fee.

19          And, similarly, if you built your own block and you

20  could make more money that way, you would essentially discard

21  this header after you saw that the fee was insufficient.

22          MR. LOOBY:  All right.  Joe, you can pull that down.

23  Q.  And just to orient us where we are in the point of the

24  process, where the validator has registered, the relay has been

25  called, and it has returned a message in the format along the

1    lines of what we just saw, what is that message sometimes

2    called that we were looking at?

3    A.  The response?

4    Q.  Yes.

5    A.  Sorry, can you repeat the question?

6    Q.  Yes.  Does the response from the relay have a name?

7    A.  For the get header?

8    Q.  No, the message that comes back from get header.

9    A.  It's sometimes called the blinded block header or -- yeah.

10   Q.  And what is the purpose of the blinded block header?

11   A.  So it gives some information about the -- about the block

12   that the builder has built.  But it's called blinded because it

13   only has the hash, essentially, of all the transactions in the

14   block; it doesn't include the actual transactions, it just

15   includes like the fingerprint of the transactions.

16   Q.  And what would happen if you didn't have the relay in this

17   situation?

18   A.  So Flashbots built this relay because it was understood

19   that both the builder and the validator are trying to extract

20   MEV.  And if the builder just handed a block to the validator,

21   that the validator would extract all the MEV for themself.

22   Q.  And what's the relay's role in this process then?

23   A.  So the relay's role is to ensure that before the validator

24   sees the underlying transactions, they signed this block

25   header.  And that ensures that if they ever sign another block

PB3VPER2                          Falk - Direct

1    header, they will be slashed.

2    Q.  And how does the relay accomplish that role as a technical

3    matter?

4    A.  So it receives the full block from the builder, and then it

5    passes the blinded block to the validator.  The validator can

6    sign that blinded block header if it wants.  It then checks the

7    signature to make sure that it's a valid signature.  And then

8    it releases the block body to the validator.

9    Q.  And you mentioned the slashing.  Is that the same economic

10   incentive that we were talking about before?

11   A.  Yeah.  So Flashbots doesn't have its own incentives built

12   in; it's piggybacking off of the Ethereum incentives.  So

13   that's the same slashing for equivocation in Ethereum.

14   Q.  If a validator signs another block after signing the

15   relay's block, will it be slashed?

16   A.  Yes.

17   Q.  Will that slashing penalty work to discourage the

18   validator?

19   A.  Yeah.  In most cases, that's enough to discourage a

20   rational validator from proposing a second block.

21   Q.  Is that true in all cases?

22   A.  No.  If there's more MEV to be extracted by proposing a

23   second block, you would expect an economically rational

24   validator to do that.

25   Q.  Now, just one point of clarification, Professor Falk.  Our

PB3VPER2                          Falk - Direct

1   discussion of the relay's role thus far, has it concerned the
2   relay as existed before April 2nd, 2023?
3   A.  Yes.
4   Q.  Did the relay's role change after April 2nd, 2023?
5   A.  Yes, it did.
6   Q.  How did it change?
7   A.  So Flashbots modified the relay to wait to return the block
8   body until after they had sent the signed block header to some
9   set of attesting validators and gotten a response.
10  Q.  And what did this change accomplish?
11  A.  So this meant that a group of attesting validators had
12  already seen this signed block header.  And so they would be
13  less likely to accept a second block that was signed by the
14  validator.
15  Q.  Did this change make it impossible for the validator to
16  equivocate and sign another block?
17  A.  No.  I mean, you can always sign as many things as you
18  want.  If you're a validator, you have your signing key, you
19  can sign as many blocks as you want.  This change made it less
20  likely that this second block would be accepted by the other
21  validators, but it doesn't prevent you from signing more.
22  Q.  Does that relate to the concept of economic incentives that
23  we've been discussing?
24  A.  Yeah.  So now if you wanted to run a strategy like this,
25  you have to take into account the fact that if you propose a

PB3VPER2                        Falk - Direct

1    second block, you are going to get slashed with almost 100

2    percent probability; but your new block will only be added to

3    the chain with a very low probability.  And so now you have to

4    weigh the low probability of some MEV gains against the, sort

5    of, known probability of the slashing penalties.

6    Q.  Now, going back to before April 2nd, 2023, was it the

7    relay's role to publish a valid block to the network?

8    A.  No, I think the incentive to publish the block is on the

9    validator side because they're the one who stands to lose the

10   most if the block is not published.

11   Q.  And what is some evidence of that aspect of the relay's

12   role?

13   A.  The Ethereum incentives are designed to incentivize

14   validators to publish blocks, and the relay is not supposed to

15   be an economic actor.

16   Q.  And remind the jury, who is ultimately responsible for

17   publishing a block under the Ethereum protocol?

18   A.  It's the validator.

19   Q.  And was the relay's role publicly -- as you have just

20   discussed it, was it publicly disclosed prior to April 2nd,

21   2023?

22   A.  Yes, it was.

23              MR. LOOBY:  Joe, if you could please pull up DX 321-A,

24   which is in evidence.  With the Court's permission, we would

25   publish.

PB3VPER2                         Falk - Direct

```
1          THE COURT:  You may.
2     Q.  While we're on page 1, Professor Falk, do you recognize
3     this document?
4     A.  Yes, this is an archived version of some Flashbots
5     documentation.
6          MR. LOOBY:  And, Joe, if we could please go to page 6,
7     I believe.  And, Joe, if you could highlight the sentence that
8     starts with "Once," the two sentences there.
9     Q.  And, Professor Falk, will you read those two sentences for
10    us?
11    A.  Yes.  So it says:  Once the validator signs the header, the
12    relay sends the block payload to the proposer.  If at this
13    moment the validator decides to propose a different block, they
14    will have signed two blocks and will be slashed.
15    Q.  Is this paragraph talking about the relay's role prior to
16    April 2nd, 2023?
17    A.  Yes, it is.
18    Q.  And what is it disclosing about that role?
19    A.  So it's describing that the role of the relay is to ensure
20    that if the validator proposes a different block, then they
21    will incur this slashing penalty.
22    Q.  Is the role of the relay to make it impossible for the
23    validator to propose that second block?
24    A.  No, there's no way to make it impossible.  The validator
25    can always propose another block.  And so this is designed to
```

PB3VPER2                              Falk - Direct

1    impose some economic penalties for proposing a different block.
2    Q.  Now, this fact that the validator could always sign another
3    block, this is publicly disclosed information?
4    A.  Yeah, so this is publicly disclosed information.  It's also
5    sort of known to everybody in the cryptography space who kind
6    of knows how signatures work, that you can always sign more
7    stuff.
8              MR. LOOBY:  Joe, if you could pull this down.
9              And then please pull up DX 309, which is also in
10   evidence.  And with the Court's permission, we would publish.
11             THE COURT:  You may.
12   Q.  Professor Falk, do you recognize this document?
13   A.  Yeah, this is an archived version of the Flashbots FAQ.
14             MR. LOOBY:  And, Joe, if you could go down to the
15   question:  What prevents block proposers from stealing MEV from
16   submitted builders' blocks?
17   Q.  Professor Falk, do you see that question?
18   A.  Yes, I do.
19   Q.  And what's the answer to that question?
20   A.  It says:  Slashing penalties.
21   Q.  Okay.  Does this publicly disclose the relay's role as you
22   and I have discussed it today?
23   A.  Yes, it does.
24   Q.  What exactly is it disclosing about the role?
25   A.  It's explaining that the relay's role is to ensure that if

PB3VPER2                              Falk - Direct

1    a validator proposes another block, that it will be slashed.

2    Q.  And, again, how does the relay fulfill that role as a

3    technical matter?

4    A.  So it requires the validator to sign one block header

5    before releasing the payload.

6    Q.  And does that existence of the signature relate to the

7    slashing penalties that we discussed?

8    A.  Yeah.  So Ethereum, in order to slash a validator, you

9    can't rely on somebody's claim that they were slashed; you need

10   evidence that they equivocated.  And the evidence is two

11   signatures.

12          So the relay has gotten one signature from the

13   validator.  And that means that if the validator proposes

14   another block, there will be two signatures, and that's

15   evidence of slashing -- evidence of equivocation.

16   Q.  And I want to draw your attention to the last paragraph --

17   the last sentence of this paragraph here, which I'll read this

18   time, which is:  This penalty is significant enough to

19   discourage this behavior, allowing the builder to reveal the

20   blinded transactions without the possibility of the proposer

21   tampering with them or stealing MEV.

22          Do you see that?

23   A.  Yes, I do.

24   Q.  And what concept is this sentence capturing?

25   A.  This is capturing the economic incentives here.  They are

PB3VPER2                          Falk - Direct

1   talking about a validator who's weighing the economic penalty
2   or the economic cost of being slashed against the economic
3   gains of extracting more MEV.
4   Q.  And do you see the phrase here "stealing MEV"?  What is
5   your understanding of how that's used there this context?
6   A.  Yeah.  So that's a pretty standard terminology that the MEV
7   space is very competitive and it's mostly zero sum game.  And
8   so when there are MEV opportunities and there are people
9   fighting for it, usually one person says, I stole the MEV from
10  somebody else.  So there's a victim trader that's going to get
11  sandwiched.  Only one sandwich bot can sandwich them.  And one
12  sandwich bot is going to steal that opportunity from the other.
13  Might say, like, if you're playing soccer, you steal the ball
14  from somebody else because it's a competitive environment.
15  Q.  And in this sentence it says:  The penalty is significant
16  enough to discourage this behavior.  What is "this behavior"?
17  A.  Equivocation; so publishing another block.
18  Q.  And, again, is that sentence accurate in all cases?
19  A.  No.  If the MEV opportunity outweighs the slashing penalty,
20  then this slashing penalty is not enough to discourage the
21  behavior.
22  Q.  And the sentence goes on to say:  Without the possibility
23  of the proposer tampering with them.  Is that accurate?
24  A.  No.  So I mean -- well, it depends a little bit what you
25  mean by "tampering."  So once a block is signed, you cannot

1  modify that block.  Of course, you can sign a new block.  Some

2  people might call that tampering, but, sort of, literally you

3  didn't tamper with the original block.  It's still there.  If

4  you want to think could you publish a new block, of course, you

5  can do that.

6          MR. LOOBY:  Joe, you can take that down.

7  Q.  Professor Falk, are you familiar with something called a

8  commit-reveal scheme?

9  A.  Yes, I am.  Commit-reveal schemes are very common in

10 cryptography.

11 Q.  Broadly speaking, what is a commit-reveal scheme?

12 A.  So commit-reveal schemes were designed to allow essentially

13 untrusted people to engage in some kind of, like, economic

14 activity together.  The original paper was called, like, coin

15 flipping over the phone.

16         But the idea was suppose you wanted to say, like, bet

17 with somebody.  Suppose you want to play, like,

18 rock/paper/scissors with somebody.  And if I throw scissors and

19 you wait to see what I throw, then you're going to win every

20 time.

21         And now, if you're on two separate computers, right,

22 how can I send, sort of, my action and then, like, know that

23 you're not going to wait for me, right?  Whoever goes second is

24 going to win this game.

25         So we need some way where I can essentially, say,

PB3VPER2                          Falk - Direct

1    throw scissors, and I commit to this in a way that commits me

2    to it, but is hiding it from you.

3           And after I've committed, so what I'm going to do is,

4    like, I'm going to write down my throw on a piece of paper and

5    put it an envelope, and I'll put it out there.  And then you

6    can decide, you know, I'm going to throw paper.  And once

7    you've thrown paper, now I can open my commitment and you can

8    be sure that I didn't change my value, right.  I didn't change

9    my value.  And now we can play this game.

10          And so these commit-reveal schemes are crucial in this

11   area where we want to, sort of, you know, gamble or play some

12   games.  But people are, you know, anonymous and they are at a

13   distance from each other.

14   Q.  When used in the blockchain context, what type of

15   commitment is involved in this situation?

16   A.  Yeah.  So a cryptographic commit is like a formal

17   cryptographic primitive that has these properties that it

18   should be hiding, so it should, like, hide my choice.  And it

19   should be binding; so it should bind me to this choice.

20          (Continued on next page)

21

22

23

24

25

PB3RPER3                          Falk - Direct

1    Q.  And when the word commitment is used in cryptography, does

2    it typically have this special meaning?

3    A.  Yes, it does.

4    Q.  Does the MEV-Boost relay implement a commit reveal scheme

5    in the cryptographic sense?

6    A.  No, it does not.

7    Q.  Why?

8    A.  Well, it's fundamentally very different.  In the commit

9    reveal scheme, the person who commits is the one who later

10   reveals.  And some people casually call the MEV-Boost relay

11   kind of a commit reveal scheme because there's a point where

12   the relay reveals the block body, so there's this sort of

13   reveal step.  And beforehand there's the step of signing the

14   block header, which you could think of as like committing

15   yourself to being slashed if you published another block.  But

16   that's not really how commit reveal schemes work in

17   cryptography where the person who commits is also the person

18   who reveals.

