

Question re recording III/F Pg 39-40

Based on prior instructions, we understand that we must determine the state of mind of each defendant at the time of the alleged offenses. We seek clarification as to what aspect of the state of mind we are asked to determine.

Does "knowing, willful intent to defraud" require a belief ~~that the action was wrongful at the time~~ at the time of the act that the act was wrongful

- or -

Does "knowing, ~~[scribble]~~ willful intent to defraud" simply require a belief that the act would deceive for the purpose of obtaining money or property?

If the evidence is somewhat convincing but not totally overwhelming, and we can reach a conclusion ONLY AFTER HESITATION, does that hesitation constitute reasonable doubt? Can you please elaborate on how we read hesitation into the definition of reasonable doubt?

Yesterday, you said "you are being asked to evaluate the defendant's knowledge and intent at the time of the alleged offense". This was in response to a question about the definition "'willfully' means to act knowingly and purposely with <u>wrongful purpose</u>."

Is the "wrongful purpose" on page 39 the scheme to defraud described in Count 2 Element 1?

In the words "wrongful purpose", could you elaborate on what the word "wrong" means in this context?

- We would like to have your answers to these questions in writing, thanks!

- We would like to have your answers to these questions in writing, thanks!