

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

The Government respectfully requests that the time between November 21, 2025, and the date of oral argument on Rule 29 briefing, *i.e.*, February 26, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Court to consider and rule on the defendants' anticipated Rule 29 motions, and for the parties to prepare for re-trial given the complexity of this case.

Defense counsel has informed the Government that it consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:    /s/
     Jerry J. Fang / Danielle M. Kudla
     Benjamin L. Levander / Ryan T. Nees
     Assistant United States Attorneys
     (212) 637-2584 / (212) 637-2304
     (914) 993-1930 / (212) 637-1595

Cc:    Defense Counsel (by ECF)