UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ANTON PERAIRE-BUENO, ET AL.,

Defendants.

24-CR-293 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

IT IS HEREBY ORDERED that all parties appear for oral argument regarding

Defendants' Rule 29 Motion with the Court on **February 26, 2026, at 10:00 a.m.** *See* ECF No.

219.

Dated: November 20, 2025
        New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge