

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 21, 2025

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007



Re: *United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)

Dear Judge Clarke:

  The Government respectfully requests that the time between November 21, 2025, and the date of oral argument on Rule 29 briefing, *i.e.*, February 26, 2026, be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the Court to consider and rule on the defendants' anticipated Rule 29 motions, and for the parties to prepare for re-trial given the complexity of this case.

  Defense counsel has informed the Government that it consents to this request.

The Court finds that the ends of justice served by excluding the time between November 21, 2025, and February 26, 2026, outweigh the best interests of the public and the Defendants in a speedy trial as provided in 18 U.S.C.§ 3161(h)(7)(A) because, among other things, the exclusion of time will allow the parties to brief and argue Defense Counsel's Rule 29 Motion. It is hereby ORDERED that the time between November 21, 2025, and February 26, 2026, is excluded. The Clerk of Court is directed to terminate ECF No. 220.
SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: November 24, 2025
  New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/
  Jerry J. Fang / Danielle M. Kudla
  Benjamin L. Levander / Ryan T. Nees
  Assistant United States Attorneys
  (212) 637-2584 / (212) 637-2304
  (914) 993-1930 / (212) 637-1595

Cc:  Defense Counsel (by ECF)