LAW OFFICES
WILLIAMS & CONNOLLY LLP®

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 2, 2025

Via ECF

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312

      Re:    United States v. Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion for Temporary Modification of Conditions of Release for James Peraire-Bueno

Dear Judge Clarke:

      With the consent of Pretrial Services and the government, Defendant James Peraire-Bueno ("James") respectfully requests a temporary modification of his conditions of release for the purpose of selling securities to pay certain state taxes. James has a condition of his release a prohibition on trading securities. Dkt. 8. He requests a temporary modification of that condition to permit him to sell securities that are not subject to pretrial seizure in order to pay certain assessed state taxes. In particular, he requests a temporary modification of the prohibition on trading securities to permit him to take all necessary steps, within 14 days from an order allowing this request, to sell the volume of securities from the Robinhood account identified by undersigned counsel in the December 1, 2025 email to the government and Pretrial Services.[1]

      Neither the government nor Pretrial Services objects to this requested modification.

      Sincerely,

      */s/ Katie Trefz*

      Katherine Trefz (*pro hac vice*)
      Patrick Looby (*pro hac vice*)
      Williams & Connolly LLP

---

[1] Undersigned counsel can provide this amount and account information if useful for the Court. If so, James requests permission to provide that information under seal or directly to the Court by email.

WILLIAMS & CONNOLLY LLP

Hon. Jessica G.L. Clarke
December 2, 2025
Page 2

                                            680 Maine Ave., S.W.
                                            Washington, D.C. 20024
                                            Tel: 202-434-5000
                                            ktrefz@wc.com
                                            plooby@wc.com

                                            Jonathan P. Bach
                                            Shapiro Arato Bach
                                            1140 Avenue of the Americas
                                            17th Floor
                                            New York, NY 10036
                                            Tel: 212-257-4897
                                            jbach@shapiroarato.com

                                            *Attorneys for Defendant*
                                            *James Peraire-Bueno*