LAW OFFICES

WILLIAMS & CONNOLLY LLP

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

December 2, 2025

<u>Via ECF</u>

Hon. Jessica G. L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 11B
New York, NY 10007-1312



Re:   <u>United States v. Peraire-Bueno, Case No. 1:24-cr-00293; Consent Motion for Temporary Modification of Conditions of Release for James Peraire-Bueno</u>

Dear Judge Clarke:

With the consent of Pretrial Services and the government, Defendant James Peraire-Bueno ("James") respectfully requests a temporary modification of his conditions of release for the purpose of selling securities to pay certain state taxes. James has a condition of his release a prohibition on trading securities. Dkt. 8. He requests a temporary modification of that condition to permit him to sell securities that are not subject to pretrial seizure in order to pay certain assessed state taxes. In particular, he requests a temporary modification of the prohibition on trading securities to permit him to take all necessary steps, within 14 days from an order allowing this request, to sell the volume of securities from the Robinhood account identified by undersigned counsel in the December 1, 2025 email to the government and Pretrial Services.[1]

Neither the government nor Pretrial Services objects to this requested modification.

Sincerely,

*/s/ Katie Trefz*

———————————————
Katherine Trefz (*pro hac vice*)
Patrick Looby (*pro hac vice*)
Williams & Connolly LLP

---

[1] Undersigned counsel can provide this amount and account information if useful for the Court. If so, James requests permission to provide that information under seal or directly to the Court by email.

WILLIAMS & CONNOLLY LLP

Hon. Jessica G.L. Clarke
December 2, 2025
Page 2

Application GRANTED. Mr. James Peraire-Bueno and Mr. Anton Peraire-Bueno's conditions of bail are temporarily modified from December 3, 2025 until December 17, 2025, to permit selling securities that are not subject to pretrial seizure in order to pay certain assessed state taxes. All other conditions of bail shall remain in effect. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 223.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 3, 2025
       New York, New York

680 Maine Ave., S.W.
Washington, D.C. 20024
Tel: 202-434-5000
ktrefz@wc.com
plooby@wc.com

Jonathan P. Bach
Shapiro Arato Bach
1140 Avenue of the Americas
17th Floor
New York, NY 10036
Tel: 212-257-4897
jbach@shapiroarato.com

*Attorneys for Defendant James Peraire-Bueno*