

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 14, 2026

**BY ECF**

The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  **Re:**  ***United States v. Peraire-Bueno*, S1 24 Cr. 293 (JGLC)**

Dear Judge Clarke:

  The Government respectfully writes to request that the word limit for its opposition to the defendants' Rule 29 motion, and motion to dismiss in the alternative, be extended from 17,500 words to 25,000 words.[1]  On November 13, 2025, the Court set a briefing schedule and word limits for post-trial briefing, which prescribed a 17,500-word limit for the parties' principal briefs and an 8,750-word limit for the defendants' reply brief.  (Dkt. 219).  The Court permitted the parties to "request additional length for their papers by filing a letter with the Court at least 48 hours prior to the deadline."  (*Id.*).

  A word-limit extension is appropriate based on the volume and complexity of the record for this trial, which lasted more than three weeks and involved more than 800 exhibits.  The Government will endeavor to streamline its brief and avoid any unnecessary duplication.  However, the additional length it requests is necessary to properly and fully address the numerous factual and legal issues raised in the defendants' opening brief (containing 17,393 words), which incorporates both the defendants' motion to dismiss briefing (*see* Dkt. 49) and extensive oral Rule 29(a) motion (*see* Tr. 2568-2706).  A word-limit extension is also needed to address the various arguments advanced in two additional briefs by *amici* Coin Center (containing approximately 4,090 words) and DeFi Education Fund (containing 4,121 words).

---

[1] The Government has conferred with defense counsel, who provided the following position: "Defendants take no position on the government's request.  In the event the Court grants the government's request, Defendants respectfully request that they receive 2,000 additional words for their Reply."

Hon. Jessica G. L. Clarke
January 14, 2026
Page 2 of 2

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/
     _____
     Jerry J. Fang / Danielle M. Kudla
     Benjamin L. Levander / Ryan T. Nees
     Assistant United States Attorneys
     (212) 637-2584 / 2304 / 1930 / 1595

Cc:    Defense Counsel (by ECF)