19   Q.  When used in cryptography is this commitment, can it be

20   properly conceived of as a commitment to do something in the

21   future?

22   A.  No.  So a commitment is like a commitment to a value, to

23   say, I can't change this value, but in cryptography, you can

24   never commit to sort of do something in the future.  That's

25   like a human action.  There's no cryptographic mechanism to say

1    I'm not going to do something in the future.

2    Q.  In the context of the MEV-Boost relay and the validator, is

3    the validator's commitment, so to speak, on the relay's block,

4    does it prevent the validator from signing a different block?

5    A.  No, not at all.  So if you want to make this analogy to a

6    commit reveal scheme and you want to say that this signature on

7    the block header is a commitment, you cannot change that

8    signature, so that's true.  But it's not a cryptographic

9    commitment because it's not hiding anything.  And you can

10   always sign something else.  That's sort of the nature of

11   digital signatures.

12   Q.  In this context, has the validator committed to putting any

13   particular block on the chain by signing it?

14   A.  No.

15   Q.  Why do we know that?

16   A.  Because one is they just fundamentally have the ability to

17   sign anything they want.  Two is we just saw a bunch of

18   Flashbots documentation, which described what would happen if

19   they signed another thing, so we know Flashbots thought about

20   this?

21   Q.  In your answer now, what is the function of the validator's

22   signature?

23   A.  The validator's signature is to ensure that if they were to

24   publish another block, they would get slashed.

25   Q.  What function generally do digital signatures have in

PB3RPER3                         Falk - Direct

1    Ethereum?

2    A.   Yeah.  So digital signatures are used all throughout

3    Ethereum and through pretty much every other blockchain.  You

4    need them to know sort of where a message came from.  As an

5    Ethereum user, I want to make a transaction, I have to sign it,

6    and that's so that everybody knows that it came from my account

7    and that it wasn't tampered with along the way.  If you change

8    my transaction a little bit, then that signature won't be

9    valid.  And you'd know everybody along the way would want to

10   change my transaction because if I sent a payment to somebody

11   here, sent a payment to Patrick, pretty much everyone along the

12   way would prefer that payment went to them.  And if they tried

13   to change that, that would make that signature invalid.  So you

14   need to know that signature has not been changed along the way.

15          And that goes for the validators too.  When a

16   validator proposes a block, they have to sign it, and that's

17   when the other attesting validators know it came from the

18   proposing validator.  We would all like to propose a block

19   because there's money in it.  But I wasn't chosen as the slot

20   leader because I didn't stake any ETH, and so I cannot sign a

21   block.  But if there were no signatures, of course, I would

22   just propose all the blocks and take all the rewards.

23   Q.   Does a validator's signature play a role in enforcing

24   Ethereum's economic incentives?

25   A.   Yes.  So as I said before, like if a validator signs two

PB3RPER3                        Falk - Direct

1    blocks, now there is sort of concrete evidence of equivocation,
2    and you can write a little program.  And Ethereum has this
3    built in, that when you see two valid signatures on two blocks
4    at the same height, then you can slash that validator.
5                THE COURT:  Mr. Looby, we are right at 12:45.  Do you
6    want to wrap up?
7                MR. LOOBY:  Yes.  Two more questions, your Honor.
8                THE COURT:  Thank you.
9    Q.  Does a validator's signature have to be valid in order for
10   a slashing to occur?
11   A.  Yeah, absolutely.  Again, I could make an invalid signature
12   on somebody else's behalf.  So in order for it to be actual
13   evidence of equivocation, you need to know that both the
14   signatures came from the proposing validator, so they both have
15   to be valid signatures.
16   Q.  When a validator signs two blocks or more in one slot --
17   for a block in one slot, is one signature more valid than the
18   other?
19   A.  No.  They are both just valid signatures.  Signatures are
20   sort of binary.  They are either valid or they are not.
21               THE COURT:  Thank you, Mr. Looby.
22               We're going to take our lunch break.  It's about
23   12:45.  Please be back in the jury room and ready to go in an
24   hour.  My former instructions apply.  Have a nice lunch, and
25   I'll see you this afternoon.

PB3RPER3                              Falk - Direct

1                    (Jury not present)



PB3RPER3                        Falk - Direct



PB3RPER3



PB3RPER3                         Falk- Direct

1

2

3

4

5

6

7

8

9

10          (Jury present)

11          THE COURT:  Please be seated.  I hope you all had a

12   nice lunch.  We're going to continue with witness testimony.

13   Professor Falk can come back down to the witness stand.

14          Mr. Looby, you may proceed.

15          MR. LOOBY:  Thank you.  Joe, if you could kick things

16   off for us by bringing up GX 319 and going to page 4.

17   BY MR. LOOBY:

18   Q.  Professor Falk, this is the builder API document that we

19   were discussing earlier, and there was one question that I

20   neglected to ask you, which is:  Do you see here the two fields

21   parent hash and state root?

22   A.  Yeah.  So --

23   Q.  Are they -- so let me ask the question.  Are these two

24   fields different than the parent root and the state root on the

25   signed beacon block sent by the validator?

1    A.  Yes, they are different.  This is showing the response from

2    the relay to the get header request.  So these are the parent

3    hash and state root that are filled in by the builder and sent

4    through the relay.  And then on the other side, so this is a

5    block for the execution layer.  The validator is going to

6    produce a block for the consensus layer, and that block will

7    have a parent root and a state root that are different fields.

8            MR. LOOBY:  Thank you, Joe.  You can take that down.

9    Q.  Professor Falk, we talked about validators and relays, but

10   who are some other players in the MEV-Boost ecosystem?

11   A.  So there are searchers and builders.

12   Q.  What's a searcher's role?

13   A.  Searchers are people who search the mempool and other

14   sources of transactions looking for MEV opportunities.

15   Q.  What kind of an Ethereum user is a searcher?

16   A.  Searchers tend to be pretty sophisticated because searching

17   is very competitive.

18   Q.  Are searchers engaged in MEV strategies?

19   A.  Yeah.  So that's the primary role of searchers is they come

20   up with some MEV strategy, and we can think of like arbitrage.

21   So if you have an idea that you want to make arbitrage profits,

22   you can look for certain exchanges where you think there might

23   be arbitrage opportunities.  And then you would write some bots

24   that scan on different exchanges, and when a transaction comes,

25   that transaction might change the price on one exchange, and

1    then your bot would automatically make transactions to buy at a

2    low price and sell at a high price.

3    Q.  Mechanically how would a facilitator implement an arbitrage

4    strategy like that?

5    A.  So an arbitrage strategy is sort of clean, that you say, I

6    want to buy at a low price.  So if you notice a price

7    discrepancy, I would buy at a low price and sell what I bought

8    at a high price.  On Ethereum, I can put both of those into a

9    single multi-step transaction, and sign it and send it to block

10   builder.

11   Q.  And both the buy and sell trade in that strategy, do they

12   belong to the searcher who is placing the trade?

13   A.  Yes.  So if I were building an arbitrage bot, I would be

14   buying at a low price and I would be selling at a high price.

15   So they are both my trades, so I can put them into a multistep

16   transaction in Ethereum because they are both mine.

17   Q.  So I think that answer gets at what I was going to ask you

18   next, which is:  When we use the word transactions, in this

19   context that can mean something that contains more than one

20   trade?

21   A.  Yeah.  So on Ethereum, a transaction is sort of the

22   fundamental building block, but a transaction may not be just

23   one trade.  A transaction can be multi-steps.  And so I can

24   program a smart contract to do a whole bunch of things in a

25   row, and when I call that smart contract and ask it to do

PB3RPER3                              Falk- Direct

1    something, that one transaction might execute a whole bunch of

2    things.  It might say I want to borrow some ETH and then use

3    that ETH to buy USDC and then use that USDC to buy some more

4    ETH, and then I can use that ETH to repay the loan of the ETH I

5    borrowed.  And I can do that all in one complicated transaction

6    if I preprogrammed a smart contract to do that for me.

7    Q.  Is there a word for that type of multi-trade strategy

8    within a single transaction?

9    A.  Yeah.  So Ethereum, a transaction, no matter how many steps

10   it has, it either executes completely or fails.  It reverts is

11   the terminology we use.  So if I make a multi-step trade and

12   one part of it doesn't go through for some reason because I try

13   to buy something that doesn't exist or I ask for a price that I

14   can't get, the entire trade will fail.  And that's really nice

15   because it means on Ethereum, I can do what's called riskless

16   arbitrage.

17            In the real world, I try to buy low and sell high.  I

18   might buy low and maybe the price has changed over here and I'm

19   stuck with a thing I don't want.  But on Ethereum I can put

20   these into a single transaction where I buy low and sell high.

21   If the sell fails, then the buy won't go through either.  That

22   is because on Ethereum transactions are called atomic.  They

23   are indivisible.

24   Q.  Maybe it's from the name itself, but how did atomic

25   strategies get their name?

PB3RPER3                        Falk- Direct

1    A.   This is from physics.  The idea that we're all built of
2    molecules.  If you break the molecules down to atoms, at one
3    point we thought atoms were sort of the smallest building block
4    of matter, so we call transactions atomic when they can't be
5    further subdivided.
6    Q.   What is another common MEV strategy that searchers can
7    employ on Ethereum?
8    A.   So we talked a lot about sandwiching.  So sandwiching is
9    another common strategy.
10   Q.   OK.  How does a sandwich attack work at a high level?
11   A.   Yeah.  So the idea of a sandwich attack is that any time
12   somebody buys a token from an exchange, they push the price up.
13   So a sandwich bot will search the mempool or some other source
14   of transactions for a victim who is buying a token, and they
15   will place a front-run trade to inflate the price before the
16   buy, and then they'll let the victim buy to inflate the price a
17   little more.  And the sandwich bot will back-run and sell the
18   tokens they just bought, and they can sell them at a slightly
19   inflated price because the victim in the middle inflated the
20   price a little bit more.
21   Q.   And that victim trade in the middle, is that a trade that
22   the sandwiching bot itself places on the Ethereum network?
23   A.   No.  So that trade is not from a sandwich bot.  That's a
24   trade from some trader and some user, some other person.
25   Q.   Does the victim's trade belong to the sandwich bot?

PB3RPER3                          Falk- Direct

1    A.  No.  So the victim's trade is an Ethereum transaction that

2    was signed by the victim, and the -- it's not from the sandwich

3    bot.

4    Q.  Are the series of transactions within a sandwich attack

5    atomic?

6    A.  No, in Ethereum, you can only have a single transaction as

7    the atomic unit, and you cannot make the transactions from

8    different people atomic.  There's no way to bundle them

9    together in Ethereum.

10   Q.  Is the concept in a bundle even a concept under the

11   Ethereum protocol?

12   A.  So bundles are not a thing under Ethereum.  They're just

13   transactions and a transaction is always originated by a single

14   person.  You can't have a group of transactions from multiple

15   people that are attached together in Ethereum.

16   Q.  What does a sandwich attacker do with its bundle once it

17   has identified the transactions it wants to include?

18   A.  So Flashbots introduced the concept of a bundle, and so a

19   searcher can create a bundle of transactions, like the

20   front-run the victim and back-run.  And they can send them to a

21   builder, and they can request that the builder put them in a

22   block all consecutively.

23          MR. LOOBY:  Joe, if we can please pull up GX 3002-A,

24   which is in evidence, and with the Court's permission, publish

25   it for the jury.

PB3RPER3                        Falk- Direct

1              THE COURT:  You may.

2    Q.  Professor Falk, do you recognize this document?

3    A.  Yeah.  So this is a page from the Flashbots documentation

4    GitHub.

5    Q.  What is this page relating to?

6    A.  This is relating to, I think, the MEV-Geth specification.

7              MR. LOOBY:  Let's go, Joe, if we can, to page 2 and

8    focus on lines 9 through 17.  Excellent.  That's good enough.

9    Q.  Professor Falk, what are we looking at here?

10   A.  Yeah.  So I think we've heard before, but basically before

11   Flashbots built MEV-Boost, when Ethereum was still proof of

12   work, they had a product called MEV-Geth.  And MEV-Geth was a

13   piece of software that an Ethereum miner could run.  And there

14   MEV-Geth allows searchers to send bundles to the miner.

15   Q.  In MEV-Boost, who does the searcher send the bundles to?

16   A.  So when Ethereum moved to proof of stake and Flashbots

17   created this MEV-Boost protocol, and now there's a separate

18   notion of the builder and the searcher sends a bundle to the

19   builder.

20   Q.  Does this transmission have a name?

21   A.  Yeah.  So the searcher would use this ETH send bundle

22   request to send a bundle to the builder.

23   Q.  And do we see that ETH send bundle around line five?

24   A.  Yea.  So here we see a description of this ETH send bundle

25   command that the searcher can use to send a bundle to a

PB3RPER3                        Falk- Direct

1    builder.

2    Q.  Now, this document that we're looking at, does it function

3    like the API that we discussed this morning?

4    A.  Yeah, so this is like the API documentation, which says,

5    here is a description of why you would use ETH send bundle, and

6    then here are the fields that you would send if you want to

7    send to a builder, which a builder is just going to be some

8    computer somewhere, so you have to send it in the format it's

9    expecting.  And here is exactly what it's expecting when you

10   call this ETH send bundle command.

11   Q.  And does this document tell us the information about what

12   searcher conveys to the builder?

13   A.  Yeah.  Yes, it does.

14   Q.  What is it telling us?

15   A.  So here we see you send a list of transactions that you

16   want in your bundle.  You send a block number, which is the

17   block number you want your bundle to land in.  You put a

18   minimum and maximum timestamp, which is like basically the

19   timestamp of the block, so it's just a time window when you

20   hope that these would land.  And the final thing is just these

21   reverting transactions, which to say, I want this bundle to

22   land all together, and it's OK if some of them fail.  Or you

23   could say, I want all of them -- I only want them if they all

24   execute together, or you can say, I'm OK if some subset of them

25   fail, and you can specify that in the transactions.

PB3RPER3                         Falk- Direct

1   Q.  Does all this information add up to the searcher's

2   preferences regarding their bundle?

3   A.  Yeah.  So this is the command that the searcher uses to

4   communicate their bundle preferences to the builder.

5   Q.  Does the builder have to honor those preferences from the

6   searcher?

7   A.  No.  So what we've heard before is that the builder and the

8   searcher have what's called a trusted relationship, so there's

9   no cryptography that's protecting their interaction.  And it's

10  basically reputation, so when you send -- when a searcher sends

11  to a builder, the builder could, in principle, do whatever they

12  want and unbundle and extract MEV for themself.  They do not do

13  that because there are very few builders and they have a

14  reputation.  And as soon as you started doing that, you would

15  lose all your customers.  Searchers would stop sending to you

16  if you unbundle their transactions, and so builders are

17  incentivized not to do that because they want to protect their

18  reputation.

19  Q.  How does that trust relationship between searchers and

20  builders compare to the relationship between searchers and

21  validators?

22  A.  So validators in Ethereum are considered untrusted.  There

23  are over 1 million validators on Ethereum, and anyone can sign

24  up to be a validator because it's a permission-less system.

25  Right now there are two buildings who build over 85 percent or

PB3RPER3                          Falk- Direct

1    so of blocks on Ethereum.  So they have a sort of long-term

2    reputation to uphold.  If you are one of the two builders and

3    somebody sends you a bundle and you start unbundling, you will

4    lose all of your revenue.

5    Q.  Does this request from the searcher to the builder ever get

6    conveyed to the validator?

7    A.  No.  So this never gets conveyed to the validator.  This is

8    just a communication from the searcher to the builder, and

9    there's no way for the builder to convey sort of bundle

10   preferences to the validator.

11   Q.  Does this request from the searcher to the builder even get

12   conveyed to the relay?

13   A.  No.  So when the relay is in place, we see the searcher

14   sends a bundle to the builder.  The builder produces a block

15   where there's no information about bundles, and they send that

16   to the relay.  So the relay sees nothing about bundles, and the

17   relay sends a block to the validator.  The validator also sees

18   nothing about the underlying bundles.

19   Q.  Does the message get sent to anybody but the builder?

20   A.  No.  This is just a message from the searcher to the

21   builder.

22          MR. LOOBY:  Joe, if we could please take this down

23   exhibit and pull up DX 5010, this time on page 4 of the slide

24   to show.  There's more nifty animation, but we'll just get to

25   the point.

PB3RPER3                         Falk- Direct

1   Q.  Professor Falk, what does this show?

2   A.  This shows the sort of flow as transactions move from the

3   mempool to searchers to builders to relays.

4   Q.  All right.  Let's start with the far left.  What's going on

5   over here in that third of the diagram?

6   A.  So this is supposed to -- I sort of represent there are

7   users who may be anybody.  They could be people or institutions

8   or bots.  They send signed transactions to the mempool, and the

9   transactions of the mempool are gossiped around between the

10  Ethereum validators.  And then there are sandwich bots who sort

11  of scan the mempool looking for arbitrage opportunities or

12  sandwich opportunities.

13  Q.  And Professor Falk, each of the transactions that are

14  floating in this mempool, they have a little thumbprint image

15  on them.  What does that represent?

16  A.  In Ethereum, every transaction has to be signed by its

17  creator.  That way everybody knows who originated that

18  transaction, so every transaction in the mempool is signed.

19  Q.  Are all of these signed transactions in the mempool atomic

20  as you have explained to the jury?

21  A.  Yeah.  So in Ethereum, every transaction is atomic.  Like

22  that is the atomic unit.  There are no transactions that are

23  not atomic, and there's no group of transactions that is

24  atomic.  Like the transaction is the atomic unit, and it's the

25  only atomic unit.

PB3RPER3                          Falk- Direct

1   Q.  Moving to the middle, and we saw earlier there was an

2   animation where this trio of transactions was taken out of

3   the -- one of them was taken out of the mempool, and it was

4   passed along this line, and now it's at the builder.  Just to

5   orient us.

6           Professor Falk, do you see the dotted red line around

7   the three transactions in that portion of the slide?

8   A.  Yes, I do.

9   Q.  And what does the dotted red line represent?

10  A.  That is, I think, supposed to represent a bundle; that the

11  searcher put those three transactions together in a bundle when

12  they sent them to the builder.

13  Q.  And each of those transactions in that bundle, they each

14  have an individual thumbprint on them.  What does that

15  represent?

16  A.  Every transaction in Ethereum always has to be digitally

17  signed, so all of these three transactions are also digitally

18  signed.

19  Q.  Is there a thumbprint on the bundle?

20  A.  No, because the bundle is not a transaction.  It's not a

21  thing in the Ethereum.  There's no signature around the bundle

22  as a whole.  There's just signatures on the individual

23  transactions.

24  Q.  Now, going further to the right, now we're at the relay.

25  The dotted line is gone.  Why?

PB3RPER3                           Falk- Direct

1    A.  When the builder sends a block to the relay, there's no

2    longer bundle information.  They just convey the block, and the

3    block has transactions in it.  But there are no bundle

4    boundaries that the relay can see.

5    Q.  Again, is this bundle atomic?

6    A.  This bundle is not atomic.  These transactions are the only

7    atomic thing in Ethereum.

8    Q.  And I know the validator is not on this screen, but when

9    the block with the three transactions, if it were to make it to

10   the validator, would the validator be able to see the bundle?

11   A.  No, because the bundle is already gone by the time it gets

12   to the relay, and the validator cannot see any bundles.

13   Q.  While we're on the topic of sandwich attacks, what is the

14   nature of the trading environment on Ethereum?

15   A.  So MEV in general is extremely competitive.  There's a lot

16   of money, and it's available to whoever is sort of the fastest

17   at getting it.  And so it's super competitive and super

18   adversarial.

19   Q.  What type of users are sandwich attackers?

20   A.  Sandwich attackers have to be very sophisticated.  You have

21   to understand the type of transactions you can sandwich, and

22   you have to write sandwich bot code that can quickly identify

23   these transactions and very quickly make these trades

24   automatically.

25   Q.  Is this big business?

1    A.  Yeah, this is.  There's lots of money in MEV.  I think

2    we've heard that on average there's maybe .1 ETH of MEV per

3    block, and that's an average, but there's a block every 12

4    seconds.  So there's 3,600 blocks every 12 hours, and 72 blocks

5    every single day, so that's 7,200 ETH of MEV to be extracted

6    every day.  At prices of like $400,000 an ETH, it's like

7    $2.8 million a day being extracted in MEV that's sort of

8    available to whomever is able to capture it.

9    Q.  And that's every day?

10   A.  That's every day on average.

11   Q.  Can just anybody compete in the MEV space?

12   A.  So in principle anybody can compete.  Ethereum is

13   permission-less.  Anybody can write code.  When I teach about

14   MEV, all the students are, wow, this is great.  There's

15   millions of dollars on the floor.  Let's all write MEV bots.  I

16   usually try to discourage them because I mean, first in terms

17   of sandwiching, it's not a sort of nice activity, but the space

18   itself is also extremely competitive.  Most of my students, I

19   think, couldn't write code that could be competitive in this

20   space, and it's also very risky.  Sandwich bots usually lose

21   money.

22   Q.  Have sandwich bots attacks inspired countered strategies on

23   the Ethereum network?

24   A.  Yes.  Sandwich bots regularly attack each other, and they

25   are attacked by other people competing for the same MEV

PB3RPER3                        Falk- Direct

1    opportunities.  This is a zero-sum game among some really

2    highly sophisticated actors.  So they're always trying to

3    essentially take MEV opportunities from each other.

4    Q.  Professor Falk, does the mempool have a nickname?

5    A.  Yes.  So a lot of people call the mempool a dark forest.

6    There was like a really influential blog post by a researcher

7    named Dan Robinson who said if you're in mempool, it's like a

8    dark forest.  And that comes from -- there was a Netflix show

9    called the "Three Body Problem" that came from a series of the

10   books.  In the sci-fi books, the second book was called "The

11   Dark Forest," and the idea being why like don't we see other

12   sentient beings in space, and it's because there are these apex

13   predators in space as soon as you identify yourself, you are

14   immediately killed.  And so everybody who has identified

15   themself has been destroyed, and the mempool is kind of like

16   that.  Once you put your transaction there, you should expect

17   to be torn apart.

18   Q.  And what does that tell us about the MEV ecosystem on

19   Ethereum?

20   A.  It's extremely competitive and extremely adversarial.

21   Q.  Does this competition for MEV happen out in the public

22   view?

23   A.  It's fairly public that the MEV pool itself is public, and

24   although you can't see individual sandwicher's strategies, once

25   a block lands on the blockchain, then we said all Ethereum

1    transactions are public.  And so you can see all the successful

2    sandwiches.  It's not super easy to see all of the failed

3    sandwiches.  So, again, for a sandwich opportunity, there's

4    probably lots of bots that are trying to sandwich it, and only

5    one of them can.  It's fairly complicated to see all the

6    failures because those don't actually execute, but yeah, it's

7    pretty public.

8    Q.  Do participants in MEV strategies take actions to enhance

9    their privacy?

10   A.  Yeah.  So in most trading environments, you don't want your

11   competitors to kind of know too much about your strategy or

12   your identity, and so it's pretty common for people in the

13   blockchain space in general to try to hide their identity

14   especially for active traders.

15   Q.  What are some ways that they can do that?

16   A.  So Ethereum itself is what we call pseudonymous.  So your

17   name is not associated with anything but your address is, and

18   so you can take basic steps to hide your addresses.  You can

19   use multiple different addresses and keep rotating what

20   addresses you use.  For individuals in the space, a lot of

21   people use pseudonyms because they don't want people on the

22   street to know that they have lots of crypto because that would

23   expose them to physical attacks.  People come in, break into

24   their house, and try to steal their crypto wallets.  To try to

25   hide your transactions, you can use mixing services that try to

PB3RPER3                          Falk- Direct

1   mix your money; that you can sort of take one address which
2   you've used a lot, and get yourself a clean address with your
3   money in it that people don't know is associated with you.
4   Q.  I want to ask you a little more about pseudonyms.  Are
5   those used by prominent members of the Ethereum community?
6   A.  Yeah, they're pretty common.  I think we heard from Bert
7   Miller's testimony that he went by MEV Senpai.  And I heard
8   actually podcasts with MEV Senpai.  I didn't know it was Bert
9   Miller until I actually heard his testimony.
10  Q.  How about Samczsun?  Is that a known pseudonym in the
11  space?
12  A.  Samczsun, I think, Bert Miller talked about him too.  He is
13  a prominent security researcher, so he writes -- whenever
14  there's some kind of security incident, he writes some story
15  about it.  I've read tons of stuff by Samczsun.  I have seen
16  Zoom talks.  In a Zoom talk, he covers his face with like an
17  anime avatar and uses a voice modulator, so I don't know who he
18  is, but he is very well known in that crypto space as Samczsun.
19  Q.  How about Zachxbt?
20  A.  He is a Twitter influencer.  I don't know his real name,
21  but he is super influential on Twitter about crypto stuff.  He
22  is actually so influential, people created a bot that is called
23  AIxbt that is supposed to mimic him, and the bot now has half a
24  million Twitter followers.  So the copycat has half a million,
25  and the bot recommends crypto tokens all the time.  I wanted to

PB3RPER3                          Falk- Direct

1   see if the bot was any good, so we scraped all of AIxbt's

2   tweets and looked if his predictions were any good, and

3   surprisingly they were pretty good.

4   Q.  Professor Falk, the use of pseudonyms are not a way to

5   guarantee anonymity, does it?

6   A.  No, no.  Pseudonyms are not a way to totally guarantee

7   anonymity.

8   Q.  We've been talking about Ethereum and MEV-Boost generally,

9   and I'd like to ask you a few questions about omakase

10  specifically.  Are you familiar with the trading strategy with

11  that name?

12  A.  Yes, I am.

13  Q.  In connection with omakase, we've heard testimony in this

14  trial about allegedly bait transactions.  Do you know what that

15  term refers to in the context of this case?

16  A.  Yes, I do.

17  Q.  OK.  And what are those?

18  A.  So those are transactions that were created by the omakase

19  bots.  They were transit trades on Uniswap tools.

20  Q.  And where were they when the sandwich bots encountered

21  them?

22  A.  They were in the public mempool.

23  Q.  What information would be available to the bots when they

24  encountered the trades there?

25  A.  As I said, Ethereum is totally public, so the full

PB3RPER3                        Falk- Direct

1    transactions are just available.  Like there's everything about

2    the transaction is in the transaction.  There's no other

3    information.

4    Q.  How would a sandwich bot evaluate the transactions?

5    A.  So because Ethereum is deterministic, usually the way bots

6    would evaluate transactions is they would simulate them to see

7    what they do because that's easier than actually -- as a human,

8    you can kind of read the code in a transaction if you wanted

9    to.  If you want to do this automatically, it's hard to get a

10   computer to read the code and tell you what it does.  It's

11   easier to just run the transaction and see what effect it has.

12           There's lots of tools for simulating Ethereum

13   transactions.  I use them all the time.  I have my students use

14   them all the time.  As a sandwich bot, you can run a

15   transaction and run it locally on your machine to see what

16   effect it has.

17   Q.  And does that simulation process involve making

18   assumptions?

19   A.  So a transaction doesn't execute alone.  It executes in the

20   whole context of Ethereum.  And so when you make your

21   stimulation environment, you have to guess what the environment

22   is where you want to simulate this transaction.

23   Q.  So what is one thing a bot could make an assumption about

24   when running a simulation?

25   A.  So you have to make -- given a transaction, I don't know

PB3RPER3                          Falk- Direct

1   what block it's going to land in, and I don't know what -- say

2   it's a transaction that trades on Uniswap.  I don't necessarily

3   know what the state of the Uniswap pool will be, how much money

4   will be in the Uniswap pool at the time this transaction lands.

5   And so I have to make some assumptions about what block it's

6   going to land in and what are the state of other accounts it's

7   going to interact with at that time.

8   Q.  Can a bot run multiple simulations?

9   A.  Yeah.  You can run as many simulations as you want.  Blocks

10  happen every 12 seconds, and bots would typically run as many

11  simulations as they can in the short time window that they

12  have.  Part of what makes this a competitive space is that you

13  want to optimize your simulation environment so that you can

14  simulate as much stuff as possible in the short time window you

15  have.

16  Q.  Will an Ethereum transaction behave exactly the same way if

17  simulated under identical assumptions?

18  A.  Yeah.  As I said before, Ethereum is deterministic and this

19  means like there's no randomness.  There's nothing that can

20  change.  Ethereum transactions will always behave in the same

21  way assuming that the things they are interacting with are in

22  the same state as when they start.

23  Q.  And is that true of the alleged bait transactions?

24  A.  That's true of every Ethereum transaction, including the

25  alleged bait transactions.

PB3RPER3                              Falk- Direct

1   Q.  By the way, Professor Falk, do you know whether or not

2   those alleged bait transactions were added to the blockchain?

3   A.  Yes, they were.

4   Q.  What does that tell us about them?

5   A.  That they were valid Ethereum transactions.  They were put

6   in blocks on the blockchain.

7   Q.  OK.  Moving along, I'd like to ask about and this is a

8   little specific, but some fields on the signed blinded beacon

9   block that the validator sends to the relay, if that's all

10  right with you?

11  A.  Sure.

12  Q.  OK.  We've heard about the parent root and the state root

13  field.  What is the role of the parent root field?

14  A.  So the parent root is to give -- in a blockchain, the

15  preceding block is the parent block, and so that gives

16  information about what is the previous block in the chain.

17  Q.  What about the state root?

18  A.  And so Ethereum you can think of as what's called a state

19  machine.  It has millions of accounts on it, and these accounts

20  have different balances.  They could be different user

21  accounts.  The state root is a little fingerprint of the entire

22  state of the blockchain at that given time.

23  Q.  Was the relay even checking these two fields on April 2,

24  2023?

25  A.  No.  The relay did not check these fields at all.

PB3RPER3                         Falk- Direct

1    Q.  What does that tell us about the relay's role in the

2    MEV-Boost system?

3    A.  Well, we already saw documentation that said that the

4    relay's role was to ensure that if a validator signed another

5    block, that it would be slashed.  These fields are not checked

6    when you check for equivocation penalties, and they're not

7    checked by the relay because they had nothing to do with

8    slashing or equivocation.

9    Q.  On April 2, 2023, was the relay checking the fields that

10   were necessary to have a successful slashing?

11   A.  Yeah.  The relay was checking the fields that you needed to

12   check if you wanted to get the validator slashed.

13   Q.  Does the Ethereum protocol say anything about what a

14   validator must put in the parent and state root fields on the

15   signed blinded beacon block?

16   A.  No, not at all.  The validators are given complete control

17   to do whatever they want.  If they put various sort of mangled

18   things in there, the other attesting validators will probably

19   reject that block.  But as a validator, you are allowed to put

20   anything you want there, and in particular, if you put stuff in

21   there that the other protesting validators reject, that's

22   equivalent to you just not producing a block at all.

23   Q.  Is there anything improper under the Ethereum protocol

24   about a validator signing an invalid block?

25   A.  No.  There's nothing improper about that.

PB3RPER3                          Falk- Direct

1    Q.  Did the omakase validator sign the blinded beacon block

2    header that it received from the relay?

3    A.  Yes, it did.

4    Q.  Was there a consequence for that?

5    A.  Well, that meant when they signed another block, they were

6    slashed.

7    Q.  Was that signature by the omakase validator a promise not

8    to publish another block to the chain?

9    A.  No.  That's not the way signatures work.  That signature

10   was basically to ensure that this specific block header came

11   from this specific validator.

12   Q.  Was the omakase validator's signature a representation

13   regarding the accuracy of the parent and state root fields?

14   A.  No.  That's not the way cryptographic signatures work.  In

15   Ethereum or pretty much anywhere else, the signature is an

16   assurance that this message came from this validator.

17   Q.  Are you aware, Professor Falk, of allegations in this case

18   that the bait transactions, so to speak, were not added in the

19   sandwicher's proposed bundle order?

20   A.  Yes.

21   Q.  And was the block that the omakase validator received from

22   the relay ever modified?

23   A.  Well, again, this comes down to the word "modify," but once

24   you've signed a block, you cannot modify that block.  So in

25   this case, the omakase validator produced a new block, but that

PB3RPER3                         Falk- Direct

1    original block is still there and that original signature is

2    still on the original block.

3    Q.  And is that action of proposing a new block consistent with

4    the validator's role under the Ethereum protocol?

5    A.  As we have discussed, the validator can assign multiple

6    blocks if it wants to.

7              MR. LOOBY:  Joe, if you could please pull up GX

8    5012-AA, which is already in evidence, and with the Court's

9    permission, we may publish.

10             THE COURT:  You may publish.

11   Q.  Professor Falk, do you recognize this document?

12   A.  Yes.  This is a screenshot of Etherscan, which is a public

13   block explorer.

14   Q.  What is it a screenshot of?

15   A.  This is the block in question.  This is the block that

16   landed on the chain.

17   Q.  So is this the block that the omakase validator proposed?

18   A.  Yes.  This is the block that the omakase validator

19   proposed.

20   Q.  Are the sandwich bot's trades on here?

21   A.  Yes, there are.

22   Q.  Can you identify some of those for us?

23   A.  Yeah, I can.  This is a list of transactions.  It says

24   there are 24 transactions totaled in this block.  The way this

25   is displayed is the bottom ones execute first, so you think of

PB3RPER3                         Falk- Direct

1    this as executing bottom up.  If you look at the top three

2    here, those top three, the top one would be the sandwich bot

3    back-run.  And then the transaction from the omakase validator,

4    and then the sandwich bots front-run is the third one down.

5    Q.  OK.  And is there anything to demarcate the bundle

6    preferences of the searcher on the block?

7    A.  No.  As we've said before, by the time the block gets to

8    relay and then to the validator, there are no bundles there.

9    And Etherscan is just taking these blocks from the public

10   Ethereum blockchain.  So there are no bundle delineators on

11   Etherscan either because they are just not on the chain.

12   Q.  Let's start with the front-run trade, which I believe you

13   said was the third one down in this sandwich bundle.  Did that

14   front-run trade go through as coded by the sandwich bots?

15   A.  Well, in general, every transaction goes through as coded.

16   You can't change a transaction.  They all go through as coded,

17   but, yeah, that one went through.  It bought from the pool just

18   as the sandwich bots intended.

19   Q.  And same with the back-run transaction up above, did that

20   go through as coded?

21   A.  So this also depends on what you mean by "go through."  We

22   see that red exclamation point there.  That means the

23   transaction reverted, so that means the transaction was put on

24   the chain exactly as the originator, in this case the sandwich

25   bot, intended.  But it means that the sandwich bot put in logic

PB3RPER3                          Falk- Direct

1    into their transaction that they did not want to sell if they

2    did not get a price that they liked, so they chose to revert

3    their transaction rather than sell.

4    Q.  Did anything the omakase validator do alter or modify

5    either of these trades?

6    A.  No.  You can't modify other people's trades because they

7    have a digital signature on them.

8    Q.  With whom did the sandwich bot trade in the front-run

9    trade?

10   A.  We've heard these were all trades on Uniswap, and Uniswap

11   is one of the most popular what we call decentralized

12   exchanges.  And the way Uniswap works is you trade with the

13   pool that is called peer-to-pool model, as opposed to a

14   peer-to-peer model, people trading with each other.  Every

15   trade with Uniswap, you trade with the pool of tokens that are

16   held by Uniswap.

17   Q.  Did the sandwich bots trade with the Peraire-Buenos?

18   A.  No, they did not.  They traded with the Uniswap pool.

19              MR. LOOBY:  Joe, if you could pull that down, and

20   instead pull up Government Exhibit 5012-AP, which is already in

21   evidence.  With the Court's permission, we will publish.

22   BY THE COURT:  You may.

23   Q.  Professor Falk, do you recognize this document?

24   A.  Yes.  This is an Etherscan page that shows the details of

25   one of these transactions.

PB3RPER3                          Falk- Direct

1   Q.  And zooming in, do you recognize this as either a front-run

2   or a back-run transaction?

3   A.  This will be a front-run transaction.

4   Q.  How much -- well, what is this transaction for?

5   A.  So this is a trade on Uniswap V2 that trades ETH for this T

6   token.

7   Q.  How much ETH is being traded?

8   A.  So here we can see they traded 2,766 ETH for 118 T tokens.

9   Q.  OK.  Beside the ETH in parentheses, we see a dollar amount.

10  Do you see that?

11  A.  Yes, I do.

12  Q.  Is that dollar amount the value in 2023 or when this PDF

13  was made?

14  A.  That's the current value amount or dollar amount when this

15  PDF was made.  Etherscan sort of as a courtesy puts into

16  parentheses the dollar amounts.

17  Q.  Did you look into the value of that amount ETH, 2,766.89

18  ETH, back in April of 2023 in preparation for your testimony

19  today?

20  A.  Yes, I did.

21  Q.  And about how much was that amount of ETH worth?

22  A.  It was about $5 million worth of ETH.

23  Q.  Now, in this transaction is it the T token that the

24  sandwich bot is purchasing?

25  A.  Yeah.  So the sandwich bot is using ETH to buy T tokens.

1    Q.  Did the sandwich bot purchase that T token from the

2    Peraire-Buenos?

3    A.  No.  They purchased it from the Uniswap pool.

4    Q.  Did anything the Peraire-Bueno's do affect the price that

5    the sandwich bot paid for those T tokens?

6    A.  No.  The Uniswap pool automatically calculates the price,

7    and other people can't affect that.  So this trade went through

8    with the pool, and the sandwich bot got the exact amount of T

9    token that they expected.

10   Q.  Do you know approximately how much the sandwich bot stood

11   to profit if the sandwich attack strategy had succeeded?

12   A.  I think it was about 600-some dollars.  But in general you

13   can think that the sandwich trading is a zero-sum gain.  So all

14   of the sandwich bot's profits come from the losses of the

15   victim trader, and the victim trader's maximum loss is the

16   total amount they're trading.  So you can never -- you can kind

17   of get an upper bound on the sandwich bot's profit by the size

18   of the victim trade.

19              MR. LOOBY:  And, Joe, if we could take this down and

20   pull up DX 5010 and go to page 5.

21   Q.  Professor Falk, what is this slide showing us?

22   A.  This slide shows the size of the sandwich bots front-run

23   trade against the size of the victim trade, which is also

24   essentially the amount of profit they could make.  Because if

25   some sandwich had gone through, the victim trader would have

1  lost all of their money, their entire trade, which was about

2  $676.

3  Q.  I know that you have your Ph.D. in math, so I will ask you

4  this.  About how many times larger is that front-run trade in

5  value than the potential profit?

6  A.  So if we think of this as about $5 million, that's a five

7  with six zeros.  And if we think of it as $600, that's a six

8  with two zeros, so that's like a four-zero difference.  It's

9  about 10,000 times bigger, but since five is less than six,

10  it's a little less than that, so about 7,000 times bigger.  So

11  the sandwich bot was trading 7,000 times as much as they were

12  expecting in profits.

13  Q.  Did you do an analysis of the different amounts that the

14  sandwich bot could have profited from this same sandwich attack

15  using less money in the front-run?

16  A.  Yes, I did.

17         MR. LOOBY:  Joe, if you could turn to the next slide.

18  Q.  And Professor Falk, big picture, what is this slide showing

19  us?

20  A.  As we've talked about before, you can simulate and you can

21  simulate Ethereum transactions, and you can replay the

22  blockchain in different orders if you want.  So I do that a

23  lot, so I was doing that here.  You can put in a victim trade

24  of the same amount and see what the profits would be at

25  different front-runs or different sandwiches if they had gone

PB3RPER3                        Falk- Direct

1   through in the block in question.

2           So on the left, we see the sandwich bots spend in

3   reality, it was about $5 million, and their expected return if

4   their sandwich had gone through, would be about $676.32.

5   But --

6   Q.  Professor Falk, looking at the Y axis here, does it jump

7   from about $2,000 to about $5 million?

8   A.  Yeah.  This is sort of a problem with plotting, that if you

9   just tried to plot this normally, the sandwich bots spend was

10  so large that it couldn't see any of the other bars.  So we had

11  to make this kind of broken chart here.  But you should imagine

12  the sandwich bots bar being 7,000 times as tall as the blue

13  bar.

14  Q.  Let's move over one bar.  What is this showing us?

15  A.  So if you imagined a sandwich bot who had done a front-run

16  trade but only front-run by .1 ETH, that would have cost them

17  about $179 at current ETH prices.  And using that much smaller

18  sandwich, they would have extracted $676.17 from the victim.

19  So they would have gotten 15 cents less in their return.

20  Q.  And how does the amount that they put at risk in their

21  front-run differ between that strategy on the left and

22  immediately to the right?

23  A.  Yeah.  So in their actual trade, they traded thousands of

24  times more.  They traded their 2,700 ETH, and they could have

25  traded .1 ETH and received approximately the same profit.

PB3RPER3                        Falk- Direct

1   Q.  Well, it's a couple cents less, right?

2   A.  Yeah.  It's about 15 cents less.

3   Q.  And tell us about the other two bars on the right.

4   A.  So they could have sandwiched it even less with .01 ETH, so

5   about 18 bucks worth of ETH.  And there they would have made

6   almost $2 less profit, only $674.

7   Q.  Across the top of the chart, is there a red line?

8   A.  Yeah.  So that's representing at the time, there was 1 ETH

9   slashing penalty, and at the time, ETH was about $1,800.  So

10  this was the cost that a validator would have to pay if they

11  wanted to produce another block.  And so here, this is sort of

12  for reference that if a sandwich bot had only front-run by .1

13  ETH, that would be well under the slashing penalty, and

14  validators would not be incentivized to produce another block

15  because they would stand to lose much more in the slashing

16  penalty than they could possibly gain from the sandwich bot.

17  Q.  And to be clear, Professor Faulk, the strategy that the

18  sandwich bots in this case ran, that's the one on the far left,

19  right?

20  A.  Yes.  The sandwich bots ran this crazy strategy where I

21  assume they just wrote their optimizer to optimize every penny

22  of their returns sort of irregardless of how much it cost them.

23          MR. LOOBY:  All right.  Joe, we can take this down.

24  Q.  Professor Falk, remind the jury again — we'll let you get

25  a sip of water — what is an equivocation?

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

PB3RPER3                        Falk- Direct

1    A.  An equivocation in Ethereum is when a validator signs two

2    blocks at the same block height.

3    Q.  Did omakase involve an equivocation?

4    A.  Yes, it did.

5    Q.  What was the result of the omakase validator's

6    equivocation?

7    A.  They were slashed.

8    Q.  Why does the Ethereum protocol disincentivize signing two

9    blocks for the same slot?

10   A.  Because the Ethereum blockchain, you want to have one block

11   at every slot, and so it's not good to have two blocks at the

12   same slot.  Then the rest of the attesting validators have to

13   kind of clean that up.

14   Q.  And will having two blocks for the same slot, does that

15   pose problems for the Ethereum network?

16   A.  So if the chain actually forked, that would be a big

17   problem.  The whole purpose of the consensus mechanism is to

18   ensure that that doesn't happen, and that didn't happen here.

19   Q.  Did omakase pose a risk of a fork?

20   A.  No.  In this case, it didn't pose any risk of a fork

21   because one of the blocks everyone knew was going to be

22   rejected by the attesting validators.  So the whole sort of

23   consensus process didn't really come even into play.  There was

24   really only one block that was valid.

25   Q.  Did omakase pose any risk to Ethereum stability?

PB3RPER3                              Falk - Cross

1   A.  No, not at all.

2   Q.  Did omakase violate any Ethereum protocol?

3   A.  No.

4   Q.  Was omakase consistent with the Ethereum protocol?

5   A.  Yeah, the Ethereum protocol assumes validators will act in

6   their economic interest and the omakase validator did.

7   Q.  Did omakase fit into the competitive landscape for MEV

8   strategies that exists on Ethereum?

9   A.  Yes, it did.

10              MR. LOOBY:  No further questions.

11              THE COURT:  Thank you, Mr. Looby.

12              Mr. Levander.

13              MR. LEVANDER:  May I approach, your Honor?

14              THE COURT:  You may.

15              Mr. Levander you may proceed

16              MR. LEVANDER:  Thank you, your Honor.

17  CROSS-EXAMINATION

18  BY MR. LEVANDER:

19  Q.  Good afternoon, Professor Falk.

20  A.  Hi.

21  Q.  I want to talk about your day job.  One of things you do is

22  write and publish articles?

23  A.  Yes.

24  Q.  You read articles written by other academics in your field?

25  A.  Yes, I do.

1   Q.  You read articles by important blockchain organizations

2   like the Ethereum Foundation?

3   A.  Yes, I do.

4   Q.  Staying up to date with other researchers in your field is

5   an important part of your job, correct?

6   A.  Yes, it is.

7   Q.  And if you are going to write about a topic, one of the

8   things you do is see who else has written about it?

9   A.  Yeah.

10  Q.  One of the things you've researched and written about is

11  stable coins like USDC and USDT, correct?

12  A.  Yes.

13  Q.  USDT a stable coin issued by Tether?

14  A.  Yes.

15  Q.  If I refer to it as Tether, you know what I'm referring to?

16  A.  Yes, I do.

17  Q.  Fair to say that Tether is a popular cryptocurrency?

18  A.  Yes, it is used by a lot of people.

19  Q.  It's largely traded?

20  A.  Yes, it is.

21  Q.  The total value of all the USDT in supply is over

22  $100 billion?

23  A.  Yes, it is.

24  Q.  And there's billions of dollars of Tether traded every day?

25  A.  Yes, there is.

PB3RPER3                          Falk - Cross

1   Q.  Tether has existed for more than a decade, correct?

2   A.  Probably around that.  I don't know exactly when it was,

3   but approximately.

4   Q.  Some crypto assets can't be locked or frozen, correct?

5   A.  Yes.  That's correct.

6   Q.  But stable coins such as USDC and USDT are controlled by

7   smart contract and therefore can be frozen?

8   A.  Well, all the tokens on Ethereum other than ETH itself are

9   controlled by smart contracts.

10  A.  And USDT and USDC are both tokens that can be frozen,

11  correct?

12  A.  Yes, they are.

13  Q.  One method of freezing is called blacklisting, correct?

14  A.  Yes, it is.

15  Q.  And blacklisting involves a particular digital address

16  being restricted from transferring tokens, correct?

17  A.  Yes.

18  Q.  A method for circumventing the blacklisting features of

19  USDC and USDT is known as wrapping, correct?

20  A.  So wrap tokens exist all around.  If you wrap a token, then

21  you've created a derivative token essentially, and that token

22  may or may not have the blacklisting features of the

23  underlying, yes.

24  Q.  So token wrapping can take many forms, you're saying?

25  A.  Yeah.  It's used very widely.

PB3RPER3                          Falk - Cross

1    Q.  But the basic idea is to use another smart contract as an

2    intermediary, correct?

3    A.  Yeah.  It's usually used in bridging.  If I have token --

4    if I have USDC on Ethereum and I want to move it to another

5    blockchain like Solana, I cannot actually move it myself.  So I

6    can essentially walk it on one side and get somebody to make me

7    a derivative asset, like a wrapped asset, on the other side.

8    Q.  So Professor Falk, for example, to circumvent blacklisting,

9    a user can deposit USDC or another token into in the MakerDAO

10   protocol in exchange for Dai tokens?

16   Q.  I'll repeat the question for you.

17          To circumvent blacklisting, a user can deposit USDC or

18   another token into the MakerDAO protocol in exchange for Dai

19   tokens?

20   A.  So MakerDAO is a decentralized protocol, and it does allow

21   you to mint these Dai tokens, and you can put all kinds of

22   collateral up to minute them.  It does allow you to put USDC up

23   as collateral to mint Dai, that's correct.

24   Q.  And if you do that, from the perspective of the USDC

25   contract, the MakerDAO protocol looks like the owner of the

PB3RPER3                         Falk - Cross

1    USDC, correct?

2    A.  Yeah.  So on the blockchain, MakerDAO now owns the USDC,

3    and they have given you some Dai, which is the token they

4    create.

5    Q.  Blacklistings tokens like Tether is primarily used to

6    address unwanted user behavior, correct?

7    A.  Yeah, I think primarily.

8    Q.  As of October 2023, which is just the last date you updated

9    this on your GitHub page, less than 1,000 Tether accounts had

10   ever been blacklisted?

11   A.  If you say so.  I did make a GitHub page, which, at the

12   time, listed how many Tether accounts were blacklisted, but I

13   don't remember how many.

14           MR. LEVANDER:  Ms. Kerest, can you pull up Government

15   Exhibit 8052 and go to page 3.

16           MR. LOOBY:  Do you have paper copies of these?

17           MR. LEVANDER:  It will be on the screen.

18   Q.  I direct your attention to the second line underneath where

19   it says "freezing."  Can you take that down, Ms. Kerest, once

20   the witness has a chance to read it?

21   A.  Should I read the whole thing or just this line that says

22   "freezing."

23   Q.  You can read the section that says "freezing."

24   A.  OK.  Yeah, that's short.

25   Q.  Does that refresh your recollection that as of 2023, less

PB3RPER3                        Falk - Cross

1   than 1,000 Tether accounts had ever been blacklisted?

2   A.  Yep.

3           MR. LEVANDER:  Ms. Kerest, can you pull up for the

4   witness, the Court, and the parties what has been marked for

5   identification as Government Exhibit 8027.

6   Q.  Professor Falk, this is an article titled "Equivocation

7   Attacks in MEV-Boost and EPBS" by Francesco D'Amato and Mike

8   Neuder that you relied on in formulating the opinions you've

9   relied on in formulating your opinions you testified to in this

10  case, correct?

11  A.  Looks like it.

12  Q.  And Professor D'Amato and Mike Neuder are both researchers

13  with the Ethereum Foundation, correct?

14  A.  I actually don't know Francesco, but I know Mike Neuder,

15  yeah.

16  Q.  And this article was published on Ethereum.org, correct?

17  A.  That's what it looks like.

18  Q.  Mike Neuder is a well-known researcher in your field?

19  A.  Yes, he is.

20  Q.  And Ethereum.org is the website maintained by the Ethereum

21  Foundation and the Ethereum community, correct?

22  A.  Yes, it is.

23  Q.  The Ethereum Foundation is an important resource for

24  information and research about the Ethereum blockchain?

25  A.  Yes, it is.

PB3RPER3                          Falk - Cross

1   Q.  On your own website, you have a link to the Ethereum.org
2   website, correct?
3   A.  That seems likely.
4   Q.  You list the Ethereum.org website as a good resource for
5   the Ethereum blockchain?
6   A.  Yes, it is.
7   Q.  No, towards the top right of this page, it says the article
8   was dated April 18, 2023, correct?
9   A.  Yep.
10  Q.  On the first page of this article you relied on, there's a
11  section titled "April 2 Unbundling Attack."  Did I read that
12  that correctly?
13          MR. LOOBY:  Are we just reading from a document not in
14  evidence?
15          MR. LEVANDER:  It's a document he relied on for his
16  opinions.
17          THE COURT:  Are you about to move it into evidence?
18          MR. LEVANDER:  I'd be happy.  So actually, your Honor
19  under, 803(18) I would read it and not admit it.  I think the
20  foundation has been established that he has relied on this
21  article and that the author is a well-known researcher in the
22  field.
23          THE COURT:  All right.  You may do so.
24          MR. LEVANDER:  Thank you, your Honor.
25  Q.  OK.  So on the first page, there's a second titled "April 2

PB3RPER3                          Falk - Cross

1    Unbundling Attack."  Did I read that correctly?

2    A.  Yes.

3    Q.  And if you look at the first sentence of that section,

4    according to article you relied from Mike Neuder of the

5    Ethereum Foundation, during the April 2nd unbundling attack, a

6    malicious proposer exploited the MEV-Boost relay to unbundle a

7    sandwiching searcher's transactions for a profit of over $20

8    million USD.  Did I read that correctly?

9    A.  Yes.

10            MR. LEVANDER:  You can take that down.  Thank you.

11   Q.  You talked about how Ethereum's a proof of stake protocol,

12   correct?

13   A.  Yes, it is.

14   Q.  Meaning that you stake ETH in order to become a validator,

15   correct?

16   A.  Yes, you do.

17   Q.  So a validator could also be called a staker?

18   A.  Sometimes, yes.

19   Q.  Isn't it true that proof of stake enforces a subset of the

20   protocol rules through the credible threat of destroying the

21   capital owned by a misbehaving staker?

22   A.  That sounds reasonable.  It's kind of a complicated way of

23   saying that.

24   Q.  And historically this credible threat has served as an

25   effective deterrent, you'd say?

1   A.  Are you trying to say that there haven't been many

2   equivocation penalties?

3   Q.  Sure.

4   A.  Yeah.  There have not been that many equivocation

5   penalties, that's correct.

6   Q.  But on April 2, 2023, an attacker referred to as the Low

7   Carb Crusader exploited a piece of infrastructure in the

8   Ethereum protocol?

9   A.  As we have been talking about on April 2, 2023, there was

10  an equivocation, yes.

11  Q.  In particular by tricking a relay the attacker accessed

12  private transaction data, which the attacker exploited to

13  $20 million USD of MEV, correct?

14  A.  That's not how I would say it.  There was no private

15  transaction data.  There were the transactions that they were

16  given by the relay when they signed the block header, which is

17  exactly how the relay was designed to the function.

18  Q.  And in Ethereum specification, this behavior violated the

19  rules and thus was subject to a slashing penalty of 1 ETH or

20  $6,200 U.S. dollars in today's prices levied against the

21  attacker's stake?

22  A.  I wouldn't say they violated the rules.  The rules say that

23  if you equivocate, you get slashed.

24  Q.  Well, Professor Falk, other academics in your field

25  disagree with your description on those last two answers, isn't

1    that right?

2    A.  I'm sure some people disagree.

3    Q.  You're aware that Professor Weinberg from Princeton

4    University and Michael Neuder, who we've talked about, from the

5    Ethereum Foundation, have written about this event saying that

6    on April 2, 2023, the Low Carb Crusader exploited a piece of

7    infrastructure in the Ethereum protocol by tricking a server

8    facilitating the block building auction?

9    A.  They might have said that.

10   Q.  And you are aware that they wrote that by tricking the

11   relay, the attacker accessed private transaction data, which

12   they exploited to $20 million USD of MEV?

13   A.  They may have written that.

14   Q.  And you are aware that they wrote in the Ethereum

15   specification this behavior violated the rules and thus was

16   subject to a slashing penalty of 1 ETH levied against the

17   attacker's stake?

18   A.  They might have written that.

19   Q.  Are you familiar with the article that I'm talking about?

20   A.  No, I'm not.

21   Q.  You said part of your job is to conduct your own research

22   and read articles written by others, correct?

23   A.  Yes, it is.

24   Q.  And one thing you do about -- before writing about a topic

25   is seeing who else has written about it?

PB3RPER3                        Falk - Cross

1   A.  Yes.

2   Q.  It's your testimony that before you came to testify here

3   about the events of April 2, 2023, you didn't read what

4   Professor Weinberg and Michael Neuder had to say about the

5   April 2, 2023, exploit?

6   A.  That's not my testimony.  My testimony is that I don't

7   remember this sentence that you just said.

8   Q.  By the way, Professor Weinberg from Princeton University,

9   you participated in a symposium hosted by him in February of

10  2022, correct?

11  A.  I don't know if it was hosted by him, but we've been to

12  some of the cyber conferences together because we're both in

13  the same space.

14         MR. LEVANDER:  Ms. Kerest, can you please pull up for

15  the witness, the Court, and the parties what has been marked

16  for identification as Government Exhibit 8021.

17  Q.  This is an article by Professor Weinberg from Princeton

18  University and Michael Neuder of the Ethereum Foundation titled

19  "Selfish Mining under General Stochastic Rewards."  Do you see

20  that?

21  A.  Yes, I do.

22

23

24

25

PB3RPER3                    Falk - Cross



Q.  I actually want to come back to your own academic work,
Professor Falk.

A.  Sure.

Q.  You've never written an article about MEV-Boost, correct?

A.  No, I have not.

Q.  You've never mentioned MEV-Boost in an article?

A.  That seems possible.

Q.  You've never written an article about sandwich trading?

A.  I've never written an article about sandwich trading.

Q.  You've never mentioned sandwich trading or sandwich attacks
in an article?

A.  That seems possible.

Q.  You've never operated a trading bot before?

A.  I've built arbitrage bots and I've -- but I've never
operated them at any scale, no.

1   Q.  You are not a professional cryptocurrency trader?

2   A.  No.  Cryptocurrency is very volatile, and it's very

3   adversarial.  I'm an academic because it's a very stable place

4   to be, and I don't kind of like the adversarial nature of the

5   blockchain space.

6   Q.  You don't submit 10,000 transaction bundles a day?

7   A.  No, I do not.

8   Q.  You've never operated a builder, correct?

9   A.  I have built a builder that basically I ran my own note,

10  and so I was collecting mempool transactions.  And I worked

11  with some people in the computer sciences department who had

12  what they thought was like a cool idea for packing

13  transactions, so we ran a bunch of simulations with this

14  builder.  But we didn't have any access to any private order

15  flow, and it was clear we were outcompeted by the people who

16  had a lot of relationships there.  So we never actually ran it

17  in production, but we spent a few months building out the

18  builder basically.

19  Q.  You've never operated a relay?

20  A.  I've never operated a replay.

21  Q.  You've never worked for Flashbots, correct?

22  A.  I have never worked for Flashbots.

23  Q.  And you've never overseen the creation of MEV-Boost?

24  A.  I did not oversee the creation of MEV-Boost.

25  Q.  You said you run two validators in your office, correct?

PB3RPER3                         Falk - Cross

1   A.  Yeah.

2   Q.  Those are consensus notes, correct?

3   A.  Now after proof of stake, you have to run both the

4   consensus client and the execution client, so it runs both.  I

5   have two computers, and they both run both.

6   Q.  And in order to actually propose a block, you would also

7   need to stake 32 ETH and run the validator client, correct?

8   A.  It's the same validator client, but I never staked.

9   Q.  So the validators that you operate don't build or propose

10  any blocks, correct?

11  A.  So they don't build or propose any blocks, but it's the

12  same client software.

13  Q.  There have been over 23 million blocks added to the

14  Ethereum blockchain, correct?

15  A.  Yeah.  That sounds right.

16  Q.  You have not built or proposed a single one of them,

17  correct?

18  A.  I have not built or proposed a single one of them.

19  Q.  And have you never interviewed the defendants themselves

20  about the exploit, correct?

21  A.  I have never interviewed the defendants themselves.

22  Q.  So you said on direct that you were here for the start of

23  the trial, correct?

24  A.  Yes.

25  Q.  And you listened to the opening statements?

PB3RPER3                        Falk - Cross

1    A.  Yeah.  I came in part way through the opening statements,

2    but yeah, I caught the end of the opening statements and the

3    first part of Bert Miller's testimony.

4    Q.  So you saw Bert Miller testify and be cross-examined?

5    A.  I didn't see him be cross-examined.  I got a transcript of

6    that.

7    Q.  You sat with Mr. Madura during Mr. Miller's testimony,

8    correct?

9    A.  So I met Mr. Madura for the first time when we both came to

10   trial to see Bert Miller.  I never met him before.  We did sit

11   in the same row, and he introduced himself to me, yes.

12   Q.  The defense lawyers also sent you transcripts from the

13   trial?

14   A.  I think the only transcripts I saw were the transcripts of

15   Bert Miller.

16   Q.  You've been working with the defense closely throughout the

17   trial?

18   A.  I've worked with the defense throughout the trial, yeah.

19   Q.  Before you wrote your expert disclosure for this case,

20   defense counsel sent you a bunch of legal filings from this

21   case, correct?

22   A.  I think I mainly saw the public indictment.

23           MR. LEVANDER:  Ms. Kerest, can you please pull up

24   Government Exhibit 8001 and go to page 40 of that exhibit.

25   ████████████████████████████████████████████

PB3RPER3                      Falk - Cross

Q.  Professor Falk, does that refresh your recollection that

before you wrote your expert disclosure in this case, you

relied on seven legal documents?

A.  You put that up very fast.  I did not have any chance to

count.

        MR. LEVANDER:  Ms. Kerest, can you please put that

document back up.

Q.  Let me know when you're ready.

A.  So yes, I see these, and this -- I do remember.

        MR. LEVANDER:  Ms. Kerest, can you take down the

document before the witness answers, thank you.

A.  Is there a reason I can't see?

Q.  The Federal Rules of Evidence.

A.  OK.

Q.  I would love for it to still be up, but unfortunately it

can't be.

A.  OK.

Q.  Does that refresh your recollection that there were seven

legal documents that you relied on for your expert disclosure?

A.  Yeah.  I think that's copied out of my disclosure, yes.

PB3RPER3                          Falk - Cross

1   Q.  One of the things they sent you was a transcript of an oral

2   argument between the government and the defense?

3   A.  I think that's -- if it's an oral argument between the

4   government and Chris Hoffmeister, I don't really know who that

5   is, but yeah.

6   Q.  So you --

7   A.  I did see some interviews between the government and some

8   people, yes.

9   Q.  You were hired by the defense team back in May of this

10  year, is that correct?

11  A.  That sounds right, yes.

12  Q.  They interviewed you before hiring you?

13  A.  Yes.

14  Q.  You were hired through a consulting firm, right?

15  A.  Yes, Cornerstone Research.

16  Q.  You only recently started working with Cornerstone?

17  A.  This is the first time I've worked with Cornerstone.

18  Q.  You're paid for your work here for the defendants, correct?

19  A.  Yes, I am.

20  Q.  You are billing at a rate of $800 an hour, you said?

21  A.  Yes, I am.

22  Q.  You have worked approximately 150 hours on this case so

23  far?

24  A.  Approximately, yeah.

25  Q.  800 times 150 hours is $120,000.  Do I have that right,

1   Professor Falk?

2   A.  Sounds right.

3   Q.  And that's before the time you're billing for this trial?

4   A.  That's what?

5   Q.  That is before the time you are billing for your testimony

6   today?

7   A.  Yes.

8   Q.  You are billing for your time right now, correct?

9   A.  Yes, I am.

10  Q.  Part of the time you spent working on this case involves

11  calls and meetings with the defense lawyers, correct?

12  A.  Yes.  I have had calls and meetings with the defense

13  lawyers.

14  Q.  And one of the things you did in your meetings with the

15  defense lawyers was prepare for your testimony, correct?

16  A.  Yes.

17  Q.  That included talking about questions that you'd be asked

18  and answered today?

19  A.  Yes.  They would talk about questions they would ask me on

20  direct, and they guessed about questions you might ask me on

21  cross.

22  Q.  And talking to them about the new things they wanted you to

23  talk about since this trial started, correct?

24  A.  As the trial has gone on and new topics have come up, they

25  said they might want to ask me about new topics, yeah.

PB3RPER3                          Falk - Cross

1    Q.  I want to come back to builders.

2    A.  Yes.

3    Q.  It's fair to say that the role of a builder is complex and

4    lucrative?

5    A.  Yes, it is.

6    Q.  The role of a block builder requires sophistication?

7    A.  Yes.

8    Q.  Only two builders build over 85 percent of the blocks on

9    Ethereum?

10   A.  Yes.

11   Q.  By contrast, Ethereum has over 1 million validators?

12   A.  That's correct.

13   Q.  If someone were a builder, they would probably know that,

14   correct?

15   A.  You mean, could you be a builder by accident?

16   Q.  It's not the kind of thing that you wouldn't remember one

17   way or the other?

18   A.  Yes.

19   Q.  I want to talk about your opinions on economic incentives.

20   So you said slashing penalties set the economic incentives for

21   validators, correct?

22   A.  Yes.

23   Q.  And slashing is the penalty for equivocation?

24   A.  Yes.

25   Q.  You are not a trained economist right, Professor Falk?

1    A.  I am not a trained economist.  I work with an economist on

2    top gain theory.

3    Q.  Let's talk about slashing.  Is it fair to say in proof of

4    stake systems like Ethereum to become a validator, you need to

5    stake tokens by locking them in a smart contract?

6    A.  Yes.  So proof of stakes means you are locking them up in a

7    contract, yeah.

8    Q.  As of April 2023, that meant depositing to 32 ETH to be a

9    validator, correct?

10   A.  That's correct.

11   Q.  That stake is held against a bond against the stake,

12   correct?

13   A.  That's one thing.  The other thing you don't want anonymous

14   people to flood the blockchain.  So even if you weren't worried

15   about anything like equivocation, individuals would be

16   incentivized to create as many validators as they want.  I

17   could just spin up a million validators and then always win the

18   validator lottery.  So you need some sort of rate limiting to

19   prevent what are called civil attacks.  So by putting up 32

20   ETH, it means I can't just spin up as many validators as I have

21   computers.

22   Q.  So it's a stake that is held as a bond against misbehavior,

23   and it also prevents people from flooding the network?

24   A.  Yeah.

25   Q.  If a validator engages in proveable misbehavior, then their

1  stake can be confiscated, correct?

2  A.  So if they engage in equivocation, then there's a slashing

3  penalty, yeah.

4  Q.  That's my next question.  That's called being slashed?

5  A.  Yes.

6  Q.  And that's the penalty Ethereum imposed on the defendants

7  after the exploit, correct?

8  A.  Yes, and that was automatically done by the Ethereum

9  protocol, yeah.

10 Q.  So I think you testified there's this 1 ETH penalty

11 associated with slashing, correct?

12 A.  Yeah.

13 Q.  When Mr. Looby asked you about slashing, you explained that

14 that was the penalty?

15 A.  Yes.

16 Q.  And that slashing penalty hasn't changed since before the

17 defendants' exploit, correct?

18 A.  I think I said it hasn't increased.  There's a recent

19 Ethereum hard cork where it got a little more complicated but

20 mostly it just decreased.

21 Q.  Now, when it comes to Ethereum, the economic mechanisms

22 economic incentives structure pays for honesty and punishes bad

23 actors, correct?

24 A.  I would say that -- I mean, what do you mean by "pays for

25 honesty"?

1  Q.  In terms of economic incentives, the consensus mechanisms

2  economic incentives structure pays for honesty and punishes bad

3  actors.

4  A.  How do you think it pays for honesty?

5  Q.  It rewards it being an honest validator?

6  A.  You get those rewards whenever you produce a block.

7  Q.  Well, you do know that proposing multiple blocks for the

8  same slot is an action that often signifies malicious intent

9  according to the Ethereum network website, correct?

10  A.  It might signify malicious intent, but it might not.

11  Q.  And slashing not only results in a financial penalty, but

12  also the forceful removal of a validator from the network,

13  right?

14  A.  Yeah.  So when you get slashed, you are ejected from the

15  validator pool, and so you have to -- your stake is locked for

16  a little bit.  So it basically prevents you from immediately

17  reentering the validator lottery.  But because the lottery is

18  permission-less, once your stake is unlocked, you have 31 ETH

19  back, and if you put more ETH in, you can just rejoin the

20  system.

21  Q.  So when Mr. Looby asked what the penalty for slashing was,

22  you said 1 ETH financial penalty, but you didn't mention that

23  it also results in the forceful removal of the validator from

24  the network, correct?

25  A.  Yes.  So there's like an opportunity cost that this other

PB3RPER3                          Falk - Cross

1    31 ETH is locked for some number, 30 days or something.  And so

2    if you want to think economically, there's an opportunity cost

3    for not having that money and getting interest on it for a

4    little bit, yeah.

5              MR. LEVANDER:  Could we please pull up for the

6    witness, the Court, and the parties what has been marked for

7    identification as Government Exhibit 8023.

8              MR. LOOBY:  If I could just get paper copies of these

9    as well?  I know I've seen them in the courtroom.

10             MR. LEVANDER:  May I approach, your Honor?  I have a

11   copy for you as well.

12             THE COURT:  You may.

13   Q.  This is a page from Ethereum.org, which is the Ethereum

14   website that you relied on, correct?

15   A.  I have relied on Ethereum.org, yep.

16   Q.  This page is titled "Proof of Stake Rewards and Penalties,"

17   correct?

18   A.  Yep.

19   Q.  You actually relied on this very page for your supplement

20   disclosure in this case, correct?

21   A.  That seems possible.

22   Q.  Do you not recall?

23   A.  I don't specifically recall.

24             MR. LEVANDER:  Ms. Kerest, could you please pull up

25   for the Court, the witness, and the parties what has been

PB3RPER3                          Falk - Cross

1   marked as Government Exhibit 8002.  Go to page 6 and pull out

2   footnotes 17 and 18.

3   Q.  And Professor Falk, take as much time as you need to and

4   let me know when you are there.

5   A.  Just asking if I relied on this document?

6   Q.  I'm going to ask you once you are done reading to refresh

7   your recollection that is a document that you relied on?

8   A.  Yes, I see it there.

9          MR. LEVANDER:  Take down the exhibit, please.  Thank

10  you.

11  Q.  Does that refresh your recollection that this Proof of

12  Stake Rewards and Penalties page is one that relied upon from

13  your supplement disclosure?

14  A.  Yes.

15         MR. LEVANDER:  OK.  Could we please bring back up

16  Government Exhibit 8023.

17  Q.  You've testified today about rewards and penalties in the

18  Ethereum proof of stake system, correct?

19  A.  Yes.

20  Q.  And there is a document that you've relied on as part of

21  your disclosure?

22  A.  Yes.

23

24

25

PB3RPER3                          Falk - Cross



BY MR. LEVANDER:

Q.  Let's take up the topic of this sentence for a little

longer.  So as we discussed, you say slashing penalties set the

incentives for validator behavior, correct?

A.  Yes.

Q.  Now, you're a research assistant professor at the

University of Pennsylvania, correct?

A.  Yes.

Q.  The university has a student handbook, correct?

A.  Yes.

Q.  The handbook has a code of student conduct?

A.  That seems right.

Q.  The code of student conduct describes a number of

responsibilities of student citizenship?

A.  Probably.  I have never been a student at UPenn, so I

haven't spent a lot of time with the handbook.  But --

PB3RPER3                          Falk - Cross

1    Q.  Does it sound right that one of the responsibilities is

2    compliance with the university's code of academic integrity?

3    A.  That seems pretty likely, yeah.

4    Q.  Another is not to engage in physical violence against

5    another person?

6    A.  That seems like a reasonable thing to want.

7    Q.  Another is to refrain from stealing the property of the

8    university or others?

9    A.  That seems pretty reasonable too, yeah.

10   Q.  And engaging in any of those acts can result in

11   disciplinary action by the university, correct?

12   A.  Yes.

13   Q.  Among other sanctions, students can be suspended?

14   A.  That seems likely, yeah.

15   Q.  Students can be expelled?

16   A.  That seems likely, yeah.

17

18

19

20

21

22

23

24

25

PB3RPER3                         Falk - Cross

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

2   Q.  Now, one of the forms of misbehavior that can get a

3   validator slashed is equivocation, correct?

4   A.  Yes.

5   Q.  That's what the defendants here got slashed for?

6   A.  Yes.

7   Q.  Equivocation, you said, is signing two blocks within the

8   same slot or block height, correct?

9   A.  Correct.

10  Q.  And malicious validators can fork the chain by

11  equivocating?

12  A.  So we said, again, the consensus mechanism makes it

13  actually very hard to fork the chain even if you equivocate.

14  And in this case, there was no issue of a fork anyway because

15  one of the blocks was invalid.

16  Q.  As a general matter, that type of behavior can destabilize

17  the entire blockchain though?

18  A.  Yeah.  So blockchains were created partially to prevent

19  these sort of the double spend attacks.

20  Q.  I want to talk about your opinions about pseudonymity.

21  A.  Yep.

22  Q.  Fair to say that while every transaction on the Ethereum

23  blockchain is recorded and visible on the blockchain, that

24  visibility extends only to the address involved?

25  A.  Yeah.  So you can see the address of every transaction, but

1    you don't see like a human's name behind it.

2    Q.  And that's not a physical address like 500 Pearl Street;

3    it's just a string of letters or numbers identifying a wallet

4    or smart contract.

5    A.  Exactly.  It's a wallet address, not a physical address.

6    Q.  And although the blockchain records and displays the

7    address it says received assets in a transaction, it does not

8    record the identity of a person who controls those assets,

9    correct?

10   A.  So it doesn't record the like physical identity.  It just

11   records that this address is the controller because from the

12   perspective of the blockchain, whoever can create signatures is

13   the controller.

14   Q.  And that's what is known as pseudonymity, correct?

15   A.  We call that pseudonymity to distinguish it with anonymity

16   where you're actually private.  As a cryptographer, we used to

17   spend a lot of time thinking about privacy protocols.  And we

18   think of pseudonymity as much weaker than anonymity because

19   people can kind of see what is going on.  And there's companies

20   like Chainalysis whose whole business is built on looking at

21   public blockchain data and identifying who's who.

22   Q.  So you are saying that pseudonymity is less than full

23   anonymity?

24   A.  Yeah.  So in the cryptography space, when you talk about

25   anonymity, that's like actual privacy.  And if you build a

1  system that only has pseudonymity, that's like a lower bar of

2  privacy, yeah.

3  Q.  So regardless, pseudonymity is still a challenge for

4  dealing with bad actors in crypto space, correct?

5  A.  Pseudonymity can be a challenge, yeah.

6  Q.  It can make it difficult to detect market manipulation and

7  fraud, correct?

8  A.  It doesn't make it -- well, some market manipulation is

9  very easy to see because a lot of market manipulation, you kind

10  of don't care about who is doing the trades, just the fact that

11  they are happening.  So I've written papers about wash trading

12  where people try to trade tokens back and forth to inflate

13  their value.  We don't make any attempt to figure who is

14  trading these tokens back and forth, just that it's sort of

15  illegitimate, sort of it's wash trading.  It's not people who

16  want these token.  It's just used to inflate the price, so

17  those kind of things you can see without knowing who is doing

18  the trading.

19              (Continued on next page)

20

21

22

23

24

25

PB3VPER4                        Falk - Cross

1    BY MR. LEVANDER:

2    Q.  So just to be clear, yes or no, pseudonymity can make it

3    difficult to detect market manipulation and fraud?

4    A.  Sure, yeah.  Sometimes it can.

5    Q.  That's actually a key challenge for policymakers in the

6    crypto space; correct?

7    A.  Yeah, that's a challenge.  There's always a tension -- I

8    work in cryptography, and there's always a big tension between,

9    sort of, privacy and law enforcement.

10            THE COURT:  Mr. Levander, we're at 3:15.  Do you want

11   to ask -- is now a good time for a break or a few more

12   questions?

13            MR. LEVANDER:  It's a great time, your Honor.

14            THE COURT:  All right.

15            We are going to take our afternoon break.  It's 3:15

16   now.  Please be back and ready to go in the jury room at 3:30.

17   My prior instructions apply.  Thank you.

18            (Jury not present)

19

20

21

22

23

24

25

PB3VPER4                        Falk - Cross



PB3VPER4                          Falk - Cross



PB3VPER4                          Falk - Cross



PB3VPER4                          Falk - Cross



PB3VPER4                          Falk - Cross



22          (Jury present)

23          THE COURT:  Professor Falk, can come back down to the

24   witness stand.

25          Mr. Levander, you may proceed.

PB3VPER4                          Falk - Cross

1            MR. LEVANDER:  Thank, you your Honor.

2     BY MR. LEVANDER:

3     Q.  Professor Falk, before validators can receive any bids from

4     relays, they need to set up MEV-Boost; correct?

5     A.  No, they don't.

6

7

8

9

10

11

12    Q.  Now, Professor Falk, one of the sources that you cited in

13    this case was a page called "Relay Fundamentals" from the

14    Flashbots website; correct?

15    A.  That seems likely.

16    Q.  Do you not recall?

17    A.  Not specifically.

18            MR. LEVANDER:  Mr. Kerest, can you please pull up

19    Government Exhibit 8001 and go to page 43.  Could you pull out

20    for the witness the last bullet under Flashbots.

21    A.  I see it.

22            MR. LEVANDER:  You can take that down, Ms. Kerest.

23            Thank you.

24    Q.  Does that refresh your recollection that you relied on a

25    page called "Relay Fundamentals" from Flashbots?

PB3VPER4                         Falk - Cross

1    A.  Yes.

2    Q.  And you base your testimony on reliable sources; correct?

3    A.  I did rely on these.  I considered these sources when I

4    made my disclosures and my testimony, yeah.

5            MR. LEVANDER:  Okay.  So I'd like to show the Court,

6    the parties, and the witness what's been marked for

7    identification as Government Exhibit 8013, and I do have a

8    paper copy.

9            MR. LOOBY:  Thank you, Mr. Levander.

10           MR. LEVANDER:  Would your Honor like a paper copy as

11   well?

12           THE COURT:  Yes, please.

13   Q.  Directing your attention to the third paragraph.

14   A.  Yup.

15

16

17

18

19

20

21

22

23

24

25

PB3VPER4                    Falk - Cross

5    Q.  Okay.  First of all, this is a document that you relied on

6    for your testimony today; correct?

7    A.  Yup.

8    Q.  And it's from Flashbots' page?

9    A.  Yup.

10   Q.  And it describes Flashbots' product MEV-Boost?

11   A.  Yup.

12   Q.  And it's called "Relay Fundamentals"?

13   A.  Yes.

14   Q.  It has a section called "What is a relay"?

15   A.  Yes.

16   Q.  You testified that before validators can receive any bids

17   from relays, they do not need to set up MEV-Boost; correct?

18   A.  If by "MEV-Boost" you mean the MEV-Boost client, that's

19   correct.

PB3VPER4                          Falk - Cross

1

2  Q.  I want to talk about your opinions about validators using

3  MEV-Boost.

4          Actually, before we do that, so the jury is already

5  familiar with Etherscan.  But, Professor Falk, fair to say that

6  Etherscan is not the only publicly available blockchain

7  explorer?

8  A.  That's right.  There are many.

9  Q.  Some blockchain explorers have additional features?

10  A.  So they try to differentiate themselves by adding extra

11  information, yes.

12  Q.  Are you familiar with the Falcon blockchain explorer?

13  A.  No, I'm not.

14  Q.  Are you familiar with blockchain explorers that allow you

15  to simulate how a transaction would execute if it occurred in a

16  different block or in a different position in the same block?

17  A.  I'm not familiar with those.  I use -- basically, I use

18  mostly Foundry, which is not a website; it's like software that

19  you run and it gives you a lot more control.  So I don't really

20  ever use the, sort of, easy public ones.

21  Q.  Would it be fair to say that MEV searchers, including

22  sandwich bots, scan thousands of transactions in the mempool

23  looking for profitable trading opportunities each day?

24  A.  Yes.

25  Q.  Or each block?

PB3VPER4                              Falk - Cross

1   A.  Yup.

2   Q.  And those trading bots typically simulate potential trading

3   strategies, meaning they execute the transactions locally in a

4   test environment to see how the mempool transactions would

5   behave under certain conditions?

6   A.  Yes, that's my understanding of how most sandwich bots

7   behave.

8   Q.  So, for example, a sandwich bot could simulate how a

9   mempool transaction would execute as part of a sandwich

10  submitted by that bot to see if the mempool transaction

11  presents a profitable trading opportunity?

12  A.  They certainly could do that, yes.

13  Q.  And a mempool transaction will always behave in the same

14  way under the same conditions; correct?

15  A.  Yes.

16  Q.  And a mempool transaction can also be programmed to behave

17  one way under certain conditions and another way under

18  different conditions?

19  A.  Yes.  All transactions could be programmed to behave

20  differently under different conditions, that's correct.

21  Q.  One thing a mempool transaction can be programmed to do is

22  check the balance of a token in a particular bot's account;

23  correct?

24  A.  Yes.  You can program a contract to check balances, yes.

25  Q.  And a mempool transaction can be programmed to act one way

1    if the balance of that token is greater than a certain amount,

2    and a different way if the balance is less than that amount;

3    correct?

4    A.  Yes.

5    Q.  Now, you said that you have tools that you can use to

6    simulate transactions; correct?

7    A.  Yes.

8    Q.  So, for example, you could take the bait transactions that

9    the defendants switched out of the block and simulate how those

10   transactions would have executed in the relays block; correct?

11   A.  Yes.

12   Q.  You haven't simulated how the bait transactions would have

13   executed in the exploit block, have you?

14   A.  I believe I did.

15   Q.  You did?

16   A.  Yeah.

17   Q.  So you know that the bait transactions would have executed

18   differently in the middle of the sandwiches proposed for that

19   block; correct?

20   A.  Yes.

21   Q.  You said this is your second time testifying as a paid

22   witness; correct?

23   A.  Yes, this is my second time testifying.

24   Q.  At $8 an hour, $120,000 since May, it's fair to say you

25   want to get hired to be a witness in other cases too, right?

PB3VPER4                         Falk - Cross

1    A.  I don't know.  This has been a lot more time than I

2    bargained for.  And my family is not super excited that I'm in

3    New York a lot.  So I'm not so sure about that.

4    Q.  Fair enough.

5              One of the things you did have to do for this case is

6    list all of your prior testimony in your disclosure; correct?

7    A.  Yes.

8    Q.  And you disclosed that you testified once previously;

9    correct?

10   A.  Yeah.

11   Q.  That was in the arbitration that we talked about?

12   A.  Yes.

13   Q.  At a high level, an arbitration is basically a trial; but

14   instead of a judge and a jury, it's a panel of arbitrators?

15   A.  I don't think there is even a panel.  I think it was just

16   the judge.

17   Q.  It was just the one arbitrator in that case?

18   A.  Yeah, I think so.

19   Q.  In the expert disclosure that you signed and approved for

20   this case, you said that you had testified subject to a

21   nondisclosure agreement in the area of platform coding of an

22   unsupported token for the claimant in a matter pending in an

23   arbitration; correct?

24   A.  That seems likely.

25   Q.  You didn't disclose the name of the case that you testified

1    in; correct?

2    A.  I don't know.  I -- probably not, if they asked me not to.

3    Q.  And you said that it was still pending in your expert

4    disclosure; correct?

5    A.  What do you mean still pending?  The case had long

6    resolved.

7    Q.  But in your expert disclosure you said that it was still

8    pending; correct?

9    A.  I don't know.  If I did, that was a mistake.  That case was

10   years ago.

11   Q.  Do you not recall or do you not know?

12   A.  Is there a difference?

13   Q.  Technically, yes.  It's something you never knew or

14   something you currently don't remember, what you said in your

15   expert disclosure?

16   A.  Presumably I knew at one point, so I don't remember now.

17   Q.  All right.

18        MR. LEVANDER:  Ms. Kerest, could you please pull up

19   Government Exhibit 8001 and go to page 39.

20   A.  Yup.  I see that.

21        MR. LEVANDER:  You can take that down, Ms. Kerest.

22   Q.  Does that refresh your recollection that in your expert

23   disclosure you said that the matter was pending?

24   A.  Yes.

25   Q.  And, in fact, as I think you just said, the arbitration you

1  testified in was finished by the summer of 2022; correct?

2  A.  Around that time probably, yeah.

3  Q.  And both the case and your participation in it were public

4  by November of 2022; correct?

5  A.  I don't know how public they were.  I got that text when I

6  was asked to disclose previous things.  I emailed the lawyers

7  that I had asked -- to ask me to testify then.  And I said,

8  What am I supposed to say here?  And they emailed me back, and

9  I copy/pasted it.  Since I'm not a lawyer, that seemed pretty

10  reasonable.

11  Q.  The final arbitration decision was filed publicly with a

12  court in California by November 2022; correct?

13  A.  I never looked up, but if you say so, I believe it.

14  Q.  Did the defense in this case provide you with a copy of

15  that final arbitration decision?

16  A.  For this case, yes.

17  Q.  Okay.  So in the copy of that arbitration decision that the

18  defense lawyers in this case provided you, did you see that it

19  had been publicly filed by November of 2022?

20  A.  I don't remember the date, but I saw that it had been

21  publicly filed, yes.

22  Q.  Now, in that prior testimony of yours, the prior case you

23  were involved in, your client lost; correct?

24  A.  That's correct.  Although Coinbase had said they were

25  unable to transfer these tokens back.  And after they won the

PB3VPER4                        Falk - Cross

1   case they immediately changed their platform and made it so

2   they could transfer the tokens back.  So I think the lawyers

3   considered it sort of a win because even though they claim they

4   couldn't, they actually did.

5   Q.  The arbitrators in the case -- or the arbitrator, rather,

6   specifically found that part of your testimony was not

7   persuasive; correct?

8   A.  Yeah.  So in that case I was asked to testify about how

9   tokens work and how Coinbase could send them back.  And I did

10  that.

11          There was also a part of the case where there was some

12  confusion about the documentation.  This was about these Aave

13  tokens.  And Coinbase had a page that said, We support Aave.

14  And that meant they supported Aave tokens, but they did not

15  support the A Aave tokens.  And I was asked if I thought that

16  was a little bit confusing, that they supported Aave.

17  Q.  Professor Falk, with regard to that part of your testimony,

18  the arbitrator specifically found that your testimony was not

19  persuasive; correct?

20  A.  So, yeah, I believe the arbitrator said that when I said

21  that this part of the documentation was confusing, that she did

22  not think that that was persuasive.

23  Q.  And the arbitrator specifically said that you lacked

24  foundation with regard to your credentials to render such

25  opinion testimony, and what basis you had for reaching the

1   opinion conclusions offered; correct?

2   A.  That sounds like something.  So I did not have a basis for

3   being an expert in the documentation of this, like, the

4   advertising of Aave -- of Coinbase.  So Coinbase had an

5   advertisement that said, We support Aave.  I said that was

6   confusing.  She said that that was not in my purview.  But all

7   of the testimony around tokens and how tokens work and how you

8   transfer tokens, I don't think she had any issue with.

9   Q.  So specifically the court credited your definition of what

10  a private key is.  But the court specifically found that your

11  testimony was not persuasive and lacked foundation with regard

12  to the other issue; correct?  Yes or no?

13  A.  It was about this very specific issue about whether I

14  thought the Coinbase advertisement that they supported Aave was

15  confusing.

16  Q.  You testified earlier that you haven't interviewed the

17  defendants about the exploit; correct?

18  A.  That's correct.

19  Q.  You weren't there with the defendants when they wrote their

20  omakase validator code?

21  A.  I was not.

22  Q.  You weren't a participant in their Slack or Signal

23  messages?

24  A.  I was not.

25  Q.  And you weren't there when they executed that code on April

PB3VPER4                              Falk - Redirect

1    2nd?

2    A.  I was not.

3              MR. LEVANDER:  Can I have one moment, your Honor?

4              THE COURT:  You may.

5              (Counsel conferred)

6              MR. LEVANDER:  No further questions, your Honor.

7              THE COURT:  Thank you, Mr. Levander.

8              Mr. Looby, any redirect?

9              MR. LOOBY:  Just a few questions, your Honor.

10             THE COURT:  Thank you.

11   REDIRECT EXAMINATION

12   BY MR. LOOBY:

13   Q.  Professor Falk, on cross-examination, were you asked about

14   some websites and articles that you did not author?

15   A.  Yes, I was.

16   Q.  And were some of those websites or articles in your

17   disclosure?

18   A.  Yes, they were.

19   Q.  And were some of those websites or articles not in your

20   disclosure?

21   A.  I think most of them were in the disclosure.  I don't

22   remember if any were not.

23   Q.  For the ones that were in your disclosure, does the fact

24   that you cited it in the disclosure signify that you agree with

25   every sentence in the article?

PB3VPER4

1    A.  No, it does not.

2    Q.  For example, if an article or a website referred to

3    something as an attack, but you cited that article or website

4    in your disclosure, were you agreeing that that is a correct

5    terminology for something?

6    A.  No.

7    Q.  How did you use these sources that were cited in your

8    disclosure?

9    A.  Well, these sources all had pieces of information that were

10   interesting or relevant.  But by citing them does not mean that

11   I agree with every sentence or every word choice in the

12   document.

13           MR. LOOBY:  No further questions.

14           THE COURT:  Thank you, Mr. Looby.

15           Anything further with this witness?

16           MR. LEVANDER:  No, your Honor.

17           THE COURT:  Thank you.

18           Professor Falk, you may step down.

19           THE WITNESS:  Thank you.

20           (Witness excused)

21

22

23

24

